IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: THE HOME DEPOT, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2583<br>1:14-md-2583-TWT |

| | |
|---|---|
| ALLEN MAZEROLLE, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT, INC.,<br><br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:14-CV-2887-WSD |
| CATTARAUGUS COUNTY SCHOOL EMPLOYEES FEDERAL CREDIT UNION individually and on behalf of all others similarly situated,<br>    Plaintiff,<br><br>    v.<br><br>HOME DEPOT U.S.A., INC. | CIVIL ACTION FILE<br>NO. 1:14-CV-3244-SCJ |

**ORDER**

Pursuant to the Order of the Judicial Panel on Multidistrict Litigation designating me as the transferee judge to coordinate pretrial matters in all of the Home

Depot, Inc., Customer Data Security Breach Litigation cases, the above cases are transferred from the individual judges of this district to me.

The Clerk is directed to REOPEN 1:14-cv-3244.

SO ORDERED, this 18th day of December, 2014.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge