UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: THE HOME DEPOT, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2583<br>CASE NO. 1:14-md-2583-TWT |
| | **This document relates to:**<br><br>Case No. 1:14-cv-03244-TWT<br><br>CATTARAUGUS COUNTY SCHOOL EMPLOYEES FEDERAL CREDIT UNION, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.<br><br>Defendant. |

### NOTICE OF APPEARANCE OF CHARLES S. ZIMMERMAN

PLEASE TAKE NOTICE that Charles S. Zimmerman of Zimmerman Reed, PLLP hereby enters his appearance in the above-captioned action as counsel for Plaintiff Cattaraugus County School Employees Federal Credit Union.

Respectfully submitted,

ZIMMERMAN REED, PLLP

Dated: January 7, 2015

Charles S. Zimmerman, MN Bar No. 120054
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402

(612) 341-0400 Phone
(612) 341-0844 Facsimile
charles.zimmerman@zimmreed.com

***Attorney for Plaintiff Cattaraugus County School Employees Federal Credit Union***