IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| *IN RE:* THE HOME DEPOT, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | § § § § | Action No. 1:14-md-02583-TWT |

**NOTICE OF RELATED ACTIONS AND REQUEST FOR TRANSFER, CONSOLIDATION, OR JOINDER**

COMES NOW, the undersigned, and hereby file this Notice of Related Actions and Request for Transfer, Consolidation, or Joinder, respectfully notifying the Court of two related actions pending in this District—*Hudson City Savings Bank, individually and on behalf of a class of similarly situated financial institutions v. The Home Depot, Inc.*, civil action number 1:14-cv-03387-TWT (N.D.Ga. 2014), pending before the Presiding Judge; and *Sound Community Bank, on behalf of itself and all other similarly situated v. The Home Depot, Inc.*, civil action number 1:14-cv-03148-SCJ (N.D.Ga. 2014), pending before the Honorable Steve C. Jones, United States District Judge—and requesting that these actions be transferred and consolidated in this action, and that the plaintiffs in these actions be made parties to this action.

1

The undersigned show that, on December 11, 2014, the United States Judicial Panel on Multidistrict Litigation issued an Order (hereinafter "MDL Order"), transferring eleven (11) actions to this Court for consolidated pretrial proceedings. *See* Doc. # 1, p. 2. Pursuant to the MDL Order, on December 15 and 19, 2014, the Court issued two Orders, *see* Doc. # 8, 21, transferring a total of twenty-two (20) actions pending before other Judges in this District to the presiding Judge. Accordingly, the Court may order the transfer of the actions *Hudson City Savings Bank, individually and on behalf of a class of similarly situated financial institutions v. The Home Depot, Inc.*, civil action number 1:14-cv-03387-TWT (N.D.Ga. 2014), and *Sound Community Bank, on behalf of itself and all other similarly situated v. The Home Depot, Inc.*, civil action number 1:14-cv-03148-SCJ (N.D.Ga. 2014), pursuant to its authority under the MDL Order. The Court may also consolidate actions or join parties pursuant to Rules 19, 21, and 42 of the Federal Rules of Civil Procedure. These actions involve claims and allegations similar to the actions already transferred to the presiding Judge. Therefore, the undersigned respectfully request that the Court order these actions be transferred and consolidated in this action, and that the plaintiffs in these actions be made parties to this action.

Respectfully submitted, this 13th day of January, 2015.

        **s/Anthony C. Lake**_____
Anthony C. Lake
Georgia Bar No. 431149
Craig A. Gillen, Esq.
Georgia Bar No. 294838
GILLEN WITHERS & LAKE, LLC
One Securities Centre, Suite 1050
3490 Piedmont Road, N.E.
Atlanta, Georgia 30305
Telephone:   (404) 842-9700
Facsimile:   (404) 842-9750
E-mail:      cgillen@gwllawfirm.com

Thomas A. Withers
Georgia Bar No. 772250
GILLEN WITHERS & LAKE, LLC
8 East Liberty Street
Savannah, Georgia 31412
Tel:   (912) 447-8400
Fax:  (912) 233-6584
twithers@gwllawfirm.com

Counsel for Plaintiffs
Animas Credit Union
Firefighters Credit Union
First Choice Federal Credit Union
First Financial Credit Union
Gulf Coast Bank & Trust Company
Hudson City Savings Bank
Pittsfield Cooperative Bank
Sound Community Bank

## **CERTIFICATION**

The undersigned hereby certifies, pursuant to Local Civil Rule 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Civil Rule 5.1B.

This 13th day of January, 2015.

                                     **s/Anthony C. Lake**_____
                                     Anthony C. Lake
                                     Georgia Bar No. 431149
                                     Craig A. Gillen, Esq.
                                     Georgia Bar No. 294838
                                     GILLEN WITHERS & LAKE, LLC
                                     One Securities Centre, Suite 1050
                                     3490 Piedmont Road, N.E.
                                     Atlanta, Georgia 30305
                                     Telephone:   (404) 842-9700
                                     Facsimile:   (404) 842-9750
                                     E-mail:       cgillen@gwllawfirm.com

                                     Counsel for Plaintiffs
                                     Animas Credit Union
                                     Firefighters Credit Union
                                     First Choice Federal Credit Union
                                     First Financial Credit Union
                                     Gulf Coast Bank & Trust Company
                                     Hudson City Savings Bank
                                     Pittsfield Cooperative Bank
                                     Sound Community Bank

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that, on this 13th day of January, 2015, the undersigned electronically filed the foregoing filing using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record in this case.

         **s/Anthony C. Lake**_____
         Anthony C. Lake
         Georgia Bar No. 431149
         Craig A. Gillen, Esq.
         Georgia Bar No. 294838
         GILLEN WITHERS & LAKE, LLC
         One Securities Centre, Suite 1050
         3490 Piedmont Road, N.E.
         Atlanta, Georgia 30305
         Telephone:   (404) 842-9700
         Facsimile:   (404) 842-9750
         E-mail:   cgillen@gwllawfirm.com

         Counsel for Plaintiffs
         Animas Credit Union
         Firefighters Credit Union
         First Choice Federal Credit Union
         First Financial Credit Union
         Gulf Coast Bank & Trust Company
         Hudson City Savings Bank
         Pittsfield Cooperative Bank
         Sound Community Bank