IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: THE HOME DEPOT, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2583<br>1:14-md-2583-TWT |
| SOUND COMMUNITY BANK on behalf of itself and all others similarly situated,<br>    Plaintiff,<br>    v.<br>HOME DEPOT, INC.,<br>    Defendant. | CIVIL ACTION FILE<br>NO. 1:14-cv-3148-SJC |
| HUDSON CITY SAVINGS BANK individually and on behalf of all others similarly situated,<br>    Plaintiff,<br>    v.<br>HOME DEPOT U.S.A., INC. | CIVIL ACTION FILE<br>NO. 1:14-cv-3387-TWT |

**ORDER**

Pursuant to the Order of the Judicial Panel on Multidistrict Litigation designating me as the transferee judge to coordinate pretrial matters in all of the Home Depot, Inc., Customer Data Security Breach Litigation cases, the above cases are

transferred from the individual judges of this district to me.

The Clerk is directed to REOPEN 1:14-cv-3148.

SO ORDERED, this 14th day of January, 2015.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge