# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-md-02583-TWT
### In Re: The Home Depot, Inc., Customer Data Security Breach Litigation
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 01/16/2015.

TIME COURT COMMENCED: 10:25 A.M.
TIME COURT CONCLUDED: 11:15 A.M.          COURT REPORTER: Susan Baker
TIME IN COURT: 0:50                        DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Kenneth Canfield for financial institution plaintiffs<br>Roy Barnes for consumer plaintiffs<br>Cari Dawson for Home Depot as to financial instituion plaintiffs<br>Phyllis Sumner for Home Depot as to consumer plaintiffs |
| PROCEEDING CATEGORY: | Status Conference(Other Proceeding Non-evidentiary); |
| PLEADINGS FILED IN COURT: | Case Management Order No. 2 |
| MINUTE TEXT: | The Court followed the proposed agenda submitted by the parties. The proposed Case Management Order No. 2 was discussed and ways of implementing the docketing were explained. There will be two Master Complaints and separate tracks for each. The Clerk's Office will have in place track designations for every pleading to be filed - "All", "Consumer", or "Financial Institution". No filings with these designations to be made until noon Wednesday 1/14/2015. Applications for Appointment of Plaintiff Leadership are to be filed by 2/2/2015 and a hearing will be scheduled for after that date. The court set page limits for the applications for Lead and Liaison counsel and the steering committee. The Court signed the proposed Case Management Order 2 as presented. Counsel to discuss and present proposed orders as to document preservation, Notifying third parties of litigation and communications with Putative Class Members. The Court also discussed options regarding documents to be filed under seal, counsel to discuss and present proposal of a procedure. |
| HEARING STATUS: | Hearing Concluded |