AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of Georgia

ANIMAS CREDIT UNION, individually and on behalf of a class of similarly situated financial institutions, )
)
)
)
*Plaintiff(s)*  )
v.  )   Civil Action No. 1:14-CV-3577
)
THE HOME DEPOT, INC.,  )
)
)
*Defendant(s)*  )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* THE HOME DEPOT, INC.
2455 Paces Ferry
Atlanta, Georgia 30339

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Thomas A. Withers
Gillen Withers & Lake, LLC
8 East Liberty Street
Savannah, Georgia 31412
(912) 447-8400 twithers@gwllawfirm.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

James N. Hatten

*CLERK OF COURT*

Date:  11/06/2014

s/Beverly Gutting

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:14-CV-3577

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __HOME DEPOT__
was received by me on *(date)* __11-13-14__ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __TERRI THOMPSON AT CSC__, who is designated by law to accept service of process on behalf of *(name of organization)* __THE HOME DEPOT, INC__ on *(date)* __12-3-14__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: __12-5-14__

Server's signature

Robert Rice — Process Server
*Printed name and title*

ATLANTA LEGAL SERVICES, INC.
3070 Presidential Drive
Suite 140
Atlanta, Georgia 30340

*Server's address*

Additional information regarding attempted service, etc: