# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

_____
)
In re: The Home Depot, Inc., Customer ) Case No.: 1:14-md-02583-TWT
Data Security Breach Litigation )
) CONSUMER CASES
_____ )

## JOINT MOTION FOR APPOINTMENT OF CONSUMER PLAINTIFFS' LEADERSHIP STRUCTURE

The undersigned counsel, comprising the proposed leadership structure for consumer plaintiffs in this litigation, hereby move this Honorable Court for an order designating Roy E. Barnes and John R. Bevis of Barnes Law Group, LLC as Liaison Counsel, David J. Worley and James M. Evangelista of Harris Penn Lowry LLP, Norman E. Siegel and Barrett J. Vahle of Stueve Siegel Hanson LLP, and John A. Yanchunis or Morgan & Morgan Complex Litigation Group as Co-Lead Counsel, and these attorneys collectively as Co-Interim Consumer Class Counsel pursuant to Fed. R. Civ. P. 23(g). The undersigned counsel further move this Court for an order designating the Liaison Counsel and Co-Lead Counsel, along with the following attorneys, to the Consumer Plaintiffs' Steering Committee:

> Tina Wolfson
> Ahdoot & Wolfson, P.C.
> 1016 Palm Avenue
> West Hollywood, California 90069

William B. Federman
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120

Daniel C. Girard
Girard Gibbs LLP
601 California Street, 14th Floor
San Francisco, California  94108

Gary S. Graifman
Kantrowitz, Goldhamer & Graifman, P.C.
210 Summit Avenue
Montvale, New Jersey 07645

Howard T. Longman
Stull, Stull & Brody
6 East 45th Street
New York, New York 10017

This proposed leadership structure is unanimously supported by all counsel for consumer plaintiffs in this litigation and satisfies the criteria set forth in the Manual for Complex Litigation (Fourth) and Fed. R. Civ. P. 23(g), as set forth in more detail in the memorandum in support submitted herewith.

Dated:  February 2, 2015                           Respectfully Submitted,

|  |  |
|---|---|
| | /s/ Roy E. Barnes |
| David J. Worley | Roy E. Barnes |
| James M. Evangelista | John R. Bevis |
| **HARRIS PENN LOWRY, LLP** | **THE BARNES LAW GROUP, LLC** |
| 400 Colony Square | 31 Atlanta Street |
| 1201 Peachtree Street, NE, Suite 900 | Marietta, GA 30060 |
| Atlanta, GA 30361 | Telephone: 770-227-6375 |
| Telephone: 404-961-7650 | Fax: 770.227.6373 |
| Fax: 404-961-7651 | roy@barneslawgroup.com |
| david@hpllegal.com | bevis@barneslawgroup.com |
| jim@hpllegal.com | |

*Proposed Consumer Co-Lead Counsel*            *Proposed Consumer Liaison Counsel*
*and Steering Committee Members*               *and Steering Committee Members*


Norman E. Siegel                               John A. Yanchunis, Sr.
Barrett J. Vahle                               **MORGAN & MORGAN**
**STUEVE SIEGEL HANSON LLP**                   **COMPLEX LITIGATION GROUP**
460 Nichols Road, Suite 200                    201 N Franklin Street
Kansas City, MO 64112                          Tampa, FL 33602
Telephone: 816-714-7100                        Telephone: 813-223-5505
Fax: 816-714-7101                              Fax: 813-223-5402
siegel@stuevesiegel.com                        jyanchunis@forthepeople.com
vahle@stuevesiegel.com

*Proposed Consumer Co-Lead Counsel*            *Proposed Consumer Co-Lead Counsel*
*and Steering Committee Members*               *and Steering Committee Member*

Tina Wolfson
**AHDOOT AND WOLFSON, P.C.**
1016 Palm Avenue
West Hollywood, CA 90069
Telephone: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com

*Proposed Consumer Plaintiffs'
Steering Committee Member*

Daniel C. Girard
**GIRARD GIBBS LLP**
601 California Street,
14th Floor
San Francisco, CA 94108
Telephone: 415-981-4800
Fax: 415-981-4846
dcg@girardgibbs.com

*Proposed Consumer Plaintiffs'
Steering Committee Member*

Howard T. Longman
**STULL STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone: 212-687-7230
Fax: 212-490-2022
hlongman@ssbny.com

*Proposed Consumer Plaintiffs'
Steering Committee Member*

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma, OK 73120
Telephone: 405-235-1560
Fax: 405-239-2112
wbf@federmanlaw.com

*Proposed Consumer Plaintiffs'
Steering Committee Member*

Gary S. Graifman
**KANTROWITZ, GOLDHAMER
& GRAIFMAN, P.C.**
210 Summit Avenue
Montvale, NJ 07645
Telephone: 201-391-7600
Fax: 201-307-1086
ggraifman@kgglaw.com

*Proposed Consumer Plaintiffs'
Steering Committee Member*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the above and foregoing on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which automatically sends a copy to all counsel of record.

      /s/ Roy E. Barnes  
      Roy E. Barnes