**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| _____ | ) | |
| In re: The Home Depot, Inc., Customer | ) | Case No.: 1:14-md-02583-TWT |
| Data Security Breach Litigation | ) | |
| | ) | CONSUMER CASES |
| _____ | ) | |

**MEMORANDUM IN SUPPORT OF CONSUMER PLAINTIFFS' JOINT
MOTION FOR APPOINTMENT OF CONSUMER PLAINTIFFS'
LEADERSHIP STRUCTURE**

## I.  INTRODUCTION

By Order of January 16, 2015, the Court directed that if plaintiffs' counsel were to reach agreement among themselves regarding a proposed leadership structure, they should file their proposal with the Court no later than February 2, 2014.  CMO No. 2, Doc. 36, ¶ 6.  The undersigned counsel for plaintiffs in the consolidated consumer cases are pleased to report that they have unanimously agreed to a proposed leadership structure that will assure that this case is thoroughly but efficiently prosecuted by counsel who are committed to working together in the best interests of consumer class members.  Accordingly, this Joint Motion seeks the Court's approval of this structure and designation of Liaison Counsel, Co-Lead and Interim Class Counsel, and Steering Committee members for the consumer cases involved in this litigation.

Consumer plaintiffs' counsel, who are based across the country, developed the proposed leadership structure cooperatively and voluntarily, through a series of personal meetings, teleconferences, and correspondence. The structure reflects consensus among the consumer plaintiffs' counsel who have to date been active in this matter, and who have coordinated with each other, Mr. Kenneth Canfield, other financial institution plaintiffs' counsel, and defense counsel regarding the matters in the Court's two case management orders. This leadership group is supported by all counsel for consumer plaintiffs and strategically combines the two prominent Georgia firms with extensive experience in complex plaintiffs' litigation (The Barnes Law Group, LLC and Harris Penn Lowry, LLP) with two firms that have deep experience in consumer class data breach litigation, and that have key leadership roles in the Target Data Security Breach MDL in the District of Minnesota (Stueve Siegel Hanson LLP and Morgan & Morgan Complex Litigation Group). These Liaison and Co-Lead Counsel firms bring before the Court a diversity of outstanding experience and reputation both at the national and local level, all of which will inure to the benefit of the consumer class and this Court's oversight of this MDL.

## II.   CONSUMER PLAINTIFFS' PROPOSED ORGANIZATIONAL STRUCTURE

To avoid inefficiency, duplication, and possible prejudice to the plaintiffs, and consistent with the interests of justice, the Manual for Complex Litigation recommends that courts in complex litigation should "institute procedures under which one or more attorneys are selected and authorized to act on behalf of other counsel and their clients."  Manual for Complex Litigation (Fourth) ("MCL" or "Manual"), § 10.22.  In some cases, "the attorneys coordinate their activities without the court's assistance, and such effort should be encouraged."  *Id.*  Such are the circumstances here: the undersigned counsel have organized themselves and begun coordinated prosecution of this litigation on behalf of consumer plaintiffs, including extensive discussion with defense counsel and financial institution plaintiffs' counsel regarding an initial scheduling order and discovery plan.

The Manual discusses a leadership structure that includes lead counsel, liaison counsel, and an executive or steering committee.  *See* MCL § 10.221.  This MDL justifies each of these constituent parts given the significant number of plaintiffs and legal issues involved in this complex case.  Consumer plaintiffs propose that Roy Barnes and his partner John Bevis be appointed as Liaison Counsel.  Consumer plaintiffs also propose that the Court appoint three Co-Lead

and Interim Class Counsel, who along with Liaison Counsel will be charged with the overall oversight and prosecution of this matter. While the undersigned counsel are aware that this Court has at times appointed a single lead counsel, this proposed Co-Lead structure is not only workable but ideally suited for this MDL. After centralization in this Court, the proposed Co-Leads quickly coalesced to cooperatively move this case forward. Not only is this leadership structure supported by counsel for all of the consumer plaintiffs involved in this litigation, but the firms are committed to continue their collegial approach without duplication of effort, and with Mr. Barnes serving as a sounding board and advisor to assure that the consumer leadership meets or exceeds the Court's expectations.[1] Finally, while the Court previously indicated the appointment of 10 firms to a Steering Committee may be appropriate, Consumer Plaintiffs propose that a Consumer Plaintiffs' Steering Committee of five additional dedicated and highly-qualified firms is more efficient for pursuing the claims made in this case.

---

[1] In the event the Court does not approve this Co-Lead slate as presented, Mr. Yanchunis of Morgan & Morgan Complex Litigation Group will respectfully agree to serve as a member of the Steering Committee and not as Co-Lead Counsel.

### III. APPLICABLE STANDARDS FOR APPOINTMENT OF LEAD COUNSEL

The Manual provides helpful analysis and recommendations regarding the responsibilities and duties of counsel appointed to lead complex actions such as this. *See* MCL §§ 10.2, 10.21, 10.221, 10.224. It suggests a variety of factors the Court should consider as a part of its "difficult and sensitive" decision regarding the appointment of designated counsel, including: (1) qualifications, functions, organization, and compensation of designated counsel; (2) whether there has been full disclosure of all agreements and understandings among counsel; (3) would-be designated attorneys' competence for assignments; (4) whether there are clear and satisfactory guidelines for compensation and reimbursement, and whether the arrangements for coordination among counsel are fair, reasonable, and efficient; (5) whether designated counsel fairly represent the various interests in the litigation; (6) the attorneys' resources, commitment, and qualifications to accomplish the assigned tasks; and (7) the attorneys' ability to command the respect of their colleagues and work cooperatively with opposing counsel and the court. *See* MCL § 10.224.

Because the constituent cases of this MDL were filed as putative class actions, movants propose that proposed Liaison and Co-Lead Counsel also be designated as Co-Interim Class Counsel pursuant to Rule 23(g) to "act on behalf of

a putative class before determining whether to certify the action as a class action."
Fed. R. Civ. P. 23(g)(3).[2]   Federal Rule 23(g) has similar criteria for the
appointment of interim class counsel, including: (1) work counsel has performed
identifying or investigating potential claims in the action; (2) counsel's experience
with claims of the type asserted in the action; (3) counsel's knowledge of the
applicable law; and (4) the resources that counsel will commit to representing the
class.   Fed. R. Civ. P. 23(g)(1)(A)(i-iv) & (B).   As detailed below, consumer
plaintiffs' proposed leadership structure satisfies the considerations set forth in the
Manual and Rule 23(g).

## IV.   THE PROPOSED CONSUMER LEADERSHIP GROUP IS EMINENTLY QUALIFIED AND SHOULD BE APPOINTED

In addition to Mr. Barnes and Mr. Bevis, consumer plaintiffs propose that
David J. Worley and James M. Evangelista of Harris Penn Lowry LLP, Norman E.
Siegel and Barrett J. Vahle of Stueve Siegel Hanson LLP, and John A. Yanchunis
of Morgan & Morgan Complex Litigation Group serve as Co-Lead and Interim
Class Counsel in this action.   These attorneys will be charged with directing and
coordinating substantive and procedural issues on behalf of consumer plaintiffs

---

[2] Although Rule 23 does not explicitly state what standards apply when appointing
interim class counsel, "courts have embraced the factors identified in Rule
23(g)(1)(A) as the appropriate standard."   *In re Google Inc. Cookie Placement
Consumer Privacy Litig.*, No. MDL CIV. 12-2358-SLR, 2012 WL 5833604, at *1
n.5 (D. Del. Nov. 16, 2012).

throughout this litigation.  The qualifications of the proposed Liaison and Co-Lead Counsel are summarized below with supporting declarations attached hereto as Exhibits A-D.  Consumer plaintiffs also propose the following additional Steering Committee members to assist in the management and prosecution of this litigation:

1. Tina Wolfson, Ahdoot & Wolfson, P.C. (West Hollywood, California)

2. William B. Federman, Federman & Sherwood (Oklahoma City, Oklahoma)

3. Daniel C. Girard, Girard Gibbs LLP (San Francisco, California)

4. Gary S. Graifman, Kantrowitz, Goldhamer & Graifman, P.C. (Montvale, New Jersey)

5. Howard T. Longman, Stull, Stull & Brody (New York, New York)

Each of the attorneys and firms comprising the proposed Steering Committee has a stellar track record in class action and complex litigation and will ensure that a wide and diverse range of geographical and legal interests are represented in this MDL.  Materials regarding the experience and qualifications of these proposed members of the Steering Committee are attached hereto as Exhibit E.

In accordance with this Court's Case Management Order No. 2 (Doc. 36, ¶ 6), and within the framework of the Manual and Rule 23(g), the qualifications of

the proposed Liaison and Co-Lead and Interim Class Counsel are summarized below.

### A. The Barnes Law Group, LLC (Proposed Liaison Counsel)

Messrs. Barnes and Bevis will be available to handle all substantive and administrative matters in this case, including communicating with the Court and assisting in the administration of these proceedings.  Anchored by Georgia's former Governor Roy Barnes, the Barnes Law Group ("BLG") is an AV rated firm based in Marietta, Georgia, with a national recognition and distinction for its skill and advocacy in consumer law litigation.  Although small in number, BLG's legal team is comprised of dedicated talents that create a formidable group of trial attorneys in complex litigation matters.  The firm has devoted decades in the public and private sectors to Making It Right™ for those who have been wronged and, as a result, has consistently achieved the *Best Lawyer/Best Law Firm* rankings from U.S. News & World Report since 2010.  Collectively, BLG lawyers have successfully obtained judgments and settlements in excess of $1 billion for consumers and injured plaintiffs.

Roy E. Barnes is the founding member of BLG with over 40 years of litigation experience and expertise.  Mr. Barnes has tried numerous civil and criminal cases, appearing as counsel in more than 250 reported decisions in the

state and federal appellate court systems. Mr. Barnes is a Fellow of both the American College of Trial Lawyers and the International Academy of Trial Lawyers, and has been selected among his peers as one of the Best Lawyers® in the State of Georgia in complex litigation matters such as consumer class actions, medical malpractice, products liability and mass tort and commercial litigation. Mr. Barnes has been approved and appointed as class counsel in numerous class action cases to address wide-spread corporate practices adversely impacting individual consumers. Mr. Barnes has knowledge and experience in the MDL processes through non-leadership participation and representation of consumers in several MDLs, including Vioxx, Fosamax, DePuy ASR, DePuy Pinnacle, and Mirena IUD.

Mr. Barnes also has extensive experience in public policy and lawmaking activities, with a distinctive political career. Having served the citizens of Georgia in the General Assembly over the course of 1974 to 1998, he was then elected to serve as Georgia's 80th Governor from 1999 to 2003. In 2003, Mr. Barnes was awarded the John F. Kennedy Profile in Courage Award for the decisions of conscience he made when seeking to resolve Georgia's divisive political debate about the Confederate battle emblem being the predominant symbol on the state flag. His legal and political accomplishments demonstrate his particular ability to

work cooperatively with others in finding common ground and achieving compromised resolutions.

John R. Bevis is a partner of BLG and has worked in the consumer litigation arena for almost 30 years.  Mr. Bevis has led multiple class action suits against varied practices of banks, lenders, and insurance companies, as well as pursuing catastrophic injury claims in complex product liability and medical malpractice cases.  Mr. Bevis has gained knowledge and experience in the MDL processes through non-leadership roles in the Vioxx, Fosamax, DePuy ASR, DePuy Pinnacle, and Mirena IUD MDL cases.  As an advocate for consumers, Mr. Bevis has testified before a Georgia State Senate Committee in matters supporting class action jurisprudence and participated in committee hearings held before the United States Congress regarding predatory lending practices.  Within the federal regulatory rule-making processes, Mr. Bevis has advocated consumer interests against mandatory binding arbitration agreements in consumer financial transactions.

Mr. Bevis has frequently been appointed and approved as lead counsel in multiple complex class action lawsuits and has tried numerous civil cases, appearing as counsel in more than 35 reported decisions in the state and federal appellate court systems.  Mr. Bevis's work in complex consumer class actions has

been featured in Georgia's Top Ten Verdicts and Settlements for 2010 and 2013, and contributed to the inclusion of his firm in the U.S. News and World Report's "Best Law Firm" ranking for Mass Torts and Class Action Litigation.  Additional qualifications are set forth in the Declarations of Roy Barnes ("Barnes Decl.") and John Bevis ("Bevis Decl."), attached hereto as Exhibit A.

### B. Stueve Siegel Hanson LLP (Proposed Co-Lead Counsel)

Stueve Siegel Hanson ("SSH") is an AV-rated Missouri-based law firm with approximately 30 lawyers in offices in Kansas City, San Diego, and New York. All of the firm's lawyers are dedicated to the practice of litigation full time, making the firm one of the largest litigation-only firms based in the Midwest.  The firm is made up of trial lawyers that have served at high levels of government and public service to represent consumers nationwide like those impacted by this litigation.  The firm is able to call upon a deep bench of experienced partners and associates, many of whom are former state or federal law clerks, including four former United States Circuit Court of Appeals clerks, five former United States District Court clerks, one former state Supreme Court clerk, and two former state Court of Appeals clerks.  The firm has a nationwide practice that focuses on complex commercial and class litigation and trials, and has been at the forefront of prosecuting claims in the emerging area of data breach litigation.

11

Norman E. Siegel is a founding partner of SSH with expansive experience in multi-district litigation.  Mr. Siegel and SSH have been appointed to the leadership of multi-district proceedings or as lead counsel pursuant to Rule 23(g) in federal actions from coast-to-coast.[3]  In 2014, Mr. Siegel was appointed to serve as co-lead counsel for indirect purchasers in *In re: Pre-Filled Propane Tank Antitrust Litigation*, MDL 2567, and as one of three lawyers to serve on the Consumer Cases Steering Committee in *In re Target Corporation Customer Data Security Breach Litigation*, MDL No. 2522, (D. Minn.) before the Hon. Paul A. Magnuson.

Mr. Siegel's role in the *Target* litigation is especially important given the similarities between *Target* and this action, both of which involve among the largest breaches of payment-card security in U.S. retail history.  Indeed, Mr.

---

[3] Recent appointments include: *In re: Syngenta AG MIR 162 Corn Litigation*, No. 14-md-02591 (D. Kan.), *In re: Pre-Filled Propane Tank Antitrust Litigation*, No. 14-md-0567 (W.D. Mo.); *In re: Target Corp. Customer Data Security Breach Litig.*, MDL No. 2522 (D. Minn.); *In re: Simply Orange Juice Mktg. and Sales Practices Litig.*, MDL No. 2361 (W.D. Mo.); *In re: Peregrine Financial Group Customer Litig.*, No. 12-cv-5546 (N.D. Ill.); *Leiszler, et al v. Align Technologies*, No. 3:10-CV-2010 (N.D. Cal.); *In re Aftermarket Automotive Lighting Prods. Antitrust Litig.,* No. 2:09-ML-2007 (C.D. Cal.); *Roy v. Hyundai Motor America.*, No. 05-483-AHS (C.D. Cal.); *Zeismer v. Linens-N-Things,* No. 06-CV-1194 (S.D. Cal.); *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, No. 1:05-MD-1720 (E.D.N.Y.); *Fond du Lac Bumper v. Gordon.*, No. 2:09-CV-0852 (E.D. Wis.); *In Re: H&R Block, Inc., Express IRA Mktg. Litig.*, No. 4:06-MD-01786 RED (W.D. Mo.); *In Re: Pre-Filled Propane Tank Mktg. and Sales Practices Litig.*, No. 4:09-MD-02086 (W.D. Mo.); and *Khaliki v. Helzberg Diamond Shops*, No. 4:11-CV-00010-NKL (W.D. Mo.).

Siegel's experience in working closely with co-counsel in *Target* to secure experts for testifying and consulting, promulgate third-party discovery, establish ESI protocols and confidentially guidelines, vet potential plaintiffs, and examine legal claims on behalf of consumer classes will prove invaluable in this litigation. The collective efforts of the attorneys in *Target*, including John Yanchunis (proposed co-lead and interim class counsel), Tina Wolfson (proposed steering committee member) and Daniel Girard (proposed steering committee member), helped the consumer plaintiffs recently secure nearly complete success at the motion to dismiss stage. *See In re Target Corp. Data Sec. Breach Litig*., ___ F. Supp. 3d ___, 2014 WL 7192478 (D. Minn. Dec. 18, 2014). In addition, Mr. Siegel has authored articles and conducted presentations regarding data breach litigation and currently serves as co-chair of the American Association for Justice (AAJ) Consumer Privacy/Data Breach Litigation Group.

Barrett J. Vahle is a partner with SSH and likewise has deep experience in consumer class action and data breach litigation. Mr. Vahle has worked closely with Mr. Siegel and the consumer plaintiffs' leadership in *Target*, including organizing and directing sub-committee firms in the litigation. Recently, Mr. Vahle was counsel in a statewide class action against Merck & Co. on behalf of

Missouri purchasers of the prescription pain reliever Vioxx.[4]   In a settlement reached just weeks before trial, Mr. Vahle helped recover up to $220 million on behalf of consumers.   In addition, Mr. Vahle helped secure multi-million dollar multi-state class action settlements against UMB Bank, Bank of Oklahoma, and Intrust Bank for their alleged conduct in charging customers overdraft fees.[5] While Mr. Vahle has not previously appeared in this District, he litigated and won after a bench trial a multi-year complex *pro bono* post-conviction relief action before Judge C. Lynwood Smith, Jr. of the United States District Court for the Northern District of Alabama, a decision that was affirmed on appeal to the Eleventh Circuit.[6] More information about Stueve Siegel Hanson is set forth in the Declaration of Norman E. Siegel ("Siegel Decl."), attached hereto as Exhibit B.

### C. Harris Penn Lowry, LLP (Proposed Co-Lead Counsel)

Harris Penn Lowry, LLP ("HPL") partners are considered to be among the leading plaintiffs' lawyers in the Southeast, having obtained numerous record-

---

[4] *Plubell v. Merck & Co., Inc.*, No. 04-CV-235817 (Circuit Court of Jackson County, Missouri).

[5] *In re: Checking Account Overdraft Litigation* (S.D. Fla.) ($19M class settlement on behalf of consumers illegally charged overdraft fees); *Allen v. UMB Bank* (Jackson County, Missouri) ($7.8M class overdraft settlement); *Molina v. Intrust Bank* (Sedgwick County, Kansas) ($2.75M class overdraft settlement).

[6] *Thomas v. Allen*, 614 F. Supp. 2d 1257 (N.D. Ala. 2009), *aff'd* 607 F.3d 749 (11th Cir. 2010).

setting verdicts and settlements that have produced multiple appearances on the annual survey of top jury verdicts in Georgia as compiled by VerdictSearch, as well as top verdicts in the U.S. as compiled by the National Law Journal. HPL is the only Georgia law firm during the last ten years to secure No. 1 verdicts in five different categories: Products, Business Torts, Premises, Nursing Home and Medical Malpractice, including three out of the top 10 product liability verdicts in Georgia history and four of the overall top 10 Georgia verdicts in 2010.  HPL's success on behalf of Plaintiffs has given it the resources to fully support the prosecution of this action.

HPL's Financial Fraud and Class Action Litigation Practice Group focuses on complex, high value, financial fraud and other complex business and class action litigation.  The firm has been retained by county governments, other elected officials, court-appointed bankruptcy trustees, and even public companies, to prosecute their high value financial litigation. HPL has taken on companies guilty of overcharging, charging fictitious fees, utilizing unfair business practices, violating RICO, breaching fiduciary duties, and defrauding investors, among other things. They also pursue justice for consumers who have been harmed by healthcare fraud or violations of the privacy and security requirements of the Health Insurance Portability and Accountability Act (HIPAA).

Within the group, Jim Evangelista has over two decades of diverse, hands-on, complex financial fraud, commercial and class action litigation experience representing both plaintiffs and defendants in federal and state courts around the United States, with extensive experience in electronic discovery matters.  Mr. Evangelista's broad plaintiffs' experience includes the representation of county governments, institutional pension funds, corporations and individual investors in complex and class action litigation against a variety of public companies, including securities fraud class actions, merger and acquisition matters, shareholder derivative litigation, and general business tort and commercial lawsuits.

Similarly, David Worley also has over 25 years of experience in complex civil trial and appellate litigation, with substantial experience representing shareholders and consumers in securities fraud and other class action litigation, and many years representing trustees of union pension and health and welfare funds and international and local unions in complex litigation.  He has an AV-rating from Martindale-Hubbell and has repeatedly been named a Georgia Super Lawyer in the field of securities litigation.  Mr. Worley has been principal counsel in more than 30 reported decisions in federal and state courts.  Among the major securities cases he managed were *In re Cryolife Securities Litigation* and *In re AFC Enterprises Securities Litigation*, cases that produced two of the 10 largest securities fraud

settlements in the history of the Northern District of Georgia.  He has served as Chair of the Labor and Employment Law Sections of both the State Bar of Georgia and the Atlanta Bar Association and as Co-Chair of the Federal Legislative Developments Committee of the American Bar Association's Committee on Labor and Employment Law.  He has lectured on arbitration, litigation and election law topics at numerous continuing legal education seminars.

During their careers, Messrs. Evangelista and Worley have served in leadership roles in a number of class action, shareholder derivative and securities fraud litigations in which they or their firms were appointed to leading roles, including, for example:

*In re Bank of America Corporation Stockholder Derivative Litigation*, C.A. No. 4307-VCS (Del. CH) (Co-lead counsel in shareholder derivative litigation);

*Schulte v. Fifth Third Bank, 1:09-CV-6655,* (N.D. Ill.) (Settlement class co-counsel for nationwide class of consumers);

*In Re Evergreen Ultra Short Opportunities Fund Securities Litigation,* No. 08-cv-11064-NMG (D.Mass) (Co-lead counsel in securities fraud class action);

*Eaves et al v. Earthlink*, No. 05-CV-97274 (GA Superior, Fulton Cty) (Class counsel in nationwide consumer class action);

*National Air Traffic Controllers Association et al v. Dental Plans, Inc.,* No. 1:05-CV-00882 (N.D. Ga.) (Lead counsel for national class of air traffic controllers in ERISA action for payment of dental benefits);

17

*In Re Cryolife Sec. Litig.*, No. 1:02-CV-01868 (N.D. Ga.) (Co-lead counsel in securities fraud class action);

I*n Re AFC Enterprises Sec. Litig.*, No. 1:03-CV-817 (N.D. Ga.) (Co-lead counsel in securities fraud class action);

*Plymouth County Retirement Systems v. Carter's, Inc. et al*, No. 08-CV-2940 (N.D.Ga.) (Liaison counsel in securities fraud class action);

*In re Cbeyond Inc. Securities Litigation*, No. 08-cv-1666 (N.D.Ga.) (Liaison counsel in securities fraud class action);

*Sewright v. ING Group N.V*, No. 09-cv-00400-JEC (N.D.Ga.) (Liaison counsel in ERISA class action);

*In Re Internap Network Services Corp. Securities Litigation*, No. 08-cv-462- (N.D.Ga.) (Liaison counsel in securities fraud class action); and

*In re EasyLink Services International Corp.*, No. 12A-04020-3 (GA Superior Ct, Gwinnett Cty) (Co-liaison counsel in shareholder class action).

Additional information regarding HPL is set forth in the Declaration of David J. Worley ("Worley Decl."), attached hereto as Exhibit C.

### D. Morgan & Morgan Complex Litigation Group (Proposed Co-Lead Counsel)

Morgan & Morgan is among the largest, exclusively plaintiffs' law firms in the United States, employing over 272 lawyers and 1500 support staff who serve the public in 25 offices in Georgia, Florida, Mississippi, Tennessee, Kentucky, New Jersey and New York. Morgan & Morgan is comprised of outstanding trial

lawyers who have recovered groundbreaking multi-million dollar verdicts, held significant roles in government and public service, and played pivotal roles in shaping the outcome of class action lawsuits across the country.

Morgan & Morgan is fully committed to this litigation, and has the necessary financial resources and legal experience to equalize the playing field in furtherance of justice for their clients, and to prosecute this action to a successful conclusion. The firm intends to dedicate substantial resources from the Morgan & Morgan Complex Litigation Group to this action. Morgan & Morgan's Complex Litigation Group draws its expertise from 13 attorneys supported by skilled paralegals, investigators, and state-of-the-art technology. The attorneys of Morgan & Morgan Complex Litigation Group have extensive experience in national class action, mass tort and False Claims Act litigation, and have played an integral role in litigating data breach class actions nationwide. This knowledge, skill and experience are necessary to effectively and efficiently litigating this action.

John A. Yanchunis currently leads the National Consumer Class Action and False Claims Act sections of Morgan & Morgan's Complex Litigation Group and has dedicated his practice to consumer class litigation for the past 19 years. Throughout his career, Mr. Yanchunis has represented consumers in numerous privacy rights and data breach cases, beginning with the multidistrict consolidated

class case of *In re DoubleClick Inc. Privacy Litigation*, No. 00-cv-0641-NRB (S.D.N.Y.), a seminal privacy class action that settled in 2002 and involved DoubleClick's use of cookies to track the private activities of internet users.  Mr. Yanchunis has also served as co-lead counsel in the successful prosecution and settlement of the two largest class action cases in the United States:  *Fresco v. Automotive Directions, Inc.*, No. 03-61063-JEM, and *Fresco v. R.L. Polk*, No. 07-cv-60695-JEM (S.D. Fla.).  Mr. Yanchunis' role as lead counsel in these cases is particularly noteworthy as these cases were filed against the world's largest data and information brokers, including Experian, R.L. Polk, Acxiom, Reed Elsevier (which owns Lexis/Nexis), and other companies, to protect the important privacy rights of consumers.

Mr. Yanchunis also served as co-lead counsel in the successful resolution of the following privacy class actions:  *Davis v. Bank of America*, No. 05-cv-80806 (S.D. Fla.); *Kehoe v. Fidelity Federal Bank and Trust*, No. 03-cv-80593 (S.D. Fla.) and *Pino v. Warranty Acceptance Corporation*, No. 05-cv-61576 (S.D. Fla.).  In addition, Mr. Yanchunis served as lead counsel in the following data breach class cases: *Burrows v. Purchasing Power, LLC*, No. 1:12-cv-22800 (S.D. Fla.), and *Carsten v. University of Miami*, No. 14-cv-20497 (S.D. Fla.), both of which settled and provided monetary and injunctive relief to members of the class.

Currently, Mr. Yanchunis is serving as lead counsel in the following privacy/data breach class litigation involving the loss of medical and financial information: *John Doe v. Tampa General Hospital*, No. 14-CA-012657 (Fla. 13th Judicial Cir. Ct. 2014) and *Elyzabeth Ramirez v. ChenMed, LLC*, No. 1:14-cv-20497-KMW (Fla. 11th Judicial Cir. 2014). Mr. Yanchunis is also class counsel in two other data breach cases against retailers: *Mary Jane Whalen v. Michael Stores Inc.*, No. 14-cv-07006 (S.D.N.Y. 2014) and *Remijas v. Neiman Marcus Group*, LLC, No. 14-cv-01735 (N.D. Ill.).

Mr. Yanchunis also currently serves on the Executive Committee overseeing the consumer class, bank class and shareholder derivative litigation pending against Target Corporation for perhaps the largest data breach case to date, *In re Target Corporation Customer Data Security Breach Litigation*, MDL No. 2522 (D. Minn.), pending before United States District Judge Paul A. Magnuson. As a result of his experience in privacy and data breach litigation, Mr. Yanchunis has lectured at seminars regarding privacy litigation. He was a speaker at the American Conference Institute's 9th Cyber & Data Risk Insurance conference in September, 2014, and at the Class Action Roundtable at the National Consumer Law Center's Convention in November, 2014. He is presently scheduled to speak

on privacy litigation at a seminar in San Diego in March, 2015.  He has also been a presenter or speaker at numerous seminars on class action topics.

In addition, Mr. Yanchunis has served as lead, co-lead, or class counsel in numerous class actions involving a wide variety of areas affecting consumers, including antitrust, defective products, life insurance, annuities, and deceptive and unfair acts and practices.  As a result of his experience, beginning in 2005, Mr. Yanchunis was selected to serve as lead counsel for the Florida Department of Financial Services and the Florida Department of Insurance Regulation (the insurance regulators in the state of Florida) in their investigation of the insurance industry over issues concerning possible antitrust activity, and other possible unlawful activities regarding the payment of undisclosed compensation to insurance brokers.  This litigation and investigation resulted in millions of dollars in restitution being paid to Florida consumers, and also resulted in significant changes in the way commercial insurance is sold in the state of Florida and across the country.

During his career, Mr. Yanchunis has also tried numerous cases, including one of the largest and longest insurance coverage cases in U.S history, which was filed in 1991 by The Celotex Corporation and its subsidiary, Carey Canada, Inc. During the 17 years that case was pending, Mr. Yanchunis was lead counsel for

several insurance companies involving coverage for asbestos and environmental claims. The case was tried in three phases and took almost 200 trial days over several years.

Mr. Yanchunis has also been honored with the prestigious "AV" rating by Martindale-Hubbell, and has an extensive record of service in The Florida Bar, including election to The Florida Board Bar of Governors and appointment by The Florida Supreme Court to the Florida Board of Bar Examiners, where he continues to serve as an Emeritus Member. In addition, he has represented The Florida Bar in litigation, and has served as an expert for The Florida Bar on issues relating to class action litigation.

Mr. Yanchunis' significant consumer class action experience, which spans nearly two decades and involves substantial privacy and data breach litigation across the country, makes him particularly well-suited to serve as co-lead counsel in this action. These qualifications are further supported by the Declaration of John A. Yanchunis ("Yanchunis Decl."), attached hereto as Exhibit D.

### E. Summary of Proposed Liaison and Co-Lead Qualifications

As discussed in more detail in the supporting declarations, these attorneys and their respective firms, along with the additional attorneys and firms comprising the proposed Steering Committee, have substantial knowledge and experience in

prosecuting complex consumer and other class actions.  (*See* Barnes Decl., Ex. A, ¶¶ 6-9; Bevis Decl., Ex. A, ¶¶ 3-9; Siegel Decl., Ex. B, ¶¶ 2-7; Worley Decl., Ex. C, ¶¶ 2-6; Yanchunis Decl., Ex. D, ¶¶ 4-8).

These firms have undertaken substantial work identifying, investigating, and prosecuting potential claims in this action and have a proven track record of working cooperatively with other counsel in class action and multi-district proceedings.  (*See* Barnes Decl., Ex. A, ¶ 10; Bevis Decl., Ex. A, ¶ 10; Siegel Decl., Ex. B, ¶ 8; Worley Decl., Ex. C, ¶¶ 8, 9; Yanchunis Decl., Ex. D, ¶¶ 2-10). Likewise, the firms making up the proposed leadership structure are willing and able to commit ample resources to staff and finance the prosecution of this action over a period of years.  (*See* Barnes Decl., Ex. A, ¶¶ 11, 12; Bevis Decl., Ex. A, ¶¶ 11, 12; Siegel Decl., Ex. B, ¶¶ 3, 5; Worley Decl., Ex. C, ¶ 7; Yanchunis Decl., Ex. D, ¶¶ 3, 12).  In sum, the proposed designated lawyers and firms are well-qualified and committed to working together to achieve a favorable result on behalf of consumer plaintiffs in this litigation.

## V.   CONCLUSION

The undersigned counsel respectfully request that this Court approve the proposed consumer plaintiff leadership structure, and the designation of counsel outlined herein.  A proposed order appointing these firms and setting forth the

duties and powers of designated counsel is submitted herewith as Exhibit F for the

Court's consideration.

Dated:  February 2, 2015

Respectfully Submitted,

  /s/ Roy E. Barnes

David J. Worley
James M. Evangelista
**HARRIS PENN LOWRY, LLP**
400 Colony Square
1201 Peachtree Street, NE, Suite 900
Atlanta, GA 30361
Telephone: 404-961-7650
Fax: 404-961-7651
david@hpllegal.com
jim@hpllegal.com

*Proposed Consumer Co-Lead Counsel*
*and Steering Committee Members*

Norman E. Siegel
Barrett J. Vahle
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816-714-7100
Fax: 816-714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com

*Proposed Consumer Co-Lead Counsel*
*and Steering Committee Members*

Roy E. Barnes
John R. Bevis
**THE BARNES LAW GROUP, LLC**
31 Atlanta Street
Marietta, GA 30060
Telephone: 770-227-6375
Fax: 770-227-6373
roy@barneslawgroup.com
bevis@barneslawgroup.com

*Proposed Consumer Liaison Counsel*
*and Steering Committee Members*

John A. Yanchunis, Sr.
**MORGAN & MORGAN**
**COMPLEX LITIGATION GROUP**
201 N Franklin Street
Tampa, FL 33602
Telephone: 813-223-5505
Fax: 813-223-5402
jyanchunis@forthepeople.com

*Proposed Consumer Co-Lead Counsel*
*and Steering Committee Member*

Tina Wolfson
**AHDOOT AND WOLFSON, P.C.**
1016 Palm Avenue
West Hollywood, CA 90069
Telephone: (310) 474-9111
Fax: (310) 474-8585
twolfson@ahdootwolfson.com

*Proposed Consumer Plaintiffs'*
*Steering Committee Member*

Daniel C. Girard
**GIRARD GIBBS LLP**
601 California Street,
14th Floor
San Francisco, CA 94108
Telephone: 415-981-4800
Fax: 415-981-4846
dcg@girardgibbs.com

*Proposed Consumer Plaintiffs'*
*Steering Committee Member*

Howard T. Longman
**STULL STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone: 212-687-7230
Fax: 212-490-2022
hlongman@ssbny.com

*Proposed Consumer Plaintiffs'*
*Steering Committee Member*

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma, OK 73120
Telephone: 405-235-1560
Fax: 405-239-2112
wbf@federmanlaw.com

*Proposed Consumer Plaintiffs'*
*Steering Committee Member*

Gary S. Graifman
**KANTROWITZ, GOLDHAMER**
**& GRAIFMAN, P.C.**
210 Summit Avenue
Montvale, NJ 07645
Telephone: 201-391-7600
Fax: 201-307-1086
ggraifman@kgglaw.com

*Proposed Consumer Plaintiffs'*
*Steering Committee Member*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day I served the above and foregoing on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which automatically sends a copy to all counsel of record.


 /s/ Roy E. Barnes
Roy E. Barnes