**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

_____

In re: The Home Depot, Inc., Customer
Data Security Breach Litigation

_____

)
)
)
)
)
)

Case No.: 1:14-md-02583-TWT

CONSUMER CASES

### DECLARATION OF JOHN R. BEVIS

Pursuant to 28 U.S.C. § 1746, John R. Bevis declares as follows:

1.     I am a Partner of the Marietta-based Barnes Law Group, LLC, and submit this declaration in support of Consumer Plaintiffs' Joint Motion for Appointment of Consumer Plaintiffs' Leadership Structure.

2.     I am a licensed to practice law in Georgia and Florida and am admitted to practice in a number of courts in these and other jurisdictions, including the Supreme Court of the United States, the Eleventh Circuit Court of Appeals and this Court.  I have been admitted *Pro Hac Vice* in multiple jurisdictions and have never had any disciplinary proceedings by any state bar concerning my provision of legal services in any courts.

3.     I have been involved in the representation of Plaintiffs in complex litigation for 27 years and have led numerous complex cases to challenge the wide-spread practices of banks, lenders, insurance companies and product and automobile manufacturers.  I also handle complex cases in the areas of medical malpractice and nursing home litigation.

4.     From 1999 – 2001, I served as the Deputy Consumers' Insurance Advocate for the State of Georgia and was responsible for advocating the interests

1

of Georgia consumers when evaluating requests for insurance rate hikes and new and existing insurance product offerings.

5.     I have successfully litigated multiple catastrophic injury and death cases involving allegations of defective occupant protection devices, vehicle rollover and roof crush (*see, e.g.*, *Bushong v. Nissan Motor Co. LTD*, (Case No.: 02 CV 63, Circuit Court of Oneida County, Wis. 2002) and *Barnett v. Ford Motor Co.*, (CAN: 2-03CV185-DF, ED Tex. 2002)) and birth injury malpractice claims (*E.g., Wilson v. Obstetrics & Gynecology of Atlanta, P.C.* (CAFN: 2008-EV-003898B, State Court of Fulton County, Ga. 2010).  Through non-leadership roles, I have gained knowledge and experience in representing plaintiffs in the following MDL cases:

a.  *In Re Vioxx Products Liability Litigation*, MDL NO. 1657 (ED La.);

b.  *In Re: Fosamax (Alendronate Sodium) Products Liability Litigation*, MDL No. 2243 (D NJ);

c.  *In Re: DePuy Orthopaedics, Inc., ASR Implant Products Liability Litigation*, MDL No. 2197) (D. Ohio)

d.  *In Re: DePuy Orthopaedics, Inc, Pinnacle Hip Implant Products Liability Litigation,* MDL No. 2244 (ND Tex.); and

e.  *In Re: Mirena IUD Products Liability Litigation*, MDL No. 2434 (SDNY)

7.     I have actively been involved in and/or approved as class counsel in more than Thirty-five (35) consumer class action lawsuits, including but not limited to the following:

a. Three class actions against predatory lending activities and the sale of unauthorized credit insurance products;

b. Twenty-three class actions involving insurance companies' failure to pay diminished value for vehicles that had been wrecked and repaired;

c. Two class action suits involving the illegal assessment and imposition of small group health insurance renewal premiums;

d. Four class action suits involving unlawful payday lending activities; and

e. One class action involving unsolicited faxes in violation of the federal Telephone Consumer Protections Act.

8. I am currently class counsel in a nationwide class action suit challenging the legality of vehicle title loans made to active duty service members and their dependents in violation of the Military Lending Act of 2007 (See *Cox v. Community Loans of America, Inc.* (Case No. 4:11-cv-177-CDL (MD Ga. 2011), currently on appeal Case No. 14-90008 (11th Cir.)).

9. I have tried complex civil cases to successful verdict and have demonstrated the ability to obtain quality results for my clients in complex matters. *See, e.g., A Fast Sign Company, Inc. v. American Home Services, Inc.*, CAFN: 2003-CV-77276, Superior Court of Fulton County)($459 Million judgment). Collectively, lawyers at the Barnes Law Group have successfully obtained judgments and settlements in excess of $1 billion on behalf of consumers and injured plaintiffs.

10. I have been actively involved in all phases of the underlying litigation, including pre-suit investigation matters and the drafting and filing of the initial

Complaint in *Merritt v. Home Depot USA, Inc.* filed in this Court.  I personally attended the December 4, 2014 JPML hearing conducted in Charleston, SC, to determine whether the Home Depot Data Breach cases should be consolidated in the Northern District of Georgia.  Since consolidation, I have been actively involved in developing, organizing and building the unanimous leadership structure now being considered by the Court.

11.    I and my firm are willing and able to commit substantial time and resources to the challenging task of service as Liaison Counsel and are accustomed to handling matters involving complex litigation, including class actions.

12.    I and my firm stand ready to devote the necessary financial and personnel resources to handle and manage the task of serving as Liaison Counsel for the consumer cases in this MDL and, if appointed, intend to additionally call upon other attorneys in our my including J. Cameron Tribble and W. Matthew Wilson, who are also experienced in complex litigation matters.

13.    My litigation experience and the successful resolutions of the cases identified herein demonstrate my ability to work cooperatively with others, including opposing counsel.  Over the many years I have practiced law, my colleagues have relied upon and trusted me to provide quality written and oral advocacy and intensive legal research and analysis on a wide array of challenging and complex issues that were necessary and pertinent to the issues at hand under demanding conditions.  If appointed to the leadership structure sought herein, I will faithfully carry out the duties and obligations required in this litigation.

14.    For all these reasons, I am confident that I am qualified, experienced, and generally able to conduct litigation required in this case.

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I declare the foregoing is true and correct.

Executed this 2nd day of February 2015.

/s/ John R. Bevis

JOHN R. BEVIS

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

_____

In re: The Home Depot, Inc., Customer
Data Security Breach Litigation
_____

)
)
)
)
)

Case No.: 1:14-md-02583-TWT

CONSUMER CASES

**<u>DECLARATION OF ROY E. BARNES</u>**

Pursuant to 28 U.S.C. § 1746, Roy E. Barnes declares as follows:

1.      I am the Senior Partner of the Marietta-based Barnes Law Group, LLC, and submit this declaration in support of Consumer Plaintiffs' Joint Motion for Appointment of Consumer Plaintiffs' Leadership Structure.

2.      I am a licensed to practice law in Georgia and am admitted to practice in a number of other courts, including the Supreme Court of the United States, the Eleventh Circuit Court of Appeals.  I have been admitted _Pro Hac Vice_ in multiple cases pending in the state and federal courts in multiple jurisdictions and have never had any disciplinary proceedings by any state bar concerning my provision of legal services.

3.      I have been active in public policy and lawmaking activities for over forty years.  At age 26, I was elected to the Georgia State Senate. I went on to serve a total of eight terms and was a member of the Appropriations, Rules and Transportation committees.  In addition, I was Chairman of the Select Committee on Constitutional Revision, which rewrote the state's constitution, and Chairman of the Judiciary Committee.  I also served as a floor leader to Governor Joe Frank Harris from 1983 to 1989.

4.      In 1992, I was elected to the State House of Representatives, where I served for six years and was Vice Chairman of the Judiciary Committee and Chair of the Subcommittee on General Law.

5.      I served as the 80th Governor of the State of Georgia from 1999 until 2003.  In 2003, I was awarded the John F. Kennedy Profile in Courage Award for the decisions of conscience I made when seeking to resolve Georgia's divisive political debate about the Confederate battle emblem being the predominant symbol on the state flag.

6.      For over 40 years, I have tried civil and criminal cases throughout Georgia and in neighboring states.  I have appeared in numerous cases in the state and federal appellate courts and have appeared as counsel in more than 250 reported cases.  I have acquired an expertise in consumer class action cases, medical malpractice matters, products liability law, general tort matters and commercial litigation.  My firm, the Barnes Law Group specializes in complex civil litigation.

7.      I have successfully litigated multiple catastrophic injury and death cases involving allegations of defective component parts (*see, e.g.*, *Floyd v. Bic Corp.* (Case No. 1:89-cv-401-RLV, ND Ga.) and complex medical malpractice

cases (*E.g., Wilson v. Obstetrics & Gynecology of Atlanta, P.C.* (CAFN: 2008-EV-003898B, State Court of Fulton County, Ga.). Through non-leadership roles, I have gained knowledge and experience in representing plaintiffs in the following MDL cases:

      a. *In Re Vioxx Products Liability Litigation*, MDL NO. 1657 (ED La.);

      b. *In Re: Fosamax (Alendronate Sodium) Products Liability Litigation*, MDL No. 2243 (D NJ);

      c. *In Re: DePuy Orthopaedics, Inc., ASR Implant Products Liability Litigation*, MDL No. 2197) (D. Ohio)

      d. *In Re: DePuy Orthopaedics, Inc, Pinnacle Hip Implant Products Liability Litigation*, MDL No. 2244 (ND Tex.); and

      e. *In Re: Mirena IUD Products Liability Litigation*, MDL No. 2434 (SDNY).

7.    Over the years I have tried many complex civil cases to successful verdict and have demonstrated the ability to obtain quality results for my clients in complex matters. *E.g., Gates v. Syrian Arab Republic* (Case No. 1:06CV01500, USDC DC)($412 million judgment) and *First Center, Inc. v. Delta Comm. Credit Union* (CAFN: 10-1-7119-40, Superior Court of Cobb County, Ga.)($75 million judgment).

8.    I have also been approved and served as class counsel numerous times, including a successful class action lawsuit against Fleet Finance that received national recognition in the early 1990s. I have been approved as class counsel in several other class actions alleging abusive insurance practices in Superior Court of Cobb County, Georgia (*Parker v. American Medical Security*,

Case No. 04-1-1980-42) and the State Court of Fulton County (*Kahn v. Fortis Insurance Company*, Case No. 2004 VS 074998F) as well as in several payday lending class actions (E.g., *Evans v. USA Payday*, State Court of Dekalb County, Case No. 04A-23913-7); *King v. Advance America*, State Court Cobb County, Case No. 2004A 7102-6; and *Greene v. Cash America Int'l, Inc.* (State Court of Cobb County, Case No. 2004A 7104-6.)  I have most recently resolved a class action case involving junk faxes being sent in violation of the federal Telephone Consumer Protection Act.  *See A Fast Sign Company, Inc. v. American Home Services, Inc.* (Superior Court of Fulton County, CAFN:  2003-CV-77276). Collectively, the lawyers at the Barnes Law Group have successfully obtained judgments and settlements in excess of $1 billion on behalf of consumers and injured plaintiffs.

9.     I am currently class counsel in a nationwide class action suit challenging the legality of vehicle title loans made to active duty service members and their dependents in violation of the Military Lending Act of 2007 (See *Cox v. Community Loans of America, Inc.* (Case No. 4:11-cv-177-CDL (MD Ga.), currently on appeal Case No. 14-90008 (11th Cir.)

10.     I have been actively involved in all phases of the underlying litigation in *Merritt v. Home Depot USA, Inc.*, including pre-suit investigation matters and the drafting and filing of the initial Complaint.  I reviewed all papers submitted to the JPML and personally attended the December 4, 2014 hearing conducted in Charleston, SC, to determine whether the Home Depot Data Breach cases should be consolidated in the Northern District of Georgia.  Since consolidation, I have been actively involved in developing, organizing and building the unanimous leadership structure now being considered by the Court.

11.    I and my firm are willing and able to commit substantial time and resources to the challenging task of service as Liaison Counsel and are accustomed to handling matters involving complex litigation, including class actions.

12.    I and my firm stand ready to devote the necessary financial and personnel resources to handle and manage the task of serving as Liaison Counsel for the consumer cases in this MDL and, if appointed, intend to additionally call upon other attorneys in our my firm including J. Cameron Tribble and W. Matthew Wilson, who are also experienced in complex litigation matters.

13.    My litigation experience and the successful resolution and completion of the cases identified herein demonstrate my ability to work cooperatively with others, including opposing counsel.  Over the many years I have practiced law, my colleagues have relied upon and trusted me to provide quality written and oral advocacy and intensive legal research and analysis on a wide array of challenging and complex issues that were necessary and pertinent to the issues at hand under demanding conditions.  If appointed to the leadership structure sought herein, I will faithfully carry out the duties and obligations required in this litigation.

14.    For all these reasons, I am confident that I am qualified, experienced, and generally able to conduct litigation required in this case.

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I declare the foregoing is true and correct.

Executed this 2nd day of February 2015.

/s/ Roy E. Barnes
ROY E. BARNES