IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____
                                               )
In re: The Home Depot, Inc., Customer    )   Case No.: 1:14-md-02583-TWT
Data Security Breach Litigation                )
                                               )       CONSUMER CASES
_____  )

## DECLARATION OF DAVID J. WORLEY

I, David J. Worley, declare pursuant to 28 U.S.C. § 1746 as follows:

1.  I am Of Counsel to the law firm of Harris Penn Lowry LLP ("HPL") of Atlanta and Savannah, Georgia. I have been a member in good standing of the State Bar of Georgia since 1985 and am counsel of record for the plaintiffs in the *Hill, Solak, and Stern* actions centralized before this Court. I respectfully submit this declaration in support of Plaintiffs' request to appoint Harris Penn Lowry as Co-Lead and Interim Class Counsel for consumer plaintiffs in this litigation.

2.  Harris Penn Lowry, LLP partners are considered to be among the leading plaintiffs' lawyers in the Southeast, having obtained numerous record-setting verdicts and settlements that have produced multiple appearances on the annual survey of top jury verdicts in Georgia as compiled by VerdictSearch, as well as top verdicts in the U.S. as compiled by the National Law Journal. HPL is the only Georgia law firm during the last ten years to secure No. 1 verdicts in five

different categories: Products, Business Torts, Premises, Nursing Home and Medical Malpractice, including three out of the top 10 product liability verdicts in Georgia history and four of the overall top 10 Georgia verdicts in 2010. HPL's success on behalf of Plaintiffs has given it the resources to fully support the prosecution of this action.

3.     HPL's Financial Fraud and Class Action Litigation Practice Group focuses on complex, high value, financial fraud and other business and consumer class action litigation.  The firm has been retained by county governments, other elected officials, court-appointed bankruptcy trustees, and even public companies, to prosecute their high value financial litigation. HPL has taken on companies guilty of overcharging, charging fictitious fees, utilizing unfair business practices, violating RICO, breaching fiduciary duties, and defrauding investors, among other things. We also pursue justice for consumers who have been harmed by healthcare fraud or violations of the privacy and security requirements of the Health Insurance Portability and Accountability Act (HIPAA).

4.     I have over 25 years of experience in complex civil trial and appellate litigation, with substantial experience representing shareholders and consumers in securities fraud and other class action litigation, and many years representing trustees of union pension and health and welfare  funds and international and local

unions in complex litigation in federal courts across the country. I have an AV-rating from Martindale-Hubbell and have repeatedly been named a Georgia Super Lawyer in the field of securities litigation. I have been principal counsel in over 30 reported decisions in federal and state courts. Among the major securities cases I have managed were *In re Cryolife Securities Litigation* and *In re AFC Enterprises Securities Litigation*, cases that produced two of the 10 largest securities fraud settlements in the history of the Northern District of Georgia. I am a past Chair of the Labor and Employment Law Sections of both the State Bar of Georgia and the Atlanta Bar Association and am a former Co-Chair of the Federal Legislative Developments Committee of the American Bar Association's Committee on Labor and Employment Law. I have lectured on arbitration, litigation and election law topics at numerous continuing legal education seminars.

5.     I and partner James M. Evangelista will personally act as the lead attorneys for Harris Penn Lowry in this case.  Mr. Evangelista has over two decades of diverse, hands-on, complex financial fraud, commercial and class action litigation experience representing both plaintiffs and defendants in federal and state courts around the United States, with extensive experience in electronic discovery matters, including a legal journal publication on electronic discovery. Mr. Evangelista's broad plaintiffs' experience includes the representation of county

governments, institutional pension funds, corporations and individual investors in complex and class action litigation against a variety of public companies, including securities fraud class actions, merger and acquisition matters, shareholder derivative litigation, and general business tort and commercial lawsuits.

6.     I and Mr. Evangelista have extensive experience serving in leadership roles in complex litigation in federal courts around the nation. Mr. Evangelista and I have served in leadership roles in a number of class action, consumer, shareholder derivative and securities fraud litigations in which we or our firms were appointed to leading roles, including, for example:

*In re Bank of America Corporation Stockholder Derivative Litigation*, C.A. No. 4307-VCS (Del. CH) (Co-lead counsel in shareholder derivative litigation);

*Schulte v. Fifth Third Bank,* 1:09-CV-6655, (N.D. Ill.) (Settlement class co-counsel for nationwide class of consumers);

*In Re Evergreen Ultra Short Opportunities Fund Securities Litigation,* No. 08-cv-11064-NMG (D. Mass) (Co-lead counsel in securities fraud class action);

*Eaves et al v. Earthlink*, No. 05-CV-97274 (GA Superior, Fulton Cty.) (Class counsel in nationwide consumer class action);

*National Air Traffic Controllers Association  et al v. Dental Plans, Inc.,* No. 1:05-CV-00882 (N.D. Ga.) (Lead counsel for national class of air traffic controllers in ERISA action for payment of dental benefits);

*In Re Cryolife Sec. Litig.*, No. 1:02-CV-01868 (N.D. Ga.) (Co-lead counsel in securities fraud class action);

*In Re AFC Enterprises Sec. Litig.*, No. 1:03-CV-817 (N.D. Ga.) (Co-lead counsel in securities fraud class action);

*Plymouth County Retirement Systems v. Carter's, Inc. et al*, No. 08-CV-2940 (N.D. Ga.) (Liaison counsel in securities fraud class action);

*In Re Cbeyond Inc. Securities Litigation*, No. 08-cv-1666 (N.D. Ga.) (Liaison counsel in securities fraud class action);

*Sewright v. ING Groep N.V*, No. 09-cv-00400-JEC (N.D. Ga.) (Liaison counsel in ERISA class action);

*In Re Internap Network Services Corp. Securities Litigation*, No. 08-cv-462- (N.D. Ga.) (Liaison counsel in securities fraud class action); and

*In Re EasyLink Services International Corp.*, No. 12A-04020-3 (GA Superior Ct, Gwinnett Cty) (Co-liaison counsel in shareholder class action).

Further information on Harris Penn Lowry's complex litigation experience is contained in the high value financial fraud firm resume attached hereto as Exhibit 1. Additional information and biographies of firm personnel can be found at www.hpllegal.com.

7.      Harris Penn Lowry is willing and able to commit to this litigation as many resources as necessary for as long as it takes to resolve. Almost all of our cases require multi-year investments and significant labor.  The firm is of course

committed to efficient handling and resolution of all matters, but we frequently invest thousands of hours in pursuit of a positive result for our clients. Harris Penn Lowry has ample human, financial, and other resources to advance the litigation in a timely and efficient manner. The firm regularly handles sophisticated litigation involving hundreds of thousands of pages of documents. The firm's practice is almost entirely done on a contingent fee basis, and thus the firm repeatedly advances significant costs to prosecute a case.

8. My firm has also undertaken substantial work identifying, investigating, and prosecuting potential claims in this action, and working cooperatively after consolidation with other counsel to move the case forward at this Court's direction. Prior to consolidation, we interviewed potential plaintiffs, examined various potential causes of action, and ultimately filed three class action lawsuits in this District. We currently represent 9 clients in this litigation.

9. We are dedicated to working cooperatively with the proposed leadership firms and all counsel in this litigation. We have a proven track record of partnering with other firms cooperatively in litigation across the United States in both state and federal court. The firm and its lawyers have excellent working relationships with co-counsel and have a long history of cooperatively litigating

cases in the spirit of Fed. R. Civ. P. 1 and the guidelines set forth in the Manual for Complex Litigation.

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I declare the foregoing is true and correct.

Dated: January 30, 2015 in Atlanta, Georgia.


                    /s/ David J. Worley_____
                    David J. Worley



ATLANTA OFFICE
400 Colony Square
1201 Peachtree Street NE
Suite 900
Atlanta, Georgia 30361
404/961.7650 PHONE
877/688.7651 TOLL FREE
404/961.7651 FAX

SAVANNAH OFFICE
405 East Perry Street
Savannah, Georgia 31401
912/651.9967 PHONE
877/688.7651 TOLL FREE
912/651.1276 FAX

# Harris Penn Lowry, LLP

## High Value Financial Fraud Litigation

The firm's attorneys in the Financial Fraud and Class Action Group have helped secure $390 million in settlements and awards in high value financial fraud litigation, including through their role as lead or co-lead counsel in securities fraud class actions, consumer class actions, shareholder derivative litigation and other complex business litigation.

HPL's Financial Fraud and Class Action Litigation Practice Group focuses on complex, high value, financial fraud-related litigation and other complex business litigation.

Our attorneys have aggressively and successfully litigated cases on behalf of aggrieved investors throughout the United States in significant securities fraud matters and have served in various leadership roles in securities fraud class action litigation against such well-known public companies as AFC Enterprises, Airgate PCS, Bank of America, Beazer Homes, BellSouth, Biogen Idec, Carters, Cbeyond, Chicago Bridge & Iron, CNF, The Coca-Cola Company, Coca-Cola Enterprises, Cryolife, Dell, Elan Pharmaceuticals, Encysive Pharmaceuticals, Evergreen Ultra Short Opportunities Fund, First Horizon Pharmaceuticals, Hewlett-Packard, Immucor, ING Groep N.V., Internap Internet Services, MBNA, Mirant, New York Community Bancorp, Par Pharmaceuticals, Profit Recovery Group, Providian Financial Corp, Rhodia, Select Medical, Spectrum Brands, TyCom, Vivendi, Vonage, Witness Systems, and Washington Mutual.

Representative shareholder class and derivative litigation matters our lawyers have handled include actions against Bank of America (breach of fiduciary duty for the acquisition of Merrill Lynch), Beazer Homes USA, Inc. (breach of fiduciary duties, including corporate waste); CNF, Inc. (breach of fiduciary duties, including corporate waste); Ebix, Hythiam Corp and Comprehensive Care Corp (breach of fiduciary duties relating to procedurally and financially unfair attempted acquisition); Guitar Center, Inc. (breach of fiduciary duties relating to procedurally and financially unfair going private transaction); HBOC McKesson and Per Se Inc. (breach of fiduciary duties arising from procedurally and financially unfair acquisition).

The breadth of our attorneys' experience is reflected in the roles they served in the prosecution of numerous securities fraud litigations in which their former firms had served as lead or co-lead counsel. Importantly, the quality and level of our financial



fraud and securities lawyers' experience and efforts are reflected in the results they directly helped to achieve including:

- *In Re Providian* Financial *Corp. Sec. Litig.*, C 01-3952 (N.D. Ca.) (securities fraud class action) ($65 million recovery);

- *South Ferry LP #2 v. Killinger, (Washington Mutual, Inc.);* United States District Court for the Western District of Washington, Civil Action No. CV04-1599C (securities fraud class action) ($41.5 million recovery);

- *In Re Dell, Inc., Securities Litig.*, 1:06-cv-726 (W.D.Tx.) (securities fraud class action) (securities fraud class action) ($40 million recovery);

- *In Re BellSouth Corporation Sec. Litig.,* United States District Court for the Northern District of Georgia, Civil Action No. 1:02-CV2142-WSD (securities fraud class action) ($35 million recovery);

- *In Re Evergreen Ultra Short Opportunities Fund Securities Litigation,* United States District Court for District of Massachusetts, Civil Action 1:08-cv-11064-NMG ($25 million settlement);

- *Eaves et al v. Earthlink*, Case No. 05-CV-97274 (class counsel in consumer fraud class action) (GA Superior, Fulton Cty) (recovery on behalf of 850,000 class members for improper termination fee charges, settlement value up to $26 million);

- *Baker v. MBNA Corp.*, 05-cv-0272 (D. Del.) (securities fraud class action) ($25 million recovery);

- *In Re Cryolife Sec. Litig.*, No. 1:02-CV-01868 (N.D. Ga.) (securities fraud class action) ($23.25 million settlement);

- *Plymouth County Retirement Systems v. Carter's, Inc. et al*, 08-CV-2940-AT (N.D. Ga.) (securities fraud class action) (total recovery against officers and directors and outside auditors of over $23 million);

- I*n Re AFC Enterprises Sec. Litig.*, No. 1:03-CV-817 (N.D. Ga.) (securities fraud class action) ($18 million recovery);

- *In re NPS Pharmaceuticals, Inc. Sec. Litig.,* No. 06-cv-00570 (D.Utah) (securities fraud class action) ($15 million recovery);

- *In re Friedman's, Inc. Sec. Ltig.*, No. 03-cv-3475 (N.D. Ga.) (securities fraud class action) ($14.9 million recovery);

2



- *Schulte v. Fifth Third Bank*, 09-CV-06655-RMD (N.D. Ill) (consumer fraud class action) ($9.5 million settlement);

- *In Re Internap Network Services Corp. Securities Litigation*, 1:08-cv-03462-JOF ($9.5 million settlement);

- *In Re First Horizon Pharmaceutical Corporation Sec. Litig.*, United States District Court for the Northern District of Georgia, Civil Action No. 1:02-CV-2332-JOF (securities fraud class action) ($4.65 million recovery);

- *In re Verso Technologies, Inc.* (*Liquidating Trustee of the Verso Technologies v. Tauber & Balser P.C., et al*) 1:11-cv-02995 (AT) (N.D.GA) (accounting fraud and misrepresentations by bankrupt public company's outside auditors) ($4 million recovery, including $100,000 in sanctions for defendants' and their counsel's discovery malfeasance);

- *In re Verso Technologies, Inc.* (*Liquidating Trustee of the Verso Technologies v. Odom, et al*) 1:09-cv-1293 (AT) (N.D.GA) (officer & director liability to bankrupt public company) (settlement of $3.5 million against former officers & directors);

- *Sewright v. ING Groep N.V*, United States District Court, Northern District of Georgia, 1:09-cv-00400-JEC ($3.5 million recovery for ERISA class of employees);

- *In re Verilink (Liquidating Trustee of the Estates of Verilink and Larscom v. Powell Goldstein, et al*) 5:11-CV-03877 (CLS) (N.D.Ala) (professional liability of outside corporate legal counsel to bankrupt former public company) (confidential settlement against former outside legal counsel and bankruptcy counsel to bankrupt public company);

- *In re Verilink (Liquidating Trustee of the Estates of Verilink and Larscom v. Belden, et al*) 08-80072 (JAC) (N.D.Ala, Bkcy.) (officer & director liability to bankrupt former public company; professional liability against former investment advisors) (confidential settlement against former officers & directors of bankrupt public company, and its outside investment advisor);

- *In re EasyLink Services International Corp.*, Superior Court of Gwinnett County, GA, Civil Action No. 12A-04020-3 (shareholder class action achieving material, supplemental disclosures regarding terms and valuation of public company in connection with acquisition);

- *In Re Comprehensive Care Corp. Shareholder Litig.*, Cons. C.A. No. 2692 (halted procedurally unfair merger); and

3



- *Criddle v. CNF, Inc.*, CA No. 434340 (San Mateo, Ca.) (derivative action resulted in corporate governance changes to address specific misconduct alleged in the complaint relating to aircraft safety and maintenance reporting issues).

Indeed, speaking directly to Mr. Evangelista while with his prior firm and during an attorneys' fee hearing, the Hon. Charles R. Breyer congratulated the $65 million class settlement he helped achieve and stated:

> [Y]ou worked ... like demons. You absolutely worked. And by working as hard as you worked, you got it. You got the settlement that I have to believe was a good settlement. ... So I thought you did a fine job, and you came right up to the plate when it was necessary.

In *Re Providian Financial Corp. Sec. Litig.,* Master File No. C 01-3952 CRB (N.D.Cal.).

**More information on the firm's financial fraud and consumer litigation experience and biographies of all firm attorneys can be found at www.hpllegal.com**

4