IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____
                                  )

In re: The Home Depot, Inc., Customer   )   Case No.: 1:14-md-02583-TWT
Data Security Breach Litigation               )
                                                   )   CONSUMER CASES
_____   )

## DECLARATION OF JOHN A. YANCHUNIS

I, John A. Yanchunis, declare pursuant to 28 U.S.C. § 1746 as follows:

1.    I am counsel of record for Plaintiff in the *Chorman* case filed against Defendant which is now before this Court. I respectfully submit this declaration in support of Plaintiffs' request to appoint John A. Yanchunis as Co-Lead and Interim Class Counsel for consumer plaintiffs in this litigation.

2.    I currently lead the National Consumer Class Action and False Claims Act sections of Morgan & Morgan's Complex Litigation Group. Morgan & Morgan is among the largest, exclusively plaintiffs' law firms in the United States, employing 272 lawyers and 1500 support staff who serve the public in 25 offices in Georgia, Florida, Mississippi, Kentucky, Tennessee, New Jersey and New York. Morgan & Morgan is comprised of outstanding trial lawyers who have recovered groundbreaking multi-million dollar verdicts, held significant roles in government and public service, and played pivotal roles in shaping the outcome of class action lawsuits across the country. While Morgan & Morgan's Complex Litigation Group draws its expertise from 13 attorneys supported by skilled paralegals, investigators, and state-of-the-art technology, it benefits from the experience, commitment, and resources of the entire firm.

3. My firm and I possess and are prepared to devote all necessary financial and staffing resources to vigorously prosecute this case. In doing so, we are fully committed to making meaningful contributions on behalf of all plaintiffs and the Court. In addition, as demonstrated herein, my history with similar litigation demonstrates my willingness and ability to devote the time and energy expected by the Court.

4. The vast majority of my practice, which now spans nearly 34 years, has concentrated on complex litigation, including consumer class actions. I have represented consumers in numerous privacy rights and data breach cases, beginning with the multidistrict consolidated class case of *In re DoubleClick Inc. Privacy Litigation*, No. 00-cv-0641-NRB (S.D.N.Y.), a seminal privacy class action that settled in 2002 and involved DoubleClick's use of cookies to track the private activities of internet users. I have also served as co-lead counsel in the successful prosecution and settlement of the two largest class action cases in the United States: *Fresco v. Automotive Directions, Inc.*, No. 03-61063-JEM, and *Fresco v. R.L. Polk*, No. 07-cv-60695-JEM (S.D. Fla.). My role as lead counsel in these cases is particularly noteworthy as these cases were filed against the world's largest data and information brokers, including Experian, R.L. Polk, Acxiom, Reed Elsevier (which owns Lexis/Nexis), and other companies to protect the important privacy rights of consumers.

5. I have also served as co-lead counsel in the successful resolution of the following privacy class actions: *Davis v. Bank of America*, No. 05-cv-80806 (S.D. Fla.); *Kehoe v. Fidelity Federal Bank and Trust*, No. 03-cv-80593 (S.D. Fla.) and *Pino v. Warranty Acceptance Corporation*, No. 05-cv-61576 (S.D. Fla.). In addition, I served as lead counsel in the following data breach class cases: *Burrows*

*v. Purchasing Power, LLC*, No. 1:12-cv-22800 (S.D. Fla.), and *Carsten v. University of Miami*, No. 14-cv-20497 (S.D. Fla.), both of which settled and provided monetary and injunctive relief to members of the class.

6. Currently, I am serving as lead counsel in the following privacy/data breach class litigation involving the loss of medical and financial information: *John Doe v. Tampa General Hospital*, No. 14-CA-012657 (Fla. 13th Judicial Cir. Ct. 2014) and *Elyzabeth Ramirez v. ChenMed, LLC*, No. 1:14-cv-20497-KMW (Fla. 11th Judicial Cir. 2014). I am also class counsel in two other data breach cases against retailers: *Mary Jane Whalen v. Michael Stores Inc.*, No. 14-cv-07006 (S.D.N.Y. 2014) and *Remijas v. Neiman Marcus Group*, LLC, No. 14-cv-01735 (N.D. Ill.). In addition, I currently serve on the Executive Committee overseeing the consumer class, bank class and shareholder derivative litigation pending against Target Corporation for perhaps the largest data breach case to date, *In re Target Corporation Customer Data Security Breach Litigation*, MDL No. 2522 (D. Minn.), pending before United States District Judge Paul A. Magnuson.

7. As a result of my experience in privacy and data breach litigation, I have lectured at seminars regarding privacy litigation. I was a speaker at the American Conference Institute's 9th Cyber & Data Risk Insurance conference in September, 2014, and at the Class Action Roundtable at the National Consumer Law Center's Convention in November, 2014. I am also presently scheduled to speak on privacy litigation at a seminar in San Diego in March, 2015. In addition, I have been a presenter or speaker at numerous seminars on class action topics.

8. I have also served as lead, co-lead, or class counsel in numerous class actions involving a wide variety of areas affecting consumers, including antitrust, defective products, life insurance, annuities, and deceptive and unfair acts and

practices. As a result of this experience, beginning in 2005, I was selected to serve as lead counsel for the Florida Department of Financial Services and the Florida Department of Insurance Regulation (the insurance regulators in the state of Florida) in their investigation of the insurance industry over issues concerning possible antitrust activity, and other possible unlawful activities regarding the payment of undisclosed compensation to insurance brokers. This litigation and investigation resulted in millions of dollars in restitution being paid to Florida consumers, and also resulted in significant changes in the way commercial insurance is sold in the state of Florida and across the country.

9. During my career, I have tried numerous cases, including one of the largest and longest insurance coverage cases in U.S history, which was filed in 1991 by The Celotex Corporation and its subsidiary, Carey Canada, Inc. During the 17 years that case was pending, I was lead counsel for several insurance companies involving coverage for asbestos and environmental claims. The case was tried in three phases and took almost 200 trial days over several years.

10. I have also been honored with the prestigious "AV" rating by Martindale-Hubbell, and has an extensive record of service in The Florida Bar, including election to The Florida Board Bar of Governors and appointment by The Florida Supreme Court to the Florida Board of Bar Examiners, where I continue to serve as an Emeritus Member. In addition, I have represented The Florida Bar in litigation, and have served as an expert for The Florida Bar on issues relating to class action litigation.

11. I am a member in good standing of the Florida bar, and of all the bars to which I have been admitted, including the state bar of Texas, the United States Supreme Court, the United States Court of Appeals for the Fifth, Sixth, Seventh,

Ninth, and Eleventh Circuits, and the United States District Courts of the Southern District of Texas, Northern District of Texas, Eastern District of Wisconsin, Western District of Wisconsin, Western District of Tennessee, Middle District of Florida, Southern District of Florida, Eastern District of Michigan, and Northern District of Illinois.

12. Overall, my firm and I are fully and unequivocally committed to this action. Morgan & Morgan has the necessary financial resources and legal experience to equalize the playing field in furtherance of justice for their clients, and to prosecute this action to a successful conclusion. The firm intends to dedicate substantial resources from the Morgan & Morgan Complex Litigation Group to this action. The attorneys of Morgan & Morgan Complex Litigation Group have extensive experience in national class action, mass tort and False Claims Act litigation, and have played an integral role in litigating data breach class actions nationwide. This knowledge, skill and experience is necessary to effectively and efficiently litigating this action. The formidable resources of Morgan & Morgan, combined with my pledge of time and energy, my proven track record for working professionally and collaboratively with peers, and my substantial privacy and data breach litigation experience, will allow me to ably serve – both personally and actively – as co-lead counsel in this action.

Under penalty of perjury pursuant to 28 U.S.C. § 1746, I declare the foregoing is true and correct.

Executed this 2nd day of February, 2015.

/s/ John A. Yanchunis_____
John A. Yanchunis