## Proposed Steering Committee Member Profiles

## Howard T. Longman; Stull, Stull & Brody

For more than 40 years, Stull, Stull & Brody (SS&B) has developed a national reputation for its zealous representation of plaintiffs in class action litigation. Since 1970, SS&B has handled hundreds of cases and obtained more than a billion dollars in settlements for aggrieved class members. As demonstrated below, SS&B has achieved significant results in a broad array of cases, including consumer class actions, and against defendants in a broad array of industries. In addition to its commitment to zealous representation of its clients, SS&B emphasizes professionalism in its relations with other attorneys and the judiciary.

SS&B's skills and efforts are best reflected by its long history of achievements. For example, SS&B has been lead or co-lead counsel in numerous class actions in which at least $100 million has been recovered for class members, including:

♦ *In re Initial Public Offerings Securities Litig.*, MDL No. 1264 (S.D.N.Y. 2009) (SS&B served as one of six members of Plaintiffs' Executive Committee, which recovered $586 million);

♦ *In re BankAmerica Corp. Securities Litig.*, MDL No. 1264 (E.D. Mo. 2002) (recovery of $490 million, the third highest settlement amount ever in a securities action case without an institutional lead plaintiff);

♦ *Neidich et al. v. Geodyne Resources, Inc., et al.,* No. 94-052860 (Harris County Tex. 1994), and *In Re Painewebber Ltd. Partnerships Litigation,* Case No. 94 Civ. 8547 (Southern District of New York (1994)(SHS) (recovery of $125 million cash settlement plus contingent benefits of additional $75 million);

♦ *In re Computer Associates Sec. Litig.*, Master File No. 98-CV-4839 (TCP) (E.D.N.Y. 2003) (recovery of $133 million);

♦ *Spahn v. Edward D. Jones & Co., L.P.*, 04-CV-00086 (E.D. Mo. 2007) (recovery of $72.5 million in credits for current Edward Jones customers and $55 million in cash for former Edward Jones customers);

♦ *In re Peregrine Systems, Inc. Sec. Litig.*, Civil Action No. 02-CV-870 J (RBB) (S.D. Ca. 2006, S.D. Ca. 2009) (recovery of $117,567,922);

♦ *In re American Express Financial Advisors Sec. Litig.*, 04-CV-1773 (S.D.N.Y.) (recovery of $100 million in cash and implementation of significant remedial measures);

♦ *In re Ikon Office Solutions, Inc. Securities Litig.*, MDL No. 1318 (E.D. Pa. May 9, 2000) (recovery of $111 million);

♦ *In re Salomon Brothers Treasury Litig.*, Consolidated Action No. 91 Civ. 5471 (RPP) (S.D.N.Y. 1994) (recovery of $100 million); and

♦ *In re AOL Time Warner ERISA Litig.*, Civil Action No. 02 CV 8853 (SWK) (S.D.N.Y. 2006) (recovery of $100 million in cash to the company's 401(k) plan in what the court noted was "one of the largest ERISA settlements to date.")

SS&B has also been highly successful in the consumer class action field spearheaded by attorney Howard T. Longman who has appeared in this matter. Such results include:

♦ *Sheris v. Nissan North America, Inc.,* Civ. No. 07-cv-2516 (WHW) (D.NJ.)(co-lead counsel in case obtaining recovery of nearly 100% of out-of-pocket costs, including costs for labor and parts, of class members owning certain cars with defective braking system. pads and rotors)

♦ *Szymczak v. Nissan North America Inc.,* 10-cv-07493-VB (S.D.N.Y.) *(*co-lead counsel in case which resulted in cash recovery and direct monetary benefits valued at over $14 million obtained on behalf of a multi-state nationwide class of owners of certain Nissan vehicles model years 2005 through 2010 with damage to transmissions as the result of radiator fluid leakage)

♦ *Lubitz, et al. v. DaimlerChrysler Corp.,* Civ. No. Ber-L-4883-04 (New Jersey Superior Court, Bergen Co.) (counsel for the class in consumer action against DaimlerChrysler Corp. in which a New Jersey state court certified a nationwide settlement class and approved a settlement valued at $14.5 million to owners of Jeep Grand Cherokees, model years 1999 through 2004 related to defective brakes which wore prematurely).

A more full and complete list of cases which SS&B has brought to a successful conclusion is available online at www.ssbny.com.

SS&B maintains offices in New York and Beverly Hills. A summary of educational information and background in the class action field for the SS&B attorneys who will primarily conduct and be responsible for the Home Depot Consumer Data Breach litigation for the firm is as follows:

Howard T. Longman was named by Super Lawyers magazine as a Super Lawyer in 2014. Mr. Longman, who grew up in Virginia, received his

undergraduate degree from the University of Virginia and his J.D. from New York Law School in 1982.  Mr. Longman is a member of the New York State Bar and has also been admitted to practice before the United States District Court for the Southern and Eastern Districts of New York and other courts around the country on a *pro hac vice* basis.  Some of the notable cases which Mr. Longman developed from inception and in which he acted as co-lead counsel include: *In Re Peregrine Securities Litigation*, Southern District of California (recovery of $117,567,922), *In Re Rambus Securities Class Action Litigation*, Northern District of California ($18 million settlement), *Neidich et al. v. Geodyne Resources, Inc*, Harris County Texas and *In Re Painewebber Ltd. Partnerships Litigation,* Southern District of New York ($125 million cash settlement plus contingent benefits of additional $75 million); *In Re Dreyfus Aggressive Growth Mutual Fund Litigation*, Southern District of New York ($18.5 million settlement resulting in a recovery to class members of over 80% of class members' losses).

Patrick Slyne received his J.D. from the University of Wyoming in 1988. He is a member of the Colorado, Connecticut and Wyoming state bars, and is admitted to practice before the United States District Courts for Wyoming, Connecticut, Eastern District of New York, and Southern District of New York, and the United States Court of Appeals for the First Circuit, Second Circuit and Ninth Circuit.  Notable cases in which Mr. Slyne had substantial responsibility include:  *In re Initial Public Offerings Securities Litig.* (see above); *Esther Sadowsky Testamentary Trust v. Brendsel* (Federal Home Loan Mortgage Corporation) (S.D.N.Y. 2006) (assisted Freddie Mac in securing $100 million cash from D&O carriers and $9 million cash from certain Freddie Mac counter-parties for alleged breaches of fiduciary duties in accounting for and reporting of complex multi-billion dollar derivatives transactions); *In re Computer Associates Sec. Litig.* (E.D.N.Y. 2003) (see above)); *In re IKON Office Solutions, Inc. Sec. Litig.* (E.D. Pa. 2000) (see above); *In re Westinghouse Sec. Litig.* (W.D. Pa. 1999) (recovery of $67.25 million cash for alleged overstatement of financial position due to unrecognized losses in real estate portfolios); *In re Salomon Brothers Treasury Litig.* (S.D.N.Y. 1994) (recovery of $100 million cash for alleged manipulation of public market prices of U.S. Treasury securities); and *In re Tenneco Inc., Sec. Litig.* (S.D. Tex. 1992) (recovery of $50 million cash for alleged overstatement of financial results for failure to mark-to-market dealer inventories of heavy machinery and equipment).

**Gary S. Graifman; Kantrowitz, Goldhamer & Graifman, P.C.**

Kantrowitz Goldhamer & Graifman, P.C. is a full-service law firm with offices located at 210 Summit Avenue, Montvale, New Jersey 07645 and 747 Chestnut Ridge Road, Chestnut Ridge, New York. The Firm has a stellar reputation as a nationwide plaintiff's class action litigation firm. Its class action practice is managed by Gary S. Graifman.

Mr. Graifman specializes in the areas of securities and consumer class action litigation. He is admitted to practice before the courts of the State of New York, the State of New Jersey, the United States Federal Courts for the Southern District of New York, the Eastern District of New York, the District of New Jersey, the United States Court of Appeals for the Second Circuit, the Third Circuit and the Eighth Circuit. He is also a member of the Class Action Committee of the New Jersey State Bar Association. Mr. Graifman has been nominated by Super Lawyers Magazine as a New Jersey Super Lawyer for 2011 through 2015. He has an AV Rating with Martindale-Hubbell and a 10.0 Rating (out of a possible 10.0) with Avvo.com. He has been a speaker on class action issues before various bar organizations including those sponsored by the Class Action Committee of the New Jersey State Bar Association and by the National Employment Lawyers Association, New York Chapter.

In a settlement of a nationwide consumer fraud class action on behalf of 11,000 businesses who had been defrauded by the telephone company, Norvergence, Inc., and various equipment leasing companies, the New Jersey Superior Court approved a partial settlement with CIT Technology Financing, U.S. Bancorp, De Lage Laden Leasing and two other leasing companies on June 30, 2006. The firm was Co-Lead Counsel.

The presiding Judge, Judge Robert Coogan stated that: "The class counsel at bar . . . are well qualified, they are experienced in class action litigation. Counsel have vigorously pursued this litigation in this court, and although it's a rounded number, it has been two years, almost. [W]hat was shown here and what leads me to acknowledge this is the dimension, the worthiness, the scope of the advocacy, and the overall professional presentation, both in terms of the pleadings and here in the courtroom. There's also one other thing that I think as a jurist we judges fail to take note of, but now is the appropriate time to do it, it's the concept of collegiality. Collegiality amongst yourselves, collegiality of yourselves to the Court. And then I say collegiality amongst yourselves I mean that without there

being one ounce of sacrifice of the responsibility that each of you have as a litigator to advocate. There has been full advocacy here, but it's been done with a recognition of that other asset, which is collegiality."

The following represent examples of class action, complex business litigation and reported cases of note Mr. Graifman and the firm have taken an active role in:

♦ *In re Rambus Securities Inc. Litigation.*, 06-c-v4346-JF (U.S. District Ct., N.D. Cal.) Mr. Graifman and the Firm served as Co-Lead Counsel for the class in this securities class action involving allegations of backdating of options. The matter was settled for $18.33 million and approved on May 14, 2008.

♦ *In Re: Nissan Radiator/Transmission Cooler Litigation*, Case No. 10-cv-07493 (VB) (U.S. District Ct., S.D.N.Y.) Mr. Graifman and the firm served as co-lead counsel in this litigated consumer class action concerning payment for repairs to Nissan Pathfinder, Xterra or Frontier vehicles related to cross-contamination of radiator fluid and transmission fluid. The matter was settled with Defendants agreeing to extend the warranty to 100,000 miles or 10 years and pay for the repairs occurring within that extended mileage and time period, subject to certain deductibles that applied. The nationwide class action settlement was approved by the Court in May 2013, and was valued at approximately $14 million.

♦ *In re Trend Micro Class Action Litigation*, Case No. CV 11-02488 RMW (U.S. District Court, N.D. Calif.). Mr. Graifman and the firm served as co-lead counsel in this litigated consumer class action concerning failure to provide the remaining time left on current trial subscriptions when the subscriber on a trial subscription converted to a paid subscription. The case was settled in 2013 and Final Approval of the settlement was entered November 15, 2013 by the Court granting subscribers cash refunds or credit towards their future subscriptions and changing the policy of the Company going forward.

♦ *Jermyn v. Best Buy Stores, L.P.*, 1:08-cv-00214 (CM) (U.S. District Ct., S.D.N.Y.). Mr. Graifman and the Firm served as Co-Lead Counsel for the Class in this litigated consumer Class action certified as a New York consumer class by Hon. Colleen McMahon. The class consisted of Best Buy purchasers who were denied price match guarantees by Best Buy. The matter settled shortly before trial.

♦ *Sheris v. Nissan North America, Inc.,* 07-cv-2516 (WHW) (U.S. District Ct., D. New Jersey). Mr. Graifman and the Firm served as Co-Lead Counsel for the class in this consumer class action against Nissan for alleged brake defect in the 2005 G35x model vehicle. Court certified a New Jersey settlement class which involved reimbursement of the cost of brake and rotor replacement up to $340 per brake replacement.

♦ *Lubitz, et al. v. DaimlerChrysler Corp.*, BER-L-4883-04 (New Jersey Superior Court, Bergen Co.) Mr. Graifman and the Firm served as Co-Lead Counsel for the class in this consumer action against DaimlerChrysler Corp. The Court certified a nationwide settlement class and approved a settlement valued at $14.5 million to owners of Jeep Grand Cherokees, model years 1999 through 2004.

♦ *In re Symantec Corp. Class Action Litig.*, 1-05-cv-053711 (Superior Ct., State of California, Co. of Santa Clara) (Komar, J.). Mr. Graifman and the Firm served as Co-Lead Counsel in this consumer class action involving the cut-off of subscription time when the subscriber to Norton's anti-virus software renewed or upgraded earlier than the end of the then-current subscription. After the class was certified upon a litigated motion, the matter was settled for a cash payment or a voucher for further use with the anti-virus subscription (at the consumer's option), with the settlement valued in excess of $5 million.

♦ *In re Merck Shareholder Derivative Action*, ATL-L-3406-07 (N.J. Sup. Ct., Atlantic Co.) (Higbee, J.). Mr. Graifman and the Firm served as Co-Counsel in this Demand Refused Shareholder Derivative Action regarding the sale, marketing and eventual recall of Vioxx by Merck & Co. The matter was settled for substantial corporate operational and governance improvements. The Settlement was approved in April 2010 by Hon. Carol E. Higbee, P.J. Cv.

Selected Articles and Publications

*Supreme Court Decision in Conception v. AT&T: Another Blow to Consumers*, U.S. Politics Today May 12, 2011; Link: http://uspolitics.einnews.com/247pr/212419.

*Arbitration Clauses and Class Action Bans: Should Defendants Be Careful Of What They Wish For*? by Gary S. Graifman, Alan E. Kraus and Joan E. Karn; (N.J. Institute for Continuing Legal Education 2007) Handout Materials for "Hot Topics In Class Actions" seminar for New Jersey ICLE.

**Daniel C. Girard; Girard Gibbs LLP**

Girard Gibbs is a firm of 18 attorneys who are dedicated to serving plaintiffs in class actions and aggregate litigation. The firm was founded in 1995 and has successfully prosecuted class actions involving shareholder rights, securities, antitrust, consumer, privacy, employment, and civil rights laws in courts throughout the United States. Girard Gibbs is distinguished as a Tier 1 law firm for plaintiffs' mass tort and class-action litigation in the "Best Law Firms" list, an annual survey published in the U.S. News & World Report's Money Issue. The National Law Journal named Girard Gibbs to its elite "Plaintiffs' Hot List" for 2012, a selection of top U.S. plaintiffs' firms recognized for wins in high-profile cases.

Girard Gibbs has served in leadership positions in cases arising out of customer privacy data breaches and emerging technology and consumer privacy matters. These include:

- *In re Target Corp. Customer Data Sec. Breach Litig.*, No. 0:14-md-02522-PAM (D. Minn.): Daniel C. Girard currently serves on the Consumer Cases Steering Committee in this pending class action lawsuit filed on behalf of customers whose personal and financial information was compromised through a breach of Target's point-of-sale systems in late 2013. On December 18, 2014, Judge Paul A. Magnuson issued a favorable ruling for consumer plaintiffs largely denying Target's motion to dismiss. 2014 WL 7192478 (D. Minn. Dec. 18, 2014).

- *Forster v. Sony Pictures Entm't Inc.*, No. 2:14-cv-09646-RGK-SH (C.D. Cal.): Girard Gibbs represents a class of former and current employees whose personal, financial, and/or medical information was compromised through a security breach of Sony Pictures' internal data.

- *In re Adobe Sys., Inc. Privacy Litig.*, No. 5:13-cv-05226-LHK (N.D. Cal.): Girard Gibbs was appointed to lead the prosecution of a consolidated consumer privacy litigation on behalf of consumers who allege that Adobe failed to adequately protect its customers' data in connection with a 2013 data breach affecting millions of customers. In a widely noted ruling, on September 4, 2014, Judge Lucy H. Koh largely denied Adobe's motion to dismiss the

plaintiffs' consolidated class action complaint, finding that, among other things, plaintiffs had adequately alleged standing. 2014 WL 4379916 (N.D. Cal. Sept. 4, 2014).

♦ *Whitaker v. Health Net of Cal., Inc.*, No. 2:11-cv-00910-KJM-DAD (E.D. Cal.) and *Shurtleff v. Health Net of Cal., Inc.*, No. 34-2012-00121600-CU-CL (Sacramento Cnty. Superior Court):  Girard Gibbs served as co-lead counsel in this patient privacy case alleging that Health Net, a large HMO, violated the California Confidentiality of Medical Information Act.  On June 24, 2014, the court granted final approval of a settlement that provided class members with credit monitoring, established a $2 million fund to reimburse consumers for related identity theft incidents, and instituted material upgrades to and monitoring of Health Net's information security protocols.

♦ *Smith v. Regents of the Univ. of Cal., S.F.*, No. RG-08-410004 (Alameda Cnty. *In re Countrywide Fin. Corp. Customer Data Sec. Breach Litig.*, No. 3:08-md-01988-TBR (W.D. Ky.):  Girard Gibbs served as a member of the Plaintiffs' Executive Committee representing a class of millions of customers and potential customers of Countrywide whose personal information was stolen by a former Countrywide employee and then sold to other mortgage lenders.

Daniel C. Girard is the founder and managing partner of Girard Gibbs.  He has successfully represented plaintiffs in class actions and other complex litigation since 1988.  He has been recognized by his peers and the judiciary for professional excellence, and was listed in *The Best Lawyers in America* (2012-2014) for his work in class action and securities litigation.  Mr. Girard was also recognized by *Best Lawyers* as the 2013 "Lawyer of the Year" in San Francisco for Mass Tort Litigation/Class Actions - Plaintiffs.  He has been consistently honored as a *Northern California Super Lawyer* (2007-2014), and has also earned the distinction of being included among the "Top 100 Super Lawyers" in Northern California.  He has been named among the highest class of attorneys for professional ethics and legal skills with an *AV-Preeminent* rating by Martindale Hubbell.

Mr. Girard has successfully represented investors and consumers in a series of precedent-setting cases.  Some of the cases in which Mr. Girard served as lead counsel include *In re Am. Express Fin. Advisors Secs. Litig.*, No. 04-cv-01773-

DAB (S.D.N.Y.) ($100 million settlement), *In re Prison Realty Secs. Litig.*, No. 99-cv-0452 (M.D. Tenn.) ($104 million settlement), *In re i2 Techs. Secs. Litig.*, No. 3:02-cv-418-H (N.D. Tex.) ($88 million settlement), and *In re MCI Non-Subscriber Telephone Rates Litig.*, MDL No. 1275 (S.D. Ill.) ($90 million).  Mr. Girard also served as lead counsel in the *In re H&R Block Express IRA Litig.*, No. 4:06-md-01786 (W.D. Mo.) which resulted in a $19.5 million settlement.

Mr. Girard has significant experience litigating cases involving privacy issues and emerging technologies.  In addition to serving on the Steering Committee in the *Target Data Breach Litigation*, he currently serves as co-lead counsel in *In re Yahoo! Mail Litig.*, No. 5:13-cv-4980-LHK (N.D. Cal.), representing a proposed class of consumers who allege that Yahoo's email scanning and data harvesting practices violate state and federal wiretap laws.  Mr. Girard also served as co-lead counsel in *In re Sony BMG CD Techs. Litig.*, No. 1:05-cv-09575-NRB (S.D.N.Y.), for a class of consumers who alleged that Sony BMG incorporated "Digital Rights Management" software into music CDs rendering their computers more vulnerable to viruses and spyware that resulted in a successful settlement.  He led a successful class action in *In re PayPal Litig.*, No. 02-01227 JF PVT (N.D. Cal.) to achieve a $9.25 million settlement that far exceeded the maximum statutory damages recoverable under the Electronic Funds Transfer Act, and oversaw the firm's work on the plaintiffs' executive committee in *Beringer v. Certegy Check Servs., Inc.*, No. 8:07-CV-01657-SDM-TGW (M.D. Fla.), representing millions of consumers whose personal financial records were stolen by a Certegy employee and resold to a third party for marketing purposes.

Mr. Girard served on the United States Judicial Conference Advisory Committee on Civil Rules from 2004 to 2010.  As a member of the Civil Rules Committee, he participated in the development of the "e-discovery" amendments and served on the task force charged with developing the Rule 26 amendments governing discovery of expert witnesses, among other making projects.  Mr. Girard has also appeared before the United States Judicial Conference Standing Committee on the Rules of Practice and Procedure on two occasions as an expert on class actions and complex litigation.  He is a member of the American Law Institute and a member of the Consultative Group for the Restatement of the Law of Privacy project.

**William B. Federman; Federman & Sherwood**

Federman & Sherwood is one of the leading AV rated investor and plaintiff litigation law firms in the country.  With offices in Oklahoma City and Dallas, the firm litigates cases throughout the country in state and federal courts in securities, shareholder derivative, and consumer class action lawsuits.  The firm's AV Martindale-Hubble rating, and participation on forums sponsored by various organizations including the American Bar Association, the Securities Industry Association, the Oklahoma and Houston Bar Associations demonstrate its commitment to legal ethics and support of the legal profession.

Federman & Sherwood has served as lead or co-lead counsel in consumer class actions in both state and federal courts.  For example, the firm was recently appointed co-lead counsel in *In Re Canon Inkjet Printer Litigation*, a consumer class action pending in the United States District Court for the Eastern District of New York (Hon. Leonard D. Wexler)(consolidated action); and also recently coordinated an excellent multi-jurisdictional class action settlement against the Dakota Growers Pasta Company, Inc., where over 132,769 claims have been filed to date utilizing an efficient state of the art,  online claims process and direct mail to consumers.  The firm has also served as lead or co-lead counsel in over fifty shareholder derivative and securities class action cases and has tried both jury and non-jury cases in numerous federal and state courts and arbitration proceedings from California to New York (including cases in Texas, Florida, Utah, Oklahoma, Kansas, Colorado, New York, California, Louisiana, Arkansas, Illinois, and Ohio) as well as having served as coordinating or supervising counsel for clients facing multi-jurisdictional litigation.

A recent example of Federman & Sherwood's success as lead counsel is the firm's resounding victory in the United States Court of Appeals for the Fifth Circuit.  In *Spitzberg v. Houston American Energy Corp.*, 758 F.3d 676 (5th Cir. 2014), the firm as co-lead counsel represented investors in a securities class action against Houston American Energy Corporation and several of its officers and directors for misrepresenting the company's assets and value of its oil-and-gas concession in South America.  The United States District Court for the Southern District of Texas dismissed the case for failure to state a claim.  The firm appealed to the 5th Circuit Court of Appeals and Mr. Federman successfully argued to Circuit

Judges W. Eugene Davis, Jennifer Walker Elrod, and Gregg J. Costa establishing pleading guidelines for subsequent oil and gas fraud cases. The case was remanded to the district court, where a proposed settlement is now pending court approval.

Numerous courts have favorably commented on Federman & Sherwood's abilities in prosecuting complex cases. In *Mobbs, et al. v. Farmers Insurance Co., Inc.,* U.S.D.C. Western District Oklahoma Case No. CV-03-158 (Friot, J.), the Court, in approving a proposed settlement, stated:

> Finally, let me applaud the efforts of counsel to get it litigated -- to get it not only litigated but mediated and resolved subject to court approval. It did take a fair amount of work, not only to litigate the matter and do the discovery, do the briefing, and the argument and the case management that had to be done, but it took a fair amount of good professional judgment also to get it settled.

> And up until I approved the settlement a few minutes ago, it was a case that presented, in my view, very substantial risk for both sides, and I certainly do applaud the efforts of settlement -- the efforts of counsel in crafting the settlement that was reached. Which I, as I have said, am well satisfied is a fair, just, and reasonable settlement for the unnamed class members as well as the representative plaintiffs.

In *Serle v. Aviv*, U.S.D.C. District of New Jersey Case No. 05-CV-862 (Hayden, J.), in approving a settlement of a derivative action brought on behalf of Pharmos Corp., the Hon. Katharine S. Hayden complemented the work of Federman & Sherwood.  The Judge stated:

> [a]nd based on the argument that I heard today and the paperwork submitted, I am satisfied that the proposed settlement is fair, reasonable and adequate to the corporation and to its shareholders. The benefits flowing to the company by way of improvements to its corporate governance and the presence of skilled attorneys….And I think something that Mr. Federman pointed out, the company has its own personality and to that extent couldn't simply be subjected to a cookie cutter repetition of agreements that might be reached with a larger company.  In other words, this is tailored very specifically to the needs of the company.

The following is Mr. Federman's CV:

**WILLIAM B. FEDERMAN.** *Education*:  Boston University (B.A., cum laude, 1979); University of Tulsa (J.D., 1982); Phi Alpha Delta (Treasurer, 1980-1982).

*Admitted to practice*: 1982, Oklahoma, U.S. District Court for the Western District of Oklahoma; 1983, U.S. District Court for the Northern District of Oklahoma, U.S. Court of Appeals, Tenth Circuit; 1985, District of Columbia; 1988, New York, U.S. District Court for the Eastern and Western Districts of Arkansas; 1990, U.S. District Court for the Southern District of New York; 1995, Texas; 1996, U.S. District Court for the Eastern District of Oklahoma; 1998, U.S. District Court for the Southern District of Texas; 1999, U.S. District Court for the Northern District of Texas, U.S. Court of Appeals, Federal Circuit; 2002, U.S. District Court of Colorado, U.S. District Court for the Eastern District of Texas; 2003, U.S. Court of Appeals, Second and Fourth Circuits, U.S. District Court for the Eastern District of New York; 2004, U.S. Court of Appeals, Fifth Circuit; 2005, United States Supreme Court, U.S. District Court for the Western District of Texas, Federal Bar Association; 2006, U. S. Court of Appeals, First and Eleventh Circuits; U.S. District Court for the Northern District of Ohio; 2007, U.S. Court of Appeals, Third Circuit; 2008, U.S. Court of Appeals, Eighth Circuit; 2009, U.S. Court of Appeals, Sixth Circuit; 2010, U.S. Court of Appeals, Seventh Circuit; 2012, U.S. Court of Appeals, Ninth Circuit. *Lectures/Publications*: *"Current Status of Securities Class Actions:  Where are the Courts Taking Us?"* presented by the Houston Bar Association, 2014.  *"Class & Derivative Actions and Securities Litigation,"* presented by the Business and Corporate Litigation Committee at the 2013 Annual Meeting of the American Bar Association; *"Litigation and Employment Law Update,"* presented by the Securities Industry Association Compliance and Legal Division; *Inside a Disclosure Crisis*, presented at the 30th Annual Northwest Securities Institute Annual Meeting and sponsored by the Washington Bar Association; *"Managing Directors' Liability,"* presented at the 3rd Annual Energy Industry Directors Conference and sponsored by Rice University; *"Executive Liability - 2009 D & O Market Trends,"* presented by

Chartis Insurance; *"Derivative Actions and Protecting the Corporation – Critical Issues in Today's Banking,"* presented by the Oklahoma Bar Association and the Oklahoma Bankers Association; *"Arbitration - What Is It?  Why Should a Lawyer Suggest or Use It?,"* presented by the Oklahoma Bar Association; *"The Attorney and Accountant as Targets in Failed Financial Institution Litigation,"* presented by the American Bar Association Trial Practice Committee; *"Effective Arbitration in the 1990's - Adapting to Build a Successful Practice,"* presented by the Oklahoma County Bar Association; *"Current Issues in Direct Investments and Limited Partnerships: The Litigation Scene From All Perspectives,"* presented by the American Bar Association Litigation Section; *"Stockbroker Litigation and Arbitration,"* presented by the Securities Arbitration Institute; Author of *"Who's Minding the Store: The Corporate Attorney-Client Privilege,"* 52 O.B.J. 1244, 1981; Author, *"Potential Liability From Indirect Remuneration in Private Oil and Gas Offerings,"* 11 Sec. Reg. L.J. 135, 1983; Author, *"Capitalism and Reality Meet in the Courts. . .Finally,"* 59 O.B.J. 3537, 1987. <u>Member</u>:  Arbitration Panel, New York Stock Exchange; Federal Bar Association; Oklahoma County Bar Association (Member, Committee on Professionalism, 1987-1990); Oklahoma, Texas, New York and American Bar Association (Committee on Securities Litigation and Corporate Counsel); The District of Columbia Bar; American Inns of Court (Barrister and Master, 1990-1993, 2002-2004); inducted into the Outstanding Lawyers of America, 2003; received the Martindale-Hubbell peer review rating of AV Preeminent in both ethical standards and legal ability; recognized as one of the "Top Lawyers of 2013" for excellence and achievements in the legal community.

**Tina Wolfson; Ahdoot & Wolfson, PC**

Founded in 1998, Ahdoot & Wolfson, PC ("AW") is a nationally renowned class action litigation firm specializing in consumer class actions.  Both on its own and as co-counsel with other prominent law firms, AW has successfully prosecuted numerous class and multidistrict litigation actions in a leadership capacity, conferring hundreds of millions of dollars to the represented classes.  AW possesses the necessary resources and expertise required to prosecute a massive class action such as the one before this Court.

Tina Wolfson is a founding member of AW.  Ms. Wolfson graduated *cum laude* from Harvard Law School in 1994, and began her legal career as a complex action litigator at Morrison & Foerster, LLP.  Since 1998, Ms. Wolfson has specialized in class action litigation.

Since AW's beginnings, consumer privacy class actions have been a significant part of its practice.  Ms. Wolfson was among the first group of attorneys who, starting well over a decade ago, successfully litigated the privacy rights of millions of consumers against major financial institutions (including JP Morgan Chase, Bank of America, American Express Corporation, Discover Card, MBNA, FleetBoston, and Washington Mutual Bank).[1]  The consumers alleged that the defendants used their personal information to compile detailed financial dossiers to use for internal marketing purposes and to sell them to third party telemarketers, without their consent.  As lead counsel in these privacy class actions, Ms. Wolfson brought the consumer claims to successful conclusion on a class-wide basis, conferring millions of dollars of cash and benefits to consumers.

Ms. Wolfson has and continues to represent plaintiffs in class actions involving massive data breaches of medical records and private consumer information, such as *In re: Target Corporation Customer Data Security Breach Litigation*, No. 14-md-2522 (D. Minn.), *Remijas, et al. v. Neiman Marcus Group, LLC*, No. 14-cv-1735 (N.D. Ill.), *on appeal*, No. 14-3122 (7th Cir.), *Moyer v. Michaels Stores, Inc.*, No. 14-cv-561 (N.D. Ill.), *In re: Sony Gaming Networks & Customer Data Security Breach Litigation*, No. 11-md-2258 (S.D. Cal.), and *Whitaker, et al. v. Health Net of California, Inc., et al.*, No. 11-cv-910 (E.D. Cal.).

In the *Target* data breach litigation, AW filed the first complaint in the nation and represents 21 of the consumer plaintiffs selected to represent the class on the operative consolidated consumer complaint pending before Judge Magnuson in the District of Minnesota.  AW has worked actively, diligently, efficiently, and cooperatively, with the firms designated to lead that multidistrict

---

[1] *Zadeh v. Chase Manhattan Bank, et al.* (San Francisco Superior Court ("SFSC") No. 323715); *Steinhaus v. American Express Travel Related Services Co., et al.* (SFSC No. 416248); *Bernard v. MBNA America Bank, et al.* (SFSC No. 408700); *Shakib v. Discover Bank, et al.* (SFSC No. 416194); *Baumsteiger v. FleetBoston, et al.* (SFSC No. 408698); *Lanchester v. Washington Mutual Bank, et al.* (SFSC No. 429754).

litigation, including Stueve Siegel Hanson LLP and Morgan & Morgan Complex Litigation Group, both of whom are applying for leadership positions here.

In addition, Ms. Wolfson was elected as one of two lead co-counsel in the *Neiman Marcus* data breach litigation by the firms representing the various plaintiffs who filed several cases across the country, but agreed to consolidate their efforts under Ms. Wolfson's leadership in the Northern District of Illinois. Ms. Wolfson has been instrumental in spearheading that litigation, including the current appeal before the Seventh Circuit.

Ms. Wolfson has also recently achieved significant success in other consumer class actions against large corporations such as PepsiCo Inc., American International Group, Inc. ("AIG"), Reebok International Ltd., New Balance Athletic Shoe, Inc., and Weetabix Ltd. By way of example, after vigorously litigating the matter, Ms. Wolfson, as lead counsel, negotiated a finally approved class action settlement in which approximately 700,000 individuals submitted claims to the settlement administrator – perhaps the largest reported number of claims in any class action. *Pappas v. Naked Juice Co. of Glendora, Inc.*, No. 11-cv-8276 (C.D. Cal.). Ms. Wolfson's particular insight into, and experience with a settlement that could require administration of hundreds of thousands of claims is particularly germane to this case. In another matter, in which the consumer class claimed the entire settlement fund available to them, Judge Breyer, presiding in the Northern District of California, commended Ms. Wolfson that she, along with her opponent, presented "a model of good lawyering." *Trammell v. Barbara's Bakery, Inc.*, No. 12-cv-2664 (N.D. Cal.).

In addition to her litigation practice, in which she is routinely designated as lead or co-lead class counsel, Ms. Wolfson lectures across the country on class action topics. In March, 2014, Ms. Wolfson was a panelist at the HarrisMartin's Target Data Security Breach Litigation Conference in San Diego, where she was invited to discuss her past privacy class actions and the future of privacy litigation. Ms. Wolfson also contributes to the continuing education of the Bar by authoring articles related to class action ligation. Most recently, Ms. Wolfson co-authored, along with AW associate Bradley King, an article discussing developments in enforcement of arbitration agreements. Tina Wolfson & Bradley King, *Even After* Concepcion *and* Italian Colors*, Some Arbitration Agreements Are Not Enforceable*, Fed. Lawyer, Jan./Feb. 2015, at 19 (*available at* http://www.fedbar.org/Publications/The-Federal-Lawyer/Columns/Litigation-Brief.aspx?FT=.pdf (last visited Jan. 30, 2015)).