# **Exhibit 1**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

IN RE: THE HOME DEPOT, INC., CUSTOMER
DATA SECURITY BREACH LITIGATION

This document relates to:

Financial Institution Cases

Case No. 1:14-md-02583-TWT

Hon. Thomas W. Thrash, Jr.

## DECLARATION OF GARY F. LYNCH IN SUPPORT
## OF FINANCIAL INSTITUTIONS LEADERSHIP COMMITTEE SUBMISSION

1.     My name is Gary F. Lynch and I am a founding partner of the law firm Carlson Lynch Sweet & Kilpela, LLP.  This Declaration is made in support of the Application of the "Consensus Group" to Serve as Co-Lead Counsel, Plaintiffs' Steering Committee, and Co-Liaison Counsel for the Financial Institution Plaintiffs.

2.     The statements in this Declaration are true and correct to the best of my knowledge and made under the penalty of perjury.

3.     I have reviewed all of the relevant dockets and filings related to this consolidated action.

4.     By my count, there are twenty-six actions pending before the Court filed by financial institution plaintiffs.

5.     By my count, counsel in all twenty-six actions support the application of the "Consensus Group."

6.     By my count, there are at least eighty-six (86) attorneys who have entered appearances on behalf of the financial institution plaintiffs.

2

7.       By my count, all of those attorneys are members of the firms within the "Consensus Group."

8.       I have gathered supporting documents from all of the law firms and individuals who have joined the "Consensus Group." I received all of the attached documents from members or associates of the respective firms within the past week.

### Applicants for Co-lead Counsel:

9.       Attached to this Declaration as <u>Exhibit A</u> is a copy of the information for **Kenneth S. Canfield** and the law firm **Doffermyre Shields Canfield & Knowles, LLC**.

10.       Attached to this Declaration as <u>Exhibit B</u> is a copy of the information for **Joseph P. Guglielmo** and the law firm **Scott + Scott, Attorneys at Law LLP**.

11.       Attached to this Declaration as <u>Exhibit C</u> is a copy of the information for **Gary F. Lynch** and the law firm **Carlson Lynch Sweet & Kilpela, LLP**.

### Applicants for Liaison Counsel:

12.       Attached to this Declaration as <u>Exhibit D</u> is a copy of the information for **W. Pitts Carr** and the law firm **W. Pitts Carr & Associates, PC**.

13.       Attached to this Declaration as <u>Exhibit E</u> is a copy of the information for **Ranse M. Partin** and the law firm **Conley Griggs Partin LLP**.

### Applicants for Plaintiffs' Steering Committee:

14.       Attached to this Declaration as <u>Exhibit F</u> is a copy of the information for **Joseph Hank Bates, III** and the law firm **Carney Bates & Pulliam, PLLC**.

15.       Attached to this Declaration as <u>Exhibit G</u> is a copy of the information for **Bryan L. Bleichner** and the law firm **Chestnut Cambronne, PA**.

16.     Attached to this Declaration as <u>Exhibit H</u> is a copy of the information for **Vincent J. Esades** and the law firm **Heins Mills & Olson P.L.C**.

17.     Attached to this Declaration as <u>Exhibit I</u> is a copy of the information for **Andrew N. Friedman** and the law firm **Cohen Milstein Sellers & Toll PLLC**.

18.     Attached to this Declaration as <u>Exhibit J</u> is a copy of the information for **Brian C. Gudmundson** and the law firm **Zimmerman Reed, PLLP**.

19.     Attached to this Declaration as <u>Exhibit K</u> is a copy of the information for **Robert N. Kaplan** and the law firm **Kaplan Fox & Kilsheimer LLP**.

20.     Attached to this Declaration as <u>Exhibit L</u> is a copy of the information for **W. Daniel Miles III** and the law firm **Beasley, Allen, Crow, Methvin, Portis, & Miles, P.C**.

21.     Attached to this Declaration as <u>Exhibit M</u> is a copy of the information **Arthur M. Murray** and **The Murray Law Firm**.

22.     Attached to this Declaration as <u>Exhibit N</u> is a copy of the information for **James J. Pizzirusso** and the law firm **Hausfeld, LLP**.

23.     Attached to this Declaration as <u>Exhibit O</u> is a copy of the information for **Karen H. Riebel** and the law firm **Lockridge Grindal Nauen P.L.L.P**.

24.     Attached to this Declaration as <u>Exhibit P</u> is a copy of the information for **Thomas A. Withers** and the law firm **Gillen Withers & Lake, LLC**.


Dated: February 2, 2015

Respectfully submitted,

By: _____

Gary F. Lynch
**CARLSON LYNCH SWEET & KILPELA, LLP**
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
Tel:     (412) 322-9243
Fax:     (412) 231-0246
glynch@carlsonlynch.com

# <u>Exhibit A</u>

# DOFFERMYRE SHIELDS CANFIELD
# & KNOWLES, LLC
**1355 PEACHTREE STREET**
**SUITE 1600**
**ATLANTA, GEORGIA 30309**
**404.881.8900**
**WWW.DSCKD.COM**

Doffermyre Shields Canfield & Knowles, LLC, a small Atlanta firm with a national practice, represents businesses and individuals who have been harmed by the wrongful conduct of others in a wide variety of civil litigation, including national and state class actions, multi-district proceedings, environmental and toxic tort mass actions, personal injury, and complex business disputes.

The *National Law Journal* has called us "one of Atlanta's leading firms in high-profile, class action litigation." According to the *Atlanta Business Chronicle*, our firm is "considered expert in a wide range of product liability, personal injury and environmental cases" and "known for litigating high profile cases." The *Fulton County Daily Report* has touted our courtroom skill, innovative style, and "creative thinking."

Our firm also is recognized for its excellence by various ranking services. *U.S. News and Daily Report* ranks the firm as one of the nation's best for "mass tort litigation/class actions – plaintiffs" and "appellate litigation." In Georgia, the firm is ranked by *U.S. News* as among the best in commercial litigation, plaintiffs' personal injury, products liability litigation, environmental litigation, and trusts and estate litigation. The firm has been named one of "America's leading business law firms" by *Chambers U.S.A.* each year that its guide has been published, describing us as "one of the most able plaintiff firms in the city ... with a terrific track record and experience in high-quality and high-stake litigation" and noting that sources say the firm has "excellent trial lawyers."

Our lawyers have graduated from the nation's top law schools; been elected to such prestigious organizations as the American College of Trial Lawyers, the American Law Institute, and the International Academy of Trial Lawyers; and have served as presidents of professional groups such as the Georgia Trial Lawyers Association. Firm lawyers are always routinely included in the ranking guides, including *Best Lawyers, Super Lawyers, Benchmark Litigation,* and *Chambers U.S.A.* Indeed, five of the firm's six lawyers are currently included in both *Best Lawyers* and *Super Lawyers.* The strength of the reputations of the firm and its lawyers is further demonstrated by descriptions in these publications based upon interviews with clients, judges, and other lawyers with whom they have worked, such as:

- The firm has "earned a reputation as 'Atlanta's premier plaintiff firm.'" The firm is "willing to take a lot of risk, and they run things leanly and efficiently. They don't 'lawyer up' a lot of cases." *Benchmark Plaintiff: The Definitive Guide to America's Leading Plaintiff Firms and Lawyers* (2014).

- The firm "excels in complex litigation. … Sources say:  These lawyers really know how to fight for their clients.  They pick their battles carefully, with judgment that can be trusted implicitly." *Chambers U.S.A.: America's Leading Lawyers for Business* (2010).

- The firm is "reputed in Atlanta as 'one of the top plaintiff firms in town.'" "Commentators praise the firm's strong litigation work and highly skilled trial lawyers." *Chambers U.S.A.* (2009).

The firm has a long history of obtaining major verdicts and settlements. Collectively, we have tried hundreds of cases -- and litigated thousands more through settlement -- involving an extraordinary variety of legal issues and factual settings. We frequently work in leadership positions with teams of lawyers from other firms on cases of national significance.  Examples include the national breast implant litigation (in which one of our lawyers served as co-chair of the plaintiffs' steering committee), the managed care litigation (on which we served on the plaintiffs' steering committee), and the Masonite hardboard siding and related litigation (in which we served as co-lead counsel).  Each of these cases recovered more than $1 billion for class members.

We are committed to handling public interest cases, generally on a pro bono basis, in such matters as civil rights, constitutional law and elections. Our past clients include organizations such as Common Cause, Public Citizen, NOW, and the National Women's Health Network.

## THE FIRM'S PRINCIPAL LAWYERS

### Kenneth S. Canfield:

Mr. Canfield graduated from Dartmouth College, summa cum laude, and Yale Law School, where he was an editor of the Yale Law Journal. He then served as a law clerk to the Honorable Frank M. Johnson, Jr. of the U.S. District Court for the Middle District of Alabama; Special Assistant to the head of the Civil Division in the Justice Department; and Special Assistant to the Administrator of the Environmental Protection Agency under President Carter.

From 1981 through 1985, Mr. Canfield practiced law in Denver, Colorado with the firm of Haddon, Morgan & Foreman.  He then joined the Atlanta firm

now known as Kilpatrick Townsend.  In 1988, he became a solo practitioner until founding Doffermyre Shields Canfield & Knowles in 1990.

The major focus of Mr. Canfield's practice is complex civil litigation, particularly class actions, personal injury cases, and business disputes. He has been appointed as lead counsel or a member of plaintiffs' steering committees in class actions and federal multi-district litigation proceedings involving a wide range of subject areas, including ERISA, RICO, products liability, consumer fraud, and insurance practices.  He has also represented plaintiffs in numerous constitutional, civil rights, and election cases.

Mr. Canfield is recognized in *Best Lawyers in America*, has been named a Georgia *Super Lawyer* by *Atlanta Magazine*, and is listed in *Chambers U.S.A.: American's Leading Lawyers for Business.*  The 2010 edition of the guide hails Mr. Canfield as a "brilliant trial lawyer with refreshingly good people skills who gets extraordinary results for his clients."  Mr. Canfield is a past president of the Georgia Trial Lawyers Association and a frequent lecturer on legal topics.  Among other forums, he has spoken before the American Bar Association, the American Medical Association, the Association of Trial Lawyers of America, and the Georgia Trial Lawyers Association.

**<u>Robert E. Shields</u>:**

Mr. Shields graduated in 1971 from New York University School of Law, where he was a Root-Tilden Scholar, awarded a Founder's Certificate for graduating in the top 5 percent of his class, and admitted into the Order of the Coif. He also was an editor of the NYU Law Review, a contributor to the Annual Survey of American Law, the Law School Moot Court Champion, and a member of NYU's National Moot Court Team.

Mr. Shields received his undergraduate degree from Wichita State University. Among other honors, he served two terms as president of the student body, and, in 1968, was the National Collegiate Debate Champion.

Mr. Shields has published numerous articles and several book chapters, primarily on the subject of hazardous waste and toxic torts. He has held teaching positions at Georgia State University College of Law and Emory University School of Law.

Mr. Shields is a Fellow of the International Academy of Trial Lawyers and an Advocate in the American Board of Trial Advocates. He is a Past President of its Georgia Chapter. In addition, Mr. Shields is listed in *Best Lawyers in America*, named a Georgia *Super Lawyer* by *Atlanta Magazine,* and other rating guides for his work in environmental, commercial and personal injury litigation.

## Everette L. Doffermyre:

Everette Doffermyre specializes in business litigation and consumer class actions. He began his legal career in 1973 with the Atlanta firm now known as Kilpatrick Townsend, where he practiced until 1988, leaving to start his own firm. He attended the University of Virginia where he received his undergraduate degree in economics, with high honors, in 1970, and his law degree in 1973.

Mr. Doffermyre's business litigation practice has spanned a wide range of areas, including claims for breach of contract, breach of trust or fiduciary duty, lost profits, trade secrets, patents and trademark infringement, legal malpractice, and business torts. In the area of class actions, Mr. Doffermyre has served as lead or co-lead counsel on behalf of consumers in a number of nationwide and statewide class cases involving problems ranging from defective home building materials to environmental claims and denial of insurance benefits.

Mr. Doffermyre has been selected by *James Magazine* as one of the "100 Best Lawyers in Georgia;" as one of "Georgia's Elite" by *Georgia Trend* magazine; by *Best Lawyers in America* as a "Best Lawyer" in Commercial Litigation and in Trusts and Estates Litigation; as one of Atlanta's "Litigation Stars" by *Benchmark*; and as a Georgia *Super Lawyer* by *Atlanta* magazine. *Chambers USA* 2009 noted that Mr. Doffermyre "is held in extremely high regard for 'his determined manner and his strong advocacy work.'"

Mr. Doffermyre has spoken at a number of seminars on class actions, including two nationwide meetings of state court judges. In addition, he has published on class action issues.

## Ralph Knowles:

Ralph Knowles has been with Doffermyre Shields Canfield & Knowles since 1991. Previously, he was a longtime partner with Drake, Knowles & Pierce in Tuscaloosa, Alabama; served as Associate Director of the National Prison

Project of the American Civil Liberties Union in Washington, D.C.; and was staff attorney with the Selma Inter-Religious Project.

Mr. Knowles graduated in 1969 from the University of Alabama Law School, finishing fourth in his class and serving as a law review editor. He received his undergraduate degree from the University of Alabama where he was elected president of the student body.

During his legal career, Mr. Knowles has represented plaintiffs in a number of cases which resulted in landmark constitutional decisions on behalf of prisoners, mental health patients, and others. He has also been counsel in major political litigation. Mr. Knowles' practice has focused on cases involving products liability, toxic torts and consumer class actions. He served as co-chairman of the Plaintiffs' Steering Committee in the breast implant litigation and has had leadership positions in many other class actions and multidistrict proceedings.

In 1982, a United States District Court Judge in a published opinion that lauded Mr. Knowles' "experience and consummate ability as a trial advocate" and went on to say:

> A general conclusion regarding his excellent ability and integrity is not sufficient. I must point out that during the entire time I have been connected with the profession of law as student, practitioner and judge I have never observed a lawyer who was more talented or accomplished in the art of cross-examination. Mr. Knowles undertook the cross-examination of most of the defendant's expert witnesses with devastating effect.

At the time, Mr. Knowles had been practicing law for thirteen years.

Mr. Knowles is a Fellow of the American College of Trial Lawyers and a member of the American Law Institute. He is listed in numerous rating guides, such as *Best Lawyers,* and has received the highest awards of the Civil Liberties Union of Alabama and the Alabama Criminal Defense Lawyers' Association. He has served on the Board of Directors of the NOW Legal Defense and Education Fund and the national Board of Directors of the American Civil Liberties Union.

## Leslie Bryan:

Leslie Bryan has practiced for over twenty five years, concentrating in

products liability, consumer class actions and other complex civil litigation. She received her undergraduate degree from Hollins College and her masters of science from Georgia State University. She attended Emory University School of Law where she received her law degree in 1986.

She began her legal career with the firm now known as Kilpatrick Townsend before leaving to establish her own firm, Ellenburg & Bryan. She joined Doffermyre Shields Canfield & Knowles in 1990. With the firm, she has had a wide ranging practice focusing on complex civil litigation and has extensive experience in class actions and multidistrict proceedings, including *In re Silicone Gel Breast Implant Product Liability Litigation* to which she devoted years of service. She has been recognized by *Best Lawyers* and other rating guides in the fields of mass torts, class actions, personal injury, and product liability litigation.

Ms. Bryan has served as a Vice President of the Georgia Trial Lawyers Association and a Barrister in the Bleckley Inn of Court. She has written and lectured on subjects involving class actions, products liability, and expert witness testimony. She also has served as chair of the AAJ's Expert Witness (Daubert) Admissibility Litigation Group and is currently a member of the State Bar of Georgia e-Discovery Task Force.

### Jonathan N. Palmer

Mr. Palmer received his undergraduate degree from Samford University in Birmingham, Alabama and his law degree from George Washington School of Law in Washington, D.C. During law school, Mr. Palmer was on the Moot Court Board and won Best Brief, Best Oralist and Best Overall Competitor awards in the Van Vleck Constitutional Law Moot Court Competition.

Mr. Palmer's practice includes general business disputes and complex civil litigation, including class action, products liability and personal injury cases. He has particular expertise in disputes involving insurance, including particularly coverage litigation. Before becoming a lawyer, he worked full-time as an insurance agent, representing small and medium sized trucking companies in their dealings with insurers.

Mr. Palmer started his legal career at Dickstein Shapiro in Washington, D.C., where he represented Fortune 100 companies and municipal policyholders in multi-million dollar disputes against insurance companies. He played a substantial role in several landmark cases. For example, he helped convince Maryland's

highest court to rule that workplace exposure claims were not barred by the absolute pollution exclusion, one of only a few rulings of its kind.

In the spring of 2007, Mr. Palmer joined Kilpatrick Townsend focusing on insurance coverage disputes. His major clients were firms in the construction and data management fields. At that firm, Mr. Palmer was involved in another landmark case before the Florida Supreme Court involving the interpretation of exclusions in the construction industry.

## REPRESENTATIVE CLASS ACTION, MASS ACTION AND MDL CASES

Examples of class action and mass action cases and multidistrict proceedings in which the firm has been involved are listed below. Examples of other cases which the firm has handled can be found on our website, www.dsckd.com.

*In re: Silicone Gel Breast Implant Litigation,* MDL 1467, (N.D. Ala.). The case recovered billions of dollars for women who were injured by breast implants. Mr. Knowles directed the litigation as co-chair of the plaintiffs' steering committee.

*In* re: *Managed Care Litigation*, MDL 1334 (S.D. Fla.). A national class action by doctors against the country's largest insurers, the case recovered more than a billion dollars and required massive business practice changes. Mr. Canfield was on the steering committee.

*Naef v. Masonite Corp.,* (Mobile, Ala.). A national class action by owners of buildings with defective siding, the case was settled after a groundbreaking trial. The settlement exceeded a billion dollars. Mr. Doffermyre was co-lead counsel.

*Castano v. American Tobacco Co.,* (D. La.). The trial court certified this landmark class action on behalf of the nation's smokers brought by a consortium of 60 law firms. While ultimately unsuccessful, the case directly contributed to the Master Settlement Agreement with the tobacco industry valued in excess of $200 billion. The firm served on the executive committee.

*In re: Allstate Ins. Co. Underwriting and Rating Practices Litigation*; MD 1457 (M.D. Tenn.). This successful national consumer class action involving the Fair Credit Reporting Act settled for benefits exceeding $100 million. Mr. Canfield was co-lead counsel.

*In re: Tri-State Crematory Litigation,* MDL 1467 (N.D. Ga.). This unusual multistate class action involved improper disposal of hundreds of bodies by a crematory.

The case, brought by relatives of the decedents, was successfully settled for millions of dollars.  Mr. Canfield and Mr. Knowles served on the steering committee.

*In Re: Stucco Litigation,* (E.D. N.C.), *Ruff v. Parex, Inc.* (N.C. Business Court), *Posey v. Dryvit, Inc.* (Cir. Ct. Tenn.)  A series of class actions involving claims that stucco siding on houses was defective. Class certification was denied in the federal class actions but a series of state class actions were settled and resulted in millions of dollars in compensation and other relief to property owners.  Mr. Doffermyre served as co-lead counsel.

*In re: Androgel Antitrust Litigation* MDL 2084 (N.D. Ga.).  A national, antitrust class action by direct purchasers of the drug Androgel is pending.  A companion case went to the Supreme Court and changed the law on "reverse payment" settlements in the pharmaceutical industry.  Mr. Canfield serves as liaison counsel.

*Owens v. Monsanto Co.* (Anniston, Ala.)  In this mass action, we represented several thousand African Americans injured by PCB contamination.  The case settled during trial for an amount in excess of $40 million.  Mr. Shields was lead counsel.

*Freeman v. City of Jacksonville* (Duval County, Fl).  This mass action was brought on behalf of residents of a neighborhood exposed to harmful ash discharges resulting in property damage and personal injuries.  The case was settled for $75 million. Mr. Shields was lead counsel.

# Exhibit B

# SCOTT+SCOTT,
## ATTORNEYS AT LAW, LLP



## MISSION STATEMENT

Scott+Scott, Attorneys at Law, LLP ("Scott+Scott") is a nationally recognized law firm headquartered in Connecticut with offices in California, New York City, and Ohio. Scott+Scott represents individuals, businesses, public and private pension funds, and others who have suffered from corporate fraud and wrongdoing. Scott+Scott is directly responsible for recovering hundreds of millions of dollars and achieving substantial corporate governance reforms on behalf of its clients. Scott+Scott has significant expertise in complex antitrust, consumer, securities, ERISA, and civil rights litigation in both federal and state courts. Through its efforts, Scott+Scott promotes corporate social responsibility.

## ANTITRUST

Scott+Scott actively litigates complex antitrust cases throughout the United States. Scott+Scott represents consumers and businesses in price-fixing, bid-rigging, monopolization, and other restraints of trade cases. In such actions, Scott+Scott works to ensure that the markets remain free, open, and competitive to the benefit of both consumers and business. Scott+Scott currently serves as lead counsel in a number of class action antitrust cases, including *Dahl v. Bain Capital Partners, LLC*, No. 1:07-cv-12388 (D. Mass.) ($590.5 million settlement pending) (challenging bid rigging and market allocation in the private equity/leveraged-buyout industry); *In Re: Foreign Exchange Benchmark Rates Antitrust Litigation*, 13-cv-7789 (S.D.N.Y.) (challenging price fixing of foreign exchange rates); and *In re Korean Air Lines Co., Ltd. Antitrust Litigation*, MDL No. 1891, No. CV 07-06542 (C.D. Cal.) (challenging price fixing/illegal surcharge).

Scott+Scott's class action antitrust experience includes serving as co-trial counsel in *In re Scrap Metal Antitrust Litigation*, 02-cv-0844-KMO (N.D. Ohio), where it helped obtain a $34.5 million jury verdict, which was subsequently affirmed by the United States Court of Appeals for the Sixth Circuit (*see In re Scrap Metal Antitrust Litigation*, 527 F.3d 517, 524 (6th Cir. 2008)), as well as *Ross v. Bank of America N.A.*, No. 05-cv-7116, MDL No. 1409 (S.D.N.Y.), and *Ross v. American Express Co.*, No. 04-cv-5723, MDL No. 1409 (S.D.N.Y.).

Additionally, Scott+Scott served on leadership executive committees in various class action cases, including *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, No. 1:05-md-1720 (E.D.N.Y.) ($7.25 billion settlement), and currently serves on the Executive Committee in *Kleen Products LLC v. Packaging Corporation of America*, No. 1:10-cv-05711 (N.D. Ill.); and *In re Lithium Ion Batteries Antitrust Litig.*, No. 13-md-2420-YGR (DMR) (N.D. Cal.).

In addition to antitrust class actions, Scott+Scott represents clients in opt-out antitrust litigation. Past clients include publicly traded corporations, such as Parker Hannifin Corporation and PolyOne Corporation. Representative opt-out litigation prosecuted by Scott+Scott includes *In re Rubber Chemicals Antitrust Litigation*, MDL No. 1648 (N.D. Cal.); *In re Polychloroprene Rubber (CR) Antitrust Litigation*, MDL No. 1642 (D. Conn.); *In re Plastic Additives Antitrust Litigation (No. II)*, MDL No. 1684 (E.D. Pa.); and *In re: Aluminum Warehousing Antitrust Litigation*, MDL No. 2481 (S.D.N.Y.) (representing Eastman Kodak Company, Agfa Corporation and Agfa Graphics, N.V., and Mag Instrument, Inc.).

## CONSUMER RIGHTS

Scott+Scott regularly represents the rights of consumers throughout the United States by prosecuting class actions under federal and state laws.

Scott+Scott currently serves as lead counsel in *In re Prudential Insurance Company of America SGLI/VGLI Contract Litigation*, No. 3:11-md-02208-MAP (D. Mass.) ($40 million settlement pending) (challenging Prudential's actions relating to the issuance of life insurance contracts to the nation's military personnel and dependents); and on the Executive Committee in *In re Wellpoint "UCR" Litigation*, No. 09-ml-2074 (C.D. Cal.); and *In re: Aetna, Inc. Out of Network "UCR" Rates Litigation*, MDL No. 2020 (D.N.J.).

In *Gunther v. Capital One, N.A.*, No. 09-2966-ADS-AKT (E.D.N.Y.), Scott+Scott obtained a net settlement resulting in class members receiving 100% of their damages. Other settlements obtained by Scott+Scott include *In re Kava Kava Litigation*, Lead Case No. BC 269717 (Cal. Super. Ct., Los Angeles County); *Fischer v. MasterCard International, Inc.*, No. 600572/2003 (N.Y. Sup. Ct. and New York County); *Salkin v. MasterCard International Incorporated*, No. 002648 (Penn. Ct. Com. Pl., Philadelphia County).

## SECURITIES AND CORPORATE GOVERNANCE

Scott+Scott represents individuals and institutional investors that have suffered from stock fraud and corporate malfeasance. Scott+Scott's philosophy is simple – directors and officers should be truthful in their dealings with the public markets and honor their duties to their shareholders. Since its inception, Scott+Scott's securities and corporate governance litigation department has developed and maintained a reputation of excellence and integrity recognized by state and federal and state courts across the country. "It is this Court's position that Scott+Scott did a superlative job in its representation, which substantially benefited Ariel . . . . For the record, it should be noted that Scott+Scott has demonstrated a remarkable grasp and handling of the extraordinarily complex matters in this case . . . . They have possessed a knowledge of the issues presented and this knowledge has always been used to the benefit of all investors." *N.Y. Univ. v. Ariel Fund Ltd.*, No. 603803/08, slip. op. at 9-10 (N.Y. Sup. Ct. Feb. 22, 2010). "The quality of representation here is demonstrated, in part, by the result achieved for the class. Further, it has been this court's experience, throughout the ongoing litigation of this matter, that counsel have conducted themselves with the utmost professionalism and respect for the court and the judicial process." *In re Priceline.com, Inc. Sec. Litig.*, No. 00-cv-01884, 2007 WL 2115592, at *5 (D. Conn. July 20, 2007).

2

Scott+Scott has successfully prosecuted numerous class actions under the federal securities laws, resulting in the recovery of hundreds of millions of dollars for shareholders.  Representative cases prosecuted by Scott+Scott under the Securities Exchange Act of 1934 include: *In re Priceline.com, Inc. Sec. Litig.*, No. 00-cv-01884 (D. Conn. July 19, 2007) ($80 million settlement); *Irvine v. ImClone Sys., Inc.*, No. 02-cv-00109 (S.D.N.Y. July 29, 2005) ($75 million settlement); *Cornwell v. Credit Suisse Group*, No. 08-cv-03758 (S.D.N.Y. July 20, 2011) ($70 million settlement); *Schnall v. Annuity and Life Re (Holdings) Ltd.*, No. 02-cv-2133 (D. Conn. June 13, 2008) ($26.5 million settlement); and *St. Lucie County Fire District Firefighter's Pension Trust Fund v. Oilsands Quest Inc.*, No. 11-cv-1288-JSR (S.D.N.Y. Dec. 6, 2013) ($10.23 million settlement) ($7.85 million settlement preliminarily approved).  Representative cases prosecuted by Scott+Scott under the Securities Act of 1933 include:  *In re Washington Mutual Mortgage-Backed Securities Litigation*, No. 09-cv-0037 (W.D. Wash. Jan. 7, 2014) ($26 million settlement); *In re Pacific Biosciences Securities Litigation,* No.CIV509210 (Cal. Super. Ct., San Mateo County, Oct. 31, 2013) ($7.68 million settlement); *West Palm Beach Police Pension Fund v. CardioNet, Inc*., No. 37-2010-00086836-CU-SL-CTL (Cal. Super. Ct., San Diego County, 2010) ($7.25 million settlement); *Parker v. National City Corp.*, No. CV-08-657360 (Ohio Ct. Com. Pl., Cuyahoga County, June 23, 2010) ($5.25 million settlement); and *Hamel v. GT Solar International, Inc.*, No. 217-2010-CV-05004 (N.H. Super. Ct., Merrimack County, May 10, 2011) ($10.25 million settlement).

Scott+Scott currently serves as court-appointed lead counsel in various federal securities class actions, including *City of Omaha Police and Fire Retirement System v. LHC Group.*, No. 6:12-cv-01609 (W.D. La, Sept. 18, 2012); *Birmingham Retirement and Relief System, v. S.A.C. Capital Advisors*, No. 1:12-cv-09350 (S.D.N.Y. June 17, 2013); *In re NQ Mobile Securities Litigation*, No. 13-cv-07608 (S.D.N.Y. April 9, 2014); and *In re Conn's Inc. Securities Litigation*, No. 14-cv-00548 (S.D. Tex. June 3, 2014).

In addition to prosecuting federal securities class actions, Scott+Scott has a proven track record of handling corporate governance matters through its extensive experience litigating shareholder derivative actions.  In addition, Scott+Scott has been singularly successful in its shareholder derivative appellate practice, and as a result, has been instrumental in fashioning the standards in this area of law.  In *Westmoreland County Employee Retirement System v. Parkinson*, No. 12-3342 (7th Cir. Aug. 16, 2013), the Seventh Circuit clarified the parameters of demand futility in those instances where a majority of directors of a corporation are alleged to have breached the fiduciary duty of loyalty by consciously disregarding positive law.  In *Cottrell v. Duke,* No. 12-3871 (8th Cir. Dec. 28, 2013), the Eighth Circuit, in a case of first impression, clarified that the *Colorado River* stay is virtually never appropriate where there are exclusive federal claims.  And in *King v. Verifone Holdings, Inc*., No. 330, 2010 (Del. Jan. 28, 2011), the Supreme Court of Delaware has clarified the availability of the Delaware Corporate Code Section 220 "books and records" demands to a shareholder whose original plenary action was dismissed without prejudice in a federal district court.  Representative actions prosecuted by Scott+Scott include: *In re Marvell Tech. Group Ltd. Derivative Litigation*, No. C-06-03894-RMW (RS) (N.D. Cal. Aug. 11, 2009) ($54.9 million and corporate governance reforms); *In re Qwest Communications International, Inc.*, No. Civ. 01-RB-1451 (D. Colo. June 15, 2004) ($25 million and corporate governance reform); *Plymouth County Contributory Retirement Fund v. Hassan*, No. 08-cv-1022

3

(D.N.J.) (settlement of derivative claims against Merck Schering Plough and its officers and directors providing for corporate governance reforms valued between $50 million and $75 million); *Carfagno v. Schnitzer*, No. 08-cv-912-SAS (S.D.N.Y. May 18, 2009) (modification of terms of preferred securities issued to insiders valued at $8 million); and *Garcia v. Carrion*, No. 3:09-cv-01507 (D.P.R. Sept. 12, 2011) (settlement of derivative claims against the company and its officers and directors providing for corporate governance reforms valued between $10.05 million and $15.49 million).

Currently, Scott+Scott is actively prosecuting shareholder derivative actions, including *In re DaVita Healthcare Partners Derivative Litigation*, No. 13-cv-1308 (D. Colo.); *Marvin H. Maurras Revocable Trust v. Bronfman*, No. 12-cv-3395 (N.D. Ill.); *In re Lender Processing Services, Inc., Shareholder Litig.*, No. 16-2011-CA-000925-XXXX-MA (Circuit Court of the Forth Judicial Circuit, Duval County, Florida); and *North Miami Beach General Employees Retirement Fund v. Parkinson*, No. 10C6514 (N.D. Ill.).

**EMPLOYEE BENEFITS (ERISA)**

Scott+Scott litigates complex class actions across the United States on behalf of corporate employees alleging violations of the federal Employee Retirement Income Security Act. ERISA was enacted by Congress to prevent employers from exercising improper control over retirement plan assets and requires that pension and 401(k) plan trustees, including employer corporations, owe the highest fiduciary duties to retirement plans and their participants as to their retirement funds. Scott+Scott is committed to continuing its leadership in ERISA and related employee-retirement litigation, as well as to those employees who entrust their employers with hard-earned retirement savings. Representative recoveries by Scott+Scott include: *In re Royal Dutch/Shell Transport ERISA Litigation*, No. 2:04-cv-01398-JWB-SDW (D.N.J. Aug. 30, 2005) ($90 million settlement); *In re General Motors ERISA Litigation*, No. 2:05-cv-71085-NGE-RSW (E.D. Mich. June 5, 2008) ($37.5 million settlement); and *Rantala v. ConAgra Foods*, No. 8:05-cv-00349-LES-TDT (D. Neb.) ($4 million settlement).

**CIVIL RIGHTS LITIGATION**

Scott+Scott has also successfully litigated cases to enforce its clients' civil rights. In *The Vulcan Society, Inc. v. The City of New York*, No. 1:07-cv-02067-NGG-RLM (E.D.N.Y.), Scott+Scott was part of a team of lawyers representing a class of black applicants who were denied or delayed employment as New York City firefighters due to decades of racial discriminatory conduct. The district court certified the class in a post-*Walmart v. Dukes* decision, granted summary judgment against the City on both intentional discrimination and disparate impact claims, and after trial ordered broad injunctive relief, including a new examination, revision of the application procedure, and continued monitoring by a court-appointed monitor for at least 10 years. The back pay and compensatory damage award will be determined in a subsequent ruling. In *Hohider v. United Parcel Services, Inc.*, No. 2:04-cv-00363-JFC (W.D. Penn.), Scott+Scott obtained significant structural changes to UPS's Americans with Disabilities Act compliance policies and monetary awards for some individual employees in settlement of a ground-breaking case seeking nationwide class certification of UPS employees who were barred from reemployment after suffering injuries on the job.

## ATTORNEY BACKGROUND AND EXPERIENCE

**MELVIN SCOTT** is a graduate of the University of Connecticut (B.A. 1950) and the University of Kentucky (M.A. 1953; LL.B. 1957).  Mr. Scott founded the firm in 1975.  He formerly practiced in Kentucky and is presently admitted to practice in Connecticut and Pennsylvania.  Mr. Scott was a member of the Kentucky Law Review, where he submitted several articles for publication.  He has served as an Attorney Trial Referee since the inception of the program in the State of Connecticut and is a member of the Fee Dispute Committee for New London County.  Mr. Scott also formerly served as a Special Public Defender in criminal cases and as a member of the New London County Grievance Committee.   Mr. Scott actively represents aggrieved parties in securities, commercial and criminal litigation and served or serves as counsel in *Irvine, et al. v. ImClone Systems, Inc.*; *Schnall v. Annuity and Life Re (Holdings) Ltd.*; *In re 360networks Class Action Securities Litigation*; *In re General Motors ERISA Litigation*, and *Hohider v. UPS*, among others.

**DAVID R. SCOTT** is the managing partner of Scott+Scott.  Mr. Scott is a graduate of St. Lawrence University (B.A., *cum laude*, 1986), Temple University School of Law (J.D., Moot Court Board, 1989), and New York University School of Law (LL.M. in taxation).   He concentrates in commercial and class action trial work. Mr. Scott's trial work involves antitrust, intellectual property, commercial, and complex securities litigation.   Mr. Scott's antitrust litigation experience includes matters dealing with illegal tying, price-fixing, and monopolization actions.  Mr. Scott has taken the lead in bringing claims on behalf of institutional investors, such as public employee retirement funds, against mortgaged-backed securities trustees for failing to protect investors.  Such cases include *Retirement Board of the Policemen's Annuity and Benefit Fund of the City of Chicago v. The Bank of New York Mellon* (MBS sponsored by Countrywide Financial Corp.), No. 1:11-cv-05459 (S.D.N.Y.); *Retirement Board of the Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America* (MBS sponsored by Washington Mutual Bank), No. 1:12-cv-02865 (S.D.N.Y.); and *Oklahoma Police Pension and Retirement System v. U.S. Bank National Association* (MBS sponsored by Bear Stearns), No. 1:11-cv-08066 (S.D.N.Y.).  He also represented a consortium of regional banks in litigation relating to toxic auction rate securities ("ARS") and obtained a sizable recovery for the banks in a confidential settlement.   This case represents one of the few ARS cases in the country to be successfully resolved in favor of the plaintiffs.

Mr. Scott has served as lead counsel in numerous antitrust, employee retirement, and securities class action lawsuits.  Notably, Mr. Scott is serving or has served as co-lead counsel in *Dahl v Bain Capital Partners*, No. 1:07-cv-12388 (D. Mass.) (a case challenging collusion in the private equity/LBO industry); *In re Priceline.com Securities Litigation*, No. 3:00-cv-01884 (D. Conn.) ($80 million settlement); *Alaska Electrical Pension Fund v. Pharmacia Corp.*, No. 03-1519 (D.N.J.) ($164 million settlement); *Thurber v. Mattel, Inc.*, No. CV-99-10368 (C.D. Cal.) ($122 million settlement); *In re Royal Dutch/Shell Transport ERISA Litigation*, No. 04-1398 (D.N.J.) ($90 million settlement, one of the largest ERISA settlements on behalf of plan participants); *Irvine v. ImClone Systems, Inc.*, No. 02-cv-0109 (S.D.N.Y.) ($75 million settlement); *Cornwell v. Credit Suisse Group*, No. 08-cv-03758 (S.D.N.Y.) ($70 million settlement); *In re Northwestern Corporation Securities Litigation*, No. 03-cv-4049 (D.S.D.) ($61 million settlement); *In re Sprint Corporation Securities Litigation*, No. 01-4080 (D. Kan.) ($50 million

settlement); *In re General Motors ERISA Litigation*, No. 05-71085 (E.D. Mich.) (significant enhancements to retirement plan administration in addition to a $37.5 million settlement for plan participants); *In re Emulex Corp. Securities Litigation*, No. SACV-01-219 (C.D. Cal.) ($39 million settlement); *Schnall v. Annuity and Life Re (Holdings) Ltd.*, No. 02cv2133 (D. Conn.) ($27 million settlement); and *In re Washington Mutual Mortgage Backed Securities Litigation*, No. 09-cv-0037 (W.D. Wash.) ($26 million settlement).

In addition to prosecuting federal securities class actions, Mr. Scott has extensive experience litigating shareholder derivative cases, achieving substantial corporate governance reforms on behalf of his clients. Representative actions include: *In re Marvell Tech. Group Ltd. Derivative Litigation*, No. C-06-03894 (N.D. Cal.) (settlement obtaining $54.9 million in financial benefits for the company, including $14.6 million in cash, and corporate governance reforms to improve stock option granting procedures and internal controls, valued at more than $150 million); *In re Qwest Communications International, Inc.*, No. 01-RB-1451 (D. Colo.) (settlement obtaining $25 million for the company and achieving corporate governance reforms aimed at ensuring board independence); *Plymouth County Contributory Retirement System v. Hasan*, No. 08-1022 (D.N.J.) (settlement requiring annual reporting to the company's board where any clinical drug trial is delayed, valued at between $50-$75 million); *Carfagno v. Schnitzer*, No. 08-cv-0912 (S.D.N.Y.) (settlement resulting in modification of terms of preferred securities issued to insiders, valued at $8 million); and *Garcia v. Carrion*, No. 09-cv-1507 (D.P.R.) (settlement achieving reforms aimed at rectifying internal control weaknesses and improving director education in accounting and ethics, valued at between $10-$15 million).

Mr. Scott is also regularly invited to speak at institutional investor educational conferences around the world and before Boards of Directors and trustees responsible for managing institutional investments. He educates institutional investors and governmental entities on the importance of fulfilling fiduciary obligations through the adoption of appropriate lost-asset recovery services, as well as through the development and enforcement of corporate governance initiatives.

Mr. Scott is admitted to practice in Connecticut, New York, the United States Tax Court, and numerous United States District Courts.

**CHRISTOPHER M. BURKE** is a graduate of The Ohio State University (B.A. 1984), William & Mary (M.A. 1988), and the University of Wisconsin (M.A. 1989; J.D. 1993; Ph.D. 1996). Mr. Burke's principal practice is in complex antitrust litigation, particularly in the financial services industry. He has headed Scott+Scott's competition practice since 2008, and is a partner in the firm's San Diego and New York offices. His practice covers the U.S., the People's Republic of China, and the European Union.

Currently, Mr. Burke is lead counsel in *In Re: Foreign Exchange Benchmark Rates Antitrust Litigation*, 13-cv-7789 (S.D.N.Y.); *Dahl v. Bain Capital Partners*, 07-cv-12388 (D. Mass.) ($590.5 million settlement pending); and *In re Wellpoint "UCR" Litigation*, No. 09-ml-2074 (C.D. Cal.). Mr. Burke serves on the Executive Committee in *In re Lithium Ion Batteries Antitrust Litig.*, No. 13-md-2420-YGR (DMR) (N.D. Cal.), and *In re: Aetna, Inc. Out of Network "UCR" Rates Litigation*, MDL No. 2020 (D.N.J.).

Mr. Burke served as co-lead counsel in *In re Currency Conversion Antitrust Litigation*, MDL No. 1409 (S.D.N.Y.) ($336 million settlement); *In re Payment Card Interchange Fee & Merchant Discount Antitrust Litigation*, MDL No. 1720 (E.D.N.Y.) ($7.25 billion settlement); *LiPuma v. American Express Co.*, Case No. 1:04-cv-20314 (S.D. Fla.) ($90 million settlement); was one of the trial counsel in *Schwartz v. Visa*, Case No. 822505-4 (Alameda Cty. Super. Ct.) ($800 million plaintiff verdict); and *In re Prudential Ins. Co. of America SGLI/VGLI Contract Litigation*, No. 11-md-2208 (D. Mass.) ($40 million settlement pending). Mr. Burke was one of the original lawyers in the *Wholesale Elec. Antitrust* cases in California, having drafted the complaint on Thanksgiving of 2000, which settled for over $1 billion.

Further, Mr. Burke was appointed class counsel in *Ross v. Bank of America N.A.*, No. 05-cv-7116, MDL No. 1409 (S.D.N.Y.) and *Ross v. American Express Co.*, No. 04-cv-5723, MDL No. 1409 (S.D.N.Y), and was one of the principal attorneys trying those matters, and was co-lead counsel for indirect purchasers in *In re Korean Air Lines Co., Ltd. Antitrust Litigation*, MDL No. 07-01891 (C.D. Cal.) ($86 million settlement). Mr. Burke also organized, developed, and filed the first case in the *In re Credit Default Swap Antitrust Litigation*, 13-md-2476 (S.D.N.Y.), matters and continues to advise class counsel.

Mr. Burke is recognized in the 2013-14 and 2014-15 editions of Super Lawyers, and received the Outstanding Antitrust Litigation Achievement in Private Law Practice Honorable Mention from the American Antitrust Institute in 2014. Mr. Burke frequently lectures at professional conferences and CLEs on competition matters such as class barring arbitration clauses, the effect of *Twombly* on 12(b)(6) motions, and litigation surrounding financial benchmarks.

Mr. Burke has also served as an Assistant Attorney General at the Wisconsin Department of Justice and has lectured on law-related topics, including constitutional law, law and politics, and civil rights at the State University of New York at Buffalo and at the University of Wisconsin. Mr. Burke's book, *The Appearance of Equality: The Supreme Court and Racial Gerrymandering* (Greenwood, 1999), examines conflicts over voting rights and political representation within the competing rhetoric of communitarian and liberal strategies of justification.

Mr. Burke is admitted to practice by the Supreme Courts of the States of California, New York, and Wisconsin, and numerous United States District Courts and Courts of Appeal.

**WALTER W. NOSS** serves as the managing partner for Scott+Scott's San Diego office. He practices complex federal litigation with an emphasis on prosecuting antitrust actions on both a class-wide and individual, opt-out basis.

Mr. Noss represents class plaintiffs in *Dahl v. Bain Capital Partners LLC*, No. 1:07-cv-12388 (D. Mass.), a case challenging collusion among private equity firms. In *Dahl*, Mr. Noss served as one of the primary litigation counsel prosecuting the case, including deposing key managing directors, drafting dispositive motions, and arguing in court in opposition to defendants' summary judgment motions. The defendants in *Dahl* settled for $590.5 million, pending final approval.

He represented the indirect purchaser class plaintiffs in *Mylan Pharmaceuticals, Inc. v. Warner Chilcott Public Limited Company*, No. 2:12-cv-03824 (E.D. Pa.), a case challenging monopolistic conduct known as "product hopping" by the defendants. In *Mylan*, Mr. Noss was appointed sole lead counsel for the indirect class, and directed their prosecution and eventual settlement of the case for $8 million.

Currently, Mr. Noss represents class plaintiffs in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 1:13-cv-07789 (S.D.N.Y.), an action challenging collusion regarding foreign exchange rates, and *Alaska Electrical Pension Fund v. Bank of America Corporation*, No. 1:14-cv-07126 (S.D.N.Y.), an action challenging collusion regarding the setting of the ISDAfix benchmark interest rate.

Mr. Noss also represents corporate opt-out clients in *In re: Aluminum Warehousing Antitrust Litigation*, MDL No. 2481 (S.D.N.Y.), a case challenging collusion regarding the spot metal price of physically-delivered aluminum. He has previously represented out-out clients in *In re Rubber Chemicals Antitrust Litigation*, MDL No. 1648 (N.D. Cal.); *In re Polychloroprene Rubber (CR) Antitrust Litigation*, MDL No. 1642 (D. Conn.); and *In re Plastics Additives (No. II) Antitrust Litigation*, MDL No. 1684 (E.D. Pa.), which were cases involving price-fixing by horizontal competitors in the synthetic rubber industry.

Mr. Noss has experience successfully litigating in federal civil jury trials. In April 2011, Mr. Noss served as lead trial counsel in *Novak v. Gray*, No. 8:09-cv-00880 (M.D. Fla.), winning a $4.1 million jury verdict for breach of oral contract and fraudulent inducement. In December 2009, Mr. Noss served as plaintiffs' local counsel at trial in *Lederman v. Popovich*, No. 1:07-cv-00845 (N.D. Ohio), resulting in a $1.8 million jury verdict for plaintiffs on claims of breach of fiduciary duties, conversion, and unjust enrichment. In January and February 2006, Mr. Noss assisted the trial team for *In re Scrap Metal Antitrust Litigation*, No. 1:02-cv-0844 (N.D. Ohio 2006), resulting in a $34.5 million class action plaintiffs' verdict.

Mr. Noss graduated *magna cum laude* from the University of Toledo with a Bachelor of Arts in Economics in 1997 and *with honors* from The Ohio State University College of Law in 2000. He is a member of the California and Ohio Bars, and his admission to the New York bar is pending approval. Prior to joining Scott+Scott in April 2004, he was an associate in the Cleveland, Ohio office of Jones Day.

**JOSEPH P. GUGLIELMO** is a partner in the firm's New York office and represents institutional and individual clients in securities, antitrust, and consumer litigation in federal and state courts throughout the United States and has achieved numerous successful outcomes.

Recently, Mr. Guglielmo, along with other attorneys at Scott+Scott, was recognized for his efforts representing New York University in obtaining a monumental temporary restraining order of over $200 million from a Bernard Madoff feeder fund. Specifically, New York State Supreme Court Justice Richard B. Lowe III stated, "Scott+Scott has demonstrated a remarkable grasp and handling of the extraordinarily complex matters in this case. The extremely professional and thorough means by which NYU's counsel has litigated this matter has not been overlooked by this Court."

Mr. Guglielmo serves in a leadership capacity in a number of complex antitrust, securities, and consumer actions, including: *In re: Target Corporation Customer Data Security Breach Litigation*, 0:14-md-02522 (D. Minn.); *Howerton v. Cargill, Inc.*, 1:13-cv-00336 (D. Haw.); *Murr v. Capital One Bank (USA), N.A.*, 1:13-cv-1091 (E.D. Va.); *In re Aetna UCR Rates Litigation*, MDL No. 2020 (D.N.J.); *In re WellPoint, Inc. Out-of-Network "UCR" Rates Litigation*, MDL No. 2074 (C.D. Cal.); *In re: Nexium (Esomeprazole) Antitrust Litigation*, MDL No. 2409 (D. Mass.); *In re Suboxone Antitrust Litigation*, 2:13-md-02445 (E.D. Pa); *In re SinoHub Securities Litigation*, No. 1:12-cv-08478 (S.D.N.Y.).

Mr. Guglielmo has achieved significant victories and obtained numerous settlements for his clients.  He was one of the principals involved in the litigation and settlement of *In re Managed Care Litigation,* MDL No. 1334 (S.D. Fla.), which included settlements with Aetna, CIGNA, Prudential, Health Net, Humana, and WellPoint, providing monetary and injunctive benefits exceeding $1 billion.  Additional cases Mr. Guglielmo played a leading role and obtained substantial recoveries for his clients include:  *Love v. Blue Cross and Blue Shield Ass'n, No. 03-cv-21296* (S.D. Fla.), which resulted in settlements of approximately $130 million and injunctive benefits valued in excess of $2 billion; *In re Insurance Brokerage Antitrust Litigation*, MDL No. 1897 (D.N.J.), settlements in excess of $180 million; *In re Pre-Filled Propane Tank Marketing and Sales Practices Litigation*, MDL 2086 (W.D. Mo.), consumer settlements in excess of $40 million; *Bassman v. Union Pacific Corp.*, No. 97-cv-02819 (N.D. Tex.), $35.5 million securities class action settlement; *Garcia v. Carrion*, Case No. CV. 11-1801 (D. P.R.), substantial corporate governance reforms; and *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass-Through Certificates, No. 09-cv-00037 (W.D. Wash.), $26 million securities class action settlement.*  Mr. Guglielmo was the principle litigator and obtained a significant opinion from the Hawaii Supreme Court in *Hawaii Medical Association v. Hawaii Medical Service Association*, 113 Hawaii 77 (Haw. 2006), reversing the trial court's dismissal and clarifying rights for consumers under the state's unfair competition law.

Mr. Guglielmo lectures on electronic discovery and is a member of the Steering Committee of Working Group 1 of the Sedona Conference®, an organization devoted to providing guidance and information concerning issues such as discovery and production issues, as well as areas focusing on antitrust law, complex litigation, and intellectual property.  Recently, Mr. Guglielmo was selected as a speaker for electronic discovery issues at the Sedona Conference as well as the Advanced eDiscovery Institute at Georgetown University Law Center.  Mr. Guglielmo was also recognized for his achievements in litigation by his selection to *The National Law Journal*'s "Plaintiffs' Hot List."

Mr. Guglielmo graduated from the Catholic University of America (B.A., *cum laude*, 1992; J.D., 1995) and also received a Certificate of Public Policy.

Mr. Guglielmo is admitted to practice before numerous federal and state courts:  United States Supreme Court, United States Court of Appeal for the Second Circuit, United States Court of Appeal for the Third Circuit, United States Court of Appeal for the Eighth Circuit, United States Court of Appeal for the Ninth Circuit, United States Court of Appeal for the Eleventh Circuit, United States District Courts for the Southern and Eastern Districts of New York, District of Massachusetts, District of Colorado, District of Connecticut, New York State, District of

Columbia, and Commonwealth of Massachusetts.  He is also a member of the following associations:  District of Columbia Bar Association, New York State Bar Association, American Bar Association, and The Sedona Conference®.

**BETH A. KASWAN**, during her tenure as an Assistant U.S. Attorney and subsequent promotions to Chief of the Commercial Litigation Unit and Deputy Chief of the Civil Division of the U.S. Attorney's Office for the Southern District of New York, was appointed by the FDA as lead counsel in litigation to enjoin the manufacture of adulterated generic drugs in the landmark case *United States v. Barr Laboratories, Inc.*, 812 F. Supp. 458 (D.N.J. 1993).  Ms. Kaswan, who began her career as an accountant at the offices of Peat, Marwick, Mitchell & Co., and then worked as a civil trial attorney at the U.S. Department of Justice in Washington, D.C., is the recipient of several awards from the Justice Department and other agencies she represented, including the Justice Department's John Marshall award, Special Commendation from the Attorney General, a Superior Performance award from the Executive Office of U.S. Attorneys and Tax Division Outstanding Achievement awards.

While at Scott+Scott, Ms. Kaswan served as lead counsel in *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass Through Certificates*, No. 09-cv-00037 (W.D. Wa.), the WaMu RMBS Section 11 Securities Act case which settled after plaintiffs succeeded in defeating the defendants' motion for summary judgment, only weeks before it was scheduled to proceed to a jury trial.  Ms. Kaswan just completed the nine-week trial in *In the Matter of the Application of The Bank of New York Mellon*, Index No. 651786/2011 (N.Y. Supr. Ct.) in which she and other interveners challenged the proposed settlement between Bank of New York Mellon and Bank of America to resolve repurchase and servicing claims for 530 Countrywide trusts.  Ms. Kaswan is currently lead counsel suing Bank of New York Mellon in federal court in *Retirement Board of the Policemen's Annuity and Benefit Fund for the City of Chicago v. The Bank of New York Mellon*, No. 11-cv-5459 (S.D.N.Y.), for its failure to prosecute the Countrywide Trusts' claims under the federal Trust Indenture Act ("TIA").  She is also pursuing TIA claims against the Securitization Trustees for WaMu and Bear Stearns Trusts in *Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, N.A.*, No. 12-cv-2865 (S.D.N.Y.) and *Oklahoma Police Pension and Retirement System v. U.S. Bank N.A.*, No. 11-cv-8066 (S.D.N.Y.), respectively.  Ms. Kaswan brought a derivative suit on behalf of New York University against Ezra Merkin to freeze funds belonging to a feeder fund to Bernard Madoff.  She also served as lead counsel to another shareholder derivative case, *Carfagno v. Schnitzer*, No. 08-CV-912-SAS (S.D.N.Y.), where she successfully negotiated a settlement on behalf of Centerline Holding Company and Centerline shareholders.  Ms. Kaswan has served as lead counsel in *Cornwell v. Credit Suisse Group*, No. 08-cv-3758 (S.D.N.Y.) and *In re Tetra Technologies, Inc. Securities Litigation*, No. 08-cv-0965 (S.D. Tex.), among others.

Ms. Kaswan is a member of the New York and Massachusetts bars.  While working at the U.S. Department of Justice, Ms. Kaswan frequently appeared in the U.S. District Courts in Kentucky.  Ms. Kaswan has been practicing law for over 35 years and is a partner in the firm's New York office.

**GEOFFREY M. JOHNSON** is a partner in the firm's Ohio office.  Mr. Johnson's practice focuses on commercial and class action trial work and appeals.  His areas of concentration

include complex securities litigation, ERISA class actions, and commercial and class action antitrust litigation.

Notably, Mr. Johnson serves as lead counsel in *Pfeil v. State Street Bank and Trust Company*, 2:09-cv-12229 (E.D. Mich.), a case of national significance in the area of employee retirement plans. In the case, Mr. Johnson represents a class of over 200,000 current and former General Motors employees who owned General Motors stock in GM's two main retirement plans. Mr. Johnson successfully argued the case to the United States Court of Appeals for the Sixth Circuit, which issued an opinion that is now looked to nationally as one of the seminal cases in the area of ERISA fiduciary duties and employee rights. *See Pfeil v. State Street Bank and Trust Company*, 671 F.3d 585 (6th Cir. 2012).

Mr. Johnson has also served as lead or co-lead counsel in other major securities and ERISA cases, including: *In re Royal Dutch/Shell ERISA Litigation*, No. 04-1398 (D.N.J.), which settled for $90 million and is one of the three largest recoveries ever obtained in an ERISA class action case; *In re Priceline Securities Litigation*, 00-cv-1884 (D. Conn.), which settled for $80 million and is the largest class action securities settlement ever obtain in the State of Connecticut; and *In re General Motors ERISA Litigation*, 05-cv-71085 (E.D. Mich.), a case that settled for $37.5 million and ranks among the largest ERISA class settlements ever obtained.

Mr. Johnson has been active in the firm's mortgage-backed securities litigation practice, serving as lead or co-lead counsel in mortgage-backed securities class action cases involving Washington Mutual (*In re* Washington *Mutual Mortgage Backed Securities Litigation*, 2:09-cv-00037 (W. D. Wash.)) and Countrywide Financial (*Putnam Bank v. Countrywide Financial, Inc.*, No. 10-cv-302 (C.D. Cal.)). Mr. Johnson also helped develop the theories that the firm's pension fund clients have used to pursue class action cases against mortgage-backed security trustees. *See Retirement Board of the Policemen's Annuity & Benefit Fund of the City of Chicago v. Bank of New York Mellon* (Case No. 11-cv-05459 (S.D.N.Y.)); *Oklahoma Police Pension & Retirement System v. U.S. Bank NA* (Case No. 11-cv-8066 (S.D.N.Y.)).

In addition, Mr. Johnson is active in the firm's appellate practice group, where he has handled numerous class action appeals, including appeals in the United States Court of Appeals for the Second Circuit, Third Circuit, Fifth Circuit, Sixth Circuit, Seventh Circuit, and Eleventh Circuit.

Mr. Johnson is a graduate of Grinnell College (B.A., Political Science with Honors, 1996) and the University of Chicago Law School (J.D., with Honors, 1999), where he served on the law review. Prior to joining Scott+Scott, Mr. Johnson clerked for the Honorable Karen Nelson Moore, United States Court of Appeals for the Sixth Circuit.

**JUDY SCOLNICK** is a partner in the firm's New York office. Ms. Scolnick is a graduate of New York University (B.A., *cum laude* 1972), Brandeis University (M.A. Political Science Theory, 1973), and Boston College Law School (J.D., 1976), where she served on the Boston College Industrial and Commercial Law Review. She has extensive experience in the fields of shareholder derivative law, particularly in the pharmaceutical industry, employment law and employment class actions, and securities class actions. She has contributed substantially to recent jurisprudence expanding shareholders' rights to examine books and records of the

corporations in which they hold stock.  In *Cain v. Merck & Co., Inc.*, 415 N.J. Super. 319 (N.J. Super. A.D. 2010), the New Jersey Appellate Division agreed with Ms. Scolnick and held in a precedential decision that the New Jersey Business Corporation Act allows shareholders to inspect the minutes of board of directors and executive committee meetings upon a showing of proper purpose.  In *King v. VeriFone Holdings, Inc.*, 12 A.3d 1140 (Del. Supr. 2011), the Delaware Supreme Court ruled in a ground-breaking decision that plaintiffs may, in certain circumstances, inspect a corporation's books and records to bolster a shareholder derivative complaint even after they have filed a lawsuit.

She has served as lead counsel in many shareholder derivative actions and is currently lead counsel in *North Miami General Employees Retirement Fund v. Parkinson*, No. 10-cv-6514 (N.D. Ill.), a shareholder derivative case on behalf of pharmaceutical company, Baxter International, arising from the Board's failure to comply with FDA orders to remediate a medical device known as the Colleague Pump.  She is also lead counsel in *Cottrell v. Duke*, No. 12-4041 (W.D. Ark.), a shareholder derivative action brought on behalf of Wal-Mart arising from a widespread bribery and cover-up conspiracy conducted by Wal-Mart executives and Board members.

Ms. Scolnick has experience litigating shareholder derivative actions at both the trial and appellate level.  She successfully argued the Baxter appeal where the Court of Appeals for the Seventh Circuit, reversing a trial court's dismissal, held that a pension fund's complaint on behalf of all shareholders passed the pre-suit demand futility threshold test under Delaware substantive law.  *Westmoreland County Employees' Retirement System v. Parkinson*, 727 F.3d 719 (7th Cir. 2013).  Also in 2013, Ms. Scolnick obtained a landmark ruling in the Wal-Mart shareholder derivative litigation from the Court of Appeals for the Eighth Circuit.  The Eighth Circuit reversed the district court's stay of the federal action in favor of a related proceeding in Delaware Chancery Court, and held that a *Colorado River* stay is never appropriate where the federal complaint alleges valid, exclusive federal claims.  *Cottrell v. Duke*, 737 F.3d 1238 (8th Cir. 2013).

Ms. Scolnick has also litigated a number of important employment discrimination class actions.  These include *U.S. v. City of New York*, No. 07-cv-2067, 2011 WL 4639832 (E.D.N.Y. Oct. 5, 2011) (successfully representing a class of black applicants for entry-level firefighter jobs who were discriminated against by the City of New York), *Hohider v. UPS*, 243 F.R.D. 147 (W.D. Pa. 2007), *reversed and remanded*, 574 F.3d 169 (3d Cir. 2009), where although the Third Circuit reversed certification of a nationwide class of Americans with Disabilities Act protected UPS employees, Ms. Scolnick was able to negotiate with UPS changes to its return to work policy with regard to injured workers.

Ms. Scolnick began her career by serving as a law clerk to the late Honorable Anthony Julian of the United States District Court in Massachusetts.  Thereafter, she served as a trial attorney in the Civil Division of the United States Department of Justice, where she was lead counsel in several high-profile employment discrimination lawsuits against various U.S. agencies around the country.

Ms. Scolnick has been selected for the past two years in Thompson Reuter's "New York Super Lawyers."

Ms. Scolnick is admitted to practice in New York, New Jersey, and Massachusetts.

**DONALD A. BROGGI** is a partner in the firm's New York office.  Mr. Broggi is a graduate of the University of Pittsburgh (B.A., 1990) and Duquesne University School of Law (J.D., 2000).  He is engaged in the firm's complex securities, antitrust, and consumer litigation, including:  *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (S.D.N.Y.), *In re: Priceline.com Inc. Securities Litigation*, No. 00-cv-1884 (D. Conn.), *Irvine v. ImClone Systems, Inc.*, No. 02-cv-0109 (S.D.N.Y.), *In re: Rubber Chemicals Antitrust Litigation*, No. C04-01648 (N.D. Cal.), *In re: Plastics Additives Antitrust Litigation*, No. 03-cv-2038 (E.D. Pa.), and *In re Washington Mutual Mortgage-Backed Securities Litigation*, No. 09-cv-0037 (W.D. Wash.), among others.

Mr. Broggi also works with the firm's institutional investor clients, including numerous public pension systems and Taft-Hartley funds throughout the United States to ensure their funds have proper safeguards in place to ensure against corporate malfeasance.  Similarly, Mr. Broggi consults with institutional investors in the United States and Europe on issues relating to corporate fraud in the U.S. securities markets, as well as corporate governance issues and shareholder litigation.  Mr. Broggi has lectured at institutional investor conferences throughout the United States on the value of shareholder activism as a necessary component of preventing corporate fraud abuses, including the Texas Association of Public Employee Retirement Systems, Georgia Association of Public Pension Trustees, Michigan Association of Public Retirement Systems, Illinois Public Pension Fund Association, and the Pennsylvania Association of County Controllers, among others.

Mr. Broggi is admitted to practice in New York and Pennsylvania.

**DEBORAH CLARK-WEINTRAUB** is a partner in the firm's New York office.  Ms. Weintraub graduated from St. John's University, Queens, New York (B.A., *summa cum laude*, 1981; President's Award in recognition of achieving highest GPA among graduates of St. John's College of Liberal Arts and Science) and Hofstra Law School in Hempstead, New York (J.D., with distinction, 1986).  While in law school, Ms. Weintraub was a member and research editor of the Hofstra Law Review.  Following her graduation from Hofstra Law School, Ms. Weintraub served as a law clerk to the Honorable Jacob Mishler, United States District Judge for the Eastern District of New York (1986-1987).  Ms. Weintraub is a member of the New York bar.

Ms. Weintraub has extensive experience in all types of class action litigation.  She is currently representing investors in mortgage-backed securities (MBS) in litigation against trustees of MBS trusts sponsored by Countrywide, WaMu, and Bear Stearns asserting claims for violations of the Trust Indenture Act of 1939 and breach of contract in connection with the trustees' failures to discharge their statutory and contractual duties under the trusts' governing agreements to enforce the trusts' rights to require repurchase of mortgage loans in the trusts that breached representations and warranties.

13

Ms. Weintraub also currently represents a certified class of participants and beneficiaries in two 401(k) Plans of General Motors Corporation in an action against State Street Bank and Trust Company, the independent fiduciary and investment manager for the General Motors Corporation $1 2/3 Par Value Common Stock Fund held in the Plans, for violating its fiduciary duty to Plan participants under ERISA in failing to divest the Plans' holdings of GM stock in the GM Common Stock Fund when it had become an imprudent investment to hold in the Plans.

Ms. Weintraub is also currently representing certified classes in two significant consumer cases. In *Huyer v. Wells Fargo & Co.*, No. 4:08–CV–00507 (S.D. Iowa), Ms. Weintraub represents multiple, certified classes of borrowers in an action against Wells Fargo & Co. and Wells Fargo Bank, NA, in an action asserting claims for violation of the Racketeer Influenced & Corrupt Organizations Act and California's Unfair Competition Law in connection with Wells Fargo's assessment of charges for repeated property inspection fees to delinquent borrowers. Ms. Weintraub is also co-lead counsel for the certified class of consumers in *In re Glaceau Vitaminwater Marketing and Sales Practice Litig.*, No. 11–md–2215 (S.D.N.Y.), seeking injunctive relief for violations of California and New York deceptive trade practice statutes in connection with the marketing of Vitaminwater.

Ms. Weintraub has extensive securities class action experience and has acted as plaintiffs' co-lead counsel in numerous cases that have obtained substantial recoveries for defrauded investors. Ms. Weintraub was one of the lead counsel in *In re Oxford Health Plans, Inc. Securities Litigation*, MDL No. 1222 (S.D.N.Y.), in which a cash settlement of $300 million was obtained on the eve of trial after more than five years of litigation. At the time, the $300 million cash recovery was one of the largest recoveries ever achieved in a securities class action. The Honorable Charles L. Brieant, Jr., who presided over this case described it as "perhaps the most heavily defended, ardently pursued defense of a similar case that I can recall." Ms. Weintraub also served plaintiffs' co-lead counsel in *In re CVS Corporation Securities Litigation*, No. 01-11464 (D. Mass.), in which a cash settlement of $110 million was obtained for investors. Following the settlement in March 2006, CVS disclosed that the SEC had opened an inquiry into the manner in which CVS had accounted for a barter transaction, a subject of the class action suit, and that independent counsel to the firm's audit committee had concluded in December 2005 that various aspects of the company's accounting for the transaction were incorrect, leading to the resignations of the company's controller and treasurer.

Ms. Weintraub is the co-author of "Gender Bias and the Treatment of Women as Advocates," Women in Law (1998), and the "Dissenting Introduction" defending the merits of securities class action litigation contained in the 1994 monograph "Securities Class Actions: Abuses and Remedies," published by the National Legal Center for the Public Interest. She is a member of the Association of the Bar of the City of New York.

**WILLIAM C. FREDERICKS** is a partner in the firm's New York office. Mr. Fredericks holds a B.A. (with high honors) from Swarthmore College, an M. Litt. in International Relations from Oxford University (England), and a J.D. from Columbia University Law School. At Columbia, Mr. Fredericks was a three-time Harlan Fiske Stone Scholar, a Columbia University International

Fellow, and the winner of the law school's Beck Prize (property law), Toppan Prize (advanced constitutional law), Greenbaum Prize (written advocacy), and Dewey Prize (oral advocacy).

After clerking for the Hon. Robert S. Gawthrop III (E.D. Pa.), Mr. Fredericks spent seven years practicing securities and complex commercial litigation at Simpson Thacher & Bartlett LLP and Willkie Farr & Gallagher LLP in New York before moving to the plaintiffs' side of the bar in 1996.  Since then, he has represented investors as a lead or co-lead plaintiff in dozens of securities class actions, including *In re Wachovia Preferred Securities and Bond/Notes Litig*., No. 09-cv-6351 (S.D.N.Y.) (total settlements of $627 million, reflecting the largest recovery ever in a pure Securities Act case not involving any parallel government fraud claims); *In re Rite Aid Securities Litig*., 99-cv-1349 (E.D. Pa.) (total settlements of $323 million, including the then-second largest securities fraud settlement ever against a Big Four accounting firm); *In re Sears Roebuck & Co. Sec. Litig*., No. 02-cv-07527 (N.D. Ill.) ($215 million settlement, representing the largest §10(b) class action recovery ever not involving either a financial restatement or parallel government fraud claims); *In re State Street ERISA Litig*., No. 07-cv-8488 (S.D.N.Y.) (one of the largest ERISA class settlements to date) and *Irvine v. Imclone Systems, Inc*., No. 02-cv-0109 (S.D.N.Y.) ($75 million settlement).  Mr. Fredericks also played a lead role on the team that obtained a rare 9-0 decision for securities fraud plaintiffs in the U.S. Supreme Court in *Merck & Co., Inc. v. Reynolds*, No. 08-905, and has coauthored several amicus briefs in other Supreme Court cases involving securities issues (including the recent *Halliburton* and *Amgen* cases).  More recently, Mr. Fredericks has also played a major role in litigating claims relating to mortgage-backed securities ("MBS") arising out of the financial crisis.

Mr. Fredericks is recognized in the 2014-15 edition of "America's Best Lawyers" in the field of commercial litigation, and in the 2014-15 edition of New York's "Super Lawyers."  He is a frequent panelist on securities litigation programs sponsored by various organizations, including the Practising Law Institute (PLI) and the American Law Institute/American Bar Association (ALI/ABA).  He is a member of the New York City Bar Association (former chair, Committee on Military Affairs and Justice), the Federal Bar Council and the American Bar Association.  His recent publications include "Bringing a Claim for Securities Fraud: Pre-Filing Investigation to Complaint" (PLI 2012) and "'Bet-the-Company' Litigation: Settlement" (PLI 2011).

**DARYL F. SCOTT** graduated in 1981 from Vanderbilt University with a Bachelor of Arts in Economics.  He received his Juris Doctorate from Creighton University School of Law in 1984, and a Masters of Taxation from Georgetown University Law Center in 1986.  Mr. Scott is a partner involved in complex securities litigation at Scott+Scott.  In addition to his work with the firm, Mr. Scott has specialized in private foundation and ERISA law.  He was also formerly an executive officer of a private equity firm that held a majority interest in a number of significant corporations.  Mr. Scott is admitted to the Supreme Court of Virginia and a member of the Virginia Bar Association and the Connecticut Bar Association.

**MARIA K. TOUGAS** is a graduate of Bowdoin College (B.A., *magna cum laude*, 1985) and Western New England College School of Law (J.D., 1989), where she was a member of the National Moot Court Team.  Ms. Tougas' experience includes state and federal court civil litigation, consumer class action litigation, employment law, probate law, commercial litigation, and creditors' rights.  At Scott+Scott, Ms. Tougas is actively engaged in complex civil litigation,

including wrongful death and wrongful termination cases, and consumer class action litigation, including hip and knee replacement multidistrict litigation.  She is admitted to practice in Connecticut, as well as the U.S. Court of Appeals for the Second Circuit.  Ms. Tougas currently volunteers as a "judge" for Civics First, an organization that sponsors high school and middle school mock trial competitions throughout Connecticut and regularly speaks on legal topics for church and youth organizations.

**DEIRDRE DEVANEY** is a graduate of New York University (B.A., *cum laude*, 1990) and the University of Connecticut School of Law (J.D., with honors, 1998) where she was the managing editor of the Connecticut Journal of International Law.  Ms. Devaney's experience includes commercial and probate litigation, as well as trusts and estates.  Currently, Ms. Devaney's practice areas include commercial and securities litigation, including: *In re Priceline.com, Inc. Securities Litigation*, among others.  Ms. Devaney is admitted to practice in Connecticut, New York, and the United States District Court for the District of Connecticut.

**SYLVIA M. SOKOL** is a New York-based partner in the firm's Antitrust and Competition Law Practice.  She focuses on representing national and international clients in litigation involving domestic and international cartels.  Ms. Sokol has substantial experience in all aspects of complex litigation, including the day-to-day management of cases.  She also has substantial experience in counseling corporate clients, evaluating potential claims, and developing strategies to recoup losses stemming from anticompetitive conduct.

Ms. Sokol currently represents a nationwide class in price-fixing litigation regarding the $5.3 trillion-a-day foreign exchange market.  She also represents a proposed nationwide class in an action involving ISDAfix, a financial benchmark that is tied to over $379 trillion of interest-rate swaps around the world.  In addition, Ms. Sokol represents several large multinational corporations alleging that Goldman Sachs, JPMorgan, Glencore, and their warehouse affiliates conspired to restrict the supply of aluminum in London Metal Exchange-approved warehouses.  And she represents several government entities in a national lawsuit alleging bid-rigging in the municipal derivatives market.

In addition, Ms. Sokol's civil litigation experience has involved defending corporate clients charged with unlawful business practices and monopolizations.  She has also represented clients in criminal and extradition matters.

Ms. Sokol was named a "Super Lawyer" in 2011, 2012, and 2014.

She is a 1998 graduate of the New York University School of Law (*cum laude*), and completed her undergraduate studies at the University of British Columbia.  After law school, Ms. Sokol was awarded the Soros Justice Fellowship to serve a year in the Capital Habeas Unit of the Federal Public Defender's Office, where she represented clients condemned to death and developed training materials for members of the capital defense bar.  She then served as a judicial law clerk to the Honorable Warren J. Ferguson, United States Court of Appeals for the Ninth Circuit, before spending several years working at Morrison & Foerster LLP.

Ms. Sokol is a member of the American Bar Association and is admitted to practice in New York, California, and the District of Columbia.  She is also admitted to the Southern District of New York, the Northern, Southern, and Eastern Districts of California, as well as the United States Supreme Court.

She is bilingual in English and French, and holds French, Canadian, and United States citizenships.

**AMANDA F. LAWRENCE** is a partner in the firm's Connecticut office.  Ms. Lawrence is a graduate of Dartmouth College (B.A., *cum laude*, 1998) and Yale Law School (J.D., 2002).  During law school, Ms. Lawrence worked for large firms in Washington, D.C., New York, and Cleveland.  After graduating from Yale, she worked in-house at a tax lien securitization company and for several years at a large Hartford-based law firm.

At Scott+Scott, Ms. Lawrence is actively is engaged in the firm's complex securities, corporate governance, consumer, and antitrust litigation.   She has worked on several cases that have resulted in substantial settlements including: *In re Aetna UCR Rates Litigation*, MDL No. 2020 (D.N.J.) ($120 million settlement pending); *Rubenstein v. Oilsands Quest Inc.*, No. 11-1288 (S.D.N.Y.) (securities settlement of $10.235 million); *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass-Through Certificates*, No. 09-cv-00037 (W.D. Wash.) ($26 million securities class action settlement); and *In re TETRA Technologies, Inc. Securities Litig.,* No. 4:07-cv-00965 (S.D. Tex.) ($8.25 million securities class action settlement).

Ms. Lawrence has taught Trial Practice at the University of Connecticut School of Law and is very actively involved in her community, particularly in recreational organizations and events.  A five-time NCAA National Champion cyclist who raced throughout the United States, Europe, Bermuda, and Pakistan, Ms. Lawrence is now an avid endurance athlete.  She has competed in dozens of marathons, including the New York Marathon and the Boston Marathon, and in 11 full-distance ironman competitions – three of which were at the Ironman World Championships in Kona, Hawaii.  She is licensed to practice in Connecticut and the Southern District of New York.

**ERIN GREEN COMITE** is a partner in the firm's Connecticut office.  Ms. Comite is a graduate of Dartmouth College (B.A., *magna cum laude*, 1994) and the University of Washington School of Law (J.D., 2002).  Ms. Comite litigates complex class actions throughout the United States, representing the rights of shareholders, employees, consumers, and other individuals harmed by corporate misrepresentation and malfeasance.  Since joining Scott+Scott in 2002, she has litigated such cases as *In re Priceline.com Securities Litigation* ($80 million settlement); *Schnall v. Annuity and Life Re (Holdings) Ltd.* ($27 million settlement); and *In re Qwest Communications International, Inc.* (settlement obtaining $25 million for the company and achieving corporate governance reforms aimed at ensuring board independence).  Currently, she is one of the court-appointed lead counsel in *In re Monsanto Company Genetically-Engineered Wheat Litigation*, MDL No. 2473 (D. Kan.), and is prosecuting or has recently prosecuted actions against defendants such as Banco Popular, N.A.; Cargill, Inc.; The Estée Lauder Companies, Inc.; Ferrero USA, Inc.; L'Oreal USA, Inc.; Merisant Company; Merrill, Lynch, Pierce, Fenner & Smith, Inc.; NCO Financial Systems, Inc.; and Nestlé USA, Inc.

17

While Ms. Comite is experienced in all aspects of complex pre-trial litigation, she is particularly accomplished in achieving favorable results in discovery disputes. In *Hohider v. United Parcel Service, Inc.*, Ms. Comite spearheaded a nearly year-long investigation into every facet of UPS's preservation methods, requiring intensive, full-time efforts by a team of attorneys and paralegals well beyond that required in the normal course of pre-trial litigation. Ms. Comite assisted in devising the plan of investigation in weekly conference calls with the Special Master, coordinated the review of over 30,000 documents that uncovered a blatant trail of deception and prepared dozens of briefs to describe the spoliation and its ramifications on the case to the Special Master. In reaction to UPS's flagrant discovery abuses brought to light through the investigation, the Court conditioned the parties' settlement of the three individual ADA case on UPS adopting and implementing preservation practices that passed the approval of the Special Master.

Ms. Comite also is active in the firm's appellate practice. Recent successes include achieving a Ninth Circuit reversal of a district court's dismissal of consumers' claims concerning Nestlé's Juicy Juice Brain Development Beverage, which the plaintiffs alleged was deceptively marketed as having the ability to improve young children's cognitive development with minute quantities of the Omega-3 fatty acid, DHA. *Chavez v. Nestle USA, Inc.*, 511 F. App'x 606 (9th Cir. 2013).

Prior to entering law school, Ms. Comite served in the White House as Assistant to the Special Counsel to President Clinton. In that capacity, she handled matters related to the White House's response to investigations, including four independent counsel investigations, a Justice Department task force investigation, two major oversight investigations by the House of Representatives and the Senate, and several other congressional oversight investigations.

Ms. Comite's volunteer activities have included assisting immigrant women, as survivors of domestic violence, with temporary residency applications as well as counseling sexual assault survivors. Currently, Ms. Comite supports Connecticut Children's Medical Center and March of Dimes/March for Babies.

Ms. Comite is licensed to practice in the State of Connecticut and is admitted to practice in the U.S. District Court for the District of Connecticut and the Southern District of New York and the U.S. Court of Appeals for the Second, Third, Ninth and Eleventh Circuits.

**KRISTEN M. ANDERSON** is a partner in the firm's San Diego office. Ms. Anderson's practice focuses on complex and class action litigation with an emphasis on antitrust matters, including the following representative cases: *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, MDL No. 1720 (E.D.N.Y) ($7.25 billion recovery) and *In re Currency Conversion Fee Antitrust Litigation*, MDL No. 1409 (S.D.N.Y.) ($336 million recovery).

A substantial portion of Ms. Anderson's practice is devoted to antitrust cases within the financial services industry. Ms. Anderson represents pension funds and individual investors in *Dahl v. Bain Capital Partners, LLC*, No. 07-cv-12388 (D. Mass.), an antitrust action alleging collusion in the buyouts of large publicly traded companies by private equity firms. Ms. Anderson also

represents plaintiff-investors in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (S.D.N.Y.), challenging foreign-exchange market manipulation by many global financial institutions.  Ms. Anderson served on the trial team representing certified classes of cardholders in antitrust cases challenging class action-banning arbitration clauses in credit card agreements as restraints of trade in *Ross v. Bank of America N.A.*, No. 05-cv-7116, MDL No. 1409 (S.D.N.Y.) and *Ross v. American Express Co.*, No. 04-cv-5723, MDL No. 1409 (S.D.N.Y.).

Ms. Anderson is an active member of the American Bar Association's Antitrust Section.  She currently serves as Vice Chair of the Antitrust Section's Books & Treatises Committee.  She was also a contributing author to the Antitrust Section's *Antitrust Discovery Handbook* (2d ed.), *Joint Venture Handbook* (2d ed.), and the *2010 Annual Review of Antitrust Law Developments*.  In addition, Ms. Anderson served as an editor for *The Woman Advocate* (2d ed.), published by the American Bar Association's Woman Advocate Committee.

Ms. Anderson is also an active member of the State Bar of California's Antitrust and Unfair Competition Law Section, authoring case updates for the Antitrust E-Brief and serving as an articles editor for *Competition:  Journal of the Antitrust and Unfair Competition Section of the State Bar of California*.

Ms. Anderson is the Editor-in-Chief of MARKET+LITIGATION, Scott+Scott's monthly newsletter.  She is also active in the firm's continuing legal education programs, speaking on e-discovery, evidence, and antitrust issues.

Ms. Anderson is a graduate of St. Louis University (B.A. Philosophy, *summa cum laude*, 2003) and the University of California, Hastings College of the Law (J.D. 2006).  During law school, Ms. Anderson served as an extern at the U.S. Department of Justice, Antitrust Division, in San Francisco.  While at Hastings, Ms. Anderson also served as an extern to Justice Kathryn Mickle Werdegar of the Supreme Court of California and was the research assistant to Professor James R. McCall in the areas of antitrust and comparative antitrust law.

Ms. Anderson is admitted to practice by the Supreme Court of California and all California United States District Courts.

**THOMAS LAUGHLIN** is a partner in the firm's New York office.  Mr. Laughlin is a graduate of Yale University (B.A. History, *cum laude*, 2001) and New York University School of Law (J.D., *cum laude*, 2005).  After graduating from law school, Mr. Laughlin clerked for the Honorable Irma E. Gonzalez, United States District Court Judge for the Southern District of California.

Mr. Laughlin's practice focuses on securities class action, shareholder derivative, ERISA and other complex commercial litigation.  While at Scott+Scott, Mr. Laughlin has worked on several cases that have achieved notable victories, including *Cornwell v. Credit Suisse,* No. 08-3758 (S.D.N.Y.) (securities settlement of $70 million), *Rubenstein v. Oilsands Quest Inc.*, No. 11-1288 (S.D.N.Y.) (securities settlement of $10.235 million) *Plymouth County Contributory Ret. Sys. v. Hassan,* No. 08-1022 (D.N.J.) (corporate governance reform); and *Garcia v. Carrion,* No. 09-1507 (D.P.R.) (corporate governance reform).  Mr. Laughlin is a member of the New York

bar and is admitted to practice in the Southern District of New York and the Eastern District of New York.

Mr. Laughlin also has significant appellate experience, having represented clients in connection with several appellate victories, including *Cottrell v. Duke,* 737 F.3d 1238 (8th Cir. 2013); *Westmoreland County Employee Retir. Sys. v. Parkinson,* 727 F.3d 719 (7th Cir. 2013); *Pfeil v. State Street Bank and Trust Co.,* 671 F.3d 585 (6th Cir. 2012); and *King v. VeriFone Holdings, Inc.*, 12 A.3d 1140 (Del. Supr. 2011).

In 2014, Mr. Laughlin was co-chair of a 13-day bench trial in *Bankers' Bank Northeast v. Berry, Dunn, McNeil & Parker, LLC*, No. 12-cv-00127 (D. Me.).   Mr. Laughlin represented a consortium of 10 community banks asserting negligence and professional malpractice claims against the former officers and directors of a bank and its auditor in connection with an $18 million loan made to that bank in September 2008.   Among other things, Mr. Laughlin conducted the cross-examination of all three witnesses from the defendant's auditing firm and the direct examination of plaintiff's auditing expert.   The parties to the action succeeded in resolving the action after trial.

**MAX SCHWARTZ** is a partner in the firm's New York office.   Mr. Schwartz focuses on antitrust and securities matters, and is experienced in all aspects of complex commercial disputes.   He has litigated in federal and state courts, including arguing before several appellate courts, and practiced before the Federal Trade Commission and the U.S. Department of Justice, Antitrust Division.   His cases often involve the financial industry, ranging from leveraged-buyouts to structured finance and commodities.   He also has significant experience with cases involving healthcare and information technology.

At Scott+Scott, Mr. Schwartz has worked on several cases that have set important precedents regarding mortgage-backed securities and successfully argued or briefed dispositive motions in all of them.   Those cases include *Retirement Board of the Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of New York Mellon*, 1:11-cv-05459 (S.D.N.Y.); *Oklahoma Police Pension and Retirement System v. U.S. Bank National Association*, 1:11-cv-08066 (S.D.N.Y.); *Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America*, *NA*, 1:12-cv-02865 (S.D.N.Y.).   In addition, he has worked on such antitrust cases as *Dahl v. Bain Capital Partners, LLC*, 1:07-cv-12388 (D. Mass.), which involves a conspiracy among the largest private equity firms in the country, where he helped defeat a motion for summary judgment.

Mr. Schwartz has also represented numerous pro bono clients, including before the United States Supreme Court, and has received an award from the Legal Aid Society for the results he helped achieve.

Prior to joining Scott+Scott, Mr. Schwartz practiced at a leading international law firm.   He earned his B.A. from Columbia College, *cum laude*, and his J.D. from New York University School of Law.   He is a member of the American Bar Association as well as the New York City Bar Association and is admitted to practice in New York State and the Southern District of New York.

**DAVID H. GOLDBERGER** is an associate in Scott+Scott's San Diego office.   Currently, Mr. Goldberger's practice is focused on antitrust litigation, initial case investigations, and other special projects.

Representative actions include *Kleen Products LLC v. Packaging Corporation of America*, No. 10-cv-5711 (N.D. Ill.), an action challenging price-fixing in the containerboard industry, and *In re Lithium Ion Batteries Antitrust Litig.*, No. 13-md-2420 (N.D. Cal.), an action challenging price-fixing of Li-Ion batteries.   Mr. Goldberger has also worked on antitrust cases involving delayed generic drug entry, such as *Mylan Pharmaceuticals Inc. v. Warner Chilcott Public Ltd. Co.*, No. 12-cv-3824 (E.D. Pa.) ($8 million settlement) and *In re Prograf Antitrust Litig.*, No. 1:11-md-02242 (D. Mass.).

Previously, Mr. Goldberger was active in Scott+Scott's securities fraud and ERISA practice, including *In re: Priceline.com Securities Litigation*, 03-cv-1884 (D. Conn.) ($80 million settlement), *Alaska Electrical Pension Fund v. Pharmacia Corporation*, No. 03-1519 (D.N.J.) ($164 million settlement), and *In re: General Motors ERISA Litigation*, No. 05-71085 (E.D. Mich.) (resulting in significant enhancements to retirement plan administration in addition to $37.5 million settlement for plan participants).

Mr. Goldberger was also a member of Scott+Scott's institutional investor relations staff, providing the Firm's many institutional clients with assistance in various matters pertaining to their involvement in complex civil litigations.

Mr. Goldberger is also a frequent contributing author to Market+Litigation, Scott+Scott's monthly client newsletter.

Mr. Goldberger graduated from the University of Colorado (B.A., 1999) and California Western School of Law (J.D., 2002).  Mr. Goldberger is admitted to practice by the Supreme Court of the State of California and in all California United States District Courts.

A San Diego native, Mr. Goldberger was a founding member of the Torrey Pines High School "Friends of the Library" and coaches youth sports in his spare time.

**THOMAS K. BOARDMAN** is an associate in the Scott+Scott's New York office, focusing on antitrust litigation.  At his prior firm, Mr. Boardman was a member of the trial team in *In re TFT-LCD (Flat Panel) Antitrust Litigation*.  For his work on that case, Mr. Boardman was nominated by Consumer Attorneys of California as a finalist for Consumer Attorney of the Year. Mr. Boardman was also an instrumental part of the lead counsel team in *In re Potash Antitrust Litigation (II)*, a case that featured a unanimous victory before an *en banc* panel of the Seventh Circuit, resulting in one of the most influential antitrust appellate opinions in recent memory. The case ended in $90 million in settlements.

At Scott+Scott, Mr. Boardman represents plaintiff-investors in *In re Foreign Exchange Benchmark Rates Antitrust Litigation* and represents opt-out plaintiffs in *Mag Instrument Inc v. The Goldman Sachs Group Inc*.  Mr. Boardman also represents indirect purchaser plaintiffs in *In re Lithium Ion Batteries Antitrust Litigation*.

Mr. Boardman received his Bachelor of Arts degree from Vassar College in 2004, majoring in Political Science and Film Studies.  He received his Juris Doctorate from the University of California, Hastings College of the Law in 2009.  While at Hastings, Mr. Boardman was a member of the Hastings Science and Technology Law Journal and worked as a research assistant to professors Geoffrey C. Hazard, Jr. and Rory K. Little.  Mr. Boardman is a member of the following Bars: California, New York, Ninth Circuit Court of Appeals, Central District of California, Northern District of California, and Southern District of California.  He is also a member of the following professional associations:   ABA Antitrust Section – Model Jury Instruction Revision Task Force, ABA Antitrust Section – Young Lawyers Division – Litigation Committee, ABA Antitrust Section – Young Lawyers Division – Civil Practice and Procedure Committee, New York State Bar Association – Antitrust Section, Bar Association of San Francisco, and Public Justice Foundation.

Mr. Boardman has co-authored the following articles: "Reverse Engineering Your Antitrust Case: Plan for Trial Even Before You File Your Case," *Antitrust Magazine*, Spring 2014, Vol. 28, No. 2, with Bruce L. Simon; and "Class Action for Health Professionals," chapter from *Advocacy Strategies for Health and Mental Health Professionals*, Springer Publishing Co., 2011, with Bruce L. Simon, Stuart L. Lustig, Editor.

Prior to joining Scott+Scott, Mr. Boardman worked at Pearson, Simon & Warshaw, LLP in San Francisco and served as a judicial law clerk to the Hon. Christina Reiss in United States District Court, District of Vermont.

Mr. Boardman enjoys running and regularly does so for charity.  He has run several races to fundraise for various causes, including the New York City Marathon (National Multiple Sclerosis Foundation) and the Boston Marathon (Cystic Fibrosis Foundation).

**STEPHEN TETI**'s practice focuses on securities class action litigation, shareholder derivative lawsuits and corporate governance, consumer, and ERISA litigation.  While at Scott+Scott, Mr. Teti has worked on several cases that have achieved notable results, including *Rubenstein v. Oilsands Quest Inc.*, No. 11-cv-288 (S.D.N.Y.) (securities settlement of $10.235 million) and *Plymouth County Contributory Ret. Sys. v. Hassan*, No. 08-cv-1022 (D.N.J.) (corporate governance reform).  Mr. Teti also practices in Scott+Scott's appellate group, achieving victories in *Cottrell v. Duke*, 737 F.3d 1238 (8th Cir. 2013), *Westmoreland County Employee Retirement System v. Parkinson*, 737 F.3d 719 (7th Cir. 2013), and *Chavez v. Nestlé USA, Inc.*, 511 Fed. Appx. 606 (9th Cir. 2013).

Mr. Teti obtained a significant decision for consumers in *Friedman v. Maspeth Fed. Loan & Savings Ass'n*, __ F. Supp. 2d __, 2014 WL 3473407 (E.D.N.Y. July 14, 2014).  In a case before the Honorable Jack B. Weinstein raising "issues of first impression on the reach of the Real Estate Settlement Procedures Act," Mr. Teti defeated the motion to dismiss in the case which involved wrongful imposition of late charges on timely received mortgage payments.  Mr. Teti has also achieved several favorable decisions regarding the improper removal of class actions under the Securities Act of 1933, including *Niitsoo v. Alpha Natural Resources, Inc.*, 902 F. Supp. 2d 797 (S.D. W. Va. 2012), and *Rajasekaran v. CytRx Corp.*, 2014 WL 4330787 (C.D. Cal. Aug. 21, 2014).

Mr. Teti graduated from Fairfield University (B.A., *cum laude*, 2007) and the Quinnipiac University School of Law (J.D., *magna cum laude*, 2010).  He is a member of the Connecticut Bar.  During law school, Mr. Teti served as Publications Editor on the *Quinnipiac Law Review*.  Further, he worked as an intern in the State of Connecticut Office of the Attorney General, a judicial extern to the Honorable Stefan R. Underhill in the United States District Court for the District of Connecticut, and a legislative extern to the Judiciary Committee of the Connecticut General Assembly.  Prior to joining Scott+Scott, Mr. Teti clerked for the judges of the Connecticut Superior Court.

Mr. Teti is a regular contributor to and editor of Scott+Scott's monthly newsletter, MARKET+LITIGATION, and he volunteers on his local Youth Services Advisory Board.

**JOHN JASNOCH**'s practice areas include securities and antitrust class actions, shareholder derivative actions, and other complex litigation.  Mr. Jasnoch represented plaintiffs in *In re Washington Mutual Mortgage-Backed Securities Litigation,* Case No. 2:09-cv-00037 (W.D. Washington), a case that was litigated through summary judgment and settled on the eve of trial for $26 million.  Mr. Jasnoch was also one of the lead attorneys that secured a $7.68 million settlement in *In re Pacific Biosciences Securities Litigation,* Case No. CIV509210 (San Mateo County, California).  Other cases Mr. Jasnoch has worked on that have achieved notable results include:  *West Palm Beach Police Pension Fund v. Cardionet, Inc.*, Case No. 37-2010-00086836-CU-SL-CTL (San Diego County, California) ($7.25 million settlement), *Hodges v. Akeena Solar*, 09-cv-2147 (N.D. Cal.) ($4.77 million settlement), *Plymouth County Contributory Ret. Sys. v. Hassan*, No. 08-1022 (D.N.J.) (corporate governance reform), and *In re HQ Sustainable Maritime Industries, Inc., Derivative Litigation*, Case No. 11-2-16742-9 (King County, Washington) ($2.75 million settlement).

Mr. Jasnoch is also involved in the firm's healthcare practice group, currently representing institutional investors in *In re DaVita Healthcare Partners, Inc. Derivative Litigation,* Case No. 12-cv-2074 (D. Co.) and *City of Omaha Police and Fire Pension Fund v. LHC Group*, Case No. 12-cv-1609 (W.D. La.).

As an active member of the Consumer Attorneys of California, Mr. Jasnoch has prepared and submitted successful *amicus curie* briefs to the Ninth Circuit Court of Appeals, including on California's Anti-SLAPP law and consumer protection issues.

Mr. Jasnoch graduated *cum laude* from Creighton University with a Bachelor of Arts in Political Science in 2007.  He received his Juris Doctorate from The University of Nebraska College of Law in 2011 and is a member of the California Bar.

**MICHAEL G. BURNETT** is a graduate of Creighton University (B.A., 1981) and Creighton University School of Law (J.D., 1984).  Mr. Burnett practices complex securities litigation at the firm where he consults with the firm's institutional clients on corporate fraud in the securities markets as well as corporate governance issues.  In addition to his work with the firm, Mr. Burnett has specialized in intellectual property and related law. Mr. Burnett is admitted to

the Nebraska Supreme Court and United States District Court, District of Nebraska. He is a member of the Nebraska Bar Association.

**RYAN WAGENLEITNER**'s practice focuses on complex litigation with an emphasis on securities matters. Representative matters include *Boilermakers National Annuity Trust Fund v. WaMu Mortgage Pass Through Certificates*, Case No. 2:09-cv-00037 (W.D. Wash.); *Retirement Board of The Policemen's Annuity and Benefit Fund of the City of Chicago v. The Bank of New York Mellon*, Case No. 1:11-cv-05459-WHP (S.D.N.Y.); and *Policemen's Annuity and Benefit Fund of the City of Chicago v. Bank of America, NA*, Case No 1:12-cv-02865 (S.D.N.Y.).

Mr. Wagenleitner graduated from California State University, Fresno (B.S., Business Administration, *magna cum laude*, 2000), California Western School of Law (J.D., *cum laude*, 2008), and New York University School of Law (LL.M., Taxation, 2009). Following his undergraduate degree, Mr. Wagenleitner began his career at PricewaterhouseCoopers, LLP where he worked as a tax consultant. While obtaining his law degree, Mr. Wagenleitner worked as a summer extern for the Honorable Robert N. Kwan, United States Bankruptcy Court for the Central District of California in Santa Ana, California. Mr. Wagenleitner is admitted to practice in California.

**ANDREA FARAH**'s practice focuses on securities, shareholder derivative actions, consumer rights, and other complex litigation. Ms. Farah graduated *summa cum laude* from the University of North Florida with a Bachelor of Arts in Psychology in 2009. She received her Juris Doctorate, *cum laude*, in 2013 and a Master in Business Administration in 2013 from Quinnipiac University School of Law. During law school, Ms. Farah worked as an intern in the Connecticut State's Attorneys Office for the Judicial District of New Haven, Connecticut. Ms. Farah is admitted to practice in New York.

**STEPHANIE HACKETT** primarily practices in the areas of securities and antitrust class action litigation and shareholder derivative lawsuits, including *Dahl v. Bain Capital Partners*, LLC, No. 1:07-cv-12388 (D. Mass.) and *Mylan Pharmaceuticals, Inc. v. Warner Chilcott Public Ltd. Co.*, No. 12-3824 (E.D. Pa.). As a part of her *pro bono* work, Ms. Hackett has worked with the San Diego Volunteer Lawyer Program, providing assistance to immigrant victims of domestic violence, and the ABA Immigration Justice Project, where she successfully obtained a grant of asylum.

Ms. Hackett is a graduate of the University of Iowa (B.S. Political Science, International Business Certificate, 2001) and of the University of Iowa College of Law (J.D., with distinction, 2005), where she was a recipient of the Willard L. Boyd Public Service Distinction award. While obtaining her law degree, Ms. Hackett worked as a judicial extern for the Honorable Celeste F. Bremer, United States District Court for the Southern District of Iowa. Ms. Hackett is admitted to practice in California.

**JENNIFER J. SCOTT** is an associate in the Scott+Scott San Diego office. She primarily practices complex federal litigation with an emphasis on prosecuting antitrust actions. Ms. Scott represents class plaintiffs in *Kleen Products LLC v. International Paper*, No. 1:10-cv-5711 (N.D. Ill.), an action challenging price fixing in the containerboard products industry. She represents

plaintiff-investors in *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, No. 13-cv-7789 (S.D.N.Y), challenging foreign-exchange market manipulation by many global financial institutions.  Ms. Scott also represents pension funds and individual investors in *Dahl v. Bain Capital Partners, LLC*, No. 07-cv-12388 (D. Mass), an antitrust action alleging collusion in the buyouts of large publicly traded companies by private equity firms.

Ms. Scott is an active member of the American Bar Association's Antitrust Section.  She is also a frequent contributing author to Market+Litigation, Scott+Scott's monthly newsletter.

Ms. Scott graduated *cum laude* from San Diego State University with a Bachelor of Arts in Psychology in 2007 and from the University of San Diego School of Law in 2011.  At USD School of Law, she was a contributing writer to the *California Regulatory Law Reporter*, a judicial intern at the Equal Employment Opportunity Commission, and in-house intern at the Department of the Navy, Office of General Counsel.  Ms. Scott is admitted to practice by the Supreme Court of California and in all California United States District Courts.

Ms. Scott serves on the board of a San Diego nonprofit literacy organization focusing on early juvenile intervention and rehabilitation.

**JOSEPH HALLORAN** primarily practices in the areas of antitrust, securities, shareholder derivative actions, and other complex litigation.  He is a member of the American Bar Association's Section of Antitrust Law and the State Bar of California's Antitrust and Unfair Competition Law Section.  Mr. Halloran graduated from Boston University (B.B.A., *magna cum laude*, 2008) and the University of San Diego School of Law (J.D., 2012).  During law school, Mr. Halloran worked at the California Department of Corporations and was a senior associate for USD's Climate & Energy Law Journal.  He is admitted to practice in California.

**JOSEPH D. COHEN** graduated from the University of Rhode Island (B.A. 1986), Case Western Reserve University School of Law (J.D. 1989) and New York University School of Law (LL.M., Corporate Law, 1990).  Mr. Cohen represents plaintiffs in complex litigation in federal and state courts throughout the country.  He has successfully prosecuted numerous securities fraud, consumer fraud, and constitutional law cases.  Among the cases in which Mr. Cohen has taken a lead role are: *Jordan v. California Department of Motor Vehicles*, 100 Cal. App. 4th 431 (2002) (complex action in which the California Court of Appeal held that California's Non-Resident Vehicle $300 Smog Impact Fee violated the Commerce Clause of the United States Constitution, paving the way for the creation of a $665 million fund and full refunds, with interest, to 1.7 million motorists); *In re Geodyne Resources, Inc. Sec. Litig.* (Harris Cty. Tex.) (settlement of securities fraud class action, including related litigation, totaling over $200 million); *In re Community Psychiatric Centers Sec. Litig.* (C.D. Cal.) (settlement of $55.5 million was obtained from the company and its auditors, Ernst & Young, LLP); *In re McLeodUSA Inc., Sec. Litig.*, No. C02-0001 (N.D. Iowa) ($30 million settlement); *In re Arakis Energy Corp. Sec. Litig.*, No. 95 cv 3431 (E.D.N.Y.) ($24 million settlement); *In re Metris Companies, Inc., Sec. Litig.*, No. 02-cv-3677 (D. Minn.) ($7.5 million settlement); and *In re Landry's Seafood Restaurants, Inc. Sec. Litig.*, No. H-99-1948 (S.D. Tex.) ($6 million settlement).

Mr. Cohen has also co-authored the following articles: "Mitsubishi and Shearson: A Misplaced Trust in Arbitration," *New England Business Law Journal*, May 1990; "The Effects of Tax Reform on Golden Parachutes," *North Atlantic Regional Business Law Review*, August 1988; and "Dual Class Common Stock and Its Effect on Shareholders and Legislators," American Business Law Association National Proceedings (Refereed Proceedings), August 1988.

Mr. Cohen is a member of the California, Rhode Island, and District of Columbia Bars.

**HAL CUNNINGHAM** is a graduate of Murray State (B.S. Biological Chemistry) and the University of San Diego School of Law. Prior to joining Scott+Scott, Mr. Cunningham was engaged in research and development in the chemical and pharmaceutical industries.

Mr. Cunningham's practice focuses on securities class action, shareholder derivative, and consumer litigation. While at Scott+Scott, Mr. Cunningham has worked on several cases that have achieved notable results, including *In re Washington Mutual Mortgage Backed Securities Litigation*, No. C09-0037 (W.D. Wash.) (securities settlement of $26 million). Mr. Cunningham is also involved in the Firm's securities lead plaintiff motion practice, having briefed several successful lead plaintiff applications for the firm's institutional and individual clients.

Mr. Cunningham is a regular contributor to and editor of Scott+Scott's monthly newsletter, MARKET+LITIGATION.

Mr. Cunningham is admitted to practice in California.

**GARY D. FOSTER**'s main practice areas include antitrust, securities, and complex litigation, which includes such cases as *Dahl v. Bain Capital Partners, LLC*, No. 1:07-cv-12388 (D. Mass.) and *Mylan Pharmaceuticals, Inc. v. Warner Chilcott Public Ltd. Co.*, No. 2:12-cv-03824 (E.D. Pa.). Mr. Foster is a member of the West Virginia State Bar.

Mr. Foster is a graduate of West Virginia Wesleyan College (B.S., Biology, *cum laude*, 1999) and of the West Virginia University College of Law (J.D., 2002), where he earned a position on the Moot Court Board and Lugar Trial Association. During law school, Mr. Foster served as a law clerk for the West Virginia Supreme Court of Appeals, after which he assumed a full-time term position as a law clerk for the Hon. Thomas C. Evans, III, of the Fifth Circuit Court of West Virginia.

**JOSEPH A. PETTIGREW**'s practice areas include securities, antitrust, shareholder derivative litigation, and other complex litigation, including work on the following cases: *Dahl v. Bain Capital Partners, LLC*, No. 07-cv-12388 (D. Mass.); *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litigation*, MDL 1720 (E.D.N.Y); and *Marvin H. Maurras Revocable Trust v. Bronfman*, 12-cv-3395 (N.D. Ill.).

Mr. Pettigrew graduated from Carleton College (B.A., Art History, *cum laude*, 1998) and from the University of San Diego School of Law (J.D., 2004). Mr. Pettigrew has served on the board and as legal counsel to several nonprofit arts organizations.

Mr. Pettigrew is admitted to practice in California.

**TROY TERPENING**'s practice centers on securities class action litigation, shareholder derivative lawsuits, corporate governance, and consumer litigation.  In addition, Mr. Terpening is actively engaged in a number of healthcare cases, including *In re Aetna UCR Rates Litigation*, MDL No. 2020 (D.N.J.) ($120 million settlement pending) and *In re WellPoint, Inc. Out-of-Network "UCR" Rates Litigation*, MDL No. 2074 (C.D. Cal.).  Prior to joining Scott+Scott, Mr. Terpening worked in-house for both venture capital and large financial institutions.  He is a member of the California Bar.

Mr. Terpening is a graduate of San Diego State University (B.A., 1998) and California Western School of Law (J.D., 2001).  While in law school, Mr. Terpening served as President of the Association of Trial Lawyers of America (ATLA) Student Chapter and was selected for two consecutive years to represent his school on the Advocacy Honor's Board negotiation team in American Bar Association national negotiation competitions.

Mr. Terpening has taught Legal Research and Writing at the University of San Diego and Business Law at San Diego Mesa College.  He frequently speaks at seminars throughout California, Washington, and Nevada concerning real estate transactions, finance, and taxation.

Mr. Terpening is actively involved in his community and currently serves on the Board of the Clairemont Town Council.  He also regularly volunteers with the Legal Aid Society where he trains students in mediation techniques so they can help resolve disputes within their respective schools.

**EDWARD SIGNAIGO**'s main areas of practice are antitrust, consumer, and securities litigation.  Representative matters include *Kleen Products LLC v. Packaging Corp. of America*, Civil Action No. 1:10-cv-5711 (N.D. Ill.), *In re Domestic Drywall Antitrust Litigation*, No. 13-MDL-2437 (E.D. Pa.), *Mylan Pharmaceuticals, Inc. v. Warner Chilcott Public Limited Co.*, Civil Action No. 12-3824 (E.D. Pa.), *In re WellPoint UCR Out-of-Network "UCR" Rates Litigation*, MDL No. 2074 (C.D. Cal.), and *City of Austin Police Retirement System v. Kinross Gold Corp.*, No. 12-cv-1203 (S.D.N.Y.).  Prior to joining Scott+Scott, Mr. Signaigo practiced at one of San Diego's premier personal injury firms.

Mr. Signaigo graduated from the University of San Diego (B.A., *magna cum laude*, 2006) and Santa Clara University School of Law (J.D., 2009).  During law school, Mr. Signaigo was an editor on the Santa Clara University School of Law Computer & High Tech Law Journal and studied abroad at the University of Oxford and the International Crime Tribunal for the Former Yugoslavia.  He is a member of the California Bar.

# Exhibit C



## FIRM RESUME

## FEBRUARY 2015

# CARLSON LYNCH SWEET & KILPELA LLP

## FIRM HISTORY

For the last decade, the attorneys of Carlson Lynch Sweet & Kilpela LLP have litigated complex class-action matters involving financial fraud (including securities fraud, derivative actions and mortgage fraud), antitrust, consumer fraud, labor and employment, disability access and wage and hour, in federal and state courts throughout the country. Litigation prosecuted by Carlson Lynch has resulted not only in the substantial monetary recoveries and injunctive benefits on behalf of class members described below, but Carlson Lynch cases also continue to generate seminal legal authority.

Carlson Lynch was founded in 2004 by Bruce Carlson and Gary Lynch who started the firm to merge and build upon their collective experiences litigating complex class action matters. In 2014, Carlson Lynch expanded its practice and scope through the addition of named partners Benjamin Sweet and Ed Kilpela. Sweet and Kilpela bring valuable experience gained litigating some of the most high-profile cases in recent memory, including the Tyco Securities case ($3.2 billion recovery for class members, the largest recovery paid by a single corporate defendant) and the successful criminal defense of Senator Ted Stevens, who was indicted and convicted but later exonerated when evidence of prosecutorial misconduct came to light. [1]

Carlson Lynch is currently involved in several privacy/data breach matters. For example, Gary Lynch currently serves on the overall executive committee in *In re Target Corporation Customer Data Security Breach Litigation* (D. Minn.)*,* the largest data breach multidistrict litigation to date. Additionally, Gary Lynch serves as plaintiffs' counsel in *First NBC Bank v. Kmart Corp. et al.,* No. 1:14-cv-10088 (N.D. Ill.), involving the breach of Kmart's POS system; and as co-lead plaintiffs' counsel in *Dittman et al. v. UPMC,* (Allegheny Cty., Pa. No. GD-14-003285), a class action against the University of Pittsburgh Medical Center on behalf of employees injured by a major data breach and identity theft scheme perpetrated by criminals who filed fraudulent returns to obtain the employees' tax refunds. Gary Lynch is currently assisting the Massachusetts Bankers Association in the drafting of proposed legislation setting standards for cyber security in the payment card industry.

## NOTABLE CASES

### PRIVACY/DATA BREACH

***In re Target Stores Data Breach Litigation*** (U.S.D.C., D. Minn.) Carlson Lynch represents nine different financial institutions in litigation related to the massive data breach that occurred when Target's computer system was hacked and the personal credit information of 100 million plus

---

[1] This Firm Resume is intended to be representative and is not comprehensive. Carlson Lynch Sweet & Kilpela have prosecuted, and continue to prosecute, many substantial cases that are not identified.

consumers was compromised.  Gary Lynch is on the five member Plaintiffs' Executive Committee that is managing this litigation on behalf of Plaintiffs.  All of these cases have been consolidated in the District of Minnesota.

***In re: SuperValu, Inc. Customer Data Security Breach Litig.***, 0-14-md-02586 (D. Minn.) (MDL 2586) Carlson Lynch is serving as plaintiff's co-counsel in one of several actions consolidated in the District of Minnesota.  The litigation stems from a 2014 data breach that compromised the sensitive personal and financial information of customers of approximately 1,000 grocery stores operating under a variety of brand names in over a dozen states.  Leadership applications have not been submitted yet.

***In re: Community Health Systems, Inc., Customer Data Security Breach Litigation***, 3:15-cv-00031 (M.D. Tenn.) & MDL No. 2595.  Carlson Lynch is serving as plaintiff's co-counsel in one of approximately nine cases stemming from a 2014 data breach involving one of the nation's largest hospital chains.  The breach involved over 200 hospitals, and the sensitive personal information of approximately 4.5 million patients was compromised.  The JPML heard oral argument regarding transfer/consolidation on January 29, 2015 in Miami, Florida, and is expected to rule on consolidation imminently.

***First NBC Bank v. Kmart Corp. et al.***, No. 1:14-cv-10088 (N.D. Ill.)  Carlson Lynch is representing a financial institution in an action against Kmart Corporation (a subsidiary of Sears Holdings Corporation) stemming from a 2014 data breach in which customer credit and debit card information was compromised.  The complaint was filed in the U.S. District Court for the Northern District of Illinois on December 16, 2014.

***Dittman et al v. UPMC d/b/a The University of Pittsburgh Medical Center and UPMC McKeesport***, (Allegheny Cty., Pa. No. GD-14-003285) - Carlson Lynch is representing several employees of the health care group UPMC in a class action stemming from a breach of UPMC's personnel files.  Hundreds of employee files were compromised and numerous fraudulent tax returns were filed using the stolen data.

***Storm et al. v. Paytime, Inc.***, No. 1:14-cv-011380-JEJ (M.D. Pa.)  Carlson Lynch is representing individuals whose sensitive personal and financial information was stolen from the systems of a payroll processing company.

***FACTA Litigation***.  Carlson Lynch has been counsel for Plaintiffs in numerous class actions alleging a violation of the Fair and Accurate Credit Transaction Act.  These cases were filed in various federal courts nationally.  Class certification motions have been granted in multiple cases.  Proposed class-based settlements were negotiated in more than (20) twenty of the cases, with final approval having been granted, and judgment entered, in those cases.

## FINANCIAL FRAUD

*Rescap Bankruptcy,* (S.D.N.Y. Bkr.)  On November 27, 2013, the Bankruptcy Court in the Southern District of New York granted final approval of a class settlement on behalf of in excess of 45,000 residential mortgage borrowers.  Carlson Lynch is co-lead counsel for the class.  The settlement is for an allowed claim amount of $300 million dollars.  There is a guaranteed payout of approximately $36 million dollars.  The debtor assigned its insurance rights to the class and insurance will potentially cover the difference between the $36 million dollar guaranteed payout and the allowed claim amount of $300 million.  Upon signing the Order granting final confirmation of the bankruptcy plan, the judge stated that this was the most factually and legally complex matter that he had presided over since taking the bench.

*CitiMortgage SCRA Litigation,* (S.D.N.Y.) Carlson Lynch is tri-lead counsel in this class action against CitiMortgage on behalf of Sergeant Jorge Rodriguez in the Southern District of New York.  This case alleges that CitiMortgage improperly foreclosed upon Mr. Rodriguez's home (and the homes of similarly situated individuals) while he was serving his country in Iraq, in violation of the Servicemembers Civil Relief Act.  The case has settled on a class basis and the Court has granted preliminary approval of the settlement.

*Pitts v. NovaStar Home Loans, Inc. et al.,* (U.S.D.C., S.D., Ga.)  Carlson Lynch was co- lead counsel for plaintiffs in this national RESPA class action.  The Southern District of Georgia was the MDL court for this litigation.  After the Court denied defendant's motion to dismiss, after the court denied defendants' motion for summary judgment and granted plaintiffs' motion for class certification in a related Maryland state court action – where Carlson Lynch was also co-lead counsel, and after extensive discovery including the video depositions of several of defendants' top executives, the parties participated in multiple mediation sessions and ultimately arrived at a national cash settlement on behalf of class members for $17,300,000.00.

*In re Community Bank of Northern Virginia and Guaranty National Bank of Tallahassee Secondary Mortgage Loan Litigation,* **(U.S.D.C., W.D. Pa.).**  Carlson Lynch is co-lead class counsel in this national litigation on behalf of second mortgage borrowers under the Real Estate Settlement Procedures Act.  The proposed class has been certified by the district court and that decision is currently on appeal to the United States Court of Appeals for the Third Circuit.

*Kaher v. Ameriquest Mortgage Co.,* (U.S.D.C., W.D. Pa./MDL N.D. Ill.).  Carlson Lynch was counsel for plaintiff in connection with this consolidated group of class actions alleging the existence a kick-back scheme in violation of RESPA, along with numerous other unfair lending practices.  The specific case being handled by Carlson Lynch created new law under RESPA.  Specifically, Carlson Lynch filed this action as a test case to challenge what they viewed as a negative trend in the law regarding how federal trial courts were determining whether a consumer has standing to sue under RESPA, as well as the manner in which damages are calculated under RESPA.  Every prior federal trial court to consider these issues had sided with defendants.  In opposing the Ameriquest motion to dismiss that was filed in this case, Carlson Lynch argued that these other federal trial courts had fundamentally misinterpreted the legislative history of RESPA, to support their decisions to dismiss the prior cases.  In a seminal decision, the United States District Court for the Western District of Pennsylvania departed from

the holdings issued by these other federal courts, and agreed with the arguments of Carlson Lynch, denying the motion to dismiss.  *See Kahrer v. Ameriquest Mortgage Co.*, 418 F.Supp.2d 748 (W.D. Pa. 2006)(Hay, J.).  Multiple federal courts of appeal have adopted the *Kahrer* reasoning, including at least the Sixth and Third Circuits.  This case was ultimately settled as part of MDL proceedings against Ameriquest in the Northern District of Illinois, and final approval of the settlement was granted.

***EFTA Litigation***.  Beginning in late 2010, Carlson Lynch filed putative class actions on behalf of consumers in multiple federal venues under the Electronic Fund Transfer Act.  Those venues include:  Western District of Pennsylvania, Eastern District of Pennsylvania, Middle District of Pennsylvania, Western District of New York, Southern District of New York, Northern District of Ohio, District of Maryland, Middle District of Florida, Southern District of Florida, Western District of Missouri, Eastern District of Missouri, Southern District of Texas, Northern District of Texas, Western District of Texas, Middle District of Tennessee, Western District of Tennessee and Northern District of Georgia.  These cases allege that various automated-teller machine ("ATM") operators (primarily financial institutions) violated mandatory ATM fee disclosure requirements, and therefore were not permitted to impose transaction fees on ATM users at their machines.  Motions to dismiss were granted in two cases based upon EFTA's statutory safe harbor provision, and Carlson Lynch appealed the dismissals to the Third Circuit. The Third Circuit agreed with Carlson Lynch and reversed the Orders granting the motions to dismiss, and both of those cases were remanded for further proceedings, and then settled on a class basis.  Class settlements have been negotiated in at least twenty five additional cases to date.  Some cases have been settled on an individual basis.

4

## CONSUMER PROTECTION

*In Re GNC Corp. TriFlex Products Marketing and Sales Practices Litigation (No. II) – MDL No. 2491,* (D. Md.), Carlson Lynch represents several plaintiffs in nationwide litigation regarding GNC's false and misleading marketing of glucosamine/chondroitin supplements, which multiple studies have determined to be without efficacy for the conditions they purport to treat.  After the cases were consolidated for pre-trial proceedings, Carlson Lynch was appointed to the Executive Committee overseeing the litigation.

*Imber-Gluck v. Google, Inc.,* (N.D. Cal.),  Carlson Lynch represents a class of plaintiffs alleging that Google Play, Google's online store through which software purchases are made for all Android-platform electronic devices, failed to maintain adequate controls to protect against unauthorized purchases by the children of account holders, particularly those made via games and applications directed at children.

*In Re Nutramax Cosamin Marketing and Sales Practices Litigation –* MDL No. 2498, (D. Md.), Carlson Lynch represents several plaintiffs in nationwide litigation regarding Nutramax's false and misleading marketing of glucosamine/chondroitin supplements, which multiple studies have determined to be without efficacy for the conditions they purport to treat.  After the cases were consolidated for pre-trial proceedings, Carlson Lynch partner Ed Kilpela was appointed to the Executive Committee overseeing the litigation.

*In re Wireless Phone Equipment Replacement Insurance Litigation,* (C.P. Allegheny County, Pennsylvania):  Carlson Lynch was lead counsel in this national litigation alleging consumer fraud in connection with wireless phone equipment replacement insurance.  Following the fairness hearing in November, 2004, the Court entered Findings of Fact and Conclusions of Law which commented on the adequacy of Carlson Lynch as lead counsel as follows:

> "Class counsel have abundant experience as lead counsel in consumer class action litigation.  Indeed, class counsel have frequently appeared before this Court.  Other courts have routinely recognized class counsels' adequacy . . . .  This Court readily agrees with these other courts, and finds that Bruce Carlson and Gary Lynch are more than adequate counsel, and indeed are capable and diligent class action attorneys."

The settlement was approved and the settlement proceeds were distributed to the class.

*Bannon v. First One Lending, Inc.,* (C.P., Allegheny County, Pennsylvania).  Carlson Lynch was co-lead counsel in this class action filed on behalf of Pennsylvania second mortgage loan borrowers alleging that they were charged excessive settlement fees in violation of the Pennsylvania Secondary Mortgage Loan Act.  After the court denied defendant's motion to dismiss, the case ultimately settled and plaintiffs and the class were refunded 100% of the alleged overcharge.

## WAGE AND HOUR LITIGATION

***Gualano v. Abercrombie & Fitch Stores, Inc.***, (U.S.D.C., W.D. Pa).  Carlson Lynch was co-lead counsel in this wage and hour litigation alleging that defendant retail clothier was violating federal and state minimum wage laws.  Following the fairness hearing in early 2005, where a multi-state settlement was presented to the Court for approval, the Court entered Findings of Fact and Conclusions of Law addressing lead counsels' adequacy as follows:

> "The Court finds the plaintiffs' counsel, Bruce Carlson and Gary Lynch, are experienced class counsel and that they have met all of the requirements of Rule 23(g)(1)(B) and (C).  Consistent with the underlying purpose of Fed. R. Civ. P. 23, plaintiffs' counsel have achieved, with utmost efficiency, a quality result for the entire class and are commended for the diligence and effective advocacy they have displayed on behalf of their clients."

***Pasci v. Express, LLC***, (U.S.D.C., W.D. Pa.).  This case was similar to the *Abercrombie* case discussed above, and proceeded to a fairness hearing in November 2004, where a multi-state settlement was presented to the Court for approval.  Regarding the adequacy of Carlson Lynch, the Court issued Findings and Conclusions stating:

> "With respect to the adequacy of counsel, the Court finds that class counsel have capably and vigorously represented the class.  Bruce Carlson and Gary Lynch have substantial experience in class-based litigation involving consumer fraud and employment claims . . . . Class counsel achieved an efficient and excellent result on behalf of the class."

***Dwight v. American Eagle Outfitters, Inc.***, (C.P., Allegheny County, Pennsylvania),  Carlson Lynch was lead counsel in this class action alleging that American Eagle violated the minimum wage laws.  The parties negotiated a multi-state settlement, which was approved by the trial court.  The settlement proceeds have been distributed to the class.

***Tarlecki v. Bebe Stores, Inc.***, (U.S.D.C., N.D. CA)  Carlson Lynch was co-lead counsel in this wage and hour litigation alleging that defendant retail clothier was violating federal and state minimum wage laws.  Final approval of a class settlement was approved following a fairness hearing in 2009.

***Dykeman v. Charming Shoppes, Inc.***, (Sup. Ct., King County, Washington) Carlson Lynch was co-lead counsel in this case alleging violations of the Washington state minimum wage laws.  After the Court denied defendants' motion to dismiss and granted plaintiffs' class certification motion, the parties reached a mediated settlement which was approved by the trial judge.  The settlement proceeds were distributed to the class in early spring of 2007.  Carlson Lynch was also co-lead counsel in a related case in state court in California on behalf of a class of California Charming Shoppes Employees.  The parties in that case negotiated a proposed settlement, and final approval was granted following a fairness hearing in May 2008.

***Battaline v. Advest***, (U.S.D.C., W.D. Pa.),  Carlson Lynch was lead counsel for plaintiffs in this

wage and hour class action alleging that defendant stock brokerage company violated state overtime laws.  After Defendant filed its answer and substantial informal and formal discovery ensued, the parties participated in mediation and reached an agreement regarding a proposed national settlement.  The settlement was approved in 2008.

***Ellis v. Edward Jones,*** (U.S.D.C.N.D.OH.),  Carlson Lynch chaired the Plaintiffs' Leadership Committee in this wage and hour class action alleging that defendant stock brokerage company violated federal and state overtime laws.  After Defendant filed an answer and after significant discovery wherein Defendant produced in excess of 500,000 pages of documents and hundreds of videotapes, the parties commenced mediation to pursue a potential global settlement.  The first mediation, which occurred in Atlanta in March 2007, was unsuccessful.  Ultimately, the parties participated in a second mediation in San Francisco, at which the parties arrived at the basic terms of a proposed settlement pursuant to which class members from multiple states received in excess of $19,000,000.00.  After a fairness hearing on January 5, 2009, the Court granted final approval of the settlement.

***Byers v. PNC Financial Services Group, Inc.,*** (U.S.D.C. W.D. Pa.), Carlson Lynch was lead plaintiff's counsel in this wage and hour class action alleging that defendant stock brokerage company violated federal and state overtime laws.  A multi-state settlement was approved following a fairness hearing in June 2008.

***Steen v. A.G. Edwards, Inc***., (U.S.D.C., S.D. Ca.),  Carlson Lynch was co-class counsel for plaintiff in this wage and hour litigation alleging that defendant stock brokerage company violated federal and state overtime laws.  A mediated national class-based settlement has been reached and preliminary approval has been granted.  A fairness hearing was held on August 31, 2009 in Los Angeles, after which the Court has entered an Order granting final approval of the settlement.

***Meola v. AXA Financial, Inc.,*** (U.S.D.C., N.D. Ca.), Carlson Lynch was co-class counsel for plaintiff in this wage and hour litigation alleging that defendant financial services company violated federal and state overtime laws.  A mediated national class-based settlement was negotiated in this matter and final approval was granted following a fairness hearing in the fall of 2009.

***In re St. Francis Health System,*** (C.P., Allegheny County Pennsylvania),  Carlson Lynch was counsel for the class in connection with this wage and hour litigation on behalf of certain former employees of the St. Francis Health System in Pittsburgh.  Plaintiff asserted that the class was deprived of severance benefits when St. Francis Health System was acquired by another hospital group in Western Pennsylvania.  Prior to the disposition of Plaintiff's class certification motion, the parties engaged in extensive mediation before reaching a class-based settlement.

***Haag v. Janney Montgomery Scott,*** (U.S.D.C., E.D. Pa.),  Carlson Lynch was a member of the three firm Executive Committee in this wage and hour class action alleging that defendant stock brokerage company violated federal and state overtime laws.  After protracted litigation and two separate mediations, the parties reached a multi-state settlement.  A fairness hearing was conducted in Philadelphia on June 30, 2009, where Gary Lynch appeared on behalf of the class.

Following the hearing, the Court granted final approval of the settlement.

***Steinberg v. Morgan Stanley & Co.,***  (U.S.D.C., S.D. Ca.),  Carlson Lynch was co-class counsel for plaintiff in this wage and hour litigation alleging that defendant stock brokerage company violated federal and state overtime laws.  A mediated national class-based settlement was reached and final approval of the settlement has been granted.

***Ramsey v. Ryan Beck, Inc.*** (U.S.D.C., S.D.N.Y.)  Carlson Lynch was co-class counsel in this wage and hour class action alleging that defendant stock brokerage company violated federal and state overtime laws.  After protracted litigation, the parties reached a multi-state settlement and final approval was granted in June 2010.

***Kniess v. Heritage Valley Health Systems, Inc.,*** (C.P., Allegheny County, Pennsylvania), Carlson Lynch was lead counsel in this wage and hour class action alleging the defendant hospital system failed to pay overtime compensation to its nurse practitioners and physician's assistants.  The parties reached a mediated class settlement whereby class members received the majority of the back pay alleged by Carlson Lynch.

***Leadbitter v. The Washington Hospital, Inc.,*** (U.S.D.C., W.D. PA.),  Carlson Lynch was lead counsel in this wage and hour class action alleging the defendant hospital system failed to pay overtime compensation to its nurse practitioners and physician's assistants.  The parties reached a mediated class settlement whereby class members will be eligible to receive the majority of the back pay alleged by Carlson Lynch, and the settlement has received final approval from the Court.

***Career Education Corporation Misclassification Litigation,*** (U.S.D.C., W.D. Pa.),  In early 2011, Carlson Lynch filed a putative collective action on behalf of admissions representatives employed by culinary schools operated by Career Education Corporation.  Carlson Lynch alleges that these individuals were misclassified and improperly denied overtime benefits.  A class settlement was negotiated in this case and final approval of the settlement was granted in December 2011.

***Atrium Centers, LLC Automatic Meal Break Deduction Litigation,*** (U.S.D.C., N.D. Ohio), Carlson Lynch was lead counsel in this collective action on behalf of hourly health care workers (primarily nurses) alleging improper pay practices in connection with automatic meal break deductions.  After the court granted Plaintiffs' motion for conditional certification of a collective action under the FLSA, extensive discovery ensued.  Following the close of discovery, in the fall of 2012 the Parties engaged in mediation with a former United States Magistrate Judge and reached an agreement to settle the case on a collective basis.  The settlement was approved by the court in December 2012 and the settlement proceeds have been distributed.

***Northwestern Memorial Healthcare Automatic Meal Break Deduction Litigation,*** (U.S.D.C., N.D. Ill.),  Carlson Lynch was lead counsel in this collective/class action on behalf of hourly health care workers (primarily nurses) alleging improper pay practices in connection with automatic meal break deductions.  After extensive discovery and the denial of Defendant's motion for summary judgment, the Parties reached a mediated class settlement in the fall of

2012.  In December, 2013, the Court granted final approval of the settlement and the settlement proceeds have been distributed to the class.

*Crozer-Keystone Health System Overtime Litigation),* (E.D. Pa.), Carlson Lynch filed a putative collective action against Crozer-Keystone Health System in the Eastern District of Pennsylvania.  The Complaint challenges pay practices related to nurse practitioners and/or physicians' assistants.  The plaintiffs in these cases allege that they are illegally being denied overtime compensation by their employers.  After discovery, the Parties filed cross motions for summary judgment.  In a widely reported opinion issued on January 4, 2011, the Court granted Plaintiff's motion for summary judgment, holding that Defendant had misclassified individuals in Plaintiff's job position.  Defendant's motion for reconsideration of the federal court's summary judgment decision was denied in a twenty one page opinion and order issued on August 15, 2011.  Following mediation, the settlement of this case was approved in August 2012.

## EMPLOYMENT DISCRIMINATION

*White v. United Steel Workers of America*, (U.S.D.C., W.D. Pa.), Carlson Lynch was co-lead counsel in this age-discrimination class action against the U.S.W.A.  After overcoming a motion to dismiss on a legal issue regarding which there was a substantial split of authority, the defendant requested mediation to explore the possibility of settlement.  After extensive mediation over a one month period in June 2004, the case ultimately settled for an amount that defense counsel characterized as the highest ever paid by the U.S.W.A. in connection with civil litigation.

## ANTITRUST

*In Re Blue Cross Blue Shield Antitrust Litigation MDL No. 2406,* (N.D. Alabama),  Carlson Lynch represents healthcare subscriber plaintiffs in four states in this nationwide class action challenging the anti-competitive practices of Blue Cross/Blue Shield's nationwide network of local insurers who do not compete with each other based on geographic boundaries.  In addition to Carlson Lynch's work on the individual cases, Carlson Lynch partner Ben Sweet has been appointed by Judge Proctor to the Litigation Committee.

## PRODUCTS LIABILITY

*Julian et al. v. Evenflo Company, Inc.,* (C.D. Cal.), Carlson Lynch currently represents consumers in a putative class action product liability actions against Evenflo regarding the inclusion of defective buckles on many of its car seats, which fail to function properly over time.

## DISABILITY DISCRIMINATION

***ADA (Americans with Disabilities Act) Accessibility Litigation****,* Carlson Lynch is currently counsel for Plaintiffs in a substantial number of putative class actions filed on behalf of disabled individuals to enforce the ADA's accessibility requirements. These cases have been prosecuted in numerous federal venues nationally. Carlson Lynch has overcome at least 15 motions to dismiss in these cases. A substantial number of the cases have been settled, and in all of those cases the Defendants have agreed to equitable relief calculated to guarantee the accessibility to public accommodations that is required by the ADA.

## FIRM ATTORNEYS

## PARTNERS:

## Bruce Carlson

Bruce Carlson is from Wilkinsburg, Pennsylvania, where he attended the public schools. He graduated from the University of Pittsburgh School of law in 1989. He was the Executive Editor of the Journal of Law and Commerce in law school. He also obtained his undergraduate degree from the University of Pittsburgh, graduating *summa cum laude* in political philosophy. After law school, he was employed for approximately four years at Eckert Seamans Cherin & Mellott, in Pittsburgh. Subsequently, he was a member at the Pittsburgh plaintiffs-FELA and mass tort firm previously known as Peirce Raimond, Osterhout, Wade, Carlson & Coulter. During his five year tenure at the Peirce firm, Carlson developed and managed one of the largest, if not the largest, pediatric lead poisoning practices in the country. After his practice evolved and began to focus more on consumer class action litigation, he affiliated the practice with a prominent Pittsburgh-based plaintiffs' class action firm. During the three and one-half years that he was affiliated with that firm, Carlson originated and was lead counsel in more consumer class cases than any lawyer in Western Pennsylvania. These cases were filed not only in Western Pennsylvania, but in state and federal courts throughout the country. Effective June 1, 2004, Carlson ended his relationship with his former firm and co-founded Carlson Lynch.

Carlson is admitted to practice in the state courts of Pennsylvania and West Virginia, the United States District Courts for the Western, Middle and Eastern Districts of Pennsylvania, the Northern and Southern Districts of West Virginia, the Northern District of Ohio, the Northern, Southern, Eastern and Western Districts of Texas, the District of Maryland, the Western District of Tennessee and the United States Courts of Appeal for the Third, Fifth, Ninth and Eleventh Circuits. He is a member of the Million Dollar Advocates Forum. He is a member of the American Association of Justice, and the Pennsylvania, Western Pennsylvania and West Virginia Trial Lawyers Associations.

## Gary F. Lynch

Gary Lynch was born and grew up in Western Pennsylvania. Gary earned his Juris Doctor degree in 1989 from the University of Pittsburgh School of Law, where he served as an Editor of the University of Pittsburgh Law Review, and a Bachelor of Science degree in

Accounting from the Pennsylvania State University in 1986.  He was admitted to the State Bar of the Commonwealth of Pennsylvania in 1989, and is admitted to practice in the United States Supreme Court, the United States Courts of Appeals for the First, Third, Fifth, Sixth, Seventh, Ninth, and Eleventh Circuits, and the United States District Courts for the Western, Middle, and Eastern Districts of Pennsylvania, the Northern and Southern Districts of Ohio, the Northern and Central Districts of Illinois, the Western District of New York, the Eastern and Western Districts of Michigan, and the District of Maryland.  Gary has also been admitted *pro hac vice* in numerous jurisdictions nationwide.

Gary has been engaged in the practice of law for the last twenty-five years, beginning his legal career at Reed Smith, LLP (formerly Reed Smith Shaw & McClay).  Since leaving Reed Smith in 1991, Gary has served as the Managing Partner of Lynch & Kunkel and Gary F. Lynch, P.C., focusing his practice on the representation of clients in employment-related matters, particularly complex litigation.  Since co-founding Carlson Lynch LTD in June of 2004, Gary has developed a nationally recognized plaintiffs' class action practice in the areas of consumer protection litigation and employee rights.

Gary has served in a leadership capacity in several MDL/class action proceedings.  For example, in *Ellis v. Edward Jones* (N.D. Ohio No. 1:08-cv-00540,  MDL No. 1779), he chaired the Plaintiffs' Leadership Committee in a wage and hour class/collective action alleging that returned more than $19 million to the class.   Gary also served as Counsel of Record before the United States Supreme Court in the case of *Genesis HealthCare Corp. v. Symczyk.*

Gary serves on the Local Rules Advisory Committee for the United States District Court for the Western District of Pennsylvania.  He has been rated as a "Super Lawyer" and has received Martindale Hubbell's "AV" rating.  Gary is a frequent local and national Continuing Legal Education lecturer.

Gary is active in a number of community non-profit organizations, including past President and current board member of the Human Services Center, Inc. (an outpatient behavioral healthcare provider), board member of  the Highland House, Inc. (a halfway home for women recovering from addiction), and board member of the Lawrence County (Pennsylvania) Historical Society.

## Benjamin J. Sweet

Ben Sweet is a native Pittsburgher who received his juris doctor, *cum laude*, from The Dickinson School of Law of the Pennsylvania State University, and his BA, cum laude, from University Scholars Program (now the Schreyer Honors College) of The Pennsylvania State University. While in law school, Ben served as Articles Editor of the *Dickinson Law Review*, and was also awarded Best Oral Advocate and Best Team in the ATLA Mock Trial Competition.

From 2003 through 2012, first as an associate and for the last several years as Partner, Ben practiced at Kessler Topaz Meltzer & Check LLP in Philadelphia, one of the largest and most prestigious plaintiffs' firms in the country, where he concentrated his practice exclusively in class action litigation, with an emphasis on federal securities litigation.  He helped to obtain

significant recoveries on behalf of class members in several nationwide federal securities class actions, including: *In re Tyco, Int'l Sec. Litig.*, No. 02-1335-B (D.N.H.) ($3.2 billion total recovery for class members, the largest ever recovery from a single corporate defendant in a federal securities action); *In re Wachovia Preferred Securities and Bond/Notes Litig.*, No. 09-Civ. 6351 (RJS), (S.D.N.Y.) ($627 million recovery for class members).

Justice Sotomayor quoted Ben's co-authored amicus curiae brief on behalf of medical researchers in *Matrixx Initiatives, Inc. v. Sircusano*, 563 U.S._(2011), a landmark securities case in which the United States Supreme Court held that evidence of company's failure to disclose reports of adverse events associated with a product need not achieve statistical significance to plead the materiality element of a federal securities fraud claim.

Ben has been selected by his peers five times - in 2008, 2010, 2011, 2012 and 2013 - as a Pennsylvania SuperLawyers Rising Star, a distinction bestowed annually on no more than 2.5% of Pennsylvania lawyers under the age of 40. In 2014, he was selected by his peers as a Pennsylvania SuperLawyer. Ben began his career in 2001 at Reed Smith LLP in Pittsburgh, focusing on complex civil and employment litigation. When not practicing law, Ben is an active musician and recording artist who performs regularly in and around Pittsburgh with his band *Southside American*. A Type I diabetic himself, Ben serves on the Board of Directors of the Western Pennsylvania Chapter of the Juvenile Diabetes Research Foundation. He is the proud father of daughter Riley, 11, and son William, 8.

## **Edwin J. Kilpela, Jr.**

Ed Kilpela is a native of Pittsburgh and a graduate of the Pennsylvania State University and the University of Michigan Law School, where he won the prestigious Campbell Moot Court Competition while earning awards for both best brief and as the best oral advocate in the competition. Ed lives in Mt. Lebanon with his twin sons, Devin and Graham and his wife, Gina.. Ed has litigated and tried complex class-action and mass tort matters both at Carlson Lynch Sweet & Kilpela LLP on behalf of individuals and consumers and, previously, at both Williams & Connolly LLP and Wheeler Trigg O'Donnell LLP, two of the finest complex litigation firms in the country.

Mr. Kilpela's current practice focuses on consumer-oriented class actions and financial fraud matters. Currently, Ed represents a class of insurance purchasers in Western Pennsylvania, Rhode Island, and Hawaii in an antitrust conspiracy class-action alleging illegal collusion between the members of the nationwide network of Blue Cross/Blue Shield insurers, resulting in increased insurance premiums and lack of competition in the health insurance market. In addition, Ed serves as counsel for purchasers of glucosamine/chondroitin health supplements who were defrauded by multiple companies in their marketing and advertising of those supplements in which unsupported and medically false claims were made regarding joint health benefits the supplements do not provide.

A representative sample of Ed's past litigation experience includes 1) serving as counsel for a large financial institution and its officers and directors in connection with securities class action and ERISA lawsuits stemming from alleged accounting manipulation and corresponding stock

losses; 2) serving as national Counsel for large multinational pharmaceutical corporation in multiple cases across the country defending against allegations that company failed to adequately warn consumers and prescribing health providers about potential product risks; 3) representing a large multinational consumer goods manufacturer in multiple products liability class action matters stemming from claims regarding alleged product defects.

Mr. Kilpela has been selected by his peers in 2011, 2012, and 2013 as a Rising Star in SuperLawyers, a distinction given to no more than 2.5% of his peers under the age of 40.

## ASSOCIATES:

### Stephanie Goldin

Stephanie attended the College of William of Mary, where she graduated in 2000 with a Bachelors of Business Administration, with a minor in economics. She graduated *cum laude* from the University of Pittsburgh School of Law in 2006. While at Pitt Law, Stephanie served on the Journal of Law and Commerce. Stephanie worked as a clerk at Carlson Lynch Sweet & Kilpela LLP between her second and third years of law school, and during her third year of law school, before joining the firm as a full time lawyer in the fall of 2006. Stephanie works primarily in the firm's consumer class litigation practice.

### Jamisen Etzel

Jamisen attended Duquesne University where he graduated *magna cum laude* in 2008 with a Bachelor of Arts in Political Science. He obtained his law degree from New York University School of Law in 2011. While at NYU Law, Jamisen was the Managing Editor of the Journal of Legislation and Public Policy. During the summer of 2010, Jamisen served an internship with United States District Judge William H. Walls of the United States District Court for the District of New Jersey. Jamisen works primarily in the firms' consumer class litigation practice.

13

**Pam Miller**

Pam graduated from Westminster College in 1989 with a degree in history and political science. She graduated from the University of Pittsburgh School of Law in 1993. Pam oversees the firm's disability practice.

**Ian Brown**

Ian M. Brown grew up in a farming community in Berks County, Pennsylvania. He attended Temple University in Philadelphia, Pennsylvania where he graduated summa cum laude with a Bachelor of Arts in Psychology and a minor in English. Ian then attended the University of Minnesota Law School, where he graduated cum laude in 2004.

Prior to joining Carlson Lynch Sweet & Kilpela LLP, Ian ran the Community Accessibility Program for Lehigh Valley Center for Independent Living. Ian works in the firm's Accessibility Rights group, which pursues litigation to improve accessibility for the disabled.

**OF COUNSEL:**

**Tom Withers**

Tom became of counsel to Carlson Lynch Sweet & Kilpela LLP in June 2008, and often provides advice and counsel to the firm regarding trial strategy. Tom graduated from the University of Georgia law school in 1984. He also received his undergraduate degree from the University of Georgia. After graduating from law school, Tom joined Oliver, Maner and Gray, in Savannah, Georgia, where he was a partner from 1988 until 1990. While at Oliver, Maner and Gray, Tom was primarily engaged in the defense of medical malpractice cases for physicians. During his six years with the firm, Tom tried approximately ten medical negligence cases to verdict, all of which resulted in verdicts for the defendants.

Thereafter, Tom joined the United States Attorney's Office in the Southern District of Georgia, where he remained for eight years. Tom initially served as an Assistant U.S. Attorney in the Criminal Section before becoming Chief of the Criminal Section in 1993. Tom also served as a Professional Responsibility Officer during his time with the United States Attorney's Office and was given the Department of Justice's Director's Award in 1997. In 1998, Tom left the United States Attorney's Office and became a founding partner of Gillen Parker & Withers (now, Gillen Withers & Lake, LLC). Tom's practice focuses on federal and state criminal defense, Medicare/Medicaid fraud, and complex civil litigation.

Tom is admitted to practice in the state courts of Georgia, the United States District Courts for the Southern and Northern Districts of Georgia, and the United States Court of Appeals for the Eleventh Circuit.

# Exhibit D

# CASE LIST OF
# W. PITTS CARR & ASSOCIATES, PC

W. Pitts Carr & Associates, PC (formerly Carr & Palmer, LLP) (the "Carr Firm"), founded by W. Pitts Carr in Atlanta, Georgia, in 1973, is a civil trial firm with recognized practices in the areas of complex litigation, including antitrust, securities, environmental, toxic tort, product liability, and transportation law. The firm operates from offices in Atlanta with clients represented throughout the United States. The mission of the firm is to provide clients with exceptional legal services and representation in a cost-effective and timely fashion. Their objective is achieved by aggressively gaining control of cases from the beginning. Once contacted by a client, the firm develops a strategic approach to the case and immediately conducts an investigation to gather the relevant information. To assist in this effort, the firm calls on a team of experts and investigators from its established network. The firm's prompt effort enables them to devise a strategy for its clients to bring the case to a successful resolution.

The Carr Firm is comprised of leading attorneys recognized for excellence in their practice areas. The firm's cornerstone is professionalism and high ethical standards, as illustrated by its listing in ***The Martindale-Hubbell Bar Register of Preeminent Lawyers***, which selects and recognizes the nation's law firms that meet the highest ethical standards. W. Pitts Carr, the firm's founder, and the firm itself are listed in ***The Best Lawyers in America***.

The Carr Firm is committed to providing quality and cost-effective legal counsel and services to its clients.  Complex cases for which the Carr Firm has served as counsel include:

## A. Representative Class Actions in which the Carr Firm Has Represented the Plaintiff Class

<u>In Re Food Service Equipment Hardware Antitrust Litigation</u>, Case No. 1:10-cv-1849-WSD, U.S. Dist. Court for Northern District of Georgia - Served as Liaison Counsel in this Federal antitrust case involving price-fixing and related issues. This case resulted in class certification and the recovery of damages on behalf of the class, in the millions of dollars.

<u>In Re Immucor, Inc. Securities Litigation</u>, Case No. 1:09-cv-2351-TWT, U.S. Dist. Court for Northern District of Georgia - Served as Liaison Counsel in this Federal securities case, involving a securities class action. This case resulted in a settlement, in the millions of dollars for the class.

<u>Edgar "Bo" Pounds et al v. Cobb Energy Management Corporation et al</u>, Case No. 07-1-9408-48, Superior Court of Cobb County, Georgia - Served as Lead Class Counsel in a derivative action brought by members of the Energy Management Corporation ("EMC"), addressing conflicts of interest, transfer of the EMC's employees of assets to a for-profit entity, and by-law issues. The case resulted in a recover of $120,000,000.00 of assets, return of the employees to the EMC, revision of the by-laws, replacement of the Board via elections conducted pursuant to the bylaws, and the resignation of the CEO.

<u>Southern States Police Benevolent Assn., Inc. et al. v. Point Blank Body Armor, Inc.</u>, Seventeenth Judicial Circuit in and for Broward County, Florida – The Carr Firm served as Lead Class Counsel to a class of law enforcement officers and agencies who purchased defective ballistic protection vests containing Zylon®. The case resulted in a nationwide class settlement in 2006 that provided replacement vests and other benefit to law enforcement officers with a total economic value of approximately $50,000,000.00 million.

<u>Thomas Kiefer et al. v. Protective Products International</u>, Seventeenth Judicial Circuit in and for Broward County, Florida – The Carr Firm served as Lead Class Counsel to a class of law enforcement officers and agencies who purchased defective ballistic protection vests. The case resulted in a nationwide class settlement in 2006 that provided replacement vests and other benefit to law enforcement officers with a total economic value in excess of $1,500,000.00.

<u>Scott Martin et al. v. Gator Hawk Armor, Inc.</u>, Fourth Judicial Circuit in and for Duval County, Florida – The Carr Firm served as Lead Class Counsel to a class of law enforcement officers and agencies who purchased defective ballistic protection vests. The case resulted in a nationwide class settlement in 2006 that provided replacement vests and other benefit to law enforcement officers with a total economic value in excess of $3,300,000.00

<u>Southern States Police Benevolent Assn., Inc. et al. v. Armor Holdings, Inc., Armor Holdings Products, LLC and Safari Land Ltd., Inc.</u>(Armor II), Fourth Judicial Circuit in and for Duval County, Florida – The Carr Firm served as Lead Class Counsel to a class of law enforcement officers and agencies who purchased defective ballistic protection vests.  The case resulted in a nationwide class settlement in 2005 that provided replacement vests and other benefit to law enforcement officers with a total economic value in excess of $33,000,000.00.

<u>Steven W. Lemmings et al. v. Second Chance Body Armor, Inc., Toyobo Co., Ltd et al.</u>, District Court for Mayes County, Oklahoma, Case No. CJ-2004-62 – The Carr Firm served as Co-Lead Class Counsel to a nationwide class of law enforcement officer and agencies who purchased defective ballistic protection vests containing Zylon®.  The case resulted in a nationwide settlement in 2005 that provided $29,000,000.00 in cash to the Class.

<u>Southern States Police Benevolent Assn., Inc. et al. v. Point Blank Body Armor, Inc.</u>, Seventeenth Judicial Circuit in and for Broward County, Florida – The Carr Firm served as Lead Class Counsel to a class of law enforcement officers and agencies who purchased defective ballistic protection vests containing Zylon®.  The case resulted in a nationwide class settlement in 2005 that provided replacement vests and other benefit to law enforcement officers with a total economic value of approximately $2,000,000.00 million.

<u>Southern States Police Benevolent Assn., Inc. et al. v. Armor Holdings, Inc., et al.</u>(Armor I), Fourth Judicial Circuit in and for Duval County, Florida – The Carr Firm served as Lead Class Counsel to a class of law enforcement officers and agencies who purchased defective ballistic protection vests containing Zylon®.  The case resulted in a nationwide class settlement in 2004 that provided replacement vests and other benefit to law enforcement officers with a total economic value in excess of $20,000,000.00 million.

<u>In Re: Atlanta Waste Services Antitrust Litigation</u>, C-83-796A (N.D. Ga.). The firm acted as Liaison Counsel in this antitrust class action in which recovery was made in excess of $1.1 million.

<u>In Re: Pontiac 6000 Litigation</u>. In this nationwide Moss-Magnuson Act Case, the firm was one of several firms representing a class action which resulted in recovery for plaintiffs and partial recall of the subject vehicles.

3

<u>In Re: Flight International Securities Litigation</u>. The firm served as liaison counsel in this national securities class action resulting in a recovery of $5.4 million on behalf of the class.

<u>In Re: DCA Securities Litigation</u>. The firm served as lead counsel in this national securities class action. The case was settled for $6.25 million.

<u>In Re: C & S/Sovran Shareholder Litigation</u>. The firm represented plaintiffs in this nationwide securities fraud case which was filed as a class action. This case was concluded in 1994 for approximately $9 million.

<u>In Re: KnowledgeWare Securities Litigation</u>. The firm served as co-lead and liaison counsel in this nationwide securities fraud class action which was concluded for approximately $4 million.

<u>In Re: KnowledgeWare Shareholder Litigation II</u>. The firm served as co-lead and liaison counsel in this nationwide securities fraud class action which was concluded for approximately $18 million.

<u>In Re: National Data Corporation</u>. The firm served as liaison counsel in this national securities fraud class action. The case resulted in a settlement of $6.95 million.

<u>In Re: T$^2$ Medical, Inc. Shareholder Litigation</u>. The firm served as co-lead counsel and liaison counsel in this national securities fraud class action which was concluded for cash and securities valued at approximately $50,000,000.00.

<u>In Re: Domestic Air Transportation Antitrust Litigation</u>. The firm served as liaison counsel and part of a leadership committee of five firms representing the plaintiffs in this national antitrust class action. The case resulted in a settlement valued at approximately $250,000,000.00.

<u>Farrington v. ConAgra, Inc.</u>. The firm served as lead counsel representing plaintiffs in this commercial fraud case filed in the State of Indiana which was concluded for $2.9 million.

In Re: Vista 2000, Inc. Securities Litigation. The firm served as co-lead counsel in this securities fraud class action which was concluded in exchange for 40% of the defendant corporations outstanding stock.

In Re: 1996 Medaphis Securities Litigation. The firm served as Liaison Counsel in this securities fraud class action. The case resulted in a settlement valued at $80,000,000.00.

In Re: Carpet Antitrust Litigation. The firm served as co-lead counsel for plaintiffs in this nationwide antitrust class action which has been concluded for $50,000,000.00.

In Re: Blue Cross\Blue Shield of Georgia The firm served as lead counsel for plaintiff charities attacking the conversion of Blue Cross/Blue Shield from a charitable organization under the laws of the State of Georgia to "for profit status." The case concluded for cash and securities valued at approximately $119,000,000.00.

In Re: G&W Noteholder Litigation. The firm served as co-lead counsel for plaintiffs in this nationwide negligent misrepresentation and breach of fiduciary duty class action. The case resulted in a recovery of $2.2 million from the fiduciary defendant.

In Re: Pediatric Services of America Securities Litigation. The firm served as liaison counsel for plaintiffs in this nationwide securities fraud class action resulting in a recovery of approximately $3,000,000.00.

## B. Non-Class Actions in which the Carr Firm Has Represented Large Plaintiff Groups

Mildred Pipkin, et al. v. Colonial Motor FreightLines, Inc., et al., Superior Court of Scotland County, NC. CTP successfully represented approximately 150 property owners whose private water wells were contaminated by leaks from a nearby truck stop.

Louise Brusher, et al. v. Alternate Energy Resources, Inc., Superior Court of Richmond County, Georgia. CTP successfully represented approximately 50 property owners whose groundwater and wells were contaminated by discharges

from a solid recycling plant.

Alice Massa, et al. v. Peabody Coal Company, United States District Court for the Northern District of Indiana. CTP successfully represented approximately 100 property owners whose homes were damaged by blasting, dust and noise from a Peabody Coal Company surface mine.

McCutchanville United Methodist Church, et al. v. Amax Coal Company, Superior Court of Gibson County, Indiana. CTP successfully represented approximately 100 property owners whose homes were damaged by blasting from Amax Coal Company surface mine.

Glenn W. Brown, et al. v. Bulk Distribution Centers, Inc., Superior Court of Fulton County, Georgia -- CTP successfully represented approximately 20 plaintiffs in the Underwood Hills neighborhood of Atlanta, Georgia, in an action against Bulk Distributors, Inc., due to its releasing of toxic fumes and chemicals into the environment in the plaintiffs' neighborhood.

# Exhibit E

## Conley Griggs Partin LLP

Conley Griggs Partin is a boutique trial law firm based in Atlanta, Georgia primarily representing plaintiffs, including businesses and individuals, in civil litigation.  Comprised of seven attorneys and nine staff, Conley Griggs Partin focuses on a select number of high quality cases where the firm can focus its resources and maintain excellence in work quality to obtain exceptional results for its clients.

### *Conley Griggs Partin's Leadership*

Conley Griggs Partin is led by three partners in addition to nationally recognized trial lawyer, Andy Scherffius, Of Counsel to the firm.  The firm was founded in 2001 by Cale Conley and Richard Griggs, and merged in 2012 with Mr. Partin's firm.

**Mr. Conley** graduated from The University of Georgia, *summa cum laude*, and The University of Georgia Law School, *magna cum laude*, where he was a member of both the *Georgia Law Review* Editorial Board and the Georgia Moot Court Program.  He began his practice at the nationally renowned trial law firm of Butler, Wooten in Atlanta.  Conley has served as lead counsel in dozens of cases involving serious injury, death, or economic damages to his clients, and has served as lead or co-lead counsel at trial in three verdicts at or above $10 million since 2002, including a $24.8 million award in *Gaines v. Cumberland County Hospital System* in 2011 and a $10 million verdict in *Hernandez v. Hi-Tech Engineering* in 2013.

**Mr. Griggs** graduated from the University of Georgia and Mercer University Law School, where he was a member of both the Moot Court Board and the Law Review.  Prior to founding his own firm, Griggs worked at Butler, Wooten in Atlanta and at defense firm Downey & Cleveland in Marietta, Georgia.  Mr. Griggs has been sole or co-lead counsel in over 40 cases tried to verdict.

**Mr. Partin** graduated from Emory University and The University of Georgia Law School, *cum laude*.  He clerked for Hon. Thomas W. Thrash, N.D.Ga. from 1998 to 2000.  Mr. Partin practiced for more than a decade at King & Spalding in Atlanta, Georgia primarily in business litigation.  Mr. Partin maintains the highest Martindale-Hubbell peer rating ("AV Preeminent," 5 on a scale of 1 - 5).  The *Daily Report*, Georgia's legal newspaper, in 2013 ranked Mr. Partin as one of the top 40 lawyers in

Georgia under the age of 40.  Mr. Partin has been co-counsel in three jury verdicts in excess of $1 million, including *Hernandez v. Hi-Tech Engineering*, a $10 million verdict in Jefferson County, Georgia, one of the largest verdicts ever obtained in rural Georgia.  Mr. Partin is also active in his community, serving on the board of the Georgia Conservancy and is a member of the Leadership Georgia Class of 2013, among numerous other community activities.

**Mr. Scherffius** has been a leading member of the Georgia bar and a nationally renowned trial lawyer for more than 40 years.  A member of the American College of Trial Lawyers, he has also been honored as the trial lawyer of the year by the Georgia Trial Lawyers Association, and has served, at the invitation of the United States Supreme Court, on the Advisory Committee on the Federal Rules of Civil Procedure.

### *Examples of Conley Griggs Partin's Cases*

Conley Griggs Partin has significant experience in large, complex litigation.

- Co-Lead plaintiffs' counsel in *In Re: Delta/Airtran Baggage Fee Antitrust Litigation*, N.D.Ga. No. 1:09-md-2089-TCB
- Co-Lead plaintiffs' trial counsel in the lead bellwether individual case in *In Re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, C.D.Ca. No. 8:10ML2151-JVS (FMOx)
- Co-Lead plaintiffs' counsel in the putative class action *McCabe v. Daimler AG and Mercedes-Benz USA, LLC*, N.D.Ga. No. 1:12-cv-02494-MHC.

Examples of the firm's trial work include:

*$24,870,000 Jury Verdict in Child Abuse Case*

Conley and Griggs obtained this verdict in Fayetteville, N.C. following a nearly five-week jury trial against a regional hospital on behalf of a quadriplegic boy and his father. The jury agreed that the hospital staff failed to recognize that the boy suffered from well-known signs of abuse and failed to follow hospital policy relating to reporting and investigating child abuse. The boy was discharged from the hospital back into a dangerous environment where he ultimately received a skull fracture and resulting permanent brain trauma from a failure to timely render aid.

*$10,000,000 Jury Verdict in Product Liability Case*

A Jefferson County, Georgia Superior Court jury awarded $10 million to the family of a deceased, Mexican worker.  The deceased was pressed to death by lumber mill rollers when the machinery failed to work properly after the operator hit a button. Conley and Partin represented the family at trial.

*$1,824,916.44 Verdict in Federal Court*

In a bench trial in the Middle District of Georgia, Athens Division, Cale Conley secured a $1.8 million verdict against the operator of granite lift, who had negligently dropped a large slab of flat granite on our client, causing serious injuries.

*$1,768,428.75 Total Judgment in Business Tort Case*

Following a week-long jury trial in Fulton County, Georgia, the jury returned a verdict for our client, a small businessman, and against his partners who had forced him out of a business venture importing and distributing nutritional supplements just as it was becoming successful. Cale Conley and assisting counsel from another firm represented the winning plaintiff.

## **_Summary_**

For us, practicing law is a professional calling, not just a job.  We believe deeply in helping people, which is why we chose to become trial lawyers. We bring **_dedication_** to each case.  We will work as long and as hard as it takes to do the best job we possibly can, and enjoy "hand crafting" our work so that each client gets representation suited for the facts and needs of their particular case.  We believe in litigating every case with **_integrity_**, a deep commitment to honesty, ethics, and candor with our clients, our adversaries, and the Courts in which we appear.

# Exhibit F

# CARNEY ▼ BATES ▼ PULLIAM

Carney Bates & Pulliam PLLC

www.CBPLaw.com

11311 Arcade Drive, Suite 200, Little Rock, AR 72212

p. 501-312-8500  f. 501-312-8505  tf. 888-551-9944

# Table of Contents

**The Firm's Practice and Achievements** ...........................................................................1

**The Firm's Attorneys** .....................................................................................................2
   Allen Carney ...................................................................................................................2
   Hank Bates ......................................................................................................................3
   Randall K. Pulliam .........................................................................................................4
   Curtis L. Bowman ..........................................................................................................5
   Tiffany Wyatt Oldham ...................................................................................................6
   John Charles Williams ...................................................................................................7
   David Slade ....................................................................................................................7

**Leadership Positions** .......................................................................................................8

# The Firm's Practice and Achievements

Carney Bates & Pulliam, PLLC is a national law firm that represents clients in complex litigation ranging from data privacy/security to false advertising or deceptive marketing to securities fraud to environmental hazards.  Carney Bates & Pulliam is recognized as one of the country's premiere firms in the areas of consumer protection class actions, securities fraud, environmental law and employment discrimination.

The firm has positioned itself at the forefront of data security and data privacy litigation.  Our attorneys were appointed by the court as co-lead counsel in *Matthew Campbell, et al. v. Facebook, Inc.*, 4:13-cv-05996-PJH (N.D. Cal.), a putative class action involving allegations of email interception and violations of federal anti-wiretapping laws.  In addition, we are counsel for the lead plaintiff in *In re: Target Corporation Customer Data Security Breach Litigation*, 0:14-cmd-02522-PAM-JJK (D. Minn.), where we represent Umpqua Bank and a putative class of financial institution plaintiffs over injuries suffered from one of the largest data breaches in history.  We also represent Sound Community Bank in *In re: The Home Depot, Inc., Customer Data Security Breach Litigation*, 1:14-md-02583-TWT (N.D. Ga.), which is also a putative class action brought on behalf of injured financial institutions in the wake of a massive retailer data breach.  We are co-lead counsel in *Toyer Grear, et al. v Comcast Corporation*, 4:14-cv-05333-JSW (N.D. Cal.), a putative class action alleging violations of the federal Computer Fraud and Abuse Act, arising from the defendant's practice of providing its residential customers with wireless routers that secretly emit secondary, public Wi-Fi networks over which the individual consumer had no control.  We are also co-counsel in *Michael Levine, et al. v. Sony Pictures Entertainment, Inc.*, 2:14-cv-09687-RGK-SH (C.D. Cal.), a putative class action brought on behalf of current and former Sony employees whose personal information, along with that of their families, was compromised in a data breach.

Beyond bringing suit on behalf of those injured by inadequate data security practices, Carney Bates & Pulliam is actively involved in building broader relationships with law enforcement and victims' assistance groups working in the data security space.  In August, 2013, working in conjunction with the National Organization for Victim Assistance, the firm sponsored statewide cybersecurity training for Arkansas law enforcement and allied professionals, drawing attention to cutting edge criminal threats and risk mitigation strategies.

The attorneys at Carney Bates & Pulliam are uniquely qualified to prosecute consumer protection claims. For example, the firm has represented the State of New Mexico in numerous lawsuits against some of the largest financial service companies in connection with their practice of deceptively marketing and implementing Payment Protection Plans.  Recently, the firm recovered over $100 million for credit card holders in various actions against Bank of America, Capital One, Chase, Discover and HSBC.

Additionally, our attorneys possess expertise in issues related to complex accounting and financial fraud cases.  The firm's attorneys include a CPA and a former investment banker with one of the nation's largest investment firms. The firm's reputation for excellence in accounting fraud and other complex class actions has been recognized on repeated occasions by federal and state court judges who have appointed the firm to serve as lead or co-lead counsel in numerous cases throughout the country. In this regard, the firm has successfully represented certain states throughout the country in matters involving securities litigation such as in *Mississippi Public Employees Retirement System v. Semtech* and *In re Sterling Financial Corporation Securities Class Action*, representing Public Employees Retirement Association of New Mexico and the New Mexico Educational Retirement Board.

1

The firm has been successful at protecting shareholders in "change-of-control" transactions seeking to maximize shareholder value.  For example, the firm represented shareholders of Nationwide Financial in a going private transaction, and was able to negotiate more than $200 million for the public shareholders in the form of an increased share price.  In a similar matter, attorneys at the firm represented shareholders of 7-Eleven and brokered an additional $140 million in the sales price.

Additionally, our attorneys handling environmental litigation possess expert knowledge in issues related to groundwater and air pollution, toxic exposures, leaking pipelines and underground storage tanks, oil field contamination, and pesticides. The firm pursues claims against corporate polluters and governmental agencies on the state, local and federal level. For example, Carney Bates & Pulliam served as co-lead counsel on behalf of the Quapaw Tribe in a case that involved natural resources damages to tribe-related lands from lead and zinc mining, which resulted in an $11.5 million settlement against Asarco, LLC, in addition to confidential settlements with four other mining companies.

In the employment context, Carney Bates & Pulliam served as co-lead counsel in *Nelson v. Wal-Mart Stores, Inc.,* 04-00171 (E.D. Ark.), a nationwide race discrimination class action on behalf of African-American truck drivers against Wal-Mart that provided $17.5 million in recovery, as well as significant changes to Wal-Mart's hiring policies and four years of court supervision of the settlement terms.

In addition to its strong personnel, Carney Bates & Pulliam is well-capitalized, allowing it to dedicate considerable resources and to advance expenses on a contingency fee basis to the fullest extent necessary to achieve the best possible result for class members.  As a result of its successful track record and strong capitalization, the firm enjoys a high level of respect and credibility with the defense bar and insurance carriers that often defend and insure corporations and their officers and directors.

As a firm, Carney Bates & Pulliam values practicing in a small environment where professional and personal interaction among the partners, associates, paralegals, accounting staff and other personnel allow for a true "team approach" to litigation strategy that fosters an energetic exchange of ideas.  The firm believes its size allows for a greater degree of independence, flexibility and satisfaction than a large firm environment, without sacrificing the quality of representation necessary to achieve successful results for its clients.

# The Firm's Attorneys

### ALLEN CARNEY

Mr. Carney is a graduate of the University of Arkansas, earning a degree in Finance. Subsequently, Mr. Carney graduated from the University of Arkansas at Little Rock School of Law.

Allen Carney concentrates his practice on prosecuting complex litigation on behalf of investors, consumers and employees. He has extensive experience in nationwide cases, including appointment as lead counsel in dozens of securities and consumer class actions. He has successfully represented investors and consumers in cases that achieved cumulative recoveries in the hundreds of millions of dollars for plaintiffs.

Mr. Carney played a key role in litigating the various Payment Protection actions against the largest credit card issuers. These actions resulted in significant recoveries for injured consumers. See *Kardonick v. JPMorgan Chase*, S.D. Florida, $20 million; *Esslinger v. HSBC Bank Nevada*, E.D. Pennsylvania, $23.5 million; *In re Discover Credit Card Payment Protection*, N.D. Illinois, $10.5 million; *In re Bank of America*, N.D. California, $20 million; *Spinelli v. Capital One*; M.D. Florida; more than $100 million.

Mr. Carney was lead counsel in Semtech Securities Litigation, a federal securities fraud class action that settled prior to trial achieving a significant recovery for investors. Additionally, he has served as lead counsel in numerous other federal securities fraud class actions, including *In re Lernout & Hauspie Securities Litigation*, No. 00-11589-PBS (D. Mass.) ($115 million settlement); *In re NewPower Securities Litigation*, No. 2-CV-1550 (S.D.N.Y.) ($41 million settlement); *In re DQE, Inc. Securities Litigation*, No. 01-1851 (W.D. Pa.); *In re Ashanti Goldfields Securities Litigation*, No. CV-00-9717 (DGT) (RML) (E.D.N.Y.); *In re Central Parking Corporation Securities Litigation*, No. 03-CV-0546 M.D. Tenn.); *In re Keyspan Securities Litigation*, No. CV-01-5852 (ARR) (MDG) (E.D.N.Y.); *Paul Ruble, et. al. v. Rural Metro Corp., et. al.*, No. CV-99-822-PHX-RGS (D. Ariz.).

Prior to joining the firm, Mr. Carney was a partner with Jack, Lyon & Jones, P.A. in the Little Rock, Arkansas office, where he practiced extensively in the areas of complex commercial litigation, labor and employment litigation, and business transactions. Allen was involved in a number of high-profile cases, including the successful defense of Capital Cities/ABC News in an action brought by Tyson Foods regarding the secret videotaping of chicken processing plants. He was also a Contributing Author to "Arkansas Employment Law Letter," published by M. Lee Smith, 1995.

Mr. Carney is licensed to practice law in Arkansas state courts, the United States District Courts for the Eastern and Western Districts of Arkansas, and the United States Court of Appeals for the Third and Eighth Circuits. Mr. Carney has argued before the Arkansas Supreme Court. Additionally, Mr. Carney has appeared in numerous federal and state courts across the nation via admission *pro hac vice*.

## HANK BATES

Mr. Bates graduated from Harvard College, where he was a National Merit Scholar. After college, Mr. Bates attended the University of Manchester, Manchester, Great Britain on a Rotary International Fellowship and then earned his juris doctorate from Vanderbilt University School of Law, where he was awarded the Andrew Ewing Scholarship and Order of the Coif and served as Articles Editor of Vanderbilt Law Review. Following law school, Mr. Bates clerked for the Honorable Danny J. Boggs, U.S. Court of Appeals, Sixth Circuit.

Mr. Bates focuses his practice on representing consumers, farmers, shareholders, small businesses and governmental entities in class actions and complex litigation involving environmental law, consumer fraud, securities fraud, employment issues, computer privacy, and corporate governance.

In the environmental context, Mr. Bates has represented numerous individuals and entire communities in Arkansas, California, Colorado, Kansas and Oklahoma involving air pollution, groundwater pollution and toxic exposures resulting in multi-million dollar recoveries and agreements and court orders requiring remediation of contamination and compliance with applicable environmental laws and regulations in the future. For example, Mr. Bates, as co-lead counsel for the Quapaw Tribe of Oklahoma, secured an $11.5 million settlement in a case against Asarco, LLC involving damage to the Tribe's land from lead and zinc mining, in addition to confidential settlements from four other mining companies. Mr. Bates has also represented successfully numerous farmers in cases involving crop damage by defective pesticides. In addition, he has represented numerous conservation groups in actions to protect water quality, free-flowing streams from dams, critical habitat for endangered species and to remediate pollution at decommissioned military sites.

In the consumer fraud context, Mr. Bates was co-lead counsel in *Spinelli v. Capital One*, M.D. Florida, which resolved for more than $100 million. Mr. Bates is currently serving as court-appointed lead counsel in two MDLs involving predatory tax refund loans – In re Liberty Refund Anticipation Loan Litigation, MDL No. 2334 (N.D. Ill) and In re H&R Block Refund Anticipation Loan Litigation, MDL No. 2373 (N.D. Ill). Mr. Bates is also lead counsel in several cases against airlines that have violated international regulations regarding flight delays and cancellations.

Mr. Bates' employment litigation includes acting as co-lead counsel in a nationwide race discrimination class action on behalf of African-American truck drivers against Wal-Mart that provided $17.5 million in recovery, significant changes to Wal-Mart's hiring policies and four years of court supervision of the settlement terms.

Mr. Bates is listed in *The Best Lawyers in America* in the category of Environmental Law and has been named a "Super Lawyer" (among the top 5 percent of lawyers in Arkansas, Mississippi and Tennessee) by *Mid-South Super Lawyers* Magazine in the area of Environmental Litigation.

Mr. Bates is active in the bar, currently serving as Arkansas State Coordinator for Public Justice. In the past he has served as the Chairman of the Environmental Law Section of the Arkansas Bar Association and as Vice-Chairman of the American Bar Association's Committee on Pesticides, Chemical Regulation, and Right-to-Know. In his community, he currently serves on the Board of Directors for Arkansas Advocates for Children and Families.

Mr. Bates is licensed to practice in the State of Arkansas, the State of California, the U.S. Court of Federal Claims, the U.S. Circuit Court of Appeals for the Eighth and Ninth Circuits, the U.S. District Courts for the Eastern and Western Districts of Arkansas, and the U.S. District Courts for the Northern and Southern Districts of California.

## RANDALL K. PULLIAM

Mr. Pulliam graduated from the University of Central Arkansas with a Bachelor of Business Administration degree, where he was nominated for Outstanding Management Student in the university's School of Business. Mr. Pulliam later earned his Master of Business Administration degree from the University of Arkansas, with an emphasis in Finance. Mr. Pulliam earned his juris doctorate from the University of Arkansas at Little Rock (UALR) School of Law where he received multiple American Jurisprudence Awards.

Mr. Pulliam has substantial experience in many areas of the securities industry, holding his Series 7 General Securities Representative license. Mr. Pulliam worked for Stephens, Inc. as an Equity Trader for four years, where he executed in excess of $2 billion in securities transactions each year and participated in the firm's underwriting and Initial Public Offering allocation decisions. Prior to working at Stephens, Mr. Pulliam worked as an investment banker for Crews and Associates, Inc., where he was responsible for buying municipal bonds for both individual and institutional investors.

Mr. Pulliam has been appointed lead counsel in dozens of successful class actions relating to consumer and shareholder protection. Currently, Mr. Pulliam represents the State of New Mexico in a series of lawsuits asserting causes of actions for violations of the Dodd-Frank Act and state law against seven of the largest financial institutions in the world. Recently, Mr. Pulliam was co-lead counsel in a series of consumer class actions related to the practice of credit card companies selling payment protection, which resulted in significant recoveries for class members. *See Kardonick v. JPMorgan Chase & Co.*, S.D. Florida, $20 million; *Esslinger v. HSBC Bank Nevada*, E.D. Pennsylvania, $23.5 million; *In re Discover Credit Card Payment Protection*, N.D. Illinois, $10.5 million; *In re Bank of America Credit Protection Marketing & Sales Practices Litig.*, N.D. California, $20 million; *Spinelli v. Capital One*; M.D. Florida; more than $100 million.

Mr. Pulliam has also represented investors seeking financial recovery for losses suffered as a result of securities fraud, as well as in "change-of-control" transactions seeking to maximize shareholder value. Mr. Pulliam represented shareholders of Nationwide Financial in a going private transaction, and was able to achieve more than $200 million to the public shareholders. In a similar matter, Mr. Pulliam represented shareholders of 7-Eleven and helped negotiate an additional $140 million in the sales price.

Prior to joining the firm, Mr. Pulliam had a successful law practice in a variety of legal areas, including commercial litigation, where he gained extensive courtroom experience, successfully trying several jury trials.

On the issues of securities fraud and fiduciary duty, Mr. Pulliam has been quoted in numerous publications, including the *New York Times* and the *Dallas Morning News*. Mr. Pulliam has also provided presentations about issues affecting institutional investors at conferences and to the boards of numerous public and union pension funds, including being a panelist on the 2005 Institutional Shareholder Services Annual Conference, *The Fiduciary Responsibility to Claim Securities Class Action Settlements.* Mr. Pulliam is past chair of the Arkansas Bar Association Securities Law Section.

## CURTIS L. BOWMAN

Mr. Bowman began his legal career in 1986, with the Department of Justice Honors Program, a program created by Attorney General Robert Kennedy. Mr. Bowman worked for the Tax Division of the Department of Justice, in Washington, D.C. until October 1990. During his tenure with the DOJ, Mr. Bowman tried dozens of cases involving diverse and complex issues including tax fraud, amortization of core deposit intangibles, "Bivens" actions and judicial review ability of governmental action. While at the Justice Department, Mr. Bowman litigated a matter making it clear that certain action or inaction on the part of the Internal Revenue Service Commissioner is not subject to judicial review. See *Horton Homes, Inc. v. United States of America*, 727 F. Supp. 1450 (1990), affirmed by the Eleventh Circuit Court of Appeals and subsequently overturned prospectively by Congress. During his tenure at the Justice Department, Mr. Bowman was recognized as the "Outstanding Attorney" of the Tax Division (nationwide).

In 1990, Mr. Bowman returned to Little Rock, Arkansas, where he began his private practice of law with the firm of Jack, Lyon & Jones, P.A. In 1993, Mr. Bowman became a partner of Jack, Lyon & Jones and was head of the firm's complex commercial and white collar defense litigation sections. Mr. Bowman has been involved in a number of high profile cases, including the criminal defense of a complex "Whitewater" matter wherein the former governor of Arkansas and his attorney were indicted by the Whitewater prosecutor, Kenneth Starr. In that case, *United States of America v. John H. Haley* , 898 F. Supp. 654 (1995), Haley and Tucker successfully argued to the District Court that Kenneth Starr had exceeded his jurisdiction in prosecuting citizens of the State of Arkansas as opposed to officers of the Executive Branch with whom Attorney General Reno had a conflict of interest. That case was subsequently reversed by the Eighth Circuit Court of Appeals.

Mr. Bowman's litigation experience is broad and includes both the prosecution and defense of cases on behalf of individuals and classes involving death penalty matters; common law civil fraud; securities fraud; RTC savings and loan litigation; general commercial litigation; white collar crime; and tax matters. Mr. Bowman's class action experience includes the successful defense of a string of related class actions brought against Rapid Acceptance Corporation alleging that Rapid had charged consumers an amount of interest in excess of the amount allowed by law.

Mr. Bowman was also actively involved in many of the firm's securities class actions, particularly those involving accounting fraud, and took the lead role for the firm in such cases as *Rosa E. Garza v. J.D. Edwards & Co.* , U.S.D.C. District of Colorado, No. 99-1744, ( $15 million settlement); *Betty M. Lynch v. JDN Realty Corp., et al.* , U.S.D.C. Northern District of Georgia, Atlanta Division, No. 1:00-CV-2539 ( settled for more than $40 million in cash and stock with 11% of the total settlement allocated to Mr. Bowman's clients); *In re Phycor Shareholder Litigation* , U.S.D.C., Middle District of Tennessee, Nashville Division, No. 3-99-0807 ($11.2 million cash settlement); and *In re Vision America Securities Litigation* , U.S.D.C., Middle District of Tennessee, Nashville Division, No. 3-00-0279 ($5.9 million settlement).

***TIFFANY WYATT OLDHAM***

Ms. Oldham graduated *cum laude* from the University of Arkansas at Fayetteville School of Law in 2001. She served as a member of the Board of Advocates and the W.B. Putman Inns of Court. In addition, Ms. Oldham served as President of Phi Delta Phi honors fraternity. During her law school career, Ms. Oldham participated in various trial competitions and moot court, where she was selected as a semi-finalist in the spring rounds. Ms. Oldham has a Bachelor's of Arts in English from the University of Arkansas at Fayetteville.

Ms. Oldham began her legal career with Carney Bates & Pulliam in 2002, and for over a decade now, she has focused her practice on securities and consumer fraud class actions.

Ms. Oldham has had a significant role in several of the firm's prominent cases, including: *Spinelli v. Capital One Bank*, No. 08-CV-132-T-33EAJ (M.D. Fla.); *In re Semtech Corp. Securities Litigation*, No. 07-cv-7114 (FMOx) (C.D. Cal.); *In re Fleming Companies, Inc. Securities and Derivative Litigation*, 5-030MD-1530 (TJW) (E.D. Tex.); *In re Keyspan Securities Litigation*, No. CV-01-5852 (ARR) (MDG) (E.D.N.Y.); *Freidman v. Rayovac Corporation*, No. 02-CV-0308 (W.D. WI); *In re IXL Enterprises, Inc. Securities Litigation*, No. 1:00-CV-2347-CC (N.D. Ga.); *Asher v. Baxter International, Inc.*, et. al., No. 02-CV-5608 (N.D. Il). Having prosecuted numerous class actions through all stages of the litigation process, Ms. Oldham has experience with the full range of litigation issues confronting investors and consumers in complex litigation.

Working together with her colleagues at Carney Bates & Pulliam, Ms. Oldham's work has contributed to hundreds of millions in recoveries for investors and consumers.

Immediately prior to joining Carney Bates & Pulliam, Ms. Oldham spent time overseas working for the Japanese municipal government in Okinawa, Japan. In addition, Ms. Oldham worked as an intern for the United States Bankruptcy Court, Western Division of Arkansas, where she assisted in researching bankruptcy issues and administrating bankruptcy proceedings.

Ms. Oldham is licensed to practice in the Arkansas state courts and the United States District Courts for the Eastern and Western Districts of Arkansas, and the United States Courts of Appeals for the Third Circuit. She is currently a member of the American, Arkansas and Pulaski County Bar Associations. Ms. Oldham has experience in a multitude of legal fields including securities law, corporate law, business litigation, real estate transactions, and insurance regulation.

## JOHN CHARLES WILLIAMS

Mr. Williams graduated from Vanderbilt Law School in 2012. During law school at Vanderbilt, he interned at the United States Attorney's Office for the District of New Mexico and at the Tennessee Justice Center, a public-interest firm focused on health care litigation. Additionally, Mr. Williams served on Vanderbilt Law Review and Moot Court Board.

Following graduation from law school, Mr. Williams clerked for Judge Gilbert S. Merritt on the United States Court of Appeals for the Sixth Circuit.

Mr. Williams joined Carney, Bates & Pulliam in 2013, where he focuses his practice on consumer protection class actions. Mr. Williams is licensed to practice in the States of Tennessee and Arkansas, the U.S. Court of Appeals for the Sixth and Seventh Circuits, and the U.S. District Courts for the Eastern and Western Districts of Arkansas.

## DAVID SLADE

Mr. Slade's path to the law was a nontraditional one. After graduating from college at Yale, he moved to New York City, working at various jobs in the music industry, forming a band, and spending several years touring the country and recording albums. Throughout this period, his interest in the law was nurtured by a side job as a trial assistant in the hormone therapy litigation, *In re: Prempro Products Liability Litigation*, Case No. MDL 1507.

Following his work with the *Prempro* MDL, Mr. Slade attended the University of Arkansas at Little Rock William H. Bowen School of Law. While there, he co-founded the Arkansas Journal of Social Change and Public Service, an online, interdisciplinary publication for which he served as Editor-in-Chief. He oversaw the Journal's inaugural symposium, as well as a variety of community engagement efforts. In its first year, the Journal published submissions from authors throughout the world. Mr. Slade graduated from the University of Arkansas at Little Rock William H. Bowen School of Law in 2013 with high honors.

At Carney Bates & Pulliam, Mr. Slade's principal focus is on consumer protection, with an emphasis on data privacy and data security. Extending his advocacy beyond litigation, Mr. Slade organized a cyber safety training summit for Arkansas law enforcement and victim assistance professionals, in conjunction with the National Organization of Victim Assistance (NOVA). In addition to his work in the class action context, Mr. Slade is a member of the Volunteers Organization, Center for Arkansas Legal Services (VOCALS), an organization committed to pro bono advocacy.

Mr. Slade is licensed to practice law in the State of Arkansas and the U.S. District Courts for the Eastern and Western Districts of Arkansas.

# Leadership Positions

Class Action, MLD and Complex Litigation Cases where the attorneys of Carney Bates & Pulliam have held a leadership position of Lead or Co-Lead Plaintiffs' Counsel or as a member of the Executive Committee of Counsels:

*In re AFC Enterprises, Inc. Securities Litigation*, United States District Court for the Northern District of Georgia, Case No. 1:03-cv-0817-TWT ($15 million settlement).

*Anderson, et al. v. Farmland Industries, Inc*., United State District Court for the District of Kansas, Case No. 98-cv-2499-JWL (multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*In re Ashanti Goldfields Securities Litigation*, United States District Court for the Eastern District of New York, Case No. CV-00-0717 (DGT) (RML) (Co-Lead Counsel; $15 million settlement).

*Brian Asher v. Baxter International, Inc., et al.*, United States District Court for the Northern District of Illinois, Eastern Division, Case No. 02 C 5608 (Co-Lead Counsel).

*In re Bank of America Credit Protection Marketing & Sales Practices Litig.*, United States District Court for the Northern District of California, Case No. 11-md-2269-THE ($20 million settlement; member of Plaintiffs' Executive Committee).

*Bland, et al. v. Petromark, Inc., et al.*, Circuit Court of Boone County, Arkansas, Case No. CV-2003-3-2 (multi-party consolidated environmental litigation, Co-Lead Counsel).

*In re Central Parking Corporation Securities Litigation*, United States District Court for the Middle District of Tennessee), Case No. 3:03-0546 ($4.85 million settlement).

*Desert Orchid Partners, LLC v. Transaction Systems Architects, Inc.*, United States District Court for the District of Nebraska, Case No. 02-cv-553 ($24.5 million settlement; Co-Lead Counsel).

*In re Discover Credit Card Payment Protection Plan Marketing and Sales Practices Litig*., United States District Court for the Northern District of Illinois, Case No. MDL No. 2217 ($10.5 million; Co-Lead Counsel).

*In re DQE, Inc. Securities Litigation*, United States District Court, Western District of Pennsylvania, Case No. 01-1851 (Co-Lead Counsel; $12 million settlement).

*In re Dynacq International, Inc. Securities Litigation*, United States District Court for the Southern District of Texas, Houston Division, No. H-02-0377 (Co-Lead Counsel).

*Eli Friedman v Rayovac Corporation, et al.*, United States District Court of the Western District of Wisconsin, Case No. 02-0308 ($4 million settlement).

*Esslinger v. HSBC Bank Nevada*, United States District Court for the Eastern District of Pennsylvania, Case No. 2:10-cv-03213-BMS ($23.5 million; Co-Lead Counsel).

*In re Fleming Corporation Securities Litigation,* United States District Court for the Eastern District of Texas, Texarkana Division, No. 5-02-CV-178 (Co-Lead Counsel for 33 Act Claims; $93.75 million settlement).

*Martin Gaynor v. Thorne, et al*., Circuit Court of Cook County, Illinois County, Dept of Chancery, Case No. 07-CH-14381.

*Rosa E. Garza v. J.D. Edwards & Co.*, United States District Court for the District of Colorado, Case No. 99-1744, ($15 million settlement).

*Hardin, et al. v. BASF*, United States District Court for the Eastern District of Arkansas, Western Div., Consolidated No. 00-CV-00500 SWW (multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*In re Keyspan Corporation Securities Litigation*, United States District Court for the Eastern District of New York, Case No. 01-cv-5852 (ARR) (MDG).

*Kardonick v. JPMorganChase*, United States District Court for the Southern District of Florida, Case No. 1:10-cv-23235-WMH ($20 million settlement; Co-Lead Counsel).

*King, et al., v. Hamilton Sundstrand Corporation*, District Court of Adams County, Colorado, Case No. 02-CV-2018 (Co-lead Counsel; $2 million settlement of groundwater contamination case).

*In re Lernout & Hauspie Securities Litigation*, United States District Court for the District of Massachusetts, No. 00-CV-11589-PBS (Co-Lead Counsel; $115 million settlement).

*In re Liberty Refund Anticipation Loan Litigation*, United States District Court for the Northern District of Illinois, Case No. MDL 2334 (Interim Co-Lead Class Counsel; currently pending litigation).

*Betty M. Lynch v. JDN Realty Corp., et al.*, United States District Court for the Northern District of Georgia, Atlanta Division, Case No. 1:00-CV-2539 (settled for over $40 million in cash and stock with 11% of the total settlement allocated to Mr. Bowman's clients).

*Middlesex County Retirement System v. Semtech Corp. et al*, United States District Court for the Southern District of New York, Case No. 07-Civ-7183 (DC) (Co-Lead Counsel; $20 million settlement).

*David Montalvo v. Tripos, Inc. et al.*, United States District Court for the Eastern District of Missouri, Eastern Division, Case No. 4:03CV995SNL (Co-Lead; $3,150,000 settlement).

*In re Monterey Pasta Company Securities Litigation*, United States District Court for the Northern District of California, Case No. 3:03 CV 00632 MJJ (Co-Lead Counsel).

*Matthew Campbell, et al. v. Facebook, Inc.*, United States District Court for the Northern District of California, Case No. 4:13-cv-05996-PJH (Co-Lead Counsel)

*In re National Golf Properties, Inc. Securities Litigation*, United States District Court for the Central District of California, Western Division, Case No. 02-1383-GHK RZX; ($4.175 million settlement).

*In re Nationwide Financial Services Litigation,* United States District Court for the Southern District of Ohio, Case No. 08-CV-00249 ($5.05 per share increase in offer price; $232.8 million value).

*Nelson, et al. v. Wal-Mart Stores, Inc.,* United States District Court for the Eastern District of Arkansas, Case No. 04-CV-00171 (Co-Lead Counsel; $17.5 million).

*In re NewPower Holdings Securities Litigation*, United States District Court for the Southern District of New York, Case No. 01-cv-1550 (CLB) (Co-Lead Counsel; $41 million settlement).

*Pennsylvania Avenue Funds v. Gerard H. Brandi, et al.*, Common Wealth of Massachusetts Superior Court, Middlesex County, Case No. CV 08-1057.

*Pierce v. Ryerson Inc. et al.*, Illinois Circuit Court, Cook County, Case No. 07 CH 21060.

*City of Pontiac General Employees' Retirement System v. CBS Corp,* United States District Court for the Southern District of New York, Case No. 08-CV-10816 (LBS).

*In re Phycor Shareholder Litigation*, United States District Court for the Middle District of Tennessee, Nashville Division, Case No. 3-99-0807 ($11.2 million cash settlement).

*The Quapaw Tribe of Oklahoma v. Blue Tee Corp.,* United States District Court for the Northern District of Oklahoma, Case No.03-cv-0846-CVE-PJC ($11.5 million settlement in a case against Asarco, LLC).

*Paul Ruble, et. al. v. Rural Metro Corp., et. al.*, United States District Court for the District of Arizona, Case No. 99-cv-822-PHX-RGS.

*Sheet Metal Workers Local 28  Pension Fund  v. Office Depot, Inc. et al.*, United States District Court for the Southern District of Florida, Case No. 07-81038-CIV-Hurley/Hopkins.

*Simpson, et al., v. Koppers, et al.*, Pulaski County Circuit Court, Third Division, Case No. CV-00-1659 (multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*Richard Slatten v. Rayovac Corporation, et al.*, United States District Court for the Western District of Wisconsin, Case No. 02 C 0325 C (Co-Lead Counsel; $4 million settlement).

*David Slone, et.al. v. Fifth Third*, United States District Court for the Southern District of Ohio, Case No. 03-cv-00211 ($15 million settlement).

*Smith v. Intuit, Inc*., United States District Court for the Northern District of California, Case No. 5:12-cv-00222 ($6.55 million cash settlement).

*Spinelli v. Capital One Bank (USA), et al.,* United States District Court for the Middle District of Florida, Case No. 8:08-cv-132-T-33EAJ (more than $100 million settlement; Co-Lead Counsel).

*State of New Mexico v. Discover Financial Services, Inc., et al.,* United States District Court for the District of New Mexico, Case No. 1:13-cv-00503 ($2.15 million cash settlement).

*State of New Mexico v. JPMorgan Chase & Co., et al.,* United States District Court for the District of New Mexico, Case No. 1:13-cv-00472 ($2,146,750.00 million cash settlement).

*In re Sterling Financial Corporation Securities Class Action*, United States District Court of the Southern District of New York, Case No. CV 07-2171(Co-Lead Counsel; $10.25 million settlement).

*In re Supervalu, Inc. Securities Litigation,* United States District Court for the District of Minnesota, Case No. 02-CV-1738 (JEL/JGL) (Co-Lead Counsel; $4 million settlement).

*Valuepoint Partners, Inc. v. ICN Pharmaceuticals, Inc. Et al.*, United States District Court for the Central District of California, Case No. 03-0989 ($3,225,000 settlement)

*In re Vision America Securities Litigation* , United States District Court for the Middle District of Tennessee, Nashville Division, Case No. 3-00-0279 ($5.9 million settlement).

*White v. Minnesota Mining & Manufacturing Co.*, United States District Court for the Eastern District of Arkansas, Western Div., Case No. LR-C-98-362 (multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*Wise, et al. v. Arkansas Aluminum Alloys, Inc., et al.*, Miller County Circuit Court; Case No. CIV-2003-14-1(multi-party consolidated environmental litigation, Co-Lead Counsel; confidential settlement).

*Yvon DuPaul v. H. Edwin Trusheim, et al.* (Rehabcare Group), Circuit Court of the County of St. Louis, Missouri, Case No. 02 CC 3039 (Lead Derivative Counsel).

# Exhibit G



### FIRM RESUME

For over 50 years, Chestnut Cambronne PA has been representing clients in class action litigation both in the Twin Cities area and at a national level. Since its inception, Chestnut Cambronne has been engaged in complex litigation throughout the country and has successfully both prosecuted and defended class litigation addressing substantive legal questions in the fields of data security breaches, securities, ERISA, banking, antitrust, and consumer protection law. Representative class action cases in which the firm and its members have been involved with over the past several years include:

*In re: Target Corporation Customer Data Security Breach Litigation*, No. 0:14-md-02522 (PAM/JJK) (D. Minn. December 26, 2013). This is an ongoing putative class action against Target Corporation alleging negligence and violations of the Minnesota Plastic Card Security Act in a data security breach affecting 70 million consumers and tens of thousands of financial institutions. Chestnut Cambronne is Coordinating Lead Counsel for Plaintiffs, and directly represents financial institutions.

*Christian v. National Hockey League*, No. 0:14-md-02551 (SRN/JSM) (D. Minn. April 15, 2014) This is an ongoing putative class action against the National Hockey League (NHL) alleging that the NHL ignored the known risks of concussive injures and failed to safeguard its players. Bryan L. Bleichner is a member of the Plaintiffs' Executive Committee.

*Puerta v. Tile Shop Holdings, Inc.*, No. 0:14-cv-00786 (ADM/TNL) (D. Minn. March 21, 2014).  This is an ongoing shareholder class action against Tile Shop Holdings and its directors and officers for failing to disclose material information about a supplier relationship.  Chestnut Cambronne is local counsel on this matter.

*In re: Domestic Drywall Antitrust Litig.*, No. 2:13-md-2437; 939 F. Supp. 2d 1371 (E.D. Pa. 2013). This is an ongoing antitrust putative class action against domestic manufacturers of drywall alleging price-fixing. Chestnut Cambronne is acting as counsel in this matter.

*Lucas v. SCANA Energy Marketing, Inc.*, No. 1:12-cv-02356 (SCJ) (N.D. Ga. Feb. 8, 2013.  This is a settled consumer protection class action in which Chestnut Cambronne served as co-lead counsel.

*In re: Imprelis Herbicide Mktg., Sales Practices and Products Liability Litig.*, No. 2:11-md-02284 (GP) (E.D. Pa. Oct. 20, 2011).  This is a settled products liability class action against the manufacturer of Imprelis Herbicide, DuPont.  The class has recovered over $378 million to date.

*Minneapolis Firefighters' Relief Ass'n v. Medtronic, Inc*, No. 08-6324 (PAM/AJB) (D. Minn. 2009); 618 F. Supp. 1016 (D. Minn. 2009); 278 F.R.D. 454 (D. Minn. 2011). This is a settled securities fraud class action in which Chestnut Cambronne was lead and liaison counsel. The class recovered $80 million.

*In re: American Express Anti-Steering Rules Antitrust Litig. (No. II)*, MDL No. 2221, 764 F. Supp. 2d 1343 (E.D.N.Y. 2010).  This is a settled class action alleging that Defendant American Express' policies prohibiting merchants from offering customers incentives to use a particular card or type of payment violated antitrust laws.  The case is currently under appellate review before the United States Court of Appeals for the Second Circuit.

*Mooney v. Allianz Life Ins. Co. of North America*, No. 06-545 (ADM/FLN); 2010 WL 419962 (D. Minn. Jan. 29, 2010).  This was a certified class action in which Chestnut Cambronne was co-lead counsel seeking damages of $2 billion.  After a three-week trial, the jury concluded Allianz made false and misleading statements intentionally in violation of the statue, but did not award damages.

*In re United Healthcare, Inc. Shareholder Derivative Litig.*, 631 F.3d 913 (8th Cir. 2011), *affirming* 631 F. Supp. 2d 1151 (D. Minn. 2009).  This is a settled shareholder derivative case involving the backdating of stock options.  Chestnut Cambronne

served as lead counsel and recovered on behalf of the company a settlement valued at $922 million. Today, it remains the largest recovery in a shareholder derivative case in United States history.

*San Francisco Health Plan v. McKesson Corp.*, No. 1:08-cv-10843 (D. Mass. May 20, 2008). A settled RICO and Clayton Act class action challenging the pricing of pharmaceutical drugs. The class recovered $82 million. Chestnut Cambronne represented Plaintiff Anoka County.

*In re MoneyGram Int'l, Inc. Securities Litig.*, No. 08-cv-883 (DSD/JJG) (D. Minn. July 22, 2008); 626 F. Supp. 2d 947 (D. Minn. 2009). This is a settled securities fraud class action in which Chestnut Cambronne was co-lead counsel and recovered $80 million for the class.

*Avritt v. Reliastar Life Ins. Co.*, No. 0:07-cv-01817 (JNE/JJG) (D. Minn. April 9, 2007). This is a settled class action that alleged Defendant defrauded consumers in the sale of its Fixed Annuities. Chestnut Cambronne served as local counsel and recovered $31 million for the class.

*In re: Air Cargo Shipping Services Antitrust Litig.*, No. 1:06-md-01775 (JG/VVP) (E.D.N.Y. June 27, 2006). This is a partially settled class action alleging a price-fixing conspiracy by dozens of international air cargo carriers. To date over $500 million has been recovered for the class.

*In re: Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, MDL No. 1720, 398 F. Supp. 2d 1356 (E.D.N.Y. 2005). A settled class action alleging that the rules Defendants Visa and MasterCard impose upon merchants violate antitrust laws. The case is currently on appeal before the United States Court of Appeals for the Second Circuit. The current settlement value is in excess of $7.25 billion.

*In re Xcel Energy, Inc. Sec, Derivative & "ERISA" Litig*, 364 F. Supp. 980, 995-996 (D. Minn. 2005); *In re Xcel Energy Securities, Derivative & "ERISA" Litigation*, 286 F. Supp. 2d 1047 (D. Minn. 2003). This was a securities fraud class action in which Chestnut Cambronne was co-lead counsel. The class recovered $80 million.

*Cooper v. Miller, Johnson, Steichen & Kinnard*, No. 0:02-cv-01236 (RHK/AJB) (D. Minn. June 5, 2002) This is a settled securities fraud class action in which Chestnut Cambronne served as lead counsel. The class recovered $5.6 million.

3

*In Re E.W. Blanch Holdings, Inc. Securities Litig.*, No. 0:01-cv-00258 (JNE/JGL) (D. Minn. Feb. 12, 2001) This is a settled securities fraud class action in which Chestnut Cambronne served as lead counsel.  The class recovered $20 million.

*In re Blue Cross Subscriber Litig.*, No. 19-C3-98-7780 (Minn. Dist. Ct. 1st Dist.) This was a consumer protection class action on behalf of Blue Cross subscribers.  Over $41 million was recovered for Blue Cross policy holders.  Chestnut Cambronne served as lead counsel.

*Alford v. Mego Mortgage Home Loan Owner Trust 1997-1; Mazur  v. Empire Funding Home Loan Owner Trust 1997-1;* and *Banks, et al. v. FirstPlus Home Loan Trust 1996-2* (Minn. Dist. Ct. 4th Dist.)  These are settled consumer-lending cases in which Chestnut Cambronne acted as co-lead counsel.

Chestnut Cambronne also has experience successfully defending class litigation.

*See, e.g., In re K-Tel,* 300 F.3d 881 (8th Cir. 2002); *Wylde v. Champps of New Brighton,* No. 10-cv-4953 (ADM/JJK) (D. Minn. 2011); *Johnson v. BP America, Inc.* No. 12-cv-00417 (RHK/JSM) (D. Minn. 2012).

Not only do the results obtained in the above cases attest to the skill and competence of Chestnut Cambronne lawyers in shareholder litigation, various courts have publicly commended Chestnut Cambronne for its efforts:

> Plaintiffs' co-lead counsel have significant experience in representing shareholders and shareholder classes in federal securities actions around the country and in this district in particular.   Counsel-both the lawyers representing lead plaintiffs and defendants-conducted themselves in an exemplary manner. … Thus, the effort of counsel in efficiently bringing this case to fair, reasonable and adequate resolution is the best indicator of the experience and ability of the attorneys involved, and this factor supports the court's award of 25%.

*In re Xcel Energy, Inc. Sec, Derivative & "ERISA" Litig*, 364 F. Supp. 980, 995 (D. Minn. 2005).

Exhibit H



Heins Mills & Olson, p.l.c.

## Firm Résumé

The law firm of Heins Mills & Olson, P.L.C., located in Minneapolis, is a premier advocate for businesses, consumers and investors in the nation's courts.  We focus our practice on complex litigation, frequently serving as lead counsel for national classes of businesses, shareholders and consumers in actions to redress securities fraud, antitrust violations, deceptive trade practices and consumer fraud.  Our team of lawyers collectively has many decades of experience in complex litigation and has successfully handled more than 100 class actions, primarily in a leadership role.

### Antitrust

In the arena of antitrust litigation, Heins Mills has served as lead or co-lead counsel in dozens of cases representing plaintiff classes alleging price fixing, vertical trade restraints, monopolization and other anticompetitive conduct in diverse markets. We are currently serving as class counsel in antitrust cases venued in state and federal courts throughout the United States. Although our role varies, our contributions are



always valuable. In some cases we serve in a court-appointed leadership capacity; in others we contribute as members of a court-approved executive committee or in a supportive role for the lead law firms.

### *Current Leadership Roles*

We are currently serving in a leadership role in the following cases:

- ***In re Lidoderm Antitrust Litigation***, MDL No. 2521 (N.D. Cal.). We serve as co-lead counsel in this action and represent end-payor plaintiffs and a proposed nationwide class of end-payors seeking damages arising out of an alleged anticompetitive scheme to delay the availability of a generic version of the lidocaine patch Lidoderm. In November 2013, the court denied in central part the defendants' motion to dismiss the claims, finding that the complaint adequately alleges a large, unjustified payment to the generic manufacturers to stay off the market.

- ***In re Aggrenox Antitrust Litigation***, MDL No. 2516 (D. Conn.). We serve as co-lead counsel in this litigation and represent end-payor plaintiffs and a proposed nationwide class of end-payors in this lawsuit alleging defendants took anticompetitive steps to delay generic competition for Aggrenox, including a pay-for-delay settlement to delay entry of a generic version. Defendants' motion to dismiss is pending.

- ***In re Lipitor Antitrust Litigation***, MDL No. 2332 (D.N.J.). We serve as co-lead counsel for the proposed end-payor class (consumers and health plan



sponsors) in which alleges that drug manufacturers violated state antitrust and consumer laws by engaging in anticompetitive conduct to delay the entry of a generic version of Lipitor, resulting in significant overcharges to plaintiffs. On October 31, 2014, the district court granted defendants' motions to dismiss, deciding that plaintiffs had not satisfied a recent U.S. Supreme Court ruling allowing antitrust challenges to pay-for-delay agreements, directing the parties to mediation and temporarily staying the case. The end-payor plaintiffs and direct-purchaser plaintiffs have appealed the district court's decision to the Third Circuit.

- ***Glaberson (formerly Behrend) v. Comcast Corp***., Case No. 03-cv-6604 (E.D. Pa.). We continue to serve as co-lead counsel in this long-running antitrust case alleging that Comcast allocated cable television markets and customers in restraint of trade and monopolized the Philadelphia area market for these services. After the court denied Comcast's summary judgment motion, the United States Supreme Court reversed a decision certifying the Philadelphia-area class. The trial court granted our request to proceed with a motion to certify a revised class in accordance with the Supreme Court's opinion. On December 12, 2014, the court certified the settlement class and preliminarily approved a settlement providing for $50 million in cash, bill credits or free services to settlement class members.

- ***Fond du Lac Bumper Exchange, Inc., et al. v. Jui Li Enterprise Co., et al***., **(Aftermarket Sheet Metal Antitrust Litigation)**, Case No. 2:09-cv-



00852 (E.D. Wis.). We are serving as co-lead counsel a class action asserting price-fixing claims on behalf of business purchasers of aftermarket automotive sheet metal parts.

- ***Fiber Optic Cable Litigation (multiple state and federal courts)***. We serve as co-lead counsel in multi-state litigation against major telecommunications companies and utilities to vindicate the rights of landowners whose property was used for the installation of fiber optic cable without compensation. In that capacity we participated in fashioning an innovative global settlement that comprises separate agreements on a state-by-state basis. Recent settlements together exceed $61 million, bringing the total number of state settlements to 38.

***Other Litigation Roles***

We also play important roles in the following cases:

- ***In re NCAA Student-Athlete Name & Likeness Licensing Litigation***, Case No. 4:09-cv-1967 (N.D. Cal.). We have been extensively involved in prosecuting this class action brought on behalf of current and former U.S. collegiate student-athletes alleging that they should receive a share of the revenue generated from use of their likenesses (e.g., use of their image as a video game avatar).  The court certified the class for injunctive relief and in August 2014, after a trial in which we were integrally involved, court found that the NCAA's rules prohibiting compensation for likeness use is an antitrust violation.  In a landmark decision, the court issued a permanent injunction against these rules.



Before this result, in September 2013, a $40 million settlement was reached with the two other defendants, Electronic Arts Inc. and Collegiate License Company.

- ***In re Publication Paper Antitrust Litigation***, MDL No. 1631 (D. Conn.). We are a member of the Class Counsel Executive Committee leading this nationwide antitrust action alleging an unlawful conspiracy by manufacturers to fix the price of publication paper.

- ***In re Pool Products Distribution Market Antitrust Litigation***, MDL No. 2328 (E.D. La.). We are a member of the plaintiffs' steering committee in this class action asserting claims of monopolization and attempted monopolization of the U.S. pool products distribution market. The court preliminarily approved a $6.5 million settlement with one of the manufacturers on September 26, 2014, and a $3.45 million settlement with another manufacturer on December 22, 2014.

- ***In re Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation***, MDL No. 2445 (E.D. Pa.). We serve as a member of the court-appointed executive committee representing the proposed end-payor class in this action alleging defendant brand drug manufacturer used anticompetitive practices to improperly maintain its monopoly in the market for Suboxone and to prevent substitution of less-expensive generics. Defendants' motion to dismiss was denied on December 3, 2014, and discovery is now proceeding.

- ***In re Aluminum Warehousing Antitrust Litigation***, MDL No. 2481 (S.D.N.Y.). We were appointed to the Plaintiffs' Steering Committee in this class



action alleging a conspiracy to inflate aluminum prices and restrain aluminum supplies. Defendants' motion to dismiss is pending.

- ***In re Niaspan Antitrust Litigation***, MDL No. 2460 (E.D. Pa.). We also serve on the executive committee for the proposed end-payor class in this action alleging defendants entered into unlawful pay-for-delay agreements relating to the brand-name prescription drug Niaspan. Defendants' motion to dismiss was denied on November 8, 2014, and discovery is underway.

- ***In re Polyurethane Foam Antitrust Litigation***, MDL No. 2196 (W.D. Ohio). We are counsel for one of the class representatives in this nationwide class action alleging price fixing and anticompetitive agreements in the market for polyurethane foam. On April 9, 2014, the court granted certification of the class, and on November 6 and 14, 2014, the court preliminarily approved settlements with two of the defendants in the combined amount of $147.8 million.

## *Past Leadership Roles*

- We served as co-lead counsel in ***In re Puerto Rican Cabotage Antitrust Litigation***, MDL No. 1960 (D.P.R), which involved price-fixing by Jones Act shipping companies for ocean shipping services between the U.S. and Puerto Rico.

- We served as co-lead counsel in ***In re Aftermarket Filters Antitrust Litigation***, MDL No. 1957 (N.D. Ill.), alleging antitrust, consumer protection and unfair competition claims against leading manufacturers of replacement



vehicle filters on behalf of indirect purchasers from multiple states.  Settlements with all defendants were reached and received final approval.

- We served as co-lead counsel and co-lead trial counsel in *In re Polyester Staple Antitrust Litigation*, MDL No. 1516 (W.D.N.C.), a class action on behalf of business purchasers alleging price fixing of polyester staple fiber.  The case was settled on the eve of trial, bringing the total recovery from all defendants to $63 million—an amount exceeding single damages suffered by the class.

- We served as co-lead counsel and co-lead trial counsel in *In re High Pressure Laminates Antitrust Litigation*, MDL No. 1368 (S.D.N.Y.), where we tried a price-fixing case to verdict on behalf of businesses that purchased high-pressure laminates.  We ultimately recovered $40.5 million in settlement payments from several of the defendant manufacturers.

- We were one of two lead counsel firms representing a class of business purchasers of food additives in *In re Monosodium Glutamate Antitrust Litigation*, MDL No. 1328 (D. Minn.).  We negotiated settlements with the defendants totaling $123.4 million—an amount exceeding the single damages suffered by the class.

- As co-lead counsel in *In re Bulk Graphite Antitrust Litigation*, Case No. 02-cv-06030 (D.N.J.), we represented a nationwide class of business purchasers alleging price-fixing claims against manufacturers of bulk graphite.  We reached a settlement exceeding the amount of single damages sustained by the class.



- We served as lead trial counsel for a class of travel agents in ***In re Travel Agency Commission Antitrust Litigation***, MDL No. 1058 (D. Minn.), which alleged that major domestic airlines conspired to fix agent commissions. The claims were settled on the eve of trial for a total of $86 million.

- We were co-lead counsel for classes of consumers in actions asserting price-fixing claims brought in seventeen states against infant formula manufacturers. The cases were settled collectively for $64 million in cash and infant formula products.

**<u>Securities Fraud</u>**

Heins Mills is a leading advocate for individual and institutional investors. As sole lead counsel, we achieved two of the largest recoveries in the history of securities fraud class action litigation:

- On behalf of AOL and Time Warner shareholders, we achieved a settlement of $2.65 billion in ***In re AOL Time Warner, Inc. Securities Litigation***, MDL No. 1500 (S.D.N.Y.). Of that amount, $2.4 billion was paid by media giant Time Warner and $100 million was paid by its financial auditor, Ernst & Young. The Department of Justice also contributed $150 million from a settlement it reached with Time Warner in a related enforcement action.

- In ***In re Broadcom Corp. Securities Litigation***, Case No. 01-cv-275 (C.D. Cal.), we recovered $150 million for a class of investors in Broadcom, one of the leading providers of microprocessors enabling broadband communications.



The firm has also played leadership roles in a variety of other securities fraud class litigation.  As lead counsel for class investors in ***In re Mercury Finance Company Securities Litigation***, for example, we negotiated a settlement with Mercury's auditing firm for $40.5 million, then one of the largest amounts ever recovered from an accounting firm for violations of the securities laws.  In addition, we recovered more than $15 million in total from Mercury's officers and directors, and from Mercury itself, even though the company was in bankruptcy.

We are currently serving as liaison counsel in ***Freedman v. St. Jude Medical, Inc.***, Case No. 12-cv-3070 (D. Minn.), a securities fraud class action alleging on behalf of purchasers of common stock of St. Jude Medical, Inc. that the company failed to disclose problems with leads it made for implantable cardiac defibrillators.

We are especially proud of the results our firm has obtained for institutional investors.  We have successfully represented numerous state pension funds managing billions of dollars in assets.  Among them are the Minnesota State Board of Investment, Utah State Retirement Board, Teachers' Retirement System of Alabama, Employees' Retirement System of Alabama, Judicial Retirement Fund of Alabama, Public Employees' Retirement Association of Colorado, as well as a number of Taft-Hartley health, welfare and pension funds.

## **Consumer Protection**

Heins Mills has represented consumers injured by violations of a wide variety of deceptive trade practices and consumer protection laws.  The firm has brought claims



on behalf of all types of consumers, including purchasers of prescription drugs, long distance telephone service, air compressors, smoke detectors, lawn mower engines and hearing aids. Examples of our consumer law cases include:

- Heins Mills serves as lead counsel for the consumer class in ***In re Target Corporation Customer Data Security Breach Litigation***, MDL No. 2522 (D. Minn.), a class action on behalf of consumers against Target Corporation arising from a large data security breach. In a significant ruling on December 18, 2014, Judge Magnuson allowed the majority of consumer plaintiffs' claims to proceed in largely denying Target's motion to dismiss.

- Heins Mills is co-lead counsel in *Glaberson (formerly Behrend) v. Comcast Corp.*, No. 03-6604 (E.D. Pa.), a long-running antitrust case alleging that Comcast restrained trade and monopolized the cable television market in the Philadelphia area. On December 12, 2014, the court certified a settlement class and granted preliminary approval of a $50 million settlement comprising both cash payments for former subscriber class members and bill credits and services for current subscribers.

- ***In re Fiber Optic Cable Litigation (multiple jurisdictions)***. We serve as co-lead counsel in multi-state litigation against major telecommunications companies and utilities to vindicate the rights of landowners whose property was used for the installation of fiber optic cable without compensation. In that capacity we participated in fashioning an innovative global settlement that comprises separate agreements on a state-by-state basis. To date, a total of 40



state settlements have been finally approved in an aggregate amount of approximately $62 million.

- We were one of three co-lead counsel in ***In re Universal Service Fund Telephone Billing Practices Litigation***, MDL No. 1468 (D. Kan.), representing business and residential customers nationwide alleging a conspiracy to fix USF surcharges and breach of contract claims against long-distance telephone companies.  The November 2008 trial resulted in a verdict for the class, which was affirmed on appeal.

- Beginning in 2004, Heins Mills represented classes of consumers nationwide in ***In re Lawnmower Engines Horsepower Marketing & Sales Practices Litigation***, MDL No. 1999 (E.D. Wis.), alleging consumer fraud, civil conspiracy and unjust enrichment claims against manufacturers of lawn mowers and lawn mower engines.  Heins Mills' leadership resulted in nationwide settlements with all defendants.

- We served as co-lead counsel in ***In re Aftermarket Filters Antitrust Litigation***, MDL No. 1957 (N.D. Ill.), alleging antitrust, consumer protection and unfair competition claims against leading manufacturers of replacement vehicle filters on behalf of consumer purchasers from multiple states. Settlements with all defendants were reached and received final approval.



**<u>Other Recent Results</u>**

While serving in various roles, our advocacy has recently helped achieve favorable results in the following cases:

- ***In re Titanium Dioxide Antitrust Litigation***, Case No. 10-cv-00318 (D. Md.). On December 13, 2013, the Court granted final approval to settlements totaling $163.5 million in this action alleging that manufacturers of titanium dioxide conspired to fix prices for the product. Our client is one of the named plaintiffs in the action.

- ***In re Cathode Ray Tube (CRT) Antitrust Litigation***, MDL No. 1917 (N.D. Cal.). We are one of a number of law firms on the consolidated complaint in this action, which alleges that manufacturers of CRTs established a global cartel that set artificially high prices for CRTs and the televisions and monitors that contain them. Settlements with all named defendants have been reached, totaling $127.45 million.  The court has granted final approval for all settlements except the two most recent, which have been preliminarily approved.

- ***In re Plasma-Derivative Protein Therapies Antitrust Litigation***, MDL No. 2109 (N.D. Ill.). Our client is one of three named plaintiffs on the consolidated complaint alleging that producers of immunoglobulin and albumin restricted the supply of these blood-product therapies to inflate their prices. In April 2014, the court granted final approval of a settlement with the two remaining defendants, bringing the total amount of settlements to $128 million.



- ***In re Municipal Derivatives Antitrust Litigation***, MDL No. 1950 (S.D.N.Y.). The court granted final approval of settlements totaling more than $126 million in this class action alleging bid rigging and other anticompetitive conduct in the municipal derivatives industry by providers and brokers of municipal derivatives sold in the U.S. We represented the Puerto Rico Electric Power Authority (PREPA), one of the named plaintiffs.

- ***Refrigerant Compressors Antitrust Litigation***, Case No. 09-md-02042 (E.D. Mich.). Our client and other named plaintiffs in this action allege that the defendants conspired to fix prices of refrigerant compressors. On January 9, 2014, the court preliminarily approved four settlements totaling approximately $48.4 million. After a fairness hearing on June 12, 2014, the court granted final approval of the settlements, reduced to approximately $30 million to reflect class members who elected to opt out of the settlements.

- ***In re Processed Egg Products Antitrust Litigation***, MDL No. 2002 (E.D. Pa.). On October 10, 2014, the court granted final approval of the most recent settlement in this action, for $28 million, in this class action brought by egg buyers alleging that egg producers conspired to reduce domestic egg supplies to inflate prices.

- ***In re Actos End-Payor Antitrust Litigation***, Case No. 13-cv-09244 (S.D.N.Y.). We represent health and welfare fund plaintiffs and a proposed end-payor class of purchasers in this antitrust action alleging that defendants took anticompetitive steps to delay entry of lower-priced versions of prescription drugs



(ACTOS and ACTOplus met), resulting in price overcharges to plaintiffs and the proposed class.

### Judicial Recognition of Heins Mills & Olson's Skill and Effectiveness

Among judges, clients and peers, Heins Mills enjoys a reputation for its aggressive and skillful advocacy in class litigation of national and international import. The following are examples of praise we have received from the bench:

- The judge presiding over the multidistrict litigation in *In re Monosodium Glutamate Antitrust Litigation*, the Hon. Paul A. Magnuson, said of our work as co-lead counsel: "I'll make no bones about this, I think this is as fine a job of plaintiff lawyering as I've ever seen, . . .  I particularly take my hat off to the plaintiffs' counsel here."

- The presiding judge in *AOL Time Warner*, the Hon. Shirley W. Kram, complimented our firm for its "exceptional lawyering in this case" and added that she "continues to be impressed with the quality of representation provided by [Heins Mills & Olson], its prosecution of the lawsuit, and its negotiation of the Settlement."  She added, "Not only do the parties dispute the amount of damages sustained by the Class, they continue to dispute the very existence of damages.  In light of this fundamental disagreement, the $2.65 billion Settlement secured by Plaintiffs is all the more impressive."

- The judge who approved the *Broadcom* settlement, the Hon. Dickran Tevrizian, described it as "an exceptional result given the complexity of the case, and despite



keenly contested and very complex facts. . . . Class Counsel's ability to obtain a favorable settlement despite formidable opposition confirms their immense skill."

### **Recent Accolades**

During the past year, our firm and its lawyers have continued to earn awards recognizing our superior ability and achievements.

- Samuel Heins, Vince Esades and Renae Steiner have consistently been named as "Super Lawyers" in the practice of antitrust and other complex litigation on the annual Thomson Reuters list of outstanding attorneys, most recently in the 2014 edition. In addition, James Anderson was named as a "Rising Star" in the areas of antitrust, securities and consumer law litigation.

- The 2014 edition of *The Legal 500 US*, which ranks "the best of the best" law firms in the country based on comments from clients and peers, again placed Heins Mills on its list of leading firms in antitrust class action litigation. The firm is one of only five to receive top ranking. As *The Legal 500 US* notes, Heins Mills "has 'top-level skill across the board with a deep bench' and is 'comprised of excellent attorneys, many of whom are highly experienced and all of whom provide superlative customer service.'" The publication also acknowledged Vincent Esades, Renae Steiner and David Woodward individually as top litigators in the field.

- Our firm is one of only six in Minnesota to be "highly recommended" by *Benchmark Plaintiff: The Definitive Guide to America's Leading Plaintiff Firms*

15



*& Attorneys*. The inaugural edition wrote that "the litigators of Heins Mills & Olson are disruptive apostles for plaintiffs that have been wounded by corporate transgressors" and "have propelled this firm to top standing in the eyes of their peers." The guide also recognizes Vincent Esades, Samuel Heins, Dylan McFarland, Renae Steiner and David Woodward as Minnesota "Litigation Stars" in the practice of Antitrust, Consumer Protection, Securities, and Commercial Litigation. Renae was also honored as one of the Top 150 Women in Litigation. These selections are the product of a six-month research project during which *Benchmark* conducted extensive interviews with litigators and clients.

- *Who's Who Legal*, a publication by Global Competition Review, has selected Renae Steiner and Vince Esades for 2015 as being among the world's leading competition lawyers. The selection process includes questionnaires, independent research of the legal press and peer evaluations.

- We were named the recipient of the 2013 Litigation Law Firm of the Year in Minnesota award from Corporate INTL. According to Corporate INTL, its awards "commemorate those who have been active over the past 12 months and who have shown excellence not only in expertise but in service and during a difficult global economic downturn." To select award winners, Corporate INTL "undertake[s] detailed research in all categories through our editorial and research teams." Heins Mills & Olson was "chosen by an independent panel of senior lawyers and leaders from industry and private practice." Corporate INTL has a global circulation comprising leaders in the legal and financial advisor



communities, senior management of leading businesses, both public and private, the venture capital community, and members of various networks and alliances.

- Commentators have also recognized Heins Mills for its groundbreaking advocacy in antitrust cases.  An example is the landmark decision we obtained from the First Circuit, historically an arbitration-friendly court, invalidating class action bans in cable TV subscriber agreements.  The ruling, handed down in *Kristian v. Comcast Corp.*, was described by Paul Bland, an attorney with Trial Lawyers for Public Justice in Washington with extensive expertise in challenging class waivers in consumer arbitration agreements, as the "most important decision on arbitration law" of 2006.  (From "Decision Seen As Major Arbitration Policy Development," *ADRWorld.com* (April 28, 2006)).  As another commentator observed, "Consumer lawyers have lauded the court's decision. . . as the first to recognize that the bans deprive plaintiffs of the ability to exercise their statutory rights under federal antitrust law."  (From "1st Circuit Rejects a Class Action Ban," *The National Law Journal* (May 5, 2006)).



# Attorneys

## Samuel D. Heins

After recently ending his tenure as a member of the firm, Sam is now of counsel to the firm.  Sam has extensive experience in complex litigation, particularly in securities fraud and antitrust class actions, and has served as lead or co-lead counsel in a number of major class actions. He served as lead trial counsel in *In re Travel Agency Commission Antitrust Litigation* (D. Minn.) (antitrust claims on behalf of travel agents against major domestic airlines, and has been involved in numerous other cases, among them *In re AOL Time Warner Securities Litigation* (S.D.N.Y.) (securities fraud claims on behalf of AOL and Time Warner shareholders); *In re Pharmaceutical Industry Average Wholesale Price Litigation* (E.D. Mass.) (price-fixing, RICO and other claims against pharmaceutical companies on behalf of consumers, self-insured employers, health and welfare plans, health insurers and other end payors); *In re Monosodium Glutamate Antitrust Litigation* (D. Minn.) (price-fixing claims on behalf of business purchasers of MSG against manufacturers); *In re High Pressure Laminates Antitrust Litigation* (S.D.N.Y.) (price-fixing claims by businesses against manufacturers of high pressure laminates); *In re Polyester Staple Antitrust Litigation* (W.D.N.C.) (price-fixing claims against polyester staple manufacturers on behalf of business purchasers); *In re Universal Service Fund Telephone Billing Practices Litigation* (D. Kan.) (consumer fraud and antitrust claims against AT&T, MCI and Sprint for USF telephone charges); *In re Fiber Optic Cable Litigation* (N.D. Ill.) (claims on behalf of property owners alleging that telecoms installed facilities within rights of way without consent); *In re Broadcom Corp. Securities Litigation* (C.D. Cal.) (securities fraud claims on behalf of Broadcom shareholders); *In re Green Tree Financial Stock Litigation* (D. Minn.) (securities fraud claims against Green Tree); and *In re Vitamins Antitrust Litigation* (D.D.C.) (antitrust claims against domestic vitamin producers and distributors on behalf of foreign direct purchasers).

In addition, Sam represented several state public pension funds in private litigation to recover the funds' securities losses related to their purchases of McKesson HBOC common stock. These funds include the Utah State Retirement Board, the Public Employees' Retirement Association of Colorado, and the Minnesota State Board of Investment. Other cases in which he has participated in the representation of plaintiff classes include:  *In re Mercury Finance Co. Securities Litigation* (N.D. Ill.); *In re Stucco Litigation* (E.D.N.C.); *In re Olympic Financial Securities Litigation* (D. Minn.); *American Carriers Securities Litigation* (D. Kan.); *Archer Communications Securities Litigation* (C.D. Cal.); *In re Grand Casinos Securities Litigation* (D. Minn.); *Bulk Popcorn Antitrust Litigation* (D. Minn.); *Charterhouse Securities Litigation* (D. Minn.); *Comserv. Securities Litigation* (D. Minn.); *Craig-Hallum Securities Litigation* (D. Minn.); *Daisy Systems Corp. Securities Litigation* (N.D. Cal.); *Damson Oil & Gas Limited Partnerships Securities Litigation* (S.D.N.Y); *Diamonds Antitrust Litigation*



(S.D.N.Y.); *EECO Securities Litigation* (C.D. Cal.); *Embassy Suites Securities Litigation* (C.D. Cal.); *Endotronics Securities Litigation* (D. Minn.); *Fidelity Medical Inc. Securities Litigation* (D.N.J.); *Harcourt Brace Jovanovich, Inc. Securities Litigation* (S.D.N.Y.); *In re HMOA Securities Litigation* (N.D. Ill.); *Jan Bell Securities Litigation* (S.D. Fla.); *K-tel Corp. Securities Litigation* (D. Minn.); *Kirschner Medical Corp. Securities Litigation* (D. Md.); *L.A. Gear Securities Litigation* (C.D. Cal.); *Miniscribe Securities Litigation* (D. Colo.); *In re Molybdenum Antitrust Litigation* (W.D. Pa.); *Mortgage & Realty Trust Securities Litigation* (E.D. Pa.); *Netteburg v. Cheyenne Land Co.* (D. Minn.); *Pinnacle West Securities Litigation* (D. Ariz.); *Residential Resources Securities Litigation* (D. Ariz.); *Saxon Industries Securities Litigation* (S.D.N.Y.); *Simmons Co. ERISA Litigation* (W.D. Wis.); *Tandon Corp. Securities Litigation* (C.D. Cal.); *Thousand Trails, Inc. Securities Litigation* (W.D. Wash.); and *Wirebound Boxes Antitrust Litigation* (D. Minn.).

Sam served as a law clerk to the Honorable Earl R. Larson, United States District Judge, District of Minnesota. He has been a visiting professor at the University of Minnesota's School of Architecture. He is a member of the Federal Advisory Committee to the Judicial Council of the Eighth Circuit, was a member of the Minneapolis Charter Commission, and has served as president of both the Minnesota Advocates for Human Rights and the Minnesota Center for Victims of Torture. He also is a member of the Hennepin County, Minnesota State (Member, Board of Governors, 1978-1984) and American Bar Associations.

B.A., U. of Minnesota**,** 1968; J.D., U. of Minnesota**,** 1972
Admitted: Minnesota; U.S. District Court, District of Minnesota; U.S. Court of Appeals, Eighth Circuit

**Stacey L. Mills**

After recently ending her tenure as a member of the firm, Stacey is now of counsel to the firm. She has a wealth of experience litigating class and other complex litigation. She was one of the lead lawyers most actively involved on behalf of the plaintiff class in *In re Travel Agency Commission Antitrust Litigation* (D. Minn.) (antitrust claims on behalf of travel agents against major domestic airlines). Stacey has been involved in *In re AOL Time Warner Securities Litigation* (S.D.N.Y.) (securities fraud claims on behalf of AOL and Time Warner shareholders); *In re High Pressure Laminates Antitrust Litigation* (S.D.N.Y.) (price-fixing claims by businesses against manufacturers of high pressure laminates); *In re Fiber Optic Cable Litigation* (N.D. Ill.) (claims on behalf of property owners alleging that telecoms installed facilities within rights of way without consent); and *In re Broadcom Corp. Securities Litigation* (C.D. Cal.) (securities fraud claims on behalf of Broadcom shareholders).



Among other cases in which Stacey has been involved are *In re Green Tree Financial Stock Litigation* (D. Minn.); *In re Grand Casinos, Inc. Securities Litigation* (D. Minn.); *In re Buffets, Inc. Securities Litigation* (D. Minn.); *In re Mercury Finance Co. Securities Litigation* (N.D. Ill.); *In re Digi International, Inc. Securities Litigation* (D. Minn.); *In re Olympic Financial Securities Litigation* (D. Minn.); *In re Policy Management Systems Corp. Secs. Litigation* (D.S.C.); *In re High-Fructose Corn Syrup Antitrust Litigation* (C.D. Ill.); *Jong Lee v. Summit Medical Systems, Inc.* (D. Minn.); *In re Tricord Systems, Inc. Securities Litigation* (D. Minn.); *In re NASDAQ Market-Makers Antitrust Litigation* (S.D.N.Y.); *In re Scimed Life Securities Litigation* (D. Minn.); *A & J Deutscher Family Fund v. Bullard* (C.D. Cal.); *In re Unioil Securities Litigation* (C.D. Cal.); *In re Cousins Securities Litigation* (S.D. Cal.); *In re Daisy Systems* (N.D. Cal.); *In re HMOA Securities Litigation* (N.D. Ill.); *In re Employee Benefit Plans Securities Litigation* (D. Minn.); *Guenther v. Cooper Life Sciences* (N.D. Cal.); *In re Tera Securities Litigation* (N.D. Cal.); *In re Technical Equities Securities Litigation* (N.D. Cal.); *Krasner v. Mitchell* (Cal. Super. Ct. Los Angeles); *Kurgen v. Boise* (C.D. Cal.); *Levy v. Eletr* (N.D. Cal.); *Mirochnick v. Glasky* (C.D. Cal.); *Shields v. Smith* (N.D. Cal.); *Steiner v. Whittaker Corp.* (Cal. Super. Ct. Los Angeles); *Thau v. Johnson* (S.D. Cal.); *The Clothestime Securities Litigation* (C.D. Cal.); *Weinberger v. Kwiker* (C.D. Cal.); and *Weinberger v. Liebel* (S.D. Cal.).

Stacey has also represented plaintiffs asserting derivative claims on behalf of corporations in complex civil actions, including *Goldman v. Belzberg* (Cal. Super. Ct. Los Angeles) (on behalf of FarWest Savings & Loan Association); *Grobow v. Dingman* (S.D. Cal.) (on behalf of The Henley Group, Inc.); *In re Lockheed Corp. Securities Litigation* (C.D. Cal.); *Pacific Gas & Elec. Shareholder Derivative Litigation* (Cal. Super. Ct. San Francisco); and *Seaman v. Pratt* (Cal. Super. Ct. Orange Co.) (on behalf of Pfizer Inc.).

B.A., U. of Nebraska; J.D., California Western School of Law
Admitted: Minnesota; U.S. District Court, District of Minnesota; Southern, Central and Northern Districts of California; District of Arizona; U.S. Court of Appeals, Seventh, Eighth and Ninth Circuits

## Vincent J. Esades

Vincent Esades is an equity member of the firm. He has a national practice in the field of complex litigation, primarily in the areas of antitrust, consumer fraud and securities fraud. Mr. Esades has consistently been recognized as an outstanding attorney in the practice of antitrust, consumer law, class action and mass torts litigation on the annual Thomson Reuters Super Lawyers list, most recently in the 2014 edition. He has also been recognized as a top antitrust litigator by *The Legal 500 US*, which ranks Heins Mills & Olson as one of the top five antitrust class actions firms nationally. The 2012



inaugural edition of *Benchmark Plaintiff: The Definitive Guide to America's Leading Plaintiff Firms & Attorneys* recognized Vincent Esades as one of the Minnesota "Litigation Stars" in the practice of antitrust, consumer and complex litigation.

Vince has worked on numerous major antitrust cases, as lead counsel and in other capacities. He currently serves as lead counsel for the consumer class in a class action on behalf of Target customers arising from one of the largest data security breaches in history. (*In re Target Corporation Customer Data Security Breach Litigation*, MDL No. 2522 (D. Minn.). On December 18, 2014, the court denied for the most part Target's motion to dismiss, which had presented a particularly daunting challenge in the wake of decisions by other courts to dismiss similar claims for compensation for theft of personal data from other U.S. retailers. To distinguish Target from other cases, where customers claimed only the potential for future injury, the Target complaint carefully detailed actual injury to the class representatives in the form of unauthorized charges on their cards, lost access to their accounts, and payment of late fees, card-replacement fees, credit monitoring costs and other financial harm, as well as harm flowing from additional future abuse of their sensitive information arising from sale of consumers' data on the Internet black market.

Vince has also served in a leadership role in a number of other major antitrust cases, including appointment as co-lead counsel in *In re Lipitor Antitrust Litigation*, MDL No. 2332 (D.N.J.), which involves antitrust and consumer protection claims on behalf of proposed class of indirect purchasers of the prescription drug; *Fond Du Lac Bumper Exchange, Inc., Plaintiff, v. Jui Li Enterprise Company, Ltd., et al.*, Case No. 09c0852 (E.D. Wis.) which involves claims of nationwide price fixing of automotive sheet metal parts by after market sheet metal parts manufacturers; and *In re Puerto Rican Cabotage Antitrust Litigation* (MDL No. 1960 D.P.R) which involves price fixing by Jones Act shipping companies for ocean shipping services between the U.S. and Puerto Rico. Vince was also appointed by the court as a member of the plaintiffs' steering committee in *In re Pool Products Distribution Market Antitrust Litigation* (MDL No. 2328, E.D. La.) (asserting claims of monopolization and attempted monopolization of the U.S. pool products distribution market) and in *In re Aluminum Warehousing Antitrust Litigation*, MDL No. 2481 (S.D.N.Y.) (claims alleging conspiracy to inflate aluminum prices, restrain aluminum supplies and provide extremely inefficient, low quality load out and other services).. He has served as plaintiffs' lead or co-lead counsel in several other nationwide class actions, including *In re Publication Paper Antitrust Litigation* (MDL No. 1631 D. Conn.) (price-fixing claims against paper manufacturers); *Johnson v. ELCA Board of Pensions* (representing retired pastors and church employees with breach of contract and breach of fiduciary duty claims against the ELCA Board of Pensions); *In re Polyester Staple Antitrust Litigation* (MDL No. 1516 W.D.N.C.) (price fixing claims against polyester staple manufacturers on behalf of business purchasers where Vince also served as member of the trial team before the case



settled on the eve of trial); and *In Re Bulk Graphite Antitrust Litigation* (D.N.J.) (price fixing claims against manufacturers of bulk graphite on behalf of business purchasers).

Vince is also currently involved as a member of plaintiffs' executive committees in numerous other nationwide class actions including *In re TFT-LCD (Flat Panel) Antitrust Litigation* (N.D. Cal.) (price-fixing claims against producers of Thin Film Transistor Liquid Crystal Displays); *In re Municipal Derivatives Antitrust Litigation* (S.D.N.Y.) (claims on behalf of local governments against brokers, banks and insurance companies alleging bid-rigging and other anti-competitive practices in the municipal derivatives industry); *In re Rail Freight Fuel Surcharge Antitrust Litigation* (D.D.C. ) (claims alleging conspiracy among major domestic railroads to fix prices for rail freight surcharges); *In re Intel Corp. Microprocessor Antitrust Litigation* (D. Del) (claims alleging monopolistic practices by Intel in the x86 microprocessor market).   He is also participating in *In re: LIBOR-Based Financial Instruments Antitrust Litigation* (S.D.N.Y.) (claims alleging that member banks of the British Bankers' Association conspired to manipulate the London InterBank Offered Rate)  and *In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y) (claims against major airlines alleging price-fixing of fuel surcharges for freight transportation).

Vince tried a price-fixing case to verdict as a member of multi-firm trial team in the *In re High Pressure Laminates Antitrust Litigation* (MDL No. 1368 S.D.N.Y.) (price-fixing claims against manufacturers of high pressure laminates on behalf of business purchasers) and served as lead counsel in a case tried by Heins Mills and other co-lead counsel in November 2008, the *In re Universal Service Fund Telephone Billing Practices Litigation.* (MDL No. 1468 D. Kan.) (consumer fraud and price-fixing claims against AT&T, MCI and Sprint for USF surcharges.  As lead counsel, Vince represented classes of consumers and obtained nationwide settlements in *In re Lawnmower Engines Horsepower Marketing & Sales Practices Litigation* (MDL No. 1999 E.D. Wisc.) (alleging RICO, consumer fraud, civil conspiracy and unjust enrichment claims against manufacturers of lawn mowers and lawn mower engines).

Vince has actively participated in numerous other complex class actions as well, including *In re Hydrogen Peroxide Antitrust Litigation* (E.D. Pa.) (price-fixing claims against manufacturers of hydrogen peroxide);  *In re Vitamins Antitrust Litigation* (D.D.C.) (discovery co-chair); *Howe v. Microsoft Corp.* (N.D.) (lead counsel); *Gordon v. Microsoft Corp.* (Minn., 4th Jud. Dist.); *In re NASDAQ Market-Makers Antitrust Litigation* (S.D.N.Y.); and *In re Motorsports Merchandise Antitrust Litigation* (N.D. Ga.).

Vince has presented at the ABA Annual Convention and the ABA Annual National Institute on Class Actions as a moderator and panelist regarding major antitrust issues, including the Class Action Fairness Act, multi-state settlement issues and class arbitration.



- Institute Planning Committee and Moderator, ABA's 17th Annual National Institute on Class Actions, ""Arbigeddon!!!" Has the Revolution to End Class Actions Spawned Weapons of Mass Arbitration?", Boston, MA, October 23-24, 2013, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

- Institute Planning Committee and Moderator, ABA's 16th Annual National Institute on Class Actions, "Sifting Through All the Big Shoulders." Litigating Class Actions Alongside Opt-Outs – Free-Riding or Riding Shotgun", Chicago, IL, October 24-25, 2012, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

- Institute Planning Committee and Moderator, ABA's 15th Annual National Institute on Class Actions, "Melee in Manhattan! Class-Action Objectors — Are They Protectors of Absent Class Members or Merely Gadflies?", New York City, NY, October 14, 2011, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

- Institute Planning Committee and Moderator, ABA's 14th Annual National Institute on Class Actions, "Perspectives on Multidistrict Litigation from the MDL Panel and Beyond", Chicago, IL, October 14, 2010, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

- Panelist and Moderator, ABA's 13th Annual National Institute on Class Actions, "A Funny Thing Happened on the Way to the Courthouse . . . I Had to Litigate an Arbitration Clause! Crafting, Opposing, and Arguing Arbitration Clauses and Class-Action Waivers in Three Scenes," Washington DC, November 20, 2009, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

- Panelist, American Antitrust Institute's Annual Invitational Symposium on The Future of Private Antitrust Enforcement, "Action on the Class Action Front: A Potpourri" Washington, DC, December 11, 2008.

- Panelist, ABA's 12th Annual National Institute on Class Actions, "'I Could Have Sworn It was CAFA, *not Kafka*!'  The Metamorphosis of Pleading, Defending, and Settling Multi-State Class Actions—A Surreal-Life, Three-Act Play," New York, NY, November 7, 2008, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee



- Lecturer, "Class Actions:  Growing Your Business by Understanding the Basics and Recognizing Opportunities," Cleveland, OH, October 31, 2008, sponsored by the Cleveland Bar Association

- Panelist, ABA's 11th Annual National Institute on Class Actions, "The Nationwide Class: White Elephant, Endangered Species, or Alive and Well?" Chicago, IL, October 19, 2007, sponsored by the ABA's Litigation Section's Class Action and Derivative Suits Committee

- Panelist, ABA's 2007 Annual Meeting, "'Is this CAFA or Kafka?'  Multi-State Class Actions in a Time of Metamorphosis—A Surreal-Life, Three-Act Play," San Francisco, CA, August 9-12, 2007, sponsored by the ABA

B.A. *cum laude*, U. of N. Dakota; J.D., U. of N. Dakota School of Law
Admitted: Minnesota and North Dakota; U.S. District Court, District of Minnesota


**Renae D. Steiner**

Renae is an equity member of the firm. Renae has consistently been selected by her peers for inclusion as a "Super Lawyer" in the areas of antitrust and class action litigation (Thomson Reuters publication; 2008-2014).  Renae has also been recognized as a top antitrust litigator in *The Legal 500 US, Who's Who Legal* and *Benchmark Plaintiff.* Renae also is listed by *Benchmark Plaintiff* as one of the *Top 150 Women in Litigation.*

Renae has a national practice in the field of complex litigation, primarily in the areas of antitrust actions (both direct purchaser and indirect purchaser cases), as well as in consumer fraud and securities actions. Over the course of her career, Renae has worked on novel issues of antitrust law, including some of the first post-*Illinois Brick* class actions, some of the first post-*Actavis* class actions, in establishing antitrust standing under Florida's consumer protection statutes, in establishing the co-conspirator theory of state court jurisdiction in Florida, and on issues related to CAFA (Class Action Fairness Act) and standing arguments for indirect purchasers of price-fixed goods. She has worked cooperatively with many state Attorneys General in their related litigation against antitrust defendants.

Likewise, in the *Grand Casinos* securities litigation, Renae was part of the lead counsel team at Heins Mills & Olson that was the first to address the new pleading standards for motions for summary judgment under the newly-enacted PSLRA's scienter requirements.



Recently, Renae has actively participated in the representation of former and current college athletes in the landmark *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, No. 4:09-cv-1967 (N.D. Cal.) (commonly called the *"O'Bannon case"*) (challenging policies that prevent U.S. collegiate student-athletes from receiving a share of the revenue generated from use of their likeness). In *O'Bannon*, Renae lead the discovery team, deposed key witnesses and was one of the trial counsels in the 3 week trial conducted in June 2014. At trial, Renae presented the testimony of the plaintiffs' key survey expert and cross-examined two of the NCAA's witnesses. The *O'Bannon case* is widely heralded as the biggest sports law case in the last 30 years.

Renae is currently serving as a Lead Counsel for the classes in *In re Lidoderm Antitrust Litigation* (N.D. Cal.) and *In re Aggrenox Antitrust Litigation* (D. Ct.). Renae and James Anderson were recently appointed as liaison counsel in *Freedman v. St. Jude Medical, Inc.* (D. Minn.), a securities fraud class action alleging on behalf of purchasers of common stock of St. Jude Medical, Inc. that the company failed to disclose problems with leads it made for implantable cardiac defibrillators.

Past representative cases include:  *In re Aftermarket Filters Antitrust Litigation* (N.D. Ill.) (as lead counsel; antitrust, consumer protection and unfair competition claims of price-fixing against leading manufacturers of replacement vehicle filters on behalf of indirect purchasers); *In re Prograf Antitrust Litigation* (D. Mass.); *In re Lipitor Antitrust Litigation* (D.N.J.); *In re DRAM Antitrust Litigation* (multiple federal and state court actions); *In re St. Paul Travelers Securities Litigation* (D. Minn.) (securities fraud); *In re Ready-Mixed Concrete Antitrust Litigation* (S.D. Ind.) (Indiana price-fixing case involving concrete); *In re Iowa Ready-Mixed Concrete Antitrust Litigation* (N.D. Iowa); *In re Universal Service Fund (USF) Telephone Billing Practices Litigation* (D. Kan.) (alleged consumer fraud in the assessment of USF fees); *Fiber Optic Cable Litigation* (multiple state and federal court actions related to the installation of fiber optic cable); *Infant Formula Antitrust Litigation* (price-fixing claims as to infant formula; multiple state court actions; Wisconsin trial team); and *In re Thermal Facsimile Paper Antitrust Litigation* (multiple state court actions).

Renae has lectured on antitrust and sports law topics at conferences sponsored by the American Antitrust Institute, the Minnesota Section of the American Bar Association (ABA), at Women Antitrust Plaintiffs Attorneys' conferences, at Northwestern University's Sports Law Symposium and at the ABA's Class Action Institute. Topics have included the intersection of sports and antitrust law, pay-for-delay generic drug litigation, cooperation in parallel litigation with Attorneys General, class certification issues and arbitration clauses in antitrust litigation.

Renae is a member of the Federal, Minnesota, and Hennepin County Bar associations.

B.A., U. of Minnesota; J.D. *with distinction*, U. of Nebraska College of Law



Admitted: Minnesota; U.S. District Court, Districts of Minnesota, Nebraska, Colorado, and E.D. of Wisconsin; U.S. Court of Appeals, Seventh and Eighth Circuits Member, Federal Bar Association, Minnesota Bar Association, and Hennepin County Bar Association.

## Dylan J. McFarland

Dylan is an officer of the firm. Named a "Super Lawyer" and "Rising Star" by *Minnesota Law & Politics*, he practiced in the area of complex commercial litigation as an associate with Gray Plant Mooty before attending the University of Minnesota Medical School. As a partner of Burstein Hertogs Olson & McFarland, P.A., he continued to represent corporations and municipalities in complex litigation, including shareholder derivative actions. In a case of first impression, he represented the defendant in *Skoglund v. Brady* (Minn.), which defined the scope of derivative claims and the authority of special litigation counsel under Minnesota law.

Since joining the firm, Dylan has worked on several securities fraud class actions, including *In re AOL Time Warner Securities Litigation* (S.D.N.Y.) ($2.65 billion recovery for shareholders of AOL and Time Warner); *In re Broadcom Corp. Securities Litigation* (C.D. Cal.) ($150 million recovery for shareholders of semiconductor manufacturer).

Dylan's work has involved a number of antitrust class actions, including *In re TFT-LCD (Flat Panel) Antitrust Litigation* (N.D. Cal.) (price-fixing claims against producers of liquid crystal displays); *In re Municipal Derivatives Antitrust Litigation* (S.D.N.Y.) (claims on behalf of local governments against brokers, banks and insurance companies alleging bid-rigging and other anticompetitive practices in the municipal derivatives industry); *In re: LIBOR-Based Financial Instruments Antitrust Litigation* (S.D.N.Y.) (claims alleging that member banks of the British Bankers' Association conspired to manipulate the London InterBank Offered Rate); *Fond Du Lac Bumper Exchange, Inc., et. al. v. Jui Li Enterprise Company, Ltd., et. al.* (E.D. Wis.) (supply and price-fixing claims against manufacturers and distributors of aftermarket automotive sheet metal parts); *In re Plasma Derivative Protein Therapies Antitrust Litigation* (N.D. Ill.) (supply and price-fixing claims against manufacturers of plasma-derivative protein therapies); *In re Pool Products Distribution Market Antitrust Litigation* (E.D. La.) (asserting claims of monopolization and attempted monopolization of the U.S. pool products distribution market); *In re American Express Anti-Steering Rules Antitrust Litigation* (E.D.N.Y.) (challenging rules preventing merchants from providing consumers with incentives to use forms of payment that are less expensive than American Express branded payment cards); *In re Puerto Rican Cabotage Antitrust Litigation* (D.P.R.) (antitrust claims against the largest providers of domestic ocean shipping between the mainland U.S. and Puerto Rico); *Glaberson v. Comcast Corp.*



(E.D. Pa.) (antitrust claims against cable services provider on behalf of subscribers); and *In re Lawnmower Engines Horsepower Marketing & Sales Practices Litigation* (MDL No. 1999 E.D. Wis.) (alleging consumer fraud, civil conspiracy and unjust enrichment claims against manufacturers of lawn mowers and lawn mower engines).

While attending Harvard Law School, Dylan was an editor of the *Harvard Civil Rights-Civil Liberties Law Review*. He was an Adjunct Professor of Law at William Mitchell College of Law from 1998-2002, where he taught Legal Writing, Trial Skills, and Appellate Advocacy, and he has spoken at legal education programs on a number of litigation topics.

Dylan is named as a "Litigation Star" in *Benchmark Plaintiff: The Definitive Guide to America's Leading Plaintiff Firms & Attorneys*.

B.A. *summa cum laude*, U. of Minnesota; J.D. *cum laude*, Harvard Law School
Admitted: Hawaii and Minnesota; U.S. District Court, District of Minnesota; U.S. Court of Appeals, Second and Eighth Circuits


## David Woodward

David is an officer of the firm. From 1987-2003, he served as an Assistant Attorney General in the Civil Enforcement Unit of the Minnesota Attorney General's Office. David has extensive experience representing the State of Minnesota in lawsuits enforcing statutory prohibitions against false advertising, deceptive trade practices and consumer fraud. His consumer protection litigation areas of emphasis included health frauds, mortgage related enforcement matters and deceptive practices particularly impacting vulnerable consumers. On behalf of the Minnesota Attorney General's Office, David helped to create a multi-state health fraud litigation group, which he co-chaired from 1994-1996. He served as lead counsel on behalf of the State of Minnesota in numerous multi-state enforcement efforts involving the application of state consumer protection statutes to nationwide drug advertising and promotional practices within the pharmaceutical industry, as well as a multi-state settlement with a large food company involving application of federal and state food laws and state consumer laws to the advertising and sale of a combination food/toy product marketed to young children.

David has extensive consumer protection litigation experience. He has represented the State of Minnesota in both state and federal courts. He represented the State of Minnesota in *State v. American Family Mut. Ins. Co.*, 609 N.W.2d 1 (Minn. Ct. App. 2000), a consumer and insurance law enforcement matter benefiting homeowners statewide in a case confirming the Attorney General's authority to sue insurers to enforce Minnesota consumer and insurance laws. David has represented the State in numerous false advertising, deceptive trade practices and consumer fraud cases,



including litigation challenging advance fee loan schemes; college financial aid services companies; credit repair frauds; usurious credit card charges; home mortgage escrow overcharges; false advertising for bogus yellow page directories; the sale of bogus cancer treatment devices; the marketing to young consumers of an unapproved, dangerous drug misrepresented as a safe and natural product; misrepresentations in the sale of hearing aids; travel promotion schemes; deceptive practices affecting small businesses; and deceptive sweepstakes practices by major national sweepstakes companies.

From 1976-1979 and 1980-1987, David served as a staff attorney for a non-profit legal services corporation providing legal representation in civil matters, including litigation, to low-income persons in south central Pennsylvania. He was counsel before the Pennsylvania Supreme Court in *Pugh v. Holmes*, 405 A.2d 897 (Pa. 1979), a seminal case which established on a statewide basis the implied warranty of habitability in residential lease transactions.

David works on antitrust, consumer fraud and securities fraud class litigation in which the Heins Mills & Olson firm serves as plaintiffs' counsel including, for example, *Glaberson v. Comcast Corp.* (E.D. Pa.) (antitrust claims on behalf of cable subscribers); *In re Lipitor Antitrust Litigation*, MDL No. 2332 (D.N.J.) (state antitrust and consumer protection claims on behalf of a proposed class of indirect purchasers represented by Heins Mills & Olson as co-lead counsel); *In re Municipal Derivatives Antitrust Litigation* (S.D.N.Y.) (antitrust claims alleging bid rigging and other anticompetitive conduct in the municipal derivatives industry); *In re McKesson HBOC Securities Litigation* (N.D. Cal.) (securities fraud claims); *In re New Motor Vehicles Canadian Export Antitrust Litigation* (D. Maine) (antitrust action on behalf of consumers against automobile manufacturers); *In re Lawnmower Engines Horsepower Marketing & Sales Practices Litigation*, MDL No. 1999 (E.D. Wis.) (alleging consumer fraud, civil conspiracy and unjust enrichment claims against manufacturers of lawn mowers and lawn mower engines); *Nogosek v. Carrier Corp.* (D. Minn.) (consumer fraud and breach of warranty action against furnace manufacturer); and class actions on behalf of consumers against Target Corporation arising from a large data security breach (*In re Target Corporation Customer Data Security Breach Litigation* (MDL No. 2522)).

David also works with Renae Steiner on various antitrust class actions alleging anticompetitive conduct by pharmaceutical companies delaying entry of lower-priced generic drugs into the market, including *In re Aggrenox Antitrust Litigation*, MDL No. 2516 (D. Conn.), *In re Lidoderm Antitrust Litig*ation, MDL No. 2521 (N.D. Cal.), *In re Solodyn (Minocycline Hydrochloride) Antitrust Litigation*, Case No. 14-md-2503-DJC (D. Mass.), *In re Suboxone (Buprenorphine Hydrochloride and Naloxone) Antitrust Litigation*, MDL No. 2445 (E.D. Pa.), and *Minnesota and North Dakota Bricklayers and Allied Craftworkers Health Fund, et al. v. Takeda Pharmaceutical Co., Ltd., et al.*, Case No. 1:14-cv-01691 (S.D.N.Y.).



David has provided pro bono representation to persons seeking asylum. In 2000 and again in 2013, he received the Pro Bono Volunteer Annual Attorney Award from The Advocates for Human Rights.

After graduating with highest honors from St. Cloud State University (B.A.), he obtained his J.D. from the School of Law of the University of California in Los Angeles, where he was admitted to the Order of the Coif and was a member of the UCLA Law Review. He was also awarded a Masters of Law with highest honors from the National Law Center, Washington, D.C.

David presented as a panelist at the PLI's "Class Action Litigation 2013" conference in New York on July 10, 2013.

*Benchmark Plaintiff: The Definitive Guide to America's Leading Plaintiff Firms & Attorneys* includes David in its listing of *Litigation Stars.*

B.A. *with highest honors,* St. Cloud State University; J.D., UCLA School of Law; Masters of Law, National Law Center
Admitted: Minnesota, Pennsylvania and California; U.S. District Court, District of Minnesota, Middle District of Pennsylvania; U.S. Court of Appeals, Third, Fifth, Eighth and Ninth Circuits; U.S. Supreme Court


## Jessica N. Servais

Jessica is an officer of the firm. She currently is or has recently been working on complex litigation, including *Fond Du Lac Bumper Exchange, Inc., et. al. v. Jui Li Enterprise Company, Ltd., et. al.* (E.D. Wis.) (supply and price-fixing claims against manufacturers and distributors of aftermarket automotive sheet metal parts); *In re Plasma Derivative Protein Therapies Antitrust Litigation* (N.D. Ill.) (supply and price-fixing claims against manufacturers of plasma-derivative protein therapies); *In re Transpacific Passenger Air Transportation Antitrust Litigation* (N.D. Cal.) (antitrust claims against airlines for price-fixing passenger fares and/or fuel surcharges on transpacific air passenger transportation); *Glaberson v. Comcast Corp.* (E.D. Pa.), *Kristian v. Comcast Corp.* (E.D. Pa.) and *Rogers v. Comcast Corp.* (E.D. Pa.) (antitrust claims against cable services provider on behalf of subscribers); *In re Ready-Mixed Antitrust Litigation* (S.D. Ind.) (price-fixing claims against ready-mixed concrete suppliers on behalf of purchasers); *In re Korean Air Lines Co., Ltd., Antitrust Litigation* (claims against Korea's major airlines alleging price-fixing of fuel surcharges); *In re Universal Service Fund Telephone Billing Practices Litigation* (D. Kan.) (consumer fraud and antitrust claims against AT&T, MCI and Sprint for USF telephone charges); and *In re Relafen Antitrust Litigation* (N.D. Cal.) (antitrust claims on behalf of consumers against manufacturers of brand name nabumetone tablets).



In addition, Ms. Servais is one of the lawyers who represented Colorado, Minnesota and Utah state employee pension funds in private litigation regarding losses suffered in connection with their purchases of McKesson HBOC securities in *In re McKesson HBOC Securities Litigation* (N.D. Cal.).

At the University of Minnesota Law School, Jessica was the Executive Editor of the *Minnesota Intellectual Property Review*. Jessica served as a federal judicial law clerk to the Honorable Michael J. Davis, United States District Court, District of Minnesota.

B.A. *magna cum laude*, Macalester College; J.D., U. of Minnesota Law School
Admitted: Minnesota, Wisconsin; U.S. District Court, District of Minnesota

**James Anderson**

James Anderson is a senior associate of the firm.  James was named in the 2014 edition of the annual Thomson Reuters *Super Lawyers* list of outstanding attorneys as a "Rising Star" in the areas of antitrust, securities and consumer law litigation. He is currently working on, or has worked on, a variety of complex civil matters, including *In re Lithium Ion Batteries Antitrust Litigation* (N.D. Cal.) (asserting antitrust claims against manufacturers of lithium ion batteries); *Kleen Products LLC v. Packaging Corporation of America, et al.* (N.D. Ill.) (antitrust claims against manufacturers of containerboard products); *In re American Express Anti-Steering Rules Antitrust Litigation* (E.D.N.Y.) (challenging rules preventing merchants from providing consumers with incentives to use forms of payment that are less expensive than American Express branded payment cards); *In re Aftermarket Filters Antitrust Litigation* (N.D. Ill.) (antitrust, consumer protection and unfair competition claims against leading manufacturers of replacement vehicle filters on behalf of indirect purchasers); *In re Pool Products Distribution Market Antitrust Litigation* (E.D. La.) (asserting claims of monopolization and attempted monopolization of the U.S. pool products distribution market); *In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y) (claims against major airlines alleging price-fixing of fuel surcharges for freight transportation); *In re Cathode Ray Tube (CRT) Antitrust Litigation* (N.D. Cal.) (price-fixing claims against the producers of CRT televisions); *In re DRAM Antitrust Litigation* (multiple federal and state court actions involving price-fixing claims against the producers of DRAM computer memory); *In re SRAM Memory Products Antitrust Litigation* (N.D. Cal.) (price-fixing claims against the producers of SRAM computer memory); and *In re AOL Time Warner Securities Litigation* (S.D.N.Y.) (securities fraud claims on behalf of AOL and Time Warner shareholders). James has also been involved in other, non-class litigation including *Spine Solutions, Inc. v. Medtronic Sofamor Danek, Inc.* (W.D. Tenn.).



James graduated *cum laude* from William Mitchell College of Law where he was awarded a *21st Century Scholarship*, received a CALI Award for his performance in Legislative Advocacy, and a Minnesota State Bar Association outstanding achievement award in *Employment Discrimination*.

B.A. *magna cum laude*, St. Olaf College; J.D. *cum laude*, William Mitchell College of Law
Admitted: Minnesota; U.S. District Court, District of Minnesota; U.S. Court of Appeals, Eighth Circuit

## Teresa M. Jones

Teresa is an associate of the firm and works on a wide range of complex litigation matters, with a focus on antitrust litigation, securities litigation, class actions, and consumer fraud matters. Before joining the firm, Teresa was part of the trial team in a large antitrust class action lawsuit against a major software company which settled in 2007 after several months of trial for $180 million.

Teresa has significant experience in document-intensive discovery, through which she has developed practices to identify, highlight and manage key case documents.

She is currently working on *In re Lipitor Antitrust Litigation* (D.N.J.) (state antitrust and consumer protection claims on behalf of proposed class of indirect purchasers represented by Heins Mills & Olson as co-lead counsel);  *In re Domestic Drywall Antitrust Litigation* (E.D. Pa.) (supply and price-fixing claims against manufacturers of gypsum wallboard); and *Fond Du Lac Bumper Exchange, Inc., et. al. v. Jui Li Enterprise Company, Ltd., et. al.* (E.D. Wis.) (supply and price-fixing claims against manufacturers and distributors of aftermarket automotive sheet metal parts).  She has also worked on *In re Plasma Derivative Protein Therapies Antitrust Litigation* (N.D. Ill.) (supply and price-fixing claims against manufacturers of plasma-derivative protein therapies); *Glaberson v. Comcast Corp.* (E.D. Pa.) (antitrust claims against cable services provider on behalf of subscribers); and *In re AOL Time Warner Securities Litigation* (S.D.N.Y) (securities fraud claims on behalf of AOL and Time Warner shareholders).

Teresa graduated *magna cum laude* from William Mitchell College of Law and is admitted to practice in the state courts of Minnesota, the U.S. District Court for the District of Minnesota, and the United States Court of Appeals for the Eighth Circuit. Teresa is an active member of the Minnesota State Bar Association, Hennepin County Bar Association and American Bar Association and has held leadership positions in each.



B.A., U. of Minnesota; J.D. *magna cum laude*, William Mitchell College of Law
Admitted: Minnesota; U.S. District Court, District of Minnesota; U.S. Court of Appeals,
Eighth Circuit


**Maureen E. Sandey**

Maureen is an associate of the firm. She is currently working on a variety of complex
civil cases, including *Kleen Products LLC v. Packaging Corporation of America, et al.*
(N.D. Ill.) (antitrust claims against manufacturers of containerboard products); *In re
NCAA Student-Athlete Name & Likeness Licensing Litigation*, Case No. 4:09-cv-1967
(N.D. Cal.) (challenging policies that prevent U.S. collegiate student-athletes from
receiving a share of the revenue generated from use of their likeness); *Fond Du Lac
Bumper Exchange, Inc., et. al. v. Jui Li Enterprise Company, Ltd., et. al.* (E.D. Wis.)
(supply and price-fixing claims against manufacturers and distributors of aftermarket
automotive sheet metal parts); and *In re Processed Egg Products Antitrust Litigation*
(E.D. Pa.) (price-fixing claims by direct purchasers against shell egg and processed egg
producers).  Maureen also worked on  *Pastor Benjamin A. Johnson, et al. v. The
Evangelical Lutheran Church of America, et al.* (D. Minn.) (breach of contract and
breach of fiduciary duty claims against the ELCA and the ELCA Board of Pensions on
behalf of retired pastors and church employees).

In her previous professional experience, Maureen worked as a discovery attorney at a
law firm in Minneapolis. She has worked on *Auxilium Pharmaceuticals, Inc. and FCB 1,
L.L.C. v. Upsher-Smith Laboratories, Inc.* (D.N.J.); *Federal Home Loan Bank of
Pittsburgh v. J.P. Morgan Securities, L.L.C., et al.* (Allegheny County Court of Common
Pleas); *Devi Khoday and Danise Townsend, individually and on behalf of the class they
represent v. Symantec Corp. and Digital River, Inc.* (D. Minn.); *Blue Cross and Blue
Shield of Minnesota, as Administrator of the Blue Cross and Blue Shield of Minnesota
Pension Equity Plan, et al. v. Wells Fargo Bank, N.A.* (D. Minn.); and *ObjectVideo, Inc.
v. Robert Bosch, GMBH, et al.* (E.D. Va.).

Previously, Maureen  served as a law clerk for the Ramsey County Attorney's Office and
as a judicial extern to the Honorable Tanya Bransford, United States District Court,
District of Minnesota.

At William Mitchell College of Law, Maureen was the Co-Editor-in-Chief of *Cybaris®:
Intellectual Property Law Review* and was a student attorney in the Intellectual
Property Law Clinic. Currently, Maureen volunteers at various organizations, such as
Feed My Starving Children.

B.A., Macalester College; J.D., William Mitchell College of Law
Admitted: Minnesota



**Cole S. Woodward**

Cole is an associate of the firm.  He is currently assisting with work on, or has assisted with work on, complex litigation, including *Fond Du Lac Bumper Exchange, Inc., et. al. v. Jui Li Enterprise Company, Ltd., et. al.* (E.D. Wis.) (supply and price-fixing claims against manufacturers and distributors of aftermarket automotive sheet metal parts), and *In re NCAA Student-Athlete Name & Likeness Licensing Litigation*, Case No. 4:09-cv-1967 (N.D. Cal.) (challenging policies that prevent U.S. collegiate student-athletes from receiving a share of the revenue generated from use of their likeness). He currently assists, or has assisted with legal research on *In re Target Corporation Customer Data Security Breach Litigation* (MDL No. 2522).

While attending William Mitchell College of Law, Cole was a law clerk at Mid-Minnesota Legal Aid's Minneapolis office and worked in immigration law.  He was a Minnesota Justice Foundation summer law clerk at Legal Aid Service of Northeastern Minnesota. There, he worked in landlord-tenant and housing law.

B.A., St. John's University, J.D., William Mitchell College of Law
Admitted: Minnesota

# Exhibit I



**Firm Resume**

# Cohen Milstein Sellers & Toll PLLC

For decades, Cohen Milstein Sellers & Toll PLLC has represented individuals, small businesses, institutional investors, and employees in many of the major class action cases litigated in the United States for violations of the antitrust, securities, consumer protection, civil rights/discrimination, ERISA, employment, and human rights laws. Cohen Milstein is also at the forefront of numerous innovative legal actions that are expanding the quality and availability of legal recourse for aggrieved individuals and businesses both domestic and international.  Over its history, Cohen Milstein has obtained many landmark judgments and settlements for individuals and businesses in the United States and abroad. The firm's most significant past and present cases include:

- In re Urethane Antitrust Litigation (Polyether Polyol Cases) (D. Kan.). Cohen Milstein represents a class of direct purchasers of several types of chemicals who were overcharged as a result of a nationwide price-fixing and market allocation conspiracy.  Cohen Milstein was able to negotiate settlements with certain defendants totaling approximately $139 million, and proceeded to trial against the remaining defendant. Following the trial, the jury returned a verdict in favor of the class that amounted to $400 million, which was trebled to $1.2 billion.

- Countrywide MBS Litigation, (2:10-cv-00302, U.S. District Court in the Central District of California).  In April 2013, Plaintiffs in the landmark mortgage-backed securities (MBS) class action litigation against Countrywide Financial Corporation and others, led by Lead Plaintiff, the Iowa Public Employees' Retirement System (IPERS), agreed to a $500 million settlement. It is the nation's largest MBS-federal securities class action settlement.  If approved, the settlement will bring to a close the consolidated class action lawsuit brought in 2010 by multiple retirement funds against Countrywide and other defendants for securities violations involving the packaging and sale of MBS.  Bank of America acquired Countrywide in 2008.

- Harborview MBS Litigation, (No. 08-5093) U.S. District Court for the Southern District of New York).  In early 2014, Plaintiffs in the mortgage-backed securities (MBS) class action litigation against Royal Bank of Scotland (RBS) and others, led by New Jersey Carpenters Health Fund and the Boilermaker Blacksmith Pension Trust, along with additional class representatives Iowa Public Employees' Retirement System and Midwest Operating Engineers Pension Trust Fund, agreed to a $275 million cash settlement.  If approved by the Court, the settlement will bring to a close the consolidated class action lawsuit brought in 2008 by the pension funds against RBS and other defendants for securities violations involving the packaging and sale of 14 public offerings of "Harborview" series MBS.

- Keepseagle v. Vilsack, Civil Action No. 1:99CV03119 (D.D.C.).  A class of Native American farmers and ranchers allege that they have been systematically denied the same opportunities to obtain farm loans and loan servicing that have been routinely afforded white farmers by the USDA.  A class was certified in 2001 by Judge Emmet Sullivan, District Judge for the U.S. District Court for the District of Columbia, and the D.C. Circuit declined USDA's request to review that decision.  On October 19, 2010, the case reached a historic settlement, with the USDA agreeing to pay $680 million in damages to thousands of Native American farmers and ranchers and forgive up to $80 million worth of outstanding farm loan debt.

- <u>Brannen vs. Ford Motor Corporation,</u> (No. 16-2011-CA-01772-XXXX0MB Div. CV-B).  In Brannen vs. Ford Motor, at the conclusion of a lengthy three-week trial, the jury found that the 2005 Ford F-150 was placed on the market with a defectively designed fuel system with a plastic skid plate.  Through litigation, the Defendants denied any design defect and refused to acknowledge that the plastic construction led to a catastrophic failure and secondary injuries for Plaintiff Michelle Brannen.  Cohen Milstein counsel successfully saw the case to trial and a jury awarded a $4.2 million dollar verdict in favor of Ms. Brannen.

- <u>Salvato vs. Marion County Sheriff's Office,</u> (Civil Action No. 5:12-CV-635-OC-10PRL).  In Salvato vs. Marion County Sheriff's Office, a jury of 3 men and 5 women found Sheriff Chris Blair, and Deputies Lauren Miley and Norman Brown of the Marion County Sheriff's Office, responsible for using excessive deadly force that resulted in the wrongful death of Joshua Salvato, an unarmed 21-year-old, who was shot and killed by the deputies nearly two years ago.  The verdict was issued after an eight-day trial in the United District Court, Middle District of Florida Ocala Division, under presiding Judge William Terrell Hodges.  Cohen Milstein counsel successfully saw the case to trial and the jury returned restitution in the amount of $2.3 million, charging Miley used excessive force and Brown willfully and wantonly acted in bad faith by inflicting conscious pain and suffering on Joshua Salvato before he died.

- <u>In re Vitamins Antitrust Litigation,</u> MDL No. 1285 (D.D.C.).  Cohen Milstein served as co-lead counsel for two certified classes of businesses that directly purchased bulk vitamins and were overcharged as a result of a ten year global price-fixing and market allocation conspiracy.  Chief Judge Hogan approved four major settlements between certain vitamin defendants and Class Plaintiffs, including a landmark partial settlement of $1.1 billion.  In a later trial before Chief Judge Hogan concerning four Class Plaintiffs' remaining unsettled Vitamin B4 (choline chloride) claims, a federal jury in Washington unanimously found Japan's second largest trading company, Mitsui & Co., Ltd., its wholly-owned U.S. subsidiary Mitsui & Co. (U.S.A.), Inc., DuCoa, LP, a choline chloride manufacturer based in Highland, Illinois, and DuCoa's general partner, DCV, Inc. liable for participating in the conspiracy and ordered them to pay $49,539,234, which is trebled to $148,617,702 under the federal antitrust laws.  The case was subsequently settled against those defendants.

- <u>In re Parmalat Securities Litigation,</u> No. 04 MD 1653 (S.D.N.Y.). In this securities litigation case, Cohen Milstein has successfully negotiated two partial settlements totaling approximately $90 million.  At the second partial settlement hearing, Judge Lewis A. Kaplan remarked that plaintiffs counsel "did a wonderful job here for the class and were in all respects totally professional and totally prepared.  I wish I had counsel this good in front of me in every case." Our clients, four large European institutional investors, were appointed as co-lead plaintiffs and we were appointed as co-lead counsel.  Most notably, this case allowed us the opportunity to demonstrate our expertise in the bankruptcy area.  During the litigation, the company subsequently emerged from bankruptcy and we added "New Parmalat" as a defendant because of the egregious fraud committed by the now-bankrupt old Parmalat.  New Parmalat strenuously objected and Judge Kaplan of the Southern District of New York ruled in the class plaintiffs' favor, a ruling which was affirmed on appeal.  This innovative approach of adding New Parmalat enabled the class to obtain an important additional source of compensation, as we subsequently settled with New Parmalat.

- <u>Dukes v. Wal-Mart Stores, Inc.</u>, No. C-01-2252 (N.D. Cal.).  Cohen Milstein is co-lead counsel in this sex discrimination case.  In 2004, the U.S. District Court certified a nationwide class action lawsuit for all female employees of Wal-Mart who worked in U.S. stores anytime after December 26, 1998.  This was the largest civil rights class action ever certified against a private employer, including approximately 1.5 million current and former female employees.  That ruling was appealed, and while affirmed by the Ninth Circuit, was reversed by the Supreme Court in June 2011.  Cohen Milstein argued the case for the plaintiffs-respondents in the Supreme Court.  Since then, the *Dukes* action has been amended to address only the Wal-Mart regions that include stores in California, and other regional class cases have been or are soon to be filed.  This litigation to resolve the merits of the claims – whether Wal-Mart discriminates against its female retail employees in pay and promotions – continues.

- <u>Rubin v. MF Global, Ltd.</u> (08-CV-02233, S.D.N.Y.).  Acting as co-lead counsel in this class action, the Firm represented the Central States, Southeast and Southwest Areas Pension Fund which was one of the co-lead plaintiffs in the case.  In September 2010, as a result of Plaintiffs' decision to appeal, the U.S. Second Circuit Court of Appeals vacated in part the lower court's dismissal of the case and remanded the case for further proceedings.  In overturning the District Court decision, the Second Circuit issued a decision which differentiated between a forecast or a forward looking statement accompanied by cautionary language -- which the Appellate Court said would be insulated from liability under the bespeaks caution doctrine -- from a factual statement, or non-forward-looking statement, for which liability may exist.  Importantly, the Second Circuit accepted Plaintiffs' position that where a statement is mixed, the court can sever the forward-looking aspect of the statement from the non-forward looking aspect.  The Court further stated that statements or omissions as to existing operations (and present intentions as to future operations) are not protected by the bespeaks caution doctrine.  Mediation followed this decision and resulted in a settlement comprised of $90 million in cash.

- <u>Hughes v. Huron Consulting Group</u> (09-CV-04734, N.D. Ill.).  Cohen Milstein represented lead plaintiffs the Public School Teachers' Pension & Retirement Fund of Chicago and the Arkansas Public Employees Retirement System ("APERS") in this case against Huron Consulting Group, founded by former Arthur Anderson personnel following its collapse in the wake of the Enron scandal.  In August 2010, the District Court for the Northern District of Illinois denied defendants' motions to dismiss <u>in their entirety</u> and upheld plaintiffs' allegations that defendants intentionally improperly accounted for acquisition-related payments, which allowed plaintiffs to move forward with discovery.  The case was settled for $40 million, comprised of $27 million in cash and 474,547 shares in Huron common stock, with an aggregate value at the time of final approval in 2011 of approximately $13 million.

- <u>In re Lucent Technologies Securities Litigation</u>, Civ. Action No. 00-621 (JAP) (D.N.J.).  A settlement in this massive securities fraud class action was reached in late March 2003.  The class portion of the settlement amounts to over $500 million in cash, stock and warrants and ranks as the second largest securities class action settlement ever completed.  Cohen Milstein represented one of the co-lead plaintiffs in this action, a private mutual fund.

- <u>RehabCare</u>, Civil Action No. 6197 (Delaware Court of Chancery). Cohen Milstein served as co-lead counsel in this shareholder litigation challenging the acquisition of healthcare provider

RehabCare Group, Inc. by Kindred Healthcare, Inc.  A settlement was approved in September 2011 and provided for additional disclosures regarding the process leading up to the merger along with a $2.5 million payment for the benefit of the class of RehabCare shareholders.

- Nate Pease, et al. v. Jasper Wyman & Son, Inc., et al., Civil Action No. 00-015 (Knox County Superior Court, Me.).  In 2004, a state court jury from Maine found three blueberry processing companies liable for participating in a four-year price-fixing and non-solicitation conspiracy that artificially lowered the prices defendants paid to approximately 800 growers for wild blueberries.  The jury ordered defendants Cherryfield Foods, Inc., Jasper Wyman & Son, Inc., and Allen's Blueberry Freezer, Inc. to pay $18.68 million in damages, the amount which the growers would have been paid absent the defendants' conspiracy.  After a mandatory trebling of this damage figure under Maine antitrust law, the total amount of the verdict for the plaintiffs is just over $56 million.  The Firm served as co-lead counsel.

- In re StarLink Corn Products, Liability Litigation, MDL No. 1403. (N.D. Ill.).  Cohen Milstein successfully represented U.S. corn farmers in a national class action against Aventis CropScience USA Holding and Garst Seed Company, the manufacturer and primary distributor of StarLink corn seeds.  StarLink is a genetically modified corn variety that the United States government permitted for sale as animal feed and for industrial purposes, but never approved for human consumption.  However, StarLink was found in corn products sold in grocery stores across the country and was traced to widespread contamination of the U.S. commodity corn supply.  The Firm, as co-lead counsel, achieved a final settlement providing more than $110 million for U.S. corn farmers, which was approved by a federal district court in April 2003.  This settlement was the first successful resolution of tort claims brought by farmers against the manufacturers of genetically modified seeds.

- Snyder v. Nationwide Mutual Insurance Company, No. 97/0633 (Sup. Ct. N.Y. Onondaga Cty.).  Cohen Milstein served as one of plaintiffs' principal counsel in this case on behalf of persons who held life insurance policies issued by Nationwide through its captive agency force.  The action alleged consumer fraud and misrepresentations.  Plaintiffs obtained a settlement valued at more than $85 million.  The judge praised the efforts of Cohen Milstein and its co-counsel for having done "a very, very good job for all the people."  He complimented "not only the manner" in which the result was arrived at, but also the "time … in which it was done."

- Oncology & Radiation Associates, P.A. v. Bristol Myers Squibb Co., et al., No. 1:01CV02313 (D.D.C.).  Cohen Milstein has been co-lead counsel in this case since its inception in 2001.  Plaintiffs alleged that Bristol-Myers Squibb unlawfully monopolized the United States market for paclitaxel, a cancer drug discovered and developed by the United States government, which Bristol sells under the brand name Taxol. Bristol's scheme included a conspiracy with American BioScience, Inc., a generic manufacturer, to block generic competition.  Cohen Milstein's investigation and prosecution of this litigation on behalf of direct purchasers of Taxol led to a settlement of $65,815,000 that was finally approved by U.S. District Judge Emmet G. Sullivan on August 14, 2003 and preceded numerous Taxol-related litigations brought by the Federal Trade Commission and State Attorneys General offices.

- Kruman v. Christie's International PLC, et al., Docket No. 01-7309.  A $40 million settlement on behalf of all persons who bought or sold items through Christie's or Sotheby's auction houses in non-internet actions was approved in this action.  Cohen Milstein served as one of

three leading counsel on behalf of foreign plaintiffs.  The Court noted that approval of the settlement was particularly appropriate, given the significant obstacles that faced plaintiffs and plaintiffs' counsel in the litigation.  The settlement marked the first time that claims on behalf of foreign plaintiffs under U.S. antitrust laws have been resolved in a U.S. court, a milestone in U.S. antitrust jurisprudence.

- In re The Exxon Valdez Litigation, No. A89-095 Civ. (D. Ak.).  The firm was selected from dozens of law firms around the country by federal and state judges in Alaska to serve as co-lead counsel for plaintiffs in the largest environmental case in United States history that resulted in a jury verdict of more than $5 billion (reversed and remanded for revised punitive damages award; further proceedings pending).

- Holocaust Litigation.  In the historic Swiss Banks litigation, Cohen Milstein served, *pro bono,* as co-lead counsel for Holocaust survivors against the Swiss banks that collaborated with the Nazi regime during World War II by laundering stolen funds, jewelry and art treasures.  Cohen Milstein obtained a $1.25 billion settlement, leading the presiding judge to call the firm's work "indispensable."  *See In re Holocaust Victim Assets Litig.*, Case No. CV 96-4849 (ERK) (MDG) (Memorandum of Chief Judge Korman dated July 26, 2002).  The Firm was also a lead counsel in litigation by survivors of World War II-era forced and slave labor in litigation against the German companies that profited from using the labor of concentration camp inmates.  This litigation, which resulted in an unprecedented settlement of $5.2 billion, was resolved by multinational negotiations involving the defendants, plaintiffs' counsel, and the governments of several countries for approximately two million claimants.

  Cohen Milstein has contributed over tens of thousands of hours of time to human rights and *pro bono* cases since 1996.  As an example, the Firm represented eight survivors and/or families of the victims of the September 11, 2001 attack on the Pentagon before the Federal compensation fund.  Cohen Milstein has obtained a substantial recovery for each, including the highest recovery to date, $6.8 million, for an injured individual.

- Roberts v. Texaco, Inc., 94-Civ. 2015 (S.D.N.Y.).  Cohen Milstein represented a class of African-American employees in this landmark litigation that resulted in the then-largest race discrimination settlement in history ($176 million in cash, salary increases and equitable relief).  The Court hailed the work of class counsel for, *inter alia,* "framing an imaginative settlement, that may well have important ameliorative impact not only at Texaco but in the corporate context as a whole …".

- Conanan v. Tanoue, No. 00-CV-3091 (ESH).  Cohen Milstein represented African-American employees at the Federal Deposit Insurance Corporation (FDIC) in this race discrimination suit, which settled for $14 million.  The settlement provides the largest payment made in an employment discrimination class action based on race against a federal agency.

- Trotter v. Perdue Farms, Inc., Case No. 99-893 (RRM) (JJF) (MPT), D. Del.  This suit on behalf of hourly workers at Perdue's chicken processing facilities – which employ approximately 15,000 people – forced Perdue to pay employees for time spent "donning and doffing," that is, obtaining, putting on, sanitizing and removing protective equipment that they must use both for their own safety and to comply with USDA regulations for the safety of the food supply.  The suit alleged that Perdue's practice of not counting donning and doffing time

- 5 -

as hours worked violated the Fair Labor Standards Act and state law.  In a separate settlement with the Department of Labor, Perdue agreed to change its pay practices.  In addition, Perdue is required to issue retroactive credit under one of its retirement plans for "donning and doffing" work if the credit would improve employees' or former employees' eligibility for pension benefits.  Cohen Milstein was co-lead counsel.

In addition, Cohen Milstein is an innovator in new areas of the law.  Cohen Milstein was in the forefront of filing antitrust claims on behalf of indirect purchasers in 1993 and 1994, when it filed state-court actions in 18 states on behalf of indirect purchasers of infant formula.  This was the first effort to systematically and simultaneously pursue treble damages claims on behalf of indirect-purchasing consumers in all states where antitrust laws permitted such claims.  This approach, and variations of it, has since become the accepted model for pursuing antitrust damages on behalf of indirect-purchasing consumers.  The Firm also has been in the forefront of the development of international antitrust theory and litigation of claims.  As the global economy has produced worldwide conglomerates, so, too, has the nature of antitrust violations changed.  For example, in *Kruman v. Christie's International PLC, et al.* Docket No. 01-7309 and *In re Bulk Vitamins Antitrust Litigation*, MDL 1285 (D.D.C.), both the parties and the anticompetitive actions were played out on a world, rather than domestic, stage.  The firm also represents and won Lead Plaintiff status for domestic and foreign investors in a foreign company's bonds, in a PSLRA litigation being pursued in the United States, *In re Parmalat Securities Litigation*, Master Docket 04 Civ. 0030 (LAK) (S.D.N.Y.).

### Awards & Recognition

In 2014, Cohen Milstein was selected as an **Elite Trial Lawyer** firm by the National Law Journal.

Cohen Milstein Partners Steven J. Toll, Joseph M. Sellers, Kit A. Pierson, and Agnieszka M. Fryszman Selected to the **2014 Lawdragon 500**.

Joseph M. Sellers, Theodore J. Leopold, Leslie M. Kroeger, and Wallace B. McCall Make "**Best Lawyers' List**" for 2015.

Released in 2014, the 2013 SCAS 50 Report on Total Securities Class Action Settlements once again ranked Cohen Milstein as a top firm.

In 2014, Theodore J. Leopold, a partner at Cohen Milstein, was been selected to the Top 100 Miami Florida Super Lawyers list.  Partner Leslie M. Kroeger and Of Counsel Attorney Wallace B. McCall were selected to the **2014 Florida Super Lawyers** list and Diana L. Martin was selected to the **Florida Rising Stars** list.

In 2014, Cohen Milstein attorneys Leslie M. Kroeger and Adam J. Langino were both recognized in the 2014 edition of **Florida Trend's Florida Legal Elite™**.  Kroeger is recognized as Legal Elite and Langino is listed as an Up-and-Comer.

In 2014, Cohen Milstein was selected to the selected to the **National Law Journal's Midsize Hot List**.

In 2014, Cohen Milstein was recognized as a "**Highly Recommended Washington, DC Litigation Firm**" by Benchmark Plaintiff: The Definitive Guide to America's Leading Plaintiff Firms and Attorneys.

In 2014, Cohen Milstein was ranked as a **Leading Plaintiff Class Action Antitrust Firm in the United States by the Legal 500** for the sixth year in a row.

In 2014, Partner Richard Koffman was named, for the fifth consecutive year, in the Legal 500 United States "**Leading Lawyers**" list under the category of "Litigation - Mass Tort and Class Action: Plaintiff Representation - Antitrust".

In 2014, Cohen Milstein attorneys Christopher Cormier, Angnieszka Fryszman, Julie Goldsmith Reiser, Joseph Sellers, Daniel Sommers, and Steven Toll were recognized **as Local Litigation Stars** by Benchmark Plaintiff: The Definitive Guide to America's Leading Plaintiff Firms and Attorneys.

In 2014, Cohen Milstein attorneys R. Joseph Barton, Andrew Friedman, Agnieszka Fryszman, Karen Handorf, Kit A. Pierson, Julie Reiser, Bruce Rinaldi, Joseph M. Sellers, Linda Singer, Daniel A. Small, Daniel S. Sommers, Steven J. Toll and Christine E. Webber were selected as **Washington DC Super Lawyers**.

In 2014, Cohen Milstein attorneys Laura Alexander, Monya Bunch, S. Douglas Bunch, Joshua S. Devore, Jeffrey Dubner, Johanna Hickman, Joshua Kolsky, Kalpana Kotagal, Emmy Levens, Peter Romer-Friedman, Michelle Yau and David Young were selected as **Washington DC Rising Stars** by Super Lawyers.

In 2014, Theodore J. Leopold, a partner at Cohen Milstein, was been selected to the Top 100 Miami Florida Super Lawyers list.  Partner Leslie M. Kroeger and Of Counsel Attorney Wallace B. McCall were selected to the 2014 Florida Super Lawyers list and Diana L. Martin was selected to the Florida Rising Stars list.

In 2014, Cohen Milstein attorneys Leslie M. Kroeger and Adam J. Langino were both recognized in the 2014 edition of Florida Trend's Florida Legal Elite™.  Kroeger is recognized as Legal Elite and Langino is listed as an Up-and-Comer.

In 2014, Best Lawyers named Cohen Milstein Partner Joseph Sellers D.C. Litigation - Labor & Employment Lawyer of the Year.

In 2013, for the third-year in a row, Cohen Milstein was selected to the *National Law Journal* **Plaintiffs' Hot List**.

In 2013, Cohen Milstein was named a "**Most Feared Plaintiffs Firm**" by Law360.

In 2013, Cohen Milstein was ranked as a Leading Plaintiff Class Action Antitrust Firm in the United States by the Legal 500 for the fifth year in a row.

In 2013, Cohen Milstein attorneys Joseph Barton, Andrew Friedman, Agnieszka Fryszman, Karen Handorf, Kit A. Pierson, Julie G. Reiser, Joseph M. Sellers, Daniel A. Small, Daniel S. Sommers, Steven J. Toll, and Christine E. Webber were selected as **Washington DC Super Lawyers**.

In 2013, Cohen Milstein attorneys Joshua Devore and Michelle Yau were selected as **Washington DC Rising Stars** by Super Lawyers.

In 2013, Cohen Milstein Partner Carol V. Gilden was selected as a **2013 Illinois Super Lawyer**.

In 2012, for the second-year in a row, Cohen Milstein was selected to the *National Law Journal* **Plaintiffs' Hot List**.

In 2012, Cohen Milstein was the recipient of the Judith M. Conti Pro Bono Law Firm of the Year Award from the Employment Justice Center.

In 2012, Cohen Milstein was recognized as a "Highly Recommended Washington, DC Litigation Firm" by Benchmark Plaintiff: The Definitive Guide to America's Leading Plaintiff Firms and Attorneys.

In 2012, Cohen Milstein was ranked as a top firm by the 2011 SCAS Report on Total Securities Class Action Settlements.

In 2012, Cohen Milstein was ranked as a Leading Plaintiff Class Action Antitrust Firm in the United States by the Legal 500 for the fourth year in a row.

In 2012, Partner Joseph M. Sellers was selected as a **Washington DC Super Lawyer**.  Mr. Sellers was also selected for this prestigious award in 2007, 2008, 2009, 2010, and 2012.

In 2012, Partner Steven J. Toll was selected as a **Washington DC Super Lawyer**.  Mr. Toll was also selected for this prestigious award in 2007, 2009, 2010, and 2011.

In 2012, Partner Daniel S. Sommers was selected as a **Washington DC Super Lawyer**.  Mr. Sommers was also selected for this prestigious award in 2011.

In 2012, Partner Christine E. Webber was selected as a **Washington DC Super Lawyer**.  Ms. Webber was also selected for this prestigious award in 2007.

In 2012, Partner Agnieszka M. Fryszman was selected as a **Washington DC Super Lawyer**.

In 2012, Partner Kit A. Pierson was selected as a **Washington DC Super Lawyer**.

In 2012, Partner Carol V. Gilden was selected as an **Illinois Super Lawyer**.  Ms. Gilden was also selected for this prestigious award in 2005, 2006, 2007, 2008, 2009, 2010, and 2011.

In 2011, Cohen Milstein was selected to the *National Law Journal* **Plaintiffs' Hot List**.

In 2011, Partner Joseph M. Sellers was selected as a **"Visionary"** by The *National Law Journal***.**

In 2011, Partner J. Douglas Richards, Of Counsel Joel Laitman, and Of Counsel Christoper Lometti were selected as **New York - Metro Super Lawyers**.

In 2011, Partner Joseph M. Sellers and the *Keepseagle v. Vilsack* team were selected as a finalist for the **2011 Trial Lawyer of the Year Award** from the Public Justice Foundation.

In 2011, **Cohen Milstein was ranked as a Leading Plaintiff Class Action Antitrust Firm in the United States** by the Legal 500 for the third year in a row.

In 2011, Partners Steven Toll, Joseph Sellers, and Daniel Sommers were selected as **Washington DC Super Lawyers**.  Partner J. Douglas Richards, Of Counsel Joel Laitman and Christoper Lometti were selected as **New York - Metro Super Lawyers**.  Partner Carol Gilden was selected as an **Illinois Super Lawyer**.

In 2011, Cohen Milstein was a recipient of The *National Law Journal's* **Pro Bono Award**.  The Firm was named one of the "six firms that best reflect the pro bono tradition."

In 2010, Partner Joseph M. Sellers was selected as one of "**The Decade's Most Influential Lawyers**" by *The National Law Journal*.

In 2010, Partner Steven J. Toll was named one of Law360's "**Most Admired Attorneys**".

In 2010, Partner Andrew N. Friedman was selected as a **Washington DC Super Lawyer**.

In 2010, Partner Linda Singer was selected as one of "**Washington's Most Influential Women Lawyers**" by *The National Law Journal*.

In 2010, Partner Agnieszka M. Fryszman was selected as a finalist for the **Trial Lawyer of the Year Award** from the Public Justice Foundation.

In 2010, Partners Joseph M. Sellers and Agnieszka M. Fryszman were both selected as one of the **Lawdragon 500 Leading Lawyers in America**.

In 2010, Cohen Milstein was once again ranked as a **Leading Plaintiff Class Action Antitrust Firm in the United States** by the Legal 500.

In 2009, Partner Steven J. Toll was named a **Top Attorney in Corporate Litigation for Securities Litigation** by Super Lawyers.

In 2009, Partners Joseph M. Sellers and Christine E. Webber were named as **Top Washington Lawyers** by the Washingtonian Magazine.

In 2009, Cohen Milstein was recognized as **one of the top 50 law offices in Washington D.C. for diversity efforts**.

In 2009, Cohen Milstein was nominated for the prestigious **Class Action Law Firm of the Year** award by Global Pensions magazine for the third year in a row.

Cohen Milstein ranked as a **2009 Leading Plaintiff Class Action Antitrust Firm in the United States** by *The Legal500*.

The **2008 SCAS Report on Total Securities Class Action Settlements** ranked Cohen Milstein as a top firm for the second year in a row.

In 2008, Cohen Milstein was nominated for the prestigious **Class Action Law Firm of the Year** award by Global Pensions magazine for the second year in a row.

In 2008, Managing Partner Steven J. Toll was named one of Lawdragon's **100 Lawyers You Need to Know in Securities Litigation.**

In 2008, Steven J. Toll and Joseph M. Sellers were both named as one of Lawdragon's "**500 Leading Lawyers in America**."

**500 Leading Plaintiffs' Lawyers in America**
Lawdragon
January-February, 2007

**Top Antitrust Plaintiffs' Firm**
Competition Law 360
February 14, 2007
Cohen Milstein named #1

Joseph M. Sellers was selected by his peers to be included in the 2007 edition of **The Best Lawyers in America®** in the specialty of Civil Rights Law.

**Beacon of Justice Award -** For Cohen Milstein's work on the Guantanamo cases.
From the National Legal Aid and Defender Association
Summer 2007

**Fierce Sister Award -** For Cohen Milstein's work on the comfort woman case.
Summer 2007

**The Plaintiffs' Hotlist**
The National Law Journal
October 9, 2006

**Runner up for Matter of the Year**
Global Competition Review
February, 2005
On Empagran matter, praised for ingenuity in how the case was prosecuted

**Andrew N. Friedman**

Andrew Friedman, a Partner at the Firm, joined Cohen Milstein in 1985.  He is a member of the Securities Fraud/Investor Protection practice group and the head of the Consumer Protection & Unsafe Products practice group.

Mr. Friedman has been involved in many successful securities class actions.  In July, 2005, Mr. Friedman served as one of lead trial counsel at the trial of a certified class action in *In re Globalstar Securities Litigation* in the United States District court for the Southern District of New York.  Near the end of the second week of trial, a cash settlement of $20 million was reached for the benefit of the certified class.  The settlement was approved by Judge P. Kevin Castel, who was highly complimentary of counsel: "This case  has been litigated by top trial lawyers, each of whom, as to both lead counsel and the other counsel in the case, have been exceptionally fine in their presentation of the evidence.  Mr. Toll, Mr. Friedman, Mr. Shalov, their colleagues Mr. Devore, Ms. Peterson, have all done a terrific job in presenting the case for the plaintiffs."

In addition, Mr. Friedman served as one of co-lead or principal counsel in *Norman Frank et al. v. David L. Paul* (recovery of over $18 million); *In re Jiffy Lube Securities Litigation* (D. Md.) (recovery of over $12 million); and *In re Immunex Securities Litigation* (W.D. Wash.) (recovery of $14 million, then the largest securities class action settlement in Seattle).  Mr. Friedman was one of the Firm's attorneys selected by the County of Cuyahoga, Ohio to prosecute a lawsuit that sought to recover losses from the County's Secured Assets Fund Earnings Program (S.A.F.E.).  The lawsuit alleged that broker/dealers and a financial institution assisted the County in engaging in unsuitable and inappropriate investments and trading activity.  The case settled favorably for $9.5 million.

In the consumer protection area, Mr. Friedman has been instrumental in securing significant recoveries on behalf of thousands of consumers.  He was one of the principal counsel in *Snyder v. Nationwide Mutual Insurance Company* (Sup. Ct., Onondaga Cnty, N.Y.), a class action that resulted in a settlement valued at between $85 million and $103 million.  As one of two co-lead counsel in a class action against Thomson Consumer Electronics, Mr. Friedman reached a court-approved agreement that made up to $100 million available for persons who paid for unreimbursed repairs to televisions.  He was also part of the plaintiffs' team that secured nationwide benefits for GM vehicle purchasers as the result of defective automobile engine coolants. *In re General Motors Dex-Cool Products Liability Litigation* (S.D. Ill).

Mr. Friedman has been a speaker on numerous panels for legal education seminars and institutional investor conferences on the issues of securities class actions, securities fraud monitoring, accounting fraud and corporate governance.  He was featured in a November 15, 1997 Washington Post article about securities class actions and profiled in the April 14, 2000 edition of The Washington Business Journal. In 2007, Lawdragon named Mr. Friedman as one of the 3,000 Leading Plaintiffs' Lawyers in America and in 2011, he was named to the Super Lawyers 2011 Business Edition for litigation.

Prior to joining Cohen Milstein, Mr. Friedman served as an attorney with the U.S. Patent and Trademark Office.

Mr. Friedman graduated from Tufts University with a B.A. in Psychology (1980, *magna cum laude*, Phi Beta Kappa) and is a 1983 graduate of the National Law Center, George Washington University.

Mr. Friedman is admitted to practice in the District of Columbia and New York.

**Douglas J. McNamara**

Douglas McNamara, Of Counsel at the Firm, joined Cohen Milstein in 2001 as a member of the Antitrust and Consumer Protection & Unsafe Products practice groups.  Mr. McNamara has worked on numerous cases involving dangerous pharmaceuticals and medical devices, light cigarettes, defective consumer products, and environmental torts.

Prior to joining Cohen Milstein, Mr. McNamara was a litigation associate at Arnold & Porter, specializing in pharmaceutical and product liability cases. He started his career at New York City's Legal Aid Society, defending indigent criminal defendants at trial and on appeal. He has been the lead author on three law review articles: Buckley, Imbler and Stare Decisis: The Present Predicament of Prosecutorial Immunity and An End to Its Absolute Means, 59 Alb. L. Rev. 1135 (1996); Sexual Discrimination and Sexual Misconduct: Applying New York's Gender-Specific Sexual Misconduct Law to Minors, 14 Touro L. Rev. 477 (Winter 1998), and most recently, Douglas McNamara, et al, Reexamining the Seventh Amendment Argument Against Issue Certification, 34 Pace L. Rev. 1041 (2014). He is presently teaching a course on environmental and toxic torts as an adjunct at George Washington University School of Law. Mr. McNamara graduated from SUNY Albany with a B.A. in Political Science (summa cum laude, 1992) and New York University School of Law (J.D., 1995).

Mr. McNamara is admitted to practice in New York and the District of Columbia.

## Sally M. Handmaker

*Associate*

Sally M. Handmaker, an Associate at the Firm, joined Cohen Milstein in 2014 and is a member of the Consumer Protection & Unsafe Products practice group.

Prior to joining Cohen Milstein, Ms. Handmaker was a Litigation Associate at Proskauer Rose LLP, working on complex commercial and general litigation matters in federal and state courts covering a variety of subject matters, including antitrust, securities litigation, sports, intellectual property, and employment. She was a recipient of Proskauer's Golden Gavel Award in 2012 in recognition of her pro bono work with the Lawyers Committee for Civil Rights Under Law's Voting Rights Project.

Ms. Handmaker graduated from the University of Southern California in 2007, *summa cum laude,* with a B.A.in Psychology and Political Science and received her J.D. from the University of Virginia School of Law in 2011. While in law school, Ms. Handmaker served as an intern at the U.S. Department of Justice's Criminal Division focusing on cases involving child exploitation and was a board member of The Virginia Innocence Project, the University of Virginia's arm of the national litigation and public policy organization dedicated to exonerating wrongfully convicted people through DNA testing and reforming the criminal justice system. She also participated in the University of Virginia School of Law's Moot Court program and served on the Editorial Board of the Journal of Law & Politics.

Ms. Handmaker's undergraduate honors thesis was published in the American Psychological Association journal Law and Human Behavior under the title "How Did you Feel?: Increasing Child Sexual Abuse Witnesses' Production of Evaluative Information."

Ms. Handmaker is admitted to practice in California and the District of Columbia.

# Exhibit J



ZIMMERMAN | REED
— FIRM RESUME

**MINNEAPOLIS**

Zimmerman Reed, PLLP
1100 IDS Center, 80 South 8th Street
Minneapolis, MN  55402
t: 612.341.0400
f: 612.341.0844
zimmreed.com

**SCOTTSDALE**

Zimmerman Reed, PLLP
14646 North Kierland Blvd., Suite 145
Scottsdale, Arizona 85254
t: 480.348.6400
f: 480.348.6415
zimmreed.com

TABLE OF CONTENTS

ZIMMERMAN REED ATTORNEYS.................................................................................1

  Carolyn G. Anderson...........................................................................................................1

  Patricia A. Bloodgood..........................................................................................................2

  Bradley C. Buhrow ..............................................................................................................3

  David M. Cialkowski ...........................................................................................................3

  Brian C. Gudmundson .........................................................................................................4

  June P. Hoidal......................................................................................................................4

  Andre S. LaBerge................................................................................................................5

  Jacqueline A. Olson .............................................................................................................5

  Anne T. Regan ....................................................................................................................6

  Hart L. Robinovitch .............................................................................................................7

  J. Gordon Rudd, Jr...............................................................................................................7

  Behdad C. Sadeghi ..............................................................................................................8

  Charles S. Zimmerman.........................................................................................................9

CASE RESUME:  RECENT LEADERSHIP POSITIONS...........................................10

  Consumer Litigation .........................................................................................................10

  Defective Drugs and Devices ...........................................................................................11

  Securities, Investment Fraud, Corporate Governance and Antitrust .................................12

  Employment Violations – Wage and Hour Litigation .......................................................14

  Environmental and Toxic Torts ........................................................................................16

  Homeowner Mortgage Litigation......................................................................................16

  Other Complex Litigation .................................................................................................17

FIRM PRACTICE AND ACHIEVEMENTS

Zimmerman Reed is a nationally recognized leader in complex and class action litigation and has been appointed as lead counsel in some of the largest and most complex cases in federal and state courts across the country.   The firm was founded in 1983 and has successfully represented thousands of consumers and injured individuals nationwide in significant and demanding cases. The firm's practice includes a wide range of legal issues and complex cases involving consumer fraud, ERISA, shareholder actions, environmental torts, pharmaceutical drugs, dangerous or defective products, human rights violations, and privacy litigation.  Since 2010, Zimmerman Reed has earned a first-tier "Best Law Firm" ranking released by U.S. News & World Report.

ZIMMERMAN REED ATTORNEYS

**Carolyn G. Anderson** is a Managing Partner at Zimmerman Reed and leads the firm's Investor Protection, Antitrust, and Attorney General practice groups.

Carolyn has successfully represented small investors, institutional clients, and states in individual and nationwide securities fraud, ERISA, and antitrust actions. She has served in a leadership role in obtaining numerous significant awards in both individual actions and multi-state actions.

Carolyn is counsel in an antitrust action, on behalf of the State of Mississippi and its respective citizens, working with a coalition of four Attorneys General, in an action against manufacturers of LCD displays. During the course of litigation, the State's claims were removed to federal court. After opposing this removal at the district court and the Fifth Circuit, the State petitioned the U.S. Supreme Court.   The Supreme Court ruled unanimously in favor of Mississippi, reversing the Fifth Circuit's decision and clarifying the standard for removal of state actions under the Class Action Fairness Act (CAFA). *Mississippi ex rel. Hood v. AU Optronics*, 134 S. Ct. 736 (2014).  Carolyn is also Co-Lead Counsel on behalf of investors alleging losses due to Wells Fargo's securities lending program.  The case was settled on April 12, 2014, two days before trial was set to commence for $62 million.  She serves as Interim Co-Lead Counsel in an action, pending in the District of Minnesota, against fiduciaries of U.S. Bancorp Pension Plan for violations of ERISA.   Carolyn is also Co-Counsel on behalf of investors in Morgan Keegan open end mutual funds in a case proceeding in the Western District of Tennessee.

In prior representation, Carolyn represented large groups of investors with significant losses involving Merrill Lynch, AIG, Boston Scientific, and Lehman Brothers. Carolyn also led a legal team in a case brought by investors against American Express Financial Advisors, challenging that company's practices and breaches of fiduciary duty with its investing customers. The case, brought under the Investment Advisor Act, resulted in a $100 million settlement. Carolyn also successfully represented Midwest farmers/shareholders who challenged an ethanol plant's merger with Archer Daniels Midland; she was appointed Class Counsel in that matter. The case was resolved weeks prior to trial. Carolyn was also appointed Lead Counsel in a securities fraud lawsuit involving Boston Scientific, representing a public pension fund and a certified class.

1

In addition to serving in positions of leadership in investor protection litigation, Carolyn currently represents *pro bono* one hundred faith-based not-for-profit organizations related to their losses from the $3.6 billion Petters Ponzi scheme. She was appointed by the federal judge to serve as Assistant Liquidating Trustee under the supervision of the Court and the Liquidating Trustee for assets being distributed to some of those investors. In *United States v. Petters*, No. 08-cv-05348 (D. Minn.), the Firm worked with the Department of Justice and the court-appointed receiver, to successfully recover and distribute millions of dollars to these victims pursuant to a settlement with Petters financier, Frank Vennes.

Carolyn maintains strong ties with the National Association of Attorneys General, individual state Attorneys General, state pension fund officers, and other institutional investors. She is a frequent lecturer at colleges and law schools, and has served as a legal education faculty member on the topics of complex litigation, legal ethics, and securities law.

Carolyn graduated from Trinity College, where she received a Bachelor of Arts degree, *cum laude*, in Psychology.  She received her law degree *cum laude* from Hamline University School of Law where she was a Dean's Scholar, received the Cali Award for Excellence in Constitutional Law, and served on Hamline Law Review, where her case note article was selected for publication.  Carolyn also studied law at Hebrew University in Jerusalem, Israel in course-work focusing on Law, Religion, & Ethics.  Carolyn was previously honored as Rising Star of Law and, in 2014, was recognized as a Super Lawyer by her peers in Minnesota.

Carolyn is admitted to practice before, and is a member in good standing of, the Bar of the State of Minnesota, the United States District Court for the District of Minnesota, the Court of Appeals for the Eighth Circuit and the First Circuit, and the U.S. Supreme Court.  In addition to these courts, Carolyn works on cases with local counsel nationwide.  She is a member of the Federal Bar Association, the American Association for Justice, the Minnesota Bar Association, and the Hennepin County Bar Association.

**Patricia A. Bloodgood**, a partner at Zimmerman Reed, brings two decades of experience in complex commercial litigation, particularly class actions. She has served as lead counsel on a number of class actions, including the Lutheran Brotherhood Sales Practices Litigation. Patricia was instrumental while working with law firms around the country on the FedEx Ground Drivers Lawsuit, a multi-district consolidated proceeding involving 40 different state class actions challenging FedEx Grounds' independent contractor model.  She also works with counsel for a coalition of Attorneys General from four states in an antitrust action against manufacturers of LCD displays who engaged in a global price-fixing conspiracy.  Patricia currently represents investors in the Morgan Keegan open end mutual fund lawsuits proceeding in the Western District of Tennessee.

Patricia is a frequent lecturer at litigation strategy seminars on the topics of securities law, expert witnesses, and class actions and is also a past President of the Minnesota Chapter of the Federal Bar Association. At Zimmerman Reed, Patricia focuses her practice on complex litigation, including securities fraud, consumer fraud, and employment practices. Patricia was selected as a Super Lawyer in 2014.

Patricia is a graduate of the University of Minnesota and a graduate of the University of Wisconsin Law School.  Patricia is licensed to practice law in both Minnesota and Wisconsin.

**Bradley C. Buhrow is an associate** representing clients in consumer protection litigation. Brad currently works on behalf of consumers in a class action lawsuit against Research in Motion after a massive Blackberry service outage occurred, that spanned the United States and abroad, leaving customers unable to access e-mails and text messages on their mobile smartphone devices. He is also part of the team of lawyers who represent purchasers of Hebrew National hot dogs in a class action lawsuit alleging that Hebrew National mislabeled its hot dogs as kosher. Brad is also counsel on another mislabeling case against General Mills, on behalf of customers who paid a premium price for Yoplait Greek yogurt; the Complaint alleges that the product is neither Greek nor, technically, even yogurt. Brad also represents former NFL players supporting their claims that the NFL concealed the chronic cumulative effects of concussions and implemented a common policy to deny or minimize the seriousness of those injuries and to return players to the game after sustaining concussions.

Brad graduated *cum laude* from California Western School of Law, where he served as an Associate Writer for the California Western Law Review and an Associate Editor for both the California Western Law Review and the California Western International Law Journal. He was also a recipient of the Trial Practice Academic Award and the Academic Merit Scholarship. Prior to law school Brad attended the University of Arizona, earning his Bachelor of Science degree in Business Administration and Management. Brad is licensed to practice law in the State of California.

**David M. Cialkowski** is a partner at Zimmerman Reed, and dedicates a substantial portion of his practice to the area of complex and mass tort litigation, with a primary focus on consumer protection, antitrust, and products liability litigation.

David is a member of the legal team representing the Mississippi Attorney General's Office in *Mississippi ex rel. Hood v. AU Optronics*, 134 S. Ct. 736 (2014), an antitrust case against manufacturers of LCD displays and whether an attorney general's *parens patriae* case is a "mass action" under the meaning of the Class Action Fairness Act.  The Supreme Court ruled unanimously in Mississippi's favor.  He served as a member of the Plaintiffs' Steering Committee in *In re Apple iPHONE 3G and 3GS "MMS" Marketing and Sales Practices Litigation*, a consumer protection class action, MDL 2116, based in New Orleans, Louisiana. He also served as court-appointed co-lead counsel in *In re Dockers Roundtrip Airfare Promotion Sales Practices Litigation*, a consumer protection class action based in the U.S. District Court for the District of California. David has worked extensively in *In re Levaquin Products Liability Litigation*, MDL 1943, and *In re St. Jude Silzone Heart Valves Product Liability Litigation*, MDL 1396. He has also contributed substantially to *In re FedEx Ground Package Systems, Inc.*, MDL 1700, on behalf of plaintiffs in several states.  David represented residents of Minot, North Dakota, in *In re Soo Line Railroad Company Derailment of January 18, 2002 in Minot, N.D.*, who were affected by the toxic spill caused by the derailment of a Canadian Pacific Railway train, and helped draft federal legislation clarifying the scope of railroad preemption.

David earned his undergraduate degree from the University of Illinois's College of Liberal Arts and Sciences *cum laude* with High Distinction in the Department of English.  Additionally, he

participated in the honors program as a James Scholar, received the Elizabeth and Charles Ellis Merit Scholarship, and is a member of Phi Beta Kappa. David graduated from the University of Illinois College of Law, where he participated in the civil litigation clinic, was an editor for the Poetic Justice literary magazine, and was voted one of the top ten percent of university teaching assistants.

David is licensed to practice and a member in good standing, for the Bars of the State of Minnesota and the State of Illinois. His professional associations include membership in the Minnesota State Bar Association and Hennepin County Bar Association. David has been recognized as a Rising Star of Law from 2006–2008 and 2010-2013.

**Brian C. Gudmundson** is a partner and concentrates his practice on complex litigation and commercial class actions, including the areas of Consumer, Antitrust, Securities, Intellectual Property, and Sports and Entertainment Litigation. Brian represents individuals, businesses, and public and private institutional clients in a variety of complex cases.

Brian is a member of the lead counsel team representing banks and other financial institutions in recovering losses due to the 2013 Target data breach. Brian represents retired NHL players alleging the National Hockey League minimized concussion risks from its players for decades. He is also a member of the lead counsel team that achieved a $50 million settlement on behalf of retired National Football League players in a class action against the League for the unauthorized use of former players' identities to generate revenue. He represents hundreds of individual retired NFL players in claims arising from concussive head injuries suffered while NFL players. Presently, Brian represents MoneyGram Payment Systems, Inc. in claims against several Wall Street banks alleging over $400 million of losses due to the fraudulent sale of securities containing undisclosed, toxic mortgage-based assets. He also specializes in claims under the RICO Act and currently represents multiple non-profit and faith-based investors pro bono in RICO claims arising from the $3.5 billion Petters Ponzi scheme

Brian recently served as court-appointed co-lead counsel in *In Re: Dockers Roundtrip Airfare Promotion Sales Practices Litigation* (C.D. Cal.), which culminated in a multimillion dollar settlement on behalf of a nationwide class of consumers. In 2005, Brian was part of a securities litigation team that achieved a $2.5 billion settlement against AOL-Time Warner on behalf of investors.

Brian received his BA from the University of Minnesota and his JD, *cum laude*, from the University of Minnesota Law School. Brian is admitted to the state courts of Minnesota, the U.S. District Courts for the District of Minnesota and the Northern District of Illinois, and the Tenth Circuit Court of Appeals. Brian has been recognized as a Rising Star of Law every year since 2010.

**June P. Hoidal** is an associate representing individuals and businesses who experienced losses as a result of securities and consumer fraud and antitrust violations. She is a member of the legal team representing the State of Mississippi in an antitrust action against manufacturers of LCD screens. Her work included assisting with briefing before the U.S. Supreme Court, which unanimously ruled in favor of Mississippi by finding the State's *parens patriae* action was not removable to federal court. *Mississippi ex rel. Hood v. AU Optronics*, 134 S. Ct. 736 (2014). June

also represented investors alleging losses due to Wells Fargo's securities lending program, a case that settled two days before trial was set to commence for $62 million. She currently represents participants of the U.S. Bancorp Pension Plan alleging violations of ERISA; investors in Morgan Keegan open end mutual funds; and investors of Medtronic in a shareholder derivative case.

Prior to joining the firm, June served as a judicial law clerk to the Honorable Arthur J. Boylan on the United States District Court for the District of Minnesota. She gained substantial experience following law school at two law firms in Washington, D.C. and Minneapolis, practicing in diverse subject areas, including contract disputes, franchise, products liability, insurance, and employment law.

June currently serves as a board member and as the lead co-chair of the Associates Campaign for The Fund for Legal Aid. She also currently serves as a member of the Advisory Board for the Minnesota Urban Debate League and the Publications Committee for the Bench & Bar of Minnesota. Previously, she served as a Commissioner for the City of Saint Anthony Parks Commission, and a member of the Diversity Committee and the Women in the Legal Profession Committee of the Minnesota State Bar Association. In addition, June volunteered as an assistant debate coach for the Minnesota Urban Debate League and worked pro bono for Legal Assistance of Dakota County, Volunteer Lawyers Network, and The Advocates for Human Rights.

June graduated cum laude from the University of Minnesota Law School in 2003, where she was the Lead Managing Editor for the Minnesota Law Review and a member of the Dean's List. She is admitted to the state courts of Minnesota and the U.S. District Courts for the District of Minnesota.

**Andre S. LaBerge** brings over twenty years of professional experience – as an attorney and as a business executive – in his advocacy for the rights of investors and consumers, providing counsel to several of the firm's practice areas.   He presently is involved in litigation representing participants in Wells Fargo's securities lending program, investors with losses in Morgan Keegan open end bond funds, and the LCD antitrust litigation on behalf of the State of Mississippi.

Andre has practiced law in Chicago and Minneapolis, and has represented clients at all court levels and in various regulatory forums.   He has also served as Vice President, Chief Compliance Officer, General Counsel, and FINRA Registered Principal and Designated Supervisor in the financial services industry with companies that supervised and supported large numbers of securities brokers, financial planners, and insurance agents.

Andre is a graduate of DePaul University College of Law, where he was a Senior Editor for the Journal of Health and Hospital Law, and worked as a Mansfield Foundation Fellowship intern at Southern Minnesota Regional Legal Services.   He is a member of the Minnesota State Bar Association and the Hennepin County Bar Association.

**Jacqueline A. Olson** is an associate representing clients injured by pharmaceutical drugs and recalled or defective medical devices on cases including Mirena IUD, Stryker Hip

Replacements, and Transvaginal Mesh implants. Prior to joining the firm, she worked in almost every department of a law firm - from paralegal, to marketing, to law clerk, to lawyer. During this time, she gained valuable insight about the inner workings of a firm giving her a unique and compassionate perspective in advocating for her clients.

A graduate of Hamline University School of Law, Jacqueline served as the Associate and Primary Editor of the Hamline Journal of Public Law & Policy and also served as an intern assisting law clerks to the Honorable Richard H. Kyle. Her academic honors include the Dean's Honor Roll, and a CALI Award in Commercial Law, Sales and, Leases of Goods. She was the recipient of the Best Brief Award in Legal Research and Writing Course. As a student attorney in Hamline's Employment Discrimination Mediation Clinic, Jacqueline successfully mediated and negotiated settlements for employees who had filed discrimination charges with the Equal Employment Opportunity Commission (EEOC) and alleged they were discriminated against because of their age, sex or disability.  Jacqueline is licensed to practice law in Minnesota.

**Anne T. Regan** is a partner practicing in the areas of antitrust, securities fraud, consumer, and employee rights and benefits, focusing on collective and class actions and Multi-District Litigation.  At heart, she seeks economic justice for her clients, whether they are businesses or individuals.

Anne represents businesses and individuals as plaintiffs pursuing their antitrust claims under the Sherman and Clayton Acts and state antitrust laws.  In her antitrust work, Anne has been appointed to the Executive Committee of the plaintiff's leadership team in the antitrust litigation alleging a scheme to keep generic opiate addiction treatments off the market (*In re Suboxone Antirust Litig.*, MDL 2445). She is also litigating antitrust claims in direct and indirect purchasers actions involving the prescription drug, Lipitor (*In re Lipitor Antitrust Litig.*, MDL 2332), anticompetitive actions in the pool products market (*In re Pool Products Distribution Market Antitrust Litig.*, MDL 2328), Most Favored Nations (MFN) clauses (*The Shane Group, Inc., et al. v. Blue Cross Blue Shield of Michigan*, No. 10-14360 (E.D. Mi.), and illegal collusion in the building industry (*In re Domestic Drywall*, MDL 2437).

In securities fraud litigation, Anne works on behalf of small investors and public and private institutional clients, such as the Mississippi Public Employees' Retirement System.  Among her notable cases, Anne represented Midwest farmers who challenged an ethanol plant's merger with Archer Daniels Midland, and was an integral part of the legal team that recovered meaningful refunds of financial planning fees paid to an institutional investment advisor that used financial plans to steer customers to proprietary investment funds.

Her employment cases include resolving thousands of meat processing workers' claims against companies such as Butterball and Gold'n Plump, representation of misclassified FedEx drivers nationwide, and a trial and successful defense of an appeal in the Farmers Insurance claims adjuster misclassification case.

Anne graduated from the University of Minnesota Law School.  She has contributed as a Minnesota Federal Bar Association Pro Se Project Attorney and has taught legal writing at the University of Minnesota Law School.  She served on the Board of the Minnesota affiliate of

6

NELA. Anne has been recognized as a Rising Star of Law from 2012-2013, and in 2014, as a Super Lawyer.

Anne is licensed in Minnesota and Illinois, and is admitted to practice in multiple federal district and appellate courts.  She is a member of the Federal Bar Association, Minnesota State Bar Association and the Hennepin County Bar Association, as well as the Antitrust and Labor & Employment Divisions of the American Bar Association.

**Hart L. Robinovitch** is a partner with Zimmerman Reed, working in the firm's Scottsdale, Arizona office.  Hart focuses his practice in the areas of mortgage banking, shareholder actions, and general civil and business litigation.

Hart is now involved in numerous state and federal court lawsuits around the country challenging the misclassification of entertainers as independent contractors opposed to employees in the nightclub industry.  He also represents consumers in other actions alleging deceptive and unlawful business conduct towards customers including, but not limited to, false advertising practices, "bait and switch" tactics, altering contractual terms without valid consideration, and retailers' requests and/or requirements that their customers provide personal identification information when they complete a transaction using their credit card, in violation of state and/or federal statutes.  In addition, Hart represents residents of various skilled nursing facilities alleging pervasive and intentional failure to provide sufficient direct nursing care staffing resulting in harm to the residents.

For the past decade, Hart has represented clients in a series of class action lawsuits contesting mortgage lenders' excessive billing and deposits practices for mortgage escrow accounts.  Hart is now involved in numerous federal court lawsuits around the country alleging that mortgage banks and lenders have violated federal and state laws.  These cases allege payment of kickbacks and/or illegal and unearned referral fees by the banks and lenders to mortgage brokers who refer mortgage clients who are then charged inflated interest rates on the mortgages.  In addition, he represents consumers in other actions contesting the imposition of overcharges and improper fees or other contractual violations in various mortgage transactions. He has worked with co-counsel in state and federal courts across the country.

A native of Canada, Hart earned his degree from the University of Toronto Law School in 1992 where he served as an Associate Editor on the University of Toronto Faculty of Law Review. He received his Bachelor of Science degree in 1989 from the University of Wisconsin-Madison.

Hart is admitted to practice before, and is a member in good standing of, the Bars of the States of Arizona and Minnesota and the United States District Court for the Districts of Arizona, Minnesota, and the Eastern District of Michigan.  Hart is also licensed to practice law before the United States Courts of Appeals for the Sixth, Eighth, Ninth, and Eleventh Circuits, and the United States Supreme Court.   Hart's memberships include the National Association of Consumer Advocates and Canadian American Bar Association.

**J. Gordon Rudd, Jr.** is a managing partner at Zimmerman Reed, representing clients in the areas of mass tort, consumer fraud, and employment law. Gordon has been appointed class counsel in cases venued in both state and federal courts across the country.

7

Gordon was recently part of the team that achieved a $50 million settlement in the complicated court fight over publicity rights for retired NFL players. In a separate lawsuit, he represents hundreds of retired NFL players suffering from concussive head injuries that occurred while playing in the league.  Gordon also represented thousands of individuals injured by the largest release of anhydrous ammonia in U.S. history.  Two of those individuals were awarded $1.2 million by a jury.  Eventually, these trials led to a settlement on behalf of other residents of Minot, North Dakota injured by the derailment. Currently, he is representing hundreds of homeowners whose properties have been exposed to a toxic chemical vapor called trichloroethylene (TCE).  In Mass Tort litigation, Gordon represents patients at a nursing home facility who were infected with Hepatitis C, the second-largest outbreak of the disease in the nation's history.  He also represents clients who have suffered cardiovascular injuries following their use of testosterone therapy supplements.

Gordon is also working on a number of multi-district litigation cases.  Gordon is a member of the lead counsel team representing banks and other financial institutions seeking recovery of losses from the 2013 Target data breach.   He also holds leadership positions on several Plaintiffs' Steering Committees including *In re H&R Block IRS Form 8863 Litigation,* MDL 2474, *In re Life Time Fitness, Inc., Telephone Consumer Protection Act (TCPA) Litigation,* MDL 2564, *In re FedEx Ground Package System, Inc.,* MDL 1700, and *In re Building Materials Corp. of America Asphalt Roofing Shingle Products Liability Litigation,* MDL 2283.

Gordon graduated from Connecticut College, where he received a Bachelor of Arts degree in English Literature & Government.   He received his law degree from the University of Cincinnati College of Law.  Gordon is licensed to practice before, and is a member in good standing of, the Bar of the State of Minnesota and the United States District Court for the District of Minnesota. Gordon is admitted to the United States Court of Appeals for the Eighth Circuit.   He has been admitted to appear pro hac vice in cases pending in the states of California, Oregon, Arizona, New Mexico, Texas, North Dakota, Ohio, Florida, Georgia, Tennessee, and Michigan.  Since 2006, Gordon has been selected as a Super Lawyer by his peers in Minnesota.

**Behdad C. Sadeghi** is an associate who focuses his practice on complex cases involving securities fraud and consumer protection. Behdad currently works on the team that represents investors who sustained significant financial losses in their savings and retirement as a result of alleged federal securities law violations by Morgan Keegan and its affiliates. In consumer litigation, he supports the firm's efforts in representing clients in a class action on behalf of customers across the country affected by H&R Block's alleged failure to accurately submit certain 2012 tax returns.

Behdad graduated magna *cum laude* from William Mitchell College of Law, where he was a member of the William Mitchell Journal of Law and Practice and the Niagara International Moot Court Team; he also participated in the school's Civil Advocacy Clinic. His academic honors include a CALI Excellence for the Future Award, four Dean's List honors, and a Burton Award Nomination for Excellence in Legal Writing. Behdad is licensed to practice law in Minnesota.

**Charles S. Zimmerman**, founding partner of Zimmerman Reed, is a nationally recognized leader in complex and class action litigation.  He frequently speaks at industry conferences and CLEs, and is the author of a newly published book on complex litigation. During more than 30 years of practice, Bucky has successfully represented thousands of clients through individual actions and nationwide class actions.   His cases have involved the tobacco industry, pharmaceutical companies, and shareholder suits. Bucky has served as lead counsel, PSC member and liaison counsel in numerous major pharmaceutical and medical device cases over the last 15 years.   He currently serves on the Lead Counsel Committee for Stryker Hip Litigation, was appointed to the Plaintiffs' Steering Committee in the NFL Players' Concussion Injury Litigation, and is Lead Counsel representing banks in the Target Data Breach case. He has also served as Co-Lead Plaintiffs' Counsel in the Baycol, Guidant, Levaquin , Medtronic, Zicam, NFL Retired Players Publicity Rights, and National Arbitration Forum MDLs. Through his leadership in these and other groundbreaking cases, Bucky continues to advance the interests of his clients and the legal profession.

In addition to his case work, Bucky continues to lecture on complex litigation and working with the media in high profile cases for a variety of organizations including the Minnesota State Bar Association, Minnesota Continuing Legal Education, the University of Minnesota Law School, William Mitchell College of Law, the Minnesota Association for Justice, and Mealey's Publications.  He is also an adjunct professor of law teaching Mass Torts at the University of Minnesota Law School. In 2006, Bucky authored "Pharmaceutical and Medical Device Litigation," a mass tort manual published by Thompson/West.

He has been recognized by his peers in Minnesota as a Super Lawyer from 2000 - 2007, 2011, 2012, 2013, and 2014.  He was also selected as the 2013 & 2014 Minneapolis Mass Tort Litigation / Class Actions - Plaintiffs Lawyer of the Year by The Best Lawyers in America.

Bucky is a graduate of the University of Minnesota Law School.   He also received his undergraduate degree from the University of Minnesota and was a three letter winner, Williams Scholar, and captain of the varsity U of M tennis team his junior and senior years. Bucky is a member of the United States Professional Tennis Association obtaining national ranking, and has won gold and silver medals at the world Maccabiah and Pan American Maccabiah games.

Bucky is licensed to practice law in the States of Minnesota and Arizona, and is admitted to the United States District Court for the District of Minnesota, District of Colorado, and District of North Dakota, and the United States Supreme Court.  He is also admitted to the Third, Fifth, Sixth, and Eighth United States Circuit Courts of Appeals.

Bucky served as co-chairman of the Advisory Committee for Mealey's Propulsid Litigation Conference and he chaired the faculty of a Minnesota Institute for Legal Education seminar, "Dealing with Complex Litigation."   Bucky has also lectured and served as a member of the faculty at Mealey's "Norplant Conference," Mealey's "Breast Implant Conferences," Andrew's Publications' "Medical Devices Litigation Conference," as well as numerous conferences on the subject of Tobacco Litigation and "Youth and Addiction."   Additionally, he was a guest lecturer on the subject of Complex Litigation at the University of Minnesota School of Law in

conjunction with course work prepared by Professor Robert J. Levy, and the William Mitchell College of Law in conjunction with course work prepared by the Honorable Thomas Carey.

Bucky's memberships include the Minnesota Association for Justice, American Association for Justice, the Federal Bar, the Minnesota State Bar Association, the Hennepin County Bar Association, and the Bar Associations of the Fifth and Eighth Federal District Courts.

CASE RESUME:   RECENT LEADERSHIP POSITIONS

**Consumer Litigation**

- *Adams v. Target Corporation*, United States District Court, Central District of California
- *Chapman v. Sport Chalet*, Superior Court of Los Angeles County, State of California
- *Chavez v. Wal-Mart Stores Inc.*, United States District Court, Central District of California
- *Dearmon, et al. v. Mercury Finance Company*, Fourth Judicial District Court, State of Minnesota
- *DeGrise, et al. v. Ensign Group, Inc., et al.*, Superior Court of Sonoma County, State of California
- *DeLillo, et al. v. NCS Pearson, et al.*, United States District Court, District of Minnesota
- *Diamond, et al. v. AVCO Auto Finance, et al.*, Superior Court of California, Monterey County
- *Drobnak, et al. v. Andersen Windows, Inc.*, United States District Court, District of Minnesota
- *Fischl, et al. v. Direct Merchants Bank*, Fourth Judicial District, State of Minnesota
- *Grant, et al. v. Regions Mortgage Co. f/k/a First Commercial Mortgage Co.*, Superior Court of California, Ventura County
- *Gutter, et al. v. Bank One Louisiana*, Orleans Parish Civil District, State of Louisiana
- *In re Building Materials Corp. of America Asphalt Roofing Shingle Products Liability Litigation, MDL 2283* (Member of the Plaintiffs' Steering Committee)
- *In re Apple iPhone "MMS" Sales Practices Litigation, MDL 2116* (Member of the Plaintiffs' Steering Committee)
- *In re Building Materials Corp. of America Asphalt Roofing Shingle Products Liability Litigation,* MDL 2283 (Member of the Plaintiffs' Steering Committee)
- *In re Castano Tobacco Litigation*, United States District Court for the Eastern District of Louisiana
- *In re Dockers Roundtrip Airfare Promotion Sales Practices Litigation*, United States District Court, Central District of California
- *In re Dry Max Pampers Litigation*, United States District Court, Southern District of Ohio
- *In re H&R Block IRS Form 8863 Litigation, MDL 2474*, United States District Court, Western District of Missouri
- *In re Life Time Fitness, Inc., Telephone Consumer Protection Act (TCPA) Litigation, MDL 2564*
- *In re National Arbitration Forum Trade Practices Litigation, MDL 2122*
- *In re Target Corporation Customer Data Security Breach Litigation*, MDL 2522, United States District Court, District of Minnesota

10

- *In re Uponor, Inc., F1807 Plumbing Fittings Products Liability Litigation, MDL 2247* (Member of the Plaintiffs' Steering Committee)
- *In re Zurn Pex Plumbing Products Liability Litigation*, MDL 1958 (Liason Counsel)
- *Kurvers, et al. v. National Computer Systems, Inc.*, Fourth Judicial District Court, State of Minnesota
- *McDonald, et al. v. Eli Lilly & Company*, United States District Court, District of Minnesota
- *Mehrens v. Redbox Corp.*, Superior Court of Los Angeles County, State of California
- *Mills, et. al., v. Roto-Rooter Services Company*, Fourth Judicial District Court of Hennepin County, State of Minnesota
- *Monteuil v. Ensign Group, Inc., et al.*, Superior Court of Los Angeles County, State of California
- *Minnerath, et al. v Zurn Pex Inc.*, United States District Court, District of Minnesota
- *O'Hara, et al. v. Marvin Lumber, et al.*, Fourth Judicial Court, State of Minnesota
- *Pistilli, et al. v. Life Time Fitness*, Fourth Judicial District, State of Minnesota
- *Rapp v. Green Tree Servicing, LLC et al.*, United States District  Court, District of Minnesota
- *Rubinstein v. Michaels*, Superior Court of Los Angeles County, State of California
- *Russo, et al. v. NCS Pearson, Inc., et al.*, United States District Court, District of Minnesota
- *Sara Lee Meat Contamination Litigation, Cress v. Sara Lee*, Circuit Court of Cook County, State of Illinois, Court File No. 98 L 15072
- *Scott v. American Tobacco Co., Inc., et al., Court File No.: 96-8461*, Civil District Court for the Parish of New Orleans, Louisiana
- *U.S. Hotel and Resort Management, Inc. et al. v. Onity Inc.*, United States District Court, District of Minnesota
- *Wallace, et al. v. ConAgra Foods Inc. d/b/a Hebrew National*, United States District Court, District of Minnesota
- *Wright, et al. v. Malt-O-Meal Company*, Fourth Judicial District, State of Minnesota

**Defective Drugs and Devices**

- *Guttormson et al. v. Manor Care of Minot ND, LLC* et al., United States District Court, District of North Dakota
- *In re Avandia Pharmaceutical Litigation* (Member of the Plaintiffs' Steering Committee)
- *In re Baycol Products Litigation MDL 1431* (Co-Lead Counsel)
- *In re Biomet M2A Magnum Hip Implant Products Liability Litigation, MDL 2391* (Member of the Plaintiffs' Steering Committee)
- *In re Breast Implant Litigation MDL 926* (Member of the Plaintiffs' Steering Committee)
- *In re Celebrex and Bextra Products Liability Litigation*, MDL 1694 (Member of the Plaintiffs' Steering Committee)
- *In re Darvocet, Darvon And Propoxyphene Products Liability Litigation*, MDL 2226
- *In re DePuy Orthopaedics, Inc., ASR Hip Implant Products Liability Litigation*, MDL 2197
- *In re Diet Drugs Products Liability Litigation (Phentermine / Fenfluramine / Dexfenfluramine) MDL 1203* (Member of the Plaintiffs' Steering Committee)
- *In re Digitek Products Liability Litigation*, MDL 1968 (Member of the Plaintiffs' Steering Committee)

- *In re Ephedra Products Liability Litigation, MDL 1598*
- *In re Guidant Implantable Defibrillators Products Liability Litigation,* MDL 1708 (Co-Lead Counsel)
- *In re Intergel Products Litigation,* Carver County, Minnesota
- *In re Levaquin Products Liability Litigation,* MDL 1943 (Lead Counsel)
- *In re Meridia Products Liability Litigation, MDL 1481* (Member of the Plaintiffs' Steering Committee)
- *In re Medtronic Implantable Defibrillators Products Liability Litigation MDL 1726 (Co-Lead Counsel)*
- *In re Medtronic, Inc., Sprint Fidelis Leads Products Liability Litigation (Co-Lead Counsel)*
- *In re Neurontin "Off-Label" Marketing Litigation, MDL 1629* (Member of the Plaintiffs' Steering Committee)
- *In re Norplant Contraceptive Products Liability Litigation,* MDL 1038 (Member of the Plaintiffs' Steering Committee)
- *In re Orthopedic Bone Screw Litigation MDL 1014* (Member of the Plaintiffs' Steering Committee)
- *In re Phenylpropanolamine (PPA) Products Liability Litigation, MDL 1407*
- *In re Propulsid Products Liability Litigation MDL 1355* (Member of the Plaintiffs' Steering Committee)
- *In re Rezulin Products Liability Litigation, MDL 1348* (Member of the Plaintiffs' Steering Committee)
- *In re Serzone Products Liability Litigation, MDL 1477* (Member of the Plaintiffs' Steering Committee)
- *In re St. Jude Silzone Heart Valves Product Liability Litigation, MDL 1396* (Liason Counsel)
- *In re Stryker Rejuvenate and ABG II Hip Implant Products Liability Litigation, MDL 2441* (Lead Counsel Committee)
- *In re Sulzer Inter-Op Orthopedic Hip Implant Litigation MDL 1401* (Member of the Plaintiffs' Steering Committee)
- *In re Telectronics Pacemaker Litigation MDL 1057* (Member of the Plaintiffs' Steering Committee)
- *In re TMJ Implant Litigation MDL 1001* (Lead Counsel)
- *In re Viagra Products Liability Litigation,* MDL 1724 (Lead Counsel)
- *In re Vioxx Products Liability Litigation, MDL 1657* (Member of the Plaintiffs' Steering Committee)
- *In re Zicam Cold Remedy Product Liability Litigation, MDL 2096* (Lead Counsel)
- *In re Zimmer NexGen Knee Implant Products Liability Litigation, MDL 2272* (Member of the Plaintiffs' Steering Committee)

**Securities, Investment Fraud, Corporate Governance and Antitrust**

- *Adedipe, et al. v. U.S. Bank, Nat'l Ass'n, et al.,* United States District Court, District of Minnesota (Co-Lead Counsel)
- *AI Plus, Inc. and IOC Distribution, Inc. v. Petters Group Worldwide, et al.,* United States District Court, District of Minnesota

- *Alessi v. Medicis Pharmaceutical Corp., et al.,* Superior Court of Maricopa County, State of Arizona
- *Apotheker v. Insight Enterprises, Inc., et al.,* Superior Court of Maricopa County, State of Arizona
- *Bamboo Partners v. Apollo Group, Inc., et al.,* United States District Court, District of Arizona
- *Barnett v. Apollo Group, Inc., et al.,* Superior Court of Maricopa County, State of Arizona
- *City of Ann Arbors Employees' Retirement System v. MoneyGram International, Inc.,* United States District Court, District of Minnesota
- *City of Farmington Hills Employees Retirement System v. Wells Fargo Bank, N.A.,* United States District Court, District of Minnesota
- *City of Tallahassee Pension Plan v. Insight Enterprises, Inc., et al.,* Superior Court of Maricopa County, State of Arizona
- *Dillen v. Insight Enterprises, Inc., et al.,* United States District Court, District of Arizona
- *Fry  v. Fry,* Fourth Judicial District, State of Minnesota
- *Gaither v. Computer  Network Technology Corporation, et al.,* Fourth Judicial District, State of Minnesota
- *Garg v. Virtual Radiologic Corporation, et al.,* Fourth Judicial District, State of Minnesota
- *Haritos, et al. v. American Express Financial Advisors*, U.S. District Court, District of Arizona
- *Hazuka v. Hypercom Corporation, et al.,* United States District Court, District of Arizona
- *In re ATS Medical, Inc. Shareholders Litigation,* Fourth Judicial District, State of Minnesota
- *In re Blue Cross Blue Shield Antitrust Litigation,* MDL 2406
- *In  re Boston Scientific Corporation Securities Litigation,* U.S. District Court, District of Massachusetts
- *In re Ditropan XL Antitrust Litigation,* United States District Court, Northern District of California
- *In re Domestic Drywall Antitrust Litigation,* MDL 2437
- *In  re E.W. Blanch Holdings Securities Litigation,* United States District Court, District of Minnesota
- *In re LCD  Antitrust  Litigation,* United States District Court, Northern District of California
- *In re Lipitor Antitrust Litigation,* MDL 2332
- *In  re Medtronic, Inc. Securities Litigation,* United States District Court, District of Minnesota
- *In re Merrill Lynch & Co., Inc. Securities, Derivative and ERISA Litigation,* United States District Court, Southern District of New York
- *In re Pemstar, Inc. Securities Litigation,* United States District Court, District of Minnesota
- *In re Pool Products Distribution Market Antitrust Litigation,* MDL 2328
- *In re Region Morgan Keegan Securities, Derivative and ERISA Litigation [In  re Regions Morgan Keegan Open-End Mutual Fund Litigation]*, United States District Court, Western District of Tennessee
- *In re Region Morgan Keegan Securities, Derivative and ERISA Litigation [Landers v. Morgan Asset Management].,* United States District Court, Western District of Tennessee
- *In re St. Jude Medical, Inc. Securities Litigation,* United States District Court, District of Minnesota

13

- *In re Stellent, Inc. Securities Litigation*, United States District Court, District of Minnesota
- *In re Suboxone Antitrust Litigation*, MDL 2445
- *In re SuperValu, Inc. Securities Litigation*, United States District Court, District of Minnesota
- *In re Taser International Securities Litigation*, United States District Court, District of Arizona
- *In re The St. Paul Companies, Inc., et al.*, United States District Court, District of Minnesota
- *In re Tricor Indirect Purchaser Antitrust Litigation*, United States District Court, District of Delaware
- *In re Vitamins Antitrust Litigation*, United States District Court, District of District of Columbia
- *In re Xcel Energy, Inc. Securities Litigation*, United States District Court, District of Minnesota
- *In re Zomax, Inc. Securities Litigation*, United States District Court, District of Minnesota
- *Klosek, et al. v. Ameriprise Financial, Inc., et al.*, United States District Court, District of Minnesota
- *Krause v. UnitedHealth Group, Inc., et al.*, United States District Court, District of Minnesota
- *Langdale v. Mobility Electronics, Inc., et al.*, United States District Court, District of Arizona
- *Langley v. Syntax-Brillian Corp., et al.*, United States District Court, District of Arizona
- *Liu v. JDA Software Group., et al.*, Superior Court of Maricopa County, State of Arizona
- *Mars Hill Media v. Petters Group Worldwide, et al.*, United States District Court, District of Minnesota
- *MoneyGram Payment Systems, Inc. v. Citigroup, Inc., et al.*, Fourth Judicial District, State of Minnesota
- *MoneyGram Payment Systems, Inc. v. Deutsche Bank AG, et al.*, Fourth Judicial District, State of Minnesota
- *New Orleans Employees' Retirement System v. UBS, AG, et al.*, United States District Court, Southern District of New York
- *Reinhardt v. Syntax-Brillian Corp., et al.*, Superior Court of Maricopa County, State of Arizona
- *Rensch v. Northern Oil & Gas, Inc., et al.*, United States District Court, District of Minnesota
- *Rupp, et al. v. Thompson et al. (Minnesota Corn Processors)*, Fifth Judicial District Court, State of Minnesota
- *Schmidt, et al. v. eFunds Corporation, et al.*, Superior Court of Arizona, Maricopa County
- *Scull v. Compellent Technologies, Inc., et al.*, United States District Court, District of Minnesota
- *St. Barnabas Hospital, Inc., et al. v. Ovation Pharmaceuticals, et al.*, United States District Court, District of Minnesota
- *Stevenson v. ev3 Inc., et al.*, Fourth Judicial District, State of Minnesota
- *Yurman v. Plato Learning, Inc., et al.*, United States District Court, District of Minnesota

**Employment Violations – Wage and Hour Litigation**

14

- *Bernstein, et al. v. M.G. Waldbaum, Inc., et al.*, United States District Court, District of Minnesota
- *Christman, et al. v. FPMI Solutions, Inc.*, United States District Court, Northern District of California
- *Daud, et al. v. Gold'n Plump Poultry, Inc.*, United States District Court, District of Minnesota
- *DeKeyser, et al. v. ThyssenKrupp Waupaca, Inc.*, United States District Court, Eastern District of Wisconsin
- *Doe v. Cin-Lan, Inc., et al.*, United States District Court, Eastern District of Michigan
- *Doe I, et al., v. R&B Muskegon, Inc., et al.*, United States District Court, Western District of Michigan
- *Fluegel, et al. v. FedEx Ground Package System, Inc.*, United States District Court, Northern District of Illinois
- *Ford, et al. v. Townsends, Inc.*, United States District Court, Eastern District of Arkansas
- *Frank, et al. v. Gold'n Plump Poultry, Inc.*, United States District Court, District of Minnesota
- *Garner, et al v. Butterball, LLC*, United States District Court, Eastern District of Arkansas
- *Grabman, et al. v. Brakebush Brothers, Inc.*, United States District Court, Eastern District of Wisconsin
- *Griffin, et al. v. FedEx Corporation, et al.*, United States District Court, Northern District of Illinois Eastern Division
- *Helmert, et al. v Butterball, LLC*, United States District Court, Eastern District of Arkansas
- *Hudson, et al. v. Butterball, LLC*, United States District Court, Western District of Missouri
- *In re Fedex Ground Package System, Inc., MDL 1700* (Member of the Plaintiffs' Steering Committee)
- *Larkin et al. v. CPI Corp, et al.*, United States District Court, Western District of Wisconsin
- *Milner, et al. v. Farmers Insurance Exchange*, United States District Court, District of Minnesota
- *Patterson, et al. v. 68-444 Perez, Inc., et al.*, United States District Court, Central District of California
- *Patzke, et al. v. American Express TRS Co., Inc.*, United States District Court, District of Arizona
- *Phelps, et al. v. Green Bay Dressed Beef, LLC*, United States District Court, Eastern District of Wisconsin
- *Robinson, et al. v. Novellus Systems, Inc.*, United States District Court, Northern District of California
- *Salazar, et al. v. Butterball, LLC*, United States District Court, District of Colorado
- *Trauth v. Spearmint Rhino Companies Worldwide, Inc., et al.*, United States District Court, Central District of California
- *Trauth v. Déjà vu Consulting, Inc., et al.*, Superior Court of Los Angeles County, State of California
- *Trejo et al. v. Townsends, Inc.*, United States District Court, Middle District of North Carolina

**Environmental and Toxic Torts**

- *Adams, et al. v. DPC Enterprises, LP, et al.*, Jefferson County Circuit Court, State of Missouri
- *Cooksey v. Hawkins Chemical Company*, Hennepin County District Court File No. 95-3603
- *Cuff, et al. v. Brenntag North America, Inc., et al.* United States District Court, Northern District of Georgia Atlanta Division
- *Ebert et al. v. General Mills, Inc.*, United States District Court, District of Minnesota
- *Fastrip, Inc., et al. v. CSX Corporation*, United States District Court, Western District of Kentucky
- *In re MTBE Water Contamination Litigation, MDL 1358*, United States District Court, Southern District of New York
- *In re Soo Line Railroad Company Derailment of January 18, 2002 in Minot, N.D.*, Hennepin County District Court File No. 06-1833
- *In re Welding Rods Products Liability Litigation, MDL 1535*, United States District Court, Northern District of Ohio
- *Martin, et al. v. BioLab, Inc., et al.*, United States District Court, Northern District of Georgia Atlanta Division
- *McGruder, et al. v. DPC Enterprises, LP, et al.*, Maricopa County Superior Court, State of Arizona
- *Mehl, et al. v. Canadian Pacific Railway, et al.*, United States District Court, District of North Dakota
- *Ponce, et al. v. Pima County, et al.*, Maricopa County Superior Court, State of Arizona
- *Sanders, et al. v. Norfolk Southern Corporation, et al.*, United States District Court, District of South Carolina
- *Weincke, et al. v. Metropolitan Airports Commission*, State of Minnesota, Hennepin County District Court (Class Counsel)

**Homeowner Mortgage Litigation**

- *Anderson, et al. v. The Money Store*, United States District Court, District of South Carolina
- *Boschee v. Burnet Title Company*, Fourth Judicial District, State of Minnesota
- *Edwards / White, et al. v. Long Beach Mortgage Company / Washington Mutual Bank F.A., et al.*, Fourth Judicial District Court, State of Minnesota
- *Gewecke v. U.S. Bank, et al.*, United States District Court, District of Minnesota
- *Glover v. Standard Federal Bank*, United States District Court, District of Minnesota
- *Grady v. Burnett Realty*, Fourth Judicial District, State of Minnesota
- *Henry, et al. v. Associate Home Equity Services*, United States Bankruptcy Court, Southern District of California
- *Holland v. Countrywide Home Loans*, Nassau County Supreme Court, State of New York
- *In re Mortgage Escrow Litigation, MDL 899* (Lead Counsel)
- *Lang v. Town and Country Credit*, United States District Court, District of Minnesota
- *Larpenteur, et al. v. Burnet Realty, Inc., et al.*, Fourth Judicial District, State of Minnesota

- *Logan, et al. v. Norwest Mortgage Bank Minnesota, N.A.*, Fourth Judicial District Court, State of Minnesota
- *Lund v. Universal Title Company*, Fourth Judicial District, State of Minnesota
- *Nobles, et al. v. Countrywide Home Loans*, Alameda County Superior Court, State of California
- *Mahoney v. Fidelity National Title Company*, United States District Court, Central District of California
- *McBride v. Reliastar*, United States District Court, Northern District of Georgia
- *Mitchell, et al. v. Chicago Title Insurance Company*, Fourth Judicial District Court, State of Minnesota
- *Ricci, et al. v. Ameriquest Mortgage Company*, Fourth Judicial District, State of Minnesota
- *Schlink v. Edina Realty Title*, Fourth Judicial District, State of Minnesota
- *Schuetz v. Banc One*, United States District Court, District of Arizona
- *Stepan v. Edina Realty Title*, Fourth Judicial District Court, State of Minnesota
- *Taft v. Wells Fargo Bank N.A.*, Fourth Judicial District, State of Minnesota
- *Wilson v. Commercial Federal Mortgage Corp.*, United States District Court, Northern District of Alabama

**Other Complex Litigation**

- *Dryer v. National Football League*, United States District Court, District of Minnesota (Lead Counsel)
- *Garcia, et al. v. Metro Gang Strike Force*, United States District Court, District of Minnesota
- *In re Medco Health Solutions, Inc., Pharmacy Benefits Management Litigation, MDL 1508* (Lead Counsel)
- *In re National Collegiate Athletic Association Student-Athlete Concussion Litigation, MDL 2492* (Member of the Executive Committee)
- *In re National Hockey League Players' Concussion Injury Litigation,* MDL 2551 (Co-Lead Counsel)
- *In re National Football League Players' Concussion Injury Litigation, MDL 2323* (Member of the Plaintiffs' Steering Committee)

# Exhibit K



# KAPLAN FOX & KILSHEIMER LLP

# FIRM PROFILE

*850 Third Avenue, 14th Floor*
*New York, New York 10022*
*Tel.: 212.687.1980*
*Fax: 212.687.7714*

*350 Sansome Street, Suite 400*
*San Francisco, CA  94104*
*Tel.: 415.722.4700*
*Fax: 415.772.4707*

## History of Kaplan Fox & Kilsheimer LLP

Leo Kaplan and James Kilsheimer founded "Kaplan & Kilsheimer" in 1954, making the firm one of the most established litigation practices in the country.  James Kilsheimer was a celebrated federal prosecutor in the late 1940s and early 1950s in New York who not only successfully tried some of the highest profile cases in the country, but also handled the U.S. Attorney's Office's criminal appeals to the Second Circuit.

Now known as "Kaplan Fox & Kilsheimer LLP," the early commitment to high-stakes litigation continues to define the firm to the present day.  In 2009, Portfolio Media's *Law360* ranked Kaplan Fox's securities litigation practice as one of the top 5 in the country (plaintiff side).  For 2012 and 2013, 5 of the firm's attorneys – including attorneys on both coasts – were rated "Super Lawyers."  And in March 2013, the *National Law Journal* included Kaplan Fox on its list of the top 10 "hot" litigation boutiques, a list that includes both plaintiff and defense firms.

The firm has three primary litigation practice areas (antitrust, securities, and consumer protection), and the firm is a leader in all three.  To date, we have recovered more than **$5 billion** for our clients and classes.  In addition, the firm has expanded its consumer protection practice to include data privacy litigation, and few other firms can match Kaplan Fox's recent leadership in this  rapidly emerging field.   The following describes Kaplan Fox's major practice areas, its most significant recoveries and its personnel.

## Antitrust Litigation

Kaplan Fox has been at the forefront of significant private antitrust actions, and we have been appointed by courts as lead counsel or member of an executive committee for plaintiffs in some of the largest antitrust cases throughout the United States.  This commitment to leadership in the antitrust field goes back to at least 1967, when firm co-founder Leo Kaplan was appointed by the Southern District of New York to oversee the distribution of all ASCAP royalties under the 1950 antitrust consent decree in ***United States v. American Society of Composers, Authors and Publishers***, 41-CV-1395 (SDNY), a role he held for 28 years until his death in 1995.  To this day, ASCAP awards the "Leo Kaplan Award" to an outstanding young composer in honor of Leo's 28 years of service to ASCAP.

Members of the firm have also argued before federal Courts of Appeals some of the most significant decisions in the antitrust field in recent years.  For example, Robert Kaplan, son of co-founder Leo Kaplan, argued the appeal in ***In re Flat Glass Antitrust Litigation***, 385 F. 3d 350 (3d Cir. 2004), and Greg Arenson argued the appeal in ***In re High Fructose Corn Syrup Antitrust Litigation***, 295 F. 3d 651 (7th Cir. 2002).  In a recent survey of defense counsel, in-house attorneys and individuals involved in the civil justice reform movement, both were named among the 75 best plaintiffs' lawyers in the country based on their expertise and influence.

Over the years, Kaplan Fox has recovered over **$2 billion** for our clients in antitrust cases.  Some of the larger more recent antitrust recoveries include:

**In re High Fructose Corn Syrup Antitrust Litigation,** MDL No. 1087, Master File No. 95-1477 (C.D. Ill) ($531 million recovered)

**In re Brand Name Prescription Drugs Antitrust Litigation**, MDL 997 (N.D. Ill.) ($720 plus million recovered)

**In re Infant Formula Antitrust Litigation**, MDL 878 (N.D.Fla.) ($126 million recovered)

**In re Flat Glass Antitrust Litigation**, MDL 1200 (W.D. Pa.) ($122 plus million recovered)

**In re Hydrogen Peroxide Antitrust Litigation**, MDL 1682 (E.D. Pa.) ($97 million recovered)

**In re Air Cargo Shipping Services Antitrust Litigation**, MDL 1775 (E.D.N.Y.) (over $700 million recovered so far; case still pending)

**In re Plastics Additives Antitrust Litigation**, 03-CV-1898 (E.D. Pa.) ($46.8 million recovered)

**In re Medical X-Ray Film Antitrust Litigation**, CV 93-5904 (E.D.N.Y.) ($39.6 million recovered)

**In re NBR Antitrust Litigation**, MDL 1684 (E.D. Pa.) ($34.3 million recovered)

# Securities Litigation

Over the past 35 years, Kaplan Fox has been a leader in prosecuting corporate fraud —ranging from cases concerning accounting fraud to those involving complicated and complex financial instruments. Since the passage of the Private Securities Litigation Reform Act in 1995, Kaplan Fox has emerged as one of the foremost securities litigation firms representing institutional investors of all sizes, including many of the world's largest public pension funds.

Kaplan Fox was named by Portfolio Media's Law360 as one of the five top securities litigation firms (plaintiff side) for 2009. This selection was based, in part, on the representation of public pension funds in high profile and complex securities class actions including *In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation, In re Bank of America Corp. Sec., ERISA & Derivative Litigation, In re Fannie Mae Securities Litigation* and *In re Ambac Financial Group, Inc. Securities Litigation*. Some of the firm's most significant securities recoveries are listed below:

**In re Bank of America Corp. Securities, Derivative, and ERISA Litigation,** MDL 2058 (S.D.N.Y.) ($2.425 billion recovered)

**In re Merrill Lynch & Co., Inc. Securities Litigation**, Master File No. 07-CV-9633 (JSR) (S.D.N.Y.) ($475 million recovered)

**In re 3Com Securities Litigation**, No. C-97-21083-EAI (N.D. Ca) ($259 million recovered)

**In re MicroStrategy Securities Litigation**, No. CV-00-473-A (E.D. Va.) ($155 million recovered)

**AOL Time Warner Cases I & II (Opt-out)** Nos. 4322 & 4325 (Cal. State Court, LA County) ($140 million recovered)

**In re Informix Securities Litigation**, C-97-129-CRB (N.D. Cal.) ($136.5 million recovered)

**In re Xcel Energy, Inc. Securities Litigation,** Master File No. 02-CV-2677-DSD (D. Minn.) ($80 million recovered)

**In re Elan Corporation Securities Litigation,** No. 02-CV-0865-RMB (S.D.N.Y.) ($75 million recovered)

**Barry Van Roden, *et al.* v. Genzyme Corp., *et al.*** No. 03-CV-4014-LLS (S.D.N.Y.) ($64 million recovered)

**In re Sequenom, Inc. Securities** Litigation No. 09-cv-921 (S.D. Cal.) ($57 million recovered)

## Consumer Protection and Data Privacy Litigation

The Consumer Protection Practice is headquartered in Kaplan Fox's San Francisco office, which opened in 2000, and is led by Laurence King, an experienced trial lawyer and former prosecutor.  Mr. King also recently served as a Vice-Chair, and then Co-Chair, of the American Association for Justice's Class Action Litigation Group.

Mr. King and our other effective and experienced consumer protection litigators regularly champion the interests of consumers under a variety of state and federal consumer protection laws. Most frequently, these cases are brought as class actions, though under certain circumstances an individual action may be appropriate.

Kaplan Fox's consumer protection attorneys have represented victims of a broad array of misconduct in the manufacturing, testing, marketing and sale of a variety of products and services, and have regularly been appointed as lead or co-lead counsel, or as a member of a committee of plaintiffs' counsel, in consumer protection actions by courts throughout the nation.  Among our significant achievements are highly recognized cases including ***In re Baycol Products Litigation***, MDL 1431-MJD/JGL (D. Minn.) (victims have recovered $350 million recovered to date); ***In re Providian Financial Corp. Credit Card Terms Litigation***, MDL No. 1301-WY (E.D. Pa.) ($105 million recovered); ***In re Thomas and Friends Wooden Railway Toys Litig***., No. 07-cv-3514 (N.D. Ill.) ($30 million settlement obtained for purchasers of recalled "Thomas Train" toys painted with lead paint); ***In re Pre-Filled Propane Tank Marketing and Sales Practices Litigation***, No. 4:09-md-2086 (W.D. Mo.) (settlements obtained where consumers will receive substantially in excess of actual damages and significant

injunctive relief); and ***Berry v. Mega Brands Inc***., No. 08-CV-1750 (D.N.J.) (class-wide settlement obtained where consumers will receive full refunds for defective products).

Data privacy is a fairly new area of law and broadly encompasses two scenarios. In a data breach case, a defendant has lawful custody of data, but fails to safeguard it or use it in an appropriate manner.  In a tracking case, the defendant intercepts or otherwise gathers digital data to which it is not entitled in the first place.

Kaplan Fox is an emerging leader in both types of data privacy litigation. For example, Laurence King filed and successfully prosecuted one of very first online data breach cases, ***Syran v. LexisNexis Group***, No. 05-cv-0909 (S.D. Cal.), and is court-appointed liaison counsel in a pending data breach case against LinkedIn.  *See **In re: LinkedIn User Privacy Litigation***, 12-cv-3088-EJD (N.D. Cal.) (Davila, J.).  The firm is also an industry leader in the even newer field of email and internet tracking litigation. Current cases include ***In re: Facebook Internet Tracking Litigation***, 5:12-md-02314-EJD (N.D. Cal.) (Davila, J.), and a Kaplan Fox attorney, David Straite, was one of two attorneys to argue on behalf of the plaintiffs at oral arguments on Facebook's Motion to Dismiss (decision is pending).  Finally, Kaplan Fox is also leading an internet tracking case in New York against PulsePoint, Inc., an online advertising company accused of hacking Safari's privacy protections.  *See **Mount v. PulsePoint, Inc***., No. 13-cv-6592 (SDNY) (Buchwald, J.).  In addition, Kaplan Fox was recently appointed Co-Lead Class Counsel in a digital privacy class action against Yahoo!, Inc., related to Yahoo's alleged practice of scanning emails for content.  See In re: Yahoo Mail Litigation, 5:13-cv-04980-LHK (N.D. Cal.)

# ATTORNEY BIOGRAPHIES

## PARTNERS

**ROBERT N. KAPLAN** is widely recognized as a leading antitrust litigator. He has led the prosecution of numerous antirust class actions.  He also has earned a reputation as a leading litigator in securities fraud class actions.  Mr. Kaplan has been with Kaplan Fox for 35 years, joining in 1971.

Mr. Kaplan honed his litigation skills as a trial attorney with the Antitrust Division of the Department of Justice.  There, he gained significant experience litigating both civil and criminal actions.  He also served as law clerk to the Hon. Sylvester J. Ryan, then chief judge of the U.S. District Court for the Southern District of New York.

Mr. Kaplan's published articles include: "Supreme Court Divide Hampers Nearly All Class Actions," *Law360*, January 2014, "Complaint and Discovery In Securities Cases," *Trial*, April 1987; "Franchise Statutes and Rules," *Westchester Bar Topics*, Winter 1983; "Roots Under Attack: *Alexander v. Haley* and *Courlander v. Haley*," *Communications and the Law*, July 1979; and "Israeli Antitrust Policy and Practice," *Record of the Association of the Bar*, May 1971.

In addition, Mr. Kaplan served as an acting judge of the City Court for the City of Rye, N.Y., from 1990 to 1993.

Mr. Kaplan sits on the boards of several community organizations, including the Board of Directors of the Carver Center in Port Chester, N.Y., the Board of Directors of the Rye Free Reading Room in Rye, N.Y. and a Member of the Dana Farber Visiting Committee Thoracic Oncology.

**Education:**

- B.A., Williams College (1961)
- J.D., Columbia University Law School (1964)

**Bar Affiliations and Court Admissions:**

- Bar of the State of New York (1964)
- U.S. Supreme Court

- U.S. Courts of Appeals for the Second, Third, Seventh, Ninth, and Eleventh Circuits
- U.S. District Courts for the Southern, Eastern, and Northern Districts of New York, the Central District of Illinois, and the District of Arizona

**Professional Affiliations:**

- Committee to Support the Antitrust Laws (past President)
- National Association of Securities and Commercial Law Attorneys (past President)
- Advisory Group of the U.S. District Court for the Eastern District of New York
- American Bar Association
- Association of Trial Lawyers of America (Chairman, Commercial Litigation Section, 1985-86)
- Association of the Bar of the City of New York (served on the Trade Regulation Committee; Committee on Federal Courts)

Mr. Kaplan can be reached by email at: RKaplan@kaplanfox.com

**FREDERIC S. FOX** first associated with Kaplan Fox in 1984, and became a partner in the firm in 1991. He has concentrated his work in the area of class action litigation. Mr. Fox has played important roles in many major class action cases. He was one of the lead trial lawyers in two recent securities class actions, one of which was the first case tried to verdict under the Private Securities Litigation Reform Act of 1995.

Mr. Fox currently represents many institutional investors including governmental entities in both class actions and individual litigation, including *In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation*, which was recently settled for $475 million. Mr. Fox is currently serving as lead counsel on behalf of major public pension funds in pending securities litigation arising out of Bank of America's acquisition of Merrill Lynch. Mr. Fox also represents institutional clients in pending securities litigation involving Fannie Mae, Sequenom, Ambac and Credit Suisse and in the past has served as lead counsel in numerous cases, including *In re Merrill Lynch Research Reports Securities Litigation* (S.D.N.Y.) (arising from analyst reports issued by Henry Blodget); *In re Salomon Analyst*

9

*Williams Litigation* (S.D.N.Y.) and *In re Salomon Focal Litigation* (S.D.N.Y.) (both actions stemming from analyst reports issued by Jack Grubman). Mr. Fox is a frequent speaker and panelist in both the U.S and abroad on a variety of topics including securities litigation and corporate governance.

In the consumer protection area, he served on the Plaintiffs' Steering Committee in the *Baycol Products Litigation* where there have been more than $350 million in settlements. Additionally, he is serving as one of the Co-lead Counsel in *In re RC2 Corp. Toy Lead Paint Products Liability Litigation* pending in the Northern District of Illinois.

Mr. Fox is listed in the current editions of New York Super Lawyers and is recognized in Benchmark Litigation 2010 as a New York "Litigation Star."

Mr. Fox is the author of "Current Issues and Strategies in Discovery in Securities Litigation," ATLA, 1989 Reference Material; "Securities Litigation: Updates and Strategies," ATLA, 1990 Reference Material; and "Contributory Trademark Infringement: The Legal Standard after Inwood Laboratories, Inc. v. Ives Laboratories," University of Bridgeport Law Review, Vol. 4, No. 2.

During law school, Mr. Fox was the notes and comments editor of the University of Bridgeport Law Review.

**Education:**

- B.A., Queens College (1981)
- J.D., Bridgeport School of Law (1984)

**Bar Affiliations and Court Admissions:**

- Bar of the State of New York (1985)
- U.S. Courts of Appeals for the Fourth, Fifth, and Sixth Circuits
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional Affiliations:**

- American Bar Association
- Association of the Bar of the City of New York
- Association of Trial Lawyers of America (Chairman, Commercial Law Section, 1991-92)

Mr. Fox can be reached by email at: FFox@kaplanfox.com

**RICHARD J. KILSHEIMER** first associated with Kaplan Fox in 1976 and became a partner in the firm in 1983.  His practice is concentrated in the area of antitrust litigation. During his career, Mr. Kilsheimer has played significant roles in a number of the largest successful antitrust class actions in the country, and he is serving as co-lead counsel for plaintiffs in several currently pending cases.  He also practices in the areas of securities fraud and commercial litigation.

In December 2007, Mr. Kilsheimer was a speaker on the subject "Elevated Standards of Proof and Pleading: Implications of *Twombly* and *Daubert*" at the American Antitrust Institute Symposium on the Future of Private Antitrust Enforcement held in Washington, D.C.  Mr. Kilsheimer has also served on the Antitrust and Trade Regulation Committee of the Association of the Bar of the City of New York (2004-2007).

Prior to joining the firm, Mr. Kilsheimer served as law clerk to the Hon. Lloyd F. MacMahon (1975-76), formerly Chief Judge of the U.S. District Court for the Southern District of New York.

Mr. Kilsheimer is co-author of "Secondary Liability Developments," ABA Litigation Section, Subcommittee on Secondary Liability, 1991-1994.

**Education:**

- A.B., University of Notre Dame (1972)
- J.D., *cum laude*, St. John's University (1975)

**Bar Affiliations and Court Admissions:**

- State of New York (1976)
- U.S. Court of Appeals for the Second (1983), Third (2002), Sixth (2002) and D.C. (2005) Circuits
- U.S. District Courts for the Southern and Eastern Districts of New York (1976) and the Northern District of Indiana (1987)

**Professional Affiliations:**

- Association of the Bar of the City of New York (Member: Antitrust and Trade Regulation Committee (2004-2007))
- Federal Bar Council
- Committee to Support the Antitrust Laws

Mr. Kilsheimer can be reached by email at: RKilsheimer@kaplanfox.com

**GREGORY K. ARENSON** is a seasoned business litigator with experience representing clients in a variety of areas, including antitrust, securities, and employee termination.  His economics background has provided a foundation for his recognized expertise in handling complex economic issues in antitrust cases, both as to class certification and on the merits.  He argued the appeals in *In re High Fructose Corn Syrup Antitrust Litig.*, 295 F.3d 651 (7th Cir. 2002), and *In re Hydrogen Peroxide Antitrust Litig.*, 552 F.3d 305 (3d Cir. 2009).

Mr. Arenson has been a partner in the firm since 1993.  Prior to joining Kaplan Fox, Mr. Arenson was a partner with Proskauer Rose.  Earlier in his career, he was a partner with Schwartz Klink & Schreiber, and an associate with Rudnick & Wolfe (now DLA Piper).

Mr. Arenson writes frequently on discovery issues and the use of experts.  His published articles include: "Rule 8 (a)(2) After *Twombly*: Has There Been a Plausible Change?" 14 NY LITIGATOR 23 (2009); "Report on Proposed Federal Rule of Evidence 502," 12 NY LITIGATOR 49 (2007); "Report: Treating the Federal Government Like Any Other Person:  Toward a Consistent  Application of Rule 45," 12 NY LITIGATOR 35 (2007); "Report of the Commercial and Federal Litigation Section on the Lawsuit Abuse Reduction Act of 2005," 11 NY LITIGATOR 26 (2006); "Report Seeking To Require Party Witnesses Located Out-Of-State Outside 100 Miles To Appear At Trial Is Not A Compelling Request," 11 NY LITIGATOR 41 (2006); "Eliminating a Trap for the Unwary:  A Proposed Revision of Federal Rule of Civil Procedure 50," 9 NY LITIGATOR 67 (2004); "Committee Report on Rule 30(b)(6)," 9 NY LITIGATOR 72 (2004); "Who Should Bear the Burden of Producing Electronic Information?" 7 FEDERAL DISCOVERY NEWS, No. 5, at 3 (April 2001); "Work Product vs. Expert Disclosure – No One Wins," 6 FEDERAL DISCOVERY NEWS, No. 9, at 3 (August 2000); "Practice Tip: Reviewing Deposition Transcripts," 6 FEDERAL DISCOVERY NEWS, No. 5, at 13 (April 2000); "The Civil Procedure Rules: No More Fishing Expeditions," 5 FEDERAL DISCOVERY NEWS, No. 9, at 3 (August 1999); "The Good, the Bad and the Unnecessary: Comments on the Proposed Changes to the Federal Civil Discovery Rules," 4 NY LITIGATOR 30 (1998); and "The Search for Reliable Expertise: Comments on Proposed Amendments to the Federal Rules of Evidence," 4 NY LITIGATOR 24 (1998).  He was co-editor of FEDERAL RULES OF CIVIL PROCEDURE, 1993 AMENDMENTS, A PRACTICAL GUIDE, published by the New York State Bar Association; and

a co-author of "Report on the Application of Statutes of Limitation in Federal Litigation," 53 ALBANY LAW REVIEW 3 (1988).

Mr. Arenson's *pro bono* activities include being vice chair of the New York State Bar Association Commercial and Federal Litigation Section; a co-chair of the New York State Bar Association Task Force on the State of Our Courthouses, whose report was approved by the New York State Bar Association House of Delegates on June 20, 2009; a member of the New York State Bar Association Special Committee on Standards for Pleadings in Federal Litigation, whose report was approved New York State Bar Association House of Delegates on June 19, 2010; and a member of the New York State Bar Association Special Committee on Discovery and Case Management in Federal Litigation, whose Interim Report on Preservation and Spoliation was adopted by the Executive Committee of the New York State Bar Association on July 15, 2011.  He is a member of The Sedona Conference® Working Group 1 on Electronic Document Retention and Production.  He also serves as a mediator in the U.S. District Court for the Southern District of New York.  In addition, he is an active alumnus of the Massachusetts Institute of Technology, having served as a member of the Corporation, a member of the Corporation Development Committee, vice president of the Association of Alumni/ae, and member of the Alumni/ae Fund Board (of which he was a past chair).

**Education:**

- S.B., Massachusetts Institute of Technology (1971)
- J.D., University of Chicago (1975)

**Bar Affiliations and Court Admissions:**

- Bar of the State of Illinois (1975)
- Bar of the State of New York (1978)
- U.S. Supreme Court
- U.S. Courts of Appeals for the Second, Third and Seventh Circuits
- U.S. District Courts for the Northern and Central Districts of  Illinois, and the Southern and Eastern Districts of New York
- U.S. Tax Court

**Professional Affiliations:**

- New York State Bar Association, Commercial and Federal Litigation Section, Vice-Chair (2011-12), and Committee on Federal Procedure  (Chairman since 1997)
- New York State Bar Association, Task Force on the State of Our Courthouses, Co-Chair
- New York State Bar Association, Special Committee on Discovery and Case Management in Federal Litigation (2010-)
- New York State Bar Association, Special Committee on Standards for Pleadings in Federal Litigation (2008-09)
- Association of the Bar of the City of New York
- American Bar Association
- The Sedona Conference® Working Group 1 on Electronic Document Retention and Production
- Member, advisory board, FEDERAL DISCOVERY NEWS (1999 – present)

Mr. Arenson can be reached by email at: GArenson@kaplanfox.com

**LAURENCE D. KING** first associated with Kaplan Fox in 1994, and became a partner in the firm in 1998. Mr. King initially joined the firm in New York, but in 2000 relocated to San Francisco to open the firm's first West Coast office. He is now partner-in-charge of the firm's San Francisco and Los Angeles offices.

Mr. King practices primarily in the areas of consumer protection litigation and securities litigation, the latter with an emphasis on institutional investor representation. In both of these practice areas, he has played a substantial role in cases that have resulted in some of the largest recoveries ever obtained by Kaplan Fox, including *In re Bank of America Corp. Securities, Derivative, and ERISA Litigation* (S.D.N.Y.), *In re Baycol Products Litigation* (E.D. Pa.), *In re 3Com Securities Litigation* (N.D. Cal.), *In re Informix Securities Litigation* (N.D. Cal.), *AOL Time Warner Cases I & II* (Ca. Super. Ct., L.A. Cty.) and *Providian Credit Card Cases* (Ca. Super. Ct., S.F. Cty.).

An experienced trial lawyer, prior to joining Kaplan Fox Mr. King served as an assistant district attorney under the legendary Robert Morgenthau in the Manhattan (New York County, New York) District Attorney's office, where he tried numerous felony

prosecutions to a jury verdict. At Kaplan Fox, he was a member of the trial team for two class actions tried to verdict, *In re Biogen Securities Litigation* (D. Mass.) and *In re Health Management Securities Litigation* (E.D.N.Y.). Mr. King has also participated in trial preparation for numerous other cases in which favorable settlements were achieved for our clients on or near the eve of trial.

Mr. King was selected for inclusion in Northern California *SuperLawyers* for 2012 and 2013, and from 2011-13, he served as a Vice-Chair, and then as Co-Chair, of the American Association for Justice's Class Action Litigation Group.

**Education:**
- B.S., Wharton School of the University of Pennsylvania (1985)
- J.D., Fordham University School of Law (1988)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York (1989)
- Bar of the State of California (2000)
- U.S. District Courts for the District of New Jersey, the Eastern District of Pennsylvania, the Southern and Eastern Districts of New York, and the Northern, Central and Southern Districts of California

**Professional Affiliations:**
- Bar Association of San Francisco
- American Bar Association
- American Association for Justice
- San Francisco Trial Lawyers' Association
- American Business Trial Lawyers

Mr. King can be reached by email at: LKing@kaplanfox.com

**JOEL B. STRAUSS** first associated with Kaplan Fox in 1992, and became a partner of the firm in 1999.  He practices in the area of securities and consumer fraud class action litigation, with a special emphasis on accounting and auditing issues.

Prior to joining Kaplan Fox, Mr. Strauss served as a senior auditor with one of the former "Big Eight" accounting firms.  Combining his accounting background and legal skills, he has played a critical role in successfully prosecuting numerous securities class actions across the country on behalf of shareholders.  Mr. Strauss was one of the lead

trial lawyers for the plaintiffs in the first case to go to trial and verdict under the Private Securities Litigation Reform Act of 1995.

More recently Mr. Strauss has been involved in representing the firm's institutional clients in the following securities class actions, among others:  *In re Merrill Lynch & Co., Inc. Securities, Derivative and ERISA Litigation* (S.D.N.Y.) ($475 million settlement); *In re Credit Suisse-AOL Securities Litigation* (D. Mass.); and *In re Prestige Brands Holdings Inc. Securities Litigation* (S.D.N.Y.).  He has also recently served as lead counsel for lead plaintiffs in *In re OCA, Inc. Securities Litigation* (E.D. La., $6.5 million settlement) and *In re Proquest Company Securities Litigation* (E.D. Mich., $20 million settlement).

Although currently practicing exclusively in the area of law, Mr. Strauss is a licensed Certified Public Accountant in the State of New York.

Mr. Strauss has also been a guest lecturer on the topics of securities litigation, auditors' liability and class actions for seminars sponsored by the Practicing Law Institute and the Association of the Bar of the City of New York.

**Education:**

- B.A., Yeshiva University (1986)
- J.D., Benjamin N. Cardozo School of Law (1992)

**Bar Affiliations and Court Admissions:**

- Bar of the State of New Jersey
- Bar of the State of New York
- U.S. District Courts for the Southern and Eastern Districts of New York and the District of New Jersey
- U.S. Court of Appeals for the Third Circuit

**Professional Affiliations:**

- American Bar Association (member, Litigation Section, Rule 23 Subcommittee)
- Association of the Bar of the City of New York
- New York State Bar Association
- American Institute of Certified Public Accountants

Mr. Strauss can be reached by email at: JStrauss@kaplanfox.com

**HAE SUNG NAM** first associated with Kaplan Fox in 1999 and became a partner in the Firm in 2005.  She practices in the areas of securities and antitrust litigation, mainly focusing in the Firm's securities practice.

Since joining the Firm, Ms. Nam has been involved in all aspects of securities practice, including case analysis for the Firm's institutional investor clients as well as being a key member of the litigation team representing a number of institutional clients in securities litigation.  She is currently part of the team prosecuting securities claims against Bank of America Corporation, Fannie Mae and Ambac Financial Group, Inc.  She also has a focus in prosecuting opt-out actions on behalf of the Firm's clients and has played a significant role in *AOL Time Warner Cases I & II* (Ca. Sup. Ct., L.A. Cty.) and *State Treasurer of the State of Michigan v. Tyco International, Ltd., et al.*  The recoveries for the Firm's institutional clients in both of these cases were multiples of what they would have received had they remained members of the class action.

Prior to joining the Firm, Ms. Nam was an associate with Kronish Lieb Weiner & Hellman LLP, where she trained as transactional attorney in general corporate securities law and mergers and acquisitions.

Ms. Nam graduated, magna cum laude, with a dual degree in political science and public relations from Syracuse University's Maxwell School and S.I. Newhouse School of Public Communications.  Ms. Nam obtained her law degree, with honors, from George Washington University Law School.  During law school, Ms. Nam was a member of the George Washington University Law Review.  She is the author of a case note, "Radio – Inconsistent Application Rule," 64 Geo. Wash. L. Rev. (1996).  In addition, she also served as an intern for the U.S. Department of Justice, Antitrust Division.

**Education:**

- B.A., magna cum laude, Syracuse University (1994)
- J.D., with honors, George Washington University School of Law (1997)

**Bar Affiliations and Court Admissions:**

- Bar of the State of New York (1998)
- U.S. District Court for the Eastern District of Wisconsin

**Professional Affiliations:**

- New York State Bar Association
- American Bar Association

Ms. Nam can be reached by email at: HNam@kaplanfox.com

**DONALD R. HALL** has been associated with Kaplan Fox since 1998, and became a partner of the firm in 2005. He practices in the areas of securities, antitrust and consumer protection litigation. Mr. Hall is actively involved in maintaining and establishing the Firm's relationship with institutional investors and oversees the Portfolio Monitoring and Case Evaluation Program for the Firm's numerous institutional investors.

Mr. Hall currently represents a number of the Firm's institutional investor clients in securities litigation actions including, *In re Bank of America Corp. Litigation*, *In re Fannie Mae 2008 Securities Litigation*, *In re Ambac Financial Group, Inc. Securities Litigation*, *In Re Credit Suisse – AOL Securities Litigation*. Recently Mr. Hall has successfully represented institutional clients in *In re Merrill Lynch & Co., Inc. Securities, Derivative & ERISA Litigation*, which was recently settled for $475 million; *In re Majesco Securities Litigation*; and *In re Escala Securities Litigation*. Additionally, he was a member of the litigation team in *AOL Time Warner Cases I & II* (Ca. Sup. Ct., L.A. Cty.), an opt-out action brought by institutional investors that settled just weeks before trial. This action, stemming from the 2001 merger of America Online and Time Warner, resulted in a recovery of multiples of what would have been obtained if those investors had remained members of the class action.

Mr. Hall has played a key role in many of the Firm's securities and antitrust class actions resulting in substantial recoveries for the Firm's clients, including *In re Merrill Lynch Research Reports Securities Litigation* (arising from analyst reports issued by Henry Blodget); *In re Salomon Analyst Williams Litigation* and *In re Salomon Focal Litigation* (both actions stemming from analyst reports issued by Jack Grubman); *In re Flat Glass Antitrust Litigation*; and *In re Compact Disc Antitrust Litigation*.

Mr. Hall graduated from the College of William and Mary in 1995 with a B.A. in Philosophy and obtained his law degree from Fordham University School of Law in 1998. During law school, Mr. Hall was a member of the Fordham Urban Law Journal and a member of the Fordham Moot Court Board. He also participated in the Criminal Defense Clinic, representing criminal defendants in federal and New York State courts on a pro-bono basis.

**Education:**

- ▪ B.A., College of William and Mary (1995)
- ▪ J.D., Fordham University School of Law (1998)

**Bar Affiliations and Court Admissions:**

- ▪ Bar of the State of Connecticut (2001)
- ▪ Bar of the State of New York (2001)
- ▪ U.S. District Court for the Southern District of New York

**Professional Affiliations:**

- ▪ American Bar Association
- ▪ Association of Trial Lawyers of America
- ▪ New York State Bar Association

Mr. Hall can be reached by email at: DHall@kaplanfox.com

**JEFFREY P. CAMPISI** joined Kaplan Fox in 2004 and became a partner of the firm in 2013. He practices in the area of securities litigation.

Mr. Campisi currently represents state pension funds in pending securities class actions against Monsanto Company (*Rochester Laborers Pension Fund v. Monsanto Company, et al.*) (10cv1380) (E.D. Mo.) and in *In re 2008 Fannie Mae Securities Litigation* (08cv7831) (S.D.N.Y.).  Jeff recently represented shareholders in the following securities class actions:  *In re Merrill Lynch & Co., Inc. Securities, Derivative and ERISA Litigation* (07cv9633) (S.D.N.Y.) ($475 million settlement); *In re Sequenom, Inc. Securities Litigation* (S.D. Cal.) (09cv921) ($48 million in cash and stock recovered).

Mr. Campisi served as law clerk for Herbert J. Hutton, United States District Court Judge for the Eastern District of Pennsylvania.

**Education:**

- ▪ B.A., cum laude, Georgetown University (1996)
- ▪ J.D., summa cum laude, Villanova University School of Law (2000)
  Member of Law Review and Order of the Coif

**Bar affiliations and court admissions:**

- ▪ Bar of the State of New York (2001)
- ▪ U.S. Dist. Court for the Southern District of New York (2001)
- ▪ U.S. Dist. Court for the Eastern District of New York (2001)

**Professional affiliations:**

- American Bar Association
- New York State Bar Association
- American Association for Justice
- Nassau County Bar Association

Mr. Campisi can be reached by email at: jcampisi@kaplanfox.com

**MELINDA CAMPBELL** became associated with Kaplan Fox in September 2004 and became a partner of the firm in 2013. She practices in the areas of antitrust, securities and other areas of civil litigation.

While attending law school, Ms. Rodon provided pro bono legal services to the Philadelphia community through the Civil Practice Clinic of the University of Pennsylvania Law School as well as the Homeless Advocacy Project.  She also conducted pro bono legal research for the Southern Poverty Law Center.

**Education:**
- B.A., University of Missouri (2000)
- J.D., University of Pennsylvania Law School (2004)

**Bar Affiliations and Court Admissions:**
- Bar of the State of New York, (2005)
- U.S. District Courts for the Southern and Eastern Districts of New York

Ms. Campbell can be reached by email at: MCampbell@kaplanfox.com

## OF COUNSEL

**GARY L. SPECKS** practices primarily in the area of complex antitrust litigation. He has represented plaintiffs and class representatives at all levels of litigation, including appeals to the U.S. Courts of Appeals and the U.S. Supreme Court.  In addition, Mr. Specks has represented clients in complex federal securities litigation, fraud litigation, civil RICO litigation, and a variety of commercial litigation matters.  Mr. Specks is resident in the firm's Chicago office.

During 1983, Mr. Specks served as special assistant attorney general on antitrust matters to Hon. Neil F. Hartigan, then Attorney General of the State of Illinois.

**Education:**

- B.A., Northwestern University (1972)
- J.D., DePaul University College of Law (1975)

**Bar Affiliations and Court Admissions:**

- Bar of the State of Illinois (1975)
- U.S. Courts of Appeals for the Third, Fifth, Seventh, Ninth and Tenth Circuits
- U.S. District Court for the Northern District of Illinois, including Trial Bar

**Professional Affiliations:**

- American Bar Association
- Illinois Bar Association
- Chicago Bar Association

Mr. Specks can be reached by email at: GSpecks@kaplanfox.com

**W. MARK MCNAIR** practices in the area of securities litigation with a special emphasis on institutional investor involvement.  He associated with the firm in 2003, and is resident in Washington, D.C.  Prior to entering private practice, he was an attorney at the Securities and Exchange Commission and the Municipal Securities Rulemaking Board.

**Education:**

- B.A. with honors, University of Texas at Austin (1972)
- J.D. University of Texas at Austin (1975)
- L.L.M. (Securities) Georgetown University (1989)

Mr. McNair can be reached at MMcnair@kaplanfox.com

**LINDA M. FONG** practices in the areas of general business and consumer protection class action litigation.  She has been associated with Kaplan Fox since 2001, and is resident in the firm's San Francisco office.  Ms. Fong served on the Board of the San Francisco Trial Lawyers Association from 2000 to 2011. She was selected for inclusion to the Northern California Super Lawyers list for 2011 through 2013.

**Education:**

- J.D., University of San Francisco School of Law (1985)
- B.S., with honors, University of California, Davis

- ▪ Elementary Teaching Credential, University of California, Berkeley

**Bar affiliations and court admissions:**
- ▪ Bar of the State of California (1986)
- ▪ U.S. District Courts for the Northern, Southern and Eastern Districts of California
- ▪ U.S. Court of Appeals for the Ninth Circuit

**Professional affiliations:**
- ▪ San Francisco Trial Lawyers Association
- ▪ Asian American Bar Association
- ▪ American Association for Justice

**Awards:**
- ▪ Presidential Award of Merit,  Consumer Attorneys of California

Ms. Fong can be reached by email at: lfong@kaplanfox.com

**WILLIAM J. PINILIS** practices in the areas of commercial, consumer and securities class action litigation.

He has been associated with Kaplan Fox since 1999, and is resident in the firm's New Jersey office.

In addition to his work at the firm, Mr. Pinilis has served as an adjunct professor at Seton Hall School of Law since 1995, and is a lecturer for the New Jersey Institute for Continuing Legal Education.  He has lectured on consumer fraud litigation and regularly teaches the mandatory continuing legal education course Civil Trial Preparation.

Mr. Pinilis is the author of "Work-Product Privilege Doctrine Clarified," *New Jersey Lawyer*, Aug. 2, 1999; "Consumer Fraud Act Permits Private Enforcement," *New Jersey Law Journal*, Aug. 23, 1993; "Lawyer-Politicians Should Be Sanctioned for Jeering Judges," *New Jersey Law Journal*, July 1, 1996; "No  Complaint, No Memo – No Whistle-Blower Suit," *New Jersey Law Journal*, Sept. 16, 1996; and "The *Lampf* Decision: An appropriate Period of Limitations?" *New Jersey Trial Lawyer*, May 1992.

**Education:**
- ▪ B.A., Hobart College (1989)
- ▪ J.D., Benjamin Cardozo School of Law (1992)

**Bar Affiliations and Court Admissions:**
- ▪ Bar of the State of New Jersey (1992)

- Bar of the State of New York (1993)
- U.S. District Courts for the District of New Jersey, and the Southern and Eastern Districts of New York

**Professional Affiliations:**
- Morris County Bar Association
- New Jersey Bar Association
- Graduate, Brennan Inn of Court

Mr. Pinilis can be reached by email at: WPinilis@kaplanfox.com


**JUSTIN B. FARAR** joined Kaplan Fox in March 2008.  He practices in the area of securities and antitrust litigation with a special emphasis on institutional investor involvement.  He is located in the Los Angeles office.  Prior to joining the firm, Mr. Farar was a litigation associate at O'Melveny & Myers, LLP and clerked for the Honorable Kim McLane Wardlaw on the Ninth Circuit Court of Appeals.  Mr. Farar also currently serves as a Commissioner to the Los Angeles Convention and Exhibition Authority.

**Education:**
- J.D., order of the coif, University of Southern California Law School (2000)
- B.A., with honors, University of California, San Diego

**Bar Affiliations and Court Admissions:**
- Bar of the State of California (2000)
- U.S. Court of Appeals for the Ninth Circuit (2000)
- U.S. District Court for the Central of California (2000)

**Awards:**
- The American Society of Composers, Authors and Publishers' Nathan Burkan Award Winner, 2000 for article titled "Is the Fair Use Defense Outdated?"

Ms. Farar can be reached by email at: JFarar@kaplanfox.com


**DAVID STRAITE** joined Kaplan Fox in 2013. He focuses on securities, corporate governance, hedge fund, antitrust and digital privacy litigation and is resident in the firm's New York office.  Prior to joining the Firm, Mr. Straite helped launch the US offices of London-based Stewarts Law LLP, where he was the global head of investor protection litigation, the partner in residence in New York, and a member of the US executive

committee.  He also worked in the Delaware office of Grant & Eisenhofer and the New York office Skadden Arps.

Mr. Straite is a frequent speaker and panelist in the U.S. and abroad.  Most recently, he spoke on the hedge fund panel at the February 6, 2013 meeting of the National Association of Public Pension Attorneys in Washington, D.C. ("*Structuring Investments – Do I Get to Go to the Cayman Islands?*"); debated the General Counsel of Meetup, Inc. during 2013 Social Media Week ("*David vs. Goliath: the Global Fight for Digital Privacy*"); and gave a guest lecture on the Legal Talk Network's "Digital Detectives" podcast.  He has also given interviews to Channel 10 (Tel Aviv), BBC World News (London), SkyNews (London), and CBS News Radio (Philadelphia).

Mr. Straite's recent work includes representing investors in the Harbinger Capital hedge fund litigation and the Citigroup CSO hedge fund litigation in New York federal court; pursuing digital privacy claims as court-appointed co-lead counsel in *In re: Facebook Internet Tracking Litigation* in California and *In re: Google Inc. Cookie Placement Consumer Privacy Litigation* in Delaware; pursuing corporate governance claims in Delaware Chancery Court in *In re: Molycorp Derivative Litigation*; and helping to develop the first multi-claimant test of the UK's new prospectus liability statute in a case against the Royal Bank of Scotland in the English courts.  Mr. Straite has also authored *Netherlands: Amsterdam Court of Appeal Approves Groundbreaking Global Settlements Under the Dutch Act on the Collective Settlement of Mass Claims*, in The International Lawyer's annual "International Legal Developments in Review" (2009), co-authored *Google and the Digital Privacy Perfect Storm* in the E-Commerce Law Reports (UK) (2013), and was a contributing author for Maher M. Dabbah & K.P.E. Lasok, QC, Merger Control Worldwide (2005).

**Education:**

- B.A., Tulane University, Murphy Institute of Political Economy (1993)
- J.D., *magna cum laude*, Villanova University School of Law (1996), Managing Editor, Law Review and Order of the Coif

**Bar affiliations and court admissions:**

- Bar of the State of New York (2000)
- Bar of the State of Delaware (2009)
- Bar of the State of Pennsylvania (1996)

- Bar of the State of New Jersey (1996)
- Bar of the District of Columbia (2008)
- U.S. District Courts for the Southern and Eastern Districts of New York; Eastern District of Pennsylvania; and the District of Delaware
- U.S. Court of Appeals for the Third Circuit

**Professional affiliations:**

- American Bar Association (Section of Litigation and Section of International Law)
- Delaware Bar Association
- New York American Inn of Court (Master of the Bench)
- Royal Society of St. George (Delaware Chapter)
- Internet Society

Mr. Straite can be reached by email at: dstraite@kaplanfox.com

**DEIRDRE A. RONEY** joined the San Francisco office of Kaplan Fox as Of Counsel in 2013.  Deirdre's focus is in the area of institutional investor participation in securities litigation.

Prior to joining Kaplan Fox, Deirdre represented governmental entities in public finance and public-private partnership transactions as an associate at Hawkins, Delafield & Wood in New York.  Before that, she served as a Law Clerk in the U.S. Court of International Trade and a trial attorney for the U.S. Federal Maritime Commission.

**Education:**

- J.D., George Washington University School of Law (2003)

**Bar affiliations and court admissions:**

- Bar of the State of New York
- Bar of the State of California

Ms. Roney can be reached by email at: droney@kaplanfox.com

## **ASSOCIATES**

**ELANA KATCHER** has been associated with Kaplan Fox since July 2007.  She

practices in the area of complex commercial litigation.

**Education:**

- B.A. Oberlin College (1994)
- J.D., New York University (2003)

**Bar Affiliations and Court Admissions:**

- Bar of the State of New York (2004)
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional Affiliations:**

- New York State Bar Association
- New York City Bar Association

Ms. Katcher can be reached by email at: ekatcher@kaplanfox.com

**MATTHEW P. McCAHILL** was associated with Kaplan Fox from 2003 – 2005 and rejoined the firm in 2013 after working at a prominent plaintiffs' firm in Philadelphia. He practices primarily in antitrust, securities and complex commercial litigation. Mr. McCahill's *pro bono* work includes representing Army and Marine Corps veterans in benefits proceedings before the U.S. Department of Veterans' Affairs. During law school, Mr. McCahill was a member of the *Fordham Urban Law Journal*.

**Education:**

- B.A., History, *summa cum laude*, Rutgers College (2000)
- J.D., Fordham Law School (2003)

**Bar Affiliations and Court Admissions:**

- Bars of the State of New York and the Commonwealth of Pennsylvania
- U.S. District Courts for the Southern and Eastern Districts of New York and the Eastern District of Pennsylvania

**Professional Affiliations:**

- New York State Bar Association
- American Bar Association
- Association of the Bar of the City of New York

Mr. McCahill can be reached by email at: mmccahill@kaplanfox.com

**MARIO M. CHOI** is a resident of the San Francisco office of Kaplan Fox and practices in the area of complex civil litigation.  Prior to joining the firm in February 2009, Mr. Choi was a litigation associate at Pryor Cashman LLP and a law clerk to the Hon. Richard B. Lowe, III, Justice of the New York Supreme Court, Commercial Division.

**Education:**

- B.A., Boston University (2000)
- M.A., Columbia University (2001)
- J.D., Northeastern University (2005)

**Bar Affiliations and Court Admissions:**

- Bar of the State of New York (2006)
- Bar of the State of California (2006)
- U.S. District Courts for the Southern District of New York and the Northern, Central, and Southern Districts of California

**Professional Affiliations:**

- American Bar Association
- Asian American Bar Association – Bay Area
- Bar Association of San Francisco

Mr. Choi can be reached by email at: mchoi@kaplanfox.com

**PAMELA MAYER** has been associated with Kaplan Fox since February 2009. She practices in the area of securities litigation.

Prior to joining Kaplan Fox, Ms. Mayer was a securities investigation and litigation attorney for a multinational investment bank.  Utilizing her combined legal and business background, including her M.B.A., Ms. Mayer focuses on the research and analysis of securities claims on behalf of our firm's individual and institutional clients and is dedicated full-time to the firm's Portfolio Monitoring and Case Evaluation Program.  Ms. Mayer also has substantial litigation experience in the area of intellectual property.

**Education:**

- B.S., The University of Rochester
- J.D., The George Washington University
- M.B.A., Finance, The University of Michigan

**Bar Affiliations and Court Admissions:**

- Bar of the State of New York
- U.S. District Courts for the Southern and Eastern Districts of New York

**Professional Affiliations:**

- New York State Bar Association

Ms. Mayer can be reached by email at: pmayer@kaplanfox.com

**LAUREN I. DUBICK** joined Kaplan Fox in 2013.  She practices in the areas of antitrust and securities litigation, as well as complex commercial litigation.  Prior to joining Kaplan Fox, Ms. Dubick served as a trial attorney with the Antitrust Division of the United States Department of Justice where she investigated and prosecuted violations of civil and criminal antitrust laws.  During her tenure at the Justice Department, Ms. Dubick played significant roles on some of the Division's largest investigations and litigations and led two software merger investigations.

Ms. Dubick also served as a Special Assistant U.S. Attorney in the Eastern District of Virginia where she gained substantial trial experience prosecuting white collar crimes and other offenses.  During that time, she first-chaired two trials, both of which led to verdicts for the government.  Earlier in Ms. Dubick's career, she clerked for the late Hon. Ann Aldrich of the U.S. District Court for the Northern District of Ohio.

Ms. Dubick has been a guest lecturer on judicial discretion and co-authored an article on consumer protection, "*Perspective on Marketing, Self-Regulation and Childhood Obesity: FTC and HHS Call on Industry to Market More Responsibly*," 13.2 *American Bar Association Consumer Protection Update* 19 (2006).  She is admitted to practice in the state courts of New York and Ohio as well as the Fourth Circuit Court of Appeals.  Prior to law school, Ms. Dubick spent several years working in software and new media.

**Education:**

- B.A., *cum laude*, Harvard College (2000)
- J.D., *magna cum laude*, The Ohio State University Moritz College of Law (2007), Editor of *The Ohio State Law Review* and Member of the Order of the Coif

**Bar Affiliations and Court Admissions:**

- Bar of the State of Ohio (2007)

28

- Bar of the State of New York (2013)
- U.S. Court of Appeals for the Fourth Circuit
- U.S. District Courts for the Southern and Eastern Districts of New York

Ms. Dubick can be reached by email at: ldubick@kaplanfox.com

**DAMIEN H. WEINSTEIN** has been associated with Kaplan Fox since September 2011.  He practices in the areas of securities, antitrust, and other areas of civil litigation.  During law school, Mr. Weinstein was an Associate Editor on both the *Fordham Law Review* and Moot Court programs.

**Education:**

- B.A., *summa cum laude*, University of Massachusetts Amherst (2007)
- J.D., *cum laude*, Fordham University School of Law (2011)

**Bar Affiliations and Court Admissions:**

- Bar of the State of New Jersey (2011)
- Bar of the State of New York (2012)
- U.S. District Courts for the Southern and Eastern Districts of New York

Mr. Weinstein can be reached by email at: dweinstein@kaplanfox.com

# Exhibit L

**WILSON DANIEL "DEE" MILES, III AND BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**

Dee Miles serves as the Section Head of the Beasley Allen firm's Consumer Fraud / Class Action / Commercial Litigation section that focuses on consumer fraud, commercial fraud litigation, antitrust litigation, healthcare litigation, *qui tam* litigation, and class action lawsuits. He is a principal Shareholder of Beasley Allen, which consists of 77 lawyers and approximately 380 staff members. The staff includes investigators, computer specialists, and a comprehensive trial graphics department. Dee and the firm have extensive experience handling complex litigation and class action lawsuits as well as vast MDL experience, knowledge of complex litigation and available resources that will further the goals of the leadership of this important litigation.

Dee and the firm have a proven track record of leadership in MDL cases throughout this country having been selected by Federal Courts as lead and co-lead counsel in four (4) MDL cases to date, three (3) to which Dee Miles was appointed:

- *In re: Vioxx Products Liability Litigation*, MDL No. 1657;

- *In re: Reciprocal of America (ROA) Sales Practices Litigation*, MDL No. 1551, (Dee Miles appointed);

- *In re: American General Life and Accident Insurance Company Industrial Life Insurance Litigation*, MDL No. 1429; (Dee Miles appointed);

- *In re: Dollar General Corp. Fair Labor Standard Acts Litigation*, MDL No. 1653 (Dee Miles appointed).

The firm has also been appointed to 22 different Executive and/or Plaintiff Steering Committees on MDLs, three (3) to which Dee Miles was appointed, including:

- *In re: Zoloft (Sertraline Hydrochloride) Products Liability Litigation*, MDL 2342, U.S. District Court for the Eastern District of Pennsylvania, Honorable Cynthia M. Rufe;

- *In re: Actos Products Liability Litigation*, MDL 2299, U.S. District Court for the Western District of Louisiana, Honorable Rebecca F. Doherty;

- *In re: Toyota Motor Corp. Unintended Acceleration Marketing, Sales Practices, and Products Liability Litigation*, United States District Court for the Central District of California, Honorable Silva, Case No. 8:10-ml-02151-JVS-FMO; (Dee Miles appointed)

- *In re: Motor Fuel Temperature Sales Practices Litigation*, United States District Court, Middle District of Kansas, the Honorable Kathryn Vratil, MDL No. 1840;

- *Bextra/Celebrex, Bextra and Celebrex Marketing Sales Practices and Product Liability Litigation*; United States District Court Northern District of California; MDL 1699, Judge Charles R. Breyer;

- *In re: Fosamax (Alendronate Sodium) Products Liability Litigation* (No. II), MDL No. 2243, U.S. District Court of New Jersey, Honorable Garrett E. Brown, Jr.;

- *In re: Fosamax Products Liability and ONJ Litigation*, MDL No. 1789, U.S. District Court for the Southern District of New York, Honorable John F. Keenan;

- *Hip Replacement Systems, DePuy ASR Hip Replacement*, MDL No. 2197, U.S. District Court, Northern District of Ohio, Honorable David A. Katz;

- *DePuy Pinnacle Hip Replacement*, MDL 2244, U.S. District Court for the Northern District of Texas, Honorable Ed Kinkeade;

- *In re: Biomet M2a Magnum Hip Implant Products Liability Litigation*, MDL No. 2391, U.S. District Court for the Northern District of Indiana, Honorable Robert L. Miller, Jr.;

- *In re: C.R. Bard, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2187, U.S. District Court for the Southern District of West Virginia, Honorable Joseph R. Goodwin;

- *In re: American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2325, U.S. District Court for the Southern District of West Virginia, Honorable Joseph R. Goodwin;

- *In re: Boston Scientific Corp. Pelvic Repair System Products Liability Litigation*, MDL No. 2326, U.S. District Court for the Southern District of West Virginia, Honorable Joseph R. Goodwin;

- *In re: Ethicon, Inc., Pelvic Repair System Products Liability Litigation*, MDL No. 2327, U.S. District Court for the Southern District of West Virginia, Honorable Joseph R. Goodwin;

2

- *In re: Prempro Products Liability Litigation*, MDL No. 1507, U.S. District Court, Eastern District of Arkansas, Honorable Billy Roy Wilson;

- *In re: Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico on April 20, 2010*, MDL No. 2179, U.S. District Court for the Eastern District of Louisiana,  Honorable Carl L. Barbier;

- *In re: Target Corporation Customer Data Security Breach Litigation*, MDL No. 2522, U. S. District Court for the District of Minnesota; Honorable Paul A. Magnuson,  (Dee Miles appointed);

- *In re: Lipitor (Atorvastatin Calcium) Marketing, Sales Practices and Products Liability Litigation,* MDL No. 2502, U.S. District Court for the District of South Carolina;

- *In re: Mirena IUD Products Liability Litigation,* MDL No. 2434, U.S. District Court for the Northern District of Ohio;

- *In re: Fresenius Granuflo/Naturalyte Dialysate Products Liability Litigation*, MDL No. 2428, U.S. District Court for the District of Massachusetts;

- *In re: Blue Cross Blue Shield AntiTrust Litigation*, MDL No. 2406, U.S. District Court for the Northern District of Alabama, Honorable R. David Proctor, (Dee Miles  appointed); and,

- *In re: Androgel Products Liability Litigation*, MDL No. 2545, U.S. District Court for the Northern District of Illinois.

Dee has also served as lead or co-lead counsel in three (3) national class actions to-date (*Gooch v. Life Investors Insurance Company of America, et al.; Gadson v. American Medical  Security Insurance Company; Robertson v. Liberty National Life Insurance Company*) and  recently completed serving as lead counsel on behalf of eight (8) separate States and eight (8)  separate Attorneys General in the Average Wholesale Price Litigation (Alabama, Alaska, Hawaii, Kansas, Louisiana, Mississippi, South Carolina, and Utah), resulting in $1.5 billion to  the States by way of settlements and judgments.

Beasley Allen has obtained some of this country's largest verdicts and settlements, many in which  Dee Miles served as lead or co-lead counsel, including:

3

- Largest verdict against an oil company in American history $11,903,000,000, in *State of Alabama v. Exxon*, filed in the Circuit Court of Montgomery County, Alabama, Case No. CV-99-2368;

- Largest environmental settlement in American history, $750,000,000 in the case of *Tolbert v. Monsanto* filed in the United States District Court for the Northern District of Alabama, Civil Action No. CV-01-1407¬PWG-S, Judge Paul W. Greene;

- Largest predatory lending verdict in American history; $581,000,000 in the case of *Barbara Carlisle v. Whirlpool* filed in the Circuit Court of Hale County, Alabama, Case No. CV-97-068, Judge Marvin Wiggins;

- Largest average wholesale price litigation verdict; $215,000,000 in the case of *State of Alabama v. AstraZeneca*, filed in the Circuit Court of Montgomery County, Alabama, Case No. CV-2005-219.10, Judge Charles Price (Dee Miles as Co-Lead Counsel);

- Second largest average wholesale price litigation verdict, $114,000,000 in the case of *State of Alabama v. GlaxoSmithKline – Novartis*, filed in the Circuit Court of Montgomery County, Alabama, Case No. CV-2005¬219.52, Judge Charles Price (Dee Miles as Co-Lead Counsel);

- Third largest average wholesale price litigation verdict, $78,000,000 in the case of *State of Alabama v. Sandoz, Inc.*, filed in the Circuit Court of Montgomery County, Alabama, Case No. CV-2005-219.65, Judge Charles Price (Dee Miles as Co-Lead Counsel);

- The fourth largest wholesale price litigation verdict, $38.2 million in the case of the *State of Mississippi v. Sandoz*, filed in the Chancery Court of Rankin County, Mississippi, Case No. 65622, Chancellor Thomas L. Zebert (Dee Miles as Co-Lead Counsel);

- The fifth largest wholesale price litigation verdict, $30.2 million in the case of the *State of Mississippi v. Watson*, filed in the Chancery Court of Rankin County, Mississippi, Chancellor Thomas L. Zebert (Dee Miles as Co-Lead Counsel);

- Largest consumer pharmaceutical settlement in history involving the drug Vioxx, $4,850,000,000.

As a successful plaintiffs' firm, Beasley Allen has obtained more than $22 billion in recoveries. Dee and Beasley Allen are prepared and able to commit the time, financial resources and manpower to this litigation to the fullest extent. The Executive Committee

4

needs financially capable and responsible law firms, and Beasley Allen has a full appreciation for the commitment of resources necessary for this type of important litigation. Dee Miles and Beasley Allen have demonstrated this capability and commitment in past MDLs, and provide this commitment to this MDL.

Dee and the firm can provide talented and tenacious lawyers who are thoughtful in their approach, careful in their actions, and nimble in their performance as advocates, with particularly remarkable trial skills. Therefore, we ask to be appointed to the Executive Committee of this MDL Litigation, but will serve in any capacity to assist this litigation to a successful conclusion.



# W. Daniel "Dee" Miles, III,

## Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.

Shareholder / Section Head of Consumer Fraud, Attorney

Consumer Fraud/Class Action/Commercial Litigation

Expertise: Business Consumer Fraud

218 Commerce St
Montgomery, AL 36104
Telephone: 1-800-898-2034
Facsimile: 1-334-954-7555
Email: dee.miles@beasleyallen.com

## About Dee Miles

When Dee graduated from the University of Alabama at Birmingham, he served as a Corporate Internal Auditor for Amsouth Banc Corporation (now "Regions Bank") from 1985-86. Dee then entered Cumberland School of Law where he was chosen to study "Comparative International Law" at the University Heidelberg in Heidelberg, Germany in 1988.

Upon graduation from law school, Dee served as a law clerk to the Honorable John M. Patterson, Judge of the Alabama Court of Criminal Appeals from 1989-90. Dee was then asked to serve as a Staff Attorney for the Alabama Supreme Court under Justice Henry Steagall from 1990-91.

Dee joined the firm in 1991 and has not only been a pioneer of consumer fraud and commercial litigation nationwide, he has demonstrated great leadership resulting in the firm's numerous record-setting verdicts for clients in many areas of law. In addition to representing clients in litigation, Dee manages the entire Consumer Fraud / Commercial Litigation Section of the firm. He is involved in every case being litigated in this section and on a national level.

Dee is a proven leader in complex litigation on a national level in such cases as American General race-based premium multi-district litigation pending in Columbia, South Carolina, Co-lead counsel, GenRe Market Conduct MDL in the United States District Court for the Western Division of Tennessee, as co-lead counsel, lead counsel in the Average Wholesale Price Litigation in State of Alabama v. Abbott (73 pharmaceutical companies); State of Mississippi v. Abbott (86 pharmaceutical companies); State of Louisiana v. Abbott (108 pharmaceutical companies); State of South Carolina v. Abbott (18 pharmaceutical companies); State of Kansas v. Abbott (33 pharmaceutical companies); State of Utah v. Abbott (43 pharmaceutical companies); State of Hawaii (44 pharmaceutical companies); and State of Alaska v. Abbott (34 pharmaceutical companies). The AWP cases have led to the "McKesson Litigation" in which

Dee is serving as lead counsel in: State of Louisiana v. McKesson; State of Kanas v. McKesson; State of Hawaii v. McKesson and State of Alaska v. McKesson. Dee has also been appointed by Federal District Judge James V. Selna to serve in a leadership role on the Plaintiffs Liaison counsel in the Toyota Sudden Unintended Acceleration MDL Litigation in the California U.S. District Court. This committee has the awesome responsibility of coordinating the litigation for the entire country. Dee has also served as lead class counsel in several class actions such as Robertson v. Liberty National Life Insurance Company, Gadson v. American Medical Security Insurance Company and Gouche v. Transamerica Life Insurance Company; just to name a few.

Dee has involved the firm in cases on a national level. The majority of the Consumer Fraud / Commercial Litigation lawyers are licensed in two or more states. Dee has served as lead and co-lead counsel in numerous cases resulting in multi-million dollar verdicts, including the State of Alabama v. AstraZeneca, $215 million for the State; State of Alabama v. GlaxoSmithKline, $81 million verdict for the State; State of Alabama v. Sandoz, $78 million verdict for the State; State of Mississippi v. Sandoz, $38.2 million verdict for the State; State of Alabama v. Novartis, $33 million verdict for the State; Barron v. Alfa, $15 million jury verdict; Wooten v. Horace Mann Ins. Company, $12.4 million verdict; Spann v. Life of Georgia, $2.1 million jury verdict; Knox v. Alfa, $1.9 million verdict; Sewell v. Alfa, $850,000 verdict; and Hudson v. Alfa, $500,000 verdict..

Dee has settled thousands of cases for clients over the years with settlement value exceeding $1 billion. He has in the past and is currently spearheading national global settlements for state Attorneys General in the AWP litigation, having so far recovered over $500 million in settlement funds for the States' Medicaid Agencies. Dee has also pursued settlement for individual plaintiffs against this country's top Fortune 500 companies. Most of these individual settlements involve confidentiality and cannot be discussed publicly, but Dee's leadership in the consumer fraud / commercial litigation areas of law is unprecedented.

Dee is a regular guest speaker at national, regional and state seminars, and he has authored numerous publications on consumer fraud and commercial litigation. He serves as counsel to state Attorneys General all over this country on civil litigation matters, particularly pharmaceutical pricing issues.

He has been featured on The Today Show, NPR, CNN, USA Today, CBS, Fox News and other national news broadcasts and publications.

Dee is presently a Sustaining Member and Executive Committee member for the Alabama Association for Justice and past President of the Montgomery Trial Lawyers Association. Dee is also an active member of the Trial Lawyers for Public Justice. In the recent past, Dee and the firm were named "Boss of the Year" by the Montgomery Association of Legal Secretaries. Dee has been named in the "Who's Who" of lawyers by the Heritage Registry, selected as "Best Lawyers in America" by Best Lawyers in America for 2011 and 2012; Alabama Best Lawyers 2012; selected to Alabama Super Lawyers 2009, 2010, and 2011; and was honored by the lawyers in this firm as "Litigator of the Year" in 2008. He has a Martindale Hubbell AV rating. Dee, along with Beasley Allen Founding Shareholder Jere L. Beasley, was recognized by

Business Alabama magazine on its 2012 list of the 10 largest Alabama jury awards in the past five years, for their work on the AWP/Medicaid Fraud litigation.

Dee is from Homewood, Alabama, where he met his wife, the former Sandra Turnblad, while attending Homewood High School. The two later married after they both graduated from college. Sandra and Dee have four children, two girls and two boys. They are active members of The Holy Spirit Catholic Church in Montgomery. The Roman Catholic Church has honored Dee and Sandra by inducting them into the Equestrian order of the Holy Sepulchre of Jerusalem. The Order is responsible for promoting Christianity within the Middle East and protecting the holy shrines in that region of the world. Dee was recently promoted to Lt. Col. of that charitable organization.

Dee is also a volunteer for the Montgomery County YMCA and he has coached several sports teams. He has regularly raised funds for the Boy Scouts of America, Father Walters Home for the needy, Montgomery Catholic Schools, Catholic Social Services and several other charitable organizations. Dee has also been appointed by Dean John Carroll of the Cumberland School of Law, Samford University, to serve on the Advisory Board of the law school in an effort to promote and preserve Cumberland's commitment to "seek wisdom to temper justice with compassion." The members of the Cumberland Advisory Board recently elected Dee to serve as its President for the year 2011-2012 term.

Dee credits his success to his faith: "My daily goal is to serve the Lord by giving generous love to my family and hard work to our clients, in that order. Life is a constant balancing act, but if we know the priorities of the Lord first, then our families and our work third, we can achieve anything in life we seek."

## Beasley, Allen, Crow, Methvin, Portis, & Miles P.C.

In 1979, Jere Locke Beasley founded the firm, which is now known as Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. The firm represents plaintiffs and claimants in civil litigation. The firm employs more than 75 lawyers and over 200 support staff.

While our offices are based in Montgomery, Alabama, we work with attorneys and clients throughout the country, representing plaintiffs and claimants in the following areas: Business Litigation, Personal Injury and Product Liability, Medical Devices and Drugs, Fraud, Employment Law, and Environmental.

Our attorneys are leaders in complex litigation in courtrooms around the U.S., including state and federal courts. Our attorneys and cases have been profiled in major national media such as Time Magazine, Business Week, Fortune Magazine, Forbes.com, Wall Street Journal, Los Angeles Times, USA Today, U.S. News & World Report, New York Times, National Law Journal, New Orleans Times-Picayune, CNBC's "The Closing Bell," 60 Minutes, NPR, CNN, Headline News, NBC's "Today Show," MSNBC, ABC's "Good Morning America" Fox News and Fox's "The O'Reilly Factor." We have also represented clients testifying before U.S. Congressional committees on Capitol Hill in Washington, D.C.

Our support staff includes full time nurses, investigators, computer specialists, technologists, a public relations department and a comprehensive trial graphics department.  We are one of the country's leading firms involved in civil litigation on behalf of claimants, having represented hundreds of thousands of people.

We hold state and national records for the largest jury verdicts in numerous categories. Beasley Allen currently holds U.S. records for largest verdicts/settlements in 5 categories:

- The largest verdict against an oil company in U.S. History – $11.9 Billion. case summary
- The largest pharmaceutical drug settlement in U.S. History – $4.85 Billion. case summary
- The largest state Medicaid fraud litigation – $1.3 Billion. case summary
- The largest individual private environmental settlement in U.S. History – $700 Million. case summary
- The largest predatory lending verdict in U.S. History – $581 Million. case summary

We have handled cases involving verdicts and settlements amounting to more than $22 billion.

We have a national reputation for being at the forefront of Consumer Litigation. In keeping with this, we publish a monthly consumer news report – The Jere Beasley Report – that goes to more than 40,000 households.

Additionally, each week we feature our attorneys and guests on The Beasley Allen Report, which deals with consumer issues. This hour-long TV program is broadcast on WSFA-TV12 each Sunday evening following the 10 o'clock news. Programs also are available on our YouTube channel at www.youtube.com/BeasleyAllen.

We also host The Law & You radio program each Tuesday from 6-6:30 p.m. on WVAS-FM, 90.7. We discuss a variety of legal issues and field calls from listeners. Listeners can call the program at 334-269-6785 or toll-free at 800-631-2893. Listeners may also submit questions via Twitter at twitter.com/thelawandyou or via email. You can also listen online at www.wvasfm.org.

# Exhibit M

**MURRAY LAW FIRM**
**POYDRAS CENTER – SUITE 2150**
**650 POYDRAS STREET**
**NEW ORLEANS, LOUISIANA 70130**
**504.525.8100 – telephone      504.584.5249 – facsimile      1.800.467.8100 – toll free**
www.murray-lawfirm.com

For over forty years, the nationally-recognized attorneys of the Murray Law Firm have been actively involved in complex litigation throughout Louisiana and the United States.  A full-service plaintiff's firm, the Murray Law Firm's attorneys have successfully represented plaintiffs in class actions and mass torts covering a wide range of areas, including personal injury, property damage, insurance underpayments, and unfair trade practices.

The Murray Law Firm's founder, Stephen B. Murray, Sr., has an AV ® Preeminent™ rating from Martindale-Hubbell, and has been included in *Louisiana Super Lawyers®* every year since 2007.  He has been appointed class and lead counsel in class actions throughout the country for more than forty years.   Serving only as examples of work performed over a long and distinguished career, Mr. Murray was court-appointed class counsel in *In Re: Shell Norco Refinery Explosion*, which settled for a cash payment of over $200 million following several years of highly contested litigation; lead counsel in *In re Ocean Ranger*, MDL 508, which involved the tragic death of 84 oil rig workers in the North Atlantic; and class counsel in the ground-breaking *Gloria Scott v. American Tobacco* class action litigation, which resulted in a $260 million class award. Mr. Murray also frequently lectures on the subjects of class actions, complex litigation, and ethics. His firm includes his wife, two sons, and eight additional attorneys all dedicated to zealously representing their clients.

Mr. Murray's oldest son, Stephen B. Murray, Jr., has also received an AV ® Preeminent™ rating from Martindale-Hubbell, and has been included in *Louisiana Super Lawyers* since 2009. He is routinely appointed as class counsel in cases across the country. Stephen was heavily

involved with the *Gloria Scott* tobacco litigation, and, for his trial work in the *Gloria Scott* case, was named as a finalist for the 2005 Trial Lawyer of the Year Award by the Trial Lawyers for Public Justice Foundation.   He routinely lectures on Multi-District-Litigation consolidation, class actions, and insurance coverage.

Like his father and brother, Arthur M. Murray, has received an AV ® Preeminent™ rating from Martindale-Hubbell.   He has been included in the Rising Star (Class Action) category of *Louisiana Super Lawyers* since 2014.   He has over thirteen years of litigation experience as trial counsel in mass actions and class actions throughout the United States and has litigated at all district and appellate levels.   Art was lead counsel in *Guidry v. American Public Life Ins. Co.*, which involved the underpayment of cancer policy benefits and resulted in a substantial national class settlement that had only two opt-outs.   He also served as appellate counsel in *Grefer v. Alpha Technical, Inc.* which, to date, stands as the largest single plaintiff punitive damage judgment ever upheld on appeal in the State of Louisiana.   Art also had the pleasure of serving as class counsel in the Louisiana PPO litigation (*Gunderson v. F.A. Richard and Assoc., Inc.* and the related cases which followed), helping thousands of health care providers collect more than $300,000,000 over a ten year span.   To date, he has overseen 18 certified class actions (both merits and settlement).

The Murray Law Firm employs ten additional attorneys, which include a former Louisiana appellate court judge and several former federal and state law clerks.   Reflecting the firm's long-standing commitment to diversity, eight of these attorneys are women.   The Murray Law Firm has attorneys licensed to practice in state courts in Louisiana, Texas, Mississippi, Florida, Georgia, and New York and numerous federal courts throughout the United States (including such specialized courts as the Court of Federal Claims and its Vaccine Injury Compensation Program).

Many of the firm's lawyers have received major educational and professional awards, have taken a leading role in significant litigation (not only in Louisiana but nationwide), and have authored a number of published articles.   Each attorney at the Murray Law Firm is dedicated to ensuring open access to the courts, protecting the rights of the injured, and promoting individual and corporate responsibility, all while maintaining the highest ethical standards.

## CURRICULUM VITAE

**ARTHUR MAHONY MURRAY**
**MURRAY LAW FIRM**
Poydras Center, Suite 2150
650 Poydras Street
New Orleans, Louisiana 70130
504.525.8100 Telephone
504.584.5249 Facsimile
amurray@murray-lawfirm.com

EDUCATION:       Tulane University School of Law, Juris Doctor *magna cum laude*, 2001

EMPLOYMENT:      Attorney, Murray Law Firm since 2001

PRACTICE AREAS:  Complex Litigation, Consumer Litigation, Pharmaceutical Litigation, Environmental Litigation, Healthcare Recoupment Litigation, Insurance Coverage Litigation

SUMMARY OF EXPERIENCE:

Thirteen years of litigation experience as trial counsel in individual, mass tort, and class action litigation in a variety of areas, having litigated individual, mass tort, and class action cases at all district and appellate levels from trial to final judgment in federal and state courts throughout the United States.

ADMISSIONS:      Louisiana State Bar, 2001

Texas State Bar, 2007

Louisiana Supreme Court, 2001

United States District Court
Eastern District of Louisiana, 2002

United States District Court
Middle District of Louisiana, 2002

United States District Court
Western District of Louisiana, 2002

**Page 1 of  4**

United States Court of Appeals for the Fifth Circuit, 2002

United States Supreme Court, 2006

Texas Supreme Court, 2007

PROFESSIONAL
ASSOCIATIONS
AND RECOGNITION:   Member, Louisiana State Bar Association
Member, Louisiana Association for Justice
Member, American Association for Justice

Martindale-Hubbell AV Preeminent
*Class Actions, Personal Injury, and Litigation*

Louisiana Rising Star
*Class Action/Mass Torts*

## LISTING OF REPRESENTATIVE CASES

1.    Chehalem Physical Therapy, Inc. v. Coventry Health Care, Inc.
Civil Action No. 03-09-CV-320-HU
Oregon District Court
*Class Counsel*

2.    In Re: Genetically Modified Rice Litigation
Civil Action No. 4:06MD 1811 CDP
United States District Court, Eastern District of Missouri

3.    In Re: Actos (Pioglitazone) Products Liability Litigation
Civil Action No. 6:11-md-02299-RFD-PJH MDL 2399
United States District Court, Western District of Louisiana

4.    Martin Z. Gavin v. Medtronic, Inc.; Medtronic USA, Inc.; and Medtronic Sofamor
Danek USA, Inc.
Civil Action No. 2:12-cv-00851, Section "G", Division 5
United States District Court, Eastern District of Louisiana

5.    In Re: Automotive Parts Antitrust Litigation
Civil Action No. 2:12-md-2311
United States District Court, Eastern District of Michigan, Southern Division

6.      In Re: Vehicle Carrier Services Antitrust Litigation
        Civil Action No. 13-cv-3306
        United States District Court, District of New Jersey

7.      In Re: Home Depot, Inc., Customer Data Security Breach
        Civil Action No. 1:14-md-02583
        United States District Court, Northern District of Georgia

8.      In Re: Xarelto (Rivaroxaban) Products Liability Litigation
        Civil Action No. MDL 2592
        United States District Court, Eastern District of Louisiana

9.      In Re: Syngenta AG MIR162 Corn Litigation
        Master Case No. 2:14-md-02591-JWL-JPO; MDL NO. 2591
        United States District Court For the District of Kansas

10.     First NBC Bank, et al. v. Kmart Holdings
        Civil Action No. 1:14-cv-10088
        United States District Court, Northern District Illinois

11.     Joseph Grefer, et al. v. Alpha Technical, et al.
        Civil Action No. 1997-15004, Div. "J"
        Civil District Court for the Parish of Orleans

12.     Clark A. Gunderson, M.D., et al. v. F.A. Richard & Associates, Inc., et al.
        Civil Action No. 2004-002417
        14th Judicial District Court, Calcasieu Parish, Louisiana
        *Class Counsel*

13.     Darcy Guidry, et al. v. American Public Life Ins. Co., et al.
        Civil Action No. 2008-3465, Div. "G"
        14th Judicial District Court, Calcasieu Parish, Louisiana
        *Lead Counsel for the Class*

14.     Opelousas General Hospital Authority, a Public Trust, d/b/a Opelousas General
        Health System and Arklamiss Surgery Center, L.L.C. v. Fairpay Solutions, Inc.
        Civil Action No. 12-C-1599-C
        27th Judicial District Court, St. Landry Parish, Louisiana
        *Class Counsel*

15.     Opelousas General Trust Authority d/b/a Opelousas General Health System, et al. v.
        Multiplan, Inc., et al.
        Civil Action No. 12-C-2603-D, Federal Court Docket No. 6:12-cv-01830
        27th Judicial District Court, St. Landry Parish, Louisiana

16.    Opelousas General Hospital Authority, A Public Trust, d/b/a Opelousas General
       Health System v. PPO Plus, L.L.C.
       Civil Action No. 13-C-5380-D
       27th Judicial District Court, St. Landry Parish, Louisiana

17     Scottie Day v. Janssen, et al. (In Re: Risperdal Litigation)
       December Term 2014, No. 04017
       Court of Common Pleas, Philadelphia County

# Exhibit N



**HAUSFELD FIRM SUMMARY**

Hausfeld ranks among the world's top claimants' firms.  Renowned for our skillful prosecution of complex and class-action litigation, we represent individuals, businesses, and organizations—domestically and internationally—in the areas of antitrust/competition law, human and civil rights, mass torts, environmental threats, securities fraud, and consumer protection.  For decades Hausfeld attorneys have vigorously advocated for aggrieved claimants, achieving noteworthy trial victories and settlements while contributing to the development of law in the United States and abroad.  The firm has offices in Washington, D.C., Philadelphia, San Francisco, and London, with affiliated offices throughout Europe, Asia, Latin America, Canada, Africa and Australia.

Hausfeld was founded by Michael D. Hausfeld, who is widely recognized as one of the country's top civil litigators and a leading expert in the fields of private antitrust/competition enforcement and international human rights.  The *New York Times* has described Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers" while *Washingtonian Magazine* characterizes him as a lawyer who is "determined to change the world—and succeeding," noting that he "consistently brings in the biggest judgments in the history of law."

Under Mr. Hausfeld's leadership, Hausfeld attorneys have studied the recent global integration of markets—and responded with innovative legal theories and a creative approach to claims in new and emerging markets.  The firm's pursuit of global justice has also yielded a diverse array of clients, including Native Alaskans, Holocaust survivors, and apartheid victims in South Africa.

**LEADERSHIP IN LANDMARK LITIGATION**

Courts have appointed Hausfeld and its attorneys as lead class counsel, co-lead class counsel, or managerial counsel in over 30 class-action antitrust, consumer-protection, mass-tort, and sports and entertainment cases, with leadership positions in numerous other cases:

<u>**Antitrust**</u>
- *In re Air Cargo Shipping Services Antitrust Litig.*, No. 06-md-1775 (E.D.N.Y.)
- *In re Automotive Aftermarket Lighting Products Antitrust Litig.*, No. 09-ML-2007-GW (PJW) (C.D. Cal.)
- *Bruce Foods Corp. v. SK Foods, LP*, No. 2:09-cv-00027-MCE-EFB (E.D. Cal.)
- *In re Cathode Ray Tube (CRT) Antitrust Litig.*, No. 3:07-cv-5944-SC (N.D. Cal.)
- *In re Chocolate Confectionary Antitrust Litig.*, No. 08-mdl-1935 (M.D. Pa.)
- *In re Foreign Exchange Benchmark Rates Antitrust Litigation,* 13 Civ. 07789 (LGS) (S.D.N.Y.)



- *In re Fresh and Process Potatoes Antitrust Litig.,* No. 4:10-MD-2186-BLW (D. Id.) (Executive Committee)
- *In re International Air Passenger Surcharge Antitrust Litig.*, No. M:06-md-01793 (N.D. Cal.)
- *In re Korean Ramen Antitrust Litig.,* No. C-13-04115-WHO (N.D. Cal.)
- *In re Municipal Derivatives Antitrust Litig.*, No. 08-cv-2516 (S.D.N.Y.)
- *In re New Jersey Tax Sales Certificates Antitrust Litig.*, No. 12-1893 (D.N.J.)
- *In re NCAA Student-Athlete Name & Likeness Licensing Litig.*, No. C09-1967 CW (N.D. Cal.)
- *In re Optical Disk Drive Antitrust Litig.*, No. 3:10-md-02143-VRW (N.D. Cal.) (Executive Committee)
- *In re Polyurethane Foam Antitrust Litig.*, No. 1:10-md-02196-JZ (N.D. Ohio)
- *In re Processed Egg Products Antitrust Litig.*, No. 2:08-cv-04653 (E.D. Pa.)
- *In re Skelaxin (Metaxalone) Antitrust Litig.,* No. 1:2012-md-02343-CLC (E.D. Tenn.)*In re Rail Freight Fuel Surcharge Antitrust Litig.*, No. 1:07-mc-00489-PLF-JMF (D.D.C.)
- *In re Transpacific Passenger Air Transport Antitrust Litig.*, No. 3:07-cv-05634 (N.D. Cal.)
- *In re Vitamin C Antitrust Litig.*, No. 1:06-md-01738-DGT-JO (E.D.N.Y.)
- *In re LIBOR-Based Financial Instruments Antitrust Litig.*, No. 11-MD-2262 (S.D.N.Y.)

**Consumer Protection**
- *In re: Target Corporation Customer Data Security Breach Litigation*, MDL No. 14-2522 (PAM/JJK) (D. Minn.) (Financial Institutions Cases Steering Committee)
- *In re Monsanto Company Genetically-Engineered Wheat Litig.,* No. 2:13-md-02473-KHV-KMH (D. Kan.) (Chair of the Co-Leads)
- *In re Honey Transshipping Litigation*, 1:13-cv-02905 (N.D. Ill.)
- *U.S. Hotel and Resort Management, Inc. et al v. Onity Inc.*, 0:13-cv-01499-SRN-FLN (D. Minn.)
- *National Trucking Financial Reclamation Services, LLC v. Pilot Corp.*, 4:13-cv-00250-JMM (E.D. Ark.)
- *Radosti, et al. v. Envision EMI, LLC*, No. 1:09-CV-00887-CKK (D.D.C.)
- *Ross v. Trex Co., Inc.*, No. 5:09-CV-00670 (N.D. Cal.)
- *In re Sony PS3 "Other OS" Litig.*, No. CV-10-1811-RS (N.D. Cal.)
- *In re Tyson Foods, Inc., Chicken Raised without Antibiotics Consumer Litig.*, No. 1:08-md-01982-RDB (D. Md.)
- *Wolph v. Acer America Corp.*, No. CV-09-01314-VRW (N.D. Cal.)

**Mass Tort**
- *In re Chinese-Manufactured Drywall Products Liability Litig.*, MDL No. 2047 (E.D. La.) (Of Counsel to Plaintiffs' Steering Committee)
- *In re National Football League Players' Concussion Injury Litig.*, No. 2:12-md-02323-AB (E.D. Pa.) (Plaintiffs' Executive Committee and Liaison Counsel)



- *In re Prempro Products Liability Litigation*, No. 4:03-cv-01507-WRW (E.D. Ark.) (Plaintiffs' Steering Committee)
- *In re Stryker Rejuvenate And ABG II Hip Implant Products Liability Litigation* , MDL No. 13-2441 ( D. Minn. ) (appointed to Plaintiffs' Steering Committee )

**Financial Services**
- *In re Commodity Exchange, Inc. Silver Futures and Options Trading Litig.*, No. 1:11-md-02213-RPP (S.D.N.Y.) (Interim Plaintiffs' Steering Committee).
- *MTB Investment Partners LP v. Siemens Hearing Instruments Inc.*, No. 2:12-cv-00340 (D. N. J.)

**Sports & Entertainment**
- *Dryer v. Nat'l Football League*, No. 0:09-cv-02182-PAM-AJB (D. Minn.)
- *Eller v. Nat'l Football League*, No. 11-CV–639 (D. Minn.) ("*Eller I*")
- *Eller v. National Football League Players Assoc. et al.*, 11-CV-02623-SRN-JJG (D. Minn.) ("*Eller II*")
- *James v. UMG Recordings, Inc.*, No. 11-CV-1613-SI (N.D. Cal.)
- *Sister Sledge v. Warner Music Group*, 3:12-cv-00559-RS (N.D. Cal.)

---

RECENT ACCOLADES AND ACHIEVEMENTS

- In January 2015, *Washington Business Journal* named Reena Gambhir to its list of honorees for the 2015 Minority Business Leader Awards. The award recognizes leaders that embody entrepreneurial drive, creativity and success in business.

- In December 2014, *The National Law Journal* named Michael Hausfeld to its inaugural list of Litigation Trailblazers & Pioneers. *The National Law Journal* noted:

> "The 'Litigation Trailblazers & Pioneers' list recognizes those professionals who have acted as *real agents of change* in their field, elevating - and in some cases, redefining - the ways in which litigation is pursued, cases are defended or trials are handled."

- In December 2014, *Law360* named Michael Hausfeld a Competition MVP. *Law360* writes that Hausfeld is:

> "Michael Hausfeld scored a *game-changing victory* against the National Collegiate Athletic Association in an antitrust case, forcing the league to let universities pay student athletes and earning him a spot on Law360's list of Competition MVPs...convincing a California federal district judge with little knowledge of college sports that the NCAA's ban on compensating student athletes for the use of their names, images and likenesses violated federal antitrust law was *no simple feat*."



PAGE 4

• In December 2014, *Who's Who Legal* named three Hausfeld partners, Michael Hausfeld, Megan Jones, and James Pizzirusso its list of Experts in Competition Law – U.S. Plaintiff. Honorees were selected based on comprehensive, independent survey responses received from general counsel and private practitioners worldwide. Notably, Jones was one of just four female attorneys to receive this recognition.

• In October 2014, *The Legal 500* named Hausfeld to the Top Tier for Competition Litigation in London. *The Legal 500* writes that Hausfeld is:

> "Widely recognised as a market leader for claimant-side competition litigation, Hausfeld…provides *'innovative full-service solutions'*. It is the *'market leader in terms of quantity of cases, and also the most advanced in terms of tactical thinking'.*

• In October 2014, *Law360* named Chairman Michael Hausfeld, as a "Titan of the Plaintiffs Bar" *Law360* cited his recent victory in *O'Bannon v. NCAA*, and his long career of success across a wide range of cases.

• In September 2014, Hausfeld Partner, William Butterfield, was named a winning Washington Power Player for 2014, by *Washington SmartCEO*. William Butterfield was specifically lauded for *"his e-discovery expertise"* and his *"congeniality."*

• In September 2014, *The National Law Journal* recognized Hausfeld Partner, Reena Gambhir, as a DC Rising Star for 2014, in its list of the top 40 attorneys under 40 whose legal accomplishments belie their age.

• In September 2014, *The National Law Journal* named Hausfeld as one of a select group of America's Elite Trial Lawyers, as determined by *"big victories in complex cases that have a wide impact on the law and legal business."* The award notes that:

> Hausfeld is among those "*doing the most creative and substantial work on the plaintiffs side."*

• In August 2014, *Law360* ranked Hausfeld's *O'Bannon v. NCAA* trial team among its "Legal Lions," citing the trial victory against the NCAA.

• In August, 2014, AmLaw named Chairman Michael Hausfeld, Litigator of the Week in the wake of complete bench trial victory against the NCAA in *O'Bannon v. NCAA.*

• In June 2014, *The Legal 500* named Hausfeld to the Top Tier of firms representing plaintiffs in antitrust matters for the sixth year in a row. Hausfeld attorneys, Michael Hausfeld, Megan Jones and Brian Ratner were individually names as Leading Lawyers as well, more than any other firm. *The Legal 500* states that:



"Washington DC firm Hausfeld is a *'market transformer'*, and the *'most innovative firm with respect to antitrust damages'*. *'Driven by excellence'*, the team *'anticipates the evolving needs of clients'* and delivers *'outstanding advice not only in legal terms but also with a true entrepreneurial touch'*…The *'incredibly impressive'* Michael Hausfeld and Brian Ratner are *'highly skilled negotiators and litigators, and real fighters with an outstanding strategic sense'*. Megan Jones is also recommended."

• In May 2014, *Chambers & Partners* ranked Hausfeld in the top tier, Band 1, for Antitrust Plaintiffs Firms. Michael Hausfeld was also ranked in Band 1 for Antitrust lawyers, and William Butterfield was ranked in Band 3 for Litigation lawyers.

• In April 2014, *Law360* named Sathya Gosselin to its "Rising Stars for 2014" list, in the Class Action category.

• In April 2014, *Super Lawyers* selected six Hausfeld attorneys as among the top in the nation. The *Super Lawyer* designation recognizes the top 5% of attorneys in the U.S. and the *Super Lawyers' Rising Star* designation recognizes the top 2.5% of attorneys in the U.S. under the age of forty, as chosen by their peers and through independent research within their practice area.

• For the third year in a row, *The National Law Journal* named Hausfeld as part of the esteemed "Plaintiffs' Hot List" in 2014. The editorial summarized the firm by stating:

"Michael Hausfeld's self-titled law firm has stacked up the successes since its start in 2008. From June 2012 to July 2013, it had a hand in more than $1 billion in verdicts and settlements, more than all three previous years combined, coming largely from two cases: antitrust litigation involving the air cargo industry and a high-profile football concussions case."

• In early of October 2013, Hausfeld won the *Financial Times* Innovative Lawyer Dispute Resolution Award. The FT states that Hausfeld has:

"Pioneered a unique and market-changing litigation funding structure that improved accessibility and enabled victims to pursue actions with little or no risk."

• In 2013, *The Legal 500* named Hausfeld as one of the top three law firms in the U.S. in plaintiffs' antitrust representation. Hausfeld attorneys, Michael Hausfeld, Megan Jones and Brian Ratner were also named to the "Leading Lawyers" list, garnering three of just ten honors nationwide.

• In May 2013, *Law360* named Brent Landau to its "Rising Stars for 2013" list, in the Competition category.



• In October 2012, Hausfeld was named by the *National Law Journal* in its prestigious "Plaintiffs' Hot List" as one of the premier plaintiffs' firms in the country. The editorial highlighted the Air Cargo litigation stating:

> "Michael Hausfeld's law firm helped to oversee the extraction of an additional $200 million during the last 12 months from air carriers accused of a massive conspiracy to fix prices for hauling air cargo, bringing the total take from 17 settlements during the past three years to $485 million."

• *The Legal 500*, May 2012, placed Hausfeld in Tier 1 for the antitrust category of Mass Tort and Class Action Plaintiffs Representation. The publication also listed Michael Hausfeld, Megan Jones and Brian Ratner as "Leading Lawyers" stating that:

> "Hausfeld has '*a deep and strong knowledge of the antitrust practice*', and is recognized as '*among the very top*' firms in the space. Its 13-partner group is based in Washington DC, San Francisco, Philadelphia and also internationally in London. Recent highlights include acting as one of four co-lead counsel for the class in the cartel case, *In re Air Cargo Antitrust Shipping Litigation*, and securing $241m in related settlements during 2011 to add to the $128m secured in 2010, and $85m in 2009. It acted as one of the co-lead counsel in *In re Vitamin C Litigation* in which allegations of collusion and price-fixing were brought against Chinese manufacturers of vitamin C, which admitted the charge but brought an interesting defense by invoking the foreign sovereign compulsion doctrine. The US District Court for the Eastern District of New York denied defendants' motions for summary judgment, rejecting the notion that the Chinese government was responsible for their conduct. The group has carved a niche in sports-related antitrust class actions, with two currently pending, including *In re NCAA Student-Athlete Name & Likeness Litigation*, in which the firm recently won its trial and obtained an injunction on the behalf of the class. Brian Ratner '*thinks strategically, is an excellent negotiator and has a solid foundation of substantive law*'. Andrew Bullion, '*powerhouse*' Michael Hausfeld and Megan Jones are also recommended."

• *Lawdragon* named Michael Hausfeld as one of the 500 Leading Lawyers in America for 2011, 2012 and 2013.

• In February 2012, The Global Competition Review cited Hausfeld as "…one of—if not the—top antitrust plaintiffs' firms in the US." They also recognized that, "The team's sister practice in London, Hausfeld & Co, has been at the forefront of private antitrust litigation in Europe."

• *Law360* selected three partners, Megan Jones, Brian Ratner, and James Pizzirusso as "Rising Stars Under 40" in 2012.

• From 2011 to 2013 Benchmark Plaintiff Guide to America's Leading Plaintiff Firms and



Attorneys identified Hausfeld as one of the top "Tier 1" Antitrust firms in the country, naming several Hausfeld partners as "Antitrust Litigation Stars"—more than any other firm.  Further, the Guide listed Hausfeld as one of the "Highly Recommended" Plaintiff firms in Washington, DC, naming four of its partners as "Local Litigation Stars" as well.  The 2011 Guide noted:

> "Michael Hausfeld, the founder and chairman of the firm, is a Goliath in the plaintiffs' bar having earned his esteemed reputation as a leading litigator with record-breaking decisions won by advancing unconventional legal theories.  Known for success in human rights, antitrust and complex commercial litigation, he is also considered one of the country's best negotiators. William Butterfield, Hilary Scherrer and James Pizzirusso bring decades of invaluable expertise and experience to the firm's practice."

- The US *Legal 500* publication identified Hausfeld as one of the <u>top three</u> antitrust plaintiffs' firms nationwide in 2011:

> "Led by the renowned Michael Hausfeld, Hausfeld has rapidly established itself at the plaintiff's bar since its inception in 2008, bringing to bear its '*crucial experience of the tactics which may be employed by both sides in litigation*'. The group has a dedicated focus on complex antitrust litigation and class actions, and 'provides creative advice to resolve issues'. In June 2010, the firm reached a $25m settlement with defendants Land O'Lakes, Moark and Norco Ranch in *In re Processed Egg Products Antitrust Litigation*. The firm had filed the first case in this action alleging a national conspiracy of supply reduction and price fixing in the egg industry. The firm also saw *In re Ethylene Propylene Diene Monomer* (EPDM) Antitrust Litigation through to successful settlement in 2010 after seven years, winning class certification on summary judgment in 2009 and the subsequent Second Circuit appeal in 2010. The case was finally settled six months before the trial began. The firm also has a London office through which it is pursuing action against an alleged global cartel. Andrew Bullion and Megan Jones are recommended for having a '*good understanding of business and operational environments*'."

- The *National Law Journal* named Hausfeld to the 2010 Plaintiffs' Hot List, as well:

> "Since its inception in 2008, 23-attorney Hausfeld has quickly positioned itself as a leader in antitrust and class action litigation. Washington-based Chairman Michael Hausfeld's firm has established new frontiers for plaintiffs' legal recovery, while pursuing global cartels and representing victims of apartheid. That case resulted in a groundbreaking ruling by the U.S. Court of Appeals for the 2d Circuit that aiding and abetting violations of international law are actionable under the Alien Tort Claims Act. The firm claims recoveries worth $300 million during the past 12 months."

- In 2010, the US *Legal 500* publication also listed Hausfeld among the <u>top three</u> antitrust plaintiffs' firms in the country:

> "Hausfeld LLP brands as a global plaintiff representation firm, targeted at providing justice to both individuals and businesses, and antitrust litigation is one of five key areas of



expertise.…[T]he firm has been appointed co-lead counsel in over 20 significant cases. The firm is headquartered in Washington DC, and also has offices in New York, Philadelphia, San Francisco and London. One client ranks the firm as *'the best I have ever worked with'*… Recommended lawyers include the firm's founder, Washington DC-based Michael Hausfeld, an experienced veteran who is *'inventive and determined'*. Also in Washington DC, Brian Ratner is an *'engaging, highly competent professional who can simplify complex antitrust matters and make them comprehensible to a non-antitrust attorney'*, and Andrew Bullion, *'experienced, knowledgeable and easy to communicate with'*. In Philadelphia, Brent Landau is *'very professional and personable'*. "

• The US *Legal 500* publication honored Hausfeld as one of the top antitrust plaintiffs' firms in the country in 2009.

• In March 2009, the firm finalized a historic global-settlement agreement with Parker ITR concerning the company's involvement in an international marine hose cartel. The settlement agreement was the first private resolution of a company's global-cartel liability without any arbitration, mediation, or litigation. It thus signaled opportunities never before possible for dispute resolution, and it provides a new model for global-cartel settlements going forward. Major oil company purchasers and other significant marine-hose purchasers have signed or agreed to sign the settlement agreement.

• Hausfeld is court-appointed lead counsel (with special responsibility for stewardship of non-US claims) in the *Air Cargo Antitrust Litigation* on behalf of air-freight customers opposing a group of international airlines who allegedly fixed prices on air-freight shipping. This case has already resulted in settlements worth over $485 million. Michael Hausfeld is one of the lead settlement negotiators for the claimants.

• Hausfeld is also court-appointed co-lead counsel in the *Air Passenger Antitrust Litigation* representing thousands of air travelers worldwide opposing British Airways and Virgin Atlantic Airways for allegedly fixing prices of air-passenger transportation from the UK to all long-haul destinations in the world (as well as the opposite routes). Hausfeld lawyers secured in this action the first recovery for foreign citizens based on foreign antitrust law in a US antitrust case. European citizens and businesses have benefited significantly from this settlement, which provided equal compensation for domestic and foreign air passengers.

• Hausfeld lawyers also successfully litigated and settled foreign claims in *Kruman v. Christie's International PLC. et al.*, marking the first time that non-US claimants received, as a class, compensation for violation of competition laws (the fixing of auction commissions)—a milestone in both US antitrust jurisprudence and European recovery.

## STERLING REPRESENTATION

Given Hausfeld's depth of experienced lawyers, history, profile, and recent successes, the firm is



widely considered to be a leader in the antitrust bar.  Hausfeld lawyers have an exemplary record of:

- Leading or participating in the world's most significant plaintiffs' private antitrust-enforcement actions;
- Cutting-edge innovation in private antitrust enforcement in the US and abroad; and
- Building one of the largest and most talented plaintiffs' private antitrust enforcement teams in the US, the UK, and Europe.

As international cartels invade the marketplace—and global enforcement bodies struggle to keep up—Hausfeld is able to provide unparalleled legal advice and superior representation for claimants anywhere on the planet.  Hausfeld's unique position and skill sets are frequently acknowledged by leading defense firms as well, who commend Hausfeld attorneys (in public and in private) while seeking global "peace" for their cartelist clients.

## LEGAL INNOVATION

Hausfeld lawyers have hosted, lectured at, and participated in numerous conferences throughout six continents.  Among the topics addressed have been the pursuit of damages actions in the US and the EU on behalf of EU and other non-US plaintiffs; private civil enforcement of EU competition laws; the Supreme Court decision in *Empagran*; the principle of international comity; monopolization; and emerging issues in electronic discovery.  Hausfeld attorneys have presented before regulators, judges, business leaders, in-house counsel, private lawyers, public-interest advocates, and institutional investors. They have also written extensively on these subjects and many others, and they have led key competition-policy debates around the world.

## INDIVIDUAL REPRESENTATION HIGHLIGHTS

- FINRA Arbitration

Hausfeld attorneys recently represented a public technology company, recovering millions of dollars that its investment advisor had invested in auction rate securities (ARS).

The client's investment advisor was aware that with any auction rate security, there exists the possibility that there will not be a sufficient number of buyers to match the number of auction rate securities that holders want to sell in any given auction.  If this happens, the auction "fails" and the holders will not be able to sell their auction rate securities at par value.  In 2007, the ARS market failed when major financial institutions stopped supporting auctions.

On behalf of its client, Hausfeld attorneys commenced an arbitration proceeding with the



Financial Industry Regulatory Authority in November 2009.  Discovery established that the investment advisor was clearly on notice of the vulnerability of the ARS market prior to the auction failures.  Despite this awareness, it breached fiduciary obligations to the client to protect the liquidity of the investment portfolio.  The matter was resolved in February 2011 through a settlement that restored liquidity to the client's investment portfolio.

Hausfeld was able to successfully and privately resolve this matter for its client in less than twenty-four months with very little disruption to the client's business operations.

## NON-COMPETITION MATTERS

In addition to their cutting-edge work in the competition and antitrust fields, Hausfeld lawyers have been at the forefront of leading human rights, civil rights, environmental, mass tort, consumer, and other complex matters litigated in the United States and abroad.  Richard Lewis, for example, is presently lead counsel in an international environmental and human rights case involving drinking water contamination in Bhopal, India.  Mr. Lewis is also a member of the Plaintiff's Steering Committee in the federal Hormone Replacement Therapy ("HRT") mass-tort litigation as well as the Chinese-Manufactured Drywall litigation and on the executive committee for the NFL concussions injury litigation.

**Highlights**:

- *Holocaust Litigation*

In the historic Swiss banking litigation, Michael Hausfeld served, pro bono, as co-lead counsel for Holocaust survivors against the Swiss banks that collaborated with the Nazi regime during World War II by laundering stolen funds, jewelry, and art treasures. Michael Hausfeld obtained a $1.25 billion settlement.  *In re Holocaust Victim Assets Litig.*, No. CV 96-4849 (ERK) (MDG) (E.D.N.Y.).  He was also a lead counsel in litigation by survivors of World War II-era forced and slave labor against the German companies that profited from the labor of concentration camp inmates.  This litigation, which resulted in an unprecedented settlement of $5.2 billion for approximately two million claimants, was resolved through multinational negotiations that included both defendants and plaintiffs' counsel, and the governments of several countries.

- *In re Chinese-Manufactured Drywall Products Liability Litig.,* MDL No. 2047 (E.D. La.).

Richard Lewis helped try the *Germano v. Taishan* property damages and remediation matter on behalf of seven Virginia homeowners.  The Court ordered plenary relief for the homeowners in the amount of $2.6 million and determined the standard for remediation of a damaged Chinese drywall home. Mr. Lewis was instrumental in the *Daubert* briefing and argument as well as the trial testimony of several experts, and was successful in excluding significant portions of the defense experts' opinions.



- *In re The Exxon Valdez Litig.*, No. A89-095 Civ. (D. Alaska).

Michael Hausfeld was selected from dozens of attorneys around the country by federal and state judges in Alaska to serve as co-lead counsel for plaintiffs in the largest environmental case in United States history, which resulted in an initial jury verdict of more than $5 billion.

- *In re Diet Drug Litig.* (Fen-Phen), MDL No. 1203 (E.D. Pa.).

As a member of the Plaintiffs' Management Committee and Sub-Class Counsel, Richard Lewis played a major part in the success of the Fen-Phen diet drug litigation and settlement. Mr. Lewis and other plaintiffs' counsel achieved one of the largest settlements ever obtained in a mass tort case—$3.75 billion—on behalf of millions of U.S. consumers who used diet drugs that are associated with heart valve damage.

- *In re StarLink Corn Products Liability Litig.*, MDL No. 1403. (N.D. Ill.).

Richard Lewis was co-lead counsel and successfully represented U.S. corn farmers in a national class action against Aventis CropScience USA Holding and Garst Seed Company, the manufacturer and primary distributor of StarLink corn seeds. StarLink is a genetically modified corn variety that the United States government permitted for sale as animal feed and for industrial purposes but never approved for human consumption. Yet StarLink was found in corn products sold in grocery stores across the country and was traced to widespread contamination of the U.S. commodity corn supply. The settlement, which provided more than $110 million for U.S. corn farmers, was the first successful resolution of tort claims brought by farmers against the manufacturers of genetically modified seeds.

- *Roberts v. Texaco, Inc.*, 94-Civ. 2015 (S.D.N.Y.).

Michael Hausfeld represented a class of African-American employees in this landmark litigation that resulted in what was at that time the largest race-discrimination settlement in history ($176 million in cash, salary increases, and equitable relief).

- *The Southern Farmers Association v. Shell (Christ Church, Barbados, W.I.)*

James Pizzirusso successfully represented dozens of farmers and landowners in Barbados whose crop lands and properties were contaminated as a result of Shell's negligence in allowing jet fuel to leak from underground pipelines.  This was one of the first mass environmental settlements of its kind in Barbados.

---

**INDEX**

Annex 1 of this resume is a list of quotes from journalists and publications concerning the work of Hausfeld attorneys, as well as awards and recognitions.  Annex 2 provides individual profiles of Hausfeld attorneys.  Annex 3 contains information about the firm's London and Brussels affiliates and



attorneys.  Annex 4 is a list of publications by Hausfeld attorneys.  Finally, Annex 5 provides contact information for the firm's various offices.



# ANNEX 1

### *Quotes from Journalists and Publications Concerning the Work of Hausfeld Attorneys*

"Washington DC firm Hausfeld, is a *'market transformer'*, and the *'most innovative firm with respect to antitrust damages.' 'Driven by excellence'*, the team *'anticipates the evolving needs of clients and delivers outstanding advice not only in legal terms but with a true entrepreneurial touch.'"*
-*The Legal 500*, 2014

"Hausfeld is *'among those doing the most creative and substantial work on the plaintiffs side.'"*
- *The National Law Journal*, 2014

"Widely recognised as a market leader for claimant-side competition litigation, Hausfeld & Co LLP provides *'innovative full-service solutions'*. It is the *'market leader in terms of quantity of cases, and also the most advanced in terms of tactical thinking'*. Anthony Maton has *'done a fine job managing the firm and building its client base and pool of attorneys'*.
-*The Legal 500*, 2014

"[Michael] Hausfeld became *'renowned for his creativity.'"*
-*Law360*, 2014

"Anthony Maton at Hausfeld & Co has been quietly building a formidable team at the class action specialist..."
- *Legal Business*, 2013

"Hausfeld LLP has *'a deep and strong knowledge of the antitrust practice'*, and is recognized as *'among the very top'* firms in the space."
-  *The Legal 500,* 2013

"…leading the way in anti-competitive class actions and, in the face of stiff competition, is building a practice to envy in [London]."
- *The Lawyer*, 2012

"Michael Hausfeld's law firm helped to oversee the extraction of an additional $200 million during the past 12 months from air carriers accused of a massive conspiracy to fix prices for hauling cargo, bringing the total take from 17 settlements during the past three years to $485 million."
- *National Law Journal, Plaintiffs' Hot List,* 2012

"Hausfeld is an internationally respected law firm committed to applying innovative legal strategy in pursuit of redress for its clients. . . .  Firm founder and chairman, Michael Hausfeld, is considered one of the nation's preeminent litigators. Over the course of his career he has handled some of the largest class-action cases in the realms of human rights, discrimination and antitrust."
- *Benchmark Plaintiff Guide*, 2012



"Since opening the practice in 2008, Michael Hausfeld and the 20-lawyer team at Hausfeld have established themselves as one of – if not the – top plaintiffs' antitrust firms in the US…What's more, in the three years since it formed, Hausfeld has secured close to US$700 million for its antitrust clients… The team's sister practice in London, Hausfeld & Co, has been at the forefront of private antitrust litigation in Europe."

*-Global Competition Review*, 2012

"With a well developed focus in the areas of antitrust, human and civil rights, mass torts, environmental threats, securities fraud and consumer protection, Hausfeld is rapidly growing into an international powerhouse."
- *Benchmark Plaintiff Guide*, 2011

"Since its inception in 2008, 23-attorney Hausfeld has quickly positioned itself as a leader in antitrust and class action litigation…The firm claims recoveries worth $300 million during the past 12 months."
- *National Law Journal, Plaintiffs' Hot List,* 2010

"The team's sister practice in London, Hausfeld & Co, has been at the forefront of private antitrust litigation in Europe." "One of the nation's preeminent antitrust class-action lawyers, [Michael] Hausfeld has been at the forefront of many historic and precedent-setting cases."
- *Washingtonian Magazine*, December 2009, "Thirty Stars of the Bar" feature

In 2009, *US Legal 500* described Michael Hausfeld as "an outstanding antitrust litigator."
- *US Legal 500*, 2009

In 2008, *US Legal 500* discussed the work of Hausfeld lawyers, noting that the firm's attorneys are "involved in the first antitrust case in the US against Chinese manufacturers, in which the plaintiffs are alleging that major Chinese pharmaceutical companies conspired to fix prices and control export output of Vitamin C. The case raises thorny issues about the government's role in the defendants' pricing, and its output decisions."

*US Legal 500* also discussed the firm's attorneys' involvement in a "nationwide class action brought by the State of Mississippi, the City of Chicago and Fairfax County, Virginia against 37 leading banks, insurance companies and brokers alleging widespread price-fixing and bid-rigging in the multi-billion dollar municipal derivatives industry dating back to 1992."

In conclusion, *US Legal 500* noted that the firm's attorneys' continue "to pick up instructions on some of the most significant cases around, both purely domestic and those with an international element. This impressive success, both nationally and away from home, prompts clients to confirm that the firm manages to get 'a high percentage of the overall work', and that the firm is 'recognized as one of the top firms.' "
- *US Legal 500*, 2008



"Hausfeld haunts errant companies ranging from managed healthcare providers to makers of genetically engineered foods and bulk vitamins."
- *Lawdragon*, January 2008

In 2007, *US Legal 500* noted that Hausfeld lawyers "have been particularly active in cases surrounding the aviation industry in recent times and [are], for instance, currently representing distribution company Niagara Frontier Distribution in class-action litigation pertaining to allegations that a group of major air cargo carriers conspired to inflate airfreight surcharges, a case that has already yielded an initial settlement in the region of $80m.  Lawyers at the firm are furthermore acting on behalf of Swedish furniture chain IKEA in a proposed class action suit involving similar claims. . . . Further recent highlights include the recovery of $28.8m for a class of retailers in a monopolization suit against tape manufacturer 3M, and a lead role in litigation surrounding an alleged hydrogen peroxide cartel."

"Wins for Valdez victims and Holocaust survivors built [Michael Hausfeld's] reputation."
- *Lawdragon*, March 2006

"I want to mention on the record the extraordinary work of the Hausfeld firm in the preparation and the submission of this claim.  Mr. Hausfeld in numerous other claims as well has exhibited the type of professionalism and skill that have made the Fund a success and my job that much easier.  I am grateful to him for his zeal, competence and professionalism."
- Ken Feinberg, Special Master, 9/11 Victim's Compensation Fund.

"Antitrust defense lawyers view Michael Hausfeld as among the top three or four antitrust litigators in the country on the plaintiffs' side. The reason: his ability to score multimillion-dollar recoveries from major corporations over alleged monopolistic and price-fixing conduct. Seen as "really a very, very aggressive" litigator, Hausfeld is not one to shy away from a tough fight and has supplemented his antitrust focus with a broad range of cases focusing on civil rights and international human rights. He represented Holocaust survivors in their suits to get World War II-era assets back from European Banks."
- *Lawdragon*, October 2005

"More importantly, the ingenuity here comes heavily from the lawyers on the plaintiff's side.  It was they who spotted something others had missed – based on an ambiguity in a 'foreign assistance' statute – and ran with it, all the way to the Supreme Court.  Indeed the amazing aspect of *F. Hoffman-LaRoche, Ltd. v. Empagran* is not so much the answers it provided but that some of the questions needed answering at all."
- David Samuels, from "Matter of the Year," *Global Competition Review*, Feb. 2005, in reference to the *Empagran* case.

"Hausfeld could be sweetness and light one moment and anger and darkness the next.  He was unpredictable and at times unreasonable. . . . But he was central to any successful negotiation because he had a keen sense of where the bottom line was."
- Stuart Eizenstat on the Holocaust cases, *The London Times*, Sept. 28, 2004.

The *Washingtonian* has listed Michael Hausfeld for the past several years as one of Washington's 75 best lawyers, proclaiming Michael Hausfeld to be "the country's best-known litigator of big lawsuits with hundreds of plaintiffs and multiple defendants."



### *Representative Awards and Recognitions*

Minority Business Leader- 2015, *Washington Business Journal*
Reena Gambhir

"Women Worth Watching," *Diversity Journal 2015*
Reena Gambhir

Top Tier for Competition Litigation in London, *The Legal 500*

Titan of the Plaintiffs Bar, *Law360*
Michael Hausfeld

Washington Power Player for 2014, *Washington SmartCEO*
William Butterfield

DC Rising Star for 2014 - Top 40 under 40, *The National Law Journal*
Reena Gambhir

Elite Trial Lawyers, *The National Law Journal*
Hausfeld

"Litigator of the Week," *AmLaw*
Michael Hausfeld

"Legal Lions," *Law360*
Michael Hausfeld, Hilary Scherrer, Michael Lehman, Sathya Gosselin, Bruce Wecker, Swathi Bojedla

Top Tier of Firms Representing Plaintiffs in Antitrust, *The Legal 500*

Leading Lawyers in Antitrust, *The Legal 500*
Michael Hausfeld, Brian Ratner, Megan Jones

*The Legal Intelligencer*, recognized in Top Awards and Settlements for 2013 for *In re Eggs*

*Who's Who of Competition Lawyers & Economists 2014*
Top US Competition Lawyers for Plaintiffs
Michael Hausfeld, Megan Jones, James Pizzirusso

Washington, DC *Super Lawyer*
*Super Lawyers Magazine,* 2014



Michael Hausfeld, Megan Jones, Brian Ratner, Melinda Coolidge, Timothy Kearns, Nathaniel Giddings

*Law360's* Rising Stars Under 40, 2014
Sathya Gosselin

Member of the International Task Force
Reena Gambhir (appointed for the 2014-2015 term)

Member of the International Cartel Task Force
Michael Hausfeld (appointed for the 2014-2015 term)

"Women Worth Watching", *Diversity Journal 2013*
Reena Gambhir

*Law360's* Rising Stars Under 40, 2013
Brent Landau

*Law360's* Rising Stars Under 40, 2012
Megan Jones, James Pizzirusso, and Brian Ratner,

Top Antitrust Lawyers
*Washingtonian* 2011-2012
Michael Hausfeld

Washington, DC's Best Lawyers 2012
American Lawyer Magazine
Michael Hausfeld

Co-Chair of ABA Task Force on Civil Redress
Michael Hausfeld (appointed for 2011-2012 and 2012-2013 terms)

Vice Chair of the ABA Antitrust Section's Food and Agriculture Committee (2013-2014 term)
James J. Pizzirusso

Vice Chair of the ABA Antitrust Section's Trade, Sports, and Professional Associations Committee (2012-2013 term)
James J. Pizzirusso

Vice Chair of the ABA Antitrust Section's Communications and Digital Technology Industries Committee (2012-2013, 2013-2014 term)
Megan Jones

ABA Antitrust Section Delegate to the ABA's Special Committee on Section, Division and Forum



Coordination (2012-2013 term)
Sathya Gosselin

Member of the ABA Antitrust Section's International Cartel Task Force (2012-2013 term)
Reena Gambhir

Antitrust Litigation Stars
*Benchmark Plaintiff Litigation Guide 2012* [add 2013]
Michael Hausfeld, Hilary Scherrer, Brian Ratner

DC Local Litigation Stars
*Benchmark Plaintiff Litigation Guide 2012*
Michael Hausfeld, William Butterfield, Hilary Scherrer, James Pizzirusso, Brian Ratner

Antitrust Litigation Stars
*Benchmark Plaintiff Litigation Guide 2011*
Michael Hausfeld, William Butterfield, Hilary Scherrer, James Pizzirusso

DC Local Litigation Stars
*Benchmark Plaintiff Litigation Guide 2011*
Michael Hausfeld, William Butterfield, Hilary Scherrer, James Pizzirusso

Washington, DC *Super Lawyer*
*Super Lawyers Magazine,* 2012
Michael Hausfeld and Megan Jones

Northern California *Super Lawyer*
*Super Lawyers Magazine,* 2012
Michael Lehmann

500 Leading Lawyers in America
*Lawdragon*, May 2010 and 2012
Michael Hausfeld

"40 under 40"
*Legal Times,* July 2009
Brian Ratner named one of the top Washington-area lawyers under forty years of age.

2009 Attorneys Who Matter
*The Ethisphere Institute*
Michael Hausfeld named in a short list of "attorneys who matter" in the field of corporate compliance.

*2009 Chambers USA*
Michael Hausfeld cited in category of Products Liability: Plaintiffs Fellow, Litigation Counsel of America.



*Competition Law 360*
Hilary Scherrer, Editor

Women Antitrust Plaintiffs Attorneys
A national industry organization founded by Megan E. Jones in 2008.

ABA Antitrust Section's Transition Taskforce
The taskforce, of which Michael Hausfeld was a member, advised the incoming Obama Administration

*Legal Times* Visionaries, May 2008
Michael Hausfeld listed among 30 "Visionaries" in the Washington legal community

50 Most Powerful People in DC
*GQ Magazine*; September, 2007
Michael Hausfeld named #40.

Fierce Sister Award, Summer 2007
Michael Hausfeld recognized for his work on the Japanese Comfort Women case

500 Leading Plaintiffs' Lawyers in America
*Lawdragon*, Winter 2007
Michael Hausfeld

International World-Shakers
*The Lawyer* (UK), February 8, 2007
Michael Hausfeld named as one of top 40 international lawyers "making waves" in the UK.

500 Leading Lawyers
*Lawdragon*, Fall 2007 & Fall 2006
Michael Hausfeld

500 Leading Litigators
*Lawdragon*, Spring 2006
Michael Hausfeld

100 Most Influential Lawyers
*The National Law Journal*, June 19, 2006
Michael Hausfeld named as one of "the most influential lawyers in America."

Runner up for Matter of the Year
*Global Competition Review*, February 2005
Michael Hausfeld praised for ingenuity in how the *Empagran* case was prosecuted.



## ANNEX 2

### *Members of the Firm*

# Michael D. Hausfeld

Michael D. Hausfeld, one of the country's top civil litigators, is the Chairman of Hausfeld.

His career has included some of the largest and most successful class actions in the fields of human rights, discrimination and antitrust law. He has an abiding interest in social reform cases and was among the first lawyers in the U.S. to assert that sexual harassment was a form of discrimination prohibited by Title VII; he successfully tried the first case establishing that principle. He represented Native Alaskans whose lives were affected by the 1989 Exxon Valdez oil spill. Later, he negotiated a then-historic $176 million settlement from Texaco, Inc. in a racial-bias discrimination case. Most recently, in the landmark *O'Bannon v. NCAA* litigation, Michael represented a class of current and former Division I men's basketball and FBS football players against the NCAA and its member institutions, based on rules foreclosing athletes from receiving compensation for the use of their names, images, and likenesses. At the conclusion of a three-week bench trial, the Court determined that the NCAA had violated the antitrust laws and issued a permanent injunction as requested by the plaintiffs. Immediately following the decision, Michael was named AmLaw Litigation Daily's "Litigator of the Week," citing the "consensus among courtroom observers [was] that Michael Hausfeld…got the best of a parade of NCAA witnesses at trial." Law360 dubbed the trial team led by Michael as "Legal Lions," citing Hausfeld's historic victory over the NCAA.

In *Friedman v. Union Bank of Switzerland*, Mr. Hausfeld represented a class of Holocaust victims whose assets were wrongfully retained by private Swiss banks during and after World War II. The case raised novel issues of international banking law and international human rights law. In a separate case, he also successfully represented the Republic of Poland, the Czech Republic, the Republic of Belarus, the Republic of Ukraine and the Russian Federation on issues of slave and forced labor for both Jewish and non-Jewish victims of Nazi persecution. He currently represents Khulumani and other NGOs in a litigation involving the abuses under apartheid law in South Africa.

Mr. Hausfeld has a long record of successful litigation in the antitrust field, on behalf of individuals and classes, in cases involving monopolization, tie-ins, exclusive dealings and price fixing. He was a member of the ABA Antitrust Section's Transition Taskforce, which advised the incoming Obama Administration. Mr. Hausfeld is or has been co-lead counsel in antitrust cases against manufacturers of genetically engineered foods, managed healthcare companies, bulk vitamin manufacturers, technology companies and international industrial cartels. He is involved in ongoing investigations of antitrust cases abroad and pioneering efforts to enforce competition laws globally. He was the only private lawyer permitted to attend and represent the interests of consumers worldwide in the 2003 closed hearings by the EU Commission in the Microsoft case.

Mr. Hausfeld has been featured in many articles and surveys. *The National Law Journal* has recognized him as one of the "Top 100 Influential Lawyers in America" and the *Legal Times* named Mr. Hausfeld among the top 30 "Visionaries" in the Washington legal community in 2008. *The New York*



*Times* referred to Mr. Hausfeld as one of the nation's "most prominent antitrust lawyers," and in 2009 the *Washingtonian* named him one of thirty "Stars of the Bar." Most recently, the *Global Competition Review* stated that Hausfeld "is clearly recognized as one of the best plaintiffs firms in the country." In the past, the magazine has reported that he "consistently brings in the biggest judgments in the history of law" and that he is "a Washington lawyer determined to change the world -- and succeeding." Mr. Hausfeld is one of thirty negotiators profiled in *Done Deal: Insights from Interviews with the World's Best Negotiators*, by Michael Benoliel, Ed.D. He has been described by one of the country's leading civil rights columnists as an "extremely penetrating lawyer" and by a colleague (in a *Washington Post* article) as a lawyer who "has a very inventive mind when it comes to litigation. He thinks of things most lawyers don't because they have originality pounded out of them in law school." The US Legal 500 in 2008 stated, "The outstanding Mike Hausfeld is a titan of the antitrust bar."

Education
- Brooklyn College, B.A., *cum laude*, 1966
- National Law Center, The George Washington University, J.D., with honors, 1969

Bar Admissions
- District of Columbia
- New York

Affiliations & Honors
- Litigation Trailblazer & Pioneer, *National Law Journal*, 2014
- Competition MVP, *Law360*, 2014
- Titan of the Plaintiffs' Bar, *Law360*, 2014
- Band 1Lawyer: Plaintiffs' Antitrust, *Chambers & Partners*, 2014
- Washington, DC *Super Lawyer*, 2010-2014
- American Friends of Hebrew University, Torch of Learning Award, October 2012
- Named by *The Legal 500* as a "Leading Lawyer" in 2011 and 2012
- Co-Chair – ABA Civil Redress Task Force, 2011-2012 and 2012-2013 term years
- Member, Editorial Board – Global Competition Litigation Review, 2011
- Member – ABA International Cartel Task Force, 2010
- Named by *The Ethisphere Institute* in a short list of "attorneys who matter" in the field of corporate compliance, 2009
- Cited in 2009 *Chambers USA*, in the Products Liability category
- Named to *SmartCEO* Magazine Legal Elite 2009 List
- Named by *Legal Times* among 30 "Visionaries" in the Washington legal community, 2008
- Named by *Legal Times* Fierce Sister Award, for work on the Japanese Comfort Women case, 2007
- Cited by *GQ* magazine as one of "the 50 Most Powerful People in DC," 2007
- Named in *The Lawyer*'s 2007 "International World-shakers" list of 40 international lawyers "making waves" in the UK
- 100 Most Influential Lawyers, *The National Law Journal*, 2006
- Named repeatedly by *Lawdragon* magazine as one of the 500 leading lawyers in the United States
- U.S. Department of Energy Human Spirit Award presented "in tribute to a person who understands the obligation to seek truth and act on it is not the burden of some, but of all; it is



universal."
- Plaintiffs Fellow, Litigation Counsel of America
- B'Nai Brith Humanitarian of the Year Award, 2002
- Simon Wiesenthal Center Award for Distinguished Service
- Adjunct Professor, George Washington University Law School, 1996-1998
- Taught in Georgetown University Law Center, 1980-1987

In the News
- "Gangster Bankers – Too Big to Jail," Matt Taibbi, *Rolling Stone Magazine,* February 2013
- "UBS Mea Culpa May Give Libor Antitrust Plantiffs Uppder Hand," Max Stendahl, *Law 360,* December 2012
- "DOJ Hearalds 'Robust' UBS Deal; Gibson Dunn on Defense," Mike Scarcella, *The AmLaw Litigation Daily,* December 2012
- "Documents May Boost Civil Suits – Revelations That Rate-Rigging Succeeded Could Prove Expensive to Banks Facing Litigation," Dana Cimilluca and Jean Eaglesham, *Wall Street Journal,* December 2012
- "Banks Facing New Wave of Mortgage Lawsuits," Forrest Jones, *Moneynews*, December 2012
- "Where There's a Will, There's a Way," *The American Lawyer*, March 2012
- "The Great Gamble," *Global Competition Review*, March 2012
- "The US Plaintiffs' Bar," *Global Competition Review,* March 2012
- *Bloomberg* Interviews Hausfeld on NCAA and Student Athlete Compensation*,* October 2011
- *Washingtonian* magazine names Mr. Hausfeld one of thirty "Stars of the Bar." December, 2009.
- *Bloomberg* quotes Hausfeld on muni derivatives investigation. November 2009.
- *Business Week*: "Europe Inc. takes aim at price-fixers." October 2009.
- *Reuters*: Hausfeld LLP filing suit on behalf of Baltimore and Mississippi municipalities. October 2009.
- *New York Times*: "N.C.A.A. Sued Over Licensing Practices." July 21, 2009
- *Associated Press*: "NY Judge Rules in Favor of 1970s Apartheid Victims." April 8, 2009

Selected Publications
- "The Business of American Courts in Kiobel v. Royal Dutch Petroleum." By Michael Hausfeld and Kristen Ward. *Jurist – Sidebar,* October 2012
- "Prosecuting Class Actions and Group Litigation." By Michael Hausfeld and Brian Ratner, et al., *World Class Actions*, Ch. 26., September 2012
- "Private Enforcement of Antitrust Law in the United States, A Handbook – Chapter 4: Initiation of a Private Claim." By Michael Hausfeld and Brent Landau, et al., 2012
- "The Importance of Private Competition Enforcement in Europe." Michael D. Hausfeld. *Competition Law International*, Vol. 8, Issue 2, August 2012
- "The NFLPA's Potential Legal Liability to Former Players for Traumatic Brain Injury." Michael D. Hausfeld and Swathi Bojedla. *Hackney Publications: Concussion Litigation Reporter,* Vol. 1, No. 1, July 2012
- "CAT-astrophe: The Failure of "Follow-On" Actions." Michael D. Hausfeld, Brent W. Landau, Sathya S. Gosselin. American Bar Association's International Cartel Workshop, February 2012
- "The Novelty of *Wal-Mart v. Dukes*." Brian A. Ratner and Sathya S. Gosselin. *Business Torts & RICO News*, American Bar Association, Business Torts & Civil RICO Committee, Vol. 8, Issue



1, Fall 2011.
- "Private Enforcement in Competition Law: An Overview of Developments in Law and Practice in the US and Europe." Michael D. Hausfeld and Ingrid Gubbay, Bergamo University, July 2011
- "The Contingency Phobia – Fear Without Foundation," *Global Competition Litigation Review*, Issue 1, January 2011
- "Initiation of a Private Claim," International Handbook on Private Enforcement, 2010
- "Competition Law Claims – A Developing Story." *The European Antitrust Review 2010*
- "The United States Heightens Plaintiff's Burden of Proof on Class Certification: A Response." *Global Competition Litigation Review*, Volume 2 Issue 4/2009
- "Global Enforcement of Anticompetitive Conduct." *The Sedona Conference Journal*, Fall 2009
- "Observations from the Field: ACPERA's First Five Years." *The Sedona Conference Journal*, Fall 2009
- "Twombly, Iqbal and the Prisoner's Pleading Dilemma." Law360, October 22, 2009
- "The Value of ACPERA." Law360, June 2, 2009
- "Collective Redress for Competition Law Claimants." *The European Antitrust Review 2008*
- "Managing Multi-district Litigation." *The Antitrust Review of the Americas 2008*
- "A Victim's Culture." *European Business Law Review*, 2007

Selected Presentations
- Panelist – Global Competition Review's GCR Live: 2nd Annual Antitrust Law Leaders Forum, "Developments and Status of International Cartel Settlements," February 2013
- Panelist and Presenter – Golden State Antitrust Conference, "Sports and The Antitrust Playing Field", October 2012
- Presenter – ABA Antitrust Section Mid-Winter Meeting: Civil Redress Task Force, January 2012
- Panelist – Tilburg University, The Netherlands, "Paths to Mass Justice," December 2011
- Panelist – Santa Clara University Second Annual Sports Law Symposium, Images Panel, September 2011
- Panelist – New York State Bar Association 2011 Antitrust Law Section Symposium, "International Cartel Enforcement in the Digital Age: Collection and Use of Evidence Beyond Borders," January 2011
- Speaker – Global Competition Review's Antitrust Leaders' Law Forum, "Practical Issues for Class Certification, Assigning Liability and Assessing Damages," February 2011
- Panelist – ABA International Cartels Workshop,  Paris, February 2010
- Moderator – Global Justice Forum, San Francisco, October 2009
- Speaker – ALI-ABA Teleconference Seminar, "HP Aftermath: New Restrictive Directives in Class Certification," April 2009
- Speaker – ABA Antitrust Spring Meeting, Washington DC, "Judging Economic Analysis: Evidentiary Standards in Litigation Here and Abroad," March 2009
- Speaker – George Washington University Private Enforcement of Competition Law: New Directions, "Need for Private Enforcement," February 2009



## Michael P. Lehmann

Michael P. Lehmann, a partner at the firm has 32 years of experience as a business litigator.  His practice ranges from class action and business litigation to extensive regulatory work before federal, state and international bodies, to domestic and international arbitration.

Prior to joining Hausfeld, Mr. Lehmann had worked since law school at what became Furth Lehmann LLP, where he eventually served as Managing Partner. He also was a partner at Cohen Milstein Hausfeld & Toll PLLC.  In recent years he has served as lead counsel for direct and indirect purchaser classes in numerous antitrust cases.

Education
- A.B. 1974, University of California at Berkeley
- J.D. 1977, Hastings College of the Law

Bar Admissions
- California

Affiliations
- American Bar Association

Awards and Recognition
- *California Super Lawyer* 2012, 2013
- Selected by *U.S. News & World Reports, Best Lawyers 2013* in the category of Antitrust Law

## Richard S. Lewis

Mr. Lewis has been appointed to serve as co-lead counsel in mass tort and product liability class action cases including *In re StarLink Corn Products* (N.D. Ill) (asserting claims by farmers for genetic modification contamination of the U.S. corn supply) and *In re PPA* (asserting claims by users of unsafe over-the-counter medicines). He has also been appointed to the MDL Steering Committee in *In re Prempro Products Liability Litigation* and in *In re Chinese-Manufactured Drywall Products Liability Litigation*.  In 2010, Mr. Lewis was a member of the trial team that obtained a comprehensive remediation and property damages verdict for seven Virginia homeowners.  Furthermore, Mr. Lewis handled various experts in the *Daubert* briefing and argument; and was successful in excluding significant portions of the defense experts' opinions.

In addition, Mr. Lewis served as lead counsel in numerous actions to obtain medical monitoring and property damage relief for communities exposed to toxic chemicals, unsafe working conditions, or unsafe drugs. These include the pending *NFL Concussion Injury Litigation, In re Diet Drug Litigation* (Fen-Phen), which resulted in a $4 billion settlement providing medical monitoring in addition to individual personal injury awards,  *Farnum v. Shell,* an oil spill pollution case in Barbados against international oil companies, that resulted in a settlement providing property damage compensation for 26



farmers and landowners, and *Harman v. Lipari*, a Superfund case that resulted in a settlement providing medical monitoring for thousands of residents who lived on or played near a landfill. He has litigated both individual and class childhood lead poisoning cases and is also handling environmental and workplace safety cases in India, and South Africa.

Education
- Tufts University, B.A., *cum laude*, 1976
- University of Michigan, M.P.H., 1981
- University of Pennsylvania, J.D., *cum laude*, 1986; *Law Review* comments editor

Bar Admissions
- District of Columbia

Affiliations & Honors
- Law clerk, after law school, for the Honorable Stanley S. Brotman, U.S. District Court for the District of New Jersey
- National Finalist for the 2010 Lawdragon 500, an annual guide to the "500 Leading Lawyers in America"

---

## William P. Butterfield

A partner at Hausfeld, Mr. Butterfield chairs the firm's Financial Services Practice Group. In his 33 years of legal practice, Mr. Butterfield has represented governmental agencies, brokerage firms, corporations, directors and officers, attorneys and investors in private litigation over securities, commodities, antitrust and consumer claims, and in investigations commenced by the Securities and Exchange Commission. He has also defended clients in bankruptcy adversary proceedings and commercial litigation. Additionally, Mr. Butterfield serves as a leader in several legal think tanks, teaches law, and writes and speaks frequently on legal topics. Mr. Butterfield has a rating of AV® the highest rating available in Martindale-Hubbell's peer review rating system. He is an internationally recognized authority on electronic discovery.

Currently, Mr. Butterfield is counsel for the plaintiffs in *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775 (E.D.N.Y.), which has resulted in approximately $500 million in settlements to date. He was appointed by the Court to serve on the Plaintiffs' Steering Committee in *In re: Commodity Exchange, Inc., Silver Futures and Options Trading Litigation*, No. 11-MD-2213, (S.D.N.Y.), relating to an alleged conspiracy by JP Morgan Chase and other major investment banks to manipulate the price of silver futures and options contracts traded on the COMEX. Mr. Butterfield is working as one of the principal attorneys in *In Re LIBOR-Based Financial Instruments Antitrust Litigation*, MDL No. 2262, (S.D.N.Y.), where Hausfeld was appointed as co-lead counsel for over-the-counter plaintiffs. He is also involved in litigation regarding the foreign exchange practices of custodian banks, and alleged manipulation in the Oil and Rice futures markets.



Mr. Butterfield's past achievements include:

- Achieving settlements of over $120 million in a lawsuit alleging output restrictions in the wood products industry (*In Re OSB Antitrust Litigation*, (E.D. Pa.));
- Achieving settlements of almost $100 million in an antitrust price-fixing case involving the chemical industry (*In Re Hydrogen Peroxide Antitrust Litigation*, (E.D. Pa.));
- Acting as one of the principal attorneys involved in nationwide litigation challenging lending practices conducted by one of the nation's largest sub-prime lenders. In that case, Mr. Butterfield worked extensively with the FTC, and was responsible for bringing nationwide media and Congressional attention to lending practices conducted by Associates Finance. The plaintiffs and FTC eventually settled with Citigroup (which had acquired Associates Finance) for $240 million (*In Re Citigroup Loan Cases*, J.C.C.P. 4197);
- Acting as one of the principal Plaintiffs' attorneys in *In re Prudential Securities Limited Partnerships Litigation*, MDL No. 1005 (S.D.N.Y.), which settled for $137 million;
- Acting as one of the principal Plaintiffs' attorneys in *In re PaineWebber Securities Litigation*, 94 Civ. 8547 (S.D.N.Y.), which settled for $200 million;
- Serving as outside counsel in the RTC's successful defense of a $300 million arbitration dispute regarding the valuation of an acquired financial institutions investment and mortgage portfolio;
- Serving as outside counsel for the FDIC and RTC in numerous lawsuits and investigations to recover losses suffered by financial institutions due to securities, commodities and real estate fraud, director and officer misconduct and accounting malpractice;
- As outside counsel, representing political subdivisions in Texas, Ohio and California regarding securities matters.

Mr. Butterfield developed his interest in electronic discovery in the early 1990's when he helped design and implement an electronic document repository to manage more than 15 million pages of documents in a complex securities case. He has testified as an expert witness on e-discovery issues, and speaks frequently on that topic domestically and abroad. Mr. Butterfield is on the Steering Committee of The Sedona Conference® Working Group on Electronic Document Retention and Production, where he served as editor-in-chief of the *Case for Cooperation* (2009), and was a co-editor of *The Sedona Conference® Commentary On Preservation, Identification and Management of Sources of Information that are Not Reasonably Accessible* (2008). He is also a member of Sedona Conference® Working Group on International Electronic Information Management, Discovery and Disclosure. Mr. Butterfield is an adjunct professor at American University, Washington College of Law, where he teaches a course in electronic discovery. He also serves on the Masters Conference Advisory Board, and on the faculty of Georgetown University Law Center's Advanced E-Discovery Institute.

Mr. Butterfield began his legal career as an assistant prosecuting attorney for Montgomery County, Ohio.

Education
- University of Toledo, College of Law, J.D., 1978
- Bowling Green State University, B.A., 1975



Bar Admissions
- District of Columbia
- State of Ohio
- United States Court of Appeals for the Third Circuit
- United States District Court of Maryland
- United States District Court for the District of Columbia
- United States District Court, Eastern District of Michigan

Affiliations & Honors
- Local Litigation Star, *Benchmark Plaintiff Litigation Guide,* 2011 and 2012
- The Sedona Conference,® Steering Committee on E-Discovery
- Adjunct Professor, American University, Washington College of Law
- Georgetown University Law Center's Advanced E-Discovery Institute, Faculty Member
- Federal Judicial Conference, E-Discovery Seminar for Federal Judges, Faculty Member
- Masters Conference Advisory Board, Member

Publications
- *Pension Committee Revisited: One Year Later – A Retrospective on the Impact of Judge Scheindlin's Influential Opinion* (Legal Hold Pro, February 2011) (Edited by Brad Harris & Ronald Hedges)(Perspectives from Craig Ball, Kevin Brady, William Butterfield, Maura Grossman, John Jablonski, Ralph Losey, Browning Marean, Jonathan Redgrave, Denise Talbert, and Paul Weiner)
- Milberg LLP/Hausfeld LLP, *E Discovery Today: The Fault Lies Not In Our Rules*, 2011 Fed. Cts. L. Rev. 4 (2011)
- Contributor, Shira A. Sheindin et al., *Electronic Discovery and Digital Evidence: Cases and Materials (West 2009).*
- William P. Butterfield, Conor R. Crowley, Melinda R. Coolidge, "Diving Deeper to Catch Bigger Fish," DESI III Conference, June 8, 2009,
- William P. Butterfield, Editor-in-Chief, *The Case for Cooperation*, 10 Sedona Conf. Journal, 339-362 (2009 Supp.)
- Thomas Y. Allman, William P. Butterfield, et al., *Preservation, Management and Identification of Sources of Information that are Not Reasonably Accessible*, 10 Sedona Conf. Journal at 281-298 (2009)

Speeches and Presentations
- "Mass Tort Litigation Conference With Judge Marina Corodemus (Ret.)," Philadelphia, PA, June 4, 2012, Panelist
- "Four Perspectives on Preservation and Proportionality: The Judge, The GC, Plaintiffs' and Defense Counsel," New York City Bar Association, New York, NY, May 17, 2012, Panelist
- "Future of the Rules/New Developments," 8th Annual Georgetown Law Advanced E-Discovery Institute, Washington, D.C., November 18, 2011, Panelist
- "Discovery in a Virtual World: A Mock Meet and Confer in Federal Court," ARMA International Conference & Expo, Washington, D.C., October 17, 2011, Panelist
- "Preservation: Will This be the Next Change to the Federal Rules," The Masters Conference,



Washington, D.C., October 3, 2011, Panel Moderator
- "Time for Change? Amending the Federal Rules of Civil Procedure," Kroll OnTrack, Inc., Webinar, September 28, 2011, Panelist
- "ESI Report Podcast Recording," Legal Talk Network, September 28, 2011, Speaker
- "The 34th Annual International ACM SIGIR Conference," Beijing, China, June 2011, Panelist
- "How I Would Attack Your ERM Program in Discovery and Trial," ARMA International Podcast, June 1, 2011, Speaker
- E-Discovery Seminar for Federal Judges, Charleston, SC, June, 2011, Faculty
- "A Talk with the Wolf Before He Gets into the Hen House: How I Would Attack Your Electronic Records Management Program in Discovery & Trial," The MER Conference, Chicago, IL, May 23, 2011, Speaker
- E-Discovery Reality Show: Surviving the Meet & Confer," LegalTech, New York, NY, January 31, 2011, Panelist
- "A Sanctions Odyssey," 7th Annual Georgetown Law Advanced E-Discovery Institute, Washington, D.C., November 19, 2010, Panelist
- "The Truth about Metadata," ESI Bytes Podcast, June 6, 2010, Panelist
- "Direction(s) From Duke: Are There e-Discovery Rules Changes Ahead?" 2010 Duke Judicial Conference, Fios Webcast, June 2, 2010
- "Duke University School of Law: 2010 Advisory Committee Conference on Civil Rules," Panelist
- "12th Annual Sedona Conference on Complex Litigation," Del Mar, CA, April 2010, Conference Co-chair
- "Implementing and Using Joint Repositories," Fios Legaltech Luncheon, New York, NY, February 2, 2010, Panelist
- E-Discovery Seminar for Federal Judges, Washington, D.C., September, 2010, Faculty
- "Paper or Plastic: Is E-Discovery Optional?" Dayton Bench/Bar Conference, Dayton, OH, November 20, 2009, Speaker
- "Controlling E-Discovery Costs in Smaller Stakes Litigation," 6th Annual Georgetown Law Advanced E-Discovery Institute: Identifying Today's Problems & Tomorrow's Solutions, Washington, D.C., November 13, 2009, Panelist
- "The First Year of the Cooperation Proclamation," Sedona Conference Webinar, November 4, 2009, Co-Presenter
- "Risks, Rewards & Repositories: Addressing the Use of Joint Repositories in Discovery," Sedona Conference Webinar, October 21, 2009, Co-Presenter
- "Ethical Issues for Attorneys in Electronic Discovery," Master's Conference, Washington, D.C. October 14, 2009, Panelist
- "Practitioners' Panel," Federal Judicial Center/Georgetown University Law Center E-Discovery Seminar, Washington, D.C., September 10-11, 2009, Panelist
- "Commentary on Inactive Information Sources," Sedona Conference Webinar, August 19, 2009, Co-Presenter
- "Preservation, Legal Holds & Accessibility," Georgetown Law E-Discovery Training Academy, Washington, D.C., August 3, 2009, Panelist
- "Supporting Search and Sense making for Electronically Stored Information in Discovery Proceedings," DESI III: Third International Workshop, Barcelona, Spain, June 2009, Speaker
- "Third Annual Program on Getting Ahead of the E-Discovery Curve," Sedona Conference,



Philadelphia, PA, March 2009, Faculty
- "Preservation, Management, and Identification of Sources of Information That Are Not Reasonably Accessible," Fios Legaltech Luncheon, New York, NY, February 2009, Speaker
- Georgetown Law Center Fifth Annual Advanced E-Discovery Institute, Washington, D.C., November 2008, Faculty
- "The Case for Cooperation in E Discovery," Sedona Conference, Palm Springs, CA, November 2008, Panelist
- "Mini Sedona Session," American Records Management Association Annual Meeting, Las Vegas, NV, October 2008, Panelist
- "Ethics & E-discovery: 'Reasonable Inquiry' in the Wake of *Qualcomm v. Broadcom*," ABA Section of Litigation and Center for CLE Teleconference and Live Audio Webcast, September 2008, Panelist
- Preservation, Management and Identification of Sources of Information that are Not Reasonably Accessible," Sedona Conference Webinar, September 2008, Co-Presenter
- "E-Discovery in Antitrust Lawsuits and Investigations," Strafford Legal Teleconference, September 2008, Panelist
- "Spoliation Sanctions," 2008 E-Discovery Training Program, sponsored by the Federal Judicial Center and Georgetown Law, Washington, D.C., June 2008, Panelist
- "E-Discovery in Antitrust Lawsuits and FTC/DOJ Investigation: Managing and Producing Electronic Information under the Amended Federal Rules," Strafford Legal Teleconference, February 2008, Panelist
- "Preservation Duties Regarding Inaccessible ESI," Sedona Conference, Hilton Head, SC, November 2007, Panelist
- "The Digital Pre-Trial," National College of District Attorneys, Columbia, SC, September 2007, Speaker
- "Inaccessible ESI – Disclosure and Preservation Obligations," Sedona Conference, Phoenix, AZ, May 2007, Panelist
- "Plaintiffs' Bar Perspectives on New E-Discovery Rules," Legaltech Conference, New York, NY, January 2007, Panelist
- "Bench/Bar Introduction to Pending Electronic Discovery Amendments," Federal Bar Association Conference, Washington, D.C., October 2006, Panelist
- "Electronic Discovery in Criminal Cases," National District Attorney's Association Conference, Santa Fe, NM, August 2006, Speaker
- "Document Preservation and Spoliation," IQPC E Discovery Conference, Toronto, Canada, May 2006, Panelist
- "Electronic Discovery Amendments to the Federal Rules of Civil Procedure," Legaltech Conference, New York, NY, January 2006, Panelist
- "Class Certification Issues in Lending Liability Cases," John Marshall Law School Predatory Lending Conference, Chicago, IL, Speaker
- "Light Cigarette Litigation," Mealey's Tobacco Litigation Conference, Jacksonville, FL, Speaker
- "Investment Risk and Liability," Ohio Treasurers Association, Columbus, OH, Speaker
- "Governmental Liability and Immunity," Ohio State Bar Association Conference, Columbus, OH, Speaker
- "Administrative Due Process, Zoning and Planning," Ohio Township Association/American Planning Association Conference, Dayton, OH, Speaker



Expert Testimony
- *Ischemia Research and Education Foundation v. Pfizer, Inc.*, No. 1-04CV-026653, Cal. Superior Court, Santa Clara County.  (Testified as expert witness regarding litigation hold and spoliation issues involving electronically stored information).

Legislative Testimony
- U.S. House of Representatives, Committee on the Judiciary, Subcommittee on the Constitution: regarding the costs and burdens of civil litigation, December 13, 2011
- U.S. Judicial Conference Committee on Rules of Practice and Procedure regarding proposed electronic discovery amendments to the Federal Rules of Civil Procedure (2005)

## Christopher L. Lebsock

A partner at Hausfeld, Christopher L. Lebsock represents consumers and businesses in complex legal disputes. For example, he has litigated cases against antitrust violators in the technology sector. Mr. Lebsock has also represented foreign and domestic consumers and businesses in their efforts to recover from airlines that overcharged them for passenger air travel between the United States and Asia/Oceania.

These and other cases in which Mr. Lebsock is involved have a significant international aspect to them, and given the global nature of trade today, future antitrust and securities violations are likely to involve multiple markets around the globe. Mr. Lebsock is actively engaged in a truly global practice—he regularly consults with clients, trade associations, and law firms around the world about competition issues.

Domestically, Mr. Lebsock recently tried a case against Cessna Aircraft Company as a result of an aviation accident in Southern California that resulted in substantial confidential settlements with a number of defendants.  In another recent case, Mr. Lebsock represented 119,000 hourly employees of Wal-Mart who were systematically deprived of their employment rights. Following a four month trial, the jury returned a verdict in favor of Mr. Lebsock's clients in the amount of $172 million. This achievement stands as one of the most satisfying of his career, due primarily to the vast inequality in the employment relationship between Wal-Mart and its hourly employees. Notably the jury's award included $115 million in punitive damages against Wal-Mart for the way it consciously and systematically disregarded the rights of its employees.

Mr. Lebsock is also a member of the firm's financial services group and represents investors in matters concerning United States securities laws. He recently represented a public company recover liquidity of its auction rate securities holdings from its investment advisor. Mr. Lebsock has also assisted foreign banking and insurance conglomerates recover losses from toxic investment products sold to them by a number of U.S. investment banks.

Mr. Lebsock has also represented a number of individuals, the California Teachers' Association and the National Education Association through litigation in the California Supreme Court, the Ninth



Circuit Court of Appeals, and the United States Supreme Court on behalf of the right of gays and lesbians to marry.

Mr. Lebsock represents clients in the trial courts throughout the United States and on appeal, and in many cases consults with them on worldwide conflict resolution strategies.

Education
- University of Colorado, Boulder, B.A., 1993; Phi Beta Kappa
- University of California, Hastings College of the Law, J.D., 1996

Bar Admissions
- California Supreme Court
- Northern District of California
- Eastern District of California
- Central District of California
- Ninth Circuit Court of Appeals

Affiliations & Honors
- State Bar of California, Member
- American Bar Association, Member
- *Hastings Constitutional Law Quarterly,* former Senior Managing Editor

Publications
- "Evolving Class Certification Standards in Federal Courts," The Journal of State Bar of California Litigation Section, November 3, 2010;
- "Dismissal Standards Following Bell Atlantic v. Twombly - A One-Year Retrospective," *The Antitrust Review of the Americas* (2009);
- "Pimco: Another Guidepost for Class Certification," *Law 360* (23 September 2009)

---

# Brian A. Ratner

Brian A. Ratner, a partner at the firm, is Head of the firm's International practice and Business Development Committee. He has extensive experience representing domestic and international businesses and individuals in complex litigation at the trial and appellate levels. He is particularly experienced in the prosecution of antitrust claims in United States and European courts, on behalf of direct and indirect purchasers alleging price-fixing and monopolization.

Mr. Ratner was recently honored by Law360 as one of its 2012 Rising Stars and was previously named to the Legal Times 2009 "40 under 40" list, which recognized rising legal stars expected to play a key role in the Greater Washington legal community for years to come. In 2012, The Legal 500, which provides comprehensive worldwide coverage on legal services and rankings, selected Mr. Ratner as one of the top 10 Leading Lawyers in the U.S. in plaintiffs' representation for antitrust, stating that "Brian



Ratner '*thinks strategically, is an excellent negotiator and has a solid foundation of substantive law*'." In 2011, the publication also recommended him as an "*engaging, highly competent professional who can simplify complex antitrust matters and make them comprehensible to a non-antitrust attorney.*" Also in 2012, The Benchmark Plaintiff Guide to America's Leading Plaintiff's Firms and Attorneys named Mr. Ratner as one of the country's top "Antitrust Litigation Stars" and one of DC's "Local Litigation Stars."

Mr. Ratner has litigated the matter of *In Re Vitamins Antitrust Litigation (D.D.C.)* on behalf of two certified classes of vitamin direct purchasers who were overcharged as a result of a ten-year global price-fixing and market allocation conspiracy. The case settled for over $1 billion. Mr. Ratner was a key member of a 2003 trial team in the case, in which a jury awarded a class of choline chloride purchasers more than $148 million in trebled damages - the twelfth largest U.S. jury verdict in 2003. Mr. Ratner has also litigated, among other matters: *Empagran, S.A. et al. v. F. Hoffmann-LaRoche, Ltd., et al.* (D.D.C.), a case alleging a global vitamins price-fixing and market allocation conspiracy on behalf of foreign purchasers (remanded by U.S. Supreme Court); *Oncology & Radiation Associates v. Bristol-Myers Squibb Co.* (D.D.C.), a case alleging monopolization against a drug manufacturer, which settled for $65 million; *Molecular Diagnostics Laboratories v. Hoffmann-La Roche, Inc., et al.* (D.D.C.), a case alleging unlawful monopolization on behalf of a class of purchasers of an enzyme used in DNA amplification, human-genome research, and medical diagnostics, which settled for $33 million; and *In re Air Cargo Shipping Services Antitrust Litigation* (E.D.N.Y.), a case alleging a global conspiracy to fix the prices of air cargo shipments, which has resulted in over $450 million in settlements to date.

Mr. Ratner's international work has included representing cartel victims from around the globe in settlement negotiations and European courts. He currently represents purchasers of paraffin wax, air freight services, car glass, carbon graphite, elevators, industrial bags, copper fittings and marine hose, who are seeking to recover losses in Europe as a result of price-fixing cartels. His work in the marine hose matter helped lead to a landmark private global settlement agreement with cartelist Parker ITR. Mr. Ratner has also lectured, organized conferences, and published articles and papers on issues such as the private civil enforcement of competition laws and the mechanisms for collective redress around the world.

Education
- University of Indiana, Bloomington, B.A., 1996
- University of Pittsburgh School of Law, J.D., 1999; managing editor, *Journal of Law and Commerce*

Bar Admissions
- Pennsylvania
- New Jersey
- District of Columbia
- The United States Supreme Court
- Several federal courts

Honors and Publications
- "Jury Finds Chinese Vitamin C Makers Fixed Prices; $153.3M Judgment Entered," Mealey's Legal News & Litigation Reports, March 14, 2013
- Co-Author, Michael Hausfeld and Brian Ratner, "Prosecuting Class Actions and Group Litigation



– Understanding the Rise of International Class and Collective Action Litigation and How this Leads to Classes that Span International Borders, World Class Actions, Chapter 26, September 2012
- Hausfeld Named as Tier 1 Firm Nationwide in Plaintiff Antitrust Litigation by *The Legal 500*, June 2012
- "Hausfeld, Hausfeld, Horray," Legal Bisnow, April 6, 2012
- "Brian Ratner, People on the Move," Washington Business Journal, April 4, 2012
- Rising Star: Hausfeld's Brian Ratner, *Law360*, March 22, 2012
- "U.S. Class Action Lawyers Look Abroad," Reuters, March 20, 2012
- "Chinese Cos. Can't Shake Vitamin C Antitrust MDL", *CompLaw 360*, September 7, 2011
- "Analysis: Private antitrust lawsuits on the decline in U.S.", *Reuters*, June 13, 2011
- Hausfeld Named as Tier 1 Firm in Plaintiff Antitrust Litigation by *The Legal* 500, June 15, 2010
- Hausfeld Announces Distribution of Settlement Funds in TAQ Antitrust Case, November 19, 2009
- "Vitamins cartel action filed against Roche in Panama," *CompLaw 360*, September 11, 2009
- Named in the 2009 *Legal Times* "40 under 40" list recognizing rising legal stars in Washington, July 14, 2009
- "Private settlements could gain steam, lawyers say," *CompLaw 360*, March 12, 2009
- "Unprecedented Global Settlement Reached with Parker ITR in Marine Hose Cartel," *Class Action Litigation*, March 13, 2009
- Hausfeld announces first-ever private settlement of global cartel, March 6, 2009
- "Shell Model' Opens Door to European Class Actions," *The American Lawyer,* January 7, 2008
- Co-Author, "Principles and Objectives of Formal and Informal Settlements in EU Competition Cases:  The Claimant's Perspective," paper submitted for the European University Institute's 13th Annual Competition Law & Policy Workshop, publication forthcoming
- Co-Author, "A Proposal for a Transitional Forum," submitted for Antitrust Claims Against Foreign Firms and Cartels conference (Law Seminars International), September 7-8, 2006

Presentations
- Speaker, National Symposium on Class Actions – Recent Developments in Quebec, in Canada, in the United States, 2013
- Conference speaker, The Chicago Forum on International Antitrust Issues, Northwestern University School of Law, May 20, 2010
- Conference panel moderator, Cartels, Product Defects and Global Accountability conference, October 20, 2008
- Panelist, The International Cartel Workshop, ABA Section of Antitrust Law, San Francisco, January 30, 2008
- Conference panel moderator, Cartels, Product Defects and Global Accountability conferences, Seoul, Tokyo, and Beijing, October 2008
- Panelist, The International Cartel Workshop, ABA Section of Antitrust Law, San Francisco, January 30, 2008
- Conference speaker, Class Actions and Collective Redress: "Lessons Learn from the U.S. Experience," London, November 27, 2007
- Conference speaker, Class Actions for Non-Class Action Lawyers – Growing Your Business by Understanding the Basics and Recognizing Opportunities, "Class Action Settlements: Procedures,



Methods and Attorneys' Fees," Los Angeles, February 23, 2007
- Panelist, International Class Actions Conference, Melbourne, December 1-2, 2005

## Megan E. Jones

Partner Megan Jones specializes in recovering damages for corporate victims of antitrust cartels. Recoveries from the cases she has been involved in total over half a billion dollars: *In re Polyester Staple Antitrust Litigation* (W.D.N.C) ($63.5 million on behalf of the class); *In re Compact Disc Antitrust Litigation* (C.D.Ca.) (over $50 million on behalf of class); *In re Rubber Chemicals Antitrust Litigation* (N.D. Ca.) (over $100 million on behalf of class); *In re MMA Antitrust Litigation* (E.D. Pa.) (over $20 million on behalf of class); *In re EPDM Antitrust Litigation* (D. Conn.) ($81 million on behalf of the class). Ms. Jones was also involved in the negotiation of a $300 million global settlement with Bayer (which resolved three cases: EPDM, Rubber Chemicals and NBR), and drafted the innovative settlement agreement itself.

In 2013, *Global Competition Review* named Ms. Jones as one of the 100 successful Women in Antitrust globally. She was one of just 23 U.S. Lawyers selected for this global honor and the only U.S. lawyer who exclusively focuses her practice on pursuing recovery for victims of cartels.

In 2012 and 2013, *The Legal 500,* which provides comprehensive worldwide coverage on legal services, selected Ms. Jones as one of the top 10 Leading Lawyers in the U.S. in plaintiffs' representation for antitrust.  In 2011, the publication recommended Ms. Jones for having a "good understanding of business and operational environments."

In 2012, Ms. Jones was selected by Law360 as a "Rising Star" in the Competition category. Law360 selected just five attorneys in each category as top legal talent under 40 in the U.S. and internationally, whose accomplishments in major litigation or transactions belie their age.  In the same year, she was also chosen by her peers as a Washington, DC *Super Lawyer* in Antitrust, reserved for those attorneys who have attained a high-degree of peer recognition and professional achievement.

In 2010, Ms. Jones was the only female antitrust attorney who had two of her cases featured in the *National Law Journal's* Plaintiffs' Hot List, which named the top twelve plaintiffs' law firms in the U.S.

Despite the fact that her typical cases include millions of pages of evidence, several multinational parties, and a multitude of counsel, Ms. Jones is legendary for relentlessly focusing on the litigation endgame – to develop and find the facts necessary to win the case. For example, faced with over 1.5 million pages of documents produced by the opposing side, Ms. Jones organized her team to identify the 2300 key documents in the case in under four months' time. Ms. Jones then used these 2300 key documents to depose over 20 witnesses, uphold a class certification decision at the Circuit level, defeat summary judgment at the district court and prepare for trial (which ultimately settled successfully on the courthouse steps). Marshaling scores of co-counsel, Jones whittled a mountain of evidence down to what was needed to win – and then did.



Based on her experience, Ms. Jones has been asked to speak on antitrust matters around the world.  She was asked to speak in Sydney, Australia at the American Bar Association's 2010 "*Cross-Border Collaboration, Convergence and Conflict: The Internationalization of Domestic Law and Its Consequences*" with other luminaries from the U.S. and Australian Bar, including Hon. Justice Antonin Scalia; Sir Anthony Mason AC KBE AC, Former Chief Justice of the High Court of Australia; The Honorable Jeffrey Bleich, U.S. Ambassador to Australia; Graeme Samuel, AO, Chairman of the Australian Competition and Consumer Commission; Tony D'Aloisio, Chairman of the Australian Securities and Investment Commission; and many others from the profession in Australia and the U.S. Ms. Jones also spoke at an event co-sponsored by the American Bar Association and German Bar Association in June 2011 in Munich, Germany ("*Successfully Navigating Hazardous Waters: The Second Annual Conference on Transatlantic Deals and Disputes*.").  Ms. Jones has also spoken at what is widely known as the "crown jewel" of antitrust conferences, at the American Bar Association's *Antitrust Masters Course.*

Experienced with high dollar litigation and with a results-driven management style, it is little wonder that Ms. Jones was tapped to be Chairwoman of Hausfeld's New Case Committee at the firm, which is responsible for approving all new cases filed by the firm.  Jones is skilled at evaluating potential cases, thoroughly vetting them for their strengths and weaknesses.

When electronic discovery came on the scene, Ms. Jones quickly adapted to the new paradigm of finding evidence. Jones is a member of The Sedona Conference®, which is composed of leading jurists, lawyers, experts, academics and others, at the cutting edge of issues in electronic discovery. She is the co-author of *The Sedona Conference Glossary: E-Discovery and Digital Management* (2nd Ed). (Dec. 2007) and *Navigating the Vendor Proposal Process: Best Practices for the Selection of Electronic Discovery Vendors, and was recently selected to be on the drafting team of Discovery 2.0, the conference's next work on how discovery should be conducted.*   Ms. Jones was also featured in a podcast about cost-shifting in electronic discovery with the Honorable James C. Francis, IV, Magistrate Judge from the Southern District of New York, and Robert W. Trenchard, the chair of Wilmer Hale's E-Discovery Committee.

Ms. Jones also knows that in litigation, experience is the best teacher. Faced with organizations that were not addressing issues from the cartel victims' perspective, she created an organization herself dedicated to antitrust practitioners exchanging best practices and information. She is the creator and founder of *Women Antitrust Plaintiffs' Attorneys* (www.womenantitrustattorneys.com), a national organization for women who primarily practice cartel law on behalf of victims, attracting luminaries within the antitrust field to its annual conference. This conference has grown in popularity, and in 2009, representatives from over twenty law firms from across the U.S. attended. The growing impact of this organization is demonstrated by the caliber of speakers it is attracting: in addition to having four federal judges as speakers, the Keynote Address at the 2010 conference was given by Wendy H. Waszmer, Counsel to Assistant Attorney General Christine A. Varney from the U.S. Department of Justice, Antitrust Division.

Ms. Jones is recognized as a specialist in antitrust civil enforcement for victims of cartels, and has been asked to speak by many prestigious legal organizations on this topic.



Speeches and Presentations
- Speaker, Class Action Symposium, Georgetown Law Center, April 11, 2011
- Speaker, "The Life of an International Cartel:  A Six-Part Practical Series, Part III:  Follow-On Civil Price Fixing," American Bar Association teleconference, February 4, 2011
- Speaker, American Bar Association's *Antitrust Masters Course V*, September 30, 2010

Education
- North Carolina State University in Raleigh, NC, *magna cum laude*, B.A., 1995
- University of North Carolina at Chapel Hill School of Law, J.D., 1999

Bar Admissions
- District of Columbia
- Maryland
- North Carolina

Affiliations
- Vice Chair, ABA Antitrust Section's Communications and Digital Technology Industries Committee
- Founder of Women Antitrust Plaintiffs' Attorney network group, 2008

Publications
- *"All I Really Need to Know About Antitrust Settlements, I Learned in Kindergarten,"* ABA Criminal & Cartel Practice Committee Newsletter, March 2011.
- *"E Discovery Today:  The Fault Lies Not In Our Rules . . .,,"* paper presented at Duke University School of Law:  2010 Advisory Committee Conference on Civil Rules; publication pending in Federal Courts Law Review (FCLR)
- M. Jones joins Judge Francis and R. Trenchard (Wilmer Hale) in this podcast about the latest trends in cost-shifting in electronic discovery
- "Giving Electronic Discovery a Chance to Grow Up," The National Law Journal, December 15, 2009
- "Observations from the Field: ACPERA's First Five Years," The Sedona Conference Journal, Fall 2009
- CLE Speaker, "E-Discovery in Antitrust Lawsuits and FTC/DOJ Investigations: Managing and Producing Electronic Information Under the Amended Federal Rules," March 2009
- Antitrust Law Developments, 7th Edition, co-author of chapter on Non-Price Vertical Restraint, published by the American Bar Association, 2008
- Co-author of *The Sedona Conference Glossary: E-Discovery and Digital Information Management* (2nd edition), December 2007
- Co-author of *Navigating the Vendor Proposal Process: Best Practices for the Selection of Electronic Discovery Vendors*, published by The Sedona Conference
- Author of "Litigator 101," an ABA series regarding best practices in drafting discovery



# Hilary K. Scherrer

Ms. Scherrer is a partner in Hausfeld's Washington, DC office.  She has extensive experience representing businesses and individuals in antitrust, consumer fraud, and other complex litigation matters, at both the trial court and appellate court levels.  She also has experience working on international arbitration and settlement matters.

She has been named one of the country's top "Antitrust Litigation Stars," one of the District of Columbia's "Local Litigation Stars," and one of the "Top 150 Women in Litigation" by Benchmark Plaintiff, a definitive guide to America's leading plaintiff-side litigation firms and attorneys.  She has also been featured by The Plaintiffs' Hot List, an annual list of the nation's top plaintiff-side firms prepared by the National Law Journal.

Ms. Scherrer is currently involved in several high-profile antitrust cases.  She is leading *In re NCAA Student-Athlete Name & Likeness Licensing Litigation* (N.D. Cal.), also known as the *O'Bannon* case, in which current and former student-athletes allege that the NCAA and others conspired to pay nothing for the use of athletes' names, images, and likenesses.  The case, which has garnered significant press attention, is being viewed as a potential game-changer for college sports.

Ms. Scherrer is also leading *In re Libor-Based Financial Instruments Antitrust Litigation* (S.D.N.Y.), a class action lawsuit alleging a global conspiracy by some of the world's largest financial institutions to manipulate LIBOR.  The manipulation of LIBOR, which is the primary benchmark for short-term interest rates for trillions of dollars worth of financial transactions worldwide, is alleged to have caused billions of dollars in damage to municipalities, businesses, and investors.

Ms. Scherrer's other current cases include *In re Air Cargo Antitrust Litigation* (E.D.N.Y.), a massive class action alleging a global conspiracy to set fuel surcharges by over thirty defendant air carriers in which there are over $485 million in settlements to date, and *In re Chocolate Confectionary Antitrust Litigation* (M.D. Pa.), a case alleging that the major chocolate manufacturers, Nestle, Mars, Cadbury and Hershey conspired to fix the prices of chocolate candy.

During her career, Ms. Scherrer has worked on other significant antitrust cases, including:  *In re Polyurethane Foam Antitrust Litigation* (N.D. Ohio); *In re Municipal Derivatives Antitrust Litigation* (S.D.N.Y.); *In re Publication Paper Antitrust Litigation* (D. Conn.); *In re Construction Flat Glass II Antitrust Litigation* (W.D. Pa.); *Animalfeeds International Corp. et al. v. Stolt-Nielsen SA* (arbitration)*; In re Oriented Strand Board Antitrust Litigation* (E.D. Pa.)*; In re International Air Transportation Surcharge Litigation* (N.D. Cal.); *Thomas & Thomas Rodmakers, Inc. v. Newport Adhesives and Composites, Inc. et al.* (C.D. Cal.); and *In re Microcrystalline Cellulose Antitrust Litigation* (E.D. Pa.).

In addition to her work on antitrust cases, Ms. Scherrer was involved in *Schwab v. Philip Morris USA et al.* (E.D.N.Y.), in which the plaintiffs alleged a RICO conspiracy and fraud in connection with the marketing and sale of "light" cigarettes.  She also represented Holocaust victims in a breach of contract case alleging certain German corporations failed to pay appropriate interest due on their payments to a reparations fund and Wal-Mart employees in wage and hour cases alleging that Wal-Mart failed to



properly pay for the hours that employees worked.

Education
- University of Colorado, Boulder, B.A., 1996
- American University Washington College of Law, J.D., *cum laude*, 2000

Bar Admissions
- California
- District of Columbia

Affiliations & Honors
- Named one of the country's top "Antitrust Litigation Stars" by Benchmark Plaintiff
- Named one of the District of Columbia's "Local Litigation Stars" by Benchmark Plaintiff
- Named one of the "Top 150 Women in Litigation" by Benchmark Plaintiff
- Served on the *Law360 Competition* Editorial Advisory Board

## James J. Pizzirusso

Mr. Pizzirusso is a founding partner in Hausfeld's Washington, DC office.  He has a diverse practice centering on consumer protection and unfair business practices (chair of practice group), antitrust law, environmental torts, and sports and entertainment law with a specific emphasis on royalties and copyright in the digital era. In addition to practicing law, Mr. Pizzirusso has served as a Visiting Professor at George Washington University Law School.

Courts have appointed Mr. Pizzirusso as Co-Lead Class Counsel in numerous successful class actions, including, for example: *In re: Warner Music Group Corp. Digital Downloads Litigation*, No. CV-12-0559-RS (N.D. Cal.) ($11.5 million nationwide settlement); *Wolph v. Acer America Corp*., No. CV-09-01314-VRW (N.D. Cal.) (disputed class involving defective computers certified on a nationwide basis, $22 million settlement later achieved); *Radosti v. Envision EMI, LLC*, No. 1:09-CV-00887-CCK (D.D.C.) ($17.5 million nationwide settlement); *In re Tyson Foods, Inc*., Chicken Raised Without Antibiotics Consumer Litigation, C.A. 08-1982 (D. Md. May 11, 2010) ($8 million nationwide settlement).  He also serves as a court appointed co-lead counsel in several pending class cases, including: *In re Monsanto Company Genetically-Engineered Wheat Litigation*, 2:13-md-02473-KHV-KMH (D. Kansas) (chair of lead counsel group); *U.S. Hotel and Resort Management, Inc. et al v. Onity Inc*., 0:13-cv-01499-SRN-FLN (D. Minn.); *In re Honey Transshipping Litigation*, 1:13-cv-02905 (N.D. Ill.); *James v. UMG Recordings, Inc*., No. 11-CV-1613-SI (N.D. Cal.); *In re Sony PS3 "Other OS" Litig*., No. CV-10-1811-RS (N.D. Cal.).  He has also had a lead role on behalf of Hausfeld in several other class action cases including, for example, *In re Processed Egg Products Antitrust Litig*., No. 2:08-cv-04653 (E.D. Pa.) (over $55 million in settlements*); Dryer v. Nat'l Football League*, No. 0:09-cv-02182-PAM-AJB (D. Minn.) ($50 million settlement); *In re New Jersey Tax Sales Certificates Antitrust Litig*., No. 12-1893 (D.N.J.) (over $8 million in settlements); *Ross v. Trex Co., Inc*., No. 5:09-CV-00670 (N.D. Cal.) (nationwide settlement); *Pelletz v. Weyerhaeuser Company*, No. C08-0334 JCC (W.D. Wash.) (nationwide settlement); and *In re Fresh and Process Potatoes Antitrust Litig*., No. 4:10-MD-2186-BLW



(D. Id.).

In addition to his class action work, Mr. Pizzirusso is also currently defending John Ossenmacher, CEO of ReDigi, Inc. - the world's first and only online marketplace for pre-owned digital music, in copyright litigation filed by Capitol Records.  He also successfully resolved the claims of dozens of farmers and landowners in Barbados who suffered reduced crop yields and property damages as a result of a several jet fuel spills.

The International Who's Who of Competition Lawyers & Economists named Mr. Pizzirusso as one of the leading US competition lawyers for plaintiffs in 2014.  In 2012, Mr. Pizzirusso was named as one of four "Rising Stars under 40" by Law360 in Consumer Protection and Privacy law. Additionally, The Benchmark Plaintiff Guide to America's Leading Plaintiff's Firms and Attorneys recognized Mr. Pizzirusso as one of the country's top sixteen "Antitrust Litigation Stars" in 2012 and one of DC's "Local Litigation Stars" from 2012-2014.  Mr. Pizzirusso has been asked to appear as a panelist at several conferences around the country and presented on topics including antitrust, consumer protection, toxic torts, and public interest litigation.  Mr. Pizzirusso is also the author of several published papers.

Education
- University of Tennessee-Knoxville, B.A., *summa cum laude*, 1998
- George Washington University Law School, with honors, 2001

Bar Admissions
- District of Columbia
- Virginia
- The Supreme Court of the United States
- The Fourth Circuit Court of Appeals
- Several federal district courts

Professional Affiliations
- Vice Chair, ABA Antitrust Section's Food and Agriculture Committee (2013-2014 ABA Year)
- Vice Chair, ABA Antitrust Section's Trade, Sports, Professional Associations Committee (2012-2013 ABA Year)
- Adjunct Professor, Environmental and Toxic Torts, George Washington University Law School, 2009
- Visiting Associate Professor of Clinical Law, Vaccine Injury Clinic, George Washington University Law School, 2007

Publications and Honors
- Who's Who of Competition Lawyers & Economists 2013 - Named as leading US Competition Lawyer
- Benchmark Plaintiff Guide 2012 - Named as "Top Antitrust Star"
- Benchmark Plaintiff Guide 2012-2014 - Named as "Local Litigation Star"
- Co-author, "From the gold mine to the courtroom — Toxic tort, silicosis and the largest class-action lawsuit in South African history," Westlaw Journal, Toxic Torts (Vol. 30, Issue 8/May 30,



2012)
- Mr. Pizzirusso's practice was recently profiled in Lawdragon's, "Lawyer Limelight," January 2012
- Author, "Liberalizing Rule 27 in the Twombly/Iqbal Era," *Law 360* (November 11, 2009)
- Author, "Utilizing Novel Technologies to Sustain Trespass and Battery as Toxic Torts," *The Environmental Litigator* (Spring, 2008)
- Author, "Agency Rule-Making Power and the Clean Air Act: Putting the Brakes on American Trucking," Spring 2001 Term: Whitman v. American Trucking Associations, Inc., 7 *Environmental Law* 729 (June, 2001)
- Author, "Increased Risk, Fear of Disease and Medical Monitoring – Are Novel Damage Claims Enough to Overcome Causation Difficulties in Toxic Torts?" 7 *Environmental Law* 183 (September, 2000)

Presentations
- "Non-Traditional Approaches to Class Certification," Cambridge Forums, April 2014, San Diego, CA
- "Transshipping and Neonics - Prospects for Litigation on Behalf of Honey Producers," North American Beekeeping Conference, January 2014, Baton Rouge, LA
- "Ascertainability in Class Actions," Consumer Class Action Roundtable - Institutional Investor Educational Foundation (IIEF), November 2013, Chicago, IL
- "Plaintiff's Class Action Forum - Class Action Settlements," Cambridge Forums, April 2013, Boca Raton, FL
- "A Bumper Crop of Attacks on Capper Volstead," Antitrust Law 2013 Spring Meeting, American Bar Association, April 2013, Washington, DC
- "Ongoing Football Litigation," Independent Retired Football Players Summit & Conference, May 2012, Las Vegas, NV
- "Plaintiff's Class Action Forum - Nationwide Certification of Class Actions; Managing Class Actions," Cambridge Forums, April 2012, Santa Barbara, CA
- "Toxic Trespass and Other New and Emerging Toxic Torts," ABA Committees Joint CLE Seminar, January, 2008, Snowmass, CO
- "Strategies for Pursuing Litigation Remedies," Northeast Regional Conference on Eliminating Childhood Lead Poisoning, November, 2006, Providence, RI
- "Outlook for Litigation," North Central Regional Conference on Eliminating Childhood Lead Poisoning, September, 2006, Chicago, IL
- "Developing Novel Theories of Recovery in Toxic Tort Litigation," Contamination Examination: A Workshop on the Changing Face of Chemical Contamination Litigation, ABA CLE Program - September 2006, Wilmington, DE
- "Consumer Protection Law," D.C. Bar Animal Law Conference, American University Washington College of Law - April, 2004, Washington, DC
- "Public Interest Tort Litigation: Using Private Tort Actions to Further Environmental Justice & Public Ends," The Public Interest Environmental Law Conference, University of Oregon School of Law - March, 2003, Eugene, OR



## Brent W. Landau

Mr. Landau is a partner in Hausfeld's Philadelphia office. His practice focuses on representing plaintiffs in complex antitrust and consumer protection litigation. He has litigated claims of price-fixing and monopolization involving products and industries as varied as vitamins, microprocessors, transparent tape, medical devices, and stock car racing. In other cases, his clients have included consumers defrauded by manufacturers of "light" cigarettes and Indonesian villagers subjected to human rights abuses. The *Legal 500* has recommended him as "very professional and personable." In March 2013, *Law360* selected Mr. Landau as one of their "Rising Stars Under 40" placing him among only five of the "up and coming competition attorneys" recognized in the Competition/Antitrust category.

Mr. Landau graduated from the State University of New York at Binghamton, where he received a B.A. in History and Philosophy (*summa cum laude*, 1998) and was a member of Phi Beta Kappa. He obtained his law degree from Harvard Law School (*cum laude*, 2001), where he was co-chairperson of the Tenant Advocacy Project and a supervising editor of the *Harvard Journal on Legislation*.

After law school, Mr. Landau served as a judicial law clerk to the Honorable Bruce W. Kauffman, United States District Court for the Eastern District of Pennsylvania.  He then worked for six years at Cohen, Milstein, Hausfeld & Toll, P.L.L.C. before joining Hausfeld.

Mr. Landau has been invited to speak on panels regarding the antitrust laws and other topics and is the author of several published articles. He is a member of the editorial board of *The Antitrust Practitioner*, an editor of *Antitrust Law Developments*, and a mediator in the Philadelphia Court of Common Pleas Landlord-Tenant Appellate Mediation Program.

Currently, among other matters, Mr. Landau is counsel for the plaintiffs in *In re Air Cargo Shipping Services Antitrust Litigation*, MDL No. 1775 (E.D.N.Y.), which has resulted in approximately $485 million in settlements to date.

Education
- State University of New York at Binghamton, B.A., *summa cum laude*, 1998;
- Harvard Law School, J.D., *cum laude*, 2001

Bar Admissions
- Pennsylvania
- New York
- District of Columbia
- United States District Court for the District of Columbia
- United States District Court for the Eastern District of Pennsylvania
- United States Court of Appeals for the Second Circuit
- United States Court of Appeals for the Ninth Circuit

Affiliations & Honors
- Named as one of Law360's *Rising Stars Under 40,* Competition category (2013)



- Judicial law clerk to Honorable Bruce W. Kauffman, United States District Court for the Eastern District of Pennsylvania (2001-2002)
- Member, Editorial Board, *The Antitrust Practitioner*
- Editor, *Antitrust Law Developments*
- Mediator, Philadelphia Court of Common Pleas Landlord-Tenant Appellate Mediation Program
- Recommended Lawyer, *Legal 500 (2010)*

Publications
- "Has *Hydrogen Peroxide* Really Made Antitrust Class Certification More Difficult?," *The Antitrust Practitioner* (2010)
- CNNMoney.com Quotes Brent Landau on FTC Suit Against Intel, December 16, 2009
- "Sovereign Immunity and You: How New York State Employees Can Enforce Their Federal Employment Rights," United University Professions Working Paper Series (2005)
- "State Employees and Sovereign Immunity: Alternatives and Strategies for Enforcing Federal Employment Laws," 39 *Harv. J. on Legis.* 169 (2002)
- "State Bans on City Gun Lawsuits," 37 *Harv. J. on Legis.* 623 (2000)

Presentations
- ABA Section of Antitrust Law, *Types of Restraints that Violate Section 1* (2010)
- United University Professions, *Preserving the Rights of Public Employees* (2005)

---

## Arthur N. Bailey, Jr.

Mr. Bailey is a partner at the firm who has worked on multidistrict antitrust matters including *In re TFT-LCD (Flat Panel) Antitrust Litigation*, MDL 1827 (N.D. Cal.), alleging a conspiracy by manufacturers to fix prices of TFT-LCD panels used in products such as computer monitors, televisions, and cell phones; *In re Rail Freight Fuel Surcharge Antitrust Litigation* (D.D.C.), alleging price fixing of rail freight fuel surcharges by the nation's dominant freight-shipping railroads, and *In re Aftermarket Automotive Lighting Products Litigation*, MDL 2007 (C.D. Cal.), a case alleging a conspiracy by manufacturers to fix prices of aftermarket auto lights and lamps.

Other cases Mr. Bailey has worked on include *Bruce Foods Corporation vs. SK Foods, LP. et al.,* (E.D. Cal.), alleging a conspiracy by processors to fix prices of processed tomato products, and *In re Student-Athlete Name & Likeness Licensing Litigation* (N.D. Cal.) a case alleging antitrust violations by the NCAA and its member schools involving the commercial use of the likenesses of its student-athletes.

Mr. Bailey is also the author of an amicus curiae brief filed on behalf of the California Teachers Association in the Proposition 8 same-sex marriage case pending before the Ninth Circuit Court of Appeals.

Prior to joining the firm, Mr. Bailey was an attorney at Cohen, Milstein, Hausfeld & Toll, PLLC, as a member of its antitrust practice group. He also was employed at Kaplan Fox & Kilsheimer LLP



where he worked on antitrust, securities fraud and consumer fraud class action cases.

Education
- Wooster College, BA., 1984
- University of Tulsa, J.D., 1999

Bar Admissions
- California
- U.S. District Court for Northern California
- U.S. District Court for Eastern California
- U.S. District Court for Central California

## Reena A. Gambhir

Ms. Gambhir has broad and substantial experience representing U.S. and global businesses and individuals in complex litigation in U.S., European and other courts. As a partner in Hausfeld's Washington, D.C. office, Ms. Gambhir litigates and resolves antitrust claims for corporate clients who have suffered financial harm as a result of antitrust violations. -Ms. Gambhir's wide-ranging experience allows her to uniquely advise and act for clients in all stages of litigation in matters around the world, and achieve wide-ranging innovative strategies and solutions. Ms. Gambhir also dedicates herself to the firm's international human rights practice, working to protect against human rights abuses across the globe.

Ms. Gambhir was recognized by The Legal Times and National Law Journal as of one D.C.s Rising Stars. This award recognizes the top 40-under-40 Washington D.C. lawyers across all disciplines whose legal accomplishments belie their age. And twice now for 2013 and 2015, the Profiles in Diversity Journal named Ms. Gambhir a Woman Worth Watching, an award held for selected women who have distinguished themselves in their career. In January 2015, Ms. Gambhir was also honored as a "Minority Business Leader," by the Washington Business Journal, an award that recognizes leaders that embody entrepreneurial drive, creativity and success in business. Ms. Gambhir was also elected in 2014 as a Fellow of the American Bar Foundation, an honor afforded to less than one-third of one percent of lawyers, judges and legal scholars whose careers have demonstrated outstanding dedication to the highest principles of the legal profession.

Ms. Gambhir currently represents clients in high stakes litigation against some of the largest banks in the world in the *In re Forex Exchange Benchmark Rates Antitrust Litigation*, 13-cv-07789 (S.D.N.Y.) and in *In Re LIBOR-Based Financial Instruments Antitrust Litigation*, MDL No. 2262, (S.D.N.Y.). Ms. Gambhir's recent achievements include, among other matters, representing U.S. and foreign businesses in *In Re Refrigerant Compressors Antitrust Litigation*, 2:09-md-02042 (E.D. Mich.) alleging price-fixing and reaching settlements of approximately $50 million dollars. She also was one of the principle lawyers to secure settlements totaling almost $100 million in an antitrust case involving the chemical industry (*In Re Hydrogen Peroxide Antitrust Litigation*, MDL No. 1682 (E.D. Pa.)).

Ms. Gambhir also dedicates herself to the private civil enforcement of competition law around the



world. In connection with her UK partners, Ms. Gambhir represents clients, many of which are listed in Fortune Global 500 and Forbes Global 2000, in their individual damage claims seeking to recover losses as a result of price fixing cartels and other antitrust violations. These include purchasers of elevators, air freight services, Visa and MasterCard interchange fee services, and marine hose. Additionally, in the marine hose matter, Ms. Gambhir recently concluded the negotiations for the final claims resulting from the first of its kind private global settlement with cartelist Parker ITR.

Ms. Gambhir is currently at the forefront of competition claims in South Africa, working with South African counsel in groundbreaking litigation on behalf of low-income bread consumers. This case resulted in a recent landmark ruling by the Supreme Court of Appeal (SCA) which determined for the first time the specific requirements for filing a collective action in South African courts.

Ms. Gambhir also dedicates herself to international human rights work. She currently represents residents of Bhopal, India who were exposed to toxic wastes, which have contaminated the soil and drinking water surrounding the infamous Union Carbide Plant, which was the site of the 1984 gas leak that killed and injured thousands of residents. Ms. Gambhir is also involved in litigation in both the UK and South Africa on behalf of South African gold miners who have suffered silicosis. Ms. Gambir also assisted in the representation of the former "comfort women", women and girls who were forced into sexual slavery during World War II. In her pro bono work, among other cases, Ms. Gambhir has successfully represented individuals in United States Immigration Court in political asylum proceedings. Ms. Gambhir has been asked to speak on matters related to antitrust, private enforcement, and human rights across the world. She is also an appointed member to the ABA International Task Force's leadership and has previously been appointed to the ABA's International Cartel Task Force.

Education
- Boston College, English Literature, B.A., (*cum laude*) 1999
- University of Chicago, M.A., Humanities, 2000
- National Law Center, George Washington University, J.D., 2004 (with honors)

Bar Admissions
- Massachusetts
- District of Columbia

Affiliations & Honors
- Minority Business Leader for 2015, *Washington Business Journal*
- DC Rising Star for 2014, *The National Law Journal*.
- Elected Fellow, American Bar Foundation, 2014.
- Selected by *Diversity Journal* as one of their "Annual Women Worth Watching," 2015.
- Selected by *Diversity Journal* as one of their "Annual Women Worth Watching," 2013.
- Appointed Leadership, American Bar Association's Section of Antitrust International Task Force.
- International Human Rights Society
- South Asian Bar Association
- Women's Antitrust Plaintiffs Association



## Judge Walter D. Kelley, Jr.

As a partner at Hausfeld, Judge Walter D. Kelley, Jr. focuses his practice on antitrust, commercial and financial services litigation and mediation services.

As a former United States District Judge for the Eastern District of Virginia and a recent partner at Jones Day, Judge Kelley brings unique insight to high stakes litigation. He has extensive experience representing both plaintiffs and defendants in disputes between businesses, particularly in the areas of antitrust, intellectual property and securities. As a lawyer, Judge Kelley has tried more than 25 jury cases to verdict. As a judge, he presided over thousands of cases encompassing all areas of the law and authored 50 published opinions.

In addition to maintaining an active trial docket, Judge Kelley serves as a mediator and arbitrator for business related disputes. Among other organizations, he serves on the International Trade Commission's panel of mediators for Section 337 (patent infringement) cases.

Judge Kelley is a graduate of Washington & Lee University School of Law. After law school, Judge Kelley clerked for the Honorable Ellsworth A. Van Graafeiland on the Second Circuit. Judge Kelley has been repeatedly listed in The Best Lawyers in America and Super Lawyers for business litigation, and was named in 2013 to Virginia Business Magazine's "Legal Elite" as a mediator and arbitrator.

## Seth R. Gassman

Seth R. Gassman, Of Counsel with the firm, has nearly a decade of antitrust litigation and regulatory experience. He has represented clients in many different industries over the course of his career, including manufacturing, transportation, pharmaceuticals and health care industries.

Mr. Gassman currently specializes in representing victims of domestic and international anticompetitive conduct. Among his current cases, he is litigating *In re Rail Freight Fuel Surcharge Antitrust Litigation*, where Hausfeld serves as co-lead counsel representing a certified class of shippers who allege that the nation's largest freight-shipping railroads conspired to fix rail-freight fuel surcharges, and *In re New Jersey Tax Sale Certificates Antitrust Litigation*, where the firm serves as co-lead counsel representing a proposed class of New Jersey property owners who – as the result of an alleged bid-rigging scheme that has already led to several criminal guilty pleas – either must pay inflated rates to redeem liens on their property or face foreclosure.

Mr. Gassman is also actively involved in litigating *In re Blood Reagents Antitrust Litigation*, where he represents a class of laboratories and other purchasers who allege that the two leading manufacturers of a critical component used in a number of tests performed to detect and identify certain properties of the cell and serum components of human blood fixed prices for nearly a decade, and *In re*



*Polyurethane Foam Antitrust Litigation*, where he represents a proposed class of purchasers who allege that manufacturers conspired to inflate polyurethane foam prices.

Mr. Gassman is the co-author of "No Rest{itution} for the Weary: Crime Victims and Treble Damages in Antitrust Cases," *BNA's Antitrust and Trade Regulation Report*," November 18, 2011; "Antitrust Class Actions: Continued Vitality," *Global Competition Review, The Antitrust Review of the Americas*, 2008; and "Global Enforcement of Anticompetitive Conduct," presented in Florence, Italy at The Tenth Annual Sedona Conference on Antitrust Law & Litigation: The Globalization of Antitrust Enforcement, September 2008.

Mr. Gassman began his legal career at Cahill Gordon & Reindel LLP. While there, he focused on antitrust litigation and regulatory compliance. He received a J.D. from New York University School of Law, where he was the symposium editor of the *Journal of Legislation and Public Policy*. In the spring of 2003, he was awarded the Newman Prize for "Direct Democracy as Cultural Dispute Resolution: The Missing Egalitarianism of Cultural Entrenchment." Mr. Gassman earned a B.A., with honors, in English from the University of California at Berkeley.

He is a member of the New York State and District of Columbia bars, as well as the Southern and Eastern Districts of New York and the Eastern District of Michigan.

Articles & Speaking Engagements

- Jay L. Himes and Seth R. Gassman, "No Rest{itution} for the Weary: Crime Victims and Treble Damages in Antitrust Cases," *BNA's Antitrust and Trade Regulation Report*," November 18, 2011
- Michael Hausfeld, Steig Olson & Seth Gassman, "Antitrust Class Actions: Continued Vitality," *Global Competition Review, The Antitrust Review of the Americas*, 2008
- "Global Enforcement of Anticompetitive Conduct," presented in Florence, Italy at The Tenth Annual Sedona Conference on Antitrust Law & Litigation: The Globalization of Antitrust Enforcement, September 2008
- Gassman, Seth. "Direct Democracy as Cultural Dispute Resolution: The Missing Egalitarianism of Cultural Entrenchment." 6 *NYU Journal of Legislation and Public Policy* 525 (2002-2003)

Education
- University of California at Berkeley, B.A., English, 1999 (with honors)
- New York University School of Law, J.D., 2003

Affiliations & Honors
- Senior Symposium Editor, *New York University School of Law Journal of Legislation and Public Policy*
- Newman Prize Recipient for article, "Direct Democracy as Cultural Dispute Resolution: The Missing Egalitarianism of Cultural Entrenchment"



- Commencement Speaker, University of California at Berkeley, Departmental Graduation

Bar Admissions
- District of Columbia
- State of New York
- Southern District of New York
- Eastern District of New York
- Eastern District of Michigan

## Bruce J. Wecker

Mr. Wecker is Of Counsel to the firm. He has represented a variety of companies in patent and trade secret litigation against an array of companies in the computer hardware and software businesses. In patent cases, he has represented both the patentee and accused infringer.  Cases include *Burst v. Microsoft,* alleging theft of trade secrets and breach of a non-disclosure agreement, as well as patent infringement and antitrust violations relating to streaming media; *Privasys, Inc. v. MasterCard International Inc.,* alleging patent, trade secret and contract claims for a start-up technology firm developing a electronic payment card with a programmable magnetic stripe; *Fullview v. Microsoft,* alleging infringement of 360º camera patents; *Apple, Inc. v. Burst.com,* alleging patent infringement based on features of the iPod and iTunes products; *BackWeb Technologies v. Microsoft,* alleging patent infringement for feature including in the Windows operating system; *BackWeb Technologies v. Symantec, Sybase,* alleging patent infringement for products to automatically update software for enterprise customers; *Implicit Networks v. Microsoft, HTC, Oracle, Sun, IBM, and others,* alleging patent infringement of application server, data processing and graphical user interface patents. *Cloakworks v. Cloakware,* alleging infringement of security software to protect computer code from unauthorized copying.

Mr. Wecker has also participated in high stakes antitrust litigation including seminal cases over several decades. In the seventies, he represented Kellogg Company in defending Federal Trade Commission charges of a "Shared Monopoly." In the eighties, he represented the forerunner of Sprint, in antitrust actions against AT&T that paralleled the government action leading to the divestiture of the Bell System. In the nineties, he represented Billy Sullivan in his suit against the National Football League, to establish that its restriction on public ownership of teams violated the antitrust laws.

Prior to joining the firm, Mr. Wecker was a partner at Hosie Rice LLP, The Furth Firm and Furth, Fahrner & Mason where he worked on antitrust, intellectual property and a variety of class action cases.

Education
- University of California at Berkeley, B.A. in Economics, 1974
- University of Michigan, J.D., 1977



Bar Admissions
- California

Speaking Engagements
- Speaker, Center for International Legal Studies Conference on Internet Distribution and Computer Law, "Representing Independent Software Vendors," 2005

---

## Michael Schumacher

Michael Schumacher is Of Counsel with the firm and a member of the Financial Services Group. Mr. Schumacher's practice primarily focuses on representation of institutional investors, including Taft Hartley and public pension funds, in securities litigation, ERISA, and corporate governance matters.

Prior to joining Hausfeld, Mr. Schumacher worked with Bernstein Litowitz Berger and Grossmann LLP. He earned his Bachelor of Arts in Political Science from the University of California, Berkeley and his Juris Doctor degree from the University of Southern California Gould School of Law. He is admitted to the State Bar of California.

Affiliations
- Association of Benefit Administrators
- International Foundation of Employee Benefit Plans
- Labor and Employment Law Section of the State Bar of California
- Made in America Taft Hartley Benefit Fund Summit, past participant
- National Coordinating Committee for Multi-Employer Plans, past participant
- Southern California Association of Benefit Plan Administrators

---

## Frederick T. Kuykendall III

Rick Kuykendall is Of Counsel to the firm. Prior to joining Hausfeld, Mr. Kuykendall began practicing law over thirty years ago in Birmingham, Alabama with a successful union side, labor law firm, Cooper, Mitch, Crawford and Kuykendall. He presided over the firm's evolution into a successful and powerful plaintiff/public interest law firm with a core mission of helping those who needed it the most, despite the odds.

Mr. Kuykendall has extensive experience in all areas of complex litigation, including product liability, mass tort, and environmental litigation. Mr. Kuykendall is a Martindale-Hubbell AV Preeminent-rated lawyer and has been listed in Best Lawyers in America. Over the course of his career, he has represented clients in every type of court, from municipal court to the Supreme Court of the United States, and has served as lead or co-lead counsel in cases with verdicts and settlements totaling more than $1 billion.



Most recently, Mr. Kuykendall has represented businesses, individuals, and public entities (spanning Alabama, Mississippi, Louisiana, and Texas) for damages arising out of the Deepwater Horizon oil catastrophe in the Gulf of Mexico. Among other matters, Mr. Kuykendall is also representing dialysis patients nationwide who have been injured by a concentrated chemical compound used in dialysis procedures. He is also leading the firm's efforts to pursue redress in tribal courts for Native Americans in this and other matters.

In addition to Mr. Kuykendall's litigation experience, he has served as a court-appointed special master in one of the largest environmental cases in Alabama, involving Monsanto.

Mr. Kuykendall has long been active in public affairs and political matters as well. Having worked on Capitol Hill for several years, he has had a lifelong interest in politics at both the state and federal level. He has served on the board of directors of numerous prominent non-profit organizations, such as the Surfrider Foundation, the Pensacola Florida Riverkeepers, and The Lawyers' Committee for Civil Rights under Law, and is a longstanding member of the AFL-CIO's Lawyers Coordinating Committee. Additionally, he has served as a contributing editor of the Developing Labor Law (BNA Bloomberg) and been elected to the Alabama State Bar's Board of Bar Commissioners. A frequent lecturer and commentator on legal matters, he was this year's keynote speaker at Georgia State University's Earth Week festivities.

Mr. Kuykendall graduated from University of Alabama, where he received his B.A. He received his law degree from Cumberland School of Law at Samford University.

Bar Admissions
- United States Supreme Court
- Alabama
- U.S. District Court, Northern and Southern Districts of Alabama
- U.S. Court of Appeals, First, Third, Fifth and Eleven Circuits

## Sathya S. Gosselin

Sathya Gosselin is a partner in the Antitrust/Competition, Securities and Financial Services, and Sports and Entertainment practice groups. He serves on the firm's Pro Bono and Business Development committees as well.

Mr. Gosselin has considerable litigation experience across a range of industries. Representative engagements include:

- *In re Rail Freight Fuel Surcharge Antitrust Litig. (D.D.C.),* in which shippers nationwide seek damages for alleged price-fixing of rail-freight fuel surcharges by the nation's largest railroads.
- *In re NCAA Student-Athlete Name & Likeness Licensing Litig. (N.D. Cal.),* in which current and former men's Division I basketball and football players seek damages and injunctive relief for the



use of their names, images, and likenesses in broadcast and videogame instances.

- *In re Polyurethane Foam Antitrust Litig. (N.D. Ohio),* in which foam purchasers seek redress for alleged price-fixing among the nation's largest manufacturers.
- *MTB Investment Partners LP v. Siemens Hearing Instruments Inc. (D.N.J.)* in which a group of HearUSA stockholders allege various securities violations designed to depress the price of HearUSA's common stock.

Mr. Gosselin also shares the firm's commitment to pro bono legal services. He recently obtained asylum for a Nepali political activist who fled the country after violent persecution for his pro-democracy political activities.

Mr. Gosselin graduated from Vassar College, where he received a B.A. in Religion (cum laude in materia subjecta, 1999). He received his law degree from Cornell Law School, where he was Symposium Editor of the Cornell Law Review and an extern with the Texas Civil Rights Project.

Prior to joining the firm, Mr. Gosselin was a staff law clerk at the United States Court of Appeals for the Seventh Circuit (2007-2009) and Deputy Director of the ACLU of Texas's Prison & Jail Accountability Project (2003-2004).

Articles & Speaking Engagements
- Michael D. Hausfeld, Brent W. Landau, Sathya S. Gosselin, *"CAT-astrophe: The Failure of "Follow-On" Actions."* American Bar Association's International Cartel Workshop, February 2012
- Hausfeld LLP and Milberg LLP, *E-Discovery Today: The Fault Lies Not In Our Rules*…, 4 FED. CTS. LAW REV. 2 (2011)
- Panelist, Cornell Law School, "Your Small Firm Career," Oct. 18, 2010
- Michael D. Hausfeld and Sathya S. Gosselin *"Parents, Be Aware of the Behavior of Your Children": Intra-Enterprise Accountability and Extraterritorial Jurisdiction in the European Union*, 2010 ABA/IBA International Cartel Workshop, Feb. 10-12, 2010
- Michael D. Hausfeld, Steig D. Olson & Sathya S. Gosselin, *The United States Heightens Plaintiff's Burden of Proof on Class Certification: A Response*, Global Competition Litig. Rev., Volume 2 Issue 4/2009

Education
- Vassar College, B.A., Religion, 1999 (with honors)
- Cornell Law School, J.D., 2007

Affiliations & Honors
- Young Lawyer Representative, Transportation and Energy Industries Committee, Section of Antitrust Law, American Bar Association 2013-2014
- Member, Section of Antitrust Law, American Bar Association
- Symposium Editor, *Cornell Law Review*



Bar Admissions
- California
- District of Columbia Bar

## Melinda R. Coolidge

As one of two attorneys principally responsible for evaluating antitrust cases and recommending a course of action to the firm, Ms. Coolidge is prepared to assist clients with an efficient analysis of their circumstances. She enjoys combining the big picture thinking needed to devise creative solutions for clients, and the everyday management of big-ticket litigation.

As a partner in the Washington, D.C. office, Ms. Coolidge works primarily in the antitrust field, but also has significant experience in mass tort/product liability and consumer cases on behalf of plaintiffs. She has played a key role representing freight forwarders and other direct purchasers of air cargo shipping services against a worldwide price-fixing cartel in the *In re Air Cargo Antitrust Litigation*, in which her clients and the class have recovered nearly $850 million in settlements. In 2013, Ms. Coolidge served on the trial team for the plaintiff class at trial in the *In re Vitamin C Antitrust Litigation*, which secured a trebled jury verdict of $162 million against Chinese vitamin C manufacturer defendants. And as the primary brief writer on liability issues in the firm's *In re Prempro Products Liability Litigation*, Ms. Coolidge represented dozens of women in a mass tort action against Pfizer and Wyeth over their hormone replacement therapy and links to breast cancer. In 2014, she successfully obtained a favorable settlement for a victim of sexual assault on a college campus, and has drafted model guidelines for universities seeking to improve the process by which they investigate and adjudicate such cases to ensure a swift and fair resolution.

In 2014, Ms. Coolidge was selected for the Super Lawyers 2014 Washington DC Rising Stars list, and was named by the U.S. Chamber of Commerce as a player driving effective "big ticket" class action litigation on behalf of consumers. In 2008, she assisted former FTC Commissioner Robert Pitofsky in publication of his casebook, Trade Regulation, and Where the Chicago School Overshot the Mark, his book on the impact on conservative economic analysis on antitrust law.

Ms. Coolidge has been active member of the ABA's Antitrust Section and Civil Redress Committee. Ms. Coolidge graduated *cum laude* from Georgetown University Law Center, where she served as an editor of the *Georgetown Journal of Gender and the Law*, and assisted low-income tenants in Washington, D.C. to retain and purchase housing as a member of a student clinic. Before going to law school, she worked at Public Citizen, a national consumer advocacy organization.



<u>Education</u>
- Tufts University, International Relations and French, B.A., 2003 (*magna cum laude*)
- Georgetown University Law Center, J.D., 2008 (*cum laude*)

<u>Bar Admissions</u>
- Maryland
- District of Columbia
- United States District Court for the District of Columbia

## Timothy S. Kearns

Timothy S. Kearns recognizes that most cases are won or lost before they are even filed. His commitment to honesty helps clients accurately assess their options before initiating a lawsuit and his tenacity and dedication to securing a result, through appeal if necessary, help to ensure exceptional outcomes for his clients.

Mr. Kearns' practice focuses on securities litigation, commodities litigation, commercial litigation, and antitrust. Mr. Kearns is the primary attorney in charge of identifying and investigating potential securities matters and supervises Hausfeld's portfolio monitoring program. His matters include:

- *MTB Investment Partners, LP v. Siemens Hearing Instruments, Inc*., in which Mr. Kearns overcame a motion to dismiss on behalf of a class of HearUSA, Inc. shareholders alleging securities violations aimed at driving down the price of HearUSA's common stock;
- *In re Foreign Exchange Benchmark Rates Antitrust Litigation*, in which plaintiffs allege collusion among international banks to artificially rig the WM/Reuters benchmark rates;
- *Precision Associates, Inc. v. Panalpina World Transport (Holding) Ltd.*, in which Mr. Kearns represents two defendants against allegations of antitrust violations within the global freight forwarding industry.

Mr. Kearns, who was named a Rising Star in Securities Litigation by *SuperLawyers* magazine in 2014, graduated *cum laude* from Cornell Law School in 2006. He is the author of *The Chair, the Needle, and the Damage Done: What the Electric Chair and the Rebirth of the Method-of-Execution Challenge Could Mean for the Future of the Eighth Amendment*, which was published by the Cornell Journal of Law and Public Policy in 2006.

<u>Education</u>
- Iowa State University, B.A., 2003
- Cornell Law School, J.D., 2006 (*cum laude*)

<u>Bar Admissions</u>
- Delaware
- District Court of Columbia



- U.S. District Court for the District of Delwaware
- U.S. District Court for the Eastern District of Wisconsin

## Jeannine M. Kenney

Jeannine M. Kenney is an associate at the firm focusing on antitrust, human rights, and mass tort litigation.

Ms. Kenney serves as court-appointed Plaintiffs' Liaison Counsel in *In re National Football League Players' Concussion Injury Litigation*, MDL 2323 (E.D. Pa.), multi-district litigation consolidating lawsuits brought by several thousand retired NFL players who suffer from long-term or permanent neurological or cognitive impairments as a result of head injuries they incurred during NFL play, and who allege the League hid from them the serious risks of repeated head trauma. She also serves as co-counsel for retired NFL players in *Boyd v. NFL*, No. 12-cv-92 (E.D. Pa.); *Stabler v. NFL*, No. 12-cv-4186 (E.D. Pa.); *Chambers v. NFL* (No. 12-cv-7153); and *Spikes v. NFL*, No. 12-cv-5606 (E.D. Pa.) which are pending before the MDL Court.

Ms. Kenney is also counsel for Plaintiffs in *In re South African Apartheid Litigation*, MDL 1499, alleging that multi-national corporations aided and abetted the commission of crimes against humanity by the security forces of the apartheid regime; *In re Processed Egg Products Antitrust Litigation*, MDL 2002 (E.D. Pa.), alleging egg producers and trade groups conspired to restrict the domestic supply of eggs and egg products; and *In re Fresh and Process Potatoes Antitrust Litigation*, MDL 2186 (D. Idaho), alleging potato growers and their trade groups conspired to restrict the domestic supply of potatoes.

Ms. Kenney joined the firm in 2009. From 2010 to 2011, she clerked for the Honorable Cynthia M. Rufe, United States District Court Judge, Eastern District of Pennsylvania. While attending the Georgetown University Law Center, Ms. Kenney was a member of the *Georgetown Law Journal*, and was enrolled in the Center's widely-respected Appellate Litigation Clinic, receiving the International Academy of Trial Lawyers' Student Advocacy Award for her work on *Lytes v. DC Water and Sewer Authority*, No. 08-7002 (D.C. Cir. 2009), which she argued before the Federal Court of Appeals for the D.C. Circuit. Before obtaining her *Juris Doctor*, Ms. Kenney worked for many years in government affairs, including as a Senior Policy Analyst for Consumers Union, publisher of Consumer Reports, where she advocated for consumer interests before Congress and federal agencies and was widely quoted in the media on consumer issues; as Vice President of Domestic Affairs and Communications Director for the National Cooperative Business Association, representing consumer, producer, and purchasing cooperatives ; and as a legislative assistant on agriculture and food security for two United States Senators.



Education
- University of Wisconsin-Madison, B.A. Political Science & Economics (with distinction), 1988
- Georgetown University Law Center, J.D., 2009 (*magna cum laude*, Order of the Coif)

Bar Admissions
- Commonwealth of Pennsylvania
- District of Columbia

## Swathi Bojedla

Swathi Bojedla joined the firm in 2011 as an associate and is a member of the Sports and Entertainment, Mass Torts, and Antitrust/Competition practice groups.

Ms. Bojedla has worked on a wide variety of cases across the legal spectrum, including the following matters:

- Dryer et al. v. NFL (D. Minn.), a class action filed on behalf of retired NFL players concerning the NFL's use of their names, images, and likenesses.  The case recently settled for $50 million and the agreement further provides retired NFL players with commercial licensing opportunities as a means of gaining additional income.

- In re Concussions Litigation (E.D. Penn.), a mass personal injury and class medical monitoring case on behalf of retired NFL players seeking care and treatment for former players suffering the effects of repeated head trauma from their playing days.

- Eller et al. v. NFLPA (D. Minn.), a class action filed on behalf of retired NFL players against the NFL players union stemming from the union's improper representation of retired player interests during the negotiations surrounding NFL-NFLPA 2011 Collective Bargaining Agreement.

- Bowman et al. v. St. Joseph's Medical Center et al. (Circuit Court of Md., Baltimore County), a mass tort action arising from the placement of unnecessary stents in patients at a Baltimore-area hospital.  The case culminated in a month-long jury trial that ultimately resulted in a global resolution compensating over 240 affected patients.

- In re Municipal Derivatives Litigation (S.D.N.Y.), a class action alleging a bid-rigging conspiracy between banks involved in the market for municipal bond offerings.  To date, over $80 million in settlements have been achieved for the class of municipalities harmed by anticompetitive practices.

Ms. Bojedla graduated from Brown University with a B.A. in Human Biology and Public Policy. She worked for Senator Hillary Rodham Clinton before attending law school at Georgetown University,



where she served as Managing Editor for the Georgetown Journal of Law and Public Policy. Prior to her arrival at Hausfeld, Ms. Bojedla worked on Title VII litigation in the D.C. District Court for Georgetown Law's Institute for Public Representation, a civil rights clinic.

Education
• Brown University, B.A., Human Biology & Public Policy, 2007
• Georgetown University Law Center, J.D., 2011

Bar Admissions
• New York

Publications
• Michael Hausfeld and Swathi Bojedla, *The NFLPA's Potential Legal Liability to Former Players for Traumatic Brain Injury*, Concussions Litigation Reporter, Vol. 1, No. 1 (2012)
• Swathi Bojedla, *Is Major League Baseball's Antitrust Exemption in Jeopardy?*, ABA Antitrust Section Media & Technology E-Bulletin, Vol. 1, Iss. 3 (2013)

## Nathaniel C. Giddings

Nathaniel C. Giddings is an associate at Hausfeld, where he focuses on antitrust, consumer, and financial services law. Through Ms. Giddings' representation of clients in myriad types of litigation – from copyright to antitrust and financial fraud cases – he has developed the wide-ranging expertise and the flexibility necessary to achieve favorable results for his clients. In 2014, Super Lawyers recognized Nathaniel as a rising star in the Washington, D.C. bar.

Mr. Giddings is currently working on several matters, including *In re Foreign Exchange Benchmark Antitrust Litigation*, 13-Civ-7789, which alleges a conspiracy between the world's largest banks to manipulate the WM/Reuters Closing Spot Rates, *In re Libor-Based Financial Instruments Antitrust Litigation*, MDL 2262, which alleges a conspiracy to suppress the London Inter-Bank Offered Rate by member banks on the U.S.-dollar LIBOR panel, and *MTB Investment Partners, LP v. Siemens Hearing Instruments*, which alleges a fraudulent scheme to drive down the price of HearUSA common stock in violation of federal securities laws. He is also involved in *Carlton Douglas Ridenhour ("Chuck D") v. UMG Recordings, Inc.*, alleging the underpayment of royalties owed to recording artists for digital downloads, and *Johnson's Village Pharmacy, Inc. and Russell's Mr. Discount Drugs, Inc. v. King Pharmaceuticals, Inc.*, alleging the unlawful exclusion of generic competition for the pharmaceutical drug Skelaxin (Metaxalone).

Prior to joining the firm, Nathaniel held positions with the USDA: Office of the General Counsel's Conservation and Environment and Marketing Divisions. He has also worked at the Wayne County Prosecutor's Office in Detroit, Michigan.

Education



PAGE 56

- Michigan State University, James Madison College of Public Affairs, B.A., Political Theory and Constitutional Democracy, 2008
- The George Washington University Law School, J.D., 2011

Bar Admissions
- Illinois
- Northern District of Illinois
- District of Columbia

Affiliations and Honors
- Super Lawyers Rising Star- Washington, DC, Antitrust Litigation (2014)
- Illinois State Bar Association
- American Bar Association
  - Section of Antitrust Law
  - Young Lawyers Division
- Senior Production Editor, *George Washington Journal of Energy and Environmental Law* (2010-2011)

Publications
- Nathaniel C. Giddings, Note, *Go Offshore Young Man! The Categorical Exclusion Solution to Offshore Wind Farm Development on the Outer Continental Shelf,* 2 GEO. WASH. J. ENERGY & ENVTL. L. 75 (2011)
- Nathaniel C. Giddings & Laurie Ristino, *Proposal: A Uniform Act for Wind Rights*, 8 A.B.A. SEC. ENV'T ENERGY & RESOURCES NEWSL. 1 (2011)

## Kristen Ward Broz

Kristen Ward Broz is an associate in the Washington, D.C. office of Hausfeld.  Her practice focuses on complex litigation in the areas of antitrust, human rights, mass tort, consumer protection and intellectual property.

Ms. Broz currently represents Plaintiffs in *In re Chinese-Manufactured Drywall Products Liability Litigation*, who allege damages to their homes, personal property and bodies arising from defective drywall.  Hausfeld, along with the Plaintiffs Steering Committee, recently succeeded in securing final approval of four class settlements totaling $17.4 million involving Venture Supply Chinese Drywall, used primarily in Virginia.

Ms. Broz is also involved in several other matters including, *In re South African Apartheid Litigation*, alleging that defendant multi-national corporations aided and abetted the commission of crimes against humanity by the security forces of the apartheid regime, *In re Honey Transshipping Litigation*, alleging an international scheme to purchase, package, ship, and sell illegally imported and



fraudulently labeled honey from China in order to avoid paying U.S. antidumping duties, and *Stationary Engineers Local 39 Pension Trust Fund v. Bank of New York Mellon*, alleging damages resulting from defendant's practice of deceptively assigning fictitious foreign currency exchange rates to class members' purchases and sales of foreign securities.

Kristen graduated *cum laude* from the George Washington University Law School where she served as a research assistant to Professors Sonia Suter and Jerome Barron. While in law school, she clerked in the International Bureau of the Federal Communications Commission and the Office of General Counsel of the National Wildlife Federation.  Prior to attending law school, she worked as an academic coordinator and teacher trainer at Kaplan Test Prep & Admissions, where she managed the teaching staff and coordinated SAT and ACT programs in the D.C. metro area.

Education
- University of Virginia, B.A. English and History, 2006
- The George Washington University Law School, J.D., *cum laude*, 2011

Bar Admissions
- District of Columbia
- Virginia
- Eastern District of Virginia

Affiliations and Honors
- Adjunct Professor, Capitol College (Intellectual Property Law, Business Law, Law & the Internet) (2011 - present)
- Mid-Atlantic Regional Administrator, *Philip C. Jessup International Law Moot Court Competition* (2011 - present)
- Recipient of *Judge Albert H. Grenadier Award for Excellence in Oral Advocacy*
- *The George Washington International Law Review* (2009 - 2011)
- Third Place for Memorials, Mid-Atlantic Regional Round of the *2011 Philip C. Jessup International Law Moot Court Competition*
- Finalist, *Grenadier International Law Moot Court Competition* (2010)
- Member: Moot Court Board, Mock Trial Board, Alternative Dispute Resolution Board

Publications
- Michael Hausfeld and Kristen Ward Broz, *The Business of American Courts in Kiobel*, JURIST - Sidebar, October 2, 2012
- Mindy B. Pava and Kristen Ward Broz, *The Sixteenth FCC Mobile Wireless Competition Report*, AMERICAN BAR ASSOCIATION ANTITRUST SECTION MEDIA & TECHNOLOGY E-BULLETIN (May 2013) at 3
- Kristen M. Ward, *Telecommunications Law*, guide to international legal research, ch. 23 (Geo. Wash. Int'l Law Rev. ed., Matthew Bender 2011)
- Kristen M. Ward, Book Review of Tricia D. Olsen, Leigh A. Payne and Andrew G. Reiter, *Transitional Justice in Balance: Comparing Processes, Weighing Efficacy* (United States Institute of the Peace Press, 2010) Volume 43.1 of the *Geo. Wash. Int'l Law Rev*



## Gary I. Smith

Gary I. Smith, Jr. joined the firm in 2013 as an associate.  Mr. Smith focuses his practice on antitrust litigation.

Presently, Mr. Smith's representative matters include:

- *Adriana M. Castro, et al. v. Sanofi Pasteur Inc.*, No. 2:11-cv-07178 (JLL) (MAH) (D.N.J.), in which a proposed class of meningococcal vaccine purchasers allege that Sanofi Pasteur Inc. monopolized the meningococcal vaccine market and artificially inflated vaccine prices by bundling purchases of its meningococcal vaccine with purchases of its broader line of related vaccines;
- *Schuylkill Health System v. Cardinal Health, Inc., et al.*, No. 2:12-cv-07065-JS (E.D. Pa.), in which a proposed class of acute care hospitals allege that the two dominant distributors of medical and surgical supplies excluded rival distributors from the suture and endomechanical product markets and artificially inflated prices by bundling purchases of their sutures and endomechanical products with purchases of their broader lines of medical-surgical supplies; and

Mr. Smith graduated from the University of Arizona in May of 2008, where he received a B.S.B.A. in Business Economics, and from Arizona State University in May of 2011, where he received his J.D.  While in law school, Mr. Smith worked as a research assistant to Visiting Associate Professor of Law Amandeep S. Grewal, received honors as a Willard H. Pedrick Scholar, and externed with the Securities and Exchange Commission in Washington, DC.

Prior to joining the firm, Mr. Smith practiced law at a boutique commercial litigation firm in Phoenix, Arizona.  There, he represented plaintiffs and defendants in a wide array of trial and appellate matters in both federal and state court, notably trying his first case to a jury – resulting in a favorable and unanimous verdict for his client – within his first six months as a licensed attorney.  Mr. Smith is not admitted in Pennsylvania.

## Stephanie M. Berger

Stephanie M. Berger joined the firm in 2014 as an associate. Ms. Berger focuses her practice on antitrust litigation.

Presently, Ms. Berger's representative matters include:



- *In re Polyurethane Foam Antitrust Litigation* (N.D. Ohio), where domestic purchasers are seeking redress for defendants' alleged price-fixing of polyurethane foam prices;
- *In re NFL Concussion Injury Litigation*, a class action seeking to obtain medical monitoring and damages for retired NFL players who were exposed to unsafe working conditions.

Ms. Berger graduated from Harvard Law School, where she served as an editor of the Harvard Journal of Law & Gender, and assisted in mediating disputes regarding special education plans and in helping veterans and people with disabilities obtain state and federal benefits through student clinics. While in law school, Ms. Berger also interned at the Department of Justice in the Civil Rights Division and Children's Rights, an organization working to reform failed child welfare systems. Before going to law school, she worked at the Empire State Pride Agenda, a New York state-based LGBT rights advocacy organization. Ms. Berger is admitted in New York.

## Stephanie Y. Cho

Stephanie Y. Cho joined the firm in 2014 as an associate. Ms. Cho is based out of the firm's San Francisco office, and focuses her practice on antitrust litigation.

Presently, Ms. Cho represents corporate clients in commercial litigation in both *A.H.R.E., Inc. v. Hankook Jungsoo Industrial Co., Ltd.* (E.D.Va.) and *CAP Co., Ltd. v. Microsoft Corporation* (N.D.Cal.). She also represents a class of direct purchasers in the *In Re: Korean Ramen Antitrust Litigation*, *In Re: Cathode Ray Tube Antitrust Litigation*, and *the In Re: Optical Disk Drive Products Antitrust Litigation*.

Ms. Cho is a graduate of Cornell Law School, where she served as an editor of the Cornell Journal of Law and Public Policy, and participated in the Cornell Labor Law Clinic. After law school, Ms. Cho worked as a judicial law clerk to the Honorable William P. Johnson, United States District Court for the District of New Mexico, where she gained exposure to a variety of civil and criminal matters. Among others, Ms. Cho handled dispositive motions concerning jurisdictional issues, Title VII, ERISA, APA and the Endangered Species Act, and Section 1983. Ms. Cho is fluent in written and spoken Korean. She is admitted in California.



## ANNEX 3

### *Hausfeld, London & Brussels*

**Hausfeld** is a leading litigation practice, based in both London and Brussels.  We specialise in competition (antitrust) litigation, complex commercial litigation, financial services disputes, consumer and human rights law, often with an international dimension.  The firm looks to achieve the best possible results for clients through a practical and commercial approach, avoiding litigation where feasible, yet litigating robustly when necessary.  We have extensive experience of alternative litigation funding structures thereby allowing clients maximum flexibility in terms of managing their exposure to costs risk.  As a claimant practice, we are also typically "conflict-free", enabling us to take on matters such as claims against financial institutions or banks that other City law firms are often conflicted from acting on.

In appropriate cases, our team works closely with Hausfeld's U.S. offices, located in Washington D.C., San Francisco and Philadelphia. This collaborative approach enables clients to benefit from the extensive knowledge and expertise of both teams. Our international capability, combined with close ties to other leading law firms in Europe, gives us the edge in tackling cross-jurisdictional disputes and negotiating global settlements.

#### Primary Practice Areas

Competition (Antitrust) Litigation
Complex Commercial Litigation
Securities and Financial Services Litigation
Consumer Protection
Civil and Human Rights
Sports and Entertainment

#### Examples of current cases

#### Air Cargo

#### The Cartel

The European Commission (EC) announced on 9 November 2010 its decision to fine 11 air cargo carriers a total of €799,445,000 for operating a worldwide cartel which affected cargo services within the European Economic area (EEA). Several known airlines are among the 11 undertakings fined, namely Air Canada, Air France-KLM, British Airways, Cathay Pacific, Cargolux, Japan Airlines, LAN Chile, Martinair, SAS, Singapore Airlines and Qantas. The cartel members coordinated various elements of price for a period of over six years, from December 1999 to 14 February 2006.  The cartel arrangements consisted of numerous contacts between airlines, at both bilateral and multilateral level, covering flights from, to and within the EEA. There are other investigations concerning the cartel on record in the US, Canada, Australia, New Zealand, South Korea and South Africa. These foreign investigations have led to yet more fines being imposed on the 13 airlines implicated in the EC decision as well as on 12 additional



airlines. Foreign investigations are ongoing.

**Our Actions**

Hausfeld commenced proceedings against BA in the High Court in London on 18 September 2008 on behalf of two UK flower importers who are direct and indirect purchasers of air freight services, the prices for which were inflated by the air cargo cartel between December 1999 and 14 February 2006 (the Emerald Action).  Since then almost 300 claimants have been added to the Emerald Action, with many more now preparing to be added to the claim.  Among them are companies listed in the Fortune Global 500 and Forbes Global 2000, as well as both Business Week and Interbrand 100 Best Global Brand.

The Emerald Action was commenced against BA on the basis of joint and several liability: that is on the basis that BA are liable for the whole loss arising from the cartel and not just the harm to their own customers.  Consequently, BA has now added to the Emerald Action all of the co-cartelists which were named in the EC's decision.  BA's move made the High Court in London the natural hub of all EU litigation in respect of the air cargo cartel as it is the first court seized of the matter.  Proceedings are at present temporarily stayed pending the publication of the EC decision. Once it is published the Emerald Action will be able to proceed on a strong footing, as the EC decision is binding on the Court insofar as it relates to the named defendant air cargo carriers.

## Candle Wax

**The Cartel**

In October 2008, the European Commission found that wax manufacturers from 9 corporate groups representing over 75% of the market had participated in illegal price fixing and market allocation for sales of paraffin wax and slack wax for periods between 1992 and 2005. The cartelists included companies from ExxonMobil, ENI, H&R/Tudapetrol, MOL, Repsol, RWE, Sasol, Shell and Total.

**Our Actions**

Proceedings were commenced against companies from the Shell and Exxon groups in the High Court in London in July 2009.  On the principle that cartelists are jointly and severally liable for losses arising from the cartel, our clients seek to recover all their losses from Shell and Exxon without need to claim directly against the remaining members of the cartel. Contribution proceedings were commenced by Shell in November 2009 in which they claim a contribution to any judgment from all other participants in the cartel. Proceedings against both Shell and Exxon are currently stayed at the joint request of the parties.

## Carbon Graphite

Hausfeld, together with Spanish law firm Cuatrecasas Gonçalves Pereira, are acting for a number of European rail companies against a number of defendants: Morgan Crucible Company plc; Schunk



GmbH; SGL Carbon AG; Mersen SA (formerly Le Carbone Lorraine SA); and Hoffman & Co. Elektrokohle AG, further to their involvement in the Carbon Graphite Cartel. The Cartel affected the European market, worth around €290 million a year, over an eleven year period.

**The Cartel**

In December 2003 the European Commission imposed fines totaling €101m on five corporate groups for operating a cartel which affected the market for electrical and mechanical carbon and graphite products throughout Europe between 1988 and 1999. A sixth company, Morgan Crucible, also participated in the cartel, but received immunity from fines for being the first to denounce the illegal behaviour to the Commission. The infringement decision by the Commission forms the basis of this action against the cartelists, because in follow-on damages actions before national courts, a Commission decision is binding proof that the anti-competitive behaviour took place and was illegal.

**Our Actions**

Proceedings were brought in the UK Competition Appeal Tribunal in 2010.  Morgan Crucible applied to have the claim struck out on the basis of a limitation argument.  This issue is currently before the Court of Appeal with a decision expected imminently.

<u>**Marine Hose**</u>

We are acting for an extensive group of purchasers of marine hoses, including some of the biggest oil companies in the world, to recover losses from a global cartel which inflated the price of marine hoses. Marine hoses are specialist oil industry products used to load sweet or processed crude oil and other petroleum products from offshore facilities (for example buoys, floating production storage and offloading systems) onto vessels and to offload them back to offshore or onshore facilities (for example buoys or jetties).

**The Cartel**

In 2009, the European Commission found that a number of manufacturers of marine hoses (Bridgestone Corporation, Bridgestone Industrial Ltd, The Yokohama Rubber Company Limited, Dunlop Oil & Marine Limited (including ContiTech AG andContinental AG) Trelleborg Industrie SAS, Trelleborg AB, Parker ITR Srl, Parker Hannifin Corporation, and Manuli Rubber Industries SpA) had conspired between at least 1986 and 2008 to allocate tenders, fix prices, fix quotas, fix sales conditions, share geographic markets and exchange sensitive information on prices, sales volumes and procurement tenders.

**Our Actions**

Proceedings were commenced against Dunlop Oil & Marine Limited in the London High Court in July 2009 by Waha Oil Company seeking damages. Waha subsequently commenced further actions against Trelleborg and Bridgestone for recovery of damages in December 2010. Previously, in 2009



Hausfeld announced a groundbreaking global settlement agreement with Parker ITR regarding its involvement in the marine hose cartel. The settlement allows any purchaser of marine hose from Parker ITR anywhere in the world, other than direct purchasers of marine hose in US commerce, to claim compensation in respect of losses arising from the cartel, irrespective of where they reside or where the marine hose was purchased from.

**Legal expenses insurance and funding**

The EU estimates that the actions of illegal cartels cost businesses €2-3bn every year. Companies that suffer losses from cartel price-fixing and other anti-competitive practices deserve compensation but are sometimes deterred from action by the costs of litigation.  To overcome this obstacle, Hausfeld works with insurers and third party litigation funders to develop innovative funding mechanisms that minimise the financial risks of seeking compensation.

- The firm helps put in place "After the Event" litigation insurance cover to protect claimants against the risk of having to pay the defendant's costs if the claim was not successful. Claimants are liable for the insurance premium only at the end of the case and where it is successful.
- Hausfeld. is prepared to provide its services on a conditional "success only" basis whereby the firm is only paid its legal fees if the claim succeeds.
- Options are also available to arrange for third party funders to assist in funding the legal expenses of bringing a claim such as the costs of expert economists.
- This combination provides a unique opportunity for victims of cartels to seek compensation without the usual costs and cost risks of litigation.

The firm focuses on cartel cases where a competition authority or court has already found the cartelists to be liable or is highly likely to do so.  The firm uses this decision as the basis for "follow on" claims by claimants either individually or on a group basis in national courts in the EU; these courts must apply the decision and find the cartelists liable for the infringement.

Hausfeld works with expert economists and forensic accountants to establish that the cartelists' illegal behavior caused losses to claimants and to quantify that loss. The firm will only advises clients to proceed with a claim that its attorneys think has good prospects of success and where they believe that the insurance in place is sufficient to cover the risks that may arise in bringing the claim.

## Hausfeld- London & Brussels Attorneys

## Anthony Maton

Anthony Maton is Managing Partner of Hausfeld in London and Partner in Brussels, specialising in competition and financial services litigation. He has extensive experience of complex international



dispute resolution including litigation, arbitration and mediation in a number of different jurisdictions. He has acted for Governments, in regulatory investigations, for multinationals and for private business, and has worked in the USA and extensively throughout Europe, the Middle East and the Gulf.

Mr. Maton is a Solicitor with over 15 years experience, having been a Partner in McGrigors and an Associate at Slaughter & May. During this time, he worked in connection with many of the City's financial services scandals (BCCI, Barings, the Co-op and AIG).

He is a member of the Chartered Institute of Arbitrators (having arbitrated under many rules including the LCIA, ICC and LME), an accredited Mediator and former Secretary and present Committee Member of the London Solicitors Litigation Association.

His recent experience includes acting in the Air Passenger settlement against BA/Virgin, acting against BA in the London arm of the global air cargo cartel litigation being run by Hausfeld, developing the Cartel Key funding methodology for cartel claims in the London Court and acting on the Parker Settlement in the Marine Hose cartel.

He has a first class Honours Degree in Modern History from the University of Oxford and has regularly spoken at conferences and seminars both in the UK and abroad.

## Laurent Geelhand

Laurent Geelhand is Managing Partner of Hausfeld in Brussels and Partner in London, and is one of the pioneers of antitrust private enforcement in Europe. Prior to joining Hausfeld, Mr. Geelhand was the European General Counsel of Michelin, where he turned Michelin's European legal department into a profit center by systematically pursuing actions against suppliers and securing multi-million euros settlements arising from the rubber chemicals, synthetic rubber and paraffin wax cartels using innovative litigation techniques and funding schemes. While at Michelin, he also devised a highly regarded and successful antitrust compliance program using innovative communication techniques.

For years, Mr. Geelhand has been at the forefront of private enforcement in Europe having been involved in many landmark antitrust cases. Mr. Geelhand has represented Michelin in the Michelin II abuse of dominance case, Boeing before the European Commission in the Boeing/McDonnell Douglas merger control case and Klaus Jacobs in the Belgian Barry/Callebaut merger control case, as well as Coca-Cola Enterprises in abuse of dominance litigation. Mr. Geelhand is also widely recognized as an authority in European antitrust law and cross-border litigation, listed among the stars of the in-house antitrust bar by Global Competition Review, and is a regular speaker at leading conferences worldwide such as the ABA and French Supreme Court and frequently interviewed by the Financial Times and Business Week.

Mr Geelhand attended the Université Libre de Bruxelles, Law School, and University of Washington Law School.



## Lianne Craig

Lianne Craig is a Partner at Hausfeld in London. She advises on complex dispute resolution across a range of sectors, with particular expertise in corporate and commercial disputes and financial services. Much of her caseload is international or multi-jurisdictional in nature, with her experience spanning cases which have gone to full trial, to applications for injunctive or other interlocutory relief, usually in the Chancery Division or Commercial Court of the High Court in England and Wales. She is also experienced in arbitration and mediation.

Ms. Craig has acted for multinational corporations, SMEs, financial institutions, private equity and hedge fund investors and private individuals. She was involved in a number of heavyweight cases arising from the collapse of Lehman Brothers and has advised on a wide range of litigation matters including shareholder disputes (including warranty claims); general commercial disputes arising out of issues such as breach of contract, misrepresentation and breach of fiduciary duty; bondholder disputes; claims arising out of loan, structured finance and derivatives transactions; and cases involving involving large scale fraud and mis-selling of investments. Ms Craig routinely provides clients with advice and assistance in relation to the enforcement of foreign judgments and arbitral awards as well as obtaining evidence for use in foreign proceedings.

Since joining Hausfeld in 2010, Ms. Craig has been heavily engaged in a number of follow-on damages claims for breaches of competition law.

Prior to joining the firm, Ms. Craig was a Senior Associate at Weil, Gotshal & Manges, before which she trained and qualified at Clifford Chance LLP.

Ms. Craig has a strong commitment to human rights and to pro bono work. She has worked pro bono for clients ranging from private individuals to UK charities and international NGOs.

She is a graduate of the University of Aberdeen (First Class LLB (Hons) with Belgian Law) and is fluent in Spanish, as well as speaking French to an advanced level.

## Nicola Boyle

Nicola Boyle is a partner at Hausfeld in London. She joined the firm in October 2009 and is currently working on a number of competition, consumer and financial service complaints, seeking recovery on behalf of both businesses and individuals.

Ms. Boyle previously worked in the dispute resolution team at McGrigors. She has represented multi-nationals, private businesses, and individual claimants in a wide range of complex disputes,



including product liability, professional negligence and a number of disputes in the financial services and energy sectors, . She is experienced in and a keen proponent of methods of alternative disputes resolution, having successfully resolved a number of complex multi-party disputes outside of the courts. She has also advised on a number of regulatory investigations and judicial review proceedings.

Ms Boyle holds an LLB (Hons) and LLM in European and Environmental law, and previously taught on the undergraduate course in European law at the University of Birmingham.

## Andrew B. Bullion

Andrew Bullion is a Partner at Hausfeld in London. He previously spent a number of years acting as a Partner on secondment in Europe for Hausfeld's sister firm in Washington, DC. Andrew has extensive complex litigation experience representing both plaintiffs and defendants, from client retention and counseling, case inception, discovery and motion practice, through trial and post-trial work. Prior to joining the firm, Andrew spent several years as a litigator in private practice in Philadelphia, handling complex commercial matters, including antitrust, tort and intellectual property litigation. During law school, Andrew clerked at the United States Federal Trade Commission's Bureau of Competition under Director William J. Baer and Chairman Robert Pitofksy. Andrew also worked for Advokatfirman Vinge KB, Sweden's largest law firm.

Andrew currently represents major European corporations in large-scale international antitrust litigation. These matters include before United States federal courts, the High Court in London, England, the Competition Appeals Tribunal in London, and the Court of Justice of Rotterdam, the Netherlands. Among these corporate clients are well known names in many industries, including retailers, automotive manufacturers, several national railways, and include several members of the Forbes Global 500 and Global Brand Top 150. Andrew also is currently defending one of the world's top freight forwarders against allegations of price-fixing, in a complex litigation brought in the Eastern District of New York against nearly 60 defendants.

Additionally, Andrew provides antitrust consulting to several multinational companies and associations. Andrew also co-drafted the internal litigation policy of one of the world's largest retailers and co-authored commentary to the US Department of Justice Legal Policy Section and the US Federal Trade Commission on private enforcement following Section 2 Sherman Act infringements in unlawful monopolisation and abuse of dominant position.

Andrew is fluent in the Swedish language, is licensed to practice as an attorney in Washington, DC, Pennsylvania and New Jersey in the United States and as a solicitor in the courts of England and Wales, and is a member of AIJA (Association Internationale des Jeunes Avocats – International Association of Young Lawyers) and the American Bar Association's Antitrust Section. Andrew is a regular speaker before bar groups, trade associations and business groups on antitrust and cartel issues.



## Ingrid Gubbay

Ingrid Gubbay is a senior lawyer based at the London European office of Hausfeld. Ingrid practices competition litigation, and leads the London Consumer and Human Rights law practices, acting and advising a number of international NGO's and charities, in actions including, on climate justice, the BskyB/Newscorp bid, and Indigenous land disputes with corporations. Prior to joining the firm, she was an Associate at the UK Financial Services Authority and later principal legal advisor of campaigns, at the largest Consumer Association in Europe, *Which?*

During her time at *Which?,* Ingrid worked closely with EU and UK regulators and enforcers, and conducted litigation under new collective action statutory powers including the UK's first competition representative action for damages on behalf of consumers: *JJB Sports v Consumer Association* (1078/7/9/07).

Ingrid has had a distinguished background in practice in Australia, where she worked with Australian Indigenous communities in setting up legal outreach offices and advocacy, and was head of consumer litigation for the Legal Aid Commission (NSW), running test cases and collective actions. In 2009, on the 30th anniversary of the ("LAC"), her small team were awarded 'most outstanding achievement in 30 years' for a flood insurance case involving thousands of declined claimants against 8 major insurers, which ultimately led to the appointment of the Australian Insurance Ombudsman.

Ingrid has written and presented on private enforcement for damages in competition/antitrust law, and lectured at the University of New South Wales, Australia, and the University of Essex, in tort, administrative and international human rights law. She has worked in China as part of a select EU delegation of human rights 'experts', and in 2004, she was consultant on the landmark UK Court of Appeal case of *"B" & ORS V FCO* on the question of whether and in what circumstances the Human Rights Act 1998, British Diplomatic and Consular officials are to afford diplomatic protection to fugitives whose fundamental rights are under threat.

She is a member of the British Institute of International and Comparative law (BIICL) and was an appointed member of the comparative law group of the UK Civil Justice Council (working on collective actions) from 2006-2009 and is a member of the UK solicitors international human rights group (SIHG).

## Lesley Hannah

Lesley Hannah joined Hausfeld's London office as an Associate in May 2013. Lesley has a strong European and Competition law background and her principal focus is competition damages litigation. Lesley currently represents Deutsche Bahn and Metro de Madrid in their damages claim in relation to the carbon and graphite products cartel as well as a large number of claimants in the damages claim against



British Airways in relation to the worldwide cartel in air freight surcharges.

Prior to joining Hausfeld Lesley was a member of Freshfields Bruckhaus Deringer LLP's competition litigation team primarily representing clients in competition damages actions in both the Competition Appeal Tribunal and the English High Court and investigations by the European Commission and the Office of Fair Trading. Lesley also represented a number of multi-national corporations in complex commercial litigation in the English High Court.

Lesley has an honours degree in Law and French Law from the University of Aberdeen and is a graduate of the College of Europe in Bruges, Belgium. Lesley also holds her Higher Rights of Audience qualification. Lesley is fluent in French and German.

## Tom Bolster

Tom Bolster is an associate at Hausfeld in London. He joined the firm in September 2011 and is currently assisting on a number of competition law matters, seeking recovery on behalf of both businesses and individuals.  Tom focuses on competition and financial services litigation in England & Wales on behalf of claimants.

Tom previously worked at Hogan Lovells International LLP and trained at Baker & McKenzie. During this time he represented multi-nationals and individuals in a wide range of complex disputes in the construction, insurance and manufacturing sectors. He is experienced in methods of alternative dispute resolution and has successfully negotiated and settled commercial disputes outside of the courts.

Tom has a strong commitment to human rights and refugee law. He acted for UNHCR in its intervention before the domestic and EU courts in the case of *Saeedi v Secretary of State for the Home Department*.

He is a graduate of King's College London (First Class LLB (Hons) in English & French Law) and Univerisité Paris 1, Panthéon-Sorbonne (Maitrise en Droit). Tom is fluent in French, and speaks German to an advanced level.

## David Lawne

David Lawne joined Hausfeld in London as an associate in September 2011. David is currently working on a number of competition and financial services disputes.

David has experience acting on a wide range of international and domestic commercial disputes, including injunctive relief.  In 2009 he worked as a Judicial Assistant to a High Court judge for a term of



court, working on a complex conspiracy trial.  In addition to his commercial experience, he has worked on a number of pro bono projects, including a placement as a legal assistant to the Ombudsman of Belize.

David graduated from the University of Warwick (First Class Hons) and trained at Dechert LLP. He speaks fluent Spanish.

## Wessen Jazrawi

Wessen Jazrawi is an associate at Hausfeld in London. Wessen joined the firm in July 2012 and is currently assisting on a number of competition and human rights matters. In particular, she is currently advising a group of retailers seeking damages for unlawful interchange fees against MasterCard in proceedings before the High Court. She is also acting for an extensive group of purchasers of marine hoses to recover losses from a global cartel which inflated the price of marine hoses.

In the human rights sphere, she is acting for a group of South African miners against Anglo American, whose negligence led them to contract a variety of debilitating and often fatal lung diseases, including silicosis, silico-tuberculosis and tuberculosis. She is also advising a coalition of NGOs as to the possibilities for legal action for human rights violations caused by a dam in northern Turkey.

Prior to joining the firm, Wessen was an associate at Orrick, Herrington & Sutcliffe (Europe) LLP where she trained and qualified and, prior to joining Orrick, an associate at the Financial Services Authority. She holds an LLB (Hons) from the University of Kent at Canterbury and an LLM in International Human Rights Law (Distinction) from the University of Essex. She has worked with several human rights organisations, including the European Human Rights Advocacy Centre and REDRESS. She is a member of the Solicitors International Human Rights Group (SIHRG) and speaks French to an advanced level.

## David Romain

David Romain is an associate at Hausfeld in London. Having interned with the firm in the summer of 2010 he rejoined the team upon admission as a solicitor in September 2012. David is currently working on a number of follow-on damages claims and two major financial services disputes on behalf of claimants in various jurisdictions.

David trained as a solicitor with Nabarro LLP where he gained experience of commercial litigation, intellectual property and competition law. During his training, David spent four months on secondment to the firm's Brussels office assisting on European Competition Law matters.



David read Spanish, Portuguese and Latin American Studies at The University of Manchester. He graduated with an honours degree and a distinction in spoken Portuguese. He then graduated from BPP Law School with distinctions in the Graduate Diploma in Law and the Legal Practice Course.

## Simon Latham

Simon Latham is an associate at Hausfeld in London. Simon joined the firm in April 2014, having been seconded to Hausfeld for over a year during his training contract. He currently represents clients in a range of competition and financial services disputes, across several jurisdictions.

Simon adopts a particularly commercial approach, having worked in-house in both the retail and media sectors as part of his training. He has represented several European corporations in actions before the Chancery and Queen's Bench Divisions of the English High Court (including the Commercial Court) as well as the Competition Appeal Tribunal. In addition, Simon has coordinated competition litigation claims in other European jurisdictions including the Netherlands.

Simon graduated with a BSc (Hons) in Environmental Biology from the University of Nottingham. He later obtained an LLB (Hons) in Law from the University of Hertfordshire, where he was awarded the Oxford University Press law prize. He also holds an LLM in Intellectual Property Law (Merit) from King's College London.

Hausfeld is the market leading specialist litigation firm in the area of competition law in Europe. Hausfeld are recognised for its pioneering work in competition litigation, in particular bringing damages actions on behalf of companies that have suffered losses as a result of cartel conduct. Hausfeld regularly acts for some of the world's largest organisations.

Private enforcement of competition law has become a key policy objective both at European and UK level. Hausfeld have been at the forefront of its development. Despite the limitations in the current legislative and procedural framework, Hausfeld have consistently delivered innovative strategies that enable corporates to join together and pursue damages actions for the recovery of substantial sums. Hausfeld are involved in some of the largest and most complex litigation matters before the courts both in the UK and Europe, and have brought more competition damages actions than any other firm in Europe. Hausfeld also bring an innovative and truly flexible approach to engagement structures, which was recognised by the Financial Times in naming them as the Most Innovative Law Firm in Dispute Resolution for 2013. Hausfeld are able to offer clients cost and risk free funding models, that allow them



to pursue claims without financial risk. In allowing companies to run litigation in this way, Hausfeld have helped many of their clients turn in-house legal departments into revenue generators.



## ANNEX 4
### Recent Publications

"The LIBOR Scandal and Calls for Regulation." By Lianne Craig and Gurpreet Chhokar. *ABA Section of International Law, Europe Update,* Issue 3, February 2013

"The Business of American Courts in Kiobel v. Royal Dutch Petroleum." By Michael Hausfeld and Kristen Ward. *Jurist – Sidebar,* October 2012

"Prosecuting Class Actions and Group Litigation." By Michael Hausfeld and Brian Ratner, et al., *World Class Actions*, Ch. 26., September 2012

"Private Enforcement of Antitrust Law in the United States, A Handbook – Chapter 4: Initiation of a Private Claim." By Michael Hausfeld and Brent Landau, et al., 2012

"The Importance of Private Competition Enforcement in Europe." By Michael D. Hausfeld. *Competition Law International*, Vol. 8, Issue 2, August 2012

"The NFLPA's Potential Legal Liability to Former Players for Traumatic Brain Injury." By Michael D. Hausfeld and Swathi Bojedla. *Hackney Publications: Concussion Litigation Reporter,* Vol. 1, No. 1, July 2012

"CAT-astrophe: The Failure of "Follow-On" Actions." By Michael D. Hausfeld, Brent W. Landau, Sathya S. Gosselin. American Bar Association's International Cartel Workshop, February 2012

"The Novelty of *Wal-Mart v. Dukes*." By Brian A. Ratner and Sathya S. Gosselin. *Business Torts & RICO News*, American Bar Association, Business Torts & Civil RICO Committee, Vol. 8, Issue 1, Fall 2011.

"Private Enforcement in Competition Law: An Overview of Developments in Law and Practice in the US and Europe." By Michael D. Hausfeld and Ingrid Gubbay, Bergamo University, July 2011

"The Contingency Phobia - Fear without Foundation." By Michael D. Hausfeld, Michael Lehmann, Spencer Jenkins & Nick Morgan. *Global Competition Litigation Review.* 2011.

"Twombly and Antitrust Class Action Plaintiffs." By Michael Lehmann. *Law360.* January 27, 2011.

"E-Discovery Today: The Fault Lies Not In Our Rules." William Butterfield, Megan Jones, Hilary Scherrer, Ralph Bunche, Melinda Coolidge, Faris Ghareeb & Sathya Gosselin (with co-authors from Milberg LLP). 2011 FED. CTS. L. REV. 4. February 2011.

"Has *Hydrogen Peroxide* Really Made Antitrust Class Certification More Difficult?" By Brent W. Landau. *The Antitrust Practitioner*, ABA Section of Antitrust Law Civil Practice and Procedure Committee, Vol. 7, Oct. 2010.



"The Rise of Public Cartel Enforcement and the Seeds of Potential Decline."  By Michael D. Hausfeld (and L. Geelhand).  *International Competition Law Forum*, Volume 12. Current Developments in European and International Competition Law: 17th St. Gallen International Competition Law Forum ICF 2010.

"Giving Electronic Discovery a Chance to Grow Up." By Megan E. Jones. *The National Law Journal*. December 14, 2009.

"Liberalizing Rule 27 in the Twombly/Iqbal Era." By James J. Pizzirusso.  *Law360*.  November 11, 2009.

"Twombly, Iqbal And the Prisoner's Pleading Dilemma." By Michael D. Hausfeld, Michael P. Lehmann, and Spencer Jenkins.  *Law360*.  October 20, 2009.

"Competition Law Claims: A Developing Story." By Michael D. Hausfeld and Vincent Smith. *European Antitrust Review*. September 2009.

"Global Enforcement of Anticompetitive Conduct." By Michael D. Hausfeld. *The Sedona Conference Journal*. Fall 2009.

"Observations from the Field: ACPERA's First Five Years." By Michael D. Hausfeld, Michael P. Lehmann, and Megan E. Jones. *The Sedona Conference Journal*. Fall 2009.

"The Value of ACPERA." By Michael D. Hausfeld. *CompetitionLaw 360*. June 2009.

"Response to EU Commission Green Paper on Consumer Collective Redress." By Ingrid Gubbay and Vincent Smith. February 2009.

"Private Enforcement Claims: Are They a Risk for Consumers and Businesses?" By Ingrid Gubbay and Anthony Maton. Competition Law Insight. January 2009.

"Collective Redress for Competition Law Claims." By Michael D. Hausfeld and Vincent Smith. *European Antitrust Review*. September 2008.

"Managing Multi-District Litigation." By Michael D. Hausfeld and Michael P. Lehmann. *Antitrust Review of the Americas.* September 2008.

"A Victim's Culture." By Michael D. Hausfeld and Andrea Hertzfeld. *European Business Law Review*. December 2007.

***Links to many of the publications above can be found at http://www.hausfeld.com/news***



PAGE 74

**ANNEX 5**
*Hausfeld Offices*

**Washington, DC**

202.540.7200 ph
202.540.7201 fax
1700 K Street, NW Suite 650
Washington, DC 20006

**San Francisco**

415.633.1908 ph
415.358.4980 fax
44 Montgomery Street, Suite 3400
San Francisco, CA 94104

**Brussels**

0032 2 301 57 13 ph
0032 2 201 75 31 fax
1 Rue Camille Lemmonnier
1050 Brussels
Brussels, Belgium

**Philadelphia**

215.985.3270 ph
215. 985.3271 fax
1604 Locust St, 2nd floor
Philadelphia, PA 19103

**London**

(00 44) 20 7665 5000 ph
(00 44) 20 7665 5001 fax
12 Gough Square
London
EC4A 3DW

*For more information about the firm please visit www.hausfeld.com*

# Exhibit O



Founded in 1978, Lockridge Grindal Nauen P.L.L.P. has extensive experience in consumer, antitrust, securities, data privacy, environmental, employment, health care, commercial, intellectual property and telecommunications law.  Our clients include pension funds, unions, agri-businesses, business enterprises, banks, local governments, trade and industry associations, real estate developers, telecommunications providers, health care professionals, casualty insurers, publishers and authors, and a major computer manufacturer and retailer.

Lockridge Grindal Nauen attorneys are assisted by more than 20 paralegals and government relations specialists, and an extensive support staff.  The firm has offices in Minneapolis, Minnesota and Washington, D.C.

With respect to experience, Lockridge Grindal Nauen is one of the preeminent class action law firms in the country, has vast experience representing banks, financial institutions, shareholders, and other institutional investors in complex litigation, and has extensive experience litigating cases in Minnesota and across the country. In addition, Karen Riebel and other Lockridge Grindal Nauen attorneys are currently involved in the following privacy/data breach matters.

Ms. Riebel serves as Liaison Counsel for the financial institution plaintiffs and as a member of Plaintiffs' Leadership Committee in *In re Target Corporation Customer Data Security Breach Litigation,* MDL No. 2522 (D. Minn.), the largest data breach multidistrict

litigation to date, involving a similar breach to the one at issue in the *Home Depot* MDL.   In addition, Ms. Riebel recently filed suit on behalf of a financial institution against Kmart and Sears in the wake of the Kmart data breach in the United States District Court for the Northern District of Illinois in a case captioned *First NBC Bank v. Kmart Corp. et al.,* No. 1:14-cv-10088 (N.D. Ill.).

Ms. Riebel also serves as co-lead counsel in *Dittman et al. v. UPMC*, (Allegheny Cty., Pa. No. GD-14-003285), representing current and former employees of the University of Pittsburgh Medical Center whose private, personal information has been used to fraudulently file tax returns and open bank accounts because of data and privacy breaches by the medical center. She is also counsel for plaintiffs in the following data breach and privacy cases:   *In re: Community Health Systems, Inc. Customer Data Security Breach,* MDL No. 2595; *Storm et al. v. Paytime, Inc.*,   Civil No. 14-cv-01138 (M.D. PA); *Mertz v. Supervalu, Inc. et al.*, (No. 14-cv-04660) (D. MN);   *In re: Supervalu, Inc., Customer Data Security Breach Litigation*, MDL No. 2586; *In re iPhone Application Litig.*, Civil No. 11-md-2250-LHK (N.D. Cal.); and *In re Google Android Consumer Privacy Litig.*, Civil No. 11-md-2264-JSW (N.D. Cal.).

**Karen Hanson Riebel**

Proposed Steering Committee member Karen Hanson Riebel is a partner in Lockridge Grindal Nauen P.L.L.P.  A 1991 dual-degree program graduate (J.D., B.A., *Cum Laude*) from the Boston University School of Law and the Boston University College of Liberal Arts, Ms. Riebel joined the firm in 1992.  In 1997, she worked briefly at Norwest National Bank, NA, the same year the bank bought Wells Fargo, in the bank's trust department.

During her tenure at the firm, in addition to the cases described above, Ms. Riebel has been active in class action, consumer fraud, data privacy, securities, antitrust, and other complex litigation, including serving as co-lead counsel, trial counsel, or as a member of various litigation committees in:

- *Benacquisto, et al. v. American Express Financial Corp. et al.,* Master File No. 00-1980 (D. Minn.), Civil Action No. 96-18477 (Henn. Cty. Dist.Ct.);
- *In re Catfish Antitrust Litig.,* MDL No. 928 (N.D. Miss.);
- *In re Citi-Equity Group, Inc. Securities Litig.,* Master File No. 3-94-1024 (D. Minn.);
- *Kirk Dahl, et al. v. Bain Capital Partners, LLC, et al.* (Private Equity Antitrust Litigation) No. 07-CV-12388 (D. Mass);
- *Danis v. USN Communications, Inc.*, et al., No. 98 C 7482 (N.D. Ill.);
- *In re Digi International Inc. Securities Litig.*, Master File No. 97-5 (D. Minn.);
- *Exxon Valdez Oil Spill Litigation*, Case No. A89-0095-CV (D. Ak.);
- *In re Google Android Consumer Privacy Litig.*, Civil No. 11-md-2264-JSW (N.D. Cal.);
- *In re HardiePlank Fiber Cement Siding Litig.*, MDL No. 2359 (D. Minn.);
- *In re ICN/Viratek Securities Litig.*, 87 Civ. 4296 (S.D.N.Y.);
- *Insulate SB, Inc. v. Abrasive Products & Equipment et al.*, No. 13-cv-02664-ADM-SER (D. Minn.);
- *In re iPhone Application Litig.*, Civil No. 11-md-2250-LHK (N.D. Cal.);
- *In re Keurig Green Mountain Single Serve Coffee Antitrust Litig.*, MDL No. 2542 (pending with MDL Panel);

- *In re LaserMaster Technologies, Inc. Securities Litig.,* Master File No. 4-95-631 (D. Minn.);

- *In re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litig.,* MDL No. 1309 (D. Minn.);

- *In re Piper Funds, Inc. Institutional Government Income Portfolio Litig.,* Master File No. 3-94-587 (D. Minn.);

- *Richard J. Rodney, Jr., et al. v. KPMG Peat Marwick,* No. 4-95-CIV-800 (D. Minn.);

- *In re Select Comfort Corporation Securities Litig.,* Master File No. 99-884 (D. Minn.); and

- *In re Summit Medical Systems, Inc. Securities Litig.,* Master File No. 97-558 (D. Minn.);

- *Judith Thorkelson, et al. v. Publishing House of the Evangelical Lutheran Church in America, d/b/a Augsburg Fortress Publishers, et al.*, Court File No. 10 cv 1712 (MJD/JSM) (D. Minn).

Ms. Riebel also is or has been also involved in the following complex litigation matters, among others:

- *In re Air Cargo Shipping Services Antitrust Litig.*, No. 1:06-md-1775-CBA-VVP (E.D.N.Y.);

- *In re AOL Time Warner Securities Litig.*, MDL No. 1500 (S.D.N.Y.);

- *Boland et al v. Merrill Lynch & Co., Inc. ERISA Litig.*, Civil File No. 07-cv-11054 (S.D.N.Y.);

- *In re Bristol-Myers Squibb Co. Securities Litig.*, No. 07-cv-7867 (S.D.N.Y.);

- *In re Countrywide Financial Securities Litig.,* No. 07-CV-05295 (C.D. Cal.);

- *In re Credit Suisse - AOL Securities Litig.*, Case No. 1:02-CV-12146-NG (D. Mass.);

- *In re Delphi Corporation Securities, ERISA, and Shareholder Derivative Litig.*, Master Case No. 05-md-1725 (E.D. Mich.);

- *In re Domestic Air Transportation Antitrust Litig.,* MDL No. 861 (N.D. Ga.);

- *In re Federal National Mortgage Association Securities, Derivative and ERISA Litig.*, MDL No. 1668 (D.D.C.);

- *Funeral Consumers Alliance, Inc., et al. v. Service Corporation International*, et al., No. H-05-3394 (S.D. Tex.);

- *In re Initial Public Offering Securities Litig.*, No. 21-92 (S.D.N.Y.);

- *Khoday et al. v. Symantec Corp. et al.*, No. 11-cv-00180-JNT (D. Minn.);

4

- *Little Gem Life Sciences LLC v. Orphan Medical, Inc., et al.*, File No. 06-1377 (D. Minn.);

- *In re Merck & Co., Inc., Securities, Derivative & ERISA Litig.*, No. 3:05-cv-1151 (D.N.J.);

- *Ohio Public Employees Retirement System, et al. v. Freddie Mac, et al.*, MDL No. 1584 (S.D.N.Y.);

- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.*, MDL No. 1720 (E.D.N.Y.);

- *Rainforest Café, Inc. v. State of Wisconsin Investment Board, et al.*, Case No. A03-0813 (D. Minn.);

- *In re Telxon Securities Litig.,* No. 5:98-CV-2876 (N.D. Ohio);

- *In re Tyco International, Ltd., ERISA Litig.*, Civil File No. 02-cv-1357 (D. NH); and

- *In re Worldcom, Inc. Securities Litig.*, No. 02-CV-3288 (S.D.N.Y.).

Ms. Riebel was a member of the team of lawyers that tried the *In re ICN/Viratek Securities Litigation* in the Southern District of New York before the Honorable Kimba Wood. The case was settled for $14.5 million after the jury returned a partial verdict.

In 1994, Ms. Riebel spent seven months in Anchorage, Alaska, as a member of the trial team that secured a jury verdict for punitive damages in the amount of $5 billion for a mandatory punitive damages class in *In re The Exxon Valdez*, Case No. A89-0095-CV (D. Alaska).  For their efforts, Ms. Riebel and the other members of the trial team were awarded the Trial Lawyers' For Public Justice Trial Lawyers of the Year award in 1994.  In addition, Ms. Riebel was extensively involved in the administration and evaluation of the more than 50,000 claims submitted in that litigation.

Ms. Riebel is admitted to practice before the United States Court of Appeals for the Eighth Circuit, and the federal and state courts of Minnesota.  She was a member of the United States District Court for the District of Minnesota's ECM/ECFE Advisory Committee, has served as an officer of the National Association of Shareholder and Consumer Attorneys

(NASCAT) since 2007, is a member of the Board of Advisors for the Page Education Foundation, and is a member of the Board of Directors of Project for Pride in Living.

## Richard A. Lockridge

Richard A. Lockridge is a partner in Lockridge Grindal Nauen P.L.L.P.  He is a graduate of the University of Iowa Law School (J.D., *with high distinction*, 1974) where he served as Managing Editor of the *Iowa Law Review*.  Thereafter, from 1974 to 1976, he served as a law clerk to the Honorable Myron H. Bright of the United States Court of Appeals for the Eighth Circuit.  From 1976 to 1978, he handled civil litigation as a Minnesota Special Assistant Attorney General.

During more than thirty years of practice, Mr. Lockridge has been continuously active in class action and other complex litigation, including the following cases in which he has been lead or co-lead counsel:

- *David L. Antonson, et al. v. Leon H. Robertson, et al.* (American Carriers Securities Litig.) Civil No. 88-2567 (D. Kan.);

- *In re Baycol Products Litig.,* MDL No. 1431 (D. Minn.);

- *Benacquisto, et al. v. American Express Financial Corp. et al.,* Master File No. 00-1980 (D. Minn.), Civil Action No. 96-18477 (Henn. Cty. Dist. Ct.) (insurance class action);

- *In re Catfish Antitrust Litig.,* MDL No. 928 (N.D. Miss.);

- *In re Citi-Equity Group, Inc. Securities Litig.,* Master File No. 3-94-1024 (D. Minn.);

- *In re Digi International Inc. Securities Litig.,* Master File No. 97-5 (D. Minn.);

- *In re Flat Glass Antitrust  Litigation (II),* MDL No. 1942 (W.D. Pa.);

- *George Guenther, et al. v. Cooper Life Sciences, et al.* (Cooper Life Sciences Securities Litig.), No. C 89-1823 MHP (N.D. Cal.);

- *In re LaserMaster Technologies, Inc. Securities Litig.,* Master File No. 4-95-631 (D. Minn.);

- *Lockwood Motors, Inc., et al. v. General Motors Corporation,* Master File No. 3-94-1141 (D. Minn);

- *In re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litig.,* MDL No. 1309 (D. Minn.);

- *Meyers v. The Guardian Life Insurance Company of America, Inc. Litig.,* Civil No. 2:97CV35-D-B (N.D. Miss.);

- *In re Microcrystalline Cellulose Antitrust Litig.,* MDL No. 1402 (E.D. Pa.);

- *In re Monosodium Glutamate Antitrust Litig.,* MDL No. 1328 (D. Minn.);

- *In re New Steel Pails Antitrust Litig.,* Master File No. C-1-91-213 (S.D. Ohio);

- *In re Piper Funds, Inc. Institutional Government Income Portfolio Litig.,* Master File No. 3-94-587 (D. Minn.);

- *In re Polypropylene Carpet Antitrust Litig.,* MDL No. 1075 (N.D. Ga.);

- *In re Residential Doors Antitrust Litig.,* MDL No. 1039 (E.D. Pa.);

- *Richard J. Rodney, Jr., et al. v. KPMG Peat Marwick,* No. 4-95-CIV-800 (D. Minn.);

- *In re Select Comfort Corporation Securities Litig.,* Master File No. 99-884 (D. Minn.);

- *Gary G. Smith, et al. v. Little Caesar Enterprises, Inc., et al.* (Little Caesar Franchise Litig.), Civil No. 93 CV 74041 DT (E.D. Mich.);

- *Alan B. Spitz and Linda Spitz, and Ann Novacheck v. Connecticut General Life Insurance Company*, MDL No. 1136 (C.D. Cal.);

- *In re Steel Drums Antitrust Litig.,* MDL No. 887 (S.D. Ohio);

- *In re Summit Medical Systems, Inc. Securities Litig.,* Master File No. 97-558 (D. Minn.); and

- *In re Unisys Savings Plan Litig.,* Master File No. 91-3067 (E.D. Pa.).

Mr. Lockridge also is or has been involved in the following litigation:

- *In re ADC Telecommunications, Inc. Shareholders Litig.,* No. 27-cv-10-17053 (Henn. Cty. Dist. Ct.);

- *In re Air Cargo Shipping Services Antitrust Litig.,* Civil No. 1:06-md-1775-CBA-VVP (E.D.N.Y.);

- *American Telephone and Telegraph Antitrust Litig.,* Civil Action No. 81-2623 (D.D.C.);

- *In re AOL Time Warner Securities Litig.,* MDL No. 1500 (S.D.N.Y.);

- *Aviva Partners, LLC, v. Navarre Corp., et al.,* Master File No. 05-1151 (D. Minn.);

- *In re Bioplasty Securities Litig.,* Master File No. 4-91-689 (D. Minn.);

- *Chemical Distribution, Inc., et al. v. Akzo Nobel Chemicals, et al.,* MDL No. 1226 (N.D. Cal.);

- *In re Chronimed Inc., Securities Litig.,* Master File No. 01-1092 (D. Minn.);

2

- *In re Commodity Exchange, Inc., Silver Futures and Options Trading Litigation*, Case No. 1:11-md-2213-RPP (S.D.N.Y.);

- *In re Connecticut General Life Insurance Co. Premium Litig.,* MDL No. 1336 (C.D. Cal.);

- *In re Countrywide Financial Securities Litigation* No. 07-CV-05295 (C.D. Cal.);

- *In re Credit Suisse – AOL Securities Litig.,* Case No. 1:02-CV-12146-NG (D. Mass.);

- *Crosby v. Aid Association for Lutherans,* Master File No. 00-CV-2112 (D. Minn.);

- *In re Delphi Corporation Securities, ERISA, and Shareholder Derivative Litig.,* Master Case No. 05-md-1725 (E.D. Mich.);

- *Dixie Brewing Company, Inc. v. John Barth, Inc.* (In re Hops Antitrust Litig.), Civil No. 8404434 (E.D. Pa.);

- *In re Domestic Air Transportation Antitrust Litig.,* MDL No. 861 (N.D. Ga.);

- *Durocher v. American Family Life Insurance Co.,* Case No. 97-CV-292 (Marinette Cty. Dist. Ct.);

- *In re Endotronics Securities Litig.,* Master File No. 4-87-130 (D. Minn.);

- *In re Federal National Mortgage Association Securities, Derivative and ERISA Litig.,* MDL No. 1668 (D.D.C.);

- *Fink v. Rainforest Café,* No. MC 00-451 (Henn. Cty. Dist. Ct.);

- *In re Flat Glass (I) Antitrust Litig.,* MDL No. 1200 (W.D. Pa.) ;

- *Funeral Consumers Alliance, Inc., et al. v. Service Corporation International, et al.,* No. H-05-3394 (S.D. Tex.);

- *In re Guidant Corp. Implantable Defibrillators Products Liability Litig.,* MDL No. 1708 (DWF/AJB)(D. Minn.);

- *Haritos, et al. v. American Express Financial Advisors, Inc.,* 02-2255-PHX-PGR (D. Ariz.);

- *In re ICN/Viratek Securities Litig.,*  87 Civ. 4296 (S.D.N.Y.);

- *Johnson v. Kives* (K-Tel Securities Litig.), Master File No. 4-85-1216 (D. Minn.);

- *In re King Pharmaceuticals, Inc. Securities Litig.,* No. 2:03-CV-77 (E.D. Tenn.);

- *Kirk Dahl, et al. V. Bain Capital Partners, LLC, et al.* (Private Equity Antitrust Litigation) No. 07-CV-12388 (D. Mass);

- *In re Korean Air Lines Co., Ltd. Antitrust Litig.,* MDL No. 1891 (C.D. Cal.);

3

- *John S. Lawrence v. Philip Morris Companies, Inc., et al.* (Philip Morris Securities Litig.), Civil No. 94-1494 (E.D.N.Y.);

- *In re Lease Oil Antitrust Litig.,* MDL No. 1166 (S.D. Tex.);

- *Leetate Smith, et al. v. Merrill Lynch & Co., et al.* (Orange County Bond Litig.), No. SACV-94-1063-LHM (EEx) (C.D. Cal.);

- *Glen Lewy 1990 Trust v. Investment Advisers, Inc., et al.,* No. CT-00-17047 (Henn. Cty. Dist. Ct.);

- *Low Density Polyethylene Resin Antitrust Litig.,* No. 82 Civ. 1093 (S.D.N.Y.);

- *Marksman Partners, L.P., et al. v. Chantal Pharmaceutical Corporation, et al.,* Master File No. CV-96-0872-WJR (C.D. Cal.);

- *In re Medtronic, Inc. Implantable Defibrillator Products Liability Litig.,* MDL No. 1726 (JMR/AJB) (D. Minn.)

- *In re Merck & Co., Inc., Securities, Derivative & ERISA Litig.,* No. 3:05-cv-1151 (D.N.J.);

- *In re Meridia Products Liability Litig.,* MDL No. 1481 (N. D. Ohio);

- *In re Methionine Antitrust Litig.,* MDL No. 1311 (N.D. Cal.);

- *Steven S. Mitchell v. Thousand Trails, Inc.* (Thousand Trails Security Litig.), Civil No. C86-146 (W.D. Wash.);

- *In re Nasdaq Market-Maker Antitrust Litig.,* MDL No. 1023 (S.D.N.Y.);

- *Nelsen v. Craig-Hallum (Craig-Hallum Securities Litig.),* Master File No. 4-86-135 (D. Minn.);

- *Ohio Public Employees Retirement System, et al. v. Freddie Mac, et al.,* MDL No. 1584 (S.D.N.Y.) (Federal Home Loan Mortgage Corporation Securities Litig.);

- *In re OM Group, Inc. Securities Litig.,* No. 1:02 CV 2163 (N.D. Ohio);

- *In re Packaged Ice Antitrust Litig.,* MDL 1952, (E.D. Mich.);

- *In re Painewebber Securities Litig.,* 86 Civ. 6776 (S.D.N.Y.);

- *In re Payment Card Interchange Fee and Merchant Discount Antitrust Litig.,* MDL No. 1720 (E.D.N.Y.);

- *In Re Propulsid Products Liability Litig.,* MDL No. 1355 (E.D. La.);

- *In re Puerto Rican Cabotage Antitrust Litigation*, MDL No. 1960, Case No. 3:08-md-1960 (D. Puerto Rico);

- *In re Retek, Inc. Securities Litig.,* Master File No. 02-4209 (D. Minn.);

- *In re Rezulin Litig.,* MDL No. 1348 (S.D.N.Y.);

- *In re Riscorp, Inc. Securities Litig.,* Master File No. CV-96-2374-CIV-T-23A (M.D. Fla.);

- *Rodney v. OCA, Inc., et al.,* No. 05-2219 (E.D. La.);
- *In re Scientific-Atlanta, Inc. Securities Litig.,* No. 1:01-CV-1950 (N.D. Ga.);
- *In re Serzone Products Liability Litig.,* MDL No. 1477 (S.D. W. Va.);
- *Spencer v. Comserv Corporation* (Comserv Securities Litig.), Master File No. 4-84-794 (D. Minn.);
- *In re Tamoxifen Citrate Antitrust Litig.,* MDL No. 1408 (E.D.N.Y.);
- *In re Telxon Securities Litig.,* No. 5:98-CV-2876 (N.D. Ohio);
- *In re Tricord Systems, Inc. Securities Litig.,* Master File No. 3-94-746(D. Minn.);
- *In re Tyco International, Ltd.,* ERISA Civil File No. 02-cv-1357 (D.N.H.);
- *In re Vioxx Product Liability Litig.,* MDL No.1657 (E.D.La.);
- *In re Western Union Money Transfer Litig.,* Master File No. CV 01 0335 (E.D.N.Y.);
- *William Stevenson, et al v. ev3, Inc. et al.* No 27-cv-13773 (Henn. Cty. Dist. Ct.);
- *In re Wirebound Box Antitrust Litig.,* MDL No. 793 (D. Minn.); and
- *In re Worldcom, Inc. Securities Litig.,* No. 02-CV-3288 (S.D.N.Y.).

Mr. Lockridge acted as co-lead defense counsel for the target defendant in *Mid-State Oil v. Simonson Oil* (price fixing) Civil No. A3-79-18 (D.N.D.); plaintiff's counsel in *Superlines Co. v. E.W. Wylie Corp.,* 1981-2 Trade Cases (CCH) (D. Minn. 1981); and one of the defense counsel in *Ray Adduono v. World Hockey Association,* Master File No. 3-82-586 (D. Minn.).

Mr. Lockridge spent one year in Houston, Texas working on the trial of the *Corrugated Container Antitrust Litigation*, MDL No. 310 (S.D. Tex.), a case which resulted in one of the largest verdicts (in excess of $1 billion) ever awarded by a jury in antitrust litigation.  He was also part of the plaintiffs' trial team for *In re High Pressure Laminates Antitrust Litigation*, MDL No. 1368 (S.D.N.Y.), which recently was tried in the Southern District of New York; a case in which settlements totaled over $40 million.

5

Mr. Lockridge also was one of the attorneys who successfully represented West Publishing Company in a monopolization and attempted monopolization case brought by West against Mead Corporation (the then owner of "LEXIS"), and in a monopolization and attempted monopolization case brought by Mead against West (the "LEXIS v. Westlaw" antitrust cases).

## Robert K. Shelquist

Robert K. Shelquist is a partner in the Lockridge Grindal Nauen P.L.L.P. firm.  He is a graduate of the University of California at Berkeley (A.B. Legal Studies; A.B. Political Science with high honors 1987) and the University of Minnesota Law School (J.D. *cum laude* 1990). Thereafter, he was associated with the law firm of Popham, Haik, Schnobrich & Kaufman in Minneapolis, Minnesota from 1990 until 1995, and a partner in the law firm of Plunkett Schwartz Peterson, P.A., also in Minneapolis, from 1995 to 2000.

Mr. Shelquist has prosecuted national class actions to verdict in two cases. In *Peterson v. BASF Corp.*, Mr. Shelquist was court-appointed class counsel and was one of the trial attorneys who secured a jury verdict for a nation-wide class seeking redress for defendant's marketing of its herbicide products.  After multiple state appellate opinions and two trips to the United States Supreme Court, a judgment in excess of $60,000,000 was paid.  He also was one of the court-appointed class counsel and trial counsel representing a certified sub-class as part of a nationwide antitrust trial in *In re Laminates*, which was tried to verdict in the United States District Court for the Southern District of New York.

Mr. Shelquist has been active in class action, consumer fraud, product liability, and other complex litigation, including court appointed co-lead counsel, class counsel, or steering committee appointments in:

- *In re Aredia and Zometa Products Liab. Litig.,* MDL 06-1760 (M.D. Tenn);
- *In re Building Material Corporation of America Asphalt Roofing Shingle Products Liab. Litig.,* MDL 2283 (D.S.C.);
- *In re CertainTeed Corp. Roofing Shingle Products Liability Litig.,* MDL 1817 (E.D. Pa.);
- *Cynthia Walker v. Cellfish Media, LLC*, No. 08 CH 40592 (Ill. Cir. Ct.);
- *Eliason v. Genteck Building Products, Inc., et al.,* Civ. No. 10-cv-2093 (N.D. Ohio);

- *George v. Uponor Corp., et al.*, Court File No. 12-249 (D. Minn.);

- *In re Google Android Consumer Privacy Litig.*, MDL No. 2264 (N.D. Cal.);

- *In re HardiePlank Fiber Cement Siding Litig.*, MDL No. 2359 (D. Minn.);

- *In re IKO Roofing Shingle Products Liability Litig.*, MDL No. 2104 (C.D. Ill.);

- *In re iPhone Application Litig.*, Civil No. 10-CV-05878-LHK (N.D. Cal.);

- *In re Kitec Plumbing Systems Products Liab. Litig.* MDL No. 2098 (N.D. Tex.);

- *In re Laminates,* MDL File No. 1368, (S.D. NY);

- *McFerren v. AT&T Mobility LLC,* Civ. No. 08-cv-151322 (Superior Court Fulton County, GA)

- *In re Medtronic, Inc. Sprint Fidelis Leads Products Liability Litig.*, MDL No. 08-1905 (D. Minn.);

- *In re Navistar Diesel Engine Products Liab. Litig.,* MDL No. 2223 (N.D. IL);

- *In re National Arbitration Forum Litig.*, Civil No. 09-1939 (D. Minn.);

- *In re Northstar Education Finance, Inc. Contract Litig.*, MDL 08-1990 (D. Minn.);

- *Patricia Wright, et al. v. Owens Corning,* MDL No. 1567 (W.D. Pa.);

- *Peterson v. BASF Corp.*, Civil No. C2-97-295 (Norman Cty. Dist. Ct.); and

- *In re Zurn Pex Products Liab. Litig.,* MDL 1958 (D. Minn).

Mr. Shelquist also is or has been also involved in the following litigation:

- *In Re Air Transportation Excise Tax Litig.,* Civil File No. 3-96-CV-453 (D. Minn.);

- *Austerschmidt v. T-Mobile USA, Inc.*, Court File No. 19-HA-CV-081709 (Ramsey County District Court, Minn.);

- *In Re Baycol Products Litig.*, MDL No. 1431 (D. Minn.);

- *In Re Berg*, Master File No. CY-96-3151-AAM (E.D. Wash.);

- *Birkemeyer Farm Partnership, et al. v. Monsanto Co., et al.*, Court File No. 07-CV-04-1092 (D. Minn.);

- *In Re Blue Cross Blue Shield Subscriber Litig.*, Master File No. 19-C3-98-7780 (Dakota County District Court, Minn.) (Co-Chair Discovery Committee);

- *Brown v. State of Minnesota*, Court File No. 98-11152 (Hennepin County

District Court, Minn.);

- *Crosby v. Aid Association for Lutherans*, File No. 00-CV-2112 MJD/RLE (D. Minn.);

- *Davenport, et al. v. Illinois Farmers Insurance Company, et al.*, Case No. CIV-03-158-F (W.D. Ok.);

- *In Re Digi International, Inc. Securities Litig.*, Master File No. 97-5 (D. Minn.);

- *In Re European Rail Pass Antitrust Litig.*, MDL 1386 (S.D.N.Y.);

- *In Re Flat Glass Antitrust Litig.*, MDL 1200 (W.D. PA);

- *Good v. Fluor Daniel Corp.*, Case No. CT-00-5021-RHW (E.D. Wash.);

- *In Re Green Tree Acceptance Corp. Securities Litig.*, Master File No. 97-2666 (JRT/RLE) (D. Minn.);

- *In Re Guidant Corp. Implantable Defibrillators Products Liability Litig.*, MDL No. 05-1708 (DWF/AJB) (D. Minn.);

- *Hanson v. TCI Cable Corp.*, Court File No. CX- 97-1434 (Mower County District Court, Minn.);

- *Hensley v. AT&T Mobility, LLC*, Court File No. 27-cv-08-7210, (Hennepin County District Court, Minn.);

- *Jacobson v. Correct Building Products, LLC*, Court File No. 08-cv-5135 (D. Minn.);

- *Koras v. Verizon Wireless*, Court File 27-cv-08-18517, (Hennepin County District Court, Minn.);

- *Larson v. Burlington Northern Santa Fe Railway Company*, Civil No. CV 01-527 JEL/RLE (D. Minn.);

- *Jeffrey H. Leech, et. al. v. Excel Title, LLC*, Court File No. 27-CV-06-4625 (Hennepin County District Court);

- *In Re Linerboard Antitrust Litig.*, MDL 1261 (E.D. PA);

- *In Re Lutheran Brotherhood Variable Insurance Products Co. Sales Practices Litig.*, MDL No. 1309 (D. Minn.);

- *McGregor et al. v. Uponor, Inc. et al*, Court File No. 09-cv-1136 (D. Minn.);

- *McNeil v. IKO Manufacturing, Inc.*, Court File No. 09-cv-2105 (C.D. Ill.);

- *In Re Medtronic, Inc., Implantable Defibrillators Products Liability Litig.*, MDL No. 05-1726 (JMR/AJB) (D. Minn.) (Trial Team);

- *In Re Meridia Products Liability Litig.*, MDL 1481 (N.D. Ohio) (Co-Chair Discovery Committee);

- *In Re Milk Products Antitrust Litig.*, Master File 3-96-458 (D. Minn.) (Co-

9

Chair Discovery Committee);

- *In Re MSG Litig.*, MDL File No. 00-1328 (D. Minn.);

- *In Re National Arbitration Forum Litig.*, Civil No. 09-1939 (D. Minn.) (Plaintiffs' Lead Counsel Committee);

- *In Re Propulsid Products Liability Litig.*, MDL 1355 (E.D. LA);

- *In Re Rezulin Litig.*, MDL 1348 (S.D. N.Y.);

- *Ross et al. v. Trex Company, Inc.*, Court File No. 09-cv-670 (N.D. Calif.);

- *In Re Serzone Products Liability Litig.*, MDL 1477 (S.D. W.V.);

- *Robert Smale v. Sears Roebuck & Co. and Whirlpool Corp.*, Court File No.  C3-04-8891 (Hennepin County District Court);

- *In Re StarLink Corn Products Liability Litig.*, MDL 1403 (N.D. IL);

- *In Re Tamoxifen Citrate Antitrust Litig.*, MDL 1408 (E.D. N.Y.);

- *Villa v. Rexall Sundown, Inc.*, Court File No. 00-9061 (Palm Beach County Court, Florida);

- *In Re Vioxx Litig.*, MDL 1657 (E.D. LA);

- *In Re Vytorin/Zetia Marketing, Sales Practices, and Products Liability Litig.*, MDL 1938 (D.N.J.); and

- *In Re Western Union Money Transfer Litig.*, Master File No. CV 01 0335 (CPS) (VVP) (E.D. N.Y.).

Mr. Shelquist has been recognized as a Super Lawyer by *Minnesota Law and Politics* and listed by the *Guide to Leading American Attorneys*.  He is currently a member of AAJ, the Federal Bar Association, and the Minnesota Bar Association.

**Heidi M. Silton**

Heidi M. Silton is a partner in Lockridge Grindal Nauen P.L.L.P. She graduated from Valparaiso University with a B.A. in 1992. She is a 1995 graduate of William Mitchell College of Law. Ms. Silton is admitted to practice before the United States Court of Appeals for the Eighth Circuit and the federal and state courts of Minnesota. She is a member of the Federal Bar Association and the Minnesota and Hennepin County Bar Associations. She currently serves as Vice President of the Antitrust Section of the Minnesota State Bar Association. Ms. Silton practices primarily in the areas of antitrust, class action and commercial litigation.

Ms. Silton has been named one of Minnesota's "Super Lawyers" by Minnesota Law & Politics Magazine from 2003 to 2013. In 2007-2009, Ms. Silton was listed among the Top 100 Women Super Lawyers and named one of the Top 50 Women Minnesota Super Lawyers in 2012-2013. Ms. Silton is active in the community having served as a co-chair for the American Diabetes Association's Gala, a co-host for the Twin Cities Second Harvest fundraising event, the annual "Butterball", and in 2014 is a co-chair of the Sanneh Foundation Annual Gala.

In May 2005, the Minnesota Business Journal selected Ms. Silton as one of Minnesota's "Forty Under 40" business and community leaders. She is one of just a few attorneys included in this select group of business leaders.

Ms. Silton has worked on a number of complex and class action antitrust and insurance matters in which the firm has had a leading or other significant role, including:

- *In re Air Cargo Shipping Services Antitrust Litig.,* Civil No. 1:06-md-1775-CBA-VVP (E.D.N.Y.) – Co-Lead Counsel for Indirect Purchaser Plaintiffs;
- *In re Automotive Refinishing Paint Antitrust Litig.,* MDL No. 1426 (E.D. Pa.);
- *Benacquisto, et al. v. American Express Financial Corporation et al.,* Civil Action No. 96-18477 ((Henn. Cty. Dist. Ct.); and Case No. 00-1980 (D. Minn.) (insurance class action);

- *In re Bulk Vitamins Antitrust Litig.*, MDL No. 1285 (D.D.C.);

- *In re Carbon Fiber Antitrust Litig. (Thomas & Thomas Rodmakers Inc. et al. v. Newport Adhesives, Inc. et al.),* Case No. CV-99-07796 FMC (C.D. Cal.);

- *In re Chocolate Confectionary Antitrust Litig.,* MDL No. 1935 (M.D. Pa.);

- *In re Commercial Tissue Products Antitrust Litig.,* MDL No. 1189 (N.D. Fla.);

- *In re Dynamic Random Access Memory (DRAM) Antitrust Litig.,* Case No. M:02-cv-1486 (N.D. Cal.);

- *El Jay Poultry v. Packaging Corporation of America, et al.,* Case No. 1:10-cv-5896 (N.D. Ill.);

- *In re Fasteners Antitrust Litig.,* MDL No. 1912, (E.D. Pa.);

- *In re Flat Glass (I) Antitrust Litig.,* MDL No. 1200 (W.D. Pa.);

- *In re Flat Glass (II) Antitrust Litig.*, Civil No. 2:08-mc-180 (W.D. Pa.) – Plaintiffs' Co-Lead Counsel;

- *In re Food Service Equipment Hardware Antitrust Litigation,* Case No. 1:10-cv-1849 (N.D. Ga.);

- *In re Foundry Resins Antitrust Litig.,* Case No. 2:04-md-1638 (S.D. Ohio);

- *Funeral Consumers Alliance, Inc., et al. v. Service Corporation International, et al.,* No. H-05-3394 (S.D. Tex.);

- *In re Graphite Electrodes Antitrust Litig.,* MDL No. 1244 (E.D. Pa.);

- *In re Hydrogen Peroxide Antitrust Litig.,* MDL No. 1682 (E.D. Pa.) – Committee Chair;

- *Inquivosa et al. v. Ajinomoto Co., et al.,* Civil No. 03-2997 PAM (D. Minn.) (related to *In re Monosodium Glutamate Antitrust Litig.)* – Plaintiffs' Co-Lead Counsel;

- *Kleen Products LLC, et al. v. Packaging Corporation of America, et al.,* Case No. 1:10-cv-5711 (N.D. Ill.);

- *In re Linerboard Antitrust Litig.,* MDL No. 1261 (E.D. Pa.);

- *In re Methionine Antitrust Litig.,* MDL No. 1311 (N.D. Cal.);

- *In re Microcrystalline Cellulose Antitrust Litig.,* MDL No. 1402 (E.D. Pa.);

- *In re Monosodium Glutamate Antitrust Litig.,* MDL No. 1328 (D. Minn.) - Plaintiffs' Co-Lead Counsel;

- *Myers v. The Guardian Life Insurance Company of America, Inc.,* Civil Action No. 3:98cv68-D-B (N.D. Miss.) (insurance class action);

- *In re New England Mutual Life Insurance Company Sales Practices Litig.*, MDL No. 1105 (D. Mass.) (insurance class action);

- *In re Packaged Ice Antitrust Litig.,* MDL No. 1952, (E.D. Mich.);

- *In re Parcel Tanker Shipping Antitrust Litig.,* MDL No. 1568 3:03-md-01568 (AVC) (D. Conn.);

- *In re Pillar Point Partners Antitrust and Patent Litig.,* MDL No. 1202 (D. Ariz.) (Laser Eye Surgery – Antitrust);

- *In re Polypropylene Carpet Antitrust Litig.,* MDL No. 1075 (N.D. Ga.);

- *In re Potash Antitrust Litig. (II)*, Civil No. 1:08-md-06910 (N.D. Ill.) – Plaintiffs' Co-Lead Counsel;

- *Precision Associates, Inc. v. Panalpina World Transport (Holding) Ltd., et al.,* No. 1:08-cv-42-JG-VVP (E.D.N.Y.) – Plaintiffs' Co-Lead Counsel;

- *In re Pressure Sensitive Labelstock Antitrust Litig.,* MDL No. 1556 (M.D. Pa.) – Plaintiffs' Co-Lead Counsel;

- *In re Processed Egg Products Antitrust Litigation*, MDL No. 2002 (E.D. Pa.);

- *In re Publication Paper Antitrust Litig,* Civil No. 3:04-md-1631-SRU (D. Conn.);

- *In re Refrigerant Compressors Antitrust Litig.*, MDL No. 2042;

- *In re Sodium Gluconate Antitrust Litig.,* MDL No. 1226 (N.D. Cal.);

- *In re Sorbates Direct Purchaser Antitrust Litig.,* Master File No. C-98-4886 MCC (N.D. Cal.); and

- *In re Urethane Antitrust Litig.,* MDL No. 1616 (D. Kan.) - Plaintiffs' Co-Lead Counsel.

In addition to her litigation practice, Ms. Silton manages the firm's Summer Associate program and is the current Hiring Partner.

## Rick N. Linsk

Rick Linsk is an associate at Lockridge Grindal Nauen P.L.L.P., practicing primarily in the areas of ERISA, health care law, employment law, and products liability.  He is a 2008 graduate (J.D., *cum laude*) of William Mitchell College of Law.  He was an Editor of the William Mitchell Law Review and participated in the Ramsey County Volunteer Legal Services Attorney Program, interned at the Center for Homicide Research, and was recognized for achievement in the study of Media Law by The Center for Computer-Assisted Legal Instruction (CALI).  After law school, from 2008 to 2009, Mr. Linsk was a Law Clerk to the Honorable Paul H. Anderson, the Honorable G. Barry Anderson, and the Honorable Lorie S. Gildea, Associate Justices of the Minnesota Supreme Court.

Mr. Linsk is admitted to the Minnesota Bar and U.S. District for the District of Minnesota, U.S. District Court for the District of Eastern Wisconsin, and U.S. District Court for the District of Western Wisconsin.  He is a member of the Federal Bar Association, Minnesota State Bar Association, Hennepin County Bar Association, and Ramsey County Bar Association. Mr. Linsk is a member of the event planning committee and annual dinner planning committee of the Twin Cities Cardozo Society.  Since 2008, he has been a member of the Board of Directors of the United Jewish Fund & Council of St. Paul.

Since joining the firm he has been involved in the following complex matters:

- *Blue v. Hartford Life & Accident Ins. Co.,* No. 10-cv-499 (E.D. WI);
- *EMC Insurance Co. v. Bha et al.,* No. 62-cv-14-775 (Minn. Dist. Ct. Ramsey Cnty.);
- *Life Share Collateral Holdings, LLC. v. Albers,* No. 11-3605 (D. Minn.);
- *Padavich v. The Hartford Life Ins. Co.,* No. 09-cv-00375 (S.D. Iowa);
- *Shock v. Hartford Life & Accident Ins. Co.,* No. 11-2029 (N.D. Iowa); and
- *Windbiel v. Group Short Term Disability et al.,* No. 09-c-139 (E. D. WI)

Before and during law school, Mr. Linsk was an award-winning journalist for newspapers in Minnesota, New Jersey, New York, Pennsylvania, and Delaware.  He contributed to coverage a college academic fraud scandal that helped the St. Paul Pioneer Press win the 2000 Pulitzer Prize for beat reporting.  He contributed to the New York Times' 2007 "Free and Uneasy" project on the lives of wrongly convicted people after they leave prison.  Earlier, he graduated from Temple University (*cum laude*) with a B.A. in journalism.

# Exhibit P

## Gillen Withers & Lake LLC

Gillen Withers & Lake LLC enjoys an excellent reputation for success in Georgia and nationwide. Headed by former federal prosecutors Craig Gillen and Tom Withers, the firm has been vigorously representing clients for decades and brings a high level of commitment to its cases, along with experienced trial skills.

Gillen Withers & Lake LLC is a small firm committed to the causes of their clients and is recognized as one of the most distinguished trial practice law firms in the state of Georgia. Mr. Gillen and Mr. Withers are known for their diligent preparation, commitment to their clients and outstanding trial skills.

Craig Gillen established his practice in 1993 when he left the Office of Independent Counsel for the Iran/Contra prosecutions following 4 years of dedicated service. When Mr. Gillen left that Office he was second in charge of the Office. Prior to that Mr. Gillen spent 13 years with the United States Attorney's Office in Atlanta handling the most challenging and complex prosecutions in the district.

Mr. Gillen and Mr. Withers established the firm in 1998 after Mr. Withers, the Chief of the Criminal Section, for the United States Attorney's Office in the Southern District of Georgia, left that office to go into private practice.

Mr. Gillen and Mr. Withers had distinguished careers as federal prosecutors as Assistant United States Attorneys with the Department of Justice prosecuting high profile, complex cases.

Anthony C. Lake joined the office out of law school in 2001 and has distinguished his practice with his dedication to his clients and his outstanding written work on their behalf.

The firm has a diverse practice handling complex civil and criminal litigation. Mr. Withers and Mr. Lake have handled dozens of consumer class action matters, including a ground breaking nationwide, class action case against a leading subprime mortgage lender.

The firm maintains offices in Atlanta and Savannah.

## Tom Withers – Gillen Withers & Lake, LLC

Tom Withers was an Assistant U.S. Attorney and Chief of the Criminal Section for the United States District Court for the Southern District of Georgia from 1990 to 1998. As Chief of the Criminal Division Mr. Withers served as lead counsel and was responsible for convictions in the nationally-followed prosecution of the largest privately held home health care provider in the United States, which was charged with defrauding Medicare of millions in reimbursements.

Prior to entering the United States Attorney's Office, Mr. Withers was a successful partner with Oliver, Maner and Gray in Savannah for 6 years where he was primarily responsible for the defense of medical negligence matters.

Mr. Withers is well known and respected for his diligent preparation and representation of clients in a wide variety of cases. He has handled dozens of consumer class actions and helped to develop, and served as liaison counsel for a ground breaking, nationwide, class action litigation in the mortgage industry.

Mr. Withers recently was lead counsel in the defense of Columbus attorney Mark Shelnutt, a case that garnered statewide and national attention. Mr. Shelnutt was found not guilty on all 36 counts of the indictment.

Mr. Withers is admitted in Georgia Federal and State courts and the Eleventh Circuit Court of Appeals, and has appeared as counsel in jurisdictions around the country. He is a frequent lecturer, and recently spoke to the Georgia Superior Court Judge's Continuing Judicial Education Seminar.

Mr. Withers resides in Savannah, Georgia with his wife of 32 years, Lynn, who is a public school teacher. They have two grown children.