# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-md-02583-TWT
### In Re: The Home Depot, Inc., Customer Data Security Breach Litigation
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 02/12/2015.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:35 A.M.          COURT REPORTER: Susan Baker
TIME IN COURT: 0:35                        DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

ATTORNEY(S)          John Bevis for Consumer Track Plaintiff Group
PRESENT:             Kenneth Canfield for Financial Institution Track Plaintiff Group
                     Phyllis Sumnet for Home Depot Consumer Track defendant
                     Cari Dawson for Home Depot Consumer Track defendant

PROCEEDING
CATEGORY:

MOTIONS RULED        [49]Motion to Appoint Lead Counsel GRANTED
ON:                  [50]Motion to Appoint Lead Counsel GRANTED

MINUTE TEXT:         The Court heard from the agreed to spokesperson for each plaintiff group.
                     Counsel seeking leadership positions for the plaintiffs in both the
                     consumer track and financial institution track group were introduced to the
                     Court. The Court reviewed each of the proposed orders and indicated
                     additions to be made and then submitted to him for signature. The Court
                     will hold monthly status conferences.