# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation | Case No.: 1:14-md-02583-TWT  <br><br>ALL CASES |

## CASE MANAGEMENT ORDER NO. 3

On January 16, 2015, the Court entered Case Management Order No. 2 (Doc. No. 36), governing various matters in this multidistrict preceding until leadership appointments could be made. Having come before the Court for a hearing on the Plaintiffs' leadership applications for the Consumer Cases and the Financial Institution Cases on February 12, 2015, and leadership applications having been approved, upon the agreement of all counsel and for good cause shown, the Court amends certain provisions of Case Management Order No. 2 as follows:

(1) **Master Complaints for Each Track and Briefing on Rule 12(b) Motions.** To facilitate handling of the litigation, the Court directs that plaintiffs file master consolidated complaints in each track and that briefing on motions to dismiss proceed separately according to the following schedule:

| Event | Consumer Track Deadline | Fin. Institutions Track Deadline |
|---|---|---|
| Filing Master Complaint | May 1, 2015 | May 15, 2015 |
| Rule 12(b) motions | June 1, 2015 | June 15, 2015 |
| Plaintiffs' oppositions | July 1, 2015 | July 15, 2015 |
| Defendant's replies | July 31, 2015 | August 17, 2015 |

(2) **Communications with Putative Class Members.** In accordance with Local Rule 23.1(C)(2), the parties have met and conferred regarding whether proper management of the case or the interests of putative class members require the entry of an order limiting communications with putative class members. The parties agree no order limiting class member communications is necessary and will abide by the requirements of the local rules regarding such communications.

(3) **CM/ECF Registration**

The Court has previously ordered all attorneys participating in this MDL proceeding to register with the Court's CM/ECF system. (CMO No. 1, ¶ 1(b), Doc. No. 3). Having now completed the Initial Conference and appointed leadership, the Court orders that electronic service of documents via the Court's CM/ECF system satisfies the obligations of service. Hereafter, unless otherwise ordered, neither the clerk's office nor counsel for the parties shall be obligated to provide

service copies of any filings or related orders by U.S. Mail or any other means to attorneys who have not registered with the Court's CM/ECF system.

(4) The parties shall adhere to all other aspects of CMO No. 2. A Status Conference shall be conducted on March 25, 2015 at 10:00 a.m. EST in Courtroom 2108, United States Courthouse, 75 Spring Street, S.W., Atlanta, Georgia 30303. Liaison Counsel shall be responsible for making arrangements for others to monitor the conference by telephone.

SO ORDERED, this 20th day of February, 2015.

/s/Thomas W. Thrash
Thomas W. Thrash
United States District Judge