UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: THE HOME DEPOT, INC., CUSTOMER DATA SECURITY BREACH LITIGATION | MDL DOCKET NO. 2583<br>1:14-md-2583-TWT<br><br>CONSUMER CASES |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Kyle J. Eckman is no longer associated with Federman & Sherwood as of April 17, 2015 and should be removed from the Court's service list with respect to the above referenced action. Federman & Sherwood, Harris Penn Lowry LLP and Abington Cole continue to serve as counsel for Plaintiffs John Solak and Dennis O'Rourke ("Plaintiffs") in this action, and all other future correspondence and papers in this action should continue to be directed to them.

Dated: April 22, 2015            Respectfully submitted,

/s/ James M. Evangelista
James M. Evangelista
Georgia Bar No. 707807
HARRIS PENN LOWRY LLP
400 Colony Square, Suite 900
1201 Peachtree Street, NE
Atlanta, GA 30361

Tel: (404) 961-7650
Fax: (404) 961-7651
jim@hpllegal.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

/s/ James M. Evangelista
James M. Evangelista