IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc. ) | MDL DOCKET NO. 2583 |
| Customer Data Breach Litigation ) | CASE NO. 14-md-02583-TWT |
| ) | |
| This Document Relates to: ) | |
| *First NBC Bank v. Home Depot, Inc.* ) | |
| Civil Action No. 2:14-cv-02182 ) | |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff First NBC Bank, by and through undersigned counsel, hereby voluntarily dismisses this action without prejudice.

Respectfully submitted,

Dated: May 8, 2015

By: /s/ Arthur M. Murray
Arthur M. Murray (LA Bar # 27694)
Stephen B. Murray
Stephen B. Murray, Jr.
MURRAY LAW FIRM
Poydras Center
650 Poydras St., Suite 2150
New Orleans, LA 70130
Telephone: (504) 525-8100
Facsimile: (504) 584-5249

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41(a)(1)(A)(i) was filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to the CM/ECF participants registered to receive service in this MDL.

                                                **/s/ Arthur M. Murray**
                                                Arthur M. Murray