UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____
                                                           )
In re:  The Home Depot, Inc., Customer    )    No. 1:14-md-02583-TWT
Data Security Breach Litigation                   )
                                                           )
This document relates to:                           )
                                                           )
FINANCIAL INSTITUTION CASES          )
_____ )

**CONSENT MOTION TO EXTEND DEADLINES**

Plaintiffs, with the agreement of all parties, hereby move for a short extension of the current deadlines in the financial institutions track relating to the filing of the consolidated complaint, Home Depot's motion to dismiss, Plaintiffs' opposition to the motion, and Home Depot's reply. The grounds supporting this motion are set forth below:

(1) Under the existing deadlines set out in CMO No. 3 (Doc. 36), the consolidated complaint is due May 15, 2015. Plaintiffs anticipate that the consolidated complaint will be filed on behalf of approximately sixty banks, credit unions, and other institutions. Communicating and coordinating with all these institutions for purposes of drafting the consolidated complaint has taken longer than expected. While the drafting process is now largely complete, additional time

1

is needed to enable all of the institutions to review, comment upon, and approve the existing draft before it can be filed. Accordingly, Plaintiffs request that the current deadline be extended eleven days, *i.e.* until May 27, 2015.

(2) Plaintiffs also seek extensions of approximately the same length of the deadlines by which Home Depot must file its motion to dismiss and all briefing relating to the motion. Such extensions are necessary to ensure that the parties each have time to prepare their pleadings equivalent to the time allowed under the existing schedule. Slight modifications in the length of the extensions have been made to account for counsel's other commitments and summer vacation schedules. As agreed upon by the parties, Home Depot's motion to dismiss will be due July 1, 2014; Plaintiffs' opposition will be due July 31, 2015; and Home Depot's reply will be due August 31, 2014.

(3) In summary, the existing and proposed deadlines are as follows:

| **Event** | **Current Deadline** | **New Deadline** |
| --- | --- | --- |
| Filing new complaint | May 15, 2015 | May 27, 2015 |
| Rule 12(b) motions | June 15, 2015 | July 1, 2015 |
| Plaintiffs' Opposition | July 15, 2015 | July 31, 2015 |
| Defendant's reply | August 17, 2015 | August 31, 2015 |

Wherefore, for the reasons described above, Plaintiffs request that this motion be granted. A proposed order is attached for the Court's considerations. Respectfully submitted, this 12th day of May. 2015.

  /s/  Kenneth S. Canfield
**Kenneth S. Canfield**
Georgia Bar No. 107744
**Everette L. Doffermyre**
Georgia Bar No. 224750
**Leslie J. Bryan**
Georgia Bar No. 091175
DOFFERMYRE SHIELDS
  CANFIELD & KNOWLES, LLC
1355 Peachtree St., NE, Suite 1600
Atlanta, Georgia  30309-3238
Phone:  404-881-8900
kcanfield@dsckd.com
edoffermyre@dsckd.com
lbryan@dsckd.com

  /s/  Gary F. Lynch
**Gary F. Lynch**
**Edwin J. Kilpela**
**Jamison Etzel**
CARLSON LYNCH SWEET
 & KILPELA, LLP
PNC Park, Suite 210
115 Federal Street
Pittsburgh, Pennsylvania 15212
Phone: 412-322-9343
glynch@carlsonlynch.com
ekilpela@carlsonlynch.com
jetzel@carlsonlynch.com

/s/  Joseph P. Guglielmo            .
**Joseph P. Guglielmo**
**Joseph D. Cohen**
405 Lexington Avenue
New York, New York  10174
Phone:  212-594-5300
jguglielmo@scott-scott.com
jcohen@scott-scott.com

*Co-Lead Counsel for Financial Institution Plaintiffs*


/s/  Cari K. Dawson
**Cari K. Dawson**
Georgia Bar No. 213490
**Kristine McAlister Brown**
Georgia Bar No. 480189
**James Charles Grant**
ALSTON  BIRD, LLP
1201 West Peachtree Street
Atlanta, Georiga  30309
Telephone:  404-881-7000
Cari.dawson@alston.com
Kristy.brown@alston.com
Jim.grant@alston.com

*Counsel for Defendants*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on May 12, 2015, a true and correct copy of the foregoing Consent Motion to Extend Deadlines was filed with the Clerk of court using the CM/ECF system which will send notification of such filling to the CM/ECF participants registered to receive service in this MDL.

      /s/  Kenneth S. Canfield
    **Kenneth S. Canfield**