IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach<br><br>This document relates to:<br><br>CONSUMER CASES | Case No.: 1:14-md-02583-TWT |

**MOTION TO DISMISS THE COMPLAINT**

NOW COME Defendants Home Depot U.S.A., Inc. and The Home Depot, Inc. ("Home Depot"),[1] by counsel, and respectfully move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the Consumer Plaintiffs' Consolidated Class Action Complaint (the "Complaint").

The bases for this Motion and the supporting authorities are set forth in the contemporaneously filed Memorandum of Law.

WHEREFORE, Home Depot moves for an Order dismissing the Complaint with prejudice.

---

[1] Home Depot reserves the right to move for summary judgment on the improper joinder of The Home Depot, Inc. as a defendant in this lawsuit.

Respectfully submitted, this 1st day of June, 2015.

                                            */s/ Phyllis B. Sumner*
                                            Phyllis B. Sumner
                                            Georgia Bar No. 692165
                                            S. Stewart Haskins II
                                            Georgia Bar No. 336104
                                            J. Andrew Pratt
                                            Georgia Bar No. 465311
                                            KING & SPALDING LLP
                                            1180 Peachtree Street
                                            Atlanta, Georgia 30309
                                            Telephone: (404) 572-4600
                                            Facsimile: (404) 572-5100
                                            psumner@kslaw.com
                                            shaskins@kslaw.com
                                            apratt@kslaw.com

                                            *Counsel for Defendant*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B.  This Motion was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted, this 1st day of June, 2015.

*/s/ Phyllis B. Sumner*
Phyllis B. Sumner
Georgia Bar No. 692165

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on June 1, 2015 with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

*/s/ Phyllis B. Sumner*
Phyllis B. Sumner
Georgia Bar No. 692165