IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>ALL FINANCIAL INSTITUTION CASES | MDL No. 14-02583-TWT |

## MOTION TO DISMISS THE COMPLAINT

NOW COME Defendants Home Depot U.S.A., Inc. and The Home Depot, Inc. ("Home Depot"),[1] by counsel, and respectfully move the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the Financial Institution Plaintiffs' Consolidated Class Action Complaint (the "Complaint"). The bases for this Motion and the supporting authorities are set forth in the contemporaneously filed Memorandum of Law.

WHEREFORE, Home Depot moves for an Order dismissing the Complaint with prejudice.

---

[1] Home Depot reserves the right to move for summary judgment on the improper joinder of The Home Depot, Inc. as a defendant in this lawsuit.

Respectfully submitted this 1st day of July, 2015.

By: */s/ Cari K. Dawson*
CARI K. DAWSON
Georgia Bar Number 213490
KRISTINE M. BROWN
Georgia Bar Number 480189
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Telephone:  404-881-7000
Facsimile: 404-881-7777
cari.dawson@alston.com
kristy.brown@alston.com

*Attorneys for Defendants*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B. This Motion was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted, this 1st day of July, 2015.

By: */s/ Cari K. Dawson*
CARI K. DAWSON
Georgia Bar Number 213490

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed on July 1, 2015 with the Court and served electronically through the CM-ECF (electronic case filing) system to all counsel of record registered to receive a Notice of Electronic Filing for this case.

By: */s/ Cari K. Dawson*
CARI K. DAWSON
Georgia Bar Number 213490