UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>FINANCIAL INSTITUTION CASES | No. 1:14-md-02583-TWT |

## ORDER GRANTING CONSENT MOTION TO EXTEND BRIFING DEADLINES APPLICABLE TO HOME DEPOT'S MOTION TO DISMISS

The Financial Institution Plaintiffs and Home Depot have filed a motion requesting extension of the deadlines applicable to the remaining briefing regarding Home Depot's motion to dismiss. For good cause shown and based upon the parties' consent, the Court hereby grants the motion. Accordingly, Plaintiffs' opposition to Home Depot's motion to dismiss is now due August 19, 2015 and Home Depot's reply in support of its motion is due September 25, 2015.

SO ORDERED, this 30th day of July, 2015.

/s/Thomas W. Thrash
Thomas W. Thrash
United States District Judge

1