# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| In re:  The Home Depot, Inc. Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>**All Cases** | No.:  1:14-md-02583-TWT |

## NOTICE OF WITHDRAWAL OF COUNSEL

TO: The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTICE THAT Joseph D. Cohen is no longer associated with Scott+Scott, Attorneys at Law, LLP as of August 4, 2015 and should be removed from the Court's service list with respect to the above referenced action. David R. Scott, Joseph P. Guglielmo, Stephen J. Teti, and Erin Green Comite of Scott+Scott, Attorneys at Law, LLP continue to serve as counsel for Plaintiffs Salisbury Bank and Trust Company and Savings Institute Bank and Trust Company ("Plaintiffs") in this action, and all other future correspondence and papers in this action should continue to be directed to them.

Dated: August 4, 2015

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo
Scott+Scott, Attorneys at Law LLP
405 Lexington Avenue
40th Floor
New York, NY 10174
Phone: 212-223-6444
Fax:  212-223-6334
Email: jguglielmo@scott-scott.com

*Counsel for  Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 4, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

*/s/ Joseph P. Guglielmo*
Joseph P. Guglielmo