FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR - 4 2016

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>CONSUMER CASES | Case No.: 1:14-md-02583-TWT |

## [PROPOSED] ORDER REGARDING PAGE LIMITS

This matter having come before the Court on the Consumer Case Plaintiffs Unopposed Motion to Extend Page Limitations for Preliminary Approval Matters, and it appearing that Defendants The Home Depot, Inc. and Home Depot, U.S.A., Inc. ("Home Depot") do not oppose said motion, and for good cause, this Court hereby ORDERS that the page limit applicable to Plaintiffs' motion for preliminary approval of a proposed settlement is GRANTED and the page limitation is hereby extended to forty (40) pages

SO ORDERED this __4__ day of March, 2016.

_____
Thomas W. Thrash, Jr.
United States District Judge