# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>CONSUMER CASES | Case No.: 1:14-md-02583-TWT |

**CONSUMER PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF CLASS NOTICE, AND SCHEDULING OF A FINAL APPROVAL HEARING**

Consumer Case Plaintiffs, by and through the undersigned counsel, hereby move this Court for an order pursuant to Rule 23 of the Federal Rules of Civil Procedure: (1) Preliminarily approving the proposed class action settlement with Defendants The Home Depot, Inc. and Home Depot U.S.A., Inc.; (2) Certifying the Settlement Class; (3) Appointing Settlement Class Representatives and Class Counsel; (4) Approving Class Notice; (5) Scheduling a date for Final Approval; and (6) for such other and further relief as the Court deems just and proper.

In support of this motion, Consumer Case Plaintiffs herewith concurrently submit a Memorandum of Law with supporting exhibits. A Proposed Order for Preliminary Approval of the proposed settlement is attached hereto.

1

Respectfully submitted this 7th day of March, 2016.

| | /s John R. Bevis |
|---|---|
| David J. Worley | Roy E. Barnes |
| James M. Evangelista | John R. Bevis |
| **HARRIS PENN LOWRY, LLP** | **THE BARNES LAW GROUP, LLC** |
| 400 Colony Square | 31 Atlanta Street |
| 1201 Peachtree Street, NE, Suite 900 | Marietta, GA 30060 |
| Atlanta, GA 30361 | Telephone: 770-227-6375 |
| Telephone: 404-961-7650 | Fax: 770.227.6373 |
| Fax: 404-961-7651 | roy@barneslawgroup.com |
| david@hpllegal.com | bevis@barneslawgroup.com |
| jim@hpllegal.com | |
| | |
| *Consumer Co-Lead Counsel* | *Consumer Liaison Counsel* |
| *and Steering Committee Members* | *and Steering Committee Members* |
| | |
| John A. Yanchunis, Sr. | Norman E. Siegel |
| **MORGAN & MORGAN** | Barrett J. Vahle |
| **COMPLEX LITIGATION GROUP** | **STUEVE SIEGEL HANSON LLP** |
| 201 N Franklin Street | 460 Nichols Road, Suite 200 |
| Tampa, FL 33602 | Kansas City, MO 64112 |
| Telephone: 813-223-5505 | Telephone: 816-714-7100 |
| Fax: 813-223-5402 | Fax: 816-714-7101 |
| jyanchunis@forthepeople.com | siegel@stuevesiegel.com |
| | vahle@stuevesiegel.com |
| | |
| *Consumer Co-Lead Counsel* | *Consumer Co-Lead Counsel* |
| *and Steering Committee Member* | *and Steering Committee Members* |
| | |
| Tina Wolfson | Daniel C. Girard |
| **AHDOOT AND WOLFSON, P.C.** | **GIRARD GIBBS LLP** |
| 1016 Palm Avenue | 601 California Street, 14th Floor |
| West Hollywood, CA 90069 | San Francisco, CA 94108 |
| Telephone: 310-474-9111 | Telephone: 415-981-4800 |
| Fax: 310-474-8585 | Fax: 415-981-4846 |
| twolfson@ahdootwolfson.com | dcg@girardgibbs.com |

*Consumer Plaintiffs'*
*Steering Committee Member*

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma, OK 73120
Telephone: 405-235-1560
Fax: 405-239-2112
wbf@federmanlaw.com

*Consumer Plaintiffs'*
*Steering Committee Member*

Howard T. Longman
**STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone: 212-687-7230
Fax: 212-490-2022
hlongman@ssbny.com

*Consumer Plaintiffs'*
*Steering Committee Member*

*Consumer Plaintiffs'*
*Steering Committee Member*

Gary S. Graifman
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
210 Summit Avenue
Montvale, NJ 07645
Telephone: 201-391-7600
Fax: 201-307-1086
ggraifman@kgglaw.com

*Consumer Plaintiffs'*
*Steering Committee Member*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the above and foregoing on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which automatically sends a copy to all counsel of record.

      /s/ John R. Bevis
John R. Bevis

31 Atlanta Street
Marietta, GA  30060
Telephone: 770-227-6375
Fax: 770-227-6373
bevis@barneslawgroup.com