IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>CONSUMER CASES | Case No.: 1:14-md-02583-TWT |

## CONSUMER PLAINTIFFS' MOTION FOR SERVICE AWARDS, ATTORNEYS' FEES AND LITIGATION EXPENSE REIMBURSEMENT

Consumer Case Plaintiffs, by and through the undersigned counsel, hereby move this Court for an order: (1) approving service awards in the amount of $1,000 for each of 88 Settlement Class Representatives; (2) awarding attorneys' fees in the amount of $8,475,000; and (3) awarding reimbursement of costs and expenses in the amount of $163,581.93. In support of this motion, Consumer Case Plaintiffs herewith concurrently submit a Memorandum of Law with supporting exhibits.

Dated: June 27, 2016

David J. Worley
James M. Evangelista
**HARRIS PENN LOWRY, LLP**
400 Colony Square

Respectfully Submitted,

　　*/s John R. Bevis*　　
Roy E. Barnes
John R. Bevis
**THE BARNES LAW GROUP, LLC**
31 Atlanta Street

| | |
|---|---|
| 1201 Peachtree Street, NE, Suite 900<br>Atlanta, GA 30361<br>Telephone: 404-961-7650<br>Fax: 404-961-7651<br>david@hpllegal.com<br>jim@hpllegal.com<br><br>*Consumer Co-Lead Counsel*<br>*and Steering Committee Members*<br><br>John A. Yanchunis, Sr.<br>**MORGAN & MORGAN**<br>**COMPLEX LITIGATION GROUP**<br>201 N Franklin Street<br>Tampa, FL 33602<br>Telephone: 813-223-5505<br>Fax: 813-223-5402<br>jyanchunis@forthepeople.com<br><br>*Consumer Co-Lead Counsel*<br>*and Steering Committee Member*<br><br><br>Tina Wolfson<br>**AHDOOT AND WOLFSON, P.C.**<br>1016 Palm Avenue<br>West Hollywood, CA 90069<br>Telephone: 310-474-9111<br>Fax: 310-474-8585<br>twolfson@ahdootwolfson.com<br><br>*Consumer Plaintiffs'*<br>*Steering Committee Member*<br><br>William B. Federman<br>**FEDERMAN & SHERWOOD** | Marietta, GA 30060<br>Telephone: 770-227-6375<br>Fax: 770.227.6373<br>roy@barneslawgroup.com<br>bevis@barneslawgroup.com<br><br>*Consumer Liaison Counsel*<br>*and Steering Committee Members*<br><br>Norman E. Siegel<br>Barrett J. Vahle<br>**STUEVE SIEGEL HANSON LLP**<br>460 Nichols Road, Suite 200<br>Kansas City, MO 64112<br>Telephone: 816-714-7100<br>Fax: 816-714-7101<br>siegel@stuevesiegel.com<br>vahle@stuevesiegel.com<br><br>*Consumer Co-Lead Counsel*<br>*and Steering Committee Members*<br><br><br>Daniel C. Girard<br>**GIRARD GIBBS LLP**<br>601 California Street, 14th Floor<br>San Francisco, CA 94108<br>Telephone: 415-981-4800<br>Fax: 415-981-4846<br>dcg@girardgibbs.com<br><br>*Consumer Plaintiffs'*<br>*Steering Committee Member*<br><br>Gary S. Graifman<br>**KANTROWITZ, GOLDHAMER** |

10205 N. Pennsylvania Avenue
Oklahoma, OK 73120
Telephone: 405-235-1560
Fax: 405-239-2112
wbf@federmanlaw.com

*Consumer Plaintiffs'*
*Steering Committee Member*

Howard T. Longman
**STULL STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone: 212-687-7230
Fax: 212-490-2022
hlongman@ssbny.com

*Consumer Plaintiffs'*
*Steering Committee Member*

**& GRAIFMAN, P.C.**
210 Summit Avenue
Montvale, NJ 07645
Telephone: 201-391-7600
Fax: 201-307-1086
ggraifman@kgglaw.com

*Consumer Plaintiffs'*
*Steering Committee Member*