Objection to settlement, and
Petition to Revoke Court Approval of Defective Notification

In re: The Home Depot, Inc., Consumer Data Security Breach Litigation
I, Stephen Andrew Weinstein, 450 E. Daily Dr., Apt. 32, Camarillo, Ca 93010, stephenweinstein@yahoo.com, 805-388-0604, received notification that the e-mail address I use at work, stephen.weinstein @aeroconengineering.com (I am objecting only as an individual and not on behalf of my employer, Aerocon Engineering) was compromised, but do not have documented losses, and do hereby object, as:

I. I and persons similarly situated are ineligible to benefit but our rights to bring separate action are forever barred. The settlement class includes those who either used a credit card for self-service checkout or had our e-mail addresses compromised, without regard to whether we have documented losses. However, only those who either used a credit or debit card for self-service checkout or have documented losses. As a matter of fairness, all persons in the settlement class should be eligible for some benefit. Further, as a basic principle of law, a waiver of the right to sue generally requires some mutual consideration, even just a token payment of $1. Therefore, persons whose e-mail addresses were compromised, but did not use self-checkout and do not have documented losses, should either (a) be excluded from the settlement class or (b) be eligible for a benefit.

II. This honorable court approved in error the notice to class members
  1. It states that objections must be mailed to "three recipients", but lists four (4) different addresses.
  2. Objectors are required to provide information that pro se are unlikely to be able to obtain without an attorney.
  Therefore, the court should either issue a revised notice or consider on their merits objections that do not comply with the instructions in the notice.

I have not used any attorneys in this matter and none will be entitled to compensation. I do not recall objecting to any other class action settlements within the last five years. I have not made any agreements related to objecting. I do not intend to call anyone to testify, to submit evidence, or to appear or testify. The information found in the notice approved by the court establishes sufficient facts to sustain my objection.

*[signature]*

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 14 2016
JAMES N. [signature]
By:

Stephen Weinstein
450 E Paly Dr Apt 32
Camarillo CA 93010

U.S. District Court for the Northern District of Georgia
Richard B Russell Federal Building
75 Ted Turner Dr, SW
Atlanta GA 30303-3309

SANTA BARBARA CA 931
14 JUL 2016 PM 2 L