# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>CONSUMER CASES | Case No.: 1:14-md-02583-TWT |

**CONSUMER PLAINTIFFS' EMERGENCY MOTION[1] TO STRIKE OBJECTION OF SAM A. MIORELLI, E.I., ESQ., OR IN THE ALTERNATIVE TO EXTEND THE PAGE LIMIT FOR CONSUMER PLAINTIFFS TO REPLY AND COMPEL HIS ATTENDANCE AT THE FINAL HEARING AND DEPOSITION**

Pursuant to Local Rule 7.2, Consumer Plaintiffs herewith file this emergency motion to strike the Objection to Class Action Settlement, Service Awards, and Fee Request of Pro Se Objector Sam A. Miorelli, E.I. Esq. (Doc. 237). Alternatively, should the Court not reject the non-compliant objection in its entirety, Consumer Plaintiffs move the Court to (1) extend the page limit for their Reply from fifteen (15) pages to thirty (30) pages and (2) compel Mr. Miorelli to attend the fairness hearing in person, and sit for a deposition before August 12, 2016. In support of this

---

[1] Counsel for Consumer Plaintiffs is authorized to represent that Home Depot joins in the request to strike the objection or in the alternative extend the Reply page limitation to thirty (30) pages.

motion, Consumer Plaintiffs herewith concurrently submit a Memorandum of Law with supporting exhibits.

Plaintiffs further request that the Court grant an immediate hearing on this matter, if the Court deems one necessary.

Respectfully submitted this 26th day of July, 2016.

|  |  |
|---|---|
|  | /s John R. Bevis |
| David J. Worley | Roy E. Barnes |
| James M. Evangelista | John R. Bevis |
| **HARRIS PENN LOWRY, LLP** | **THE BARNES LAW GROUP, LLC** |
| 400 Colony Square | 31 Atlanta Street |
| 1201 Peachtree Street, NE, Suite 900 | Marietta, GA 30060 |
| Atlanta, GA 30361 | Telephone: 770-227-6375 |
| Telephone: 404-961-7650 | Fax: 770.227.6373 |
| Fax: 404-961-7651 | roy@barneslawgroup.com |
| david@hpllegal.com | bevis@barneslawgroup.com |
| jim@hpllegal.com |  |
|  |  |
| *Consumer Co-Lead Counsel* | *Consumer Liaison Counsel* |
| *and Steering Committee Members* | *and Steering Committee Members* |
|  |  |
| John A. Yanchunis, Sr. | Norman E. Siegel |
| **MORGAN & MORGAN** | Barrett J. Vahle |
| **COMPLEX LITIGATION GROUP** | **STUEVE SIEGEL HANSON LLP** |
| 201 N Franklin Street | 460 Nichols Road, Suite 200 |
| Tampa, FL 33602 | Kansas City, MO 64112 |
| Telephone: 813-223-5505 | Telephone: 816-714-7100 |
| Fax: 813-223-5402 | Fax: 816-714-7101 |
| jyanchunis@forthepeople.com | siegel@stuevesiegel.com |
|  | vahle@stuevesiegel.com |
|  |  |
| *Consumer Co-Lead Counsel* | *Consumer Co-Lead Counsel* |
| *and Steering Committee Member* | *and Steering Committee Members* |

Tina Wolfson
**AHDOOT AND WOLFSON, P.C.**
1016 Palm Avenue
West Hollywood, CA 90069
Telephone: 310-474-9111
Fax: 310-474-8585
twolfson@ahdootwolfson.com

*Consumer Plaintiffs'*
*Steering Committee Member*

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma, OK 73120
Telephone: 405-235-1560
Fax: 405-239-2112
wbf@federmanlaw.com

*Consumer Plaintiffs'*
*Steering Committee Member*

Howard T. Longman
**STULL STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone: 212-687-7230
Fax: 212-490-2022
hlongman@ssbny.com

*Consumer Plaintiffs'*
*Steering Committee Member*

Daniel C. Girard
**GIRARD GIBBS LLP**
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone: 415-981-4800
Fax: 415-981-4846
dcg@girardgibbs.com

*Consumer Plaintiffs'*
*Steering Committee Member*

Gary S. Graifman
**KANTROWITZ, GOLDHAMER & GRAIFMAN, P.C.**
210 Summit Avenue
Montvale, NJ 07645
Telephone: 201-391-7600
Fax: 201-307-1086
ggraifman@kgglaw.com

*Consumer Plaintiffs'*
*Steering Committee Member*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation  )<br>)<br>)<br>)<br>This document relates to:  )<br>)<br>CONSUMER CASES  )<br>) | Case No.: 1:14-md-02583-TWT |

**CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), the undersigned counsel certifies that the foregoing **CONSUMER PLAINTIFFS' EMERGENCY MOTION TO STRIKE OBJECTION OF SAM A. MIORELLI, E.I., ESQ., OR IN THE ALTERNATIVE TO EXTEND THE PAGE LIMIT FOR CONSUMER PLAINTIFFS TO REPLY AND COMPEL HIS ATTENDANCE AT THE FINAL HEARING AND DEPOSITION** was prepared in Times New Roman, 14-point font, in accordance with Local Rule 5.1(C).

This 26th day of July, 2016.

/s/ John R. Bevis
JOHN R. BEVIS
Georgia Bar No. 056110

*Consumer Liaison Counsel on behalf of Consumer Case Leadership*

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____
                                                    )
In re: The Home Depot, Inc., Customer    )   Case No.: 1:14-md-02583-TWT
Data Security Breach Litigation                )
                                                    )
This document relates to:                     )
                                                    )
CONSUMER CASES                            )
_____)

**CERTIFICATE OF SERVICE**

I hereby certify that today I electronically filed the foregoing **CONSUMER PLAINTIFFS' EMERGENCY MOTION TO STRIKE OBJECTION OF SAM A. MIORELLI, E.I., ESQ., OR IN THE ALTERNATIVE TO EXTEND THE PAGE LIMIT FOR CONSUMER PLAINTIFFS TO REPLY AND COMPEL HIS ATTENDANCE AT THE FINAL HEARING AND DEPOSITION** with the Clerk of Court using the CM/ECF system, which will automatically send email notification to all counsel of record, and will serve the following by email and U.S. Regular Mail:

Sam A. Miorelli, Esq.
Law Office Sam Miorelli, P.A.
746 Ellwood Ave
Orlando, Florida 32804-7320
Sam.Miorelli@gmail.com

This 26th day of July, 2016.

          BARNES LAW GROUP, LLC

          /s John R. Bevis
          _____
          Roy E. Barnes
          Georgia Bar No. 039000
          John R. Bevis
          Georgia Bar No. 056110
          J. Cameron Tribble
          Georgia Bar No. 754759
          31 Atlanta Street
Marietta, Georgia 30060
T: 770-227-6375
F: 770-227-6373
bevis@barneslawgroup.com

          *Consumer Liaison Counsel on behalf of*
          *Consumer Case Leadership*