*In Re: The Home Depot, Inc., Consumer Data Security Breach Litigation*

Northern District of Georgia, Case No.: 1:14-md-02583-TWT

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 22 2016

JAMES N. HATTEN, CLERK
By: S. Brown Deputy Clerk

## Objection to Settlement

Steven Toleos objects to the class action settlement and the attorneys request for attorneys' fees in this case. My address is 83 Bradstreet Ave., Danvers, MA 01923 and my telephone number is (978)774-5777. I made purchases at Home Depot using my visa debit card, provided my email address and my information was comprised due to the data breach.

I believe the attorneys' fees requested of $8,475,000 is excessive and unreasonable compared to what the consumers will receive. I believe the settlement is unfair and does not provide sufficient compensation. I am going to attempt to find an attorney to represent my interests who may appear at the Final Fairness Hearing. I have not previously objecting to any other class action settlement within the last five years.

Steven Toleos

Dated: 7-18-2016

1

I mailed this objection to the following parties as required:

U.S. District Court for the Northern District of Georgia
Richard B. Russell Federal Building
75 Ted Turner Dr., SW,
Atlanta, GA 30303-3309

Norman E. Siegel
Barrett J. Vahle
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200 Kansas City, MO 64112

Roy E. Barnes
John R. Bevis
THE BARNES LAW GROUP, LLC 31 Atlanta Street
Marietta, GA 30060

Phyllis B. Sumner
S. Stewart Haskins
KING & SPALDING LLP
1180 Peachtree Street, NE
Atlanta, GA 30309

Steven Toledo
83 Bradstreet Ave.
Danvers, MA 01923

US District Court for the
Northern District of Georgia
Richard B. Russell Federal Building
75 Ted Turner Dr., SW
Atlanta, GA 30303-3309



