514 East Capitol Street NE

Washington, DC 20003

Email: DCTexan_95@yahoo.com

July 21, 2016

Home Depot Data Breach Settlement
c/o KCC
PO Box 30212
College Station, TX 77842-3212

*[COPY]*

*RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
JUL 25 2016
JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk*

Dear Sirs/Madame:

I am writing today to object to The Home Depot Data Breach Settlement based on the negligent administration of the settlement which has violated my rights under the stated terms of the settlement. Specifically, I was never contacted by the settlement administrator, Kurtzman Carson Consultants (KCC), until three days after the deadline for opting out or objecting to the settlement. This resulted in an entire breach of my rights to opt out or object to the settlement. Consequently, I am requesting that either the entire settlement be voided, in order to protect my rights, or that the deadlines for opting out or objecting to the settlement be extended by at least sixty (60) days in order to recover my rights and those of all others who may have been similarly harmed.

On November 11, 2014 I was contacted by Home Depot and informed that my email address, DCTexan_95@yahoo.com, had likely been stolen as part of their data breach, demonstrating that I am in fact a member of the class covered by this settlement. (See Attachment A) However, I was never once contacted about the lawsuit or the settlement until the morning of July 21, 2016 (See Attachment B). By that time the July 18 court deadline to opt out or object to the settlement had already passed. This act of negligence on the part of KCC, the settlement administrator, effectively robbed me of my most basic rights of participation under the settlement.

I have a personal, religious objection to participation in lawsuits such as these. However, because of the negligence of KCC my "free exercise" rights have been materially harmed through forced inclusion in a lawsuit for personal enrichment. It is on that basis that I again request that the court act to restore my rights by either voiding the settlement in its entirety, or at least by extending the July 18th deadlines. It also seems that appointing a new administrator for the settlement might be wise and warranted.

Thank you for your consideration of this matter. A copy of this letter and its attachments has been sent to the privacy officials at The Home Depot, and to the clerk of the US District Court for the Northern District of Georgia.

Yours sincerely,

*[signature]*

Andrew F. Johnson

| | |
|---|---|
| **Subject:** | Notice to Our Customers from The Home Depot |
| **From:** | The Home Depot (HomeDepotCustomerCare@email.homedepot.com) |
| **To:** | DCTEXAN_95@YAHOO.COM; |
| **Date:** | Tuesday, November 11, 2014 5:15 PM |





More saving.
More doing.

Dear Valued Customer,

The Home Depot has discovered that a file containing your email address may have been taken during the payment card breach we announced in September. The file contained email addresses, but it did not contain passwords, payment card information, or other sensitive personal information. We apologize for this incident and for the inconvenience and frustration this may cause you.

In all likelihood this event will not impact you, but we recommend that you be on the alert for phony emails requesting personal or sensitive information. If you have any questions or would like additional information on how to protect yourself from email scams, please visit our website or call 1-800-HOMEDEPOT.

Again, we apologize for the frustration and inconvenience this incident may have caused. Thank you for your continued support.

Sincerely,

The Home Depot

Please do not reply to this email. To contact us call 1-800-HOMEDEPOT, or contact us at The Home Depot, Attn: Privacy Official, 2455 Paces Ferry Road, N.W., Atlanta, GA 30339-4024, USA.

| | |
|---|---|
| Subject: | Home Depot Data Breach Settlement - get free credit monitoring and a cash payment |
| From: | Settlement Administrator (noreply@email.homedepotbreachsettlement.com) |
| To: | dctexan_95@yahoo.com; |
| Date: | Thursday, July 21, 2016 1:10 AM |

(B)

To view this message in your browser, click here

There is no documentation needed for credit monitoring services. Simply submit a Claim Form online at **www.HomeDepotBreachSettlement.com** by **October 29, 2016**. Documentation is required to receive reimbursement of losses related to the data breach. You may file a claim for both credit monitoring and reimbursement of losses.

## LEGAL NOTICE

**If You Used a Credit or Debit Card at a Self-Checkout Lane at a U.S. Home Depot Store Between April 10, 2014 and September 13, 2014 or Received Notice From Home Depot That Your Information Was Compromised, You May Be Eligible for Benefits from a Data Breach Class Action Settlement.**

A settlement has been proposed in lawsuits against The Home Depot, Inc. ("Home Depot") relating to Home Depot customers whose credit or debit card information or e-mail information was stolen as a result of a data breach that was first disclosed in September 2014 ("Home Depot Data Breach").

**Who is included in the Settlement?**
You are a member of the Settlement Class if: (1) you used your credit or debit card at a self-checkout terminal at a U.S. Home Depot store between April 10, 2014 and September 13, 2014 and your payment card information was compromised; or (2) you received notification that your e-mail address was compromised; or (3) you received an e-mail notice stating that you are a Class Member. **If you are not sure whether you are included in the Settlement Class, call 1-844-204-4489 or visit www.HomeDepotBreachSettlement.com.**

**What does the Settlement provide?**
**Cash Fund:** A Settlement Fund will provide payments to consumers who have documented losses caused by the Home Depot Data Breach. If you are included in the Settlement Class, you may be entitled to receive reimbursement of your documented losses relating to the Home Depot Data Breach, as well as time spent remedying issues relating to the data breach, up to a maximum amount set forth in the Notice available on **www.HomeDepotBreachSettlement.com**

**Monitoring Services:** If you used a credit or debit card at a self-checkout lane at a U.S. Home Depot store between April 10, 2014 and September 13, 2014 and your payment card information was compromised, you are eligible to enroll in 18 months of free Identity Guard® Essentials identity monitoring services without providing documentation.

Settlement Class Members will have access to a specific hotline maintained by Identity Guard® where you can speak to specialized fraud investigators, who will provide any appropriate remediation services at no cost, including contacting creditors and other involved parties to address and resolve issues such as unauthorized

credit card charges and bank fees. This service also includes: (a) Social Security number monitoring; (b) online "black market" monitoring; (c) financial account identity verification alerts; (d) financial account takeover alerts; (e) identity theft victim assistance; (f) lost wallet protection; (g) online username and password protection; and (f) an identity theft insurance policy.

You may make claims for **either or both** reimbursement under the Cash Fund and for Monitoring Services. **To submit a claim go to www.HomeDepotBreachSettlement.com.**

### How can I get a payment?
Submit a Claim Form online or by mail by October 29, 2016.

### What are my rights?
Unless you exclude yourself, you will be bound by the Court's decisions and you will give up your right to sue Home Depot for the legal claims resolved by this Settlement. If you want to keep your right to sue Home Depot for the legal claims resolved by this Settlement, you must exclude yourself by **July 18, 2016**. If you stay in the Settlement, you may object to it by **July 18, 2016**. The U.S. District Court for the Northern District of Georgia will hold a hearing in this case *(In re: The Home Depot, Inc., Customer Data Security Breach Litigation,* No. 1:14-md—02583-TWT) on **August 12, 2016** to consider whether to approve the Settlement, a request for attorneys' fees to be paid by Home Depot separate from and in addition to the Cash Fund, reimbursement of reasonable costs and expenses, and service awards for the Settlement Class Representatives. If you have not excluded yourself from the Settlement, you or your own lawyer may appear and speak at the hearing at your own expense.

### For More Information:
**1-844-204-4489**
**www.HomeDepotBreachSettlement.com**

If dctexan_95@yahoo.com should not be subscribed or if you need to change your subscription information for ComputerShare / Home Depot (HDD), please use this preferences page.

514 E. Capitol St. NE
Washington, DC 20003




James N. Hatten
US District Court - N. District of Georgia
Richard B. Russell Federal Building
2211 US Courthouse
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309