EXHIBIT 1
(Jue Declaration)

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

_____

In re: The Home Depot, Inc., Customer
Data Security Breach Litigation

_____

)
)
)
)
)
)

Case No.: 1:14-md-02583-TWT

CONSUMER CASES

**<u>SUPPLEMENTAL DECLARATION OF KENNETH JUE ON BEHALF OF
SETTLEMENT ADMINISTRATOR REGARDING REQUESTS FOR
EXCLUSION AND CLAIMS</u>**

I, Kenneth Jue, declare:

1.      I am employed as a senior project manager by Kurtzman Carson
Consultants ("KCC"), a nationally-recognized notice and claims administration
firm located at 3301 Kerner Blvd., San Rafael, California. KCC was retained as the
Settlement Administrator in this case, and as the senior project manager, I oversaw
the administrative services provided. I submit this declaration to provide an update
regarding requests for exclusion and claims received for the _In re: The Home
Depot, Inc., Customer Data Security Breach Litigation_ settlement.

2.      The deadline to submit a timely request for exclusion was July 18,
2016. As of the date of this declaration, 45 class members have timely opted out of
the Settlement. Additionally, one individual submitted a request for exclusion past

the deadline. Attached hereto as Exhibit A is a list of all individuals to date who have requested exclusion from the settlement.

3.     The deadline to submit a claim is October 29, 2016. As of July 27, 2016, KCC has received a total of 127,527 claim submissions under the settlement.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 29th day of July, 2016, at San Rafael, California.


Kenneth Jue

# EXHIBIT A

**Home Depot Breach Settlement**
**Requests for Exclusion**

| | Timely Requests for Exclusion | | Late Requests for Exclusion | |
|---|---|---|---|---|
| | **FirstName** | **LastName** | **FirstName** | **LastName** |
| 1 | JAMES A & CHRISTINE | BAIRD | 1 TIMOTHY | HALEY |
| 2 | JAQUELIN | BALISH | | |
| 3 | C SEAN | BATTLES | | |
| 4 | BUDD | BELANGER JR | | |
| 5 | STEPHEN | BRANEKY | | |
| 6 | DAWN & MICHAEL | CREED | | |
| 7 | AMY | CULLEN | | |
| 8 | ROBERT A | DOANE | | |
| 9 | JEFF | FAULKNER | | |
| 10 | GREGORY S | GISTENSON | | |
| 11 | IAN | GREGORY | | |
| 12 | NORA | GUERRERO | | |
| 13 | IOLANDA M & MOISES | GUIMARAES | | |
| 14 | MICHELLE | HARMON | | |
| 15 | SPENCER | HAYCOCK | | |
| 16 | ELIZABETH L | HENDEL | | |
| 17 | JIMMY H | HERNANDEZ | | |
| 18 | STEVEN | HOLT | | |
| 19 | STEVEN | HWANG | | |
| 20 | HEIDI | HWANG | | |
| 21 | TERRY | JENSEN | | |
| 22 | ED | JOSLIN | | |
| 23 | ROBERT | KRYSTKIEWICZ | | |
| 24 | JANET M | LINDSEY | | |
| 25 | BRANDIE | LYNCH | | |
| 26 | CONSTANCE | MCCONNELL | | |
| 27 | CHARINA D | MICHAUD | | |
| 28 | DOUGLAS W | MICHAUD | | |
| 29 | MICHAEL A | MOSHER | | |
| 30 | RITA M | NOVAK | | |
| 31 | GRETCHEN & OLIVER | OLIVERO | | |
| 32 | RAY F | PADILLA JR | | |
| 33 | PHILIP | PELLA | | |
| 34 | JAMES M | PERRY | | |
| 35 | RANDOLPH | PETERSEN | | |
| 36 | JONATHAN | SHAW | | |
| 37 | VICTORIA | SKOMIAL | | |
| 38 | TYRONE | SMITH | | |
| 39 | DENNIS E | SZAWALA | | |
| 40 | GORDON & LEEANNE | TAM | | |
| 41 | RICHARD E | URSCHEL | | |
| 42 | TAMARA | WALKER | | |
| 43 | ELIZABETH L | WARE | | |
| 44 | JANET | WOMACK | | |
| 45 | TIFFANY | ZELLNER | | |