# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:14-md-02583-TWT
## In Re: The Home Depot, Inc., Customer Data Security Breach Litigation
## Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Chambers on 08/04/2016.

TIME COURT COMMENCED: 11:30 A.M.
TIME COURT CONCLUDED: 11:40 A.M.          COURT REPORTER: Andy Ashley
TIME IN COURT: 0:10                        DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Roy Barnes, Cam Tribble representing consumer plaintiffs<br>Phyllis Sumner, Stewart Haskins representing Home Depot |
| PROCEEDING CATEGORY: | Telephone Conference(Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | The Court discussed with counsel the consumer settlement approval hearing scheduled for Friday 8/12/2016 at 10:00. The Court desires to attend a memorial service that morning. It was decided that the Court will enter the courtroom at 10:00 a.m. and announce the case and inquire if there is anyone there in opposition to the settlement if there are individuals present the Court will advise that the hearing has been rescheduled to the afternoon at 2:00 p.m. and the reason,(no counsel need appear). The Court then will conduct the approval hearing at 2:00 p.m. on 8/12/2016. |
| HEARING STATUS: | Hearing Concluded |