FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

AUG - 4 2016

JAMES N. HATTEN, CLERK
By: S. Brown, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation<br><br>This document relates to:<br><br>CONSUMER CASES | Case No.: 1:14-md-02583-TWT |

## CONSUMER PLAINTIFF CLASS MEMBER NATHAN KENNEDY'S MOTION TO PERMIT LATE-FILING OF OBJECTIONS DUE TO LACK OF ADEQUATE AND ACTUAL NOTICE

My name is Nathan Kennedy. I am a member of the Consumer Plaintiff class; I am not an attorney and am file this motion on my own behalf. I request that the Court allow the filing and consideration of the within Objections to the proposed settlement despite these objections being be mailed today, July 30, 2016, to be postmarked Monday August 1, 2016.

I ask that the Court grant my request because I only received notice of this action and the proposed settlement yesterday morning and am filing my objections immediately and at my first opportunity, having failed to immediately obtain Counsel's consent; because my objections go to the very adequacy of the notice provided; because there is no prejudice as I am simultaneously serving my brief objections to Class and Defense Counsel by email and the Final Approval Hearing is not until August 12, 2016.

Respectfully submitted this 30th day of July, 2016.

Nathan Kennedy
P.O. Box 424
Ithaca NY 14851-0424
ntk@hcoop.net

BY EMAIL to:   [david,jim]@hpllegal.com, [roy,bevis]@barneslawgroup.com, jyanchunis@forthepeople.com, [siegel,vahle]@stuevesiegel.com

U.S. District Court, N.D. Georgia
Richard B. Russell Fed. Bldg. &
United States Courthouse
75 Ted Turner Dr. SW
Atlanta GA 30303-3309

Norman E. Siegel
Barret J. Vahle
STUEVE SIEGEL HANSON LLP
460 Nichols Rd. Ste 200
Kansas City MO 64112

Phyllis B. Sumner
S. Stewart Haskins
KING & SPALDING LLP
1180 Peachtree St. NE
Atlanta GA 30309

Roy E. Barnes
John R. Bevis
BARNES LAW GROUP LLP
31 Atlanta St.
Marietta GA 30060