# E-MAIL HEADERS
# FROM
# SETTLEMENT ADMINISTRATOR

```
From - Wed May 25 21:31:39 2016
X-Mozilla-Status: 0001
X-Mozilla-Status2: 00000000
X-Mozilla-Keys:
Return-path: <bounce@Administrator.qgemail.com>
Envelope-to: ntk@hcoop.net
Delivery-date: Thu, 28 Apr 2016 16:10:40 -0400
Received: from Debian-exim by mccarthy.hcoop.net with spam-scanned (Exim 4.84)
        (envelope-from <bounce@Administrator.qgemail.com>)
        id 1avsGi-0000JQ-PM
        for ntk@hcoop.net; Thu, 28 Apr 2016 16:10:40 -0400
X-Spam-Checker-Version: SpamAssassin 3.3.2 (2011-06-06) on hopper.hcoop.net
X-Spam-Level:
X-Spam-Status: No, score=-2.2 required=5.0 tests=AWL,BAYES_00,HTML_MESSAGE,
        LOTS_OF_MONEY,PYZOR_CHECK,RCVD_IN_DNSWL_NONE,RP_MATCHES_RCVD,SPF_PASS
        autolearn=no version=3.3.2
Received: from sxcfssmmta1-ip4.qgemail.com ([204.145.1.13])
        by mccarthy.hcoop.net with esmtp (Exim 4.84)
        (envelope-from <bounce@Administrator.qgemail.com>)
        id 1avsGi-0000JL-L1
        for ntk@hcoop.net; Thu, 28 Apr 2016 16:10:36 -0400
Received: from sxcfssmmta1.qg.com ([204.145.1.3])
        by sxcfssmmta1-ip4.qgemail.com (-); Thu, 28 Apr 2016 15:10:24 -0500
X-VirtualServer: vsb1, sxcfssmmta1-ip4.qgemail.com, 204.145.1.13
X-VirtualServerGroup: vsb1
X-MailingID: 16827490::3402392::362471::211604::AhFc3-
sAAAFHAYQAGgAIVyIXZw::5511710_0_0
X-SMHeaderMap: mid="X-MailingID"
X-Destination-ID: ntk@hcoop.net
X-SMFBL: bnRrQGhjb29wLm5ldA==
DomainKey-Signature: a=rsa-sha1;
 c=nofws;
 s=sm;
 d=qgemail.com;
 q=dns;

b=LaLO9Sh1DXSg4pLLi8vK21QnrEOKxqFXmIkuJKfJBq6BW764+7oNKaMU+JLPsTzSIjqoXjT7anatQO6bJ
7QgKVHKiHuJE5hXhMrJ+terfv9Tmbv8jib41bBPFgJLnIVVFFX51gWU3z0PzHLp0jX1xMcnggSX2sGDHucf
YUUmrzc=
DKIM-Signature: v=1; a=rsa-sha1; c=simple; d=qgemail.com; s=sm;
        i=@qgemail.com; h=Content-Transfer-Encoding:Content-Type:
        Reply-To:MIME-Version:Message-ID:X-ReportingKey:Subject:Date:To:
        From; bh=TYe64sLMCHjEpeNiuxtriUeK4oQ=; b=qdW28pkYjouOXqmHIZCgyVz
        YhJgyEVH4Jz9hvCegxJ4BD+VZxgwc47wGtOU67rT38LFW1mUnUeKVpYGLO1qTn0C
        BNYz1AMnTgEyDf1a31TYr3KBIQgrY3ejac7EUj0L/S2+Jx+DAfno5gpYOQP/JQ5V
        JVeCWHWv5v6hu4fmIRZs=
Content-Transfer-Encoding: 7bit
Content-Type: multipart/alternative;
        boundary="----=_NextPart_337_7734_69D17F7B.74AFD311"
Reply-To: NoReply@Administrator.qgemail.com
MIME-Version: 1.0
Message-ID: <16827490.5511710@qgemail.com>
X-ReportingKey: LJ1720HO1BG3K2EG1RKK765JJJ245AHJJJ::ntk@hcoop.net::AhFc3-
sAAAFHAYQAGgAIVyIXZw
Subject: Legal Notification: Home Depot Breach Settlement
Date: Thu, 28 Apr 2016 15:10:14 -0500
To: ntk@hcoop.net
From: "Settlement Administrator" <Administrators@qgemail.com>
Received-SPF: pass client-ip=204.145.1.13; envelope-
```

```
Return-path:
<errors+9z1z1vhlcp03739ntcdm50l85t02gi5kmgdvfr8n3d0@email.homedepotbreachsettlement
.com>
Envelope-to: ntk@hcoop.net
Delivery-date: Fri, 29 Jul 2016 00:54:41 -0400
Received: from Debian-exim by mccarthy.hcoop.net with spam-scanned (Exim 4.84)
        (envelope-from
<errors+9z1z1vhlcp03739ntcdm50l85t02gi5kmgdvfr8n3d0@email.homedepotbreachsettlement
.com>)
        id 1bSzoh-00089Y-3n
        for ntk@hcoop.net; Fri, 29 Jul 2016 00:54:40 -0400
X-Spam-Checker-Version: SpamAssassin 3.3.2 (2011-06-06) on hopper.hcoop.net
X-Spam-Level:
X-Spam-Status: No, score=-1.9 required=5.0 tests=BAYES_00,HTML_MESSAGE,
        RCVD_IN_DNSWL_NONE,SPF_PASS,TVD_PH_BODY_ACCOUNTS_PRE autolearn=ham
        version=3.3.2
Received: from pip200.ipost.com ([64.84.6.200])
        by mccarthy.hcoop.net with esmtp (Exim 4.84)
        (envelope-from
<errors+9z1z1vhlcp03739ntcdm50l85t02gi5kmgdvfr8n3d0@email.homedepotbreachsettlement
.com>)
        id 1bSzog-00088K-Ln
        for ntk@hcoop.net; Fri, 29 Jul 2016 00:54:35 -0400
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed; d=ipost.com;
h=from:to:subject:date:message-id:list-id:list-post:list-unsubscribe:mime-
version:content-type; s=dkim; bh=pmViyaZwf0SEzKIdn3m5WkMCwms=;
b=OzmFORdkyXg2qHWs8qzsdqn4v109eNFHDp1GduYaeFx0Zn62/lbekXF8sBDJZVc5AHt3Y8LfGqYS86ZTK
YtnKOwbpIrL7uBMhNnjMzNCsT8jOydhGRabl4I7h3clxmEDbVhNgegi3SOu4MZDl0MfJyxRjsSpYtvBCuex
kt9L7sg=
From: Settlement Administrator <noreply@email.homedepotbreachsettlement.com>
To: ntk@hcoop.net
Subject: Home Depot Data Breach Settlement - get free credit monitoring and
 a cash payment
Date: Thu, 28 Jul 2016 21:53:22 -0700
Message-Id: <1469768002.30103.0.271182@email.homedepotbreachsettlement.com>
Errors-To:
errors+9z1z1vhlcp03739ntcdm50l85t02gi5kmgdvfr8n3d0@email.homedepotbreachsettlement.
com
List-ID:
<err4t9ge6qf059lmgqb3ct0muqrac9l61rr2shiekq3cc5mekon2sdl6mqj7cbjkorrbc.email.homede
potbreachsettlement.com>
List-Post: NO (posting not allowed on this list)
List-Unsubscribe:
<http://email.homedepotbreachsettlement.com/prefs/9z1zko5btpsfai397h0ppk8ocs0l2n926
7jcao8ge4o>
MIME-Version: 1.0
Content-Type: multipart/alternative;
boundary=hgm6p77cdge0o32cej60p30cphq0ot3ctjm1or0s
Received-SPF: pass client-ip=64.84.6.200; envelope-
from=errors+9z1z1vhlcp03739ntcdm50l85t02gi5kmgdvfr8n3d0@email.homedepotbreachsettle
ment.com; helo=pip200.ipost.com


--hgm6p77cdge0o32cej60p30cphq0ot3ctjm1or0s
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain

There is no documentation needed for credit monitoring services. Simply sub=
```