# E-MAIL HEADERS FROM SCAM/FRAUD EMAILS MENTIONING HOME DEPOT

```
Return-path: <HomeDepot-Hacking@instantviewnetwork.eu>
Envelope-to: ntk@hcoop.net
Delivery-date: Mon, 03 Aug 2015 22:40:31 -0400
Received: from Debian-exim by mccarthy.hcoop.net with spam-scanned (Exim 4.84)
        (envelope-from <HomeDepot-Hacking@instantviewnetwork.eu>)
        id 1ZMS9W-0001KJ-Up
        for ntk@hcoop.net; Mon, 03 Aug 2015 22:40:31 -0400
X-Spam-Checker-Version: SpamAssassin 3.3.2 (2011-06-06) on hopper.hcoop.net
X-Spam-Level: ***
X-Spam-Status: No, score=3.3 required=5.0 tests=BAYES_50,RDNS_NONE,
        SPF_HELO_PASS,SPF_PASS,URIBL_BLACK autolearn=no version=3.3.2
Received: from [104.206.196.155] (helo=instantviewnetwork.eu)
        by mccarthy.hcoop.net with esmtp (Exim 4.84)
        (envelope-from <HomeDepot-Hacking@instantviewnetwork.eu>)
        id 1ZMS9W-0001KE-Qj
        for ntk@hcoop.net; Mon, 03 Aug 2015 22:40:30 -0400
Date: Mon, 03 Aug 2015 19:45:50 -0700
From: HomeDepot Hacking <HomeDepot-Hacking@instantviewnetwork.eu>
Message-ID:
<8487435.8487435_ce15543ebdc771d1c05b4f2d3a8a25e7@instantviewnetwork.eu>
Qg-Kder: ce15543ebdc771d1c05b4f2d3a8a25e7e8487435r-
ce15543ebdc771d1c05b4f2d3a8a25e7qi
Subject: Reuters: Your HomeDepot data may have been leaked, Verify your records
immediately
Mime-Version: 1.0
To: <ntk@hcoop.net>
Content-Type: text/plain;
WzfCl: ce15543ebdc771d1c05b4f2d3a8a25e7
X-Host-Lookup-Failed: Reverse DNS lookup failed for 104.206.196.155 (failed)
Received-SPF: pass client-ip=104.206.196.155; envelope-from=HomeDepot-
Hacking@instantviewnetwork.eu; helo=instantviewnetwork.eu
```

Reuters Report
-----------------------------------
New Site Allows You to See if You're Data has been compromised
-----------------------------------
Verify Your Information immediately
-----------------------------------


Critical Information for:

Your public records may have been released in the most recent data theft.

There has been a rise in cyber attacks within the last year. Places like JP Morgan Chase have had credit information stolen. The most recent attack was on popular dating site Ashley Madison, exposing the identities of thousands.

Go here now Verify Your Data by Monday, August 3, 2015.--
http://actnow.instantviewnetwork.eu

```
Return-path: <ABCNewsCyberNotice@instanthackedsiteville.work>
Envelope-to: ntk@hcoop.net
Delivery-date: Fri, 07 Aug 2015 14:52:18 -0400
Received: from Debian-exim by mccarthy.hcoop.net with spam-scanned (Exim 4.84)
        (envelope-from <ABCNewsCyberNotice@instanthackedsiteville.work>)
        id 1ZNmkb-0004GC-A3
        for ntk@hcoop.net; Fri, 07 Aug 2015 14:52:18 -0400
X-Spam-Checker-Version: SpamAssassin 3.3.2 (2011-06-06) on hopper.hcoop.net
X-Spam-Level: ***
X-Spam-Status: No, score=4.0 required=5.0 tests=BAYES_60,RDNS_NONE,
        SPF_HELO_PASS,SPF_PASS,URIBL_BLACK autolearn=no version=3.3.2
Received: from [50.3.176.155] (helo=instanthackedsiteville.work)
        by mccarthy.hcoop.net with esmtp (Exim 4.84)
        (envelope-from <ABCNewsCyberNotice@instanthackedsiteville.work>)
        id 1ZNmkb-0004G5-5r
        for ntk@hcoop.net; Fri, 07 Aug 2015 14:52:17 -0400
Date: Fri, 07 Aug 2015 11:59:22 -0700
Content-Type: text/plain;
Subject: ABCNews: Your HomeDepot data may have been leaked, Verify your records
within 24Hrs
From: ABCNews Cyber Notice <ABCNewsCyberNotice@instanthackedsiteville.work>
DowjpIwqs: ce15543ebdc771d1c05b4f2d3a8a25e7
Mime-Version: 1.0
Pw-Iywao: 2807321x_hce15543ebdc771d1c05b4f2d3a8a25e7.n2807321
To: <ntk@hcoop.net>
Message-ID: <2807321.7636708.7636708@instanthackedsiteville.work>
X-Host-Lookup-Failed: Reverse DNS lookup failed for 50.3.176.155 (failed)
Received-SPF: pass client-ip=50.3.176.155; envelope-
from=ABCNewsCyberNotice@instanthackedsiteville.work;
helo=instanthackedsiteville.work
```

CNN Headline News
-----------------------------------
Was Your Data Your data was compromised in recent dating website hack?
-----------------------------------
Verify Your Information within 24Hrs
-----------------------------------


Urgent Information for:

Your public records may have been exposed in the most recent data theft.

There has been a rise in cyber attacks within the last year. Places like Home Depot have had credit information stolen. The most recent attack was on popular dating site Ashley Madison, exposing the identities of thousands.

Go here now Verify Your Information by 08.07.15:
http://checknow.instanthackedsiteville.work

```
From - Wed May 25 21:29:36 2016
X-Mozilla-Status: 0001
X-Mozilla-Status2: 00000000
X-Mozilla-Keys:
Return-path: <Champion_Window_Savings@tagcfgj.review>
Envelope-to: ntk@hcoop.net
Delivery-date: Wed, 16 Sep 2015 12:10:21 -0400
Received: from Debian-exim by mccarthy.hcoop.net with spam-scanned (Exim 4.84)
        (envelope-from <Champion_Window_Savings@tagcfgj.review>)
        id 1ZcFHn-00051Q-UR
        for ntk@hcoop.net; Wed, 16 Sep 2015 12:10:20 -0400
X-Spam-Checker-Version: SpamAssassin 3.3.2 (2011-06-06) on hopper.hcoop.net
X-Spam-Level: **
X-Spam-Status: No, score=2.1 required=5.0 tests=AWL,BAYES_60,
        HTML_FONT_LOW_CONTRAST,HTML_IMAGE_ONLY_32,HTML_IMAGE_RATIO_08,HTML_MESSAGE,
        RDNS_NONE,SPF_HELO_PASS,SPF_PASS autolearn=no version=3.3.2
Received: from [23.104.135.71] (helo=tagcfgj.review)
        by mccarthy.hcoop.net with esmtp (Exim 4.84)
        (envelope-from <Champion_Window_Savings@tagcfgj.review>)
        id 1ZcFHn-00051B-PR
        for ntk@hcoop.net; Wed, 16 Sep 2015 12:10:19 -0400
Date: Wed, 16 Sep 2015 09:15:20 -0700
Content-Type: multipart/alternative; boundary="15470158_14176329_15470158"
To: <ntk@hcoop.net>
From: Champion_Window_Savings <Champion_Window_Savings@tagcfgj.review>
Message-ID: <ce15543ebdc771d1c05b4f2d3a8a25e7.15470158.14176329@tagcfgj.review>
Subject: Announcing Home Depot September Window Specials
Mime-Version: 1.0
Eha-Wn: 15470158i_15470158e-ce15543ebdc771d1c05b4f2d3a8a25e7sb
Kp-Jttd: ce15543ebdc771d1c05b4f2d3a8a25e7g_15470158f_x14176329
X-Host-Lookup-Failed: Reverse DNS lookup failed for 23.104.135.71 (failed)
Received-SPF: pass client-ip=23.104.135.71; envelope-
from=Champion_Window_Savings@tagcfgj.review; helo=tagcfgj.review


--15470158_14176329_15470158
Content-Type: text/plain

Today Only, Savings on Pella Windows From Home Depot, Here Only-
http://grabit.tagcfgj.review/inquire

Excellent pizza. And we're from Chicago!  We were in Italy and your food beats most
of what we had in Italy. Your pizza is just delicious and our waitress... This
place IS fun. :) Everyone is so friendly and welcoming. ..It's the perfect place to
grab a draft beer with some friends or even by yourself. No one will... Jeff \u0026
Tammy the owners are very kind and friendly people.  They take pride in the staff
they hire.  I've never had less than stellar service from all.... Chives has
delicious food that is always changing with whatever is fresh. Service is great!
This place continues to impress. Consistent and great food. The bar staff hustles
all night to make drinks so great job John and Mel. Authentic old... My husband and
I recently moved to town and decided to try some local fare last night. Goodness,
are we happy we did! This place was was wonderful
fromce15543ebdc771d1c05b4f2d3a8a25e7

--15470158_14176329_15470158
Content-Transfer-Encoding: 8bit
Content-Type: text/html; charset="utf-8"

<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
```

```
From - Wed May 25 21:30:50 2016
X-Mozilla-Status: 0001
X-Mozilla-Status2: 00000000
X-Mozilla-Keys:
Return-path: <Kitchen-Cabinet-Remodeling@bxiid.thoodu.top>
Envelope-to: ntk@hcoop.net
Delivery-date: Fri, 12 Feb 2016 07:52:37 -0500
Received: from Debian-exim by mccarthy.hcoop.net with spam-scanned (Exim 4.84)
        (envelope-from <Kitchen-Cabinet-Remodeling@bxiid.thoodu.top>)
        id 1aUDD9-0008GP-Qx
        for ntk@hcoop.net; Fri, 12 Feb 2016 07:52:37 -0500
X-Spam-Checker-Version: SpamAssassin 3.3.2 (2011-06-06) on hopper.hcoop.net
X-Spam-Level: ***
X-Spam-Status: No, score=3.4 required=5.0 tests=BAYES_05,
        HTML_FONT_LOW_CONTRAST,HTML_MESSAGE,RCVD_IN_BRBL_LASTEXT,RDNS_NONE,
        SPF_HELO_PASS,SPF_PASS,URIBL_BLACK autolearn=no version=3.3.2
Received: from [104.245.97.122] (helo=bxiid.thoodu.top)
        by mccarthy.hcoop.net with esmtp (Exim 4.84)
        (envelope-from <Kitchen-Cabinet-Remodeling@bxiid.thoodu.top>)
        id 1aUDD9-0008GJ-Lw
        for ntk@hcoop.net; Fri, 12 Feb 2016 07:52:35 -0500
Date: Fri, 12 Feb 2016 06:02:52 -0700
Content-Type: multipart/alternative; boundary="15018350_20435066_15018350"
Mime-Version: 1.0
From: Kitchen Cabinet Remodeling <Kitchen-Cabinet-Remodeling@bxiid.thoodu.top>
To: <ntk@hcoop.net>
Content-Transfer-Encoding: 8bit
Message-ID: <15018350.20435066.ce15543ebdc771d1c05b4f2d3a8a25e7ntk@hcoop.net>
Subject: Home Depot: Create your dream kitchen. Free Estimate #15018350
X-Host-Lookup-Failed: Reverse DNS lookup failed for 104.245.97.122 (failed)
Received-SPF: pass client-ip=104.245.97.122; envelope-from=Kitchen-Cabinet-
Remodeling@bxiid.thoodu.top; helo=bxiid.thoodu.top


--15018350_20435066_15018350
Content-Type: text/plain


Home Depot: Create your dream kitchen. Free Estimate #15018350.
http://newdeals.thoodu.top/tryit


Clean with attentive wait staff. Easy-going place to grab lunch, dinner or just a
drink. Staff is always friendly, local art for sale rotates regularly on the walls,
sit out in the garden... This place is adorable. A friend and I decided to try it
out on a whim after living here for the better part of a year. We had an early
reservation and sat... Worth the trip! ....I found Press Room via Yelp, so felt it
my duty to write my own review. ....My husband and I came in on Sunday morning
brunch without... Hmm.... does Beans deserve a 4 star or a 5 star review?  I can't
do a 4.5 so 5 star it is!....Here's the deal, people. If you like traditional
coffee houses... Wow, what a great restaurant, we will be back
tomorrow.ce15543ebdc771d1c05b4f2d3a8a25e7

--15018350_20435066_15018350
Content-Transfer-Encoding: 8bit
Content-Type: text/html; charset="utf-8"

<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
"http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd">
```

```
From - Wed May 25 21:30:53 2016
X-Mozilla-Status: 0001
X-Mozilla-Status2: 00000000
X-Mozilla-Keys:
Return-path: <Kitchen-Experts@bvghn.alamog.top>
Envelope-to: ntk@hcoop.net
Delivery-date: Sun, 14 Feb 2016 10:34:36 -0500
Received: from Debian-exim by mccarthy.hcoop.net with spam-scanned (Exim 4.84)
        (envelope-from <Kitchen-Experts@bvghn.alamog.top>)
        id 1aUygy-000417-93
        for ntk@hcoop.net; Sun, 14 Feb 2016 10:34:36 -0500
X-Spam-Checker-Version: SpamAssassin 3.3.2 (2011-06-06) on hopper.hcoop.net
X-Spam-Level: **
X-Spam-Status: No, score=2.7 required=5.0 tests=AWL,BAYES_05,
        HTML_FONT_LOW_CONTRAST,HTML_MESSAGE,PYZOR_CHECK,RDNS_NONE,SPF_HELO_PASS,
        SPF_PASS,URIBL_BLACK autolearn=no version=3.3.2
Received: from [104.148.4.28] (helo=bvghn.alamog.top)
        by mccarthy.hcoop.net with esmtp (Exim 4.84)
        (envelope-from <Kitchen-Experts@bvghn.alamog.top>)
        id 1aUygy-000412-4O
        for ntk@hcoop.net; Sun, 14 Feb 2016 10:34:32 -0500
Date: Sun, 14 Feb 2016 08:43:01 -0700
To: <ntk@hcoop.net>
Content-Type: multipart/alternative; boundary="7612232_19997533_7612232"
Content-Transfer-Encoding: 8bit
Mime-Version: 1.0
From: Kitchen Experts <Kitchen-Experts@bvghn.alamog.top>
Message-ID: <7612232.19997533.ce15543ebdc771d1c05b4f2d3a8a25e7ntk@hcoop.net>
Subject: Home Depot Dream Kitchen: Free Estimate
X-Host-Lookup-Failed: Reverse DNS lookup failed for 104.148.4.28 (failed)
Received-SPF: pass client-ip=104.148.4.28; envelope-from=Kitchen-
Experts@bvghn.alamog.top; helo=bvghn.alamog.top


--7612232_19997533_7612232
Content-Type: text/plain


Home Depot Dream Kitchen: Free Estimate: http://buytoday.alamog.top/checkit


Okay..this place is nothing fancy. That being said if you are looking for decent
fried food or good comfort food, this place is a good option.  The fried... The
Heritage House is one of the nicest places to eat in the area.  The food is
delicious, and the setting of an old converted home feels upscale without...
Visited Skowhegan where our friend's family lived. They took us to this cozy pub
for dinner and it was delicious! Not much to say here. Everyone was very... Living
in Boston, I am repeatedly disappointed with the Thai there..I basically live in
Chinatown too.ce15543ebdc771d1c05b4f2d3a8a25e7

--7612232_19997533_7612232
Content-Transfer-Encoding: 8bit
Content-Type: text/html; charset="utf-8"

<!DOCTYPE html PUBLIC "-//W3C//DTD XHTML 1.0 Strict//EN"
"http://www.w3.org/TR/xhtml1/DTD/xhtml1-strict.dtd">

<html xmlns="http://www.w3.org/1999/xhtml">
<head>
```