IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation, <br><br> This document relates to: <br><br> CONSUMER CASES | Case No.: 1:14-md-02583-TWT |

**ORDER GRANTING**
**CONSENT MOTION TO EXTEND PAGE LIMIT**
**FOR HOME DEPOT'S REPLY IN SUPPORT OF**
**MOTION FOR FINAL APPROVAL OF SETTLEMENT**

Having considered Home Depot's Consent Motion to Extend Page Limit for Home Depot's Reply in Support of Motion for Final Approval of Settlement (the "Motion"), and for good cause shown, it is hereby ordered that the Motion is GRANTED. The page limit for Home Depot's reply is extended from fifteen (15) pages to thirty (30) pages.

So ORDERED, this 8th day of July, 2016.

                                            /s/Thomas W. Thrash
                                            THOMAS W. THRASH, JR.
                                            UNITED STATES DISTRICT JUDGE