In re: The Home Depot, Inc., Customer Data Security Breach Litigation

31 July 2016

I am a member of the settlement class by way of receiving an email notification of that fact.

I object to this settlement firstly due to the mishandling of notification for this litigation. The attached documents show the entirety of the communication I have received about the litigation, including all the internet headers – the postmarks, if you will. I have taken the liberty of highlighting all the timestamps, which show that this message was transmitted on the 31th of July, 2016. The linked document states,

> "You must mail your exclusion request, postmarked no later than July 18, 2016..."

> "To be considered by the Court, your objection must be mailed, postmarked no later than July 18, 2016..."

This would seem to be in serious temporal conflict with the rest of the document. It requires that I build a time machine to go back a number of weeks to before July 18 in order to submit my objection.

I believe it is in my best interests to exclude myself from classes which do not represent me, and object to class actions that cause harm to me. In the Netflix case, I objected because I was not harmed by the issue, did not feel like it was a serious concern, and felt that the proposed remedy would be aid to Netflix instead of punishment. It would in turn damage me, when they raised their prices. Sadly, my objections in that case were apparently rejected due to some general malfeasance within Prenda Law. I am hoping that the poor actions of class council in this case do not similarly cause my concerns to be misplaced.

In the Home Depot case, in addition to my concerns with the mishandling of dates, I object to the use of Credit Monitoring as a remedy. This enriches credit monitoring firms – who themselves were recently guilty of mishandling my private data – while providing little to no evident value to class members. Furthermore, I do not believe I was directly harmed by this breach. I cannot in good conscience claim a remedy from Home Depot.

I thank you for your time and consideration of my claim, especially in light of its supposed tardiness. I do not have my own attorney in this case and do not claim any compensation for my objection. I do not intend to make an appearance at the final hearing.  It is solely my hope that I am removed from the class and that my objections are taken into account.


Sincerely,

*[signature]*

Michael Dwyer
PO Box 9056
Seattle, WA 98109
970-980-4797
mdwyer@timestreamtech.com

RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

AUG – 9 2016

JAMES N. HATTEN, Clerk
*[signature]* S. Brannon, Deputy Clerk

                                        Untitled
Return-Path:
<errors+9z1zibk1frifrl74sqia7suupnbsi4tbfo1ptoqjhh0@email.homedepotbreachsettlement.
com>
Received: from compute5.internal (compute5.nyi.internal [10.202.2.45])
         by sloti36d2t33 (Cyrus 3.0.0-beta3-git-fastmail-13648) with LMTPA;
         Sun, 31 Jul 2016 03:03:19 -0400
X-Cyrus-Session-Id: sloti36d2t33-1059949-1469948599-2-6483285066215573999
X-Sieve: CMU Sieve 2.4
X-Spam-known-sender: no
X-Spam-score: 4.6
X-Spam-hits: BAYES_50 0.8, DCC_CHECK 1.1, HTML_MESSAGE 0.001, RCVD_IN_PSBL 2.7,
  SPF_PASS -0.001, TVD_PH_BODY_ACCOUNTS_PRE 0.001, LANGUAGES en,
  BAYES_USED global, SA_VERSION 3.3.2
X-Spam-source: IP='204.94.81.199', Host='pip199.smf.ipost.com', Country='US',
  FromHeader='com', MailFrom='com'
X-Spam-charsets: html='us-ascii'
X-Resolved-to: mdwyer@timestreamtech.com
X-Delivered-to: mdwyer@timestreamtech.com
X-Mail-from:
errors+9z1zibk1frifrl74sqia7suupnbsi4tbfo1ptoqjhh0@email.homedepotbreachsettlement.c
om
Received: from mx4 ([10.202.2.203])
  by compute5.internal (LMTPProxy); Sun, 31 Jul 2016 03:03:19 -0400
Received: from mx4.messagingengine.com (localhost [127.0.0.1])
        by mailmx.nyi.internal (Postfix) with ESMTP id 8529BF641F
        for <mdwyer@timestreamtech.com>; Sun, 31 Jul 2016 03:03:17 -0400 (EDT)
Received: from mx4.messagingengine.com (localhost [127.0.0.1])
    by mx4.messagingengine.com (Authentication Milter) with ESMTP
    id A18B7DC40A6;
    Sun, 31 Jul 2016 03:03:17 -0400
Authentication-Results: mx4.messagingengine.com;
    dkim=pass (1024-bit rsa key) header.d=ipost.com header.i=@ipost.com
header.b=n/kzshOJ;
    dmarc=none (p=none;has-list-id=yes)
header.from=email.homedepotbreachsettlement.com;
    spf=pass
smtp.mailfrom=errors+9z1zibk1frifrl74sqia7suupnbsi4tbfo1ptoqjhh0@email.homedepotbrea
chsettlement.com smtp.helo=pip199.smf.ipost.com
Received-SPF: pass
    (email.homedepotbreachsettlement.com: 204.94.81.199 is authorized to use
'errors+9z1zibk1frifrl74sqia7suupnbsi4tbfo1ptoqjhh0@email.homedepotbreachsettlement.
com' in 'mfrom' identity (mechanism 'ip4:204.94.81.0/24' matched))
    receiver=mx4.messagingengine.com;
    identity=mailfrom;

envelope-from="errors+9z1zibk1frifrl74sqia7suupnbsi4tbfo1ptoqjhh0@email.homedepotbre
achsettlement.com";
    helo=pip199.smf.ipost.com;
                                        Page 1

Untitled

```
      client-ip=204.94.81.199
Received: from pip199.smf.ipost.com (pip199.smf.ipost.com [204.94.81.199])
        (using TLSv1 with cipher DHE-RSA-AES256-SHA (256/256 bits))
        (No client certificate requested)
        by mx4.messagingengine.com (Postfix) with ESMTPS
        for <mdwyer@timestreamtech.com>; Sun, 31 Jul 2016 03:03:16 -0400 (EDT)
Received: by pip199.smf.ipost.com (PowerMTA(TM) v3.5r14) id hjmh9s10ddsd for
<mdwyer@timestreamtech.com>; Sun, 31 Jul 2016 00:02:30 -0700 (envelope-from
<errors+9z1zibk1frifrl74sqia7suupnbsi4tbfo1ptoqjhh0@email.homedepotbreachsettlement.
com>)
DKIM-Signature: v=1; a=rsa-sha1; c=relaxed; d=ipost.com;
h=from:to:subject:date:message-id:list-id:list-post:list-unsubscribe:mime-version:co
ntent-type; s=dkim; bh=OcP8NV+1bkEzNd31uM6/+Ta+xEI=;
b=n/kzshOJspLYQzJIWE4rJwd4gBib98/H9G9JuRjGMx3jalP2Zt6YQWY3+XQAuTI3l+KEXavFHQR0t/k2Rw
UyJBkoVJxIz+PL+AlfYlbGaay/zPgN0HdxZ24L9a3hk9LZi4FE9Hw+LNvUCYnrmU3DrifFPrH+mHAWZ9J2cZ
EEHc4=
From: Settlement Administrator <noreply@email.homedepotbreachsettlement.com>
To: mdwyer@timestreamtech.com
Subject: Home Depot Data Breach Settlement - get free credit monitoring and
 a cash payment
Date: Sun, 31 Jul 2016 00:02:06 -0700
Message-Id: <1469948526.581.0.287677@email.homedepotbreachsettlement.com>
Errors-To:
errors+9z1zibk1frifrl74sqia7suupnbsi4tbfo1ptoqjhh0@email.homedepotbreachsettlement.c
om
List-ID:
<err4t9ge6qf059lmgqb3ct0muqrac9l61rr2shiekq3cc5mekon2sdl6mqj7cbjkorrbc.email.homedep
otbreachsettlement.com>
List-Post: NO (posting not allowed on this list)
List-Unsubscribe:
<http://email.homedepotbreachsettlement.com/prefs/9z1zebff50inncuba7ilbskghm49fof3c4
353ujmaqo>
MIME-Version: 1.0
Content-Type: multipart/alternative; boundary=hgm6p74s5geaoj3ceim1p33k1hqep30spimao


--hgm6p74s5geaoj3ceim1p33k1hqep30spimao
Content-Transfer-Encoding: quoted-printable
Content-Type: text/plain

There is no documentation needed for credit monitoring services. Simply sub=
mit a Claim Form online at www.HomeDepotBreachSettlement.com by October 29,=
 2016. Documentation is required to receive reimbursement of losses related=
 to the data breach. You may file a claim for both credit monitoring and re=
imbursement of losses.=20
```

Untitled

**LEGAL NOTICE**

**If You Used a Credit or Debit Card at a Self-Checkout Lane at a U.S. Home Depot Store Between April 10, 2014 and September 13, 2014 or Received Notice From Home Depot That Your Information Was Compromised, You May Be Eligible for Benefits from a Data Breach Class Action Settlement.**

A settlement has been proposed in lawsuits against The Home Depot, Inc. ("Home Depot") relating to Home Depot customers whose credit or debit card information or e-mail information was stolen as a result of a data breach that was first disclosed in September 2014 ("Home Depot Data Breach").

Who is included in the Settlement?
You are a member of the Settlement Class if: (1) you used your credit or debit card at a self-checkout terminal at a U.S. Home Depot store between April 10, 2014 and September 13, 2014 and your payment card information was compromised; or (2) you received notification that your e-mail address was compromised; or (3) you received an e-mail notice stating that you are a Class Member. If you are not sure whether you are included in the Settlement Class, call 1-844-204-4489 or visit www.HomeDepotBreachSettlement.com.

What does the Settlement provide?
Cash Fund: A Settlement Fund will provide payments to consumers who have documented losses caused by the Home Depot Data Breach. If you are included in the Settlement Class, you may be entitled to receive reimbursement of your documented losses relating to the Home Depot Data Breach, as well as time spent remedying issues relating to the data breach, up to a maximum amount set forth in the Notice available on www.HomeDepotBreachSettlement.com

Monitoring Services: If you used a credit or debit card at a self-checkout lane at a U.S. Home Depot store between April 10, 2014 and September 13, 2014 and your payment card information was compromised, you are eligible to enroll in 18 months of free Identity Guard® Essentials identity monitoring services without providing documentation.
Settlement Class Members will have access to a specific hotline maintained by Identity Guard® where you can speak to specialized fraud investigators, who will provide any appropriate remediation services at no cost, including contacting creditors and other involved parties to address and resolve issues such as unauthorized credit card charges and bank fees. This service also includes: (a) Social Security number monitoring; (b) online "black market" monitoring; (c) financial account identity verification alerts; (d) financial account takeover alerts; (e) identity theft victim assistance; (f) lost wallet protection; (g) online username and password protection; and (f) an identity theft insurance policy.

You may make claims for either or both reimbursement under the Cash Fund and for Monitoring Services. To submit a claim go to www.HomeDepotBreachSettlement.com.

Page 3

Untitled

How can I get a payment?
Submit a Claim Form online or by mail by October 29, 2016.

What are my rights?
Unless you exclude yourself, you will be bound by the Court=92s decisions a=
nd you will give up your right to sue Home Depot for the legal claims resol=
ved by this Settlement. If you want to keep your right to sue Home Depot fo=
r the legal claims resolved by this Settlement, you must exclude yourself b=
y July 18, 2016. If you stay in the Settlement, you may object to it by Jul=
y 18, 2016. The U.S. District Court for the Northern District of Georgia wi=
ll hold a hearing in this case (In re: The Home Depot, Inc., Customer Data =
Security Breach Litigation, No. 1:14-md=AC02583-TWT) on August 12, 2016 to =
consider whether to approve the Settlement, a request for attorneys=92 fees=
 to be paid by Home Depot separate from and in addition to the Cash Fund, r=
eimbursement of reasonable costs and expenses, and service awards for the S=
ettlement Class Representatives. If you have not excluded yourself from the=
 Settlement, you or your own lawyer may appear and speak at the hearing at =
your own expense.

For More Information:
1-844-204-4489
www.HomeDepotBreachSettlement.com

If mdwyer@timestreamtech.com should not be subscribed or if you
need to change your subscription information for ComputerShare /
Home Depot (HDD), please use this preferences page:
http://email.homedepotbreachsettlement.com/prefs/9z1zebff50inncuba7ilbskghm=
49fof3c4353ujmaqo

Home Depot Breach Settlement, P.O. Box 6002, Larkspur, CA 94977-6002

--hgm6p74s5geaoj3ceim1p33k1hqep30spimao
Content-Transfer-Encoding: quoted-printable
Content-Type: text/html; charset="us-ascii"

<!doctype html>
<html>
	<head>
		<meta charset=3D"utf-8" />
		<title>Home Depot Data Breach Settlement - get free credit monitoring and=
 a cash payment</title>
	</head>
	<body>
		<p>
			<span class=3D"preheader" style=3D"display: none !important; visibility:=

Dwyer
PO Box 9056
Seattle, WA 98109

US District Court, North GA
US Courthouse
75 Ted Turner Dr. SW
Atlanta, GA 30303-3309

