RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUL 2 5 2016

JAMES N. HATTEN, Clerk
S. Brancheon  Deputy Clerk

Timothy Haley
28 Brighton Street
Dayton, OH 45404

937-974-4513
haleys511@yahoo.com

July 20, 2016

Home Depot Breach Settlement
Request for Exclusion

U.S. District Court for the Northern
District of Georgia
Richard B. Russell Federal Building and United States Courthouse
75 Ted Turner Dr., SW,
Atlanta, GA 30303-3309

Dear Court:

I am making a Request for Exclusion in the case of In re: Home Depot, Inc., Customer Data Security Breach Litigation, Case No. **1:14-md-02583-TWT**.

Below is a copy of the full header of the email containing the Legal Notice received on July 19, 2016 at 18:10:48 -0700, informing me of my rights under the settlement. As one can see, this **Legal Notice was sent after the deadline to exercise my rights under the settlement, thus denying me my rights under the Settlement.**

Therefore, I am exercising my right to be excluded from this Class Settlement with a notice directly to the Court as well as the Settlement Administrator. I expect to be excluded from this Class Settlement and to receive a notice acknowledging the receipt of my request. I also expect the honoring of this request and be allowed to exercising my rights under the tardy Legal Notice sent by the Settlement Administrator.

**If my request is not honored I will seek further legal recourse.**


From Settlement Administrator Wed Jul 20 01:10:48 2016

X-Apparently-To: haleys511@yahoo.com; Wed, 20 Jul 2016 01:11:04 +0000

Return-Path: <errors+9z1zvh1lak66bsc3shdh3gsofj0od1rnhlvn5ki94r8@email.homedepotbreachsettlement.com>

Received-SPF: pass (domain of email.homedepotbreachsettlement.com designates 64.84.6.26 as permitted sender)

IGNsYXNzIGFjdGlvbiBzZXR0bGVtZW50IFRvIHZpZXcgdGhpcyBtZXNzYWdl

IGluIHlvdXIgYnJvd3NlciwgY2xpY2sgaGVyZSBUaGVyZSBpcyBubyBkb2N1

bWVudGF0aW9uIG5lZWRlZCBmb3IgY3JlZGl0IG1vbml0b3Jpbmcgc2Vydmlj

ZXMuIFNpbXBseSBzdWJtaXQgYSBDbGFpbSBGb3JtIG9ubGluZSBhdCBodHRw

Oi8vd3d3LkhvbWVEZXBvdEJyZWFjaFNldHRsZW1lbnQuY29tIAEwAQEBAQN0
ZXh0L3BsYWluAwMwAgN0ZXh0L2h0bWwwAzg-

X-YMailISG: 9wDm1rgWLDvKgQwQ7adDq_sDObVRpdeACyZOiVDJeUwH_ZNh
V4z020YInNvyZaon23KFfX74yQ4NEf45QqFxHjnbx9fx60j.dklepTED3NnI
qFxeDIQyR5c7EvrmwDtjpwU3iy_rHXqAmquoi9bUbzQmSuLJ3d7Fgo66Qtyv
Mk4s_f0fqzoQHjOBcZHfC6kGT44OjxlQt9s2LCHiWSPNYOT3d60_KnWgJ.ed
DHsMl17jS1b0napC3xC8OTUTHLHrL5zYQMwtb7.C8BoTYepZ.gal5VNzbxYb
o.C00S3CQF5ZkXIhc9t7rZlOBm5w44WV3cgjUWTBwgfbOsFchliygGoNwRQg
RzBLH855_3PUKLeVQRqnj6ZPUEH94rz_w8lSNYg2eI8rkPjMW10Mm9oiph4r
0NJJDwEQKxG0yZczubEQkv7xgr6K6QnZRXIq1.rqKD94Zpu5WiEyrubP6twJ
UQqoD6z.3..KvOR8yV206Lo_izdPQqv46IBgBTVqB9AaStGYVvw1GwvjL63P
JyR5uagHGimilX963Tdcn1Ig4z93Ew4I.sRcqR3DRmoC5hGu8i.XZeK8QUWs
jSPKwh4_rjmsY.1EM7RXF4kEnTaDmWwgXZJRE1MHkn89oQTR0IHFnjKusDa8
Ngk4hZFdS_K6so0j9x3d8jpy29n7fSiGuLfTK6Wc.mJLzM.JFK5bRj6qPjn0
TRVuZN9.KRQyVC05f8T6fMHB5h5NZRdLe.x7YuHrYTLKXZh7YUxeyKVj.9BZ
n71LIdmjW27545nXsN7mjXKJvLcjFq_fQvUwEDHwKYE2RUajtAmwzvaA7iEN
l34Gro.EC4U17PjSNWs0POFNGTMrfX0_IJ4W5R6vuuu1.zIR2UK3DwcxETn4
kCLK.DllCP1_fRvkKfuas2nFMD7.YoVAebteOoMUpzF7vkyj81gmhGfqjm2x
.rzd4iWH50S3eP7nytUC82EZiayLKGRv2KeGju.41ED5BlYGynhJ7YjHeF_D
txn8JaBxBypTCYJbKLphnS4gt2tXl3MHdtZkrCy1NQGJ3WteNTBgDqRGBKUz
OqpVhwan0XEbNiptUY0wxqZ5Sm.JmsmvDtTa7m5kIAcZGG0TZ.ssV9dnFBeR
Pvfil.DLaGrEZHPD5Grra28ZANGq4iRLGSRru14Jran9UTdopylLZ7APKZJ3
_KmhN9vWmcUiVs93FuxSpQbC1R8OVUicEMnx1oqTdehoW6bEfz.lrS5WoTwO
DLdyR44rRdGdx6lBUi_ovCwbiO4UlDuY0znX7uqpGh_rGyOgMDmKUf8y5bFz
uwjve83TNyFOsyjJ9RiQSqOyI6Ox9VkaRrG5qLtf2zlJTXWLt01643Jlrd5Z
htXaYkpzoVKy6Lrup2F38GwLp.TdWF3e5lwNEq.r4NtqkKEdwQS27rWl07.G
GW8Jgh17EhKupyZoslhSYji62ZQvyYV0Fq1bpQjstv3TrZJwPUuQzrtAc0H4
..sHJY7vZbU72jMpBRVyFg--

X-Originating-IP: [64.84.6.26]

Authentication-Results: mta1566.mail.gq1.yahoo.com  from=email.homedepotbreachsettlement.com; domainkeys=neutral (no sig);  from=ipost.com; dkim=pass (ok)

Received: from 127.0.0.1  (EHLO mail16.ipost.com) (64.84.6.26)

  by mta1566.mail.gq1.yahoo.com with SMTP; Wed, 20 Jul 2016 01:11:03 +0000

DKIM-Signature: v=1; a=rsa-sha1; c=relaxed; d=ipost.com; h=from:to:subject:date:message-id:list-id:list-post:list-unsubscribe:mime-version:content-type; s=dkim; bh=7h3OQWrS5ueMcpRwm9HE/tPQR8k=; b=EJWJ9Xb2cG192rSu81nXrY6MlOqhTrPkJ4nbj+VF30EplhqhtoN1tkJIFSQSBPvfETTxWMTnUqzZB5WbEbMEC9t0mAupA43W+n4B9skf/CPsKLgAQrYYLqXNL5meZiduFxkSzX/MPdiRaE0rgTG6L5Tg9+S+wOltDyTNetPU0J0=

From: Settlement Administrator <noreply@email.homedepotbreachsettlement.com>

To: haleys511@yahoo.com

Subject: Home Depot Data Breach Settlement - get free credit monitoring and

a cash payment

Date: Tue, 19 Jul 2016 18:10:48 -0700

Message-Id: <1468977048.9822.0.902514@email.homedepotbreachsettlement.com>

Errors-To: errors+9z1zvh1lak66bsc3shdh3gsofj0od1rnhlvn5ki94r8@email.homedepotbreachsettlement.com

List-ID: <err4t9ge6qf059lmgqb3ct0muqrac9l61rr2shiekq3cc5mekon2sdl6mqj7cbjkorrbc.email.homedepotbreachsettlement.com>

List-Post: NO (posting not allowed on this list)

List-Unsubscribe: <http://email.homedepotbreachsettlement.com/prefs/9z1zp7f01b59h8qaafu6aevk91kch03592a2b4jt1eg>

MIME-Version: 1.0

Content-Type: multipart/alternative; boundary=hgm6o74stjm0ob0seie1oj2ceg67972clhm2pj0

Content-Length: 12499


Sincerely yours,

*[signature]*

Timothy Haley

