# SCOOLIDGE | KLEIMAN LLP

315 W 36th Street | New York, NY 10018

**Peter Scoolidge**
Partner
Peter@ScoolidgeLLP.com
(212) 913-9455

July 26, 2016

**VIA FACSIMILE**

RECEIVED IN CHAMBERS
THOMAS W. THRASH JR.
U.S.D.C. Atlanta

AUG 0 1 2016

Hon. Thomas W. Thrash
United States District Court for
the Northern District of Georgia
2188 Richard B. Russell Federal Building
75 Ted Turner Drive, SW
Atlanta, GA 30303-3309

JAMES N. HATTEN, Clerk
By:                 Deputy Clerk

Re:  *The Home Depot, Inc., Consumer Data Security Breach
Litigation*:  1:14-md-02583-TWT

## NOTICE OF OBJECTION TO PROPOSED SETTLEMENT

Dear Judge Thrash:

I hereby object to the class settlement of the above-referenced matter.  Yesterday, I
received notification that I am eligible to participate in, or object to, a settlement of a data breach
case against Home Depot because of my use of a credit card at a self-service checkout lane
during the class period.  The email noted that I was required to object to the settlement on July
18, 2016, several days before the email was sent.  A copy of the email is attached hereto.

I wish to proceed pro se in a separate action against Home Depot for damages resulting
from the data breach.  Therefore, I respectfully request that my claim be preserved by the Court
and not cut off in the class settlement.

Sincerely,

Peter Scoolidge

Intellectual Property, Employment, Commercial
New York, NY



Coolidge Kleiman LLP
315 West 36th Street
New York, NY 10018
(212) 913-9455

MID-ISLAND NY 117
27 JUL 2016   PM 2 L

CLEARED
AUG - 1
U.S. Marshals
Atlanta Ga

Hon. Thomas W. Thrash
2188 Richard Russell Fed. Bldg
75 Ted Turner Drive, SW.
Atlanta, GA 30303

Notice of Objection
to Proposed Settlement

SCOOLIDGE | KLEIMAN LLP