**Received in Chambers**

| | |
|---|---|
| **Subject:** | Withdrawal of objection |
| **From:** | Stephen Weinstein (stephenweinstein@yahoo.com) |
| **To:** | TMaya@AhdootWolfson.com; |
| **Date:** | Thursday, July 28, 2016 12:52 PM |

AUG 0 2 2016

Thomas W. Thrash, Jr.
United States District Judge

The Honorable Judge Thomas Thrash, United States District Court, via U.S. mail
Mr. Theodore Maya, via E-Mail

I withdraw my objection to the proposed settlement of Case No. 14-md-02583-TWT (The Home Depot, Inc., Customer Data Security Breach Litigation). I still believe that my objection has merit, but wish to avoid the cost and inconvenience of a deposition (including travel and missing work). As discussed with Mr. Theodore Maya of Ahdoot & Wolfson, PC, (1) I am notifying him by e-mail and the court by U.S. mail, (2) he will withdraw the subpoena that was delivered to me, and (3) he will cancel the deposition that had been scheduled for August 5, 2016. I am receiving no money or other consideration for withdrawing my objection.

*Stephen Weinstein*
Stephen Weinstein
450 E. Daily Dr., Apt. 32
Camarillo, CA 93010

SANTA BARBARA CA 931
29 JUL 2016 PM 3 L

The Hon. Thomas W. Thrash
U.S. District Court for the Northern
District of Georgia
Richard B Russell Federal Building
and United States Courthouse
75 Ted Turner Dr, SW
Atlanta, GA 30303-3309

Stephen Weinstein
450 E. Daily Dr Apt 32
Camarillo CA 93010



CLEARED
AUG 2 - 2016
U.S. Mar...

