**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| _____<br><br>In re: The Home Depot, Inc., Customer<br>Data Security Breach Litigation<br><br>_____ | )<br>)<br>)   Case No.: 1:14-md-02583-TWT<br>)<br>)        ALL CASES<br>) |

## CASE MANAGEMENT ORDER NO. 6

On June 15, 2015, the Court entered Case Management Order No. 4 (Doc. No. 107), which set forth various deadlines in this multidistrict proceeding. On May 18, 2016, the Court ruled on Defendant Home Depot's motion to dismiss. This decision impacted the deadlines set forth in Case Management Order No. 4, and the parties respectfully submit that a new case management order establishing revised deadlines is necessary. Based upon the agreement of counsel, and for good cause shown, the Court orders as follows:

| EVENT | OLD DUE DATE | PROPOSED NEW DUE DATE |
|---|---|---|
| Defendants Serve Responses and Objections to Plaintiffs' Document Requests and Begin Document Production | Within 30 days of the Court's latest ruling on Defendants' Motions to Dismiss in the financial institutions and consumer tracks | September 23, 2016 |
| Beginning of fact discovery | 30 days after answer is filed in the consumer or financial institution class actions, whichever is later | September 23, 2016 |

| EVENT | OLD DUE DATE | PROPOSED NEW DUE DATE |
|---|---|---|
| Substantial Completion of Document Productions by Parties | Six months after beginning of fact discovery | March 23, 2017 |
| Fact discovery closes | Nine months after beginning of fact discovery | June 23, 2017 |
| Plaintiffs disclose identity, c.v.s, and general subject matter of experts | 14 days after fact discovery closes | July 7, 2017 |
| Plaintiffs serve expert reports | 30 days after fact discovery closes | July 24, 2017 |
| Defendants disclose identity, c.v.s, and general subject matter of experts | 14 days after Plaintiffs serve expert reports | August 7, 2017 |
| Defendants serve expert reports | 30 days after Plaintiffs serve expert reports | August 23, 2017 |
| Plaintiffs disclose identity, c.v.s, and general subject matter of any rebuttal experts not previously identified | 21 days after Defendants serve expert reports | September 13, 2017 |
| Plaintiffs provide rebuttal reports | 30 days after Defendants serve expert reports | September 22, 2017 |
| Depositions of Plaintiffs' experts | To be completed within 30 days of Plaintiffs' service of rebuttal reports | October 22, 2017 |
| Depositions of Defendants' experts | To be completed within 30 days after final deposition of Plaintiffs' experts | November 21, 2017 |
| Rule 16.3 Conference | Two weeks after final deposition of Defendants' experts | December 5, 2017 |

| EVENT | OLD DUE DATE | PROPOSED NEW DUE DATE |
|---|---|---|
| Plaintiffs' Class Certification Motions to be filed in Financial Institutions Track[1] | Eight Weeks after Rule 16.3 Conference | January 30, 2018 |
| Oppositions to Plaintiffs' Class Certification Motions to be filed in Financial Institutions Track | 45 days after service of Plaintiffs' motion | March 16, 2018 |
| Replies in Support of Plaintiffs' Class Certification Motions to be filed in Financial Institutions Track | 30 days after service of Defendants' opposition | April 16, 2018 |
| Summary judgment motions to be filed in the Financial Institutions Track | No later than 18 weeks after the Rule 16.3 Conference | April 10, 2018 |
| Plaintiffs' Opposition to Summary Judgment Motions to be filed in Financial Institutions Track | 30 days after Summary Judgment motions filed in Financial Institutions Track | May 10, 2018 |
| Defendants' Reply in Support of Summary Judgment Motions to be filed in the Financial Institutions Track | 21 days after Plaintiffs' Opposition to Summary Judgment Motions filed in Financial Institutions Track | June 1, 2018 |

SO ORDERED, this 14th day of September, 2016.

/s/Thomas W. Thrash
Thomas W. Thrash
United States District Judge

---

[1] Expert opinions and testimony cited in support of or opposition to class certification in the financial institution track shall be limited to that which is in the expert reports and depositions contemplated by this order.