IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

_____

In re: The Home Depot, Inc., Customer

Data Security Breach Litigation

_____

Case No.: 1:14-md-02583-TWT

This Document Relates to:
CONSUMER CASES

## CONSUMER PLAINTIFFS' MOTION FOR APPEAL BOND

COME NOW Consumer Plaintiffs and file this Motion for Appeal Bond and respectfully request this Court issue an order requiring Objector/Appellant Sam A. Miorelli to post a bond in the total amount of $40,217.00, including $1,100.00 in direct appeal costs and $39,117.00 for a portion of the increased administrative costs the Claims Administrator will incur during objector's appeal. In addition to this Memorandum of Law Plaintiffs submit the Declaration of John Yanchunis, the Declaration of Roy Barnes Regarding Direct Appeal Costs During the Appeal Process, and the Declaration of Kenneth Jue Regarding Settlement Administration Costs During the Appeal Process, all filed contemporaneously. As shown in the memorandum, the requested appeal bond is authorized by Federal Rule of Appellate Procedure 7 and is appropriate under the facts. A proposed Order is attached.

1

WHEREFORE, Consumer Plaintiffs respectfully request that this Court order Objector Sam Miorelli to:

1. File a bond in the amount of $40,217.00, or deposit into the Court registry cash in the amount of $40,217.00; and

2. File with the Clerk of Court and serve on Consumer Plaintiffs' Lead Counsel proof of satisfaction of the bond requirement within 10 days of the Court's order.

Respectfully submitted this 29th day of September, 2016.

| | |
|---|---|
| Roy E. Barnes<br>John R. Bevis<br>**THE BARNES LAW GROUP, LLC**<br>31 Atlanta Street<br>Marietta, GA 30060<br>Telephone: 770-227-6375<br>Fax: 770.227.6373<br>roy@barneslawgroup.com<br>bevis@barneslawgroup.com<br><br>*Consumer Liaison Counsel*<br>*and Steering Committee Members* | /s/ David J. Worley<br>David J. Worley<br>Ga. Bar No. 776665<br>James M. Evangelista<br>Ga. Bar No. 707807<br>**EVANGELISTA WORLEY LLC**<br>8100A Roswell Road, Suite 100<br>Atlanta, GA  30350<br>Phone: (404)205-8400<br>Fax: (404)205-8395<br>jim@ewlawllc.com<br>david@ewlawllc.com<br><br>*Consumer Co-Lead Counsel*<br>*and Steering Committee Members* |

John A. Yanchunis, Sr.
**MORGAN & MORGAN**
**COMPLEX LITIGATION**
**GROUP**
201 N Franklin Street
Tampa, FL 33602
Telephone: 813-223-5505
Fax: 813-223-5402
jyanchunis@forthepeople.com

*Consumer Co-Lead Counsel*
*and Steering Committee Member*

Tina Wolfson
**AHDOOT AND WOLFSON, P.C.**
1016 Palm Avenue
West Hollywood, CA 90069
Telephone: 310-474-9111
Fax: 310-474-8585
twolfson@ahdootwolfson.com

*Consumer Plaintiffs'*
*Steering Committee Member*

William B. Federman
**FEDERMAN & SHERWOOD**
10205 N. Pennsylvania Avenue
Oklahoma, OK 73120
Telephone: 405-235-1560
Fax: 405-239-2112
wbf@federmanlaw.com

*Consumer Plaintiffs'*
*Steering Committee Member*

Norman E. Siegel
Barrett J. Vahle
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816-714-7100
Fax: 816-714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com

*Consumer Co-Lead Counsel*
*and Steering Committee Members*

Daniel C. Girard
**GIRARD GIBBS LLP**
601 California Street, 14th
Floor
San Francisco, CA 94108
Telephone: 415-981-4800
Fax: 415-981-4846
dcg@girardgibbs.com

*Consumer Plaintiffs'*
*Steering Committee Member*

Gary S. Graifman
**KANTROWITZ,**
**GOLDHAMER**
**& GRAIFMAN, P.C.**
210 Summit Avenue
Montvale, NJ 07645
Telephone: 201-391-7600
Fax: 201-307-1086
ggraifman@kgglaw.com

*Consumer Plaintiffs'*
*Steering Committee Member*

Howard T. Longman
**STULL STULL & BRODY**
6 East 45th Street
New York, NY 10017
Telephone: 212-687-7230
Fax: 212-490-2022
hlongman@ssbny.com

*Consumer Plaintiffs'*
*Steering Committee Member*

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the above and foregoing CONSUMER PLAINTIFFS' MOTION FOR APPEAL BOND on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which should automatically send a copy to all counsel of record, and also via overnight and electronic mail to the following:

>Objector Sam Miorelli
>764 Ellwood Avenue
>Orlando, FL 32804
>sam.miorelli@gmail.com

Dated:  September 29, 2016                                   /s/ David J. Worley
                                                                                       David J. Worley