FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

OCT 1 2 2016

JAMES N. HATTEN, Clerk
By: S By  Deputy Clerk

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Consumer Data Security Breach Litigation <br><br> This Document Relates to: <br><br> CONSUMER CASES | ) Case No.: 1:14-md-02583-TWT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## OBJECTOR MIORELLI'S RESPONSE IN OPPOSITION TO CONSUMER PLAINTIFFS' MOTION FOR SANCTIONS AGAINST OBJECTOR SAM A. MIORELLI PURSUANT TO 28 U.S.C. § 1927

Pursuant to Local Rule 7.1(B), Objector Miorelli, appearing herein *pro se*, responds in opposition to Consumer Plaintiffs' Motion for Sanctions Against Objector Sam A. Miorelli Pursuant to 28 U.S.C. § 1927. (Dkt 291 (the "Sanctions Motion")). This Response is timely, having been filed within 14 days of the date of service of the Sanctions Motion.

Mr. Miorelli respectfully requests that the Court deny the Sanctions Motion. To the extent the Court does not decide to deny the Sanctions Motion on its face, Mr. Miorelli respectfully requests an opportunity to be heard by the Court.

DATED: October 11, 2016

Sam A. Miorelli, E.I., Esq. *pro se*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Consumer Data Security Breach Litigation | ) Case No.: 1:14-md-02583-TWT |
| | ) |
| | ) |
| This Document Relates to: | ) |
| | ) |
| CONSUMER CASES | ) |
| | ) |

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rule 7.1(D) the undersigned, appearing herein *pro se*, certifies that the foregoing Objector Miorelli's Response in Opposition to Consumer Plaintiffs' Motion for Sanctions Against Objector Sam A. Miorelli Pursuant to 28 U.S.C. § 1927 was prepared in Book Antiqua, 13-point font, in accordance with Local Rule 5.1(C).

DATED: October 11, 2016

_____

Sam A. Miorelli, E.I., Esq. *pro se*

1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Consumer Data Security Breach Litigation | )  Case No.: 1:14-md-02583-TWT<br>)<br>) |
| This Document Relates to: | )<br>) |
| CONSUMER CASES | )<br>) |

### CERTIFICATE OF SERVICE

I hereby certify that today I filed Objector Miorelli's Response in Opposition to Consumer Plaintiffs' Motion for Sanctions Against Objector Sam A. Miorelli Pursuant to 28 U.S.C. § 1927 and the Certificate of Compliance, Certificate of Service, and the Memorandum of Law and Exhibit, associated with the same with the Clerk of the Court by transmitting the foregoing to the Clerk of the Court via FedEx Express Priority Overnight service. Additionally, I have caused the same to be mailed via U.S. First Class Mail to the following:

Kenneth S. Canfield, Everette L.
Doffermyre, Jr., and Leslie J. Bryan
Doffermyre Shields Canfield &
Knowles, LLC
1355 Peachtree Street, N.E.
Suite 1600
Atlanta, GA 30309

Gregg Michael Barbakoff, Gregory
W. Jones, and Joseph J. Siprut
Siprut Pc
17 N. State Street
Suite 1600
Chicago, IL 60602

James Benjamin Finley and
MaryBeth Vassil Gibson
The Finley Firm, P.C.
Building 14, Suite 230
3535 Piedmont Road
Atlanta, GA 30305

Jere L. Beasley, Larry Apaul Golston ,
Jr., W. Daniel Miles , III, and Andrew
E. Brashier
Beasley Allen Crow Methvin Portis
& Miles
P.O. Box 4160
218 Commerce Street
Montgomery, AL 36103-4160

John Raymond Bevis and Roy E.
Barnes
The Barnes Law Group, LLC
31 Atlanta Street
Marietta, GA 30060

Darren W. Penn, James M.
Evangelista, Jeffrey R. Harris, and
David James Worley
Harris Penn Lowry LLPGA
400 Colony Square
1201 Peachtree Street, NE
Suite 900
Atlanta, GA 30361

Gary S. Graifman and Robert A.
Lubitz
Kantrowitz, Goldhamer & Graifman,
P.C.
210 Summit Avenue
Montvale, NJ 07645

Howard Theodore Longman, Jason
Robert D'Agnenica, and Patrick
Slyne
Stull Stull & Brody
6 East 45th Street
New York, NY 10017

Lauren S. Antonino
The Antonino Firm, LLC
Suite 2920
Six Concourse Parkway
Atlanta, GA 30328

Laurence Rosen
The Rosen Law Firm
275 Madison Avenue
New York, NY 10016

Jason R. Doss
The Doss Firm, LLC
P.O. Box 965669
Suite 101
36 Trammell Street
Marietta, GA 30066

Katrina A. Carroll and Kyle A.
Shamberg
Lite, DePalma, Greenberg , LCC IL
Suite 500
211 W. Wacker Drive
Chicago, IL 60606

Cornelius P. Dukelow
Abington Cole
Suite 1130
320 South Boston Avenue
Tulsa, OK 74103

Rachel Soffin
Morgan & Morgan, PA-ATL
P.O. Box 57007
191 Peachtree Street, NE
Suite 4200
Atlanta, GA 30343-1007

Robert Brent Irby
McCallum, Hoaglund, Cook & Irby,
LLP
Suite 201
905 Montgomery Highway
Vestavia Hills, AL 35216

Todd L. Lord
Law Office of Todd L. Lord
P.O. Box 901
4 Courthouse Square
Cleveland, GA 30528

William Gregory Dobson
Lober, Dobson & Desai, LLC
Suite 201
830 Mulberry Street
Macon, GA 31201

Robert R. Ahdoot, Theodore Walter
Maya, and Tina Wolfson
Ahdoot and Wolfson, APC
1016 Palm Avenue
West Hollywood, CA 90069

George Robert Dougherty
Grippo & Elden
111 South Wacker Drive
Chicago, IL 60606

Francis J. Flynn and Tiffany M.
Yiatras
Carey Danis & Lowe MO
Suite 1100
8235 Forsyth
St. Louis, MO 63105-3786

Barrett J. Vahle, John Austin Moore,
and Norman E. Siegel
Stueve Siegel Hanson, LLP MO
Suite 200
460 Nichols Road
Kansas City, MO 64112

Darren T. Kaplan
Stueve Siegel Hanson, LLP NY
Suite 2001
1359 Broadway
New York, NY 10018

David A. Bain
Law Offices of David A. Bain, LLC
1050 Promenade II
1230 Peachtree Street, NE
Atlanta, GA 30309

Kenneth G. Gilman
Gilman Law, LLP FL
Beachway Professional Center Tower
Suite 525
8951 Bonita Beach Road, S.E.
Bonita Springs, FL 34135-4208

Paul C. Whalen
Law Offices of Paul C. Whalen, P.C.
768 Plandome Road 3
Manhasset, NY 11030

Bartley K. Hagerman, Erik David
Peterson, M. Austin Mehrm and
Philip G. Fairbanks
Mehr Fairbanks Trial Lawyers, PLLC
201 W. Short Street
Suite 800
Lexington, KY 40507

John A. Yanchunis
Morgan & Morgan, P.A.-T.FL
201 N. Franklin Street
7th Floor
Tampa, FL 33602

Daniel C. Girard
Girard & Green
160 Sansome Street
Suite 300
San Francisco, CA 94104

Eric H. Gibbs, Jennifer Lynn
McIntosh, Linh G. Vuong, and
Matthew B. George
Girard Gibbs, LLP
601 California Street
14th Floor
San Francisco, CA 94108

Jason M. Lindner
Stueve Siegel Hanson, LLP CA
550 West C Street
San Diego, CA 92101

Maureen Connors
6625 Pearl Road
Parma Hts., OH 44129

David Pastor
Pastor Law Office, LLP
3rd Floor
63 Atlantic Avenue
Boston, MA 02110

Preston W. Leonard
Leonard Law Office, PC
3rd Floor
63 Atlantic Avenue
Boston, MA 02110

Cari K. Dawson, Kristine McAlister
Brown, and James Charles Grant
Alston & Bird, LLP - Atl
1201 West Peachtree Street
Atlanta, GA 30309-3424

Catherine Elizabeth Murillo and
Robert D. Friedman
Burns & Levinson, LLP-MA
125 Summer Street
Boston, MA 02110

Cheryl A. Sabnis
King & Spalding, LLP-SF CA
Suite 2300
101 Second Street
San Francisco, CA 94105

Daniel E. Danford
Stites & Harbison PLLC Lexington
250 W. Main Street
2300 Lexington Financial Center
Lexington, KY 40507

4

James Andrew Pratt, Phyllis Buchen
Sumner, Sidney Stewart Haskins, II,
and L. Joseph Loveland , Jr.
King & Spalding LLP - ATL
1180 Peachtree Street, NE
Atlanta, GA 30309-3521

Kevin M. Dinan
King & Spalding - D.C.
1730 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006-4706

Alfred J. Saikali, Daniel Brandon
Rogers, and Eileen Tilghman Moss
Shook Hardy & Bacon-FL
Suite 3200
201 S. Biscayne Blvd.
Miami, FL 33131

Andrew J. Knight, II & Charles M.
Trippe, Jr.
Moseley, Pritchard, Parrish, Knight
& Jones
501 West Bay Street
Suite 200
Jacksonville, FL 32202

Vickie E. Turner
Wilson Turner Kosmo, LLP
Suite 1050
550 West C. Street
San Diego, CA 92101-3532

Carmelite M. Bertaut
Stone, Pigman, Walther, Wittmann,
LLC
(New Orleans)
546 Carondelet St.
New Orleans, LA 70130-3588

Paul Allan Straus
King & Spalding, LLP -NY
1185 Avenue of the Americas
New York, NY 10036

Russell K. Scott
Greensfelder, Hemker & Gale, P.C. -
MO
Suite 100
12 Wolf Creek Drive
Swansea, IL 62226

Steven Toleos
83 Bradstreet Ave.
Danvers, MA 01923

DATED: October 11, 2016

Sam A. Miorelli, E.I., Esq. *pro se*