# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:14-md-02583-TWT
### In Re: The Home Depot, Inc., Customer Data Security Breach Litigation
### Honorable Thomas W. Thrash, Jr.

Minute Sheet for proceedings held In Open Court on 10/21/2016.

TIME COURT COMMENCED: 2:07 P.M.
TIME COURT CONCLUDED: 3:08 P.M.      COURT REPORTER: Susan Baker
TIME IN COURT: 1:01                       DEPUTY CLERK: Sheila Sewell
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | David Worley, Norman Siegel, Cam Tribble representing plaintiffs<br> Phyllis Sumner Steward Haskins representing Home Depot<br>Sam Miorelli, pro se objector |
| PROCEEDING CATEGORY: | Motion Hearing(Other Evidentiary Hearing-Contested); |
| MOTIONS RULED ON: | [292]MOTION for Appeal under 1292(b) GRANTED IN PART & DENIED IN PART |
| MINUTE TEXT: | The Court heard argument on plaintiffs' Motion which was granted in part and denied in part for reasons stated on the record. Mr. Miorelli shall file a cash or approved corporate appeal bond in the amount of $1,100.00 within 10 days. Mr. Worley to prepare order for the Court's signature. Mr. Miorelli called to testify regarding his financial declaration. The Court ordered Mr. Miorelli to provided to plaintiffs' counsel the two most recent quarterly reports from both his ROTH 401K and IRA accounts within 10 days and to file his supplemental declaration UNDER SEAL. |
| HEARING STATUS: | Hearing Concluded |