# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation  ) ) ) ) | Case No.: 1:14-md-02583-TWT |
| This document applies to: ALL CASES ) ) ) | |

## ORDER APPOINTING MARYBETH GIBSON TO THE PLAINTIFFS' STEERING COMMITTEE

At the request of co-lead counsel in recognition of the high quality work and effort she has contributed during the pendency of this proceeding, the Court hereby appoints MaryBeth V. Gibson of the Finley Firm, P.C. to the steering committee for the financial institution plaintiffs created by Order of February 17, 2015 (Doc. 62).

SO ORDERED this 20th day of December, 2016.

/s/Thomas W. Thrash
Thomas W. Thrash
United States District Judge