# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

|  |  |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation<br><br>This document applies to:<br>FINANIAL INSTITUTION CASES | Case No.: 1:14-md-02583-TWT |

## ORDER

The parties have informed the Court that they have reached a settlement and are in the process of agreeing upon a comprehensive settlement agreement and its attendant exhibits. Based upon the parties' representations and with their agreement, it is hereby ORDERED that the parties file with the Court no later than March 8, 2017 their comprehensive settlement agreement, all exhibits to the settlement agreement, and a motion in support of preliminary approval of the settlement. Absent a showing of good cause, this deadline will not be extended.

IT IS SO ORDERED this 22nd day of February, 2017.

/s/Thomas W. Thrash
The Honorable Thomas W. Thrash Jr.
United States District Court Judge