# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation<br><br>This document applies to:<br>FINANCIAL INSTITUTION CASES | Case No.: 1:14-md-02583-TWT |

## PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT, PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS, APPROVAL OF NOTICE PROGRAM, AND SCHEDULING OF FINAL APPROVAL HEARING

Plaintiffs hereby move this Court for an order: (1) preliminarily approving the proposed class action settlement they have reached with Home Depot; (2) certifying the proposed settlement class and appointing class counsel and the class representatives; (3) approving the notice program proposed by the parties; and (4) scheduling a final approval hearing. Home Depot does not oppose this motion. For the reasons set forth in the memorandum of law being filed contemporaneously, Plaintiffs request that their motion be granted.

In further support of this motion, Plaintiffs submit a proposed preliminary approval order, which has been approved by all of the parties; the proposed settlement agreement and exhibits; and the Declaration of Kenneth S. Canfield.

These documents are attached to the accompanying memorandum of law as Exhibits 1, 2 and 3, respectively.

WHEREFORE, Plaintiffs request that their motion be granted.

/s/ *Kenneth S. Canfield*
Kenneth S. Canfield
GA Bar No. 107744
Doffermyre Shields Canfield & Knowles, LLC
1355 Peachtree Street, Suite 1900
Atlanta, Georgia 30309
Phone: 404-881-8900
kcanfield@dsckd.com

/s/ *Joseph P. Guglielmo*
Joseph P. Guglielmo
SCOTT+SCOTT,
ATTORNEYS AT LAW, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, New York 10169
Phone: 212-223-4478
jguglielmo@scott-scott.com

/s/ *Gary F. Lynch*
Gary F. Lynch
CARLSON LYNCH SWEET
KILPELA & CARPENTER, LLP
1133 Penn Ave, 5th Floor
Pittsburgh, Pennsylvania 15222
Phone: 412-322-9343
glynch@carlsonlynch.com

*Co-Lead Counsel for Financial Institution Plaintiffs*

*/s/ James J. Pizzriusso*
James J. Pizzirusso
HAUSFELD, LLP
1700 K. Street, NW, Suite 650
Washington, DC 20006
Phone:  859-225-3731
jpizzirusso@hausfeldllp.com

*Chair, Plaintiffs' Steering Committee for the Financial Institution Plaintiffs*

## **CERTIFICATION**

The Undersigned hereby certifies, pursuant to Local Civil Rule 7.1D, that the foregoing document has been prepared with one of the font and point selections (Times New Roman, 14 point) approved by the Court in Local Civil Rule 5.1C.

>*/s/ Kenneth S. Canfield*
>Kenneth S. Canfield
>GA Bar No. 107744
>Doffermyre Shields Canfield & Knowles, LLC
>1355 Peachtree Street, Suite 1900
>Atlanta, Georgia 30309
>Phone: 404-881-8900
>kcanfield@dsckd.com
>
>*Co-Lead Counsel for Financial Institution Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8,2017, I served all parties by causing a true and correct copy of the foregoing Plaintiffs' Unopposed Motion for Preliminary Approval of Class Action Settlement, Preliminary Certification of Settlement Class, Approval of Notice Program, and Scheduling of Final Approval Hearing to be filed with the Clerk of Court using the CM/ECF system, which automatically sends a copy to all counsel registered to received service.

*/s/ Kenneth S. Canfield*
Kenneth S. Canfield

*Co-Lead Counsel for Financial Institution Plaintiffs*