## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation | ) ) ) ) |
| This document applies to: FINANCIAL INSTITUTION CASES | ) ) ) ) |

Case No.: 1:14-md-02583-TWT

## ~~[PROPOSED]~~ SUPPLEMENTAL ORDER RELATING TO PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

On March 10, 2017, this Court preliminarily approved the settlement agreement reached by the parties in this matter, conditionally certified a settlement class, and approved the proposed notice plan. [Doc. 328] Subsequently, the parties moved for preliminary approval of a modification of their settlement agreement that would: (1) extend the Notice Deadline, Objection Deadline, Opt-Out Deadline, and Claims Deadline; and (2) enhance the notice program by providing for publication notice. These modifications are incorporated in a document entitled "Addendum to Settlement Agreement" that has been submitted to the Court. Based upon the parties' submission, all of the prior proceedings in this matter, and good cause having been shown, it is hereby ORDERED that:

(1) The parties' joint motion to approve the modification of their settlement agreement is granted.

(2) The Addendum to Settlement Agreement submitted by the parties is approved and, together with the agreement that was previously preliminary approved by the Court, shall constitute the operative settlement agreement that the Court will consider at the fairness hearing scheduled for September 22, 2017.

(3) The new Notice Deadline is May 12, 2017. The new Objection Deadline and Opt-out Deadline is July 12, 2017. And the new Claims Deadline is September 14, 2017.

(4) The proposal to enhance the notice program by providing publication notice as described in the Addendum to Settlement Agreement is approved.

(5) The short form notice attached as Exhibit A to the Addendum to the Settlement Agreement is approved.

It is SO ORDERED this 19th day of April, 2017.

/s/Thomas W. Thrash
The Honorable Thomas W. Thrash, Jr.
United States District Judge

2