**Joint Declaration of Co-Lead Counsel**

# Exhibit A
**Results of Known Data Breach Cases
Brought by Financial Institutions**

*In re: The Home Depot, Inc. Customer Data Security Breach Litigation*
*This Document applies to Financial Institution Cases*
U.S.D.C., N.D. Georgia, Atlanta Division
Civil Action No. 1:14-md-02583-TWT

RESULTS OF KNOWN DATA BREACH CASES BROUGHT BY FINANCIAL INSTITUTIONS

| CASE | EST. NO. OF CARDS IMPACTED | OUTCOME | SETTLEMENT TERMS |
|---|---|---|---|
| *Banknorth, N.A. v. BJ's Wholesale Club, Inc.,* 442 F. Supp. 2d 206 (M.D. Pa. 2006) | Unknown | Summary judgment granted to merchant | Not applicable |
| *In re TJX Cos. Retail Security Data Breach Litigation,* (D. Mass. 2007) | 45 million | Contract, negligence and negligence per se claims dismissed. Class certification denied as to the rest. | Not applicable |
| *In re Heartland Payment Systems, Inc. Data Security Breach Litigation,* (S.D. Tex. 2011) | 130 million | All claims except those under FDUTPA dismissed. 5th Cir. reversed as to negligence claims. 729 F.3d 421 (2013). After remand, the parties filed a joint stipulation of dismissal. | Not applicable |
| *In re Target Corp. Customer Data Security Breach Litigation,* (D. Minn. 2014) | 40 million | Settled on 12/1/2005 after surviving a motion to dismiss and a class had been certified. | $20 million fund. Class members eligible for either payment of $1.50 per unreleased card without documentation **or** up to 60 % of unreimbursed documented losses. Target agreed to not contest MC ADC assessment of $20 million. Injunctive relief. No relief for cards that were released in connection with Visa GCAR program. Attorneys' fees of $20 million paid separately. |

RESULTS OF KNOWN DATA BREACH CASES BROUGHT BY FINANCIAL INSTITUTIONS

| | | | |
|---|---|---|---|
| *WinSouth v. Mapco Express, Inc.,* (M.D. Tenn. 2014) | 187,000 | Settled on 8/25/2016. No motion to dismiss or class certification motion filed. | $700,000 settlement fund. Class members eligible to receive $3 per card **or** a percentage of unreimbursed documented losses depending on number of claims. No relief for cards that were released as part of the MC ADC and Visa GCAR settlements. Mapco agreed to separately pay $590,000 in fees and expenses. |
| *In re Home Depot Customer Data Security Breach Litigation,* (N.D.G.A. 2015) | 56 million | Settled on 3/8/2017 after prevailing on motion to dismiss | $25 million fund. Class members eligible for $2.00 per unreleased card without documentation **and** up to 60 % of unreimbursed documented losses. Home Depot agreed to pay up to $2.25 million in compensation for certain cards that were released upon certification that the release resulted from insufficient time or information and separately pay reasonable attorneys' fees and expenses. Injunctive relief. |
| *Greater Chautauqua Federal Credit Union v. Kmart Corp.,* (N.D. Ill. 2015) | 8.1 million | Settled on 7/26/16 before ruling on motion to dismiss | $5.2 million fund. Class members eligible to receive $1.00 per unreleased card from $3.4 million pot (subject to an increase of up to $2.38 per card depending on number of claims filed) **and** an unspecified percentage of unreimbursed unreleased losses from $1.6 million pot. Kmart agreed not to contest assessments made by MC and Visa. Injunctive relief. Kmart agreed to separately pay unspecified attorneys' fees and expenses of an undetermined amount. |
| *Selco Community Credit Union v. Noodles & Co.,* Lead Civil Action No. 16-cv-02247-RBJ (D. Colo. 2016) | Unknown | Claims for negligence and negligence per se dismissed on 7/21/17 based on the lack of an independent duty and the economic loss rule | Not applicable. |