IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| In Re: The Home Depot, Inc. Customer Data Security Breach Litigation | Case No. 1:14-md-02583-TWT |
| This Document Relates to:<br><br>*All Cases* | **NOTICE OF WITHDRAWAL OF COUNSEL** |

TO:   The Clerk of Court and All Parties of Record:

PLEASE TAKE NOTE that, Joseph C. Bourne is no longer associated with Gustafson Gluek PLLC, and should be removed from the Court's service list with respect to the above-referenced action. Daniel E. Gustafson and Daniel C. Hedlund of Gustafson Gluek PLLC, continue to serve as counsel for Plaintiff Firefighters Credit Union in this action, and all other future correspondence and papers in this action should continue to be directed to them.

Dated:  August 14, 2018
*/s/ Daniel E. Gustafson*
Daniel E. Gustafson
Daniel C. Hedlund
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Tel: (612) 333-8844
Fax: (612) 339-6622
dgustafson@gustafsongluek.com

1

dhedlund@gustafsongluek.com

*Counsel for Plaintiff Firefighters Credit Union*

## CERTIFICATE OF SERVICE

I, Daniel E. Gustafson, do hereby certify that on August 14, 2018, a true and complete copy of this **NOTICE OF WITHDRAWAL OF COUNSEL** was electronically filed with the Court's CM/ECF system, and was served automatically upon all counsel of record.

*/s/ Daniel E. Gustafson*