**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: THE HOME DEPOT, INC., CUSTOMER DATA SECURITY BREACH LITIGATION,<br>    Plaintiff(s),<br><br>vs.<br><br>THE HOME DEPOT, INC., ET AL.,<br>    Defendant(s). | CIVIL ACTION FILE<br><br>NO.  1:14-md-02583-TWT |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at in Atlanta, Georgia this <u>7th</u> day of February, 2022.

_____
UNITED STATES DISTRICT JUDGE
THOMAS W. THRASH, JR.