# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| In re: The Home Depot, Inc., Customer Data Security Breach Litigation<br><br>This document applies to:<br>FINANCIAL INSTITUTION CASES | Case No.: 1:14-md-02583-TWT |

## CONSENT FINAL ORDER ON ATTORNEYS' FEES, EXPENSES AND INTEREST

On January 5, 2022, the Eleventh Circuit Court of Appeals vacated this Court's order on attorneys' fees dated January 23, 2020 and directed that on remand this Court enter an award of $11,773,932 plus interest from January 23, 2020. In addition, the Court previously ordered Home Depot to pay plaintiffs' expenses in the amount of $710,257.86, an amount which Home Depot has not contested. After the Eleventh Circuit's latest decision, the parties conferred and have agreed upon the appropriate amounts to be paid by Home Depot to plaintiffs for their attorneys' fees, expenses, and interest in satisfaction of Home Depot's obligations under the settlement agreement. The Court approves the parties' agreement and hereby adopts that agreement in this order, which finally disposes of all issues relating to the payment of fees, expenses, and interest under the parties' settlement agreement.

(1) **<u>Attorneys' Fees and Interest.</u>** On or before February 15, 2022, Home Depot shall pay to plaintiffs the sum of $12,151,141.60 (Twelve Million One Hundred Fifty One Thousand One Hundred Forty One Dollars and 60 Cents) representing the amount of the fee award directed by the Eleventh Circuit plus accrued interest through that date. The interest amount is calculated in the following manner. Pursuant to 28 U.S.C. § 1961(a), the appropriate rate of post-judgment interest is equal to the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the calendar week preceding the date of the judgment. The weekly average 1-year constant maturity Treasury yield" as published by the Federal Reserve for the calendar week preceding January 23, 2020, which the appellate court determined is the applicable date, was 1.54%. *See* https://fred.stlouisfed.org/series/DGS1. Interest is to be calculated through the date of payment and compounded annually. Accordingly, interest on the attorneys' fee award calculated at 1.54% from the applicable judgment date (January 23, 2020) through February 15, 2022 totals $377,209.57 (two years at $181,318.55 per year plus 23 days at $512.18 per day).

(2) **<u>Expenses Plus Interest.</u>** On or before February 15, 2022, Home Depot shall also pay to plaintiffs' the sum of $733,012.88, which includes the amount of the expense award plus interest of $22,755.02 calculated at the rate

2

LEGAL02/41375803v1

described above from January 23, 2020 through February 15, 2022 (two years at $22,044.39 plus 23 days at $30.90 per day).

(3)     Based on the foregoing calculations, the total amount Home Depot is directed to pay to plaintiffs is $12,884,154.48 (Twelve Million Eight Hundred Eighty Four Thousand One Hundred Fifty Four Dollars and 48 Cents). Home Depot shall pay this amount by wire transfer in accordance with wiring instructions to be furnished by plaintiffs.

(4)     Once Home Depot has paid the amounts directed by this order, Home Depot will have satisfied any and all obligations, including those agreed to in the settlement agreement, regarding payment of plaintiffs' attorneys' fees, expenses, and interest.

This 7 day of February, 2022.

*Thomas W. Thrash*
The Honorable Thomas W. Thrash, Jr.
United States District Court Judge